CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org
Facsimile:  (415) 693-2222

*Listing continued on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No.  2:18-CV-05741 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT** <br><br> **(LOCAL RULE 7.1-1)** |

Notice of Interested Parties

1.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

1    *Counsel for Plaintiffs, continued*

2    HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
3    CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
4    University of California Davis School of Law
One Shields Ave. TB 30
5    Davis, CA 95616
Telephone: (530) 754-4833
6    Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
7

8    LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
9    POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
10   405 14th Street, 15th Floor
Oakland, CA 94612
11   Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
12        ndesai@youthlaw.org
       pjuneja@youthlaw.org
13

14   CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
15   1313 L St. NW, Suite 130
Washington, DC 20005
16   Telephone: (202) 868-4785
Email: cadams@youthlaw.org
17

18   SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
19   JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
20   4401 Eastgate Mall
San Diego, CA 92121-1909
21   Telephone: (858) 550-6000
Email: swynn@cooley.com
22        mkkelley@cooley.com
       jcieslak@cooley.com
23

24

25

26

27

28

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for plaintiffs Lucas R., Daniela Marisol T., Miguel Angel S., Gabriela N., Jaime D., San Fernando Valley Refugee Children Center, Inc., and Unaccompanied Central American Refugee Empowerment, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lucas R. | Plaintiff |
| Madelyn R. | Next Friend to Lucas R. |
| Daniela Marisol T. | Plaintiff |
| Katherine L. | Next Friend to Daniela Marisol T. |
| Miguel Angel S. | Plaintiff |
| Gerardo S. | Next Friend to Miguel Angel S. |
| Gabriela N. | Plaintiff |
| Isaac N. | Next Friend to Gabriela N. |
| Jaime D. | Plaintiff |
| Reyna D. | Next Friend to Jaime D. |
| San Fernando Valley Refugee Children Center, Inc.[1] | Plaintiff |
| Unaccompanied Central American Refugee Empowerment[2] | Plaintiff |
| Alex Azar, Secretary of U.S. Department of Health & Human Services | Defendant |

---

[1] There is no parent corporation or any publicly held corporation that owns 10% or more of San Fernando Valley Refugee Children Center, Inc.

[2] There is no parent corporation or any publicly held corporation that owns 10% or more of Unaccompanied Central American Refugee Empowerment.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

| E. Scott. Lloyd, Director of Office of Refugee Resettlement of the U.S. Department of Health & Human Services | Defendant |
|---|---|

Dated:  June 29, 2018

Respectfully submitted,

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of
Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
Cooley LLP

 */s/ Leecia Welch*
Leecia Welch

*Attorneys for Plaintiffs*

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693