1  CARLOS HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights and Constitutional Law
2  256 South Occidental Blvd.
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693, ext. 309
   Facsimile: (213) 386-9484
4  email: crholguin@centerforhumanrights.org

5  *Listing continued on next page*
   *Attorneys for Plaintiffs*

6

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 | LUCAS R., by his next friend MADELYN | Case No.  2:18-CV-05741
   | R.; DANIELA MARISOL T., by her next |
12 | friend KATHERINE L.; MIGUEL ANGEL |
   | S., by his next friend GERARDO S.; |
13 | GABRIELA N., by her next friend ISAAC | **NOTICE OF RELATED CASES**
   | N.; JAIME D., by his next friend REYNA |
14 | D.; SAN FERNANDO VALLEY REFUGEE | Civil Local Rule 83-1.3
   | CHILDREN CENTER, INC.; |
15 | UNACCOMPANIED CENTRAL AMERICAN |
   | REFUGEE EMPOWERMENT, |
16 |
   |              Plaintiffs, |
17 |
   |       v. |
18 |
   | ALEX AZAR, Secretary of U.S. |
19 | Department of Health and Human |
   | Services; E. SCOTT LLOYD, Director, |
20 | Office of Refugee Resettlement of the |
   | U.S. Department of Health & Human |
21 | Services, |
   |
22 |              Defendants. |

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Related Cases                    1.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu


LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org


CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org


SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
          mkkelley@cooley.com
          jcieslak@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Related Cases

2.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 83-1.3, please take notice of the following related cases, which were also filed in the Central District of California: *Flores v. Sessions*, Case No. 85-cv-4544-DMG-AGR (filed July 11, 1985) and *Franco-Gonzalez v. Holder*, Case No. 10-cv-02211-DMG-DTB (filed Mar. 26, 2010).

1)   *Flores v. Sessions*, Case No. 85-cv-4544-DMG-AGR (filed July 11, 1985).

Plaintiffs in the present action, filed on June 29, 2018, are immigrant and asylum-seeking children and members of the class protected under the settlement in *Flores* ("*Flores* Settlement"). (Compl. ¶ 2.) The *Flores* Settlement provides for class-wide enforcement of its provisions in the Central District of California.  (*Id*. ¶ 6.)

On April 16, 2018, the *Flores* plaintiff class moved[1] the Court to hold that the following policies and practices of the Office of Refugee Resettlement of the U.S. Department of Health and Human Services ("ORR") breach the *Flores* Settlement:

    (a)   ORR's confining juveniles in staff-secure facilities, residential treatment centers ("RTCs"), and secure facilities without affording them a meaningful or timely opportunity to be heard regarding the reasons for such placement;

    (b)   ORR's prolonging juveniles' detention on the ground that their parents or other available custodians are or may be unfit, while affording neither detained juveniles nor their proposed custodians a meaningful or timely opportunity to be heard regarding a proposed custodian's fitness; and

    (c)   ORR's placing minors in detention facilities in which it knows they will be administered powerful psychotropic medications for weeks, months, or years, without their parents' consent or other lawful authorization.

(*Flores*, No. 85-cv-4544, ECF No. 409.) Judge Gee will hear this motion on July 27,

---

[1] The *Flores* plaintiff class has previously moved to enforce the *Flores* Settlement several times; since 2015, all such motions have been heard and decided by the Honorable Dolly M. Gee.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Related Cases

3.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

1  | 2018.

2  |       This case and *Flores* are "related actions" under Local Rule 83-1.3.1 because

3  | they arise from closely related events and call for the determination of nearly identical

4  | questions of fact and law. Indeed, Plaintiffs have initiated this action at ORR's urging

5  | as an adjunct and supplement to their pending motion to enforce the *Flores* Settlement.

6  |       Although this action requests one remedy—that ORR be enjoined from blocking

7  | *Flores* class members' access to counsel in violation of § 235 of the William

8  | Wilberforce Trafficking Victims Protection Reauthorization Act of 2008, Pub. L. 110-

9  | 457, 122 Stat. 5044, codified at 8 U.S.C. § 1232 ("TVPRA")—not under consideration

10 | by Judge Gee, this action would entail a substantial duplication of labor if heard by a

11 | judge not already familiar with the *Flores* Settlement and the parties.

12 |       In light of the Honorable Dolly M. Gee's intimate familiarity with the parties and

13 | ORR's legal obligations under the *Flores* Settlement, and the substantial overlap

14 | between the relief requested here and in the motion pending before Judge Gee, Plaintiffs

15 | respectfully assert that assigning the instant action to a different judge within the District

16 | would result in a significant duplication of time and effort and would likely waste

17 | judicial resources.

18 | 2)     *Franco-Gonzalez v. Holder*, Case No. 10-cv-02211-DMG-DTB (filed Mar. 26,

19 | 2010).

20 |       The one claim raised in the present action that is not before Judge Gee in *Flores*—

21 | whether ORR may lawfully block *Flores* class members' access to counsel—is related

22 | to another action over which Judge Gee is presiding.

23 |       In *Franco-Gonzalez v. Holder*, individuals with serious mental disorders assert

24 | they have a right to appointed counsel in removal proceedings before the Executive

25 | Office of Immigration Review. (*Franco-Gonzalez*, No. 10-cv-02211, ECF No. 344,

26 | ¶¶ 2-5.) The resolution of that case involved a permanent injunction and ongoing

27 | monitoring of the government's compliance, with the most recent order issued on April

28 | 30, 2018. (*Franco-Gonzalez*, No. 10-cv-02211, ECF No. 996.) Among the individual

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Related Cases

4.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

Plaintiffs in the present action are juveniles whom ORR has diagnosed with psychological disabilities requiring the involuntary administration of psychotropic medications. Whether these Plaintiffs are entitled to protection, including access to counsel, under the TVPRA and Constitution is related to the plaintiffs' claims in *Franco-Gonzalez. See Nadarajah v. Gonzales*, 443 F.3d 1069, 1076 (9th Cir. 2006) (if it is "fairly possible" for a court to interpret a statute in a way that avoids raising serious constitutional problems, it must do so).

Any ruling in the present case—particularly with respect to Plaintiffs' adequacy of legal representation claim—will need to account for the facts and questions of law addressed by Judge Gee in *Franco-Gonzalez*. Therefore, Plaintiffs respectfully assert that assigning this matter to a different judge would waste time and judicial and party resources.

Dated:        June 29, 2018                Respectfully submitted


                                           */s/ Leecia Welch*
                                           Leecia Welch
                                           Neha Desai
                                           Poonam Juneja
                                           Crystal Adams
                                           National Center for Youth Law

                                           Carlos R. Holguín
                                           Center For Human Rights &
                                           Constitutional Law

                                           Holly Cooper
                                           Carter White
                                           University of California Davis School of
                                           Law

                                           Summer Wynn
                                           Mary Kathryn Kelley
                                           Jon Cieslak
                                           Cooley LLP

                                           *Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

Notice of Related Cases

5.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693