1  CARLOS HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights and Constitutional Law
2  256 South Occidental Blvd.
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693, ext. 309
   Facsimile: (213) 386-9484
4  email: crholguin@centerforhumanrights.org

5  *Listing continued on next page*
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No. 2:18-cv-05741 <br><br> DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

DECLARATION OF LEECIA WELCH IN SUPPORT
OF PLAINTIFFS' EX PARTE APPLICATION FOR
LEAVE TO PROCEED USING PSEUDONYMS
2:18-CV-05741

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
  ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
  ndesai@youthlaw.org
  pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
  mkkelley@cooley.com
  jcieslak@cooley.com
COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

DECLARATION OF LEECIA WELCH IN SUPPORT
OF PLAINTIFFS' EX PARTE APPLICATION FOR
LEAVE TO PROCEED USING PSEUDONYMS
2:18-CV-05741

# DECLARATION OF LEECIA WELCH IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS

I, Leecia Welch, declare and say as follows:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys for Plaintiffs. My business address is 405 14th Street, 15th Floor, Oakland, California 94618.

2. On June 27, 2018, I emailed Sarah Fabian, one of the attorneys for the Defendants in the above-entitled action. I advised Ms. Fabian of the substance of the attached ex parte application for leave to proceed using pseudonyms. I also informed her that this application would be filed this week. Ms. Fabian indicated that Defendants would not oppose the ex parte application for leave to use pseudonyms.

3. Ms. Fabian's contact information is as follows: Sarah Fabian, Senior Litigation Counsel, PO Box 868, Ben Franklin Station, Washington, DC 20044, (202) 532-4824, Sarah.B.Fabian@usdoj.gov.

4. Plaintiffs will provide Defendants with the true and correct names of the individual Plaintiffs, their Next Friends, and the corresponding pseudonyms of the individual Plaintiffs and Next Friends.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of June, 2018, at Oakland, California.

Respectfully submitted,

*/s/ Leecia Welch*
Leecia Welch

Cooley LLP
Attorneys At Law
San Francisco

3.

DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS
2:18-cv-05741