1  CARLOS HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights and Constitutional Law
2  256 South Occidental Blvd.
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693, ext. 309
   Facsimile: (213) 386-9484
4  email: crholguin@centerforhumanrights.org

5  *Listing continued on next page*
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No. 2:18-cv-05741 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX
PARTE APPLICATION FOR LEAVE TO PROCEED USING
PSEUDONYMS
2:18-CV-05741

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
　　　ndesai@youthlaw.org
　　　pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
　　　mkkelley@cooley.com
　　　jcieslak@cooley.com

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS**

Plaintiffs have requested permission for leave to proceed using pseudonyms for the named Plaintiffs and their Next Friends who bring this suit.

Having considered the papers submitted by Plaintiffs, the Court finds that Plaintiffs have demonstrated good cause to allow the named Plaintiffs and their Next Friends to proceed using pseudonyms, which outweighs any prejudice to the opposing party or the public's interest in knowing their identities.

Accordingly, the Court:

A. GRANTS Plaintiffs leave to proceed in this matter with the use of pseudonyms for the named Plaintiffs and their Next Friends;

B. ORDERS that Defendants will not publicly disclose the names or personal identifying information of the named Plaintiffs and their Next Friends after Defendants learn their names and personal identifying information; and

C. ORDERS that all parties shall submit pleadings, briefing, and evidence using the named Plaintiffs' and their Next Friends' pseudonyms instead of their real names, initials, and other personally identifying information.

Dated: _____          _____
                                   United States District Judge