1  CARLOS HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights and Constitutional Law
2  256 South Occidental Blvd.
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693, ext. 309
   Facsimile: (213) 386-9484
4  email: crholguin@centerforhumanrights.org

5  *Listing continued on next page*
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>Defendants. | Case No. 2:18-cv-05741<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING
LEAVE TO FILE UNDER SEAL
2:18-CV-05741

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
　　　ndesai@youthlaw.org
　　　pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
　　　mkkelley@cooley.com
　　　jcieslak@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER GRANTING
LEAVE TO FILE UNDER SEAL
2:18-CV-05741

# [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS

Plaintiffs seek to file under seal Attachment A to their Application to Use Pseudonyms, which contains a list of proposed pseudonyms and the corresponding true names of the named Plaintiffs and their Next Friends.

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

1. Plaintiffs are granted leave to file under seal Attachment A to the Application to Use Pseudonyms.

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

Cooley LLP
Attorneys At Law
San Francisco

3.

[PROPOSED] ORDER GRANTING
LEAVE TO FILE UNDER SEAL
2:18-cv-05741