1  CARLOS HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights and Constitutional Law
2  256 South Occidental Blvd.
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693, ext. 309
   Facsimile: (213) 386-9484
4  email: crholguin@centerforhumanrights.org

5  *Listing continued on next page*
   *Attorneys for Plaintiffs*

6

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 | LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, | Case No. 2:18-cv-05741

**CERTIFICATE OF SERVICE**

Plaintiffs,

v.

ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,

Defendants.

---

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

179876530 v2                                1.                          CERTIFICATE OF SERVICE
                                                                             2:18-CV-05741

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
   ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
   ndesai@youthlaw.org
   pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
   mkkelley@cooley.com
   jcieslak@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

179876530 v2

2.

CERTIFICATE OF SERVICE
2:18-CV-05741

# CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, I caused a copy of (i) Plaintiffs' Ex Parte Application for Leave to Proceed Using Pseudonyms, the accompanying Declaration in Support of the Application and Proposed Order; and (ii) Plaintiffs' Application for Leave to File Under Seal, the accompanying Declaration in Support of the Application and the Proposed Order, and the document to be filed under seal—Attachment A to the Application to Use Pseudonyms—to be served by email to the following counsel listed below:

Sarah B. Fabian,
sarah.b.fabian@usdoj.gov
Civil Division – Office of Immigration Litigation
US Department of Justice
PO Box 868
Ben Franklin Station
Washington, DC 20044


Dated:  June 29, 2018

                                            s/ *Leecia Welch*
                                            Leecia Welch