Leecia Welch
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
(510) 899-6581
lwelch@youthlaw.org

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., by his next friend Madelyn R., et al.<br><br>v.<br>Alex Azar, Secretary of U.S. Department of Health and Human Services, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:18-CV-05741<br><br>APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT |

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated supervising attorney sign in in Section III; **note that electronic signatures are not accepted**. Space to supplement your responses is provided in Section IV.*

(2) *Have your supervising attorney e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form CV-99 ORDER, available from the Court's website).*

### SECTION I - INFORMATION

Neha Desai
*Applicant's Name (Last Name, First Name & Middle Initial)*

National Center for Youth Law
*Qualifying Legal Services Provider*

405 14th Street, 15th Fl.

Oakland, CA 94612
*City, State, Zip Code*

*Street Address*

(510) 835-6577     (510) 835-8099
*Telephone Number*   *Fax Number*

ndesai@youthlaw.org
*E-Mail Address*

803161
*Applicant's Cal. State Bar Number (if one been issued)*

**I will represent the following parties:**

| Party | Plaintiff | Defendant | Other |
|---|---|---|---|
| Lucas R., by his next friend Madelyn R. | ☒ | ☐ | ☐ |
| Daniela Marisol T., by her next friend Katherine L. | ☒ | ☐ | ☐ |

*Name(s) of Party(ies) Represented (list additional parties in Section IV if necessary)*

Have you previously registered as a CM/ECF user in the Central District of California?   ☒ Yes   ☐ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☒ Yes   ☐ No:

*Previous E-Mail Used (if applicable)*

You must be registered to use the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice in this Court as a Registered Legal Services Attorney. Submission of this Application will constitute your registration (or re-registration) to use CM/ECF. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering to use CM/ECF is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am a Registered Legal Services Attorney authorized to practice law in the state courts of California pursuant to California Rules of Court, Rule 9.45.
(3) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(4) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court, as my supervising attorney pursuant to Local Rule 83-2.1.5(a)(4) and California Rules of Court, Rule 9.45.

Dated June 29, 2018         Neha Desai
                            *Applicant's Name (please type or print)*

                            *Applicant's Signature*

SECTION III - DESIGNATION OF SUPERVISING ATTORNEY

Welch, Leecia J.
*Designee's Name (Last Name, First Name & Middle Initial)*

National Center for Youth Law
*Qualifying Legal Services Provider*

405 14th Street, 15th Fl.

*Street Address*

Oakland, CA 94612
*City, State, Zip Code*

(510) 899-6581              (510) 835-8099
*Telephone Number*          *Fax Number*

lwelch@youthlaw.org
*E-Mail Address*

208741
*Designee's California State Bar Number*

I am employed by a Qualified Legal Services Provider, as defined in California Rules of Court, Rule 9.45(a)(1). The Applicant will work, with or without pay, for this same Qualified Legal Services Provider. I am a member in good standing of the State Bar of California and the Bar of the Central District of California. I meet the requirements of California Rules of Court, Rule 9.45(h), and I hereby agree that I will provide direct supervision of the Applicant as required by Rule 9.45, and that I will assume professional responsibility for any work performed by the Applicant under that Rule.

Dated June 29, 2018         Leecia Welch
                            *Designee's Name (please type or print)*

                            *Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Miguel Angel S., by his next friend Gerardo S. (Plaintiff)
Gabriela N., by her next friend, Isaac N. (Plaintiff)
Jaime D., by his next friend, Reyna D. (Plaintiff)
San Fernando Valley Refugee Children Center, Inc. (Plaintiff)
Unaccompanied Central American Refugee Empowerment (Plaintiff)