Leecia Welch
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
(510) 899-6581
lwelch@youthlaw.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., by his next friend Madelyn R., et al.<br><br>Plaintiff(s)<br>v.<br>Alex Azar, Secretary of U.S. Department of Health and Human Services, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-CV-05741<br><br>**(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT** |

**The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by**

Neha Desai  of  National Center for Youth Law, 405 14th Street, 15th Floor, Oakland, CA 94612

*Applicant's Name (Last Name, First Name & Middle Initial)*

(510) 835-6577   (510) 835-8099   803161

*Telephone Number*   *Fax Number*   *Cal. State Bar No.*

ndesai@youthlaw.org

*E-Mail Address*

*Qualifying Legal Services Provider Name & Address*

**for permission to appear and participate in this case on behalf of**

Lucas R., by his next friend Madelyn R., et al.

*Name(s) of Party(ies) Represented*   ☒ Plaintiff   ☐ Defendant   ☐ Other:

**and designating as Supervising Attorney**

Welch, Leecia J.  of  National Center for Youth Law, 405 14th Street, 15th Floor, Oakland, CA 94612

*Designee's Name (Last Name, First Name & Middle Initial)*

(510) 899-6581   (510) 835-8099   208741

*Telephone Number*   *Fax Number*   *Cal. State Bar No.*

lwelch@youthlaw.org

*E-Mail Address*

*Qualifying Legal Services Provider Name & Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.**

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge