# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R. et al | CASE NUMBER |
| v. | 2:18-cv-05741 DDP(PLAx) |
| PLAINTIFF(S) | |
| Alex Azar et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES) |
| DEFENDANT(S). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 16-05.

_____7/3/18_____    Dolly M. Gee  /s/ Dolly M. Gee
Date                United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____            _____
Date                United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case 2:85-cv-04544-DMG (AGRx) and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____NA____ to Magistrate Judge ____NA____.

On all documents subsequently filed in this case, please substitute the initials ____DMG____ after the case number in place of the initials of the prior judge, so that the case number will read ____2:18-cv-05741 DMG(PLAx)____. This is very important because the documents are routed to the assigned judges by means of these initials

cc: [ ] Previous Judge    [ ] Statistics Clerk

CV-34 (10/16)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 16-05 (Related Cases)