# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., by his next friend Madelyn R., et al.,<br><br>                                            Plaintiff(s)<br>v.<br><br>Alex Azar, Secretary of U.S. Department of Health and Human Services, et al.,<br><br>                                            Defendant(s). | CASE NUMBER:<br><br>CV 18-5741-DMG (PLAx)<br><br>**ORDER ON APPLICATION<br>OF REGISTERED LEGAL SERVICES ATTORNEY<br>TO PRACTICE BEFORE THE COURT** |

**The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by**

<u>Neha Desai</u>                       of   National Center for Youth Law
*Applicant's Name (Last Name, First Name & Middle Initial)*     405 14th Street, 15th Floor
                                         Oakland, CA 94612

<u>(510) 835-6577</u>  <u>(510) 835-8099</u>  <u>803161</u>
*Telephone Number   Fax Number   Cal. State Bar No.*

<u>ndesai@youthlaw.org</u>                 *Qualifying Legal Services Provider Name & Address*
          *E-Mail Address*

**for permission to appear and participate in this case on behalf of**
<u>Lucas R., by his next friend Madelyn R., et al.</u>

*Name(s) of Party(ies) Represented*          X *Plaintiff*   ☐ *Defendant*   ☐ *Other:* _____

**and designating as Supervising Attorney**

<u>Welch, Leecia J.</u>                    of   National Center for Youth Law
*Designee's Name (Last Name, First Name & Middle Initial)*     405 14th Street, 15th Floor
                                         Oakland, CA 94612

<u>(510) 899-6581</u>   <u>(510) 835-8099</u>   <u>208741</u>
Telephone Number   Fax Number   *Cal. State Bar No.*

<u>lwelch@youthlaw.org</u>                  *Qualifying Legal Services Provider Name & Address*
          *E-Mail Address*

**hereby ORDERS the Application be:**

**X GRANTED.**
☐ **DENIED.**

**Dated: <u>July 6, 2018</u>**

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**