NOTE: CHANGES MADE BY THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>              Plaintiffs,<br><br>              vs.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>              Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS [6]** |

1    Plaintiffs have filed an unopposed ex parte application requesting permission for

2 leave to proceed using pseudonyms for the named Plaintiffs and their Next Friends who

3 bring this suit.

4    Having considered Plaintiffs' papers, the Court finds that Plaintiffs have

5 demonstrated good cause to allow the named Plaintiffs and their Next Friends to proceed

6 using pseudonyms, which outweighs any prejudice to the opposing party or the public's

7 interest in knowing their identities.

8    Accordingly, the Court:

9 A. GRANTS Plaintiffs leave to proceed in this matter with the use of pseudonyms for

10    the named Plaintiffs and their Next Friends;

11 B. ORDERS that Defendants will not publicly disclose the names or personal

12    identifying information of the named Plaintiffs and their Next Friends after

13    Defendants learn their names and personal identifying information; and

14 C. ORDERS that all parties shall submit pleadings, briefing, and evidence (except for

15    evidence properly filed under seal) using the named Plaintiffs' and their Next

16    Friends' pseudonyms instead of their real names, initials, and other personally

17    identifying information.

18
19 DATED:  July 9, 2018

20 DOLLY M. GEE
   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28