UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>　　　　Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS [7]** |

Plaintiffs have requested permission for leave to proceed using pseudonyms for the named Plaintiffs and their Next Friends who bring this suit. Plaintiffs seek to file under seal Attachment A to their Application to Use Pseudonyms, which contains a list of proposed pseudonyms and the corresponding true names of the named Plaintiffs and their Next Friends.

Having considered Plaintiffs' papers and having reviewed the material that they seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file under seal Attachment A to the Application to Use Pseudonyms. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file Attachment A under seal within three (3) days of the date of this Order.

IT IS SO ORDERED.

DATED: July 9, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE