| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 550-6000 | FOR COURT USE ONLY |
|---|---|---|
| Carlos Holguín (Cal. Bar No. 90754) <br> Cooley LLP <br> 4401 Eastgate Mall <br> San Diego, CA 92121 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No. <br> 3340171-801 | |

Insert name of court, judicial district or branch court, if any:

United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
LUCAS R., by his next friend MADELYN R., et al

DEFENDANT
ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 2:18-CV-05741 |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SEE ATTACHED LIST OF DOCUMENTS SERVED

ON: US Attorney for the Central District of California
AT: 300 North Los Angeles Street, Suite 7516
Los Angeles CA 90012

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 7/6/2018 4:15:00 PM
PERSON SERVED: Genoveva Ortego - Person Authorized to Accept

FEE FOR SERVICE: $215.00

Registered California Process Server
County: Los Angeles
**Registration No.** 20130634464
American Messenger Service, Inc.
205 S. Broadway, Suite 925
Los Angeles, CA 90012
(866) 444-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, July 11, 2018**

Signature: _Thomas Miller_
Thomas Miller

United States District Court-Central District of California
Central District of California
LUCAS R., et al vs. ALEX AZAR, et al
2:18-CV-05741

491836

SUMMONS IN CIVIL ACTION

COMPLAINT FOR INJUNCTIVE RELIEF DECLARATORY RELIEF, AND NOMINAL DAMAGES (CLASS ACTION)

CIVIL COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.1-1)

NOTICE OF RELATED CASES

EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS AND SUPPORTING MEMORANDUM

DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED
USING PSEUDONYMS

[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS

APPLICATION TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS

CERTIFICATE OF SERVICE

APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT

(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

ORDER TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 550-6000 | FOR COURT USE ONLY |
|---|---|---|
| Carlos Holguín (Cal. Bar No. 90754)<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No.<br>3340171-801 | |

Insert name of court, judicial district or branch court, if any:

United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
LUCAS R., by his next friend MADELYN R., et al

DEFENDANT:
ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER<br>2:18-CV-05741 |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE FOLLOWING DOCUMENT(S) OR TRUE COPIES THEREOF WITH ALL EXHIBITS:

SEE ATTACHED LIST OF DOCUMENTS SERVED

ON: Scott Lloyd, ORR Director
AT: 200 Independence Ave SW
    Washington, DC 20201

MANNER OF SERVICE: **In compliance with Federal Code of Civil Procedure.**
**Personal Service - By personally delivering copies of documents stated above.**

DATE AND TIME OF DELIVERY: 7/6/2018  10:56:00 AM
PERSON SERVED: Tracey Mullins (Chief Legal Officer) - Person Authorized to Accept

FEE FOR SERVICE: $215.00

Not a Registered California Process Server
County:
Registration No.
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, July 11, 2018**

Signature: _____
Kevin Weeks

United States District Court-Central District of California
Central District of California
LUCAS R., et al vs. ALEX AZAR, et al
2:18-CV-05741

491857

**SUMMONS IN CIVIL ACTION**

**COMPLAINT FOR INJUNCTIVE RELIEF DECLARATORY RELIEF, AND NOMINAL DAMAGES (CLASS ACTION)**

**CIVIL COVER SHEET**

**CERTIFICATION AND  NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.1-1)**

**NOTICE OF RELATED CASES**

**EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS AND SUPPORTING MEMORANDUM**

**DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED
USING PSEUDONYMS**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS**

**APPLICATION TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS**

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT  A TO APPLICATION TO USE PSEUDONYMS**

**CERTIFICATE OF SERVICE**

**APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT**

**(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**ORDER TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 550-6000 | FOR COURT USE ONLY |
|---|---|---|
| Carlos Holguín (Cal. Bar No. 90754)<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No.<br>3340171-801 | |

Insert name of court, judicial district or branch court, if any:

United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
LUCAS R., by his next friend MADELYN R., et al

DEFENDANT
ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al

| PROOF OF SERVICE BY FIRST CLASS MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER<br>2:18-CV-05741 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

SEE ATTACHED LIST OF DOCUMENTS SERVED

MANNER OF SERVICE:

**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:

Scott Lloyd, ORR Director

ADDRESS, CITY AND STATE: 200 Independence Ave SW
Washington, DC 20201

DATE OF MAILING: 7/6/2018
PLACE OF MAILING: San Diego, California - Via Certified Mail

FEE FOR SERVICE: $65.00

Registered California Process Server
County: San Diego
**Registration No.** 1371
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, July 11, 2018**

Signature: _____
Robert Keith Giddens

PROOF OF SERVICE BY FIRST CLASS MAIL

491839

United States District Court-Central District of California
Central District of California
LUCAS R., et al vs. ALEX AZAR, et al
2:18-CV-05741

491839

SUMMONS IN CIVIL ACTION

COMPLAINT FOR INJUNCTIVE RELIEF DECLARATORY RELIEF, AND NOMINAL DAMAGES (CLASS ACTION)

CIVIL COVER SHEET

CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.1-1)

NOTICE OF RELATED CASES

EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS AND SUPPORTING MEMORANDUM

DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED
USING PSEUDONYMS

[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS

APPLICATION TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS

CERTIFICATE OF SERVICE

APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT

(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT

NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

ORDER TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 550-6000 | FOR COURT USE ONLY |
|---|---|---|
| Carlos Holguín (Cal. Bar No. 90754)<br>Cooley LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No.<br>3340171-801 | |

Insert name of court, judicial district or branch court, if any:

United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
LUCAS R., by his next friend MADELYN R., et al

DEFENDANT:
ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al

| PROOF OF SERVICE BY FIRST CLASS MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER<br>2:18-CV-05741 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

SEE ATTACHED LIST OF DOCUMENTS SERVED

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
Alex M. Azar II, Secretary of Health and Human Services

ADDRESS, CITY AND STATE: 200 Independence Avenue, S.W.
Washington, D.C. 20201

DATE OF MAILING: 7/6/2018
PLACE OF MAILING: San Diego, California - Via Certified Mail

FEE FOR SERVICE: $65.00

**Registered California Process Server**
County: San Diego
**Registration No.** 1371
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, July 11, 2018**

Signature: /s/ Robert Keith Giddens

PROOF OF SERVICE BY FIRST CLASS MAIL                    491838

United States District Court-Central District of California
Central District of California
LUCAS R., et al vs. ALEX AZAR, et al
2:18-CV-05741

491838

**SUMMONS IN CIVIL ACTION**

**COMPLAINT FOR INJUNCTIVE RELIEF DECLARATORY RELIEF, AND NOMINAL DAMAGES (CLASS ACTION)**

**CIVIL COVER SHEET**

**CERTIFICATION AND  NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.1-1)**

**NOTICE OF RELATED CASES**

**EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS AND SUPPORTING MEMORANDUM**

**DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED
USING PSEUDONYMS**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS**

**APPLICATION TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS**

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT  A TO APPLICATION TO USE PSEUDONYMS**

**CERTIFICATE OF SERVICE**

**APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT**

**(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**ORDER TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: (858) 550-6000 | FOR COURT USE ONLY |
|---|---|---|
| Carlos Holguín (Cal. Bar No. 90754) <br> Cooley LLP <br> 4401 Eastgate Mall <br> San Diego, CA 92121 | | |
| ATTORNEY FOR (NAME): Plaintiffs | Ref. No. or File No. <br> 3340171-801 | |

Insert name of court, judicial district or branch court, if any:

United States District Court-Central District of California
Central District of California
411 West Fourth Street
Santa Ana, CA 92701-4516

PLAINTIFF:
LUCAS R., by his next friend MADELYN R., et al

DEFENDANT:
ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al

| PROOF OF SERVICE BY FIRST CLASS MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER <br> 2:18-CV-05741 |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED COPIES OF THE:

SEE ATTACHED LIST OF DOCUMENTS SERVED

MANNER OF SERVICE:
**I served the documents by enclosing them in an envelope and placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a Sealed envelope with postage fully prepaid.**

THE ENVELOPE WAS ADDRESSED AND MAILED AS FOLLOWS:
US Attorney General

ADDRESS, CITY AND STATE:    950 Pennsylvania Avenue, NW
                            Washington, DC 25030

DATE OF MAILING:     7/6/2018
PLACE OF MAILING:    San Diego, California - Via Certified Mail

FEE FOR SERVICE:     $65.00

Registered California Process Server
County:  San Diego
**Registration No.**  1371
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Wednesday, July 11, 2018**

Signature: _____
Robert Keith Giddens

# United States District Court-Central District of California
## Central District of California
## LUCAS R., et al vs. ALEX AZAR, et al
## 2:18-CV-05741

491837

**SUMMONS IN CIVIL ACTION**

**COMPLAINT FOR INJUNCTIVE RELIEF DECLARATORY RELIEF, AND NOMINAL DAMAGES (CLASS ACTION)**

**CIVIL COVER SHEET**

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT (LOCAL RULE 7.1-1)**

**NOTICE OF RELATED CASES**

**EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS AND SUPPORTING MEMORANDUM**

**DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EXPARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS**

**APPLICATION TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS**

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS**

**CERTIFICATE OF SERVICE**

**APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT**

**(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT**

**NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES**

**NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM**

**ORDER TRANSFER PURSUANT TO GENERAL ORDER 16-05 (RELATED CASES)**