CHAD A. READLER
Acting Assistant Attorney General
Civil Division

DOUGLAS E. GINSBURG
Assistant Director
Office of Immigration Litigation

MARINA C. STEVENSON
Trial Attorney
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-3797
Facsimile:    (202) 307-8781
E-mail:  Marina.C.Stevenson@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R., et al.,<br>　　　　Plaintiffs,<br>　　vs.<br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services, and<br>E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health and Human Services,<br>　　　　Defendants. | **Case No. 2:18-CV-05741-DMG-PLA**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that United States Department of Justice, Trial Attorney, Marina C. Stevenson, herewith enters her appearance in this matter as co-counsel on behalf of Respondents. All items to be served upon Respondents should be served upon the undersigned at the following address:

MARINA C. STEVENSON
Trial Attorney
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-3797
Facsimile:    (202) 307-8781
E-mail:  Marina.C.Stevenson@usdoj.gov
DATED:  August 1, 2018

        Respectfully Submitted,

        CHAD A. READLER
        Acting Assistant Attorney General
        Civil Division

        DOUGLAS E. GINSBURG
        Assistant Director

        */s/ Marina C. Stevenson*
        MARINA C. STEVENSON
        Trial Attorney
        Office of Immigration Litigation
        U.S. Department of Justice, Civil Division
        P.O. Box 878, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 305-3797
        Facsimile:  (202) 307-8781
        E-mail: Marina.C.Stevenson@usdoj.gov

        Attorneys for Respondents


## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of August 2018, I electronically filed the foregoing document with the U.S. District Court for the Central District of California by using the CM/ECF system.  I further certify that Petitioner's counsel, Carlos Holguin, participates in the Court's CM/ECF system and will be served thereby.

*/s/ Marina C. Stevenson*
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-3797
Facsimile:  (202) 307-8781
E-mail: Marina.C.Stevenson@usdoj.gov

Attorney for Respondents