1  CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights & Constitutional Law
2  256 South Occidental Boulevard
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693
   Email: crholguin@centerforhumanrights.org
4
5  *Listing continues on next page*

   *Attorneys for Plaintiffs*
6

7

8                    UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

| 11 | LUCAS R., *et al.*, | Case No. CV 2:18-CV-05741 |
|----|---|---|
| 12 | Plaintiffs, | NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION |
| 13 | v. | |
| 14 | ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*, | Hearing: 31, 2018<br>Time: 9:30 a.m.<br>Room: 1st St. Courthouse Courtroom 8C |
| 15 | | |
| 16 | Defendants. | |

1 | *Counsel for Plaintiffs, continued*

2 | HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
3 | CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
4 | University of California Davis School of Law
One Shields Ave. TB 30
5 | Davis, CA 95616
Telephone: (530) 754-4833
6 | Email:   hscooper@ucdavis.edu
            ccwhite@ucdavis.edu

7 |

8 | LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
9 | National Center for Youth Law
405 14th Street, 15th Floor
10 | Oakland, CA 94612
Telephone: (510) 835-8098
11 | Email:   lwelch@youthlaw.org
              ndesai@youthlaw.org
12 |          pjuneja@youthlaw.org

13 | CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
14 | 1313 L St. NW, Suite 130
Washington, DC 20005
15 | Telephone: (202) 868-4785
Email:   cadams@youthlaw.org

16 |

17 | SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
18 | MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
19 | 4401 Eastgate Mall
San Diego, CA 92121-1909
20 | Telephone: (858) 550-6000
Email:   swynn@cooley.com
21 |          mkkelley@cooley.com
              jcieslak@cooley.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that on August 31, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an order certifying this case as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure on behalf of the following classes of similarly situated persons:

All children in the custody of the Office of Refugee Resettlement of the U.S. Department of Health and Human Services ("ORR") pursuant to 6 U.S.C. § 279 and/or 8 U.S.C. § 1232 —

1) who are or will be placed in a secure facility, medium-secure facility, or RTC, or continued in any such facility for more than thirty days, without being afforded notice and an opportunity to be heard before a neutral and detached decisionmaker regarding the grounds for such placement; or

2) whom ORR is refusing or will refuse to release to parents or other available custodians within thirty days of the proposed custodian's submitting a complete family reunification packet on the ground that the proposed custodian is or may be unfit; or

3) who are or will be prescribed or administered one or more psychotropic medications without procedural safeguards, including but not limited to obtaining informed consent or court authorization prior to medicating a child, involving a neutral decisionmaker in the initial determination of whether to prescribe psychotropics to a child in ORR custody, and involving a neutral decision-maker to conduct periodic reviews of those medications as treatment continues; or

4) who are natives of non-contiguous countries and to whom ORR is impeding or will impede legal assistance in legal matters or proceedings involving their custody, placement, release, and/or administration of psychotropic drugs.

This motion is based upon the accompanying memorandum of points and

1 authorities, notice of lodgment, and exhibits, and upon all other matters of record
2 herein.
3     This motion is made following the conference of counsel pursuant to Local
4 Rule 7-3 which took place on July 17, 2018. On July 24, 2018, Defendants indicated
5 they will oppose this motion.

7 Dated: August 2, 2018.

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of
Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

*/s/ Carlos Holguín*
Carlos Holguín

*/s/ Leecia Welch*
Leecia Welch

*/s/ Holly S. Cooper*
Holly S. Cooper

*/s/ Summer Wynn*
Summer Wynn

*Attorneys for Plaintiffs*