CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA  90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org
Facsimile:  (415) 693-2222

*Listing continued on next page*
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br>Plaintiffs, <br><br>v. <br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br>Defendants. | Case No.  2:18-CV-05741 <br><br>**PLAINTIFFS' NOTICE OF LODGMENT OF EVIDENCE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

| | |
|---|---|
| 1 | *Counsel for Plaintiffs, continued* |
| 2 | HOLLY S. COOPER (Cal. Bar No. 197626)<br>Co-Director, Immigration Law Clinic |
| 3 | CARTER C. WHITE (Cal. Bar No. 164149)<br>Director, Civil Rights Clinic |
| 4 | University of California Davis School of Law<br>One Shields Ave. TB 30 |
| 5 | Davis, CA 95616<br>Telephone: (530) 754-4833 |
| 6 | Email: hscooper@ucdavis.edu<br>        ccwhite@ucdavis.edu |
| 7 | |
| 8 | LEECIA WELCH (Cal. Bar No. 208741)<br>NEHA DESAI (Cal. RLSA Bar No. 803161) |
| 9 | POONAM JUNEJA (Cal. Bar No. 300848)<br>National Center for Youth Law |
| 10 | 405 14th Street, 15th Floor<br>Oakland, CA 94612 |
| 11 | Telephone: (510) 835-8098<br>Email: lwelch@youthlaw.org |
| 12 |         ndesai@youthlaw.org<br>        pjuneja@youthlaw.org |
| 13 | |
| 14 | CRYSTAL ADAMS (Cal. Bar No. 308638)<br>National Center for Youth Law |
| 15 | 1313 L St. NW, Suite 130<br>Washington, DC 20005 |
| 16 | Telephone: (202) 868-4785<br>Email: cadams@youthlaw.org |
| 17 | |
| 18 | SUMMER WYNN (Cal. Bar No. 240005)<br>MARY KATHRYN KELLEY (Cal. Bar No. 170259) |
| 19 | JON CIESLAK (Cal. Bar No. 268951)<br>MEGAN L. DONOHUE (Cal. Bar No. 266147) |
| 20 | Cooley LLP<br>4401 Eastgate Mall |
| 21 | San Diego, CA 92121-1909<br>Telephone: (858) 550-6000 |
| 22 | Email: swynn@cooley.com<br>        mkkelley@cooley.com |
| 23 |         jcieslak@cooley.com |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF LODGMENT OF EVIDENCE
CV 2:18-CV-05741

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that Plaintiffs lodge the following exhibits in support of their Motion for Class Certification:

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Stipulated Settlement Agreement, *Flores v. Reno*, Case No. CV 85-4544, dated January 13, 1997.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Stipulation Extending Settlement Agreement and for Other Purposes; and Order Thereon, *Flores v. Reno*, Case No. CV 85-4544, dated December 7, 2001.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Declaration of Jallyn N. Sualog, dated May 25, 2018.

4. Attached hereto as **Exhibit 4** is a true and correct copy of ORR Form Notice of Placement in a Restrictive Setting, dated February 5, 2018. This document was produced to Plaintiffs' counsel on February 21, 2018 by Defendants' counsel, Sarah Fabian, pursuant to Paragraph 29 of the *Flores* Agreement.

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Vera Institute of Justice, Inc. contract with the DHHS, dated Aug. 12, 2016, which was previously filed in *Flores v. Sessions*, Docket No. 239-3, Ex. 16.

6. Attached hereto as **Exhibit 6** is a true and correct copy of Declaration of Jason Mixon, dated October 19, 2017.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Declaration of Lorelei Alicia Williams, previously filed in *Flores v. Sessions*, Docket No. 239-2, dated August 5, 2016.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Megan Stuart, previously filed in *Flores v. Sessions*, Docket No. 239-2, dated August 1, 2016.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the Declaration of Carter White, dated April 14, 2018, attaching Shiloh Treatment Center Consent to Medical Care Form.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Daniela Marisol L., dated November 21, 2017 (proposed to be filed partially under seal).

11. Attached hereto as **Exhibit 11** is a true and correct copy of the Supplemental Declaration of Daniela Marisol L., dated May 11, 2018 (proposed to be filed partially under seal).

12. Attached hereto as **Exhibit 12** is a true and correct copy of the Supplemental Declaration of Miguel Angel S., dated June 18, 2018 (proposed to be filed partially under seal).

13. Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Gerardo S., dated May 29, 2018 (proposed to be filed partially under seal).

14. Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Gabriela N., dated December 1, 2017 (proposed to be filed partially under seal).

15. Attached hereto as **Exhibit 15** is a true and correct copy of the Supplemental Declaration of Gabriela N., dated June 8, 2018 (proposed to be filed partially under seal).

16. Attached hereto as **Exhibit 16** is a true and correct copy of the Supplemental Declaration of Gabriela N., dated July 12, 2018 (proposed to be filed partially under seal).

17. Attached hereto as **Exhibit 17** is a true and correct copy of a Medication Information and Reconciliation Form for Gabriela N., dated September 7, 2017 (proposed to be filed partially under seal).

18. Attached hereto as **Exhibit 18** is a true and correct copy of the Declaration of Isaac N., dated March 15, 2018 (proposed to be filed partially under seal). This declaration uses a pseudonym per the Court's order in *Flores v. Sessions*, No. 85-cv-4544-DMG (AGRx).

19. Attached hereto as **Exhibit 19** is a true and correct copy of the Supplemental Declaration of Isaac N., dated June 7, 2018 (proposed to be filed partially

under seal).

20. Attached hereto as **Exhibit 20** is a true and correct copy of the Declaration of Jaime D., dated June 11, 2018 (proposed to be filed partially under seal).

21. Attached hereto as **Exhibit 21** is a true and correct copy of the Declaration of Lucas R., dated June 8, 2018 (proposed to be filed partially under seal).

22. Attached hereto as **Exhibit 22** is a true and correct copy of Declaration of Madelyn R., dated July 19, 2018 (proposed to be filed partially under seal).

23. Attached hereto as **Exhibit 23** is a true and correct copy of the Declaration of Carlos Holguín, dated July 31, 2018.

24. Attached hereto as **Exhibit 24** is a true and correct copy of the Declaration of Camila G., dated April 3, 2018 (proposed to be filed partially under seal). This declaration uses a pseudonym per the Court's order in *Flores v. Sessions*, No. 85-cv-4544-DMG (AGRx).

25. Attached hereto as **Exhibit 25** is a true and correct copy of the Declaration of Carlos A., dated November 16, 2017 (proposed to be filed partially under seal). This declaration uses a pseudonym per the Court's order in *Flores v. Sessions*, No. 85-cv-4544-DMG (AGRx).

26. Attached hereto as **Exhibit 26** is a true and correct copy of the Declaration of Miguel B., dated November 16, 2017 (proposed to be filed partially under seal). This declaration uses a pseudonym per the Court's order in *Flores v. Sessions*, No. 85-cv-4544-DMG (AGRx).

27. Attached hereto as **Exhibit 27** is a true and correct copy of the Declaration of Roberto F., dated July 11, 2017 (proposed to be filed partially under seal). This declaration uses a pseudonym per the Court's order in *Flores v. Sessions*, No. 85-cv-4544-DMG (AGRx).

28. Attached hereto as **Exhibit 28** is a true and correct copy of the Declaration of Holly S. Cooper, dated July 29, 2018.

29. Attached hereto as **Exhibit 29** is a true and correct copy of the Declaration

of Carlos Holguín, dated July 30, 2018.

30. Attached hereto as **Exhibit 30** is a true and correct copy of the Declaration of Leecia Welch, dated July 31, 2018.

31. Attached hereto as **Exhibit 31** is a true and correct copy of the Declaration of Carter C. White, dated July 26, 2018.

32. Attached hereto as **Exhibit 32** is a true and correct copy of the Declaration of Summer Wynn, dated July 25, 2018.

Date:  August 2, 2018

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

 *s/ Carlos Holguín* 
Carlos Holguín
*Attorneys For Plaintiffs*