# Exhibit 2

Exhibit 2
Page 48

LODGED

1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
   Carlos Holguín
2  Peter A. Schey
   Charles Song
3  256 South Occidental Boulevard
   Los Angeles, CA 90057
4  Telephone: (213) 388-8693; Fax: (213) 386-9484

5
   LATHAM & WATKINS
6  Steven Schulman
   555 Eleventh St., NW, Suite 1000
7  Washington, DC 20004
   Telephone: (202) 637-2184
8
   *Of counsel:*
9
   YOUTH LAW CENTER
10 Alice Bussiere
   417 Montgomery Street, Suite 900
11 San Francisco, CA 94104
   Telephone: (415) 543-3379 x 3903
12
13 *Attorneys for plaintiffs*

14

15                    UNITED STATES DISTRICT COURT

16                   CENTRAL DISTRICT OF CALIFORNIA

17  JENNY LISETTE FLORES, et al.,       )   Case No. CV 85-4544-RJK(Px)
                                        )
18       Plaintiffs,                    )   STIPULATION EXTENDING
                                        )   SETTLEMENT AGREEMENT AND FOR
19  -vs-                                )   OTHER PURPOSES; AND ORDER
                                        )   THEREON
20  JANET RENO, Attorney General        )
    of the United States, et al.        )
21                                      )
         Defendants                     )
22  _____)

23  / /

24

25

26

27

28

Exhibit 2
Page 49

1

2     IT IS HEREBY STIPULATED by and between the parties as follows:

3     1. Paragraph 40 of the Stipulation filed herein on January 17, 1997, is modified to read as follows:

"All terms of this Agreement shall terminate ~~the earlier of five years after the date of final court approval of this Agreement or three years after the court determines that the INS is in substantial compliance with this Agreement,~~ *45 days following defendants' publication of final regulations implementing this Agreement*

~~except that~~ *Notwithstanding the foregoing,* the INS shall continue to house the general population of minors in INS custody in facilities that are state-licensed for the care of dependent minors."

/ / /

Exhibit 2
Page 50

1      2 For a period of six months from the date this Stipulation is filed, plaintiffs shall not
2 initiate legal proceedings to compel publication of final regulations implementing this
3 Agreement. Plaintiffs agree to work with defendants cooperatively toward resolving
4 disputes regarding compliance with the Settlement. The parties agree to confer regularly no
5 less frequently than once monthly for the purpose of discussing the implementation of and
6 compliance with the settlement agreement. However, nothing herein shall require plaintiffs
7 to forebear legal action to compel compliance with this Agreement where plaintiff class
8 members are suffering irreparable injury.

Dated: December 7, 2001.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

LATHAM & WATKINS
Steven Schulman

YOUTH LAW CENTER
Alice Bussiere

_____
Carlos Holguín, *for plaintiffs*.

Dated: December 7, 2001

Arthur Strathern
Office of the General Counsel
U.S. Immigration & Naturalization Service

_____
Arthur Strathern, *for defendants*
Per fax authorization

IT IS SO ORDERED.

Dated: December ____ 2001

_____
UNITED STATES DISTRICT JUDGE

Exhibit 2
Page 51

2. For a period of six months from the date this Stipulation is filed, plaintiffs shall not initiate legal proceedings to compel publication of final regulations implementing this Agreement. Plaintiffs agree to work with defendants cooperatively toward resolving disputes regarding compliance with the Settlement. The parties agree to confer regularly no less frequently than once monthly for the purpose of discussing the implementation of and compliance with the settlement agreement. However, nothing herein shall require plaintiffs to forebear legal action to compel compliance with this Agreement where plaintiff class members are suffering irreparable injury.

Dated: December 7, 2001.

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguin
Peter A. Schey

LATHAM & WATKINS
Steven Schulman

YOUTH LAW CENTER
Alice Bussiere

_____
Carlos Holguin, *for plaintiffs*

Dated: December 7, 2001.

Arthur Strathern
Office of the General Counsel
U.S. Immigration & Naturalization Service

_____
Arthur Strathern, *for defendants*
Per fax authorization

IT IS SO ORDERED

Dated: December 7, 2001.

_____
UNITED STATES DISTRICT JUDGE

- 3 -

Exhibit 2
Page 52

PROOF OF SERVICE BY MAIL

I, Carlos Holguin, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 South Occidental Boulevard, Los Angeles, California 90057, in said county and state

2. On December 7, 2001, I served the attached STIPULATION on defendants in this proceeding by placing a true copy thereof in a sealed envelope addressed to their attorneys of record as follows:

> Arthur Strathern
> Office of the General Counsel
> U.S. Immigration & Naturalization Service
> 425 I St. N.W.
> Washington, DC 20536

and by then sealing said envelope and depositing the same, with postage thereon fully prepaid, in the mail at Los Angeles, California; that there is regular delivery of mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct

Executed this 7th day of December, 2001, at Los Angeles, California

///

Exhibit 2
Page 53