# Exhibit 12

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 12
Page 201

I, ███████████████████████, declare as follows:

1. This supplemental declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

Transfer to Yolo

2. Like I said in my first declaration, I think I was transferred to Yolo because Shiloh staff members assaulted me and they didn't want to have me at Shiloh any longer. I didn't do anything wrong to be moved to a more secure facility.

3. I did not receive anything in writing about why I was being transferred and no one told me that I could appeal the transfer decision.

4. Yolo is a horrible, horrible place. We are only allowed outside our cells for short periods of time. It feels like torture to be constantly trapped inside four walls.

5. Being detained for such a long time has made me feel really bad. I never used to have such problems with depression or anxiety, but since I have been detained I have become much more frustrated. Being detained at Yolo makes me feel like I am going crazy. I am always alone with my thoughts and bad memories of things that have happened to me run through my head all day. I don't know how I can improve my mental health if I am kept in a cage.

6. One time, a Yolo staff member pepper sprayed me and the spray got into my eyes and ears. My eyes felt like they were on fire. When I tried to wash out my eyes with water from the sink in my cell, the staff cut off the water supply to my sink. I had to use water from the toilet to wash out my eyes. I also lost hearing in my ears for four days.

7. I have seen other children be pepper sprayed multiple times by staff. Sometimes if a kid stands up too quickly, staff assume that they are getting up to hit someone, and staff immediately pepper spray the kid.

Sponsorship Process

8. I don't understand why I haven't been reunified with my father, ▮. I miss him and want to live with him so much. I feel safe with him and know that he would be a good sponsor for me. He will make sure that I go to school and have everything that I need. I know that he has worked hard to do everything the government has asked of him in order for me to be released to his care.

9. When I was at Shiloh, the staff told me that I needed a recommendation from a doctor before I could be released. At Yolo, my case manager recently told me that they are trying to get me transferred to a staff-secure facility. No one has talked to me about when I can be released to my father.

10. My father and I speak on the phone frequently. I like talking to my father on the phone. I know that being released to my father will help to improve my mental health.

Medications

11. When I was detained at Shiloh, I was put on multiple medications. The medications that I took made me itchy, nauseous, and dizzy. I didn't want to take the medications, but the staff told me that I had to take them. The staff told me that I couldn't be released to my father if I didn't take the medications.

12. At Yolo, I take medication for depression, anxiety, and for sleep. The medication makes me feel sleepy and I sleep all day.

13. I want to leave Yolo and live with my father. I know that he will take care of me and I will feel much better.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of June, 2018, at Woodland, CA.

CERTIFICATE OF TRANSLATION

My name is Daniela Lopez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 18, 2018

_____
Daniela Lopez