# Exhibit 16

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 16
Page 219**

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, declare as follows:

1. This declaration is based on my personal knowledge. I execute this declaration to update the declaration made June 8, 2018. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am currently detained at St. Michael's Home for Children in Houston, Texas.

3. Since Flores counsel visited me on June 8, 2018, I have asked the staff at St. Michael's several times to facilitate phone calls with Flores counsel. The staff have refused to let me make calls to Flores counsel. Every time I have asked the staff to facilitate a call to Flores counsel, they have told me that they first needed to contact Flores counsel to arrange the call, but I don't think they ever contacted Flores counsel. I think the staff didn't want me to call Flores counsel, so they lied to me about why I couldn't make the calls.

4. When Flores counsel has called to speak with me on the phone, I have not been allowed to speak with Flores counsel privately. My case manager sat in the same room as me when I spoke to Flores counsel over the phone in June. She wore headphones, but I think she was able to hear my conversation with counsel. None of my phone calls are private; they are always monitored. I hate that there is no privacy here. I don't feel like I can talk about how I really feel when the staff are listening.

5. I have not seen a psychiatrist since I left Shiloh in April. I am supposed to have an appointment, but not until some time in August. However, I am still being given medication, including Prozac and Adderall. I was told that the Adderall would help me lose weight, but I have not lost weight, and I don't feel like any of the medication is helping me feel better. I do not want to take the medications, but I was told that if I don't take them, I will be disciplined and the staff will further restrict the little freedom I have at St. Michael's.

6. My case manager has told me multiple times that I will not leave St. Michael's until I am 18 years old.

7. I have to get out of this place. The staff are so mean; they tease me and try to embarrass me. They monitor me very closely all the time. I don't have any privacy.

Exhibit 16
Page 220

8.  I desperately want to live with my grandfather. I know I will be so happy when I am finally free.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12th day of July, 2018, at ___Houston___, Texas.

Exhibit 16
Page 221

## CERTIFICATE OF TRANSLATION

I, __KARINA MARQUEZ__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to __[redacted]__ in its entirety in Spanish on __July 12, 2018__.

_Karina Marquez_

Exhibit 16
Page 222