# Exhibit 17

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 17
Page 223

DOB ▓▓▓▓-00

Shiloh Treatment Center, Inc.
Admission Packet

Office of Refugee Resettlement

## Medication Information and Reconciliation

▓▓▓▓ all medication the client is currently prescribed.

Client Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Date of Completion: 9-7-17
Form Completed By: Sheri Pitts

Source of Medication Information:
Check All That Apply
- ☒ Pharmacy Label
- ☐ Parent or Client
- ☐ Physician Prescription
- ☒ Discharge Summary/Records From Transferring Facility
- ☐ Other: _____

Facility: _____

| Medication at Admission | | | | | | | | | For Use by Clinic Staff | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Medication | Dose | Frequency | Route | Prescriber | Date Prescribed | Target Symptoms | Last Dose Date | Last Dose Time | Quantity Provided at Admit | Quantity Received at Admit | Order on Admit | Change on Admit / Discontinue on Admit |
| (OTC) Fluoxetine | 20mg | Qpm | PO | PA, Petrus | 8/14/17 | depression | 9/6 | HS | 38 | 38 | Y | N  N |
| (OTC) Melatonin | 3mg | QHS | PO | | | sleep | 9/6 | HS | 486 | 486 | Y | N  N |

_____ RN
Parent, Guardian, or Conservator

Date: 9-7-17

For Use by Clinic Staff
Review of Medication Conducted By: Sheri Pitts     Date: 9-7-17     Time: 1:00 PM
Physician Approving Medication: ☐ Rafael Guerrero, MD   ☐ Victor Oderinde, MD   ☒ Javier Ruiz, MD   ☐ Vernon Walling, MD
Change in Medication:

Rev. 09/10     Copy to Medical Chart and Copy Completed Form to Pharmacy     R-1

Exhibit 17
Page 224