# Exhibit 23

Exhibit 23
Page 253

DECLARATION OF CARLOS HOLGUIN

I, Carlos Holguín, declare and say as follows:

1. I am one of the attorneys for Plaintiffs in *Lucas R. v. Azar*, No. CV 2:18-CV-05741-DMG. I execute this declaration in support of Plaintiffs' motion for class certification.

2. I am one of two attorneys who currently serve as class counsel for plaintiffs in *Flores v. Sessions*, No. CV 85-4544-DMG. In the course of my duties as class counsel, I regularly monitor compliance with the *Flores* settlement by visiting detention facilities operated by the Office of Refugee Resettlement ("ORR") and interviewing staff and detained children. I also regularly coordinate monitoring visits and interviews by other lawyers, including counsel for Plaintiffs in *Lucas R*. I also regularly request and review ORR files for children whom counsel encounter during such monitoring visits. Lastly, I regularly receive and review monthly statistical reports ORR provides class counsel pursuant to the *Flores* settlement. These reports provide data on the number of children held at each ORR facility nationwide, as well as the dates individual children are placed in each ORR facility.

3. On November 15, 2017, co-counsel and I conducted a *Flores* monitoring visits at the MercyFirst Residential Treatment Center in Syosset, New York. On February 27 and 28, 2018, co-counsel and I conducted a *Flores* monitoring visits at the Shiloh Residential Treatment Center in Manvel, Texas. I also coordinated *Flores* monitoring visits by co-counsel to the Shiloh facility on several on November 20-21, 2017, November 30 and December 1, 2017, June 7-8, 2018, and June 11, 2018. According to ORR's statistical reports, Shiloh and MercyFirst are the two residential treatment centers it currently places *Flores* class members. After each of these visits, Plaintiffs' counsel requested and reviewed ORR files for several of the children counsel interviewed. Based on the foregoing, I conclude

Exhibit 23
Page 254

that ORR administers psychotropic medications to every child, or nearly every child, it places at either the MercyFirst or Shiloh Residential Treatment Center.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July, 2018, at Santa Clarita, California.

_____
Carlos Holguin

/ / /

Exhibit 23
Page 255