# Exhibit 25

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 25
Page 262

I, ███████████████████████████████ declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am from El Salvador. I have been in the United States since March 2016. I am currently in immigration detention in the custody of ORR at Children's Village Staff Secure Facility in Dobbs Ferry, New York.

3. When I first came to the United States, I was taken into immigration custody and held in a shelter in ORR custody in Texas. I was there for about 27 days. ORR determined that my mother was a suitable sponsor for me and I was released to her custody at that time.

4. After I was released from ORR custody, I lived with my mother on Long Island. On July 28, 2017, I was on my way to work when I was taken into custody by immigration officials, who told me that they were detaining me for being in the United States illegally. They took me to an ICE facility in Central Islip and then they moved me to the Shenandoah Juvenile Detention Center the next day.

5. When I arrived at Shenandoah, the detention center officials told me that I was taken back into custody because the government thought that I was in a gang. I don't remember anyone ever telling me why I was taken to Shenandoah instead of being placed in another facility that was less like a jail. I don't remember them ever telling me that I could ask for the decision to put me there to be reviewed or that I could challenge it before a judge.

6. I did not like being at Shenandoah. Some of the staff members would discriminate against the immigrant children, and they acted like we were bothering them when we wanted to talk to them.

7. They told me at Shenandoah that if I behaved well there for at least a month, then they would move me to a lower level of security. I never got any write ups in the time that I was there.

8. They moved me to the Children's Village Staff Secure Facility on August 23, 2017. At Children's Village, I am on the green level for my behavior, which is the best level that you can be on.

9. I had a bond hearing on October 31 and November 14. At the bond hearing, I found out for the first time why the government was accusing me of being in a gang. They said that my school had gotten a tip that I was in a gang. They also said that they thought that I had put gang related pictures on my Facebook page, but what they showed was just a picture of a clown and it wasn't gang related at all. After the immigration judge listened to the evidence, the judge determined that I am not a flight risk and that I am not a danger, and he said that I should be released. At the hearing on November 14, the immigration judge also administratively closed my immigration case.

10. My mother has been approved again to be my sponsor. My case manager said that the only reason that I haven't been released is that the government is now reviewing my case. They have not told me how long it would take for the government to finish that review; they just said that the government would take their time to review the case carefully.

11. While they are reviewing my case, I am still detained. I do not like being at Children's Village Staff Secure. They don't let me see a doctor when I ask to see one; instead, when I have asked to see one, the staff tells me that I am fine and that it isn't necessary to see the doctor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of November, 2017, at Dobbs Ferry, New York.

## CERTIFICATE OF TRANSLATION

I, Paige Austin, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to [redacted] in its entirety in Spanish on November 16, 2017.

_____
Paige Austin