# Exhibit 28

**Exhibit 28**
**Page 280**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Alex Azar, Secretary of U.S. Department of Health and Human Services, et al., <br><br> Defendants. | No. 2:18-cv-0571 <br><br> **DECLARATION OF HOLLY S. COOPER** |

Holly S. Cooper declares:

1. I am one of the attorneys for the putative class of Plaintiffs in this action.

2. I have practiced law for almost 20 years, primarily representing immigrants in detention and prison. I am the co-director of the Immigration Law Clinic at the University of California, Davis School of Law.

3. I received a B.A from UC San Diego and a J.D. from the UC Davis School of Law. I was admitted to the State Bar of California in 1998. I am admitted to practice in the Supreme Court of the United States, the Ninth Circuit, and the Central, Eastern, and Northern Districts of California. I have significant trial and appellate experience in federal court. I have also received numerous awards for our clinic's work including the:

1

Exhibit 28
Page 281

a. Mexican American Concilio Community Award (2017)
b. Legal Services for Children's Community Partner Award (2017)
c. Yolo County District Attorney's Multi-Cultural Community Council Award (2017)
d. UC Davis Immigration Law Clinic Recognition State Senate (2017)
e. UC Davis Immigration Law Clinic Recognition State Assembly (2016)
f. National Lawyers Guild – Carol Weiss King Award (2011)
g. King Hall Legal Foundation – Outstanding Alumni Award (2011)
h. UC Davis Immigration Clinic Alumni Council – Public Interest Award (2007)

4. I have experience in class action litigation and federal litigation for the rights of immigration detainees. I am co-counsel in *Flores v. Sessions*, No. 2:85-cv-04544-DMG-AGR (C.D. Cal.). I have been involved as *Flores* counsel and served as a monitor in a visit to the Yolo County Juvenile Detention Facility in Woodland, where several *Flores* class members continue to be housed. I have supervised law students in numerous interviews with class members at the Yolo and other facilities. Last year, I was counsel in a successful motion to enforce the Flores Settlement Agreement where the Ninth Circuit upheld detained children's right to a bond hearing. *Flores v. Sessions,* 862 F.3d 863 (9th Cir. 2017) (finding the Flores Settlement Agreement was not superseded and upholding the right to a bond hearing for detained immigrant children).

5. I have also litigated complex federal issues on behalf of detained immigrants and detained unaccompanied minors. *See, e.g.*, *Singh v. Holder*, 638 F.3d 1196, 1205 (9th Cir. 2011)(holding the standard of proof required to detain immigrants in prolonged detention is clear and convincing evidence and finding immigrants had the right to simultaneous recordings of bond proceedings); *Flores v. Sessions,* 862 F.3d 863 (9th Cir. 2017) (finding the Flores Settlement Agreement was not superseded and upholding the right to a bond hearing for detained immigrant children); *Saravia v. Sessions*, 280 F. Supp. 3d 1168 (N.D. Cal. 2017)(class action enjoining the re-detention of unaccompanied minor children without procedural protections); *Flores-Torres v. Mukasey*, 548 F.3d 708, (9th Cir. 2008)(holding

2

Exhibit 28
Page 282

habeas jurisdiction exists to challenge the legality of one's detention if the individual has a colorable claim to United States citizenship).

6. I, along with several students, brought an individual *Flores* enforcement action on behalf of a youth who was detained in the Yolo County Juvenile Detention Facility. After a hearing on our motion for preliminary injunction, the government voluntarily released our client. See *Ramirez v. Burwell*, No. 2:16-cv-1511-TLN-EFB, 2016 WL 5234613 (E.D. Cal. Sept. 22, 2016) (order on request to seal documents).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of July, 2018 at Woodland, California.

*/S/ Holly S. Cooper*

_____

Holly S. Cooper