# Exhibit 29

Exhibit 29
Page 284

DECLARATION OF CARLOS HOLGUIN

I,  Carlos Holguín, declare and say as follows:

1.  I am one of the attorneys for Plaintiffs in *Lucas R. v. Azar*, No. CV 2:18-CV-05741-DMG. I execute this declaration in support of Plaintiffs' motion for class certification.

2. I am employed by, and serve as General Counsel of, the Center for Human Rights and Constitutional Law (CHRCL), a non-profit, public interest law firm. Since 1984 my practice has focused on litigation, advocacy and technical support in furtherance of the rights of immigrants and refugees. The California Legal Services Trust Fund has funded CHRCL since 1982 to provide technical support and training to qualified legal services programs and attorneys serving *pro bono publico* in the areas of immigration law, constitutional law, international  human rights, and complex litigation. In my capacity as CHRCL's general counsel, I regularly provide technical support, advocacy support, and training to legal aid and *pro bono* lawyers practicing in these areas.

3. I am one of two attorneys who currently serve as class counsel for plaintiffs in *Flores v. Sessions*, No. CV 85-4544-DMG.  I have represented plaintiffs in *Flores* since 1985, and have argued the case for the *Flores* plaintiffs before this Court, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court. *See Flores v. Meese*, 681 F. Supp. 665 (C.D. Cal. 1988); *Flores v. Meese*, 934 F.2d 991 (9th Cir. 1990); *Flores v. Meese*, 942 F.2d 1352 (9th Cir. 1992) (en banc); *Reno v. Flores*, 507 U.S. 292 (1993); *Flores v. Johnson*, 212 F. Supp. 3d 864 (C.D. Cal. 2015); and *Flores v. Sessions*, 862 F.3d 863 (9th Cir. 2017).

4. I have also served as lead or co-counsel for certified classes in many other actions seeking to vindicate the rights immigrants and refugees: *e.g., Perez-Olano v. Gonzalez*, 248 F.R.D. 248 (C.D. Cal. 2008), which resulted in a nationwide settlement expanding eligibility for special immigrant status, an immigration benefit for abused, abandoned and neglected children; *We Are America v. Maricopa County*, 297 F.R.D. 373 (D. Ariz. 2013), a state-wide class injunction against prosecuting migrants for conspiring to transport themselves; *Orantes-Hernandez v. Smith*, 541 F.Supp. 351 (C.D. Cal. 1982), a national class action on behalf of

**Exhibit 29**
**Page 285**

Salvadoran nationals blocked from applying for political asylum; *League of United Latin American Citizens v. Wilson*, 908 F. Supp. 755 (C.D. Cal. 1995), a state-wide class action that overturned a state proposition that would have denied health care, social services and education to suspected undocumented immigrants; *Catholic Social Services v. Immigration and Naturalization Service*, 232 F.3d 1139 (9th Cir. 2000) (en banc), a national class action that restored the right of some 500,000 class members to apply for legalization under the Immigration Reform and Control Act of 1986; and *Plyler v. Doe*, 457 U.S. 202 (1982), a state-wide class action that established the right of children to a public elementary education regardless of their immigration status, among others.

5. I am fluent in English and Spanish. The majority of proposed class members in the litigation the CHRCL conducts, including *Lucas R.*, are monolingual Spanish-speakers. In my opinion, the ability to communicate with these class members and their family members in their native language is very important.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of July, 2018, at Santa Clarita, California.

_____
Carlos Holguin

/ / /

**Exhibit 29**
**Page 286**