# Exhibit 31

**Exhibit 31**
**Page 295**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Alex Azar, Secretary of U.S. Department of Health and Human Services, et al., <br><br> Defendants. | No. 2:18-cv-0571 <br><br> **DECLARATION OF CARTER C. WHITE** |

Carter C. White declares:

1. I am one of the attorneys for the putative class of Plaintiffs in this action.

2. I have practiced law for more than 32 years, primarily representing plaintiffs in civil rights and other cases in Texas and California. I am the Director of the King Hall Civil Rights Clinic at the University of California, Davis School of Law.

3. I received an A.B. from Oberlin College and a J.D. from the University of Texas. I was admitted to the State Bar of Texas in 1986 (my license there is inactive) and to the California Bar in 1993. I am admitted to practice in the Supreme Court of the United States, the Ninth Circuit, and the Central, Eastern, and Northern Districts of California. I have significant trial and appellate experience in state and federal court.

4. I have significant experience in class action litigation. I am currently co-counsel in *Hedrick v. Grant*, No. 2:76-cv-0162-JAM-EFB (E.D. Cal.), a class action case on behalf of all prisoners in the Yuba County Jail. The case is similar to the *Flores* litigation in that it involves enforcement of a decades-old consent decree. See *Hedrick v. Grant*, No. 14-15866, 648 Fed. Appx. 715 (9th Cir. April 19, 2016) (affirming district court order denying motion to terminate consent decree in county jail conditions case).

5. I was co-counsel with the Federal Defenders of Sacramento in a class action case on behalf of California life prisoners challenging certain changes in parole procedures as violative of the Ex Post Facto clause. See *Gilman v. Davis*, No. 2:05-cv-00830-LKK-GGH, 2009 WL 577767, at *6 (E.D. Cal. Mar. 4, 2009) (finding counsel, including Carter White, "are able to vigorously and competently prosecute" class action case).

6. From 1986 to 1989, I was Director of the ACLU South Texas Project, where I litigated civil rights and immigration cases. I was co-counsel in a class action writ of habeas corpus on behalf of noncitizen material witnesses in alien smuggling cases. See *Aguilar-Ayala v. Ruiz*, 973 F.2d 411 (5th Cir. 1992) (affirming denial of EAJA attorney fees; standing order requiring deposition and release of material witnesses within 45 days attached as appendix to opinion). I was lead counsel in another class action case in Texas state court. See *Wilson v. United Farm Workers of America*, 774 S.W.2d 760 (Tex. App. – Corpus Christi 1989) (affirming mandatory temporary injunction requiring enforcement of farm worker field sanitation regulations).

7. I am co-counsel in *Flores v. Sessions*, No. 2:85-cv-04544-DMG-AGR (C.D. Cal.). While I only recently entered a formal appearance in the case, I have been involved as *Flores* counsel in February 2016, when I first served as a monitor in a visit to the Yolo County Juvenile Detention Facility in Woodland, where several *Flores* class members continue to be housed. I have supervised law students in

|   |   |   |
|---|---|---|
| 1 |   | numerous interviews with class members at the Yolo and other facilities. |
| 2 | 8. | The Civil Rights Clinic and the Immigration Law Clinic at UC Davis School of |
| 3 |   | Law are working together on the *Flores* and *Lucas R* cases. Holly S. Cooper |
| 4 |   | supervises students in the Immigration Law Clinic. Ms. Cooper has significant |
| 5 |   | experience in immigration law. |
| 6 | 9. | Ms. Cooper and I, along with several students, brought an individual *Flores* |
| 7 |   | enforcement action on behalf of a youth who was detained in the Yolo County |
| 8 |   | Juvenile Detention Facility. After a hearing on our motion for preliminary |
| 9 |   | injunction, the government voluntarily released our client. See *Ramirez v. Burwell*, |
| 10 |   | No. 2:16-cv-1511-TLN-EFB, 2016 WL 5234613 (E.D. Cal. Sept. 22, 2016) (order |
| 11 |   | on request to seal documents). |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of July, 2018 at Richmond, California.

*/S/ Carter C. White*
_____
Carter C. White