# Exhibit 32

Exhibit 32
Page 299

CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org
Facsimile: (415) 693-2222

*Listing continued on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No. 2:18-CV-05741 <br><br> **DECLARATION OF SUMMER WYNN IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Wynn Declaration                                1.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

**Exhibit 32
Page 300**

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
    ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
    ndesai@youthlaw.org
    pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
    mkkelley@cooley.com
    jcieslak@cooley.com

Wynn Declaration                               2.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

**Exhibit 32**
**Page 301**

I, Summer Wynn, declare as follows:

1. I am a partner with the law firm of Cooley LLP, counsel of record in the above-captioned matter for named Plaintiffs and the putative Class. I have knowledge of the following, and if called as a witness, I could and would testify competently thereto.

2. Cooley LLP has a robust Class Action Litigation practice with practitioners highly experienced in class certification procedures, the negotiation and creative structuring of class action settlements and, when necessary, trial of these class actions. Attached hereto as **Exhibit A** is a true and correct copy of Cooley LLP's Commercial Class Action Litigation page, located at https://www.cooley.com/services/practice/commercial-class-action-litigation and accessed on July 23, 2018.

3. In addition, Cooley LLP's Pro Bono practice includes impact litigation and class action litigation in a wide variety of contexts.

   (a) For example, in December 2011, Cooley LLP and the Prison Law Office filed a class action lawsuit against Fresno County on behalf of all then-present and future prisoners in the Fresno County Jail to challenge the adequacy of medical and mental health care and safety conditions in the jail. In May 2015, a settlement agreement was reached, resulting in a consent decree with a comprehensive plan to improve the quality and accessibility of health care and safety in the Fresno County Jail.

   (b) In 2013, Cooley LLP partnered with the ACLU to represent a class of immigrants challenging the constitutionality of deceptive and coercive immigration policies and practices by the US Immigration authorities and enforcement officers. The landmark settlement with the US government, which was approved in March 2015, allowed for many noncitizens who signed "voluntary" return forms in Southern California and were expelled to Mexico as a result, to be given the opportunity to apply to return to the United States to seek legal status.

   (c) Attached hereto as **Exhibit B** is a true and correct copy of Cooley

Wynn Declaration 3.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

Exhibit 32
Page 302

1. LLP's Pro Bono Firm Resume found at https://www.cooley.com/about/giving and accessed on July 23, 2018.

4. I am a partner in the Business Litigation and Employment practice groups at Cooley LLP. I received a BA from the University of California, San Diego, and a JD from University of California, Hastings College of the Law. I have extensive experience litigating complex cases, including numerous class actions involving employment and environmental claims. I also have significant trial and appellate experience. I am a member of the California Bar and am admitted to practice law before all state and federal courts in the State of California and the United States Courts of Appeals for the Ninth Circuit.

5. The Cooley team also includes additional members, all of whom are members of the California Bar and admitted to practice law before all state and federal courts in the State of California.

(a) Mary Kathryn Kelley is a Special Counsel in the firm's Business Litigation practice group. She received her BA from Mills College and a JD from the University of Virginia School of Law. She has extensive experience litigating class actions, including the Fresno County jail matter mentioned above. As a former Assistant United States Attorney, she also has extensive trial experience.

(b) Jon Cieslak is a senior Associate in the firm's Business Litigation practice Group. He received his BA from Princeton University and a JD from UCLA School of Law. He specializes in complex commercial litigation, including class action defense.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of July 2018 at San Diego, California.

_____
Summer Wynn

Wynn Declaration 4.

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

Exhibit 32
Page 303

# Exhibit A

Exhibit 32
Page 304

Cooley

# Commercial Class Action Litigation

## Why Cooley

- 70+ litigators nationwide who have litigated state and federal class actions involving consumer protection, fraud, wage and hour, RICO, health care, finance and banking, copyright, Internet transactions and payment processing, privacy, antitrust, mass torts and statutory violations

- On average, we handle 50+ unrelated, new class actions every year, giving us a level of experience that is hard to top

- 25+ motion to dismiss wins in privacy and data breach class actions over the past 5 years

- Unique insight into the needs of retail and consumer products companies gained from our representation of 600+ companies in this space

- Defended 60+ different California Song Beverly Credit Card Act and federal Fair and Accurate Credit Transaction Act ("FACTA") class actions for retailers and online businesses arising from credit card transactions, including the defeat of class certification for StubHub in an action brought under the Fair Credit Reporting Act for the alleged violation of FACTA, the first such action filed against an online business

- Currently defense counsel in two of the most important class actions for the food & beverage and oil/gas industries according to Law360

- Our litigators have won large, complex and highly-publicized cases, including a class action where the proposed class would have included nearly 50% of the American population

- We know class certification procedures inside and out and our work shows it - we scored a huge win by defeating class certification in what could have involved one of the largest classes ever

- We are skilled in the negotiation and creative structuring of class action settlements - we were the first firm to negotiate unique style of cy pres remedy setting up privacy rights foundation to resolve a major class action

- Leaders in defending companies in class actions involving the collection of personal identification information at the point-of-sale

- Focused experience representing food& beverage companies in class actions alleging product mislabeling, false advertising, deceptive marketing, fraud, and unjust enrichment

The prevalence of commercial class actions (those not involving securities violations) has dramatically increased over the past several years and has become a growing threat to many businesses. The stakes are high and potential exposure is significant, particularly in cases with potentially large classes of plaintiffs.

Cooley has in-depth experience representing companies, across many industries, in various types of commercial class actions. In both state and federal courts, including the Judicial Panel on Multidistrict Litigation, our lawyers have litigated matters involving consumer protection, fraud, wage and hour, RICO, healthcare, finance and banking, copyright, products liability, internet transactions and payment processing, privacy, antitrust, mass torts and statutory violations.

We work closely with clients to obtain favorable resolutions as early and as efficiently as possible,

Exhibit 32
Page 305

whether by obtaining pre-certification or post-certification dismissals, defeating class certification motions, negotiating favorable settlements before or after class certification, or litigating cases through trial and appeal.

## Areas of Practice

- Antitrust
- California Song Beverly Credit Card Act and federal Fair and Accurate Credit Transaction Act
- Consumer protection statutes
- Contract
- Copyright
- Digital rights
- Employment
- Fair Credit Reporting Act, Truth-in-Lending Act and Federal Electronic Funds Transfers Act
- False and deceptive advertising
- Fraud
- Gift cards
- Healthcare
- Internet
- Mass torts
- Privacy/cyber security
- RICO
- Telephone Consumer Protection Act (TCPA)
- Wage and hour

## Representative Matters

- Defeated class cert in **Google** Gmail class actions, which implicated billions of emails exchanged with 400+ million Gmail users
- Settled one of the largest right of publicity class actions ever filed for **Facebook**, where the proposed class would have included nearly 50% of the American population
- Landmark appellate victory for **Sony** in a case involving an issue of first impression related to the Video Privacy Protection Act (VPPA)
- Obtained dismissal of claims and denial of class certification in several federal consumer class actions brought against **E*TRADE** alleging violations of the Truth-in-Lending Act and California's consumer protection statute, §17200
- Complete victory for **eBay**, obtaining dismissal of all claims in data breach class action
- Secured two separate settlements for **Sony** with the direct and indirect purchasers of lithium batteries in a multi-year antitrust class action
- Negotiated unique style of cy pres remedy, resolving Beacon privacy class action for

Exhibit 32
Page 306

**Facebook**

- Resolved more than a dozen class actions for **eBay** and its subsidiaries involving state auction laws, consumer fraud and protection statutes, online payment processing and ticket resales

- Appointed Lead and Liaison Counsel for **CenturyLink** in multidistrict litigation involving 75+ consolidated lawsuits and 600+ defendants concerning allegations of improper collection of "access charges" for wireless calls

- Obtained a published appellate decision in a class action against **The TJX Companies** and retailers doing business in California brought under the Song Beverly Credit Card Act, which limited the statute's reach to purchase transactions and a one-year limitations period

This information is a general description of the law; it is not intended to provide specific legal advice nor is it intended to create an attorney-client relationship with Cooley LLP. Before taking any action on this information you should seek professional counsel.

Copyright © 2018 Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304; Cooley (UK) LLP, Dashwood, 69 Old Broad Street, London EC2M 1QS, UK. Permission is granted to make and redistribute, without charge, copies of this entire document provided that such copies are complete and unaltered and identify Cooley LLP as the author. All other rights reserved.

Exhibit 32
Page 307

# Exhibit B

Exhibit 32
Page 308



Exhibit 32
Page 309



Exhibit 32
Page 310



Exhibit 32
Page 311