CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No. CV 2:18-CV-05741-DMG <br><br> **PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

1  *Counsel for Plaintiffs, continued*

2  HOLLY S. COOPER (Cal. Bar No. 197626)
   Co-Director, Immigration Law Clinic
3  CARTER C. WHITE (Cal. Bar No. 164149)
   Director, Civil Rights Clinic
4  University of California Davis School of Law
   One Shields Ave. TB 30
5  Davis, CA 95616
   Telephone: (530) 754-4833
6  Email:   hscooper@ucdavis.edu
            ccwhite@ucdavis.edu
7

8  LEECIA WELCH (Cal. Bar No. 208741)
   NEHA DESAI (Cal. RLSA Bar No. 803161)
9  POONAM JUNEJA (Cal. Bar No. 300848)
   National Center for Youth Law
10 405 14th Street, 15th Floor
   Oakland, CA 94612
11 Telephone: (510) 835-8098
   Email:   lwelch@youthlaw.org
12          ndesai@youthlaw.org
            pjuneja@youthlaw.org
13

14 CRYSTAL ADAMS (Cal. Bar No. 308638)
   National Center for Youth Law
15 1313 L St. NW, Suite 130
   Washington, DC 20005
16 Telephone: (202) 868-4785
   Email:   cadams@youthlaw.org
17

18 SUMMER WYNN (Cal. Bar No. 240005)
   MARY KATHRYN KELLEY (Cal. Bar No. 170259)
19 JON CIESLAK (Cal. Bar No. 268951)
   MEGAN DONOHUE (Cal. Bar No. 266147)
20 Cooley LLP
   4401 Eastgate Mall
21 San Diego, CA 92121-1909
   Telephone: (858) 550-6000
22 Email:   swynn@cooley.com
            mkkelley@cooley.com
23          jcieslak@cooley.com
            mdonohue@cooley.com
24

25

26

27

28

Pending before the Court is Plaintiffs' unopposed Application for Leave to File Under Seal Portions of Documents Submitted in Support of Class Certification Motion. Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court holds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

1. Plaintiffs are granted leave to file in the public record redacted versions of Exhibits 10-22 and 24-27 in support of their motion for class certification. Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 10-22 and 24-27. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

Dated:     August __, 2018

_____
Hon. Dolly M. Gee
United States District Judge