1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>Defendants. | Case No. CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR CLASS CERTIFICATION [26]** |
|---|---|

1      Pending before the Court is Plaintiffs' unopposed Application for Leave to File Under Seal Portions of Documents Submitted in Support of Class Certification Motion. Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court holds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and **GRANTS** their Application.

Accordingly, it is hereby **ORDERED**:

1. Plaintiffs are granted leave to file in the public record redacted versions of Exhibits 10-22 and 24-27 in support of their motion for class certification. Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 10-22 and 24-27. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

DATED: August 3, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE