CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al*.,<br><br>                    Defendants. | No. CV 2:18-CV-05741-DMG-PLA<br><br>UNOPPOSED APPLICATION TO FILE CERTAIN EXHIBITS IN SUPPORT OF PRELIMINARY INJUNCTION UNDER SEAL; SUPPORTING DECLARATION OF COUNSEL. |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

APPLICATION TO FILE EXHIBITS
UNDER SEAL
CV 2:18-CV-05741-DMG-PLA

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5, and the Court's Order granting leave to proceed under pseudonyms (ECF 18), Plaintiff Lucas R. submits this unopposed[1] application for leave to file Exhibits 38 and 40, and portions of Exhibits 33-37, 41-42 and 44 in support of his motion for preliminary injunction (ECF 29)[2] ("Exhibits"), under seal.

In accordance with Local Rule 79-5.2.2(a), Plaintiff submits concurrently with this application the declaration of Carlos Holguín, redacted and unredacted versions of Exhibits 33-37, 41-42 and 44, unredacted Exhibits 38 and 40, and a proposed order.

The portions of Exhibits 33-37, 41-42 and 44 that Plaintiff proposes to seal are as follows:

- The names and initials of Plaintiffs Lucas R., his Next Friend, Madelyn R.
- The names of Plaintiff Lucas R.'s relatives, potential custodians and associated individuals.
- The birth dates of the foregoing.

Exhibits 38 and 40, which Plaintiff proposes to seal in their entirety are the following:

1. Dr. Amy Cohen's Psychiatric Assessment for Plaintiff Lucas R. dated July 22, 2018.

2. ORR-DUCS Home Study Report, April 12, 2018, assessing Plaintiff Lucas R.'s proposed custodian, Madelyn R.

---

[1] Defendants' counsel (Marina C. Stevenson, marina.c.stevenson@usdoj.gov) advises that Defendants do not oppose this application.

[2] ECF 29-2 inadvertently included some of the information Plaintiff proposes for redaction. At Plaintiff's request, the Court's clerk temporarily sealed ECF 29-2. Should the Court grant the instant application, Plaintiff requests it order ECF 29-2 deleted from the public record permanently.

1    Good cause for granting this application, including citations to applicable legal

2  standards, is set out in the accompanying declaration of counsel.

3    For the foregoing reasons, the Court should grant this application.

4  Dated: August 7, 2018.                    CARLOS HOLGUÍN
                                            Center for Human Rights &
5                                           Constitutional Law

6                                           HOLLY COOPER
                                            CARTER WHITE
7                                           University of California Davis School of
                                            Law
8
                                            LEECIA WELCH
9                                           NEHA DESAI
                                            POONAM JUNEJA
10                                          CRYSTAL ADAMS
11                                          National Center for Youth Law

12

13                                          /s/ Carlos Holguín

14                                          Carlos Holguín

15                                          One of the Attorneys for Plaintiffs

16

17  / / /

18

19

20

21

22

23

24

25

26

27

28