CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>                 Plaintiffs,<br><br>          v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>                 Defendants. | No. CV 2:18-CV-05741-DMG-PLA<br><br>REDACTED VERSIONS OF DOCUMENTS PROPOSED TO BE FILED UNDER SEAL. |

/ / /

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　　ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
　　　　　ndesai@youthlaw.org
　　　　　pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

ii

1        I, Carlos Holguín, do hereby declare that true and correct redacted copies of the

2   following documents are attached hereto:

3   No.        Description                                                                 Page

4   33         Admission Record, May 20, 2018.................................................1

5   34         Psychiatric Report (excerpt), March 6, 2018 ...............................3

6   35         Banner Health ER Report, Feb. 20, 2018 ...................................5

7   36         Declaration of [Lucas's Brother], July 19, 2018..........................13

8   37         Response Report, March 15, 2018 .............................................18

9   38         [Filed under seal] ....................................................................20

10  39         [Reserved]

11  40         [Filed under seal] ....................................................................67

12  41         Response Report, Feb. 15, 2018................................................87

13  42         Transfer Request & Tracking Form, May 21, 2018.....................89

14  43         Declartion of Luis Zayas, Dec. 10, 2014 ...................................92

15  44         Declaration of Cecilia Saco, July 14, 2018................................136

16

17        I declare under penalty of perjury that the foregoing is true and correct.

18   Executed on this 3rd day of August, 2018, at Santa Clarita, California.

19                                                      Respectfully submitted,

20

21                                                      CARLOS HOLGUÍN
                                                        Center for Human Rights &
22                                                      Constitutional Law

23

24                                                      /s/ *Carlos Holguín*
                                                        _____
25                                                      Carlos Holguín

26

27

28

# Exhibit 33



# ADMISSION RECORD
Hacienda del Sol - Youngtown, AZ - ALF

May 20, 2018 16:03:59 MT

## RESIDENT INFORMATION

| Resident Name | | Preferred Name | Unit | Room / Bed | Admission Date | Init. Adm. Date | Orig.Adm.Date | Resident # |
|---|---|---|---|---|---|---|---|---|
| | | | Zone B | 127-C | 02/12/2018 | 02/12/2018 | 02/12/2018 | 1757 |
| Previous address | | | | Previous Phone # | | Legal Mailing address | | |
| | | | | | | Same as Previous Address | | |

| Sex | Birthdate | Age | Marital Status | | Religion | | Race | Occupation(s) | | Primary Lang. |
|---|---|---|---|---|---|---|---|---|---|---|
| M | 2005 | 12 | | | | | | | | |
| Admitted From | | | Admission Location | | | Birth Place | Citizenship | | Maiden Name |
| | | | | | | Guatemala | | | |

A#

## PAYER INFORMATION

| Primary Payer | Point Comfort Underwriters | SSN # | |
|---|---|---|---|

## OTHER INFORMATION

| Most Recent Hospital Stay | | Allergies |
|---|---|---|
| | No Known Allergies | |

## CARE PROVIDERS (No Data Found)

| Provider | Phone | Address | UPIN | NPI |
|---|---|---|---|---|

## PHARMACY

| Pharmacy | Phone/Fax | Address |
|---|---|---|
| Sunwest pharmacy LTC (Primary) | Phone: (602) 396-7330<br>Fax: (602) 507-4153 | |

## EXTERNAL FACILITIES

| Facility Name | Phone | | Facility Type |
|---|---|---|---|
| Case Management | Phone: | Other | |

## CONTACTS (No Data Found)

| Name | Contact Type | Relationship | Address | Phone/Email |
|---|---|---|---|---|

## ADVANCE DIRECTIVE

## MISCELLANEOUS INFORMATION

| Date of Discharge | Time | Length of Stay | Discharged to (Mortician Name and Licence No.) |
|---|---|---|---|
| | | 97 | |

| Signature | | | Date | Time |
|---|---|---|---|---|

| Personal Effects Sent With | | Relationship | Date | Time |
|---|---|---|---|---|

Page 2

# Exhibit 34



**Psychiatric Report**

Date: 3/6/18

Minor's Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮     Alien #: _____

DOB: _____     Age: _____     Sex: _____

Known Allergies: _____

Reason for Referral: _____

Have alternative interventions to medication been used:     YES     NO

If yes: _____

If alternative interventions have been used, describe the alternative interventions to the use of psychotropic medication that have been attempted and that have been unsuccessful: _____

_____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**(TO BE COMPLETED BY PROVIDER)**

Provider: _____     Type of Services: _____

Diagnosis: _____

Nature of the child's mental illness or condition: _____

Medication Prescribed?     (YES)     NO          ✒ *a new leaf*

If yes: SERTRALINE 50mg at bedtime, MELATONIN 3-6mg     Wayne R. McIntosh DNP, PMH
Explanation of the purpose of the medication: AS NEEDED FOR SLEEP     NPI # 1669851390

Benefits expected: ↓DEPRESSIVE SYMPTOMS    SLEEP

Any possible side effects, both long term and short term: ↑ MANIA     Tel: 480-733-3068 Fax: 623-9·

Is the medication habitual? No     STOMACH ACHE  8581 N. 61st Ave Glendale AZ

Risks and benefits of the alternative treatments or procedures: _____

Risks and benefits of not receiving or undergoing a treatment or procedure: _____

Treatment Plan: WILL START ABOVE MEDICATIONS, WILL F/U IN 4 WKS
1:1 48HRS, THEN CLOSE OBSERVATION 48HRS, THEN GENERAL OBSERVATION
AS LONG AS CLIENT IS NO DTS/DTO, OR HAVING SI/HI

Special Instructions: _____

Diet:     YES     (NO)

If yes, describe indications and length: _____

Activity Instructions:     YES     (NO)

If yes, indications: _____

If yes, describe indications and length: _____

Follow up visit:     (YES)     NO     4WKS

If yes, date: _____     Time: _____

Special indications: _____

Updated 10.26.2016

# Exhibit 35

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: ▮
DOB: ▮ 2005  **Sex:** Male          **Age:** 12 years
MR#: ▮
Patient Location: 22 ERP
Attending Physician:  SCHNEIDER DO,WILLIAM VINCENT

## *CONSULTATION REPORTS PERTINENT REPORT*

```
JMS:NTS
D:02/22/2018 12:42 MST
T:02/22/2018 13:58 MST
1429824/10316255
Banner Thunderbird Medical Center


cc:    William V Schneider DO
```

## *ED PERTINENT REPORT*

Document Name:                              .Emergency Room Report
Result Status:                              Auth (Verified)
Signed By:                                  SCHNEIDER DO,WILLIAM VINCENT (2/20/2018 14:24
                                           MST)

**Psychiatric problem**

Patient: ▮                    **MRN:** ▮          **FIN:** 79538781
**Age:** **12 years**   **Sex:** **Male**   DOB: ▮ 2005
Associated Diagnoses:  **None**
Author:  **SCHNEIDER DO, WILLIAM VINCENT**

**Basic Information**
   **History source:** Patient, caretaker.
   **Arrival mode:** Ambulance.
   **History limitation:** None.
   **Additional information:** Chief Complaint from Nursing Triage Note : Patient's Chief Complaint

| | | |
|---|---|---|
| 02/20/2018 11:52 MST | Patient's Chief Complaint | Pt has SI ideation x8 days since being moved to southwest key ump medical and "being removed from family"; denies HI/ C/o left sided wrist pain x 1 mo. pt denies si at this time just states he is sad and depressed being away from his family in guatemala |
| 02/20/2018 11:18 MST | Patient's Chief Complaint | Pt has SI ideation x8 days since being moved to southwest key ump medical and "being removed from family"; denies HI/ C/o left sided wrist pain x 1 mo. |

   Provider patient care initiated: 02/20/18 11:41
   Provider patient care initiated: 02/20/18 11:30 .

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote
**Printed:**  3/1/2018 15:21 MST          Page 3 of 9          **Report Request ID:**  286197009

Page 6

**Banner Health**

BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ████████████████████████
**DOB:** ████ 2005  **Sex:** Male                    **Age:** 12 years
**MR#:** ████████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

### ED PERTINENT REPORT

---

**History of Present Illness**

The patient presents with psychiatric problem, suicidal ideation and depression. The onset was 8 days ago. The course/duration of symptoms is constant. Character of symptoms depressed suicidal thoughts. The degree of symptoms is moderate. Self injury: none. The exacerbating factor is family problems. The relieving factor is none   Risk factors consist of age, suicide risk, not homicide risk, not alcohol abuse and not drug abuse. Prior episodes: occasional. Therapy today: none. Associated symptoms: denies fever, denies chills, denies vomiting, denies headache, denies dizziness, denies chest pain, denies shortness of breath and denies abdominal pain. Additional history: none. Patient fell one month ago and injured left wrist and still has pain.

**Review of Systems**

      **Constitutional symptoms:** No fever, no chills, no sweats.
      **Skin symptoms:** No rash, no pruritus.
      **Eye symptoms:** No pain, no discharge.
      **ENMT symptoms:** No ear pain, no sore throat.
      **Respiratory symptoms:** No shortness of breath, no cough.
      **Cardiovascular symptoms:** No chest pain, no palpitations.
      **Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting.
      **Genitourinary symptoms:** No dysuria, no hematuria.
      **Musculoskeletal symptoms:** Muscle pain, Joint pain, No back pain,
      **Neurologic symptoms:** No dizziness, no altered level of consciousness.
      **Psychiatric symptoms:** Depression, sleeping problems, No substance abuse,
      **Endocrine symptoms:** No polyuria, no polydipsia.
      **Hematologic/Lymphatic symptoms:** No petechiae, no gum bleeding.
      **Allergy/immunologic symptoms:** No recurrent infections, no impaired immunity.
        **Additional review of systems information:** All systems reviewed as documented in chart.

**Health Status**
  **Allergies:**
      Allergic Reactions (Selected)
          No known allergies.
  **Medications:** None.
  **Immunizations:** Up to date.
  **Menstrual history:** Per nurse's notes.

**Past Medical/ Family/ Social History**
  **Medical history:**
      Resolved
          None (387958016):  Resolved..
  **Surgical history:**
      No active procedure history items have been selected or recorded.
  **Family history:**
      History is unknown..
  **Social history:** Social History (ST)
  **Social History**
  Tobacco Status - Never 02/20/18 11:59
  Other Substance Use/Abuse Status - Never 02/20/18 11:59
  Type of Advance Directive - N/A 02/20/18 11:59

---

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote
**Printed:** 3/1/2018 15:21 MST               Page 4 of 9               **Report Request ID:** 286197009

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**DOB:** ▇▇▇ 2005  **Sex:** Male                    **Age:** 12 years
**MR#:** ▇▇▇▇▇▇
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

## ED PERTINENT REPORT

Is the Patient Alone? - N/A  02/20/18 11:59
Suspected Abuse/Neglect Observation – No signs or symptoms observed 02/20/18 11:59 , Alcohol use: Denies,
Tobacco use: Denies, Drug use: Denies, Family/social situation: Group home resident.
**Problem list:** Per nurse's notes

### Physical Examination

#### Vital Signs

**VITALS**
Temp C - 37.0 DegC
Temp F - 98.6  Deg F
Systolic Blood Pressure - 112 mmHg 02/20/18 11:24
Diastolic Blood Pressure - 68 mmHg 02/20/18 11:24
Heart Rate - 58 bpm 02/20/18 11:24
Respiratory Rate - 16 br/min 02/20/18 11:24
SpO2 - 100 % 02/20/18 11:24
Oxygen Therapy - Room air 02/20/18 11:24

**MAX TEMP 24HRS**
Temp C - 37.0 DegC  .
OXYGENATION VITAL SIGNS

| 02/20/2018 11:18 MST | SpO2 | 100 % |
| | Oxygen Therapy | Room air |
| | Pulse ox site | Finger/hand left |

HEIGHT/WEIGHT
02/20/2018 11:18 MST     Weight          53.8 kg
**General:** Alert, mild distress.
**Skin:** Warm, dry, no pallor, no rash, normal for ethnicity, Not cyanotic,
**Head:** Normocephalic, atraumatic.
**Neck:** Supple, trachea midline.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact.
**Cardiovascular:** Regular rate and rhythm, No murmur.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal
**Chest wall:** No tenderness, No deformity.
**Back:** Nontender, Normal range of motion.
**Musculoskeletal:** Normal ROM, normal strength, no swelling, no deformity, Tenderness to left wrist on
examination.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN
II-XII intact, normal sensory observed, normal motor observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Mood and affect: Depressed, Behavior: Relaxed, Judgment: Impaired by abnormal thoughts,
Abnormal / Psychotic thoughts: Suicidal.

### Medical Decision Making

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:** 3/1/2018 15:21 MST                    Page 5 of 9                    **Report Request ID:** 286197009

This fax was sent with GFI FaxMaker fax server. For more information visit: http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**DOB:** ▓▓▓ 2005 **Sex:** Male          **Age:** 12 years
**MR#:** ▓▓▓▓
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO, WILLIAM VINCENT

---

## ED PERTINENT REPORT

**Differential Diagnosis:** Anxiety, depression, suicide risk, schizophrenia, bipolar disorder, drug abuse, medication reaction, psychosis.
**Documents reviewed:** Prior records.
**Orders** Import Selected Orders (Selected)
   Inpatient Orders
      *Ordered*
         Consult Interpretation Services: 02/20/18 13:43:00 MST, Assessment
         ED Pain Assessment: 02/20/18 11:59:20 MST
         Patient Transfer Services Request: 02/20/18 11:54:00 MST, Behavioral Health Facility, Behavioral
            Health, Non-specified, Specialty not available, Emergent, 02/20/18 11:54:00 MST, 02/20/18
            11:54:00 MST
         Precautions - Suicide/Danger to self/Danger to others: 02/20/18 11:28:03 MST
      *Completed*
         Consult Interpretation Services: 02/20/18 11:46:00 MST, Physician/NP/PA
         Consult Interpretation Services: 02/20/18 11:53:00 MST, Assessment, Reason for Consult Done by
            Alan, Done by Alan
         Drug Abuse Urine: Urine, ER Stat, ES, 02/20/18 11:54:00 MST, Nurse Collect, Print Label, 02/20/18
            11:55:00 MST
         ED Assessment: 02/20/18 11:17:02 MST
         ED Intake: 02/20/18 11:17:03 MST
         ED Quick Look: 02/20/18 11:17:02 MST
         Pediatric Columbia SSRS Recent Screen: 02/20/18 11:17:00 MST
         Set Up Procedure: 02/20/18 11:55:00 MST, OTHER, velcro wrist splint, 02/20/18 11:55:00 MST,
            02/20/18 11:55:00 MST
         Urine Collect: 02/20/18 11:55:03 MST
         Wrist 3 Or More Views Lt: 02/20/18 11:54:00 MST, ER Stat, Stretcher, fall, pain, foosh, 22 EER,
            02/20/18 11:54:00 MST, 02/20/18 11:54:00 MST.
**Cardiac monitor:** Time 02/20/2018 14:22, Rate 75, normal sinus rhythm no Atrial fibrillation, no Premature Atrial
    Contraction (PAC), no Premature Ventricular Contraction (PVC).
**Results review:** Medical Imaging (ST)
**Radiology Results:**

**DIAGNOSTIC RADIOLOGY**
 **Wrist 3 Or More Views Lt - Entered by: George RT, Tracy L - 02/20/2018 12:57**
History: fall, pain, fooshFindings: 3 views of the left wrist are obtained. There is no fracture ormalalignment joint
    spaces are normal.IMPRESSION: No radiographic evidence of left wrist injury.Time of Dictation: 2/20/2018
    1:17 PMThe workstation used in generating this report was CRIPHX113898898.

**Reexamination/ Reevaluation**
Time: 02/20/2018 14:22
Vital signs

  **VITALS**
   Temp C - 37.0 DegC

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:** 3/1/2018 15:21 MST                    Page 6 of 9                    **Report Request ID:** 286197009

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ███████████
**DOB:** ███ 2005 **Sex:** Male          **Age:** 12 years
**MR#:** ██████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

## ED PERTINENT REPORT

Temp F - 98.6  Deg F
Systolic Blood Pressure - 112 mmHg 02/20/18 11:24
Diastolic Blood Pressure - 68 mmHg 02/20/18 11:24
Heart Rate - 58 bpm 02/20/18 11:24
Respiratory Rate - 16 br/min 02/20/18 11:24
SpO2 - 100 % 02/20/18 11:24
Oxygen Therapy - Room air  02/20/18 11:24

**MAX TEMP 24HRS**
Temp C - 37.0 DegC
Course: unchanged.

**Procedure**
**Procedure notes:**
velcro wrist splint placed to the patient's wrist for immobilization as well as for support. The neurovascular status is
intact after the splint was applied by myself.

**Impression and Plan**
Diagnosis
Depression with suicidal ideation  (Major depressive disorder, single episode, unspecified, F32.9)
Wrist sprain  (Unspecified sprain of unspecified wrist, initial encounter, S63.509A)
Plan
**Condition:** Stable, Patient has been medically cleared. The patient will be seen by the BTMC Behavioral Health staff
for determination of the behavioral health care plan..
**Disposition:** Medically cleared, Patient care transitioned to: transfer to behavior health for further evaluation and
treatment..
**Notes:** Critical care time 32 minutes which includes cardiac monitoring, psychiatric monitoring, and neurological
monitoring, bedside time, discussion with specialist, interpretation of results. At this time, patient not allowed to
leave the Emergency Room due to the suicidal ideations and physical or chemical restraints will be used as
needed...

---

## TOXICOLOGY

### Urine Drugs

| Collected Date | 2/20/2018 | | |
|---|---|---|---|
| Collected Time | 12:45 MST | | |
| Procedure | | Units | Reference Range |
| Amphetamine Screen,UR | Negative | | [Negative] |
| Barbiturate Screen,UR | Negative | | [Negative] |
| Benzodiazepine Screen,UR | Negative | | [Negative] |
| Cannabinoid (THC) Screen,UR | Negative | | [Negative] |
| Cocaine Screen,UR | Negative | | [Negative] |
| Methadone Screen,UR | Negative | | [Negative] |
| Opiate Screen,UR | Negative | | [Negative] |

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:**   3/1/2018 15:21 MST                    Page 7 of 9                    **Report Request ID:**   286197009

This fax was sent with GFI FaxMaker fax server. For more information, visit: http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ████████████████████
**DOB:** ████ 2005 **Sex:** Male          **Age:** 12 years
**MR#:** ████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

## *TOXICOLOGY*

### *Urine Drugs*

|  | Collected Date | 2/20/2018 |  |  |
|---|---|---|---|---|
|  | Collected Time | 12:45 MST |  |  |
| Procedure |  |  | Units | Reference Range |
| DSAU Comment |  | See Note ^1 |  |  |

Interpretive Data
^1:   DSAU Comment

```
Positive results are unconfirmed unless reported with a confirmation.
Cutoff value for positive drug screen results:

Drugs Analyzed          Cutoff Concentration ng/mL
Amphetamine               1000
Barbiturate                200
Benzodiazepine             200
Cannabinoid (THC)           50
Cocaine                    300
Methadone                  300
Opiate                     300

Unconfirmed positive results are for medical purposes only.
```

---

## *DIAGNOSTIC RADIOLOGY*

|  | Exam Date/Time | Accession Number: |
|---|---|---|
| Wrist 3 Or More Views Lt | 2/20/2018 12:57 MST | 22-RA-18-0014258 |

**Reason For Exam**
(Wrist 3 Or More Views Lt) fall, pain, foosh

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
Printed:  3/1/2018 15:21 MST                    Page 8 of 9                    Report Request ID:  286197009

Page 11

This fax was sent with GFI FaxMaker fax server. For more information visit http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**DOB:** ▮▮▮2005  **Sex:** Male          **Age:** 12 years
**MR#:** ▮▮▮▮▮
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

### *DIAGNOSTIC RADIOLOGY*

|                              | Exam Date/Time        | Accession Number: |
|------------------------------|-----------------------|-------------------|
| Wrist 3 Or More Views Lt     | 2/20/2018 12:57 MST   | 22-RA-18-0014258  |

**Report:**
History: fall, pain, foosh

Findings: 3 views of the left wrist are obtained. There is no fracture or malalignment joint spaces are normal.

IMPRESSION: No radiographic evidence of left wrist injury.

Time of Dictation: 2/20/2018 1:17 PM


The workstation used in generating this report was CRIPHX113898899.

***** Final Report *****

*Dictated Date/Time: 02/20/18 01:23 pm MST*            Interpreted By: THOMPSON MD, COLIN MICHAEL
*Signature Date Time: 02/20/18 01:23 pm MST ·CMT*            Signed By: THOMPSON MD, COLIN MICHAEL
                                                                  Electronically Signed

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:** 3/1/2018 15:21 MST                        Page 9 of 9                        **Report Request ID:** 286197009

Page 12

This fax was sent with GFI FaxMaker fax server. For more information visit: http://www.gfi.com

# Exhibit 36



DECLARACIÓN DE ███████████

Yo, ███████████ declaro y digo lo siguiente:

1. Hago la presente de conocimiento personal. Si me llaman de testigo en el litigio actual, declararía competentemente a lo siguiente.

2. Tengo 29 años de edad. Soy el hermano de ███████████ y ███ ███.

3. Vivo con mi hermana ███, su hija ███, una compañera de casa, ███, y su hijo, ███. Somos todos que vivimos en la casa.

4. A fines de marzo del 2018, llegó Brenda, una trabajadora social, para realizar un estudio de nuestra casa. Cuando llegó Brenda, el hermano de ███ ███, estaba de visita. ███ antes vivía en la casa, pero ya había cambiado para otra casa cuando llegó Brenda por primera vez. Mi hermana ███ y yo le avisamos a Brendo que ███ ya no vivía en la casa.

5. Como menos de un mes, Brenda volvió a la casa otra vez de sorpresa. Cuando llegó ella, yo estaba dormido, asi que tardé un poco en abrir. Cuando abré vi a Brenda y a su estudiante ya saliendo. Yo llamé a ella que regresara, y entraron. ███ había llegado para ver a su sobrino y a su hermana. Los tres estaban en la recamera de ███. No me preguntó Brenda si ███ estaba de visita o si vivía en la casa. Se quedaron Brenda y la estudiante más o menos media hora, y se fueron.

6. De verdad ni ███ ni ningún adulto más vive en mi casa aparte de nuestra hermana ███, ███ y yo.

7. Hablamos mi hermanito ███ y yo como una vez por semana. Me ha dado cuenta que ███ ya está muy cansado de estar detenido y que extraña a su familia mucho, y que ya está deprimido. Para mi, es un cambio triste porque desde cuando se cayó preso, ███ ha cambiado mucho. Cuando le cambiaron de trabajadora del caso, ███ se puso histérico, que nosotros escuchamos en su voz, aunque por telefóno. Opino que lo mejor para ███ sería vivir con nosotros: su hermana ███, y yo, su hermano ███████. Espero que sea pronto. Por mi parte,

creo que está preso por ninugún motivo, y el no tiene la culpa de todo lo que haya vivido. Creo que no es justo para él, siendo un niño estar preso, no tiene mamá ni papá, pero tiene a sus hermano que lo quieren y lo aman mucho, y que han hecho todo lo posible para tenerlo con nosotros.

Declaro bajo protesta de decir la verdad y pena de perjurio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día 19 de julio 2018, en Los Ángeles, California.



/ / /

I, Carlos Holguín, declare and say as follows:

1. I speak English and Spanish fluently.

2. The following is a true and correct translation of the annexed Declaration of ███████████:

\* \* \* \* \* \*

DECLARATION OF ███████████

I, ███████████, declare and say as follows:

1. I execute the present [declaration] from personal knowledge. If I am called as a witness in the present case, I would testify competently to the following.

2. I am 29 years old. I am the brother of ███████████ and ████ ████.

3. I live with my sister ████, her daughter ████, a roommate, ████, and her son, ████. We are all who live in the house.

4. At the end of March, 2018, Brenda, a social worker, came to our home. When Brenda arrived, ████ brother, ████ was visiting. ████ used to live in the house, but he had already moved to another house when Brenda came for the first time. My sister ████ and I told Brenda that ████ no longer lived in the house.

5. Somewhat less than a month later, Brenda returned to the house for a surprise visit. When she arrived, I was sleeping, and I therefore delayed a little in opening the door. When I opened the door, I saw Brenda and her student already leaving. I called to her to come back, and they came in. ████ had come to see his nephew and his sister. The three of them were in ████ bedroom. Brenda did not ask me if ████ was visiting or if he lived in the house. Brenda and the student stayed for about half an hour and then left.

6. In truth neither ████ nor any other adult lives in our house besides my sister ████, ████ and myself.

- 3 -

7. My little brother ████ and I talk about once a week. I have noticed that ████ is now very tired of being detained and that he much misses his family, and that he is now depressed. To me, this is a sad change because ████ has changed a lot since he being detained. When they changed his case worker, ████ became hysterical, which we could hear in his voice even over the telephone.  In my opinion, ████ would be better off were he living with us: his sister ████, and me, his brother ████ I hope that will happen soon. For my part, I believe that he is a prisoner for no reason, and he is not to blame for all that he has gone through. I do not think it right that he, being a child, should be detained. [He] has no mother or father, but he has his siblings who want him and love him very much and have done everything possible to have him live with us.

I declare under obligation to tell the truth and penalty of perjury that all the information I have provided here is correct and complete, being aware of the legal consequences of declaring falsely before authority.

Done this 19th day of June, 2018, at Los Angeles, California.

/s/ _____

████████████

\* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2018, at Santa Clarita, California.



Carlos Holguín

# Exhibit 37



# Response Report

Individual subjects responses to the selected TouchPoints, showing all questions and

Report Date Range: 2/11/18 - 5/21/18

### SiteName: UMSCP Del Sol AZ 925

Program Name: 925 Hacienda Del Sol TouchPoints

TouchPoint(s): UM Case Management - Department TouchPoint

Subject Name: ███████████████

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 3/15/18 | Reyes, Jazmin | |

| Question | Answer |
|---|---|
| Type of interaction | Meeting with Youth| |
| Notes: | The CM met with the client and explained that his sister had agreed with the HS and the CM would send an email to gdit so they can place their recommendation. Unfortunately CM explained that she can not send the email as she has to update the Case review and open the release request, but can not today as her account has been suspending. Once the account problem is fixed she will be updating the case to send her HS recommendation to GDIT. The client stated to understand and did not have additional questions. Jazmin Mendez,CM |

# Exhibit 38

Exhibit 40

CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>       Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>       Defendants. | Case No. CV 2:18-CV-05741<br><br>DECLARATION AND VERIFIED REPORT OF DR. AMY COHEN, M.D. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.<br><br>Hearing:  August 31, 2018<br>Time:      9:30 a.m.<br>Room:    1st St. Courthouse<br>           Courtroom 8C |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
            ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
            ndesai@youthlaw.org
            pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
            mkkelley@cooley.com
            jcieslak@cooley.com

- 2 -

Page 67

1    I, Dr. Amy Cohen, M.D., declare and say as follows:

2    1. Annexed hereto is a true and correct copy of my curriculum vitae, which

3    accurately sets forth my education, training, qualifications and experience.

4    2. Annexed to this declaration is a true and correct copy of a psychiatric

5    assessment I prepared and signed on July 22, 2018.

6    3. I certify that the facts set for in the annexed psychiatric assessment are true

7    and correct to the best of my knowledge and belief.

8    I declare under penalty of perjury that the foregoing is true and correct.

9    Executed this _2_ day of August, 2018, at Los Angeles, California.

10

11    _____

12    Dr. Amy Cohen, M.D.

13

14    / / /

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Page 68

## *CURRICULUM VITAE*

**Amy J. Cohen MD**
**815 North Harper Ave**
**Los Angeles, California 90046**
**339 223-0695**
**acohen8919@mac.com**

### Education

| | |
|---|---|
| **Course in Mediation** | **Sept, 2009** |
| Harvard Institute in Negotiation, Harvard Law School | |
| Certified Mediator | |
| | |
| **Fellowship in Child Psychiatry** | **07/87-06/89** |
| McLean Hospital (Harvard Medical School) | |
| Belmont, Massachusetts | |
| | |
| **Residency in Psychiatry** | **07/85-07/87** |
| The Cambridge Hospital (Harvard Medical School) | |
| Cambridge, Massachusetts | |
| | |
| **Transitional Internship** | **07/84-06/85** |
| (Internal Medicine, Pediatrics, Emergency Medicine) | |
| The Cambridge Hospital (Harvard Medical School) | |
| Cambridge, Massachusetts | |
| | |
| **Doctor of Medicine** | **09/80-06/84** |
| University Of Pennsylvania | |
| Philadelphia, Pennsylvania | |
| **Honors:** | |

High honors, Psychiatry, Internal Medicine, Pediatrics
Appel Award for excellence in Psychiatry

| | |
|---|---|
| **Family Nurse Practitioner Program** | **1977-1978** |
| University of North Carolina | |
| Chapel Hill, North Carolina | |
| Certified as Family Nurse Practitioner | |

**Bachelor of Science, Summa Cum Laude, Nursing**
Boston University
Boston, Massachusetts

**Honors:**
> Harold C. Case Scholarship for Excellence in Achievement and Scholarship
> Member (by invitation), Society of Scholars and Fellows

## Employment

**Forensic Consultation**                                         **2014- present**
Creation of medication consultation service for Superior Court Judges
Medical Advisory Board - National Center for Youth Law
> - Consultation on medication of children in dependency and delinquency
populations
Consultation to Flores teams working to address issues for children under ORR care
> - Complex and extensive forensic evaluations with document review
Consultation to Civil Rights Attorneys working with asylum seekers
> -extensive interview with forensic evaluation documents
> -Affidavit creation supportive of creation of class

**Private Practice, Adult, Adolescent, Child and Family Psychiatry**      **07/1989-present**
Medication management and psychotherapy services for children, adolescents, adults, couples,
families (full range of acute and chronic diagnoses) including
> -dynamic and symptom focused treatment
> -cognitive behavioral therapy
> -systems-oriented treatment including structural family therapy, couples treatment
Strong emphasis on collaborative treatment
private supervisor, psychotherapy and psychopharmacology

**Family Mediation Services, private practice**                  **09/2009-present**
> divorce, custody and general family medication services
> Director, Center for Collaborative Parenting

Page 80

**Private supervision, psychotherapy and psychopharmacology          2008-present**
   Provide individual and group supervision to child and adult mental health practitioners in both psychotherapy and psychopharmacology with strong emphasis on assessment and treatment options for severly ill and traumatized children.

**Consulting child and adolescent psychiatrist                              02/16-09/17**
Eisner Pediatric and Family Medical Center
Los Angeles, California
Psychiatric consultative services to high risk, low income chilren and families in predominantly hispanic populaion.
Direct patient care as well as teaching mental health staff, group supervision and collaboration.

**Psychiatrist, Counseling and Psychological Services                    10/15-7/17**
Mount Saint Mary's University
Los Angeles, California
Started and organized psychiatric service program for undergraduate and graduate students, including generation of policies, procedures and appropriate forms
Collaboration with senior psychological staff, teaching and support to doctoral and post-doctoral interns

**Consulting Child Psychiatrist, County Mental Health Clinic            3/16-12/16**
San Luis Obispo, California
Telepsychiatry
Provide full psychiatric evaluation and medication services to high risk chidren and youth served by clinic as well as residential treatment center focusing on trauma in children
Regular consultation with therapy and support staff as well as medical providers in the community

**Covering Child and Adolescent Pyschiatrist                            11/15-present**
Willow Rock Hospital
San Leandro, California
Provide episodic weekend coverage to locked inpatient unit for severely and acutely ill adolescent patients.

**Psychiatric consultant, FSP Program                                    04/15-09/15**
Hillsides Family Services Agency,
Los Angeles, California
Provided full psychiatric services to children, adolescents and transitional age youth designated as severely emotionally and/or behaviorally disturbed, many with histories of severe trauma
Provided collaboration, consultation, education and support to team members

Page 81

**Psychiatric Supervisor, PREP Program**                                 03/14-10/14
Family Services of San Francisco
Provision of psychiatric supervision to Nurse Practitioners working at various sites in UCSF
affiliated early psychosis program

**Lead Psychiatrist, Alameda County Juvenile Hall**                      09/13-12/26/14
San Leandro, California
Directing reorganization of psychiatric services to incarcerated youth
Provision of training to various disciplines involved with incarcerated and foster youth,
including dependency judges, probation, other county care providers

**Director, Consultative Service, Dependency Court**                     09/13-12/14
Alameda County, California
Organized and ran consultative service for Superior Court judges, reviewing JV-220s, providing
general guidance and training around mental health and medication.

**Attending Psychiatrist, Inpatient, Emergency and Consult-Liaison**     06/99-11/01
Newton- Wellesley Hospital
Newton, Massachusetts
Evaluation and management of acutely ill adult and geriatric population, including
        -Emergency room evaluation and stabilization
        -Inpatient unit management
        -Consultation to Pediatric, Obstetric, Medical and Surgical Units

**Director of Psychiatric training**
Newton-Wellesley Hospital (Tufts Medical School)
Organization of medical student didactic and clinical training
Direct teaching and supervision of medical students
        Areas of specialty - Child Psychiatry, Personality Disorders

**Medical Director**                                                     01/96-05/99
Alternacare Acute Inpatient Unit (**hospital-diversion**)
Wakefield, Massachusetts
Medical Director and sole psychiatrist for 16 bed hospital diversion program for adolescents and
adults, ages 14 and up
        -Strong interdisciplinary collaborative work
        -Full range of acute psychiatric disorders
        -Unlocked unit utilizing no restraints

Page 82

**Consulting Psychiatrist**                                            11/90-12/95
Family Service of Greater Boston
(Somerville and Malden sites)
Boston, Massachusetts
Psychopharmacology and psychotherapy services in community psychiatry clinic servicing
children, adolescents, adults

**Consulting Child Psychiatrist**                                     06/92-06/93
Doctor Franklin Perkins School
Lancaster, Massachusetts

**Assistant Psychiatrist In Charge**                                  02/90-05/92
Hall-Mercer Children's Center
McLean Hospital
Belmont, Massachusetts

**Clinical Instructor in Psychiatry**                                 1989-1994
Harvard School of Medicine
Boston, Massachusetts

**Resident Tutor in Medicine**                                        1986-1988
Adams House
Harvard University
Cambridge, Massachusetts

**Nurse Practitioner, Ambulatory Pediatrics**                         1978-1980
Children's Hospital Medical Center
Boston, Massachusetts

**Nurse Practitioner, Adolescent Medicine**                           1978-1979
Roxbury Comprehensive Community Health Center
Boston, Massachusetts

**Staff Nurse, Medical Unit**                                         1976-1977
Boston City Hospital
Boston, Massachusetts

Page 83

## **PUBLICATIONS**

Cohen, Amy J. MD (2018): "Acute Trauma in Children: Identification and Management in Respite Care Setting".  Self-published guide for respite centers managing acutely traumatized children and adults.  Written as companion to "Trauma First Aid" course for  Catholic Charities Respite Care Center, McAllen, Texas.

Cohen, Amy J. MD (2018): "They Are Struggling: A Child Psychiatrist Writes from A Texas Shelter"  https://www.instyle.com/news/immigrant-children-trump-policy-longterm-effects

Cohen, Amy J. MD  (2014): "Child Immigration: Mental Health Issues"  http://blog.sermo.com/2014/08/15/child-immigration-mental-health-issues/

Exhibit 41



# Response Report

Individual subjects responses to the selected TouchPoints, showing all questions and

Report Date Range: 2/11/18 - 5/21/18

**SiteName: UMSCP Del Sol AZ 925**

Program Name: 925 Hacienda Del Sol TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name: ██████████████████

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 2/15/18 | Serrano, Claudia | |

| Question | Answer |
|---|---|
| Time Spent: | 60 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Routine Care and Counseling| |
| Client Present: | Yes |
| Goals: | Adjust to shelter program and maintain appropriate behavior|Prepare for either: a) reunification with sponsor or b) repatriation to home country|Identify any mental health concerns| |
| Appetite: | Within normal limits| |
| Sleep: | Within normal limits| |
| Affect: | Reactive and mood congruent| |
| Mood: | Euthymic| |
| Suicidal Ideation: | None Noted| |
| Homicidal Ideation: | None Noted| |
| Interventions: | Supportive Listening|Psychoeducation|Processing of Thoughts and/or Feelings| |
| Coping: | Journaling|Reading|Prayer/Religious Activities| |
| Response to Interventions: | The client stated adjusting to shelter care and has made new friendships. Overall the client reports coping with the changes well and denied any disruption in daily functioning including eating and sleeping well. The client discussed feeling sad at times as client miss family in home country. The client discussed life in home country, journey to the U.S., and goals of reunification. The client discussed current mood and adjustment to shelter care. The client identified faith as a way to stay positive and as a way to rationalize the current changes. The client agreed to seek out support if the client has any difficulty with being in care. Claudia Serrano, M.Ed. |
| Plan: | Specific Plan (use note field below)| |
| Notes: | The client appears to engage in discussion with a little prompting from the clinician. The client clearly expressed thoughts/feelings related to leaving their home country and the journey. The client appeared to have full awareness of their current situation particularly being housed in shelter care and reunifying with family. The clients mood and affect appeared congruent relevant to topic discussed. At this time the clinician has no mental health concerns. The clinician will continue to monitor for clients adjustment to shelter care. The clinician will work with client to identify coping strategies and how to implement. Claudia Serrano, M.Ed. |

Last Run Date: 6/18/18

Exhibit 42

OFFICE OF REFUGEE RESETTLEMENT
Division of Children's Services
TRANSFER REQUEST AND TRACKING FORM

### Minor's Profile

| Alien Number | FINS Number | Last Name | First Name | AKA | Date of Placement in Current Facility |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **Height** | **Weight** | **DOB** | **Age** | **COB** | **Date of Initial Placement** |
| 5'03" | 118 | 11/05/2005 | 12 | Guatemala |  |
| **Eye Color** |  | **Identifying Marks** | | | |
| Brown |  | The client reported having a scar on [ ], a scar on [ ], and a scar on [ ] | | | |

### Current Care Provider Facility

| Current Program | Program Type | | Case Worker | |
|---|---|---|---|---|
| Southwest Key Sol | Shelter | | Jazmin Mendez | |
| **Address** | **City** | **State** | **Zip** | **Phone** |
| 12030 N. 113th Avenue | Youngtown | AZ | 85363 |  |

| Care Provider Transfer Recommendation | | | | Has the minor's attorney been contacted?** | | |
|---|---|---|---|---|---|---|
| **Type of Facility Requested** | **Proposed Facility** | **Requestor** | **Request Date** | **Attorney of Record** | | **Phone** |
| Residential Treatment Center | Shiloh Treatment Center | Jazmin Mendez | 04/18/2018 | Florence Immigrant and Ref | | 6023071012 |

### ORR Transfer Decision

| Name of ORR Decision Maker | Designated Care Provider Facility | Type of Care Provider Facility |
|---|---|---|
| Debra Thomas, FFS | Shiloh Treatment Center | Residential Treatment Center |

### New Care Provider Facility

| New Program | | Program Type | | |
|---|---|---|---|---|
| Shiloh Treatment Center | | Residential Treatment Center | | |
| **Address** | **City** | **State** | **Zip** | **Phone** |
| 3926 Bahler Avenue | Manvel | TX | 77578 |  |

**Transfer Packet (for each minor)**

| Please follow checklist in the Transfer Procedures when completing minor's transfer packet, check box to indicate the packet is completed | |
|---|---|
| List of Minor's Belongings (be sure to include medication) | |
|  | |

5/20/2018

**OFFICE OF REFUGEE RESETTLEMENT**
Division of Children's Services
**TRANSFER REQUEST AND TRACKING FORM**

**Departure/Arrival Information**

| Departure | Date | Time | Transporting Staff | Name | Title |
|---|---|---|---|---|---|
| | 5/21/18 | 5:00A | | Reinaldo Roi | T.S |

By signing below, I affirm that:
1) I have read the minor's Case Summary and Individual Service Plan (ISP) and am aware of all documented special needs.
2) The list of the minor's personal belongings is complete and accurate.

Signature _Reinaldo Rodriguez_                    Date _5/21/18_

| Arrival | Date | Time | Receiving Staff | Name | Title |
|---|---|---|---|---|---|
| | 5/21/18 | 10:25 | | Alex Guzman | D.C. |

By signing below, I affirm that:
1) I have read the minor's Case File Summary and Individual Service Plan (ISP) and am aware of all documented special needs.
2) The list of the minor's personal belongings is complete and accurate.

Signature _____                    Date _5/21/18_

Distribution of this form is restricted to ORR staff, grantees and contractors (including voluntary agencies, Child Advocates, and legal service providers); UAC attorneys of record; the U.S. Department of Homeland Security; and the Executive Office for Immigration Review. This form may not be distributed to any other party without the written authorization of ORR/DCS.

5/20/2018

Exhibit 44

<u>DECLARATION OF CECILIA SACO IN SUPPORT OF ███████████ DENIAL TO SPONSOR ████</u>
<u>████ BY ORR</u>

I, Cecilia Saco, declare as follows:

1. I write this declaration in support of ██████ regarding her denial by ORR to sponsor her brother ██████. I make all of the statements herein of my personal knowledge, except as to those matters based on information and belief, which I believe to be true. I believe the statements herein to be true and if called to testify as a witness thereto, could do so competently under oath.

2. I am a retired Supervising Social Worker with Los Angeles County Department of Children and Family Services' (DCFS) Special Immigrant Status (SIS) Unit. I was a Los Angeles County employee for 32 years and 5 months. I was a Supervising Children's Social Worker for the past 28 years and have extensive experience working with abused and neglected children. I have a Master degree in Social Work and I have received training on Intervention in Child Maltreatment & Domestic Violence from UCLA's School of Public Policy & Social Research, Department of Social Welfare.  Also, I have extensive child welfare and immigration experience working with undocumented immigrant children and families. I have managed a specialized unit within DCFS responsible for the filing of over 3000 Special Immigrant Juvenile Status (SIJS) applications with USCIS on behalf of DCFS undocumented immigrant dependent children. I was also the designated U Visa Certifier for DCFS for the period of 2008-2018.

3.  During my tenure with DCFS, I investigated hundreds of reports of child abuse and neglect. Such investigations typically included evaluating children's relatives and their homes in an effort to determine whether a child could be safely placed with family, rather than in taxpayer-funded foster or group homes.

4. I am a native Spanish-speaker; I am bicultural as well, and I was accordingly tasked with investigating many monolingual Spanish-speaking families. As part of my duties with DCFS, I also had occasion to discuss child protection practices with colleagues from other states and counties; I believe DCFS's policies and practices with respect to evaluating the suitability of family members to care for children to be fairly typical of child welfare practices nationwide.

5. I have been asked to give an opinion regarding the suitability of ██████ and ██████ to care for their brother, ██████ whom I understand has currently been detained by the Office of Refugee Resettlement ("ORR") at the Shiloh Residential Treatment Center in Texas. I have reviewed ORR's files for ████ and its

home study of ▮▮. These were provided by Carlos Holguín, one of the lawyers for the plaintiffs in *Flores v. Sessions*. On July 9, 2018, I visited the home of ▮▮ and ▮▮, in Los Angeles, California. I spoke with ▮▮ and ▮▮ at length, and following standard DCFS practices and standards, evaluated their suitability to serve as custodians for ▮▮.

6. ORR's file indicates that it denied ▮▮ custody of her brother because of two concerns: First, that her roommate's brother, who was present at the time ORR's investigator visited the home, failed to appear for fingerprinting; and second, that ▮▮ was unlikely to address ▮▮ mental health needs following release.

7. With respect to the first of ORR's concerns, when any adult applies with DCFS to become a resource family, he/she and all adult members of the household complete the same paperwork to live scan (fingerprint). Applicants don't have to have documented immigration status, but they do need appropriate ID to live scan (*matricula consular* or passport in the case of undocumented people). DCFS sends the live scan paperwork to three data bases: California Department of Justice ("DOJ"), FBI and California CACI (Child Abuse Central Index). When the applicant reports he/she has lived out of state, DCFS also checks the appropriate out-of-state CACI. To the best of my knowledge, DCFS does not share live scan information with ICE except pursuant to court order. It is my understanding that California DOJ sometimes shares information with ICE on a case-by-case basis, but that ICE needs a court order to access California DOJ records.

8. ▮▮ assured me that her roommate's brother does not live in the home. She stated that she told ORR's investigator, Brenda, the same. During my visit, the roommate's brother was not present, nor did I observe anything in the home to indicate that he in fact lives there. I explained to ▮▮ that if I had a reason to suspect that an adult male was residing in the home and would not appear for fingerprinting, I would need a letter from his actual landlord verifying that he was living elsewhere. ▮▮ readily agreed to get such a letter, or similar proof.

9. I then asked ▮▮ if ORR's investigator had been similarly open to the family's clearing up questions about her roommate's brother's residence. ▮▮ reported that ORR had given her no chance to change its belief that her roommate's brother lived in ▮▮ home.

10. I next discussed with ▮▮ and ▮▮ whether they were open to seeking mental health services for ▮▮. ▮▮ initially assured me that ▮▮ is not "crazy" and does not need mental health care. In my experience, ▮▮ equating mental health concerns with psychosis is fairly typical in Latin America, where cultural attitudes and limited education engender a reluctance to seek help for common mental health conditions

such as anxiety and depression. I explained that many people who are not "crazy" nonetheless have mental health problems that should be treated, and that they should be open to the possibility that ▒▒▒ too, may such have such mental health needs. ▒▒▒ and ▒▒▒ indicated they understood and agreed to have ▒▒▒ treated for any mental health issues he may have following release. I also asked ▒▒▒ if anyone from ORR had discussed ▒▒▒ mental health with her. She said no one had.

11. ▒▒▒ also related that ORR had given her nothing in writing explaining its reasons for refusing to release ▒▒▒ to her, and that as far as she knew, she had no right to a hearing, administrative appeal, or other procedure by which the family might seek to change ORR's decision. In my opinion, ORR's denying ▒▒▒ ▒▒▒ custody failed to meet accepted child welfare standards in several particulars.

12. First, standard child welfare practice requires that families receive a detailed, written explanation of why they are being denied custody of a dependent minor. This gives the family guidance about how to cure any problems the child welfare investigator uncovers during a home evaluation. Unless a family member has committed major crimes such as murder, rape or sex-related offenses, child endangerment, willful cruelty, or similarly irremediable safety-risk, standard child welfare practice is to encourage families to make any needed changes to reduce or eliminate concerns. This reflects the consensus among child welfare professionals that it is better to place children with their families whenever it is safe to do so.

13. Second, in county child welfare systems, social workers assess the caregivers' home, the caregivers' ability to care and provide for the child, and the caregiver's background check; finally they make recommendations. Our reports are reviewed by State legal counsel after which families are entitled to contest and rebut social workers' findings and recommendations. According to ▒▒▒, however, ORR gave her no opportunity to appeal or otherwise contest ORR's decision to deny her ▒▒▒ custody. I know of no child protection agency that is similarly empowered to issue final, unreviewable decisions regarding the suitability of family members to care for dependent children.

14. Third, ORR should have explained to the family that not all persons with mental health needs are psychotic, and that there is no shame in getting help for mental health problems. As noted, I often had to explain this to our Spanish-speaking families; I did not always succeed in convincing them, but in my experience the majority of families do understand this explanation when given a chance, and they thereafter follow through with seeing to it that a child receives needed mental health treatment. In the case of ▒▒▒, if ▒▒▒ was to be released to her, she assured me her willingness to look for mental health resources in her community, educate herself about the possible issues concerning her brother ▒▒▒, and to get the appropriate services for him, before a crisis may arise. In my opinion, if given the opportunity, ▒▒▒ and ▒▒▒ would not

neglect ▮▮▮▮ mental health needs.

15. If I was still working for DCFS, as long as I was presented with proof that the roommate's brother lives in a different residence, and I had the commitment of ▮▮ and ▮▮▮▮ to seek mental health services for ▮▮▮▮, I would release ▮▮▮ to his siblings. I would also continue to support the family after the release with the appropriate community resources to secure a permanent home for ▮▮▮▮.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed at Los Angeles, California on:

_04/14/18_

Date

Cecilia Saco