CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>            Defendants. | No. CV 2:18-CV-05741-DMG-PLA<br><br>PROPOSED ORDER GRANTING APPLICATION TO FILE CERTAIN EXHIBITS IN SUPPORT OF PRELIMINARY INJUNCTION UNDER SEAL |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

Before the Court is Plaintiff Lucas R.s' unopposed application for leave to file certain exhibits in support of his motion for preliminary injunction. Having considered the papers submitted by Plaintiff and having reviewed the material that they seek to seal, the Court finds that Plaintiff's request is narrowly tailored to seal only that material for which compelling reasons have been established.

Accordingly, it is hereby ORDERED as follows:

1. Plaintiff is granted leave to file in the public record redacted versions of Exhibits 33-37, 41-42 and 44 in support of his motion for preliminary injunction (ECF 29). Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiff is granted leave to file under seal the unredacted versions of Exhibits 33-37, 41-42 and 44 and the entirety of Exhibits 38 and 40. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

3. The Clerk shall permantly delete ECF 29-2 from the public record.

Dated: August ___, 2018.

_____
Hon. Dolly M. Gee
United States District Judge