1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Lucas R., *et al.*, | Case No.: CV 18-5741-DMG (PLAx) |
|---|---|
| Plaintiffs, | ORDER RE APPLICATION TO FILE CERTAIN EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION UNDER SEAL [30] |
| v. | |
| Alex Azar, Secretary of U.S. Department of Health and Human Services; *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Lucas R.'s unopposed application for leave to file under seal certain exhibits relating to his motion for preliminary injunction. Having considered the papers submitted by Plaintiff and having reviewed the material that he seeks to seal, the Court finds that Plaintiff's request is narrowly tailored to seal only that material for which compelling reasons have been established.

Accordingly, it is hereby **ORDERED** as follows:

1. Plaintiff is granted leave to file in the public record redacted versions of Exhibits 33–37, 41–42, and 44 in support of his motion for preliminary injunction, which are found at Docket Entry No. 33. Plaintiff shall refile the redacted versions of these documents within **three (3) days** of the date of this Order.

2. Plaintiff is granted leave to file under seal the unredacted versions of Exhibits 33-37, 41–42, and 44 and the entirety of Exhibits 38 and 40, all of which are found at Docket Entry No. 32-1. Pursuant to Local Rule 79-5.2.2(c), Plaintiff shall e-file these documents under seal **within three (3) days** of the date of this Order.

3. Docket Entry No. 29-2 shall remain sealed.

In Plaintiff's motion for preliminary injunction, he refers to Exhibit 43 [Doc. # 29-1 at 16], which is found at Docket Entry No. 29-2. Yet, Exhibit 43 is missing from Docket Entry Nos. 32-1 and 33. Therefore, **within three (3) days** of the date of this Order, Plaintiff shall either file an application to file Exhibit 43 under seal, or file a publicly viewable version of that document.

DATED: August 7, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE