1
2
3
4
5
6

CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org
Facsimile: (415) 693-2222

*Listing continued on next page*
*Attorneys for Plaintiffs*

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11
12
13
14
15
16

LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,

Plaintiffs,

v.

ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,

Defendants.

Case No. 2:18-CV-05741

**PLAINTIFFS' NOTICE OF FILING OF REDACTED EXHIBITS**

17
18
19
20
21
22
23
24
25
26
27
28

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA  95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu


LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA  94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org


CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC  20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org


SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
        mkkelley@cooley.com
        jcieslak@cooley.com

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that, pursuant to the Court's order (ECF 28), Plaintiffs hereby lodge the following redacted exhibits in support of their Motion for Class Certification:

- Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Daniela Marisol L., dated November 21, 2017 (redacted).

- Attached hereto as **Exhibit 11** is a true and correct copy of the Supplemental Declaration of Daniela Marisol L., dated May 11, 2018 (redacted).

- Attached hereto as **Exhibit 12** is a true and correct copy of the Supplemental Declaration of Miguel Angel S., dated June 18, 2018 (redacted).

- Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Gerardo S., dated May 29, 2018 (redacted).

- Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Gabriela N., dated December 1, 2017 (redacted).

- Attached hereto as **Exhibit 15** is a true and correct copy of the Supplemental Declaration of Gabriela N., dated June 8, 2018 (redacted).

- Attached hereto as **Exhibit 16** is a true and correct copy of the Supplemental Declaration of Gabriela N., dated July 12, 2018 (redacted).

- Attached hereto as **Exhibit 17** is a true and correct copy of a Medication Information and Reconciliation Form for Gabriela N., dated September 7, 2017 (redacted).

- Attached hereto as **Exhibit 18** is a true and correct copy of the Declaration of Isaac N., dated March 15, 2018 (redacted).

- Attached hereto as **Exhibit 19** is a true and correct copy of the Supplemental Declaration of Isaac N., dated June 7, 2018 (redacted).

- Attached hereto as **Exhibit 20** is a true and correct copy of the Declaration of Jaime D., dated June 11, 2018 (redacted).

1    •    Attached hereto as **Exhibit 21** is a true and correct copy of the Declaration
2    of Lucas R., dated June 8, 2018 (redacted).

3    •    Attached hereto as **Exhibit 22** is a true and correct copy of Declaration of
4    Madelyn R., dated July 19, 2018 (redacted).

5    •    Attached hereto as **Exhibit 24** is a true and correct copy of the Declaration
6    of Camila G., dated April 3, 2018 (redacted).  This declaration uses a pseudonym per
7    the Court's order in *Flores v. Sessions*, No. 85-cv-4544-DMG (AGRx).

8    •    Attached hereto as **Exhibit 25** is a true and correct copy of the Declaration
9    of Carlos A., dated November 16, 2017 (redacted).

10   •    Attached hereto as **Exhibit 26** is a true and correct copy of the Declaration
11   of Miguel B., dated November 16, 2017 (redacted).

12   •    Attached hereto as **Exhibit 27** is a true and correct copy of the Declaration
13   of Roberto F., dated July 11, 2017 (redacted).

14

15   Date:  August 8, 2018                    CARLOS HOLGUÍN
                                              Center for Human Rights &
16                                            Constitutional Law

17                                            HOLLY COOPER
                                              CARTER WHITE
18                                            University of California Davis School of
                                              Law

19                                            LEECIA WELCH
                                              NEHA DESAI
20                                            POONAM JUNEJA
                                              CRYSTAL ADAMS
21                                            National Center for Youth Law

22                                            SUMMER WYNN
                                              MARY KATHRYN KELLEY
23                                            JON CIESLAK
                                              MEGAN DONOHUE
24                                            Cooley LLP

25

26                                             *s/ Jon Cieslak*
                                              Jon Cieslak
27                                            *Attorneys For Plaintiffs*

28

                                              NOTICE OF FILING OF
                                              REDACTED EXHIBITS
                                              CV 2:18-CV-05741