# Exhibit 11

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 11
Page 198**

1   I, ███████████████████████████, declare as follows:

2   1.    This declaration is based on my personal knowledge. If called to testify in this

3   case, I would testify competently about these facts.

4   2.    I am 16 years old and from Honduras. I have been detained for 8 months and am

5   desperate to get out of detention. I am currently being held in ORR custody detained at

6   the David & Margaret Center and have been here since around February 17, 2018. This is

7   a shelter facility, but I am not free to leave. Prior to this, I was detained at the Shiloh

8   Residential Treatment Center in Texas. Shiloh was a locked facility with 24-hour

9   surveillance and monitoring. I was transfered from Shiloh to David & Margaret because

10  they said I was getting better.

11  3.    My sister, ███████████, who is 31 or 32 years old, lives in Minnesota, but

12  ORR told me I couldn't live with her. I don't fully understand why ORR won't let me

13  live with my sister, but I think it is because ORR thinks she doesn't have enough money.

14  I would prefer to live with my sister or family over foster care, and I believe even poor

15  families have the right to live together. ████ and I lived in Honduras for 15 years, and I

16  consider her like a second mother.

17  4.    ORR is still giving me medication for depression and anxiety. I receive 3 pills a

18  day.

19  5.    I have met with a lawyer here in La Verne, California at the David & Margaret

20  Shelter, but not sure what her name is. I haven't been told by her that she is helping me

21  with my release or to secure any immigration defense. I don't remember any lawyer

22  helping me during the transfer or helping me get released. I would very much like for a

23  lawyer to help me get released to my sister and to help me if ORR wants to send me back

24  to Shiloh or some other place that is not a shelter.

25  I declare under penalty of perjury that the foregoing is true and correct. Executed on this

26  _11_ day of _May_ , 2018, at La Verne, California.

27

28  _____████████████_____

Exhibit 11
Page 199

1
2
3
4
5
### CERTIFICATE OF TRANSLATION
6  My name is _Holly Cooper_ and I swear that I am proficient in both the English
7  and Spanish languages and I translated the foregoing declaration from English to Spanish
8  to the best of my abilities.
9
10 Dated: May 11, 2018
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 11
Page 200