# Exhibit 15

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 15
Page 214

I, ███████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. I execute this declaration to update the declaration made in February 2018. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am currently detained at St. Michael's Home for Children in Houston, Texas. I have been detained in ORR facilities for approximately one and a half years. I am miserable and am so tired of being detained. I just want to live with my family.

3. Before arriving at St. Michael's, I was detained at Shiloh Residential Treatment Center in Manvel, Texas. I was transferred from Shiloh to St. Michael's on April 26, 2018. The staff at Shiloh told me that I didn't need to be at Shiloh anymore. The doctor at Shiloh approved me to leave. When I left Shiloh, I didn't know where I was being taken. The staff just told me that I was being taken somewhere else.

4. The Shiloh staff told me that I did not qualify to live in long-term foster care. Now that I am at St. Michael's, the staff tell me that I can't live in long-term foster care because I aged out.

5. Since being at St. Michael's, I have asked to meet with attorneys, but the staff says that no one is here to help me. I haven't met with any attorneys since I arrived here. I liked the attorney I worked with when I was at Shiloh. Now that I've been transferred, I don't know what's going on with my case. I have to try and investigate and research on my own.

6. I still have to take medication here. At night, I take one Prozac pill, and in the morning, I take one pill that is supposed to help me focus. The pills don't help me. I take the pills because I know I have to take them, not because I want to take them. I don't want to take the medications. I don't need to take them; I need to leave detention. The staff wants me to meet with a psychiatrist, and I don't want to go. I feel fine; I don't need to meet with a psychiatrist. I'm ready to leave.

7. I desperately want to live with my grandfather. I love him, and I know that he would take care of me. I'm very sad because he and I recently learned that his sponsorship application was denied because he had a negative home study. The official who completed the home study did not take into account everything that my grandfather did to prepare. He bought me a new bed to show that I'd have my own nice place to sleep. The official who completed the home study made many wrong assumptions about my grandfather. The official concluded that my grandfather did not have enough dishes and food in his kitchen and therefore he couldn't afford to take care of me. My grandfather explained that he works all the time and buys food at work, so he doesn't need to buy a lot of dishes and food to keep at home. When the official asked my grandfather whether he would make sure that I went to school, the official was bothered that my grandfather responded that I was old enough to know to go to school. Of course, my grandfather cares about education and would make sure that I went to school, but the official twisted his words and held his statements against him. The official seemed worried about how much money my grandfather makes, but he makes enough money to support me. During the eight months that I was at Shiloh, he sent me money regularly, a total of about $800-$900. He can clearly support me financially and take care of me. He is in good health and he loves me. He has done everything the government asked of him. I know I would feel cared for if I lived with him.

8. Now that my grandfather has been denied, I think my case worker is trying to work with my cousin to serve as my sponsor. He is about 21 or 22 years old and lives with another one of our cousins and that cousin's wife. I think that the government may decide that it would be ok for me to live with my cousin because the wife lives with them, so I wouldn't be the only woman in the home. I'd rather live with my grandfather because we're really close and I would be happier with him. I'm so sad because I don't think I'll be able to live with him. My hope is that I can leave detention and live with family. I know that my grandfather will continue to support me financially no matter where I live.

9. Here at the shelter, I can't cry because the staff ask me why I'm crying. And if I laugh loud, they tell me to shut up. The staff yell at us all the time. The staff don't really care about us; they live totally different lives from us. They work here for a few hours a day, and then they get to go outside and live their lives. We just stay here locked up. We don't have any privacy. We can't be in our bedrooms for more than five minutes. We only have five minutes in the morning to get dressed and ready for the day. We can't chew gum. We have to wear ugly clothes, and when we walk outside, I feel like people stare at me and think that I'm someone who's done bad things.

10. I can't stand being locked up any more. I feel so helpless and desperate. I don't know what to do. I want to be released so badly. I want to live with my family. I know I will be so happy when I am finally free.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of June, 2018, at Houston, Texas.

CERTIFICATE OF TRANSLATION

I, __Karina Marquez__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ███████ in its entirety in Spanish on __June 8, 2018__.

_Karina M_____
Karina Marquez