# Exhibit 17

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 17
Page 223

Shiloh Treatment Center, Inc.
Admission Packet

Office of Refugee Resettlement

DOB ████-00

## Medication Information and Reconciliation

all medication the client is currently prescribed.

Client Name: ████████████

Date of Completion: 9-7-17

Form Completed By: Sheri Pitts

Source of Medication Information:
Check All That Apply

☒ Pharmacy Label    ☐ Parent or Client    ☐ Physician Prescription
☒ Discharge Summary/Records From Transferring Facility    Facility: _____
☐ Other: _____

| Medication at Admission | | | | | | | Last Dose | | Quantity Provided at Admit | Quantity Received at Admit | For Use by Clinic Staff | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Medication | Dose | Frequency | Route | Prescriber | Date Prescribed | Target Symptoms | Date | Time | | | Order on Admit | Change on Admit | Discontinue on Admit |
| (OTC) Fluoxetine | 20mg | Qpm | PO | PA, Petrus | 8/14/17 | depression | 9/6 | HS | 38 | 38 | Y | N | N |
| (OTC) Melatonin | 3mg | ☐ QHS | PO | | | sleep | 9/6 | HS | 486 | 486 | Y | N | N |

_____ RN          9-7-17
Parent, Guardian, or Conservator            Date

For Use by Clinic Staff
Review of Medication Conducted By: Sheri Pitts    Date: 9-7-17    Time: 1:00 PM
Physician Approving Medication:  ☐ Rafael Guerrero, MD   ☐ Victor Oderinde, MD   ☒ Javier Ruiz, MD   ☐ Vernon Walling, MD
Change in Medication: _____

Rev. 09/10          Copy to Medical Chart and Copy Completed Form to Pharmacy          R-1

Exhibit 17
Page 224