# Exhibit 18

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 18
Page 225

I, [redacted], declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am the grandfather of [redacted], who is currently detained at Shiloh Residential Treatment Center.

3. I am currently living in a duplex apartment in Oakland, California. I live in the apartment by myself and have two bedrooms. I work every day as a food vendor.

4. I want to be [redacted] sponsor because she is my granddaughter and I am her grandfather. We have a very close relationship. I spent a lot of time with [redacted] when we both lived in El Salvador. I came to the United States when she was five years old, and have helped to financially support [redacted] and her mother ever since. I think I would be a good sponsor for [redacted] because I want to take care of her and am able to do so.

5. I have talked with [redacted] mom about applying to be [redacted] sponsor. She is very supportive of me being [redacted] sponsor because I am her grandfather and would take good care of her.

6. I talk to [redacted] on the phone for 15 minutes every Friday. I tell her that I hope I will see her soon, that she should behave herself, and not to despair or get upset. She is always happy to talk to me on the phone. Because Texas is very far away from California, I have not been able to go and visit [redacted] in person. However, sometimes [redacted] social worker helps to set up video calls so that I can see [redacted] when we talk.

7. I have never been arrested or charged with a crime in the United States. I have lived here since 2004. When I lived in El Salvador, I was wrongfully arrested by the police and spent two years in jail. I had gone to a house with some friends without knowing that there was a person inside the house who was being held hostage. While we were inside, the police surrounded the house and arrested everyone inside. Even though I

1  explained that I had just gotten there and had nothing to do with the kidnapping, the
2  police still arrested me. I waited in jail while my lawyer gathered evidence to support my
3  release. After two years, I appeared in front of a judge and he let me go. I was never
4  convicted of any crime. My lawyer obtained a "carta de libertad" and I was released.
5  8.     I don't remember exactly when I initially applied to be ▮▮▮ sponsor. In the
6  fall of 2017 I tried to submit my fingerprints. However, ORR told me that I needed to
7  submit documentation (the "carta de libertad") from El Salvador that explained my time
8  in prison. I requested the documentation from El Salvador, and it arrived one month and
9  eight days later. I immediately submitted it to ORR, and ORR told me to go and get my
10 fingerprints taken again. I submitted my second set of fingerprints in January 2018. After
11 I submitted my second set of fingerprints, ORR sent me a lot of information and
12 scheduled a home study visit.
13 9.     In February 2018, a home investigator came to my house to conduct a home study.
14 She asked me a lot of questions and had me fill out a lot of paperwork. I don't think that
15 the home study went very well, mainly because the home investigator asked me a lot of
16 detailed questions about finances that I wasn't sure how to answer. I got the impression
17 that the home investigator didn't think I made enough money to be able to support
18 ▮▮▮ and myself. I know I don't make a lot of money, but I make enough to take
19 care of ▮▮▮  She is my granddaughter, and everything I have I will give to her.
20 10.    The home investigator also asked if I would make ▮▮▮ go to school. I support
21 ▮▮▮ going to school and getting an education. If she comes to live with me I will
22 take her to school and I will bring her home from school. I will help her with what she
23 needs.
24 11.    When I asked the home investigator what was going to happen after the home
25 study, she said that I was required to complete an orientation before ▮▮▮ could be
26 released. The home investigator didn't give me any information about how to complete
27 the orientation. I contacted ORR to ask for orientation information and completed the
28

orientation last month. I have not heard anything from ORR since then. I have never received the results of the home study.

12. When I reached out to ▇▇▇ social worker at Shiloh, she told me that ORR threw out my application and that they are going to transfer ▇▇▇ somewhere else. ORR has never officially told me that they are looking at other sponsors or that my application has been rejected.

13. I believe that I would be the best sponsor for ▇▇▇ ▇▇▇ has uncles and aunts from her father's side of the family who live in Los Angeles. ▇▇▇ father died when she was very young. These uncles and aunts have not spoken with ▇▇▇ since her father died and do not want to take care of her. I do not think that they would be good sponsors for ▇▇▇.

14. ▇▇▇ did not take any medications when she lived in El Salvador, and she did not have any mental health problems. Before the home investigator came to do the home study, ▇▇▇ social worker texted me to ask if I could afford to buy certain medications if ▇▇▇ was released to my care. She said that it would be my responsibility to buy them for her and make sure that she took them. The medications were "Adderall, 20 mg" and "Prozac, 20 mg." ▇▇▇ counselor told me that ▇▇▇ has to take the medications, otherwise she gets agitated.

15. Up until last week (March 9, 2018), I had never heard ▇▇▇ get agitated during any of our weekly phone conversations. I think that being locked up for several months has made her be more anxious and upset. The last time that we talked, she told me that she was starting to feel desperate. I told her not to lose hope and that we are just waiting to see what the government says about me.

16. I have not been contacted by ORR to give permission for ▇▇▇ to be given medication.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  15th day of March, 2018, at Oakland, California.

[signature redacted]

CERTIFICATE OF TRANSLATION

My name is Rebecca Gudeman and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: March 15th 2018

Rebecca Gudeman