# Exhibit 20

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 20
Page 235

I, ███████████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 13 years old. I came to the United States a few months ago.

3. I fled from Honduras with my six-year-old sister and ten-year-old aunt. My mother was murdered by my stepfather when I was seven years old. I went to live with my grandmother, but my life was very difficult, and I feared I would be killed if I stayed in Honduras. My sister, aunt and I traveled together from Honduras and turned ourselves in at the border.

4. After that, my sister, aunt, and I were sent to a shelter in Texas. Then we were all transferred to a shelter in New York.

5. I did not want to talk to the people at the shelter in New York. I wanted them to leave me alone, so about a week after we arrived at the shelter I made up a story that I had hurt people in Honduras. I never hurt anyone in Honduras, I just wanted the shelter staff to stop talking to me. The staff made me feel very nervous.

6. Soon after, I was transferred to Yolo. I was woken up at 4:00 in the morning and put on a plane. The staff did not tell me where I was going. The staff put very heavy shackles on my feet and they really hurt. They kept the shackles on for the whole plane ride, which was six hours long.

7. When I was sent to Yolo, I did not have a chance to tell my sister and aunt good bye. This made me very sad. I was worried that they thought I had abandoned them.

8. I did not receive anything in writing about why I was being transferred and no one told me that I could appeal the transfer decision.

9. Yolo was a terrible place. The doors were always locked, and it was really scary. All the other kids were much older than me, and there were some that picked on me and hit me. I told the staff that other kids were hurting me but the staff said that they didn't

believe me. I saw other kids get pepper sprayed and hit by the staff. I was only allowed outside my room for short periods of time. I missed my sister and aunt a lot.

10. After I was detained for about a month at Yolo, I was told that I was going to be going back to New York. My case worker told me that I was too young to be at Yolo.

11. Now I am at Children's Village. I don't like it here. They put us in detention in our rooms. I have spent fifteen days stuck in my room and haven't been outside. I have only left my room to get food and go to class and then I go back upstairs to my room.

Sponsorship Process

12. I have an aunt in DC who wants to be my sponsor. She has completed all of the paperwork for the sponsorship application. She started the paperwork the first time that I was in New York, before I went to Yolo. She has also submitted her fingerprints. She completed a home study in late May and she says that it went well. I know that she will do whatever she needs to do to be my sponsor. She was just approved to be my sister and aunt's sponsor, and my sister and aunt were just released to live with her.

13. I want my aunt to be my sponsor. I feel safe with my aunt and think that she would be a good sponsor for me. If I got to live with her I would get to go to school. I really like going to school, and my favorite subjects are Science and English. I want to go to school to get an education and to have a better future. I take my classes very seriously. When I grow up I want to be a lawyer and help people.

14. I speak with my aunt on Saturdays and Mondays, and we talk for ten minutes each time.

Counsel

15. I have never received a list of free lawyers that I could call for help.

16. I do not currently have legal representation for my immigration case, but I would like a lawyer to help me.

17. I miss my sister and my aunt. I haven't been able to talk to them since we were separated. I think about them all the time and worry about whether they are okay and if they are safe. I hope they know that I love them very much.

18. I want to leave Children's Village and live with my aunt in D.C. with my sister and aunt.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of June, 2018, at Dobbs Ferry, New York.

## CERTIFICATE OF TRANSLATION

My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 11, 2018

Itzel Almazan