# Exhibit 24

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 24
Page 256**

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am currently being held in ORR custody detained at the Bokenkamp Children's Shelter. I arrived here on January 22, 2017.

3. My mother passed away when I was only nine months old. Before she died, she did not officially register my birth so I never had an official birth certificate. I never knew my father. I was raised by my maternal grandparents and an aunt in El Salvador. My aunt told me that when my mother was in the hospital, before she passed away, she told them that if she died she wanted me to live with my aunt ▮▮▮.

4. My mother wanted my aunt ▮▮▮ to take care of me because aunt ▮▮▮ had a very close relationship with my mother and always gave her good advice and took care of her. My mother considered my aunt to be very responsible because she would support me, enroll me in school, and have me go to church. My mother knew that aunt ▮▮▮ could give me a better life than my grandparents or family in El Salvador could give me. My family in El Salvador have to work all the time and they often do not have enough money to buy food to eat.

Sponsorship Process

5. Since I arrived at this shelter, I have been asking to have my aunt ▮▮▮ become my sponsor. My aunt started the application process to be my sponsor when I first arrived at the shelter. She has done everything that ORR has asked of her in order to be my sponsor – she has talked to my case worker, had her fingerprints taken, and submitted all the documents that they have requested. When she submitted all the documentation, she was told that she couldn't be my sponsor because I didn't have an official birth certificate. That's when she hired an attorney to help her.

6. My lawyer has been working hard to try and get me released from the shelter. My lawyer recently went to the immigration judge to ask why I haven't been released and ask for a bond hearing. The judge granted the request for a bond hearing. Before the bond hearing was scheduled to occur, ORR sent a letter to my lawyer and the judge saying that they did not consider me to be a danger to the community or a flight risk.

7. In March 2018, I had a bond hearing before the immigration judge. The judge decided that I was not a danger to myself, others, or the community, and that I was not a flight risk. The judge issued a bond order saying this. The hearing happened a few weeks ago, but I still haven't been released.

8. My case worker told me that the only reason that I haven't been released to my aunt ▮ is because I don't have an official birth certificate from El Salvador. My mother died before she could register me for an official birth certificate.

9. Since I have never had an official birth certificate, my lawyer has worked hard to submit other documentation to ORR to prove my relationship with my aunt ▮. My lawyer provided ORR with an official certificate from the hospital where I was born in El Salvador. She also provided ORR with a DNA test that shows that my aunt ▮ and I are family, with a 61% DNA match. My whole family is trying to help show that I am who I say I am. My grandparents and aunt have scheduled a hearing in front of a judge in El Salvador to say that they were witnesses to my birth and plead my case so that the judge can make an order stating that I was born in El Salvador. That hearing is supposed to take place on April 9th, 2018.

10. I don't know what other documents I could provide to prove my relationship with my aunt. My case worker once told me that my case was "perfect" and that I was "golden" to get released, but I'm still here.

11. I never received a letter or notification from ORR telling me that my aunt ▮ was no longer under consideration as my sponsor or that I could appeal that decision.

12. The shelter is not considering releasing me to any other sponsors. I do not have any other family members in the United States that could be my sponsor.

13. I don't know what I can do or what the next step can be for me to try and get out of the shelter if ORR does not allow me to live with my aunt ▮.

Relationship with Aunt

14. My aunt ▮ would be a good sponsor for me because I know that she loves me and cares about my future. I know that she will do all the things that my mother would do if she were alive – like supporting my education, taking me to the doctor if I am sick, helping me learn how to cook, and teaching me how to be a good person. My aunt ▮ has always supported me emotionally and financially. Whenever I call and talk to her, she gives me good advice and tells me that I need to study and behave well. She worries about me and will take good care of me. My aunt doesn't have to take care of me but she wants to. I love her very much.

15. My aunt ▮ has been able to visit me three times since I have been detained. When she visits, she always brings me clothes, shoes, and food that she knows I enjoy – like pupusas and quesadillas.

16. Education is very important to me. I know that I want to go to school and graduate. I know my aunt ▮ will enroll me in school and support my education. When I was little, I wanted to grow up to be a flight attendant. Now my dream is to be a lawyer for an organization like RAICES. My lawyer has really helped me to learn about my rights and has supported me in times where I have been very afraid. I want to help other children like my lawyer has helped me. No one in my family has ever graduated from school, and I want to be different.

17. I know that my aunt ▮ will take me to my court hearings and meetings with my lawyer. She knows that if I do not attend my hearings I can be deported because I am not being responsible with my immigration case. We both take these court hearings very seriously. She will help make sure that I am doing everything correctly, like updating the court with a new address if we move and keeping in contact with my lawyer.

18. I am only allowed two calls per week. Sometimes I talk to my aunt ▮ and sometimes I talk to my aunt in El Salvador who helped take care of me when I was little. When I talk to my aunt ▮ on the phone, I sometimes get so sad that I can't help but cry. She is very supportive and tells me that I need to be patient because I will eventually be released and go to live with her. My aunt encourages me to learn English and gives me hope that I will be able to go to school when I am released.

19. I try to stay as positive as I can while being detained at the shelter. I am very excited to be learning English. I also like to participate in the church services when we have them. If the pastor cannot come to the church services, then I help to preach to the younger kids. I enjoy preaching because I think that the word of God is very important and will help give strength to the younger children who are detained here.

20. I have been detained at Bokenkamp Children's Shelter for about a year and three months. It is very hard to be here, because I know that my aunt ▮ wants to care for me and is ready for me to come and live with her. I have seen many other children come and go, which makes me sad. I just want to live with my aunt.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of April 2018, at Corpus Christi, Texas.

# CERTIFICATE OF TRANSLATION

My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 4/3/2018

Itzel Almazan