# Exhibit 26

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 26
Page 266

I, ■■■■■■■■■■■■■■■■■■■■■■■■, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 16 years old. I came to the U.S. in 2016. When I got here, imigration detained for about 25 days at a shelter in Texas and then I was released me to my mother, who lives in Central Islip, New York. I lived with her for about eight months. I did not have any problems with the police: I was never arrested. I went to school. Once I suspended for a week after another student hit me. My mouth was bleeding. I didn't touch him but we both got suspended.

3. One day about five months ago, shortly before the end of the school year, I was walking home from school. I bent to pick something up in the street and then two men in regular clothes stopped me and handcuffed me. They took me somewhere for about two hours. They asked me questions but they spoke a lot in English and I didn't understand very well. The only information I gave them was basic things like my address. Then they brought me to Children's Village. I don't know if the men who stopped me were police or immigration.

4. When I first got to Children's Village, I was in staff secure for around a month. They quickly stepped me down to the shelter. I have not had any discipline or reports for bad behavior since I got here.

5. My mom began trying to get me back again as soon as they detained me. I know she has done a lot of paperwork and she gave her fingerprints. Someone came to inspect her house and everything came out well. Neither of us understands why I am still here. No one has explained what is wrong or why the process is so slow. Immigration released me to my mother before and nothing has changed.

6. I had a lawyer in my family court case before I was detained; she was helping me apply for Special Immigrant Juvenile Status. When I was detained, she spoke to the agents. They told her I said when they questioned me that I was in a gang. But I never said that. Most of their questioning was in English; the only information I gave them

were basic things like my address. I would never have said that because I am not in a gang. I have never been arrested in any country or involved with a gang.

7. My social worker at Children's Village also told my mother that I was here because someone accused me of being in a gang. But I have never been in a gang.

8. I am not happy here. I miss my mother. I want to be with her.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16 day of NOV, 2017, at Dobb's Ferry, New York.

## CERTIFICATE OF TRANSLATION

I, Paige Austin, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to █████ █████ in its entirety in Spanish on November 16, 2017.

_____
Paige Austin