CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org
Facsimile: (415) 693-2222

*Listing continued on next page*
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br>Plaintiffs, <br><br>v. <br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br>Defendants. | Case No. 2:18-CV-05741 <br><br>**PLAINTIFFS' NOTICE OF LODGING OF PROPOSED ORDER CERTIFYING CLASS** |

1  *Counsel for Plaintiffs, continued*

2  HOLLY S. COOPER (Cal. Bar No. 197626)
   Co-Director, Immigration Law Clinic
3  CARTER C. WHITE (Cal. Bar No. 164149)
   Director, Civil Rights Clinic
4  University of California Davis School of Law
   One Shields Ave. TB 30
5  Davis, CA  95616
   Telephone: (530) 754-4833
6  Email: hscooper@ucdavis.edu
           ccwhite@ucdavis.edu
7

8  LEECIA WELCH (Cal. Bar No. 208741)
   NEHA DESAI (Cal. RLSA Bar No. 803161)
9  POONAM JUNEJA (Cal. Bar No. 300848)
   National Center for Youth Law
10 405 14th Street, 15th Floor
   Oakland, CA  94612
11 Telephone: (510) 835-8098
   Email: lwelch@youthlaw.org
12         ndesai@youthlaw.org
           pjuneja@youthlaw.org
13

14 CRYSTAL ADAMS (Cal. Bar No. 308638)
   National Center for Youth Law
15 1313 L St. NW, Suite 130
   Washington, DC  20005
16 Telephone: (202) 868-4785
   Email: cadams@youthlaw.org
17

18 SUMMER WYNN (Cal. Bar No. 240005)
   MARY KATHRYN KELLEY (Cal. Bar No. 170259)
19 JON CIESLAK (Cal. Bar No. 268951)
   MEGAN L. DONOHUE (Cal. Bar No. 266147)
20 Cooley LLP
   4401 Eastgate Mall
21 San Diego, CA  92121-1909
   Telephone: (858) 550-6000
22 Email: swynn@cooley.com
           mkkelley@cooley.com
23         jcieslak@cooley.com

24

25

26

27

28

**NOTICE OF LODGING OF PROPOSED ORDER**
CV 2:18-CV-05741

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that Plaintiffs hereby lodge a proposed order granting Plaintiffs' motion for class certification.

Date: August 8, 2018

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

*s/ Jon Cieslak*
Jon Cieslak
*Attorneys For Plaintiffs*