Carlos Holguín (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org
Facsimile: (415) 693-2222

*Listing continued on next page*
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., by his next friend Madelyn R.; Daniela Marisol T., by her next friend Katherine L.; Miguel Angel S., by his next friend Gerardo S.; Gabriela N., by her next friend Isaac N.; Jaime D. by his next friend Reyna D.; San Fernando Valley Refugee Children Center, Inc.; Unaccompanied Central American Refugee Empowerment,<br><br>Plaintiffs,<br><br>v.<br><br>Alex Azar, Secretary of U.S. Department of Health and Human Services; E. Scott Lloyd, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>Defendants. | Case No. 2:18-CV-05741<br><br>**Plaintiffs' Notice Of Filing of Exhibits** |

| | |
|---|---|
| 1 | *Counsel for Plaintiffs, continued* |
| 2 | HOLLY S. COOPER (Cal. Bar No. 197626)<br>Co-Director, Immigration Law Clinic |
| 3 | CARTER C. WHITE (Cal. Bar No. 164149)<br>Director, Civil Rights Clinic |
| 4 | University of California Davis School of Law<br>One Shields Ave. TB 30 |
| 5 | Davis, CA  95616<br>Telephone: (530) 754-4833 |
| 6 | Email: hscooper@ucdavis.edu<br>        ccwhite@ucdavis.edu |
| 7 | |
| 8 | LEECIA WELCH (Cal. Bar No. 208741)<br>NEHA DESAI (Cal. RLSA Bar No. 803161) |
| 9 | POONAM JUNEJA (Cal. Bar No. 300848)<br>National Center for Youth Law |
| 10 | 405 14th Street, 15th Floor<br>Oakland, CA  94612 |
| 11 | Telephone: (510) 835-8098<br>Email: lwelch@youthlaw.org |
| 12 | ndesai@youthlaw.org<br>pjuneja@youthlaw.org |
| 13 | |
| 14 | CRYSTAL ADAMS (Cal. Bar No. 308638)<br>National Center for Youth Law |
| 15 | 1313 L St. NW, Suite 130<br>Washington, DC  20005 |
| 16 | Telephone: (202) 868-4785<br>Email: cadams@youthlaw.org |
| 17 | |
| 18 | SUMMER WYNN (Cal. Bar No. 240005)<br>MARY KATHRYN KELLEY (Cal. Bar No. 170259) |
| 19 | JON CIESLAK (Cal. Bar No. 268951)<br>MEGAN L. DONOHUE (Cal. Bar No. 266147) |
| 20 | Cooley LLP<br>4401 Eastgate Mall |
| 21 | San Diego, CA  92121-1909<br>Telephone: (858) 550-6000 |
| 22 | Email: swynn@cooley.com<br>        mkkelley@cooley.com |
| 23 | jcieslak@cooley.com |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that, pursuant to the Court's order (ECF 36), Plaintiffs hereby file the following exhibits in support of their Motion for Preliminary Injunction:

- Attached hereto as **Exhibit 33** is a true and correct copy of the Admission Record, dated May 20, 2018 (redacted).
- Attached hereto as **Exhibit 34** is a true and correct copy of the Psychiatric Report (excerpt), dated March 6, 2018 (redacted).
- Attached hereto as **Exhibit 35** is a true and correct copy of the Banner Health ER Report, dated February 20, 2018 (redacted).
- Attached hereto as **Exhibit 36** is a true and correct copy of the Declaration of [Lucas's Brother], dated July 19, 2018 (redacted).
- Attached hereto as **Exhibit 37** is a true and correct copy of the Response Report, dated March 15, 2018 (redacted).
- Attached hereto as **Exhibit 41** is a true and correct copy of the Response Report, dated February 15, 2018 (redacted).
- Attached hereto as **Exhibit 42** is a true and correct copy of the Transfer Request & Tracking Form, dated May 21, 2018 (redacted).
- Attached hereto as **Exhibit 43** is a true and correct copy of the Declaration of Luis Zayas, dated December 10, 2014.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- Attached hereto as **Exhibit 44** is a true and correct copy of the Declaration of Cecilia Saco, dated July 14, 2018 (redacted).

Date: August 9, 2018

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

 *s/ Jon Cieslak*
Jon Cieslak
*Attorneys For Plaintiffs*