Case 2:18-cv-05741-DMG-PLA   Document 40-2   Filed 08/09/18   Page 1 of 2   Page ID #:1232

# Exhibit 34

Page 3



## Psychiatric Report

Date: 3/6/18
Minor's Name: ███████████████████████   Alien #: _____
DOB: _____   Age: _____   Sex: _____
Known Allergies: _____
Reason for Referral: _____

Have alternative interventions to medication been used:   YES   NO
If yes: _____

If alternative interventions have been used, describe the alternative interventions to the use of psychotropic medication that have been attempted and that have been unsuccessful: _____

************************************************************

**(TO BE COMPLETED BY PROVIDER)**

Provider: _____   Type of Services: _____
Diagnosis: _____
Nature of the child's mental illness or condition: _____

Medication Prescribed? (YES)   NO
If yes: SERTRALINE 50mg at bedtime, MELATONIN 3-6mg as needed for sleep

*a new leaf*
Wayne R. McIntosh DNP, PMH
NPI # 1669851390
Tel: 480-733-3068 Fax: 623-9_
8581 N. 61st Ave Glendale AZ

Explanation of the purpose of the medication: _____
Benefits expected: ✓ DEPRESSIVE SYMPTOMS, SLEEP
Any possible side effects, both long term and short term: MANIA, STOMACH ACHE
Is the medication habitual? No

Risks and benefits of the alternative treatments or procedures: _____
Risks and benefits of not receiving or undergoing a treatment or procedure: ___

Treatment Plan: WILL START ABOVE MEDICATIONS, WILL F/U IN 4 WKS 1:1 48HRS, THEN CLOSE OBSERVATION 48HRS, THEN GENERAL OBSERVATION AS LONG AS CLIENT IS NO DTS/DTO, OR HAVING SI/HI

Special Instructions: _____

Diet:   YES   (NO)
If yes, describe indications and length: _____

Activity Instructions:   YES   (NO)
If yes, indications: _____
If yes, describe indications and length: _____

Follow up visit:   (YES)   NO   4WKS
If yes, date: _____   Time: _____
Special indications: _____

Updated 10.26.2016

Page 4