# Exhibit 35

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ███████████████████
**DOB:** ████ 2005  **Sex:** Male        **Age:** 12 years
**MR#:** ████████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

## CONSULTATION REPORTS PERTINENT REPORT

JMS:NTS
D:02/22/2018 12:42 MST
T:02/22/2018 13:58 MST
1429824/10316255
Banner Thunderbird Medical Center


cc:    William V Schneider DO

---

## ED PERTINENT REPORT

Document Name:                              .Emergency Room Report
Result Status:                              Auth (Verified)
Signed By:                                  SCHNEIDER DO,WILLIAM VINCENT (2/20/2018 14:24
                                            MST)

**Psychiatric problem**

Patient: ███████████████████        **MRN:** ████████        **FIN:** 79538781
**Age:** **12 years**   **Sex:** **Male**   DOB: ████ **2005**
Associated Diagnoses: **None**
Author: **SCHNEIDER DO, WILLIAM VINCENT**

**Basic Information**
   **History source:** Patient, caretaker.
   **Arrival mode:** Ambulance.
   **History limitation:** None.
   **Additional information:** Chief Complaint from Nursing Triage Note : Patient's Chief Complaint

|  |  |  |
|---|---|---|
| 02/20/2018 11:52 MST | Patient's Chief Complaint | Pt has SI ideation x8 days since being moved to southwest key ump medical and "being removed from family"; denies HI/ C/o left sided wrist pain x 1 mo. pt denies si at this time just states he is sad and depressed being away from his family in guatemala |
| 02/20/2018 11:18 MST | Patient's Chief Complaint | Pt has SI ideation x8 days since being moved to southwest key ump medical and "being removed from family"; denies HI/ C/o left sided wrist pain x 1 mo. |

   Provider patient care initiated: 02/20/18 11:41
   Provider patient care initiated: 02/20/18 11:30 .

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:**   3/1/2018 15:21 MST                    Page 3 of 9                    **Report Request ID:**   286197009

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

Banner Health
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: ████████████████████
DOB: ████ 2005   Sex: Male          Age: 12 years
MR#: ████████
Patient Location: 22 ERP
Attending Physician: SCHNEIDER DO,WILLIAM VINCENT

---

## ED PERTINENT REPORT

### History of Present Illness

The patient presents with psychiatric problem, suicidal ideation and depression. The onset was 8 days ago. The course/duration of symptoms is constant. Character of symptoms depressed suicidal thoughts. The degree of symptoms is moderate. Self injury: none. The exacerbating factor is family problems. The relieving factor is none. Risk factors consist of age, suicide risk, not homicide risk, not alcohol abuse and not drug abuse. Prior episodes: occasional. Therapy today: none. Associated symptoms: denies fever, denies chills, denies vomiting, denies headache, denies dizziness, denies chest pain, denies shortness of breath and denies abdominal pain. Additional history: none. Patient fell one month ago and injured left wrist and still has pain.

### Review of Systems

**Constitutional symptoms:** No fever, no chills, no sweats.
**Skin symptoms:** No rash, no pruritus.
**Eye symptoms:** No pain, no discharge.
**ENMT symptoms:** No ear pain, no sore throat.
**Respiratory symptoms:** No shortness of breath, no cough.
**Cardiovascular symptoms:** No chest pain, no palpitations.
**Gastrointestinal symptoms:** No abdominal pain, no nausea, no vomiting.
**Genitourinary symptoms:** No dysuria, no hematuria.
**Musculoskeletal symptoms:** Muscle pain, Joint pain, No back pain,
**Neurologic symptoms:** No dizziness, no altered level of consciousness.
**Psychiatric symptoms:** Depression, sleeping problems, No substance abuse,
**Endocrine symptoms:** No polyuria, no polydipsia.
**Hematologic/Lymphatic symptoms:** No petechiae, no gum bleeding.
**Allergy/immunologic symptoms:** No recurrent infections, no impaired immunity.
  **Additional review of systems information:** All systems reviewed as documented in chart.

### Health Status
  **Allergies:**
    Allergic Reactions (Selected)
      No known allergies.
  **Medications:** None.
  **Immunizations:** Up to date.
  **Menstrual history:** Per nurse's notes.

### Past Medical/ Family/ Social History
  **Medical history:**
    Resolved
      None (387958016): Resolved..
  **Surgical history:**
    No active procedure history items have been selected or recorded.
  **Family history:**
    History is unknown..
  **Social history:** Social History (ST)
  **Social History**
  Tobacco Status - Never  02/20/18 11:59
  Other Substance Use/Abuse Status - Never  02/20/18 11:59
  Type of Advance Directive - N/A  02/20/18 11:59

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:**  3/1/2018 15:21 MST                     Page 4 of 9                     Report Request ID:  286197009

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ████████████████
**DOB:** ████2005  **Sex:** Male       **Age:** 12 years
**MR#:** ██████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

## ED PERTINENT REPORT

Is the Patient Alone? - N/A  02/20/18 11:59
Suspected Abuse/Neglect Observation - No signs or symptoms observed  02/20/18 11:59 , Alcohol use: Denies,
Tobacco use: Denies, Drug use: Denies, Family/social situation: Group home resident.
**Problem list:** Per nurse's notes

### Physical Examination

#### Vital Signs

**VITALS**
Temp C - 37.0 DegC
Temp F - 98.6  Deg F
Systolic Blood Pressure - 112 mmHg 02/20/18 11:24
Diastolic Blood Pressure - 68 mmHg 02/20/18 11:24
Heart Rate - 58 bpm 02/20/18 11:24
Respiratory Rate - 16 br/min 02/20/18 11:24
SpO2 - 100 % 02/20/18 11:24
Oxygen Therapy - Room air  02/20/18 11:24

**MAX TEMP 24HRS**
Temp C - 37.0 DegC  .
OXYGENATION VITAL SIGNS

| 02/20/2018 11:18 MST | SpO2 | 100 % |
| | Oxygen Therapy | Room air |
| | Pulse ox site | Finger/hand left |

HEIGHT/WEIGHT

| 02/20/2018 11:18 MST | Weight | 53.8 kg |

**General:** Alert, mild distress.
**Skin:** Warm, dry, no pallor, no rash, normal for ethnicity, Not cyanotic.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple, trachea midline.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact.
**Cardiovascular:** Regular rate and rhythm, No murmur.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal
**Chest wall:** No tenderness, No deformity.
**Back:** Nontender, Normal range of motion.
**Musculoskeletal:** Normal ROM, normal strength, no swelling, no deformity, Tenderness to left wrist on
examination.
**Gastrointestinal:** Soft, Nontender, Non distended, Normal bowel sounds, No organomegaly.
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, CN
II-XII intact, normal sensory observed, normal motor observed.
**Lymphatics:** No lymphadenopathy.
**Psychiatric:** Mood and affect: Depressed, Behavior: Relaxed, Judgment: Impaired by abnormal thoughts,
Abnormal / Psychotic thoughts: Suicidal.

### Medical Decision Making

L = Low       H = High       C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote
Printed:  3/1/2018 15:21 MST                    Page 5 of 9                    Report Request ID:  286197009

This fax was sent with GFI FaxMaker fax server. For more information visit: http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ▮▮▮▮▮▮▮▮
**DOB:** ▮▮/2005  **Sex:** Male        **Age:** 12 years
**MR#:** ▮▮▮▮▮
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

---

## ED PERTINENT REPORT

**Differential Diagnosis:** Anxiety, depression, suicide risk, schizophrenia, bipolar disorder, drug abuse, medication
    reaction, psychosis.
**Documents reviewed:** Prior records.
**Orders**  Import Selected Orders (Selected)
    Inpatient Orders
        Ordered
            Consult Interpretation Services: 02/20/18 13:43:00 MST, Assessment
            ED Pain Assessment: 02/20/18 11:59:20 MST
            Patient Transfer Services Request: 02/20/18 11:54:00 MST, Behavioral Health Facility, Behavioral
                Health, Non-specified, Specialty not available, Emergent, 02/20/18 11:54:00 MST, 02/20/18
                11:54:00 MST
            Precautions - Suicide/Danger to self/Danger to others: 02/20/18 11:28:03 MST
        Completed
            Consult Interpretation Services: 02/20/18 11:46:00 MST, Physician/NP/PA
            Consult Interpretation Services: 02/20/18 11:53:00 MST, Assessment, Reason for Consult Done by
                Alan, Done by Alan
            Drug Abuse Urine: Urine, ER Stat, ES, 02/20/18 11:54:00 MST, Nurse Collect, Print Label, 02/20/18
                11:55:00 MST
            ED Assessment: 02/20/18 11:17:02 MST
            ED Intake: 02/20/18 11:17:03 MST
            ED Quick Look: 02/20/18 11:17:02 MST
            Pediatric Columbia SSRS Recent Screen: 02/20/18 11:17:00 MST
            Set Up Procedure: 02/20/18 11:55:00 MST, OTHER, velcro wrist splint, 02/20/18 11:55:00 MST,
                02/20/18 11:55:00 MST
            Urine Collect: 02/20/18 11:55:03 MST
            Wrist 3 Or More Views Lt: 02/20/18 11:54:00 MST, ER Stat, Stretcher, fall, pain, foosh, 22 EER,
                02/20/18 11:54:00 MST, 02/20/18 11:54:00 MST.
**Cardiac monitor:** Time 02/20/2018 14:22, Rate 75, normal sinus rhythm no Atrial fibrillation,  no Premature Atrial
    Contraction (PAC),  no Premature Ventricular Contraction (PVC).
**Results review:** Medical Imaging (ST)
**Radiology Results:**


**DIAGNOSTIC RADIOLOGY**
**Wrist 3 Or More Views Lt - Entered by: George RT, Tracy L  - 02/20/2018 12:57**
History: fall, pain, fooshFindings: 3 views of the left wrist are obtained. There is no fracture ormalalignment joint
    spaces are normal.IMPRESSION: No radiographic evidence of left wrist injury.Time of Dictation: 2/20/2018
    1:17 PMThe workstation used in generating this report was CRIPHX113898898.


**Reexamination/ Reevaluation**
Time: 02/20/2018 14:22
Vital signs

  **VITALS**
  Temp C - 37.0 DegC

L = Low       H = High       C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote

This fax was sent with GFI FaxMaker fax server. For more information visit: http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: ▮▮▮▮▮▮▮▮▮▮▮
DOB: ▮▮▮ 2005  Sex: Male          Age: 12 years
MR#: ▮▮▮▮▮
Patient Location: 22 ERP
Attending Physician: SCHNEIDER DO, WILLIAM VINCENT

## ED PERTINENT REPORT

Temp F - 98.6  Deg F
Systolic Blood Pressure - 112 mmHg 02/20/18 11:24
Diastolic Blood Pressure - 68 mmHg 02/20/18 11:24
Heart Rate - 58 bpm 02/20/18 11:24
Respiratory Rate - 16 br/min 02/20/18 11:24
SpO2 - 100 % 02/20/18 11:24
Oxygen Therapy - Room air  02/20/18 11:24

**MAX TEMP 24HRS**
Temp C - 37.0 DegC
Course: unchanged.

**Procedure**
   **Procedure notes:**
     velcro wrist splint placed to the patient's wrist for immobilization as well as for support. The neurovascular status is
       intact after the splint was applied by myself.

**Impression and Plan**
   Diagnosis
   Depression with suicidal ideation  (Major depressive disorder, single episode, unspecified, F32.9)
   Wrist sprain  (Unspecified sprain of unspecified wrist, initial encounter, S63.509A)
   **Plan**
     **Condition:** Stable, Patient has been medically cleared. The patient will be seen by the BTMC Behavioral Health staff
       for determination of the behavioral health care plan..
     **Disposition:** Medically cleared, Patient care transitioned to: transfer to behavior health for further evaluation and
       treatment..
     **Notes:** Critical care time 32 minutes which includes cardiac monitoring, psychiatric monitoring, and neurological
       monitoring, bedside time, discussion with specialist, interpretation of results. At this time, patient not allowed to
       leave the Emergency Room due to the suicidal ideations and physical or chemical restraints will be used as
       needed...

## TOXICOLOGY

### Urine Drugs

| | Collected Date | 2/20/2018 | | |
| --- | --- | --- | --- | --- |
| | Collected Time | 12:45 MST | | |
| Procedure | | | Units | Reference Range |
| Amphetamine Screen,UR | Negative | | | [Negative] |
| Barbiturate Screen,UR | Negative | | | [Negative] |
| Benzodiazepine Screen,UR | Negative | | | [Negative] |
| Cannabinoid (THC) Screen,UR | Negative | | | [Negative] |
| Cocaine Screen,UR | Negative | | | [Negative] |
| Methadone Screen,UR | Negative | | | [Negative] |
| Opiate Screen,UR | Negative | | | [Negative] |

L = Low          H = High          C = Critical          * = Abnormal          ^ = Interpretive Data          c = Corrected          f = Footnote
Printed:  3/1/2018 15:21 MST                                        Page 7 of 9                                        Report Request ID:  286197009

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ████████████
**DOB:** ████ 2005   **Sex:** Male   **Age:** 12 years
**MR#:** ████████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCENT

## TOXICOLOGY

### Urine Drugs

|  | Collected Date | 2/20/2018 |  |
|---|---|---|---|
|  | Collected Time | 12:45 MST |  |
| Procedure |  | Units | Reference Range |
| DSAU Comment | See Note ^1 |  |  |

Interpretive Data
^1:    DSAU Comment
Positive results are unconfirmed unless reported with a confirmation.
Cutoff value for positive drug screen results:

| Drugs Analyzed | Cutoff Concentration ng/mL |
|---|---|
| Amphetamine | 1000 |
| Barbiturate | 200 |
| Benzodiazepine | 200 |
| Cannabinoid (THC) | 50 |
| Cocaine | 300 |
| Methadone | 300 |
| Opiate | 300 |

Unconfirmed positive results are for medical purposes only.

## DIAGNOSTIC RADIOLOGY

Wrist 3 Or More Views Lt

Exam Date/Time
2/20/2018 12:57 MST

Accession Number:
22-RA-18-0014258

**Reason For Exam**
(Wrist 3 Or More Views Lt) fall, pain, foosh

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
**Printed:**  3/1/2018 15:21 MST                          Page 8 of 9                          Report Request ID:   286197009

This fax was sent with GFI FaxMaker fax server. For more information visit http://www.gfi.com

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** ███████████████████
**DOB:** ███ 2005   **Sex:** Male        **Age:** 12 years
**MR#:** ████████
**Patient Location:** 22 ERP
**Attending Physician:** SCHNEIDER DO,WILLIAM VINCEN1

---

## *DIAGNOSTIC RADIOLOGY*

---

Wrist 3 Or More Views Lt

Exam Date/Time
2/20/2018 12:57 MST

Accession Number:
22-RA-18-0014258

**Report:**
History: fall, pain, foosh

Findings: 3 views of the left wrist are obtained. There is no fracture or
malalignment joint spaces are normal.

IMPRESSION: No radiographic evidence of left wrist injury.

Time of Dictation  2/20/2018 1:17 PM

The workstation used in generating this report was CRIPHX113898999.

***** *Final Report* *****

Dictated Date/Time: 02/20/18 01:23 pm MST
Signature Date Time: 02/20/18 01:23 pm MST ·CMT

Interpreted By: THOMPSON MD, COLIN MICHAEL
Signed By: THOMPSON MD, COLIN MICHAEL
Electronically Signed

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:**  3/1/2018 15:21 MST                    Page 9 of 9                    **Report Request ID:**  286197009

Page 12

This fax was sent with GFI FaxMaker fax server. For more information, visit http://www.gfi.com