# Exhibit 36

DECLARACIÓN DE ▮▮▮▮▮

Yo, ▮▮▮▮▮ declaro y digo lo siguiente:

1. Hago la presente de conocimiento personal. Si me llaman de testigo en el litigio actual, declararía competentemente a lo siguiente.

2. Tengo 29 años de edad. Soy el hermano de ▮▮▮▮▮ y ▮▮▮▮▮.

3. Vivo con mi hermana ▮▮▮, su hija ▮▮▮, una compañera de casa, ▮▮▮, y su hijo, ▮▮▮. Somos todos que vivimos en la casa.

4. A fines de marzo del 2018, llegó Brenda, una trabajadora social, para realizar un estudio de nuestra casa. Cuando llegó Brenda, el hermano de ▮▮▮, estaba de visita. ▮▮▮ antes vivía en la casa, pero ya había cambiado para otra casa cuando llegó Brenda por primera vez. Mi hermana ▮▮▮ y yo le avisamos a Brendo que ▮▮▮ ya no vivía en la casa.

5. Como menos de un mes, Brenda volvió a la casa otra vez de sorpresa. Cuando llegó ella, yo estaba dormido, asi que tardé un poco en abrir. Cuando abré vi a Brenda y a su estudiante ya saliendo. Yo llamé a ella que regresara, y entraron. ▮▮▮ había llegado para ver a su sobrino y a su hermana. Los tres estaban en la recamera de ▮▮▮. No me preguntó Brenda si ▮▮▮ estaba de visita o si vivía en la casa. Se quedaron Brenda y la estudiante más o menos media hora, y se fueron.

6. De verdad ni ▮▮▮ ni ningún adulto más vive en mi casa aparte de nuestra hermana ▮▮▮, ▮▮▮ y yo.

7. Hablamos mi hermanito ▮▮▮ y yo como una vez por semana. Me ha dado cuenta que ▮▮▮ ya está muy cansado de estar detenido y que extraña a su familia mucho, y que ya está deprimido. Para mi, es un cambio triste porque desde cuando se cayó preso, ▮▮▮ ha cambiado mucho. Cuando le cambiaron de trabajadora del caso, ▮▮▮ se puso histérico, que nosotros escuchamos en su voz, aunque por telefóno. Opino que lo mejor para ▮▮▮ sería vivir con nosotros: su hermana ▮▮▮, y yo, su hermano ▮▮▮. Espero que sea pronto. Por mi parte,

Page 14

- 2 -

creo que está preso por ninugún motivo, y el no tiene la culpa de todo lo que haya vivido. Creo que no es justo para él, siendo un niño estar preso, no tiene mamá ni papá, pero tiene a sus hermano que lo quieren y lo aman mucho, y que han hecho todo lo posible para tenerlo con nosotros.

    Declaro bajo protesta de decir la verdad y pena de perjurio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

    Hecho el día 19 de julio 2018, en Los Ángeles, California.



/ / /

Page 15

I, Carlos Holguín, declare and say as follows:

1. I speak English and Spanish fluently.

2. The following is a true and correct translation of the annexed Declaration of ▇▇▇▇▇▇▇▇:

\* \* \* \* \* \*

DECLARATION OF ▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇▇, declare and say as follows:

1. I execute the present [declaration] from personal knowledge. If I am called as a witness in the present case, I would testify competently to the following.

2. I am 29 years old. I am the brother of ▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇.

3. I live with my sister ▇▇▇, her daughter ▇▇▇, a roommate, ▇▇▇, and her son, ▇▇▇. We are all who live in the house.

4. At the end of March, 2018, Brenda, a social worker, came to our home. When Brenda arrived, ▇▇▇ brother, ▇▇▇ was visiting. ▇▇▇ used to live in the house, but he had already moved to another house when Brenda came for the first time. My sister ▇▇▇ and I told Brenda that ▇▇▇ no longer lived in the house.

5. Somewhat less than a month later, Brenda returned to the house for a surprise visit. When she arrived, I was sleeping, and I therefore delayed a little in opening the door. When I opened the door, I saw Brenda and her student already leaving. I called to her to come back, and they came in. ▇▇▇ had come to see his nephew and his sister. The three of them were in ▇▇▇ bedroom. Brenda did not ask me if ▇▇▇ was visiting or if he lived in the house. Brenda and the student stayed for about half an hour and then left.

6. In truth neither ▇▇▇ nor any other adult lives in our house besides my sister ▇▇▇, ▇▇▇ and myself.

7. My little brother ▇ and I talk about once a week. I have noticed that ▇ is now very tired of being detained and that he much misses his family, and that he is now depressed. To me, this is a sad change because ▇ has changed a lot since he being detained. When they changed his case worker, ▇ became hysterical, which we could hear in his voice even over the telephone. In my opinion, ▇ would be better off were he living with us: his sister ▇, and me, his brother ▇ I hope that will happen soon. For my part, I believe that he is a prisoner for no reason, and he is not to blame for all that he has gone through. I do not think it right that he, being a child, should be detained. [He] has no mother or father, but he has his siblings who want him and love him very much and have done everything possible to have him live with us.

I declare under obligation to tell the truth and penalty of perjury that all the information I have provided here is correct and complete, being aware of the legal consequences of declaring falsely before authority.

Done this 19th day of June, 2018, at Los Angeles, California.

/s/ _____
▇

\* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of July, 2018, at Santa Clarita, California.


Carlos Holguín

- 4 -