Exhibit 37



# Response Report

Individual subjects responses to the selected TouchPoints, showing all questions and

Report Date Range: 2/11/18 - 5/21/18

**SiteName: UMSCP Del Sol AZ 925**

Program Name: 925 Hacienda Del Sol TouchPoints

TouchPoint(s): UM Case Management - Department TouchPoint

Subject Name: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 3/15/18 | Reyes, Jazmin | |

| Question | Answer |
|---|---|
| Type of interaction | Meeting with Youth| |
| Notes: | The CM met with the client and explained that his sister had agreed with the HS and the CM would send an email to gdit so they can place their recommendation. Unfortunately CM explained that she can not send the email as she has to update the Case review and open the release request, but can not today as her account has been suspending. Once the account problem is fixed she will be updating the case to send her HS recommendation to GDIT. The client stated to understand and did not have additional questions. Jazmin Mendez,CM |