# Exhibit 41



# Response Report

Individual subjects responses to the selected TouchPoints, showing all questions and

Report Date Range: 2/11/18 - 5/21/18

**SiteName: UMSCP Del Sol AZ 925**

Program Name: 925 Hacienda Del Sol TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 2/15/18 | Serrano, Claudia | |

| Question | Answer |
|---|---|
| Time Spent: | 60 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Routine Care and Counseling| |
| Client Present: | Yes |
| Goals: | Adjust to shelter program and maintain appropriate behavior\|Prepare for either: a) reunification with sponsor or b) repatriation to home country\|Identify any mental health concerns\| |
| Appetite: | Within normal limits\| |
| Sleep: | Within normal limits\| |
| Affect: | Reactive and mood congruent\| |
| Mood: | Euthymic\| |
| Suicidal Ideation: | None Noted\| |
| Homicidal Ideation: | None Noted\| |
| Interventions: | Supportive Listening\|Psychoeducation\|Processing of Thoughts and/or Feelings\| |
| Coping: | Journaling\|Reading\|Prayer/Religious Activities\| |
| Response to Interventions: | The client stated adjusting to shelter care and has made new friendships. Overall the client reports coping with the changes well and denied any disruption in daily functioning including eating and sleeping well. The client discussed feeling sad at times as client miss family in home country. The client discussed life in home country, journey to the U.S., and goals of reunification. The client discussed current mood and adjustment to shelter care. The client identified faith as a way to stay positive and as a way to rationalize the current changes. The client agreed to seek out support if the client has any difficulty with being in care. Claudia Serrano, M.Ed. |
| Plan: | Specific Plan (use note field below)\| |
| Notes: | The client appears to engage in discussion with a little prompting from the clinician. The client clearly expressed thoughts/feelings related to leaving their home country and the journey. The client appeared to have full awareness of their current situation particularly being housed in shelter care and reunifying with family. The clients mood and affect appeared congruent relevant to topic discussed.<br>At this time the clinician has no mental health concerns.<br>The clinician will continue to monitor for clients adjustment to shelter care. The clinician will work with client to identify coping strategies and how to implement. Claudia Serrano, M.Ed. |