# Exhibit 42

OFFICE OF REFUGEE RESETTLEMENT
Division of Children's Services
TRANSFER REQUEST AND TRACKING FORM

### Minor's Profile

| Alien Number | FINS Number | Last Name | First Name | AKA | Date of Placement in Current Facility |
|---|---|---|---|---|---|
| ▮ | | ▮ | ▮ | | |

| Height | Weight | DOB | Age | COB | Date of Initial Placement |
|---|---|---|---|---|---|
| 5'03" | 118 | 11/05/2005 | 12 | Guatemala | |

| Eye Color | Identifying Marks | | |
|---|---|---|---|
| Brown | The client reported having a scar on ▮, a scar on ▮ ▮, and a scar on ▮ | | |

### Current Care Provider Facility

| Current Program | Program Type | | Case Worker | |
|---|---|---|---|---|
| Southwest Key Sol | Shelter | | Jazmin Mendez | |

| Address | City | State | Zip | Phone |
|---|---|---|---|---|
| 12030 N. 113th Avenue | Youngtown | AZ | 85363 | |

| Care Provider Transfer Recommendation | | | | Has the minor's attorney been contacted?** | |
|---|---|---|---|---|---|
| Type of Facility Requested | Proposed Facility | Requestor | Request Date | Attorney of Record | Phone |
| Residential Treatment Center | Shiloh Treatment Center | Jazmin Mendez | 04/18/2018 | Florence Immigrant and Ref | 6023071012 |

### ORR Transfer Decision

| Name of ORR Decision Maker | Designated Care Provider Facility | Type of Care Provider Facility |
|---|---|---|
| Debra Thomas, FFS | Shiloh Treatment Center | Residential Treatment Center |

### New Care Provider Facility

| New Program | | Program Type | | | |
|---|---|---|---|---|---|
| Shiloh Treatment Center | | Residential Treatment Center | | | |
| Address | City | State | | Zip | Phone |
| 3926 Bahler Avenue | Manvel | TX | | 77578 | |

Transfer Packet (for each minor)

| Please follow checklist in the Transfer Procedures when completing minor's transfer packet, check box to indicate the packet is completed | |
|---|---|
| List of Minor's Belongings (be sure to include medication) | |
| | |

Page 2 of 2

OFFICE OF REFUGEE RESETTLEMENT
Division of Children's Services
TRANSFER REQUEST AND TRACKING FORM

**Departure/Arrival Information**

| Departure | Date | Time | Transportating Staff | Name | Title |
|---|---|---|---|---|---|
| | 5/21/18 | 5:00 AM | | Reveldeo S. Ral | T.S |

By signing below, I affirm that:
1) I have read the minor's Case Summary and Individual Service Plan (ISP) and am aware of all documented special needs.
2) The list of the minor's personal belongings is complete and accurate.

Signature: Reveldeo S. Ruiz         Date: 5/21/18

| Arrival | Date | Time | Receiving Staff | Name | Title |
|---|---|---|---|---|---|
| | 5/21/18 | 10:15 | | Alex Guzman | D.C. |

By signing below, I affirm that:
1) I have read the minor's Case File Summary and Individual Service Plan (ISP) and am aware of all documented special needs.
2) The list of the minor's personal belongings is complete and accurate.

Signature: [signature]         Date: 5/21/18

Distribution of this form is restricted to ORR staff, grantees and contractors (including voluntary agencies, Child Advocates, and legal service providers); UAC attorneys of record; the U.S. Department of Homeland Security; and the Executive Office for Immigration Review. This form may not be distributed to any other party without the written authorization of ORR/DCS.

Page 89                                                                 5/20/2018