CHAD A. READLER
Acting Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 305-7816
    Fax: (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br>Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br>Defendants. | Case No.: 2:18-CV-05741-DMG-PLA<br><br>PROPOSED ORDER GRANTING APPLICATION TO FILE EXHIBITS IN OPPOSITION TO PRELIMINARY INJUNCTION UNDER SEAL<br><br>Hearing on Motion:<br>August 31, 2018 at 9:30am<br><br>Honorable Dolly Gee |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following Exhibits submitted in support of Defendants' Opposition are to be filed under seal:

- 46. Significant Incident Report February 27, 2018
- 47. Significant Incident Report April 3, 2018
- 48. Significant Incident Report May 22, 2018
- 49. New patient history and physical assessment, May 23, 2018
- 50. Significant Incident Report, July 17, 2018
- 51. Psychiatric progress note, July 10, 2018
- 52. Thirty-day case review
- 53. Thirty-day case review
- 54. UAC Assessment
- 55. Discharge notification
- 56. Home study
- 57. UAC sponsor information
- 58. UAC sponsor information
- 59. Release request, July 19, 2018 update
- 60. Release request, August 8, 2018 update
- 61. Transfer request

**IT IS SO ORDERED.**

DATED: _____, 2018.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE