CHAD A. READLER
Acting Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 305-7816
    Fax: (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br>    Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al.,<br>    Defendants. | Case No. 2:18-CV-05741-DMG-PLA<br>**JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Defendants' Current Response Date:<br>    August 10, 2018<br>Defendants' Requested Response Date:<br>    August 17, 2018<br>Plaintiffs' Current Reply Date:<br>    August 17, 2018<br>Plaintiffs' Requested Reply Date:<br>    August 31, 2018<br><br>Honorable Dolly Gee<br>United States District Judge |

The parties, by and through their respective attorneys, hereby stipulate to extend the time for Defendants to respond to Plaintiffs' Motion for Class

- 1 -

Certification by seven days from August 10, 2018, to August 17, 2018. An extension of time is also requested for Plaintiffs, up to and including August 31, 2018, within which to file their reply. Finally, the parties suggest that the hearing on this motion be rescheduled for 9:30 a.m. on September 14, 2018.

The reasons for the requested extensions are as follows.

1. When counsel for the Government were assigned to this case, three of the Government's attorneys assigned to this case had prior, preapproved, pre-paid annual leave scheduled within the time when the motion for class certification was filed. These prior leave commitments substantially overlapped with the entire time with which to respond to that motion. Undersigned counsel, for instance, was on leave out of state when the motion was filed, and only returned from leave yesterday.

2. Around the time the class certification motion was filed, Plaintiffs also moved for a preliminary injunction, presenting further scheduling and workflow-management challenges for the Government's litigation team in this fact-intensive case.

3. Additional time is needed by defense counsel to consult with the appropriate federal agencies and officers within the U.S. Department of Health and Human Services, and prepare appropriate responses to the class-certification motion, as well as to secure mandatory internal review before filing.

4. This stipulation is submitted in good faith and not to unnecessarily interpose delay in this action.

Dated: August 10, 2018         NATIONAL CENTER FOR YOUTH LAW

                               (by Defendants' counsel, with permission)

                                 _/s/ Leecia Welch_____
                               LEECIA WELCH
                               Attorney for Plaintiffs

Dated: August 10, 2018

CHAD A. READLER
Acting Assistant Attorney General
ERNESTO MOLINA
Deputy Director, Office of Immigration Litigation

      */s/ Benjamin Mark Moss*
BENJAMIN MARK MOSS
Trial Attorney
United States Department of Justice
Attorney for Defendants

## DECLARATION OF BENJAMIN MARK MOSS

I, BENJAMIN MARK MOSS, declare and state:

1. I am employed as a Trial Attorney at the U.S. Department of Justice, Office of Immigration Litigation. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. When counsel for the Government were assigned to this case, three of the Government's attorneys assigned to this case had prior, preapproved, pre-paid annual leave scheduled within the time when the motion for class certification was filed. These prior leave commitments substantially overlapped with the entire time with which to respond to that motion. Undersigned counsel, for instance, was on leave out of state when the motion was filed, and only returned from leave yesterday.

3. Around the time the class certification motion was filed, Plaintiffs also moved for a preliminary injunction, presenting further scheduling and workflow-management challenges for the Government's litigation team in this fact-intensive case.

4. Additional time is needed by defense counsel to consult with the appropriate federal agencies and officers within the U.S. Department of Health and Human Services, and prepare appropriate responses to the class-certification motion, as well as to secure mandatory internal review before filing.

5. On August 10, 2018, undersigned counsel conferred with Plaintiffs' counsel, Leecia Welch, Esq., Poonam Juneja, Esq., and Carlos Holguín, Esq. Counsel kindly indicated that Plaintiffs would join in this stipulation.

6. This request for extension of time is made in good faith and is the first one submitted by Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2018 at Washington, DC.

*/s/ Benjamin Mark Moss*
BENJAMIN MARK MOSS

CERTIFICATE OF SERVICE

     I certify that on August 10, 2018, I caused the foregoing document to be filed via the ECF system, which caused a copy to be served on Plaintiffs' record counsel.

                      Respectfully submitted,

                      */s/ Benjamin Mark Moss*
                      BENJAMIN MARK MOSS
                      U.S. Department of Justice