**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| LUCAS R., et al.,<br>　　　Plaintiffs,<br><br>　vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al.,<br>　　　Defendants.<br><br>　　　Defendants. | Case No. 2:18-CV-05741-DMG-PLA<br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Defendants' Current Response Date:<br>　August 10, 2018<br>Defendants' Requested Response Date:<br>　August 17, 2018<br>Plaintiffs' Current Reply Date:<br>　August 17, 2018<br>Plaintiffs' Requested Reply Date:<br>　August 31, 2018<br><br>Honorable Dolly Gee<br>United States District Judge |

Based upon the parties' joint stipulation and for good cause shown, IT IS HEREBY ORDERED that:

　　　1.　　Defendants' time to respond to Plaintiffs' motion for class certification is extended by one week from August 10, 2018, to and including August 17, 2018.

2. Plaintiffs' time to file a reply is extended from August 17, 2018, to and including August 31, 2018.

3. The hearing on this motion is reset for 9:30 a.m. on Friday, September 14, 2018.

Date: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HONORABLE DOLLY GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:
CHAD A. READLER
Acting Assistant Attorney General
ERNESTO MOLINA
Deputy Director, Office of Immigration Litigation

　　　By:

　　　　　　*/s/ Benjamin Mark Moss*
　　　BENJAMIN MARK MOSS
　　　Trial Attorney
　　　United States Department of Justice
　　　Attorneys for Defendants