# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>　　　　Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER ON JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [42]** |

Based upon the parties' joint stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendants' time to respond to Plaintiffs' motion for class certification [Doc. # 25] is extended by one week from August 10, 2018, to and including August 17, 2018.

2. Plaintiffs' time to file a reply is extended from August 17, 2018, to and including August 31, 2018.

3. The hearing on this motion is reset for 9:30 a.m. on Friday, September 14, 2018.

DATED: August 13, 2018

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE