UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE APPLICATION TO FILE UNDER SEAL EXHIBITS TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION [41]** |

-1-

On August 10, 2018, Defendants filed an Unopposed Application to File Under Seal Exhibits 46 to 61 to the Opposition to Plaintiffs' Motion for Preliminary Injunction. [Doc. # 41.]  The Court **GRANTS** Defendants' Application because it finds that the request is narrowly tailored to seal only that material for which compelling reasons have been established.  Accordingly, pursuant to Local Rule 79-5.2.2(c), Defendants shall e-file under seal the following unredacted documents **within (3) days** of the date of this Order:

- Exhibit 46.  Significant Incident Report February 27, 2018  [Doc. # 43-1];
- Exhibit 47.  Significant Incident Report April 3, 2018 [Doc. # 43-2];
- Exhibit 48.  Significant Incident Report May 22, 2018 [Doc. # 43-3];
- Exhibit 49.  New Patient History and Physical Assessment, May 23, 2018 [Doc. # 43-4];
- Exhibit 50.  Significant Incident Report, July 17, 2018 [Doc. # 43-5];
- Exhibit 51.  Psychiatric Progress Note, July 10, 2018 [Doc. # 43-6];
- Exhibit 52.  Thirty-Day Case Review [Doc. # 43-7];
- Exhibit 53.  Thirty-Day Case Review [Doc. # 43-8];
- Exhibit 54.  UAC Assessment [Doc. # 43-9];
- Exhibit 55.  Discharge Notification [Doc. # 43-10];
- Exhibit 56.  Home Study [Doc. # 43-11];
- Exhibit 57.  UAC Sponsor Information [Doc. # 43-12];
- Exhibit 58.  UAC Sponsor Information [Doc. # 43-13];
- Exhibit 59.  Release Request, July 19, 2018 Update [Doc. # 43-14];
- Exhibit 60.  Release Request, August 8, 2018 Update [Doc. # 43-15]; and
- Exhibit 61.  Transfer Request [Doc. # 43-16].

**IT IS SO ORDERED.**

DATED:  August 13, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE