CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>            Plaintiff,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>            Defendant. | Case No. CV 2:18-CV-05741<br><br>NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION RE: PLAINTIFF GABRIELA N.<br><br>Hearing: September 14, 2018<br>Time:    9:30 a.m.<br>Room:   1st St. Courthouse<br>            Courtroom 8C |

1  *Counsel for Plaintiffs, continued*

2  HOLLY S. COOPER (Cal. Bar No. 197626)
   Co-Director, Immigration Law Clinic
3  CARTER C. WHITE (Cal. Bar No. 164149)
4  Director, Civil Rights Clinic
   University of California Davis School of Law
5  One Shields Ave. TB 30
   Davis, CA 95616
6  Telephone: (530) 754-4833
7  Email: hscooper@ucdavis.edu
           ccwhite@ucdavis.edu
8
   LEECIA WELCH (Cal. Bar No. 208741)
9  NEHA DESAI (Cal. RLSA Bar No. 803161)
   POONAM JUNEJA (Cal. Bar No. 300848)
10 National Center for Youth Law
11 405 14th Street, 15th Floor
   Oakland, CA 94612
12 Telephone: (510) 835-8098
   Email: lwelch@youthlaw.org
13        ndesai@youthlaw.org
          pjuneja@youthlaw.org
14
15 CRYSTAL ADAMS (Cal. Bar No. 308638)
   National Center for Youth Law
16 1313 L St. NW, Suite 130
17 Washington, DC 20005
   Telephone: (202) 868-4785
18 Email: cadams@youthlaw.org

19 SUMMER WYNN (Cal. Bar No. 240005)
   MARY KATHRYN KELLEY (Cal. Bar No. 170259)
20 JON F. CIESLAK (Cal. Bar No. 268951)
21 MEGAN L. DONOHUE (Cal. Bar No. 266147)
   Cooley LLP
22 4401 Eastgate Mall
   San Diego, CA 92121-1909
23 Telephone: (858) 550-6000
   Email: swynn@cooley.com
24        mkkelley@cooley.com
25        jcieslak@cooley.com
          mdonohure@cooley.com
26

27

28

To Defendants and their attorneys of record:

PLEASE TAKE NOTICE that on September 14, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure to issue a preliminary injunction against Defendants' continuing to detain Plaintiff Gabriela N. in lieu of release to her next friend and grandfather, Isaac N.

This motion is based upon the accompanying memorandum of law and exhibits and all other matters of record herein.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on July 17, 2018 and August 16, 2018. Defendants have indicated they will oppose this motion.

Dated:      August 17, 2018

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON F. CIESLAK
Cooley LLP

/s/ *Leecia Welch*
Leecia Welch

*One of the Attorneys for Plaintiffs*