CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br>                Plaintiffs, <br><br>        v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br>                Defendants. | Case No.  2:18-cv-05741 <br><br> **PLAINTIFF'S EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE: PLAINTIFF GABRIELA N.** <br><br> **[EXHIBITS 1-34]** |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
         ndesai@youthlaw.org
         pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
         mkkelley@cooley.com
         jcieslak@cooley.com
         mdonohue@cooley.com

I, Leecia Welch, do hereby declare that true and correct copies of the following documents are attached hereto:

### INDEX TO EXHIBITS

No.    Description     Page(s)

1     Stipulated Settlement Agreement, *Flores v. Reno*, Case No. CV 85-4544, Jan. 13, 1997 ........................................................................ 1-47

2     Declaration of Gabriela N., December 1, 2017 (proposed to be filed partially under seal) ...................................................................... 48-51

3     Declaration of Gabriela N., June 8, 2018 (proposed to be filed partially under seal) ...................................................................... 52-56

4     Declaration of Gabriela N., July 12, 2018 (proposed to be filed partially under seal) ...................................................................... 57-60

5     Declaration of Isaac N., June 7, 2018 (proposed to be filed partially under seal) ...................................................................... 61-64

6     Declaration of Luis H. Zayas, December 10, 2014 ............................. 65-108

7     Declaration of Isaac N., March 15, 2018 (proposed to be filed partially under seal) ...................................................................... 109-114

8     Casita del Valle Initial Intakes Assessment, January 8, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by the Office of Refugee Resettlement (ORR) to Plaintiffs' counsel ........................................ 115-118

9     Casita del Valle Response Report, January 9, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .......................................... 119-120

10     Casita del Valle Response Report, April 4, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .......................................... 121-122

11     ORR Care Provider Family Reunification Checklist, April 13, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............. 123-125

12   Casita del Valle Response Report, May 16, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................126-127

13   Casita del Valle Response Report, June 21, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................128-129

14   Casita del Valle Response Report, July 18, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................130-131

15   Casita del Valle Response Report, July 20, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .............................................132-133

16   Casita del Valle Response Report, July 26, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .............................................134-135

17   Casita del Valle Response Report, August 11, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................136-137

18   El Paso Behavioral Health System Continuing Care Discharge Plan/Transition Record, August 14, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ...........................................138-144

19   Casita del Valle Response Report, August 24, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................145-146

20   Casita del Valle Transfer Request, August 30, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................147-150

21   Casita del Valle Case Review, September 4, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................................151-164

22    Shiloh Admission Assessment, September 7, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel..............................................165-173

23    Shiloh Service Plan Review, November 2, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel..............................................174-183

24    Exoneration Letter for Isaac N., November 9, 2017 (proposed to be filed partially under seal)..............................................184-187

25    Shiloh Service Plan Review, November 30, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel..............................................188-197

26    Shiloh Service Plan Review, December 28, 2017 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel..............................................198-207

27    Shiloh Service Plan Review, January 25, 2018 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel..............................................208-216

28    ORR Home Study Report of Isaac N., February 15, 2018 (proposed to be filed completely under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel.............217-242

29    Shiloh Service Plan Review, March 22, 2018 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel.........................................243-251

30    Sponsor Designation Letter for Isaac N., April 4, 2018 (proposed to be filed partially under seal)..............................................252-258

31    Shiloh Transfer Request, April 20, 2018 (proposed to be filed partially under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel.........................................259-262

32    Home Study Report of Isaac N. by Candida Rugama, August 9, 2018 (proposed to be filed completely under seal)..........................263-274

33    Declaration of Candida Rugama, August 9, 2018 (proposed to be filed partially under seal)..............................................275-281

3.

34    Psychiatric Evaluation and Report by Dr. Amy Cohen, August 16,
      2018 (proposed to be filed completely under seal) ...........................282-326

      I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of August, 2018, at Oakland, California.

                                    Respectfully submitted,


                                    /s/ Leecia Welch
                                    Leecia Welch