# Exhibit 4

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 4
Page 57

I, █████████████████████████, declare as follows:

1.     This declaration is based on my personal knowledge.  I execute this declaration to update the declaration made June 8, 2018.  If called to testify in this case, I would testify competently about these facts.

2.     I am 17 years old.  I am currently detained at St. Michael's Home for Children in Houston, Texas.

3.     Since Flores counsel visited me on June 8, 2018, I have asked the staff at St. Michael's several times to facilitate phone calls with Flores counsel.  The staff have refused to let me make calls to Flores counsel.  Every time I have asked the staff to facilitate a call to Flores counsel, they have told me that they first needed to contact Flores counsel to arrange the call, but I don't think they ever contacted Flores counsel.  I think the staff didn't want me to call Flores counsel, so they lied to me about why I couldn't make the calls.

4.     When Flores counsel has called to speak with me on the phone, I have not been allowed to speak with Flores counsel privately.  My case manager sat in the same room as me when I spoke to Flores counsel over the phone in June.  She wore headphones, but I think she was able to hear my conversation with counsel.  None of my phone calls are private; they are always monitored.  I hate that there is no privacy here.  I don't feel like I can talk about how I really feel when the staff are listening.

5.     I have not seen a psychiatrist since I left Shiloh in April.  I am supposed to have an appointment, but not until some time in August. However, I am still being given medication, including Prozac and Adderall.  I was told that the Adderall would help me lose weight, but I have not lost weight, and I don't feel like any of the medication is helping me feel better.  I do not want to take the medications, but I was told that if I don't take them, I will be disciplined and the staff will further restrict the little freedom I have at St. Michael's.

6.     My case manager has told me multiple times that I will not leave St. Michael's until I am 18 years old.

7.     I have to get out of this place.  The staff are so mean; they tease me and try to embarrass me.  They monitor me very closely all the time.  I don't have any privacy

Exhibit 4
Page 58

8.      I desperately want to live with my grandfather.  I know I will be so happy when I am finally free.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 12th day of July , 2018, at ___Houston___ , Texas.

Exhibit 4
Page 59

## CERTIFICATE OF TRANSLATION

I, _KARINA MARQUEZ_ , hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▮▮▮▮▮▮▮▮▮▮ in its entirety in Spanish on _July 12, 2018_ .

_Karina Marquez_

**Exhibit 4**
**Page 60**