# Exhibit 5

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 5
Page 61

I, ███████████████████████████████████, declare as follows:

1. This supplemental declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am the grandfather of ███████████████████████████████████, who is currently detained by ORR. I want to be ████████ sponsor and take care of her.

3. I started the ORR sponsorship process over eight months ago. I have tried my best to stay in close contact with ████████ case workers to make sure that I complete all of the sponsor requirements quickly and correctly.

4. After submitting all of the required documentation and my fingerprints in fall 2017, I completed the ORR home study and the sponsor orientation in February 2018. I never received the results of the home study. Since February, ORR has not contacted me for any additional documents or information for the sponsorship application.

5. ████████ was transferred from Shiloh Residential Center to a new detention center in May 2018. I don't know the name of the new detention center. Her caseworker at Shiloh told me that they needed to transfer her to a new place so that she could receive different services, but they did not tell me what kind of services they meant. I don't know if they told ████████ why she was going to be transferred.

6. Since ████████ has been detained at the new detention center, I have spoken with her once a week on the phone. She sounds very distressed, very desperate when I talk to her. She is very scared that she will be deported and worries a lot about whether she will be released to me.

7. In May 2018, I was contacted by ████████ case worker at the new detention center and told that ████████ would not be released to my care. The case worker said that I had three errors on my sponsorship application. First, that I had not provided the "carta de libertad." I don't understand this because I submitted my "carta de libertad" to ORR in the fall of 2017. The second error was that my roommate was afraid to sign the ORR paperwork. The third error was that they thought I would not support ████████

1

Exhibit 5
Page 62

education. I don't understand why they think this because I think education is extremely important and would of course encourage and support ▌ going to school. I wish that I had been able to go to school for longer. I told all of this to the home study worker.

8. The case worker at ▌ new detention center told me that they were going to start looking for new sponsors for ▌ The case worker said that ▌ has a second cousin who wants to sponsor her, but I have never met this cousin and I don't know who he is or why he wants to sponsor ▌. I know that ▌ would prefer to live with me and not her second cousin. ▌ and I have a closer relationship and I know that she trusts me.

9. I have never given written permission for ▌ to be given medication. To my knowledge, ▌ mother has never given written permission for ▌ to be given medication.

10. No one at Shiloh or the new detention center has ever spoken to me or ▌ mother about the risk of the medication that ▌ is taking. The case worker at Shiloh just told me that ▌ had to take medication, but didn't say anything else. The Shiloh case worker didn't tell me what the medications were for.

11. I do not know if ORR, Shiloh staff, or the new detention center staff went to a judge to get permission to give ▌ medication.

12. I desperately want my granddaughter to be released and to come and live with me. I have supported her all her life and know that I can give her the mental and emotional support that she needs. I think that if she is able to live with me, her mental health will improve and she will feel much better. I love her very much.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June, 2018, at Oakland, California.

## CERTIFICATE OF TRANSLATION

My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 7, 2018

Itzel Almazan