# Exhibit 8

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 8
Page 115

Initial Intakes Assessment

## UAC Basic Information

First Name: ███
Last Name: ███
AKA:
Status: DISCHARGED
Date of Birth: ███             Gender: F
A No.: ███                      LOS: 242
Age: 17                         Current Program: Southwest Key Casa Del Valle
Child's Country of Birth: El Salvador   Admitted Date: 1/8/2017

## Initial Intakes Assessment

INSTRUCTIONS: A staff member trained in the use of this form completes it within 24 hours of the child or youth's admission at the care provider facility. The staff member completing this form must be trained to ask and gather sensitive information in a child-friendly and culturally appropriate manner. This assessment will gather basic identifying information, identify any immediate medical or mental health needs the child or youth has, ensure that the needs are appropriately met, and inform the child or youth's initial housing/bed assignment.

Child's Arrival Date/Time: 1/8/2017 12:00 AM            Intake Interview Date/Time: 1/8/2017 2:00 PM
Child's Primary Language: Spanish
Intake conducted in what language: Spanish
Date of departure from home country: 12/26/2016         Date of Arrival in the US (approx.): 1/6/2017

### Family Information

Do you know anybody in the U.S.? Include relative and non-relative contacts in this section.

| Name | Relationship | Address | Phone |
|---|---|---|---|
| ███ | First Cousin | New York | ███ |

Is there someone we can contact to let them know you are here?
Client would like to contact her mother. ███

### Medical

If any observed or reported medical concerns are checked in the section below, please immediately report these to the Clinician, Lead Case Manager, Program Director, Shift Supervisor, and/or any on-call medical staff member for further guidance on the need to seek immediate medical care.

Have you experienced any physical/medical problems today or in the last 30 days?  No
If yes, please explain:
Client denies any physical/ medical problems within the last 30 day.

Have you experienced any physical/medical problems?  No
If yes, please explain:
Client denies any physical/ medical problems.

Do you have any allergies?  No
If yes, please explain:
Client state she is allergic to Iron pills. Minor denies any food allergies.

Do you have any special dietary needs?  No
If yes, please explain:
Client denies any special diets.

Are you currently taking any prescribed or other medication? If yes, list below. Other medication may include herbal remedies, over-the-counter remedies etc.
No

### Medication

| Medication | Dose | Purpose |
|---|---|---|
| Client denies any medications. |  | Client denies any medications. |

Observable or reported medical concerns (Check all that apply).

| Concern | Yes/No |
|---|---|
| Coughing | No |
| Difficulty Breathing | No |
| Dehydration | No |
| Dizzines | No |
| Confusion | No |
| Fever | No |
| Pregnant | No |
| Exhaustion | No |
| Lice | No |
| Injuries | No |
| Bruises | No |

Exhibit 8
Page 116

| | | | |
|---|---|---|---|
| Burns | ○ Yes ● No | | |
| Scabies | ○ Yes ● No | | |
| Vomiting | ○ Yes ● No | | |
| Abdominal Pain | ○ Yes ● No | | |
| Coughing Blood | ○ Yes ● No | | |
| Nausea | ○ Yes ● No | | |
| Skin lesions/rash | ○ Yes ● No | | |
| Severe/persistent headache | ○ Yes ● No | | |
| Jaundice (Yellowing of the skin/whites of eyes) | ○ Yes ● No | | |
| Neurological symptoms (Spasm, tics, uncontrollable movements, paralysis or numbness of any part of the body) | ○ Yes ● No | | |
| Others(list) | ○ Yes ● No | If Yes, specify: | |

If injuries, wounds, bruises present, describe them and how they occurred:

Client denies any injuries, wounds, bruises present.

List of other medical concerns:

Client denies any medical concerns.

Have you ever been to a doctor or stayed in a hospital?      ○ Yes ● No

If yes, please list any visit or stay for any reason. Also include visits to other healers or alternative treatment providers:

Client states she was hospitalized 7/2015 for emergency appendectomy.

Do you have a history of tuberculosis?      ○ Yes ● No

If yes explain:

Client denies any history of tuberculosis.

Do you have a history of seizures of convulsions?      ○ Yes ● No

If yes explain:

Client denies any seizures or convulsions.

Do you have any scars, birthmarks, or tattoos?      ○ Yes ● No

If yes explain:

Client states she has a scar from her appendectomy.

Mental Health (Check all that apply)

If the child answered "Yes" to any of the below mental health questions and/or if any concerning behaviors or conditions were observed or reported, immediately report your concerns to the Clinician, Lead Case Manager, Program Director, or Shift Supervisor for further guidance on the need to seek mental health care.

| Concern | Yes/NO |
|---|---|
| Tried to hurt yourself? | ○ Yes ● No |
| Had urges to beat, injure or harm someone? | ○ Yes ● No |
| Harmed anyone? | ○ Yes ● No |
| Thought of attempting suicide or hurting yourself? | ○ Yes ● No |
| Attempted suicide? | ○ Yes ● No |
| Heard voices that others do not? | ○ Yes ● No |
| Seen things or people that others do not see? | ○ Yes ● No |
| Had trouble controlling anger or violent behavior? | ○ Yes ● No |
| Are you having thoughts of harming yourself or someone else? | ○ Yes ● No |

Please explain any checked answers above:

Client denies any experiencing any of the above.

Observable emotional concerns (Check all that apply)

| Concern | Yes/NO | | |
|---|---|---|---|
| Cooperative | ● Yes ○ No | | |
| Uncooperative | ○ Yes ● No | | |
| Alert | ● Yes ○ No | | |
| Distracted | ○ Yes ● No | | |
| Calm | ● Yes ○ No | | |
| Excited | ○ Yes ● No | | |
| Nervous | ○ Yes ● No | | |
| Agitated | ○ Yes ● No | | |
| Confused | ○ Yes ● No | | |
| Sad | ○ Yes ● No | | |
| Angry | ○ Yes ● No | | |
| Other | ○ Yes ● No | If Yes, specify: | |

Are you having thoughts of harming yourself or someone else?

Client denies any thoughts of harming herself or anyone else.

Safety Assessment

If the child answered "Yes" to any of the below safety assessment questions, immediately report concerns to the Clinician, Lead Case Manager, Program Director, or Shift Supervisor for further guidance on how

Exhibit 8
Page 117

to ensure the child's safety

**Do you feel safe now?**  ☒ Yes ☐ No

**Explain If No:**

Client states she feels safe now.

**Do you fear that someone will harm you?**  ☐ Yes ☒ No

**Explain If yes:**

Client states she does not fear someone will harm her.

Explain to the child where the child's room will be located in the facility, the number of potential roommates, the age and sex of the roommates, and the bathroom and shower area associated with the potential room assignment. After having explained this, does he or she identify any specific fears about this potential housing assignment?   ☐ Yes ☒ No

Client denies any concerns on housing arrangements.

**Do you need anything right now?**

Client denies any needing any immediate basic things. CM will provide phone call after the interview.

| INTERVIEWER SUMMARY OF CRITICAL ISSUES THAT NEED IMMEDIATE ATTENTION: List any issues noted above as urgent or important and your actions to address them. Deliver the facts to the Lead Case Manager, Clinician, or other SUPERVISOR designated to follow-up care. | ACTIONS TAKEN: Each action should correspond to the issues noted at left. |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |

**Staff Signature:** Lilia Hernandez         **Date:** 1/8/2017

**Staff Name:** Lilia Hernandez          **Staff Title:** Case Manager

**Translator's Signature:**           **Date:**

**Translator's Name:**             **Language:**

Exhibit 8
Page 118