# Exhibit 10

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 10
Page 121

**Social Solutions**
*transforming human services*

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses

Report Date Range: 1/8/17 - 9/7/17

**SiteName: UMSCP Clint TX 930**

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Case Management - Department TouchPoint

Subject Name: ▮

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 4/4/17 | Hernandez , Lilia | |
| **Question** | **Answer** | |
| Type of interaction | Meeting with Youth| | |
| Notes: | CM met with client for f/u on case. Client states she advised DMRS of her request for possible legal relief/ possibly LTFC. CM has not received letter to determine legal relief at this time, pending. Client spoke with grandfather who states HHM in home he resides do not agree to presenting ID's or FP, therefore, grandfather will not be a good candidate for sponsorship. Mr. ▮ did not present his ID at any moment, therefore, he was not entered on UAC portal as a potential sponsor. LH, CM/BS | |

17

Last Run Date: 1/9/18

Exhibit 10
Page 122