# Exhibit 12

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 12
Page 126**

**Social Solutions**
transforming human services

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses
Report Date Range: 1/8/17 - 9/7/17

SiteName: UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Case Management - Department TouchPoint

Subject Name: ▮

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 5/16/17 | Hernandez, Lilia | |

| Question | Answer |
|---|---|
| Notes: | CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▮, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BS |