# Exhibit 14

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 14
Page 130

Social Solutions
transforming human services

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses
Report Date Range: 1/8/17 - 9/7/17

**SiteName:** UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name: ▇▇▇▇▇▇▇▇

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 7/18/17 | Cuellar 930, Jeanette | |

| Question | Answer |
|---|---|
| Time Spent: | 40 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Routine Care Plus| |
| Client Present: | Yes |
| Goals: | Adjust to shelter program and maintain appropriate behavior|Identify any mental health concerns|Other| |
| If other, please explain | Continue to focus on self-care |
| Appetite: | Within normal limits| |
| Sleep: | Within normal limits| |
| Affect: | Reactive and mood congruent| |
| Mood: | Euthymic| |
| Homicidal Ideation: | None Noted| |
| Interventions: | Supportive Listening|Processing of Thoughts and/or Feelings|Other| |
| Coping: | Sports Activity (soccer, basketball, baseball, etc)|Exercising (walking, dancing, weight lifting, etc)|Journaling|Prayer/Religious Activities| |
| Response to Interventions: | ▇▇▇ appeared in good spirits, and spoke about her wish to be accepted into foster care in El Paso, Texas. ▇▇▇ expressed that she has a good feelings about this city, and would find it very helpful to remain to be part of a program with some of her peers. ▇▇▇ expressed that she continues to eat well, and does not eat when she likes the fool. Minor reports normal sleeping habits, and denies experiencing any nightmares.<br><br>▇▇▇ was receptive to discussion. Minor was encouraged to explore what is expected of her in order to be a candidate for transfer to program. ▇▇▇ expressed that she knows that she will have to demonstrate positive behavior, and wait at the program for an undetermined amount of time, which she is willing to do. Minor was provided with praise and encouragement regarding her goals. Clinician followed up on minor's assignment on self-care, which she agreed to focus on during the following days. |
| Plan: | Specific Plan (use note field below)| |
| Notes: | Minor will be seen two days a week. Psychiatric evaluation appointment pending. Minor's session was held on 07/18/2017. Writer attended quarterly in person training on 07/07/2017. |