# Exhibit 16

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 16
Page 134

Social Solutions
*transforming human services*

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses
Report Date Range: 1/8/17 - 9/7/17

SiteName: UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name:

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 7/26/17 | Cuellar 930, Jeanette | |

| Question | Answer |
|---|---|
| Time Spent: | 30 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Routine Care Plus| |
| Client Present: | Yes |
| Goals: | Other| |
| If other, please explain | Self Care, Impulse Control |
| Appetite: | Within normal limits| |
| Sleep: | Within normal limits| |
| Affect: | Reactive and mood congruent| |
| Mood: | Irritable| |
| Suicidal Ideation: | None Noted| |
| Homicidal Ideation: | None Noted| |
| Interventions: | Supportive Listening|Processing of Thoughts and/or Feelings| |
| Coping: | Sports Activity (soccer, basketball, baseball, etc)|Exercising (walking, dancing, weight lifting, etc)|Journaling|Prayer/Religious Activities| |
| Response to Interventions: | Minor informed Clinician that she had forgotten to complete "Self-Care" handouts issues previously. Minor proceeded to talk about recent incident with staff member. Member informed Clinician that she overheard staff speaking ill about her to another program peer.<br><br>Clinician attempted to return minor's focus to goals of session, but was unable to, as minor continued to talk about issue with staff. Minor was encouraged to identify how she could approach issue in a more efficient manner. Minor was uncooperative, and expressed that she would prefer to end session before she became more upset. |
| Plan: | Specific Plan (use note field below)| |
| Notes: | A psychiatric appointment is still pending for minor due to lack of provider. |