# Exhibit 26

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 26
Page 198

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

# Service Plan Review

**Client:** ▉▉▉▉▉▉▉▉▉▉▉▉▉▉  **Date of Review:** December 28, 2017

**Reason for Service Plan Review:**
☐ Initial Service Plan Review  ☑ Monthly Treatment Review Staffing
☐ Quarterly Treatment Plan Review Staffing  ☐ ARD Meeting
☐ Other: (Explain)

This Service Plan Review is an addendum to the Individual Service Plan dated below.

**Date of Current Individual Service Plan:** 09/28/17

**Dates of Review:** From: 11/21/17   To: 12/19/17

**Changes in Services and/or Providers:** (Document on ISP Face Sheet.)
Case Manager - Juana Medina; Clinician - Josephine Avila, MA, LPA; Psychiatrist - Javier Ruiz, MD

**Psychiatric Services:** Provider Javier Ruiz, MD

**Psychiatric Treatment During Reporting Period and Needs to be Addressed:**
12/18/17: 1. Increase Adderall XR 20mg every morning

**Axis I Diagnosis:** (List All.)
309.81 Posttraumatic Stress Disorder
H/O 304.30 Cannabis Dependence
H/O 296.33 Major Depressive Disorder, Recurrent, Severe Without Psychotic Features
314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type
300.02 Generalized Anxiety Disorder

**Axis II Diagnosis:** (List All.)   R/O V62.89 Borderline Intellectual Functioning

**Current GAF Score:** 60   **Date:** 12/18/17   **Provider:** Javier Ruiz, MD

**Change in Diagnosis:** Minor's R/O on Axis I were clarified.

**Rule-Out Diagnosis to be Clarified:** (>6 months)
R/O V62.89 Borderline Intellectual Functioning

**Plan to Clarify Rule-Out Diagnosis:** Continue evaluation of the minor.

**Psychotropic Medications:** (List All.)
Adderall XR(C-II) - 20mg - Take 1 tablet every morning
Melatonin – 3mg – Take 1 tablet at bedtime
Prozac (Fluoxetine) – 20mg – Take 1 capsule at bedtime

**Focus of Psychiatric Treatment:**
▉▉▉▉▉ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors.

**Changes in Psychotropic Medications:**
Adderall was increased to 20mg.

**Observed Response to Change:** N/A

**Side Effects Observed or Reported:** None at this time

**Overall Effectiveness:** Effective

Revised 08/07/16   Copy to Travel Folder, Education Chart, and Medical Chart   Page 1 of 9

Exhibit 26
Page 199

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

**Psychotropic Medication Compliance:** ▓▓▓▓▓ complies by taking all medication as prescribed.

**Plan to Address Psychiatric Needs:** (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

▓▓▓▓▓ will continue to meet with her treating psychiatrist on a monthly basis for Psychiatric Monitoring.

**Medical Services:**   Provider  Angelina Farrella

Medical Treatment During Reporting Period and Needs to be Addressed:

12/8/17: Regarding: Evaluation of HPV lesions for possible removal by freezing vs laser(will need to reschedule for any procedures and get insurance approval)
Findings: 1. Genital condyloma, destring contraception.
Recommendations: 1. Continue Imiquided cream for 4 more weeks.
2. If no improvement will use TCA treatment on remaining warts at that time.
3. She desires Nexplanon for contraception.
4. Will need to schedule appointment for insertion.

12/12/17: 1. Influenza Vaccine: Fluzone
2. Manufactured by : Sanofi Pasteur Inc.
3. Lot/ expiration: L# UT5954JA / E- 30Jun18
4. Given Left Deltoid @ 3:30PM 12/12/17

Non-Psychotropic Medications: (List All.)

N/A

Changes in Non-psychotropic Medications:  N/A

Medication Compliance:  Compliant

Plan to Address Medical Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

Continue to monitor behaviors, medication compliance, report significant concerns and issues to psychiatrist and clinician, and follow medical orders.

Nutrition and Dietary Needs:   N/A

Height: 60 inches    Weight: 143    BMI: 27.92    Date of Measurement: 12/18/17

Plan to Address Dietary Needs: Continue current dietary plan

**Dental Services:**   Provider  Marvin Rodrigue, DDS

Dental Treatment During Reporting Period and Needs to be Addressed:

No dental treatment during this reporting period.

**Behavior Management:** Provider  George Littleton, Doug Manning, Alyn Aluotto and all Direct Care Staff

Current Teaching Home:  58C

Behavior Goals and Objectives:  Review behavior data from previous reporting period versus the current reporting period.

| Target Behavior | Objective Measure | Total from Last Reporting Period | vs | Total from Current Reporting Period | Outcome Objective Met or Objective Not Met |
|---|---|---|---|---|---|
| Suicidal Ideation | 0 Incidents | 0 | vs | 0 | Objective Met |
| Depressive Symptoms | Decrease by 25% | 13 | vs | 2 | Objective Met |
| Mood Instability | Decrease by 25% | 65 | vs | 34 | Objective Met |
| Self-Injurious Behavior | 0 Incidents | 0 | vs | 0 | Objective Met |

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

| | | | | | |
|---|---|---|---|---|---|
| Substance Abuse | 0 Incidents | 0 | vs | 0 | Objective Met |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |

Analysis of interventions (from Behavior Report) and Directions to Staff:
Staff Counseling .12%; Encouragement .24%; Active listening 36.91%; Positive Reinforcement .37%; Verbal Redirection 1.71%; Monitoring 48.02%; Verbal Prompt 12.63%

Plan to Achieve Objectives Not Met This Reporting Period: (Specific Techniques and Strategies.)
*Consider identified antecedents and triggers of behavior, staff interventions, actions client can take.*
Treatment team will continue to work with ▮▮▮▮ and monitor behaviors to help her meet objective goals.

New Behavioral Needs: No new behavioral needs at this time.

Plan to New Behavioral Address Needs: N/A

Other Observations, Treatment Issues or Comments:
N/A

Emergency Behavior Interventions: (Dates of Emergency Intervention. Specific Patterns Identified.)

Therapeutic Holds:   0

Emergency Medication:  0

Plan for Reduction: (Specific Tasks, Techniques and Strategies.)
Staff will continue to closely monitor ▮▮▮▮.

Review of Safety Contract: (Is Client Adhering to Contract? Do Changes Need to be Made to Contract?)
Client is adhering to contract but requires redirection at times.

Review of Preferred De-escalation Techniques: (Are the Techniques Listed on ISP Still Current? Are There Any Changes?)
▮▮▮▮ reports her preferred de-escalation techniques include listening to music and writing.

Current Restrictions and/or Precautions: N/A

Current Level of Supervision: (General Supervision Level, Not When in Crisis.)
Close proximity

Reason for Change in Level of Supervision: (If Applicable.) N/A

**Individual Counseling:** Provider Josephine Avila, MA, LPA

Focus of Treatment:

11/21/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. She engaged in conversation on activities she engaged in during the week and weekend. She reminded clinician that her birthday was coming up. She shared what she had bought at the store and then engaged in processing her feelings and emotions on things she was grateful for this thanksgiving week. She discussed her case briefly and visit from her legal team. Clinician used client centered therapy and offered supportive listening. Client was receptive to session and interventions. Client was reminded to display good behaviors during the

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

week. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

11/22/17: Met with client for session. She appeared calm, alert, and talkative. She stated that her birthday was coming up and she was not going to be with her family. She processed her feelings and emotions about missing her family during her birthday and the holidays. She was allowed to call her mother and had a positive conversation with her. She became emotional and started crying because she would not spend her birthday and holidays with her or her grandfather. Her mother offered support and guidance to the client. Clinician used client centered therapy and offered supportive listening. Client was receptive to session and interventions. Client was reminded to display good behaviors during the week. Client appeared comfortable, relaxed, and sad during session. Will continue to follow up with client on a weekly schedule.

11/29/17: Met with client for session. She appeared calm, alert, and talkative. She reported she was doing well and getting along well with staff and peers. She processed her feelings and emotions in reference to a staff member. She reported eating and sleeping well and reported no emotional or behavioral disturbances. She was excited and happy because her case manager allowed her to speak to her grandfather. Clinician reminded her to be on her best behavior, work on coping skills and anger management techniques to avoid displaying negative behaviors. Client engaged in a play based activity with clinician. Client was receptive to session and interventions. When session was over client was reminded to display good behaviors during the week. Client appeared comfortable, relaxed, and happy during session. Will continue to follow up with client on a weekly schedule.

11/30/17: Met with client for session. She appeared calm, alert, and talkative. She appeared upset at an incident that happened in her classroom. She processed her feelings and emotions in reference to a staff member and a situation that happened in her classroom. Clinician provided supportive listening and when she calmed down she was allowed to call her grandfather. Client's grandfather appeared supportive and provided prayer and spiritual guidance to the client. Client became emotional and began to cry because she missed her grandfather and she reported admiring him and respecting him. There were no issues with family dynamics. After the call client and clinician worked on an activity. Client was receptive to session and interventions. Client appeared comfortable, relaxed, and happy during session. Will continue to follow up with client on a weekly schedule.

12/6/17: Met with client for session. She appeared calm, alert, and talkative. She discussed what she did over the weekend and the beginning of the week. She engaged in an activity with clinician and she was relaxed and cheerful. She discussed a recent conversation with her grandfather and his likes and dislikes due to his religion. She elaborated on some past situation from home country. She continued with her activity during the session and conversation with clinician. She reported eating well, sleeping well, and getting along well with her peers and staff. She reported no emotional or behavioral disturbances. Client was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

12/7/17: Met with client for session. She appeared calm, alert, and talkative. She engaged in conversation about her relationship with her maternal grandmother. She engaged in an art based activity with clinician and she was relaxed and cheerful. She continued with her activity during the session and conversation with clinician. She reported eating well, sleeping well, and getting along well with her peers and staff. She reported no emotional or behavioral disturbances. Client was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

12/13/17: Met with client for session. She appeared calm, alert, and talkative. She engaged in conversation about how her week was and she elaborated on a situation with a peer from the previous day which made her angry. She processed her feelings and emotions regarding the situation, how she de-escalated, and how she feels regarding the topic that provoked her anger. After she processed her feelings and emotions about other topics and psychoeducation was provided on safe sex when she is reunified, making good choices, and consequences for selecting bad choices. She also elaborated on guidance she gives to her peers. She was provided with homework, what kind of guidance she would give herself on

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

relationships, making good and bad choices, and her future goals. This will be reviewed during following session. She engaged in reviewing a video on female anatomy before session was over. She reported eating well, sleeping well, and overall getting along well with her peers and staff. She reported no emotional or behavioral disturbances. Client was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

Participation and Progress:

▇▇▇▇ continues to meet with her therapist on a weekly basis.

**Family Counseling:**    Provider  Josephine Avila, MA

Person(s) Participating: N/A

Focus of Treatment:

N/A

Participation and Progress:

No family therapy completed at this time.

**Group Counseling:**    Provider  Ana Grant, LPC-I

Focus of Treatment:

11/21/17: Objective: Client will learn traditions of the United States.
1. Client will create a craft and will learn the meaning of Thanksgiving.
2. Client will 5 things that he/she is Thankful for.
Material: Scarecrow and turkey craft
Participation: Minor participated in session. Her mood was appropriate. Minor talked about her involvement in gangs, and the reason she joined them. She also talked about wanting better for her and her family.

11/22/17: Objective: Client will learn traditions of the United States. CONTINUED
1. Client will create a craft and will learn the meaning of Thanksgiving.
2. Client will 5 things that he/she is Thankful for.
Material: Scarecrow and turkey craft
Participation: Minor participated in session. Her mood was normal, and she was engaged in activity. Minor practiced her English during session, she wrote 5 things she was grateful for in English. She was proud to show her staff.

11/28/17: Objective: Client will focus on feelings and emotions.
1. Client will identify what's in their heart.
2. Client will discuss the most difficult emotion to overcome.
Material: picture of heart, crayons, markers
Participation: Therapist talked to minor individually, because she was in her room cleaning. She appeared happy, and talked about her mother. Minor was focused on the temperature of the room, and how she did not mind the cleaning.

11/30/17: Objective: Client will focus appropriate behavior towards peers.
1. Client will practice social skills, while playing UNO.
2. Client will learn about friendly competition.
Material: UNO ball, stress ball
Participation: Minor participated in session. Her mood was appropriate. She was kind and supportive towards a new minor that came in.

12/5/17: Objective: Client will play dominoes in a safe setting.
1. While playing dominoes, client will express positive and negative feelings.
2. While playing dominoes, client will learn to empathize and recognize the feelings of others.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

Material: Dominoes and feelings cards.
Participation: Minor participated in session. Her mood was normal. Minor was engaged in discussion, and she was appropriate with peers. We discussed making good decisions.

12/7/17: Objective: Client will use art to identify coping skills and trusted adults.
1. Client will make a strength tree and will identify 5 coping skills.
2. Client will identify trusted adults.
Material: cardstock, paint, colors
Participation: Minor participated in session Her mood was appropriate. She was engaged in activity, and was helpful to peers. Therapist noticed her behavior, praised her for it.

12/14/17: Objective: Client play a game of jenga.
1. Client will rapport and respect towards each other.
2. Client will built trust with peers.
Material: jenga game and stuffed animal
Participation: Minor participated in session. Her mood was normal for group. She was engaged in game, and then minor shared her writing journals with group. She appeared happy, and she was calm. Therapist discussed her writing with the group.

12/19/17: Objective: Client engaged in a game of UNO to learn social skills.
1. Client will learn to take turns, while playing with peers.
2. Client will learn to read facial expressions while playing UNO.
Material: UNO cards
Participation: Minor participated in session. Her mood was irritable. Minor was mad at a peer. We discussed how reacting in a negative manner could affect her case.

Participation and Progress:

▇▇▇ participates in group sessions.

**Substance Abuse Counseling:**     Provider  N/A

Participation and Progress:

N/A

**Other Service Provided:** (Speech Therapy, Occupational Therapy, Applied Behavior Analysis, Specialized Counseling.)

Other Service: N/A                           Provider  N/A

Participation and Progress:

N/A

**Education Services:** Provider  George Littleton

Current Educational Functioning Levels/Grade Levels:

Minor continues to make progress towards her educational goals.

Participation and Progress:

▇▇▇ continues to participate in class and completes her assignments.

Educational Needs and Weaknesses:

▇▇▇ will be placed into modified 11th grade courses. She will receive vocational and acculturation assignments weekly. An emphasis will be placed on assimilation skills.

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

**Plan to Address Educational Needs:**

▉ will continue to be provided with direct academic instructions of 30 hours a week (G. Littleton).

**Skills and Preparation for Independent Living:** (Client 16+)

▉ is learning about meal preparation and daily skills for independent living.

**Participation and Progress:**

▉ can perform these duties with minimal assistance.

**Social Skills Training:** Provider   George Littleton

**Deficits and Priorities:**

▉ experiences mood dysregulation.

**Participation and Progress:**

▉ participates in group therapy.

**Recreation and Leisure Skills:** Provider   Chesley Sharp, Alyn Aluotto, Doug Manning, and all staff.

**Recreation and Leisure Activities:** (Specific Activities.)

▉ enjoys playing basketball and soccer.

**Participation and Progress:**

▉ engages in recreation activities during leisure time.

**Community Recreation and Leisure Activities:** (Specific Activities.)

▉ enjoys drawing and writing.

**Participation and Progress:**

▉ engages appropriately.

**Life Skills Training:** Provider   George Littleton and Direct Care Staff

**Deficits and Priorities:**

Household chores in the home and classroom

**Participation and Progress:**

▉ completes daily hygiene and assigned chores.

**Sexual Health Education Group:** (Client 13+)  Provider  N/A

**Participation and Progress:**

This service is not being provided at this time.

**Family Communication and Visitation:** (List visits and phone calls during reporting period. Identify participants. Report outcome of calls and visits.)

▉ receives two phone calls on a weekly basis (15 minutes each).

**Legal Needs and Issues:** (List all legal providers, any contact with legal representative, contacts with the legal system, any completed or pending court dates, probation requirements, and new charges)

KYR presentation and Legal screening provided by the Cabrini Center. Minor has received a Good Faith letter from Cabrini Center.

**Case Coordination:** (Tasks service director completed on client's behalf during the reporting period. Tasks to be completed by the service director during the next reporting period.)

11/21/7: FFS stated we are able to proceed with minor's grandfather.

Revised 08/07/16   Copy to Travel Folder, Education Chart, and Medical Chart   Page 7 of 9

Exhibit 26
Page 205

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

11/28/17: Grandfather was contacted on 11/22/17 and explained the reunification process. He stated he was willing to proceed with the process and would speak with his household members. A fax number was requested to send paperwork. On 11/27, the minor's grandfather was contacted to get fax number and he provided number later in the day. FRP was sent on 11/28. Pending medical clearance.

12/5/17: FRP was resent on 12/1/17 – he stated he has received paperwork and is working on completing it. Pending completed FRP, proof of address, 317s for household members; pending medical clearance.

12/12/17: FRP was received on 12/12/17 – 317s will be resent for household members in order to make fingerprint appointment; pending identification for household members; will submit for home study once 317s for household members have been received; pending medical clearance.

12/19/17: CA/N checks were requested on 12/18/17; fingerprint appointment was requested on 12/19/17; sponsor stated on 12/18/17 that he needed to find a new place to live due to one of his household members not wanting to provide their information. The sponsor stated the household member has a son that was in jail for 8 years due to being in a gang (son does not live in the home). Sponsor stated he would contact CM on 12/19/17 if he has been able to secure a new residence. Pending doctor's recommendation for release.

**Discharge Plan:** (Current Plan.)

Continue reunification process with minor's grandfather.

**Participation and Progress:**

At this time, minor's potential sponsor would be her grandfather. The minor's grandfather has been contacted and he stated he will complete requirements for reunification.

**Outcome of Review:** Continue Current Placement

Specify Justification for Outcome:

Doctor continues to recommend RTC services at this time.

**Updated Estimated Length of Stay:** 30 Days

**Other Client Needs or Issues:** (Assessments, Clothing, Cultural Needs, Special Procedures, Etc.)

N/A

**In-person Meeting(s):** (Describe information discussed with client during reporting period.)

Case Manager has met with minor twice weekly to provide phone calls to her family in home country.

**Additional Comments:** (Include information discussed with client during meeting.)

N/A

[✓] Service plan shared and reviewed with client. (If not, explain in Additional Comments.)

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

## Service Plan Review
## SIGNATURE PAGE

Date of Meeting: December 28, 2017

Participant Signatures: (All Attendees Must Sign. Staff must include two professional level service providers. At least one must provide services directly to the client.)

| Print Name | Position/Role | Signature |
|---|---|---|
| Juana Medina | Service Director | [signature] |
| [redacted] | Client | [redacted] |
| 58C | Direct Care Staff (Caregiver) | [signature] |
| Josephine Avila, MA, LPA | Clinician | [signature] |
| Rocio A. Lawrence | Lead Case Manager | [signature] |
| Douglas Plaeger, MA, LPC | Program Director | [signature] |
| Nidia Murray | GDIT CC | [signature] |