# Exhibit 30

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 30
Page 252



I, ███████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am the mother of ███████. File No. ███ who is currently in the custody of the Office of Refugee Resettlement ("ORR") and detained at Shiloh Residential Treatment Center in Manvel, Texas.

3. Attached is a true and correct copy of ███ birth certificate, which I offer to establish my parentage of her.

4. I hereby designate ███████, my father and ███ grandfather, as the individual in whose custody I wish to place my daughter, ███. My father is a responsible adult who I know to be capable and willing to care for ███, whom has known since her early childhood. My father will provide ███ with financial and emotional support in a setting that will be far better for ███ than Shiloh Residential Treatment Center. Pursuant to ¶ 14D of the settlement in *Flores v. Sessions*, No. 85-4544 (C.D. Cal.), I hereby instruct ORR to release Kimberly to her grandfather's custody without further delay.

5. This declaration is signed before an immigration or consular officer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 4th day of April 2018, at El Salvador.

Republic of El Salvador
City and Department of San Salvador } ss
Embassy of the United States of America

Subscribed and sworn before me on this 4th day of April 2018.

Christine Bagley
Vice Consul
of the United States of America

COMMISSION
Indefinite 22 USC Sec 110

IMMIGRATION / CONSULAR OFFICER

1

Exhibit 30
Page 253



**Exhibit 30**
**Page 254**



GOBIERNO DE
SAN SALVADOR

REGISTRO DEL ESTADO FAMILIAR

El infrascrito Jefe del Registro del Estado Familiar de esta ciudad, CERTIFICA que la presente copia es conforme con su original según D.L. No. 1872 del 24 de junio de 1955 y publicado en D.O.119 tomo 167 del 28 de junio del mismo año.

San Salvador, 1 1 ENE 2017

LIC. JUAN JOSÉ ARMANDO AZUCENA CATÁN
JEFE DEL REGISTRO DEL ESTADO FAMILIAR

ALCALDÍA DE SAN SALVADOR
EL SALVADOR, C.A.

Exhibit 30
Page 255

[Stamp:] Municipal Townhall
Registry of Family Status

[Coat of arms]     BIRTHS
Municipal Townhall of San Salvador
REGISTRY OF FAMILY STATUS

BOOK: 007
FOLIO: ▮▮▮

CERTIFICATE NUMBER THREE HUNDRED EIGHTY-SEVEN
▮▮▮
Female
Born in San Salvador
In Maternity Hospital
At five p.m. forty-three minutes
On ▮▮▮
Daughter of ▮▮▮
Socially known as:
Twenty-one years old. Occupation: housewife
Domicile in CIUDAD DELGADO
Nationality: SALVADORAN
Who exhibited an Identity Document (DUI)
Number ▮▮▮
Document issued in NUEVA SAN SALVADOR
And daughter of:
Socially known as:
THIS INFORMATION WAS SUBMITTED BY: ▮▮▮
Mother of the person being registered
MUNICIPAL TOWNHALL. San Salvador. January twenty-nine two thousand four
Correction-four-is valid.

[Signature]            [Signature]
Informant [handwritten:] ▮     ANGELA [Illegible] DELEÓN DE RÍOS
                                         Chief of the Registry of Family Status

**Exhibit 30**
**Page 256**

[Coat of arms]
Government of San Salvador
REGISTRY OF FAMILY STATUS

The undersigned Chief of the Registry of Family Status
of this city CERTIFIES that this copy is true to its original document
as per the ID No. 1872 of June 24, 1955, and published in O.D. 119
book 167 of June 28 of the same year

San Salvador January 11, 2017


[Signature]
Juan José Armando Azucena Catán
CHIEF OF THE REGISTRY OF FAMILY STATUS

TOWNSHIP OF SAN SALVADOR
EL SALVADOR, C.A.


[Stamp:] Government of San Salvador
[Coat of arms]
[Illegible]

**Exhibit 30
Page 257**

**Morningside Translations**
450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

Date: August 17, 2018

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the document received by this office.

The document is designated as:
- Birth certificate number ▮▮▮ of ▮▮▮▮▮▮▮▮▮▮ Municipal Townhall of San Salvador, Registry of Family Status

Sarah Hall, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Sarah Hall*
Signature of Sarah Hall