# Exhibit 31

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 31
Page 259

## Transfer Request

| UAC Basic Information | | | |
|---|---|---|---|
| **First Name:** | ▉ | | |
| **Last Name:** | ▉ | | |
| **AKA:** | | | |
| **Status:** | DISCHARGED | | |
| **Date of Birth:** | ▉ 2000 | **Gender:** | F |
| **A No.:** | ▉ | **LOS:** | 231 |
| **Age:** | 17 | **Current Program:** | Shiloh Treatment Center |
| **Country of Birth:** | El Salvador | **Admitted Date:** | 9/7/2017 |

### Transfer request

**Minor's Profile:**

| | | | |
|---|---|---|---|
| **Height(ft & inches):** | 5'00''(format: 4'05'') | **Weight(lbs):** | 142 |
| **Eye Color:** | Brown | | |
| **Identification Marks:** | | | |

**Transfer Request:**

| | | | |
|---|---|---|---|
| **Type of Program Requested:** | Shelter | **Requested Date:** | 3/27/2018 |
| **Requesting Party:** | Shiloh Treatment Center | | |
| **Requester Name:** | Juana Medina | | |
| **Requester Title:** | Case Manager | | |
| **Requester Phone:** | 8323361501 | | |

**Case Coordination:**

| | | | |
|---|---|---|---|
| **Concur with Requesting Party?** | ☉ Yes ○ No | | |
| **If not, specify:** | | | |
| **Type of Program Recommended:** | Shelter | **Case Coordinator Proposed Program:** | CC Houston |
| **Case Coordinator Name:** | Nidia Murray | | |
| **Recommended Date:** | 3/30/2018 | | |

**Reason for Transfer Request:**

| | | | |
|---|---|---|---|
| **Shelter & Foster Care Only:** | ☑ Standard Placement | **Secure & Staff Secure Only** | ☐ Convicted as Adult |
| | | | ☐ Adjusdicated Delinquent |
| | | | ☐ Criminal Charges |
| | | | ☐ Chargeable |
| **Any Program Type:** | ☑ To provide a less restrictive setting (transfer only) ☐ Disruptive Behavior | | |
| | ☐ To provide a more restrictive setting (transfer only) ☐ Minor's Safety | | |
| | ☐ Minor's Medical Health ☐ Flight Risk | | |
| | ☐ Minor's Mental Health ☐ Emergency Influx | | |
| | ☐ Violent/Threatening Behavior | | |
| **Has the Minor's Attorney Been Contacted?** | ○ Yes ☉ No | **Attorney Phone:** | 7135954107 |
| **Attorney of Record:** | Paola Midence | | |

**Casefile Summaries**

| | | | |
|---|---|---|---|
| **Information Relating to Minor's casefile** | ☐ Pregnancy | ☐ Diagnosed Behavior/Illness with no Medications | |
| | ☐ Injury | ☑ Diagnosed Behavior/Illness with Medications | |
| | ☐ Illness | ☐ Non-violent Conviction | |
| | ☐ Non-diagnosed Behavior/Illness with no Medications | ☐ Non-violent Charge | |
| | ☐ Non-diagnosed Behavior/Illness with Medications | ☐ Charge(s) Dropped | |

**Minor's Medical/Mental Health Summary:** ▉ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors. Current DSM IV TR Diagnosis: Axis I: 300.02 Generalized Anxiety Disorder 309.81 Posttraumatic Stress Disorder 314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type H/O 304.30 Cannabis Dependence H/O 296.33 Major Depressive Disorder, Recurrent, Severe Without Psychotic Features Axis II: R/O V62.89 Borderline Intellectual Functioning Axis III: Positive HPV Axis IV: Severe Axis V: GAF score 70 as of 3/27/18 Current Psychotropic Medications: Adderall XR (Dextroamphetamine/Amphetamine)(C-II) – 25mg – Take 1 capsule by mouth daily at 8:00am Prozac (Fluoxetine) – 20mg – Take 1 capsule by mouth daily at 8:00pm Weekly counseling sessions and clinical services are need to be continued for ▉ to address history of abuse in home country, suicidal ideations, self-injurious behaviors, and depressed mood. In addition, ▉ will require monthly psychiatric monitoring in an outpatient setting to continue treatment for her mental health diagnosis and medication regimen. At this time ▉ is medically clear. Her treating psychiatrist provided a recommendation to transfer to shelter on 3/6/18. Clinician Summary: During her treatment at Shiloh, ▉ appeared to adjust well to her new placement. ▉ was able to process her feelings and emotions of her past traumatic events in her COO in therapy sessions, her past negative experiences and bad choices, and her negative coping techniques. She was overall cheerful, talkative, and open in session. She was provided with psychoeducation on safe sex, conflict resolution, and positive communication skills. She was also provided with different positive coping techniques such as anger management skills, relaxation skills, and mindful meditation techniques to use when she was/is feeling frustrated, anxious, and/or angry. She was also

Exhibit 31 Page 260

provided with positive communication skills to assist with communicating well with others. She was overall receptive to session, interventions, and normally got along well with peers and staff. She was well liked by some of her peers and staff. During her treatment, ▇▇▇ did not receive any SIRs due to any type of negative behaviors such as physical or verbal aggression, or for self-injurious behaviors. ▇▇▇ was able to use her learned techniques to de-escalate when she found himself frustrated or angry. She also sought guidance from staff, case manager, and/or clinician when she felt frustrated, sad, or angry. She received one SIR due to making run away comments, which she stated were general comments between her and a peer, with no plan or intent. She was able to process this in therapy session and reflected on her negative topic of conversation. Overall, she was normally compliant with staff, got along well with peers and treatment staff. She did not appear to show any signs of self-injurious behaviors, physical aggression, property destruction, or verbal aggression. She also denied any current suicidal/para suicidal/homicidal ideation or gestures. ▇▇▇ denied any symptoms of PTSD such as flashbacks and/or nightmares. She demonstrated good resiliency. As of the current date, ▇▇▇ denied any depressive symptoms, self-injurious behaviors/ ideation, and/or suicidal ideation, flashbacks, and/or nightmares. She reported overall eating and sleeping well. Clinician and client participated in family sessions with her mother and her grandfather. ▇▇▇ was excited during the process of her case progression in which she was going to be reunified with her grandfather. However, due to a negative home study her case was not approved to be reunified with her grandfather. She was upset, sad, and tearful during the day when she received the negative news. However, she was able to process this during therapy session and accepted the decision and left session ready to face other outcomes. She continued to remain positive during the days and weeks following the negative news. She accepted other options well and is looking forward to being step downed to a new placement. ▇▇▇ has shown continuous improvement in decreasing her symptoms for which she was originally admitted for. Currently, ▇▇▇ does not appear to be a danger to herself or others and it is recommended that she be transferred to a lower level of care, as long as he continues to receive mental health services, which include counseling and psychotropic medication management. During her stay at Shiloh, ▇▇▇ made a run-away comment with no plan or attempts. She has made no other comments, gestures, plans, or attempts. She does not appear to be a run-risk, or does she warrant a staff secure placement.

**Behavior Summary:** (history of: flight risk, aggressive/assaultive & sexually inappropriate behaviors)

During her placement, minor had the following SIR for making a runaway comment: On 11/6/17 at 9:40 am, minor KNAT was talking loudly with peers ▇▇ and ▇▇ about how if she could run away from the facility she would. She stated that peer ▇▇ could use the bathroom window to get out of the facility, but peer ▇▇ stated "I could just get away when staff GL isn't paying attention." Staff LB redirected peers to stop talking about that topic and told them it could be a report. Minor KNAT stated she did not care. This SIR was processed between the minor and her clinician: 11/8/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. Clinician prompted her to talk about the SIR that was filed a few days prior. She engaged in discussing specifics of how she perceived things happened that led to the SIR. She processed her feelings and emotions regarding staff and the conversation that she was having with her peers prior to the report. She stated that she knew the dangers and consequences for her actions and she was safe in placement and did not want to engage in risky behaviors. She was praised for the positive way of thinking and for being aware of the dangers and consequences of her negative behaviors and of risky behaviors, if she should engage in them. Client was also encouraged to be respectful toward staff, not make any comments as those reported on the SIR, and be mindful of conversations she has with peers, keep conversations positive. At this time, no other runaway comments have been reported from the minor. UPDATE 4/6/18: Minor has been on 5 outings since November 2017. At this time, no concerns have been raised about the minor during these outings. Minor's clinician was asked if she has any concerns of the minor being a run risk and she stated "not at all".

**Current Status of Family Reunification:** At this time, the minor does not have a viable sponsor. A home study was completed on the minor's grandfather and HSW provided a negative recommendation of the sponsor on 2/15/18. A denial of the sponsor was submitted on 3/7/18, and CC concurrence was provided on 3/8/18, FFS provided ORR's decision on 3/20/18. At this time, no other family members have been identified for the minor. Minor received a transfer recommendation on 3/6/18.

**Immigration Court Status:** Minor received a GFL on 10/2/17 from Cabrini Center. On 3/23/18, a G-28 was received from Paola Midence, attorney for Cabrini Center. Minor's next master court hearing is scheduled for 4/10/18.

## Case Manager Comments

| | |
|---|---|
| **Case Manager Name:** | Juana Medina |
| **Case Manager Comments:** | At this time, it is recommended the minor be transferred to a shelter placement. Minor received recommendation for lower level of care on 03/6/2018 from her treating psychiatrist. At this time, minor has not reported self-injurious behavior, or has had any suicidal ideations. Minor will continue to require monthly psychiatric monitoring in an outpatient setting as continuity of care based on her mental health diagnosis and prescribed psychotropic medication. 3/22/18: Minor's attorney stated the following via email: "It would be ideal if she gets transferred to California, but if it is not possible she may be transferred anywhere." UPDATE 4/6/18: Minor has been on 5 outings since November 2017. At this time, no concerns have been raised about the minor during these outings. Minor's clinician was asked if she has any concerns of the minor being a run risk and she stated "not at all". |
| **Case Manager Suggests Transfer?:** | ⊙ Yes  ○ No |
| **TMS Historical Transfer Request?:** | |
| **Date of Case Manager Comments:** | 3/27/2018 |

## ORR/DCS Decision

| | |
|---|---|
| **Comments:** | ORR agrees with program and GDIT CC recommendation for shelter placement. It appears that UC meets criteria for a less restrictive environment at this time. |
| **Decision:** | ○ Pending<br>⊙ Approve<br>○ Disapprove<br>○ Remanded, please provide info as detailed in comments |
| **Date of Decision:** | 4/20/2018 |

**Name of ORR Decision Maker:** Micaela Vergara FFS

## Transfer Packet (for each minor)

Please follow checklist in the Transfer Procedures when completing minor's transfer packet, check the checkbox to indicate the packet is completed.  ☐

**List of Minor's Belongings** (be sure to include medication and explain dosage in medical/mental health summary)

Clothing, accessories, makeup, mp3 player, headphones, shoes, DVDs

## COA - COV

| | |
|---|---|
| **Request Type** | ⊙ Change of Address<br>○ Change of Value |
| **Transfer Sch. to Take Place on:** | 4/26/2018 |
| **Next Sch. Court Appearance for this Juvenile is:** | 6/12/2018 |
| **Reason for less than 48 hours notice to ICE (if applicable):** | |

**Good cause exists to change venue in this matter pursuant to 8 C.F.R. & 1003.20 (b) for the following reason(s);**

☐ ORR has decided to relocate the respondent to an area where space is available/ appropriate services can be provided, since Juvenile detention space is limited in

☐ The minor has a special need (e.g., pregnancy of juvenile, medical needs, etc.), please specify

☐ Other, please specify

## Departure/Arrival Information

| | |
|---|---|
| **Departure Date:** | 4/26/2018 |
| **Departure Time:** | 10:30 AM |

**Exhibit 31**
**Page 261**

| | |
|---|---|
| **Transporting Staff Name:** | Janeka Johnson |
| **Transporting Staff Title:** | Staff |
| **Transporting Staff Comments:** | |
| **Arrival Date:** | 4/26/2018 |
| **Receiving Staff Name:** | Rochell Pollard |
| **Receiving Staff Title:** | Staff |
| **Receiving Staff Comments:** | |

**Arrival Time:** 11:00 AM

**Exhibit 31**
**Page 262**