1  CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights & Constitutional Law
2  256 South Occidental Boulevard
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693
   Facsimile: (213) 386-9484
4  Email: crholguin@centerforhumanrights.org

5
   *Listing continues on next page*
6  *Attorneys for Plaintiffs*

1  CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights & Constitutional Law
2  256 South Occidental Boulevard
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693
   Facsimile: (213) 386-9484
4  Email: crholguin@centerforhumanrights.org

5
   *Listing continues on next page*
6  *Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br>Plaintiffs, <br><br>v. <br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br>Defendants. | Case No. 2:18-cv-05741 <br><br>**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION RE: GABRIELA N.** |


*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
       mkkelley@cooley.com
       jcieslak@cooley.com
       mdonohue@cooley.com

This matter came on regularly for hearing on Plaintiffs' motion for preliminary injunction. The Court has considered the briefs, evidence, and argument in support of and in opposition to Plaintiffs' motion and HEREBY GRANTS Plaintiffs' Motion for Preliminary Injunction Re: Plaintiff Gabriela N.

IT IS ORDERED that Defendants shall place Gabriela with her grandfather, Isaac, by no later than September 17, 2018. Defendants shall cover the cost of transporting Gabriela to Isaac's residence in Oakland, California.

IT IS SO ORDERED.

Dated: _____, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ Leecia Welch
One of the attorneys for Plaintiffs
/ / /