# Exhibit 2

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 2
Page 48

I, ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I came to the USA fleeing sexual violence and child abuse. In El Salvador, I suffered a lot and was in and out of shelters throughout my childhood. I experienced some very horrible violence at a young age, and I haven't really told my story until now. I was gang raped when I was 15 years old. The rapists told me not to tell anyone or they would kill me. My biological dad is deceased, and my mom was involved with a man who was abusive to me, and I did not feel safe at home. My older sister is paralyzed –she suffered horrible abuse and can no longer speak or walk. I also have two little brothers. I decided to leave my country for safety and opportunity in the United States.

3. I am 16 years old. I am currently being held in ORR custody detained at the Shiloh Residential Treatment Center. I arrived here on September 7, 2017. Shiloh is a locked facility with 24-hour surveillance and monitoring. The children are detained here and no one is free to leave.

4. I was taken into immigration custody in Texas about eleven months ago in January 2017. I was first detained at Southwest Key, a shelter, but then I became increasingly stressed, because I felt like I was going to be detained forever. I just want to live in Oakland, California with my grandpa—I don't want to be detained. My grandfather is in the beginning of process of sponsoring me.

5. One time a staff member began yelling at me at Southwest Keys and I broke a mirror. The staff accused me of trying to hurt myself and sent me to a psychiatric hospital. Then a psychologist recommended that I come here to Shiloh because there is more one-on-one attention here.

6. I don't remember ever being told or reading that I could appeal or challenge the government's decision to put me into this treatment facility, or that I could go to court about it.

7. I have never had a thirty-day review to review my custody classification since I have been here. No one has formally sat down with me and reviewed whether I should be stepped down to a lower level of security or told me how I'm doing here or what I have to do in order to step down.

8. I have had about three court hearings. My attorney is Paola, I think I met with her recently but I don't remember.

9. At Shiloh, I am given three pills every day. In the morning I take one pill, I don't know what it is. In the evening, I take Prozac and Melatonin. The staff checks our mouths to make sure that we have taken our medicine. I don't think that my family was asked before giving me medicine. My understanding is that the government makes those decisions.

10. I think I would get a "report" if I didn't take my medicine. Getting a report impacts your privileges and delays when you can get released.

11. The staff hold down and inject youth who aren't able to calm down.

12. I am only allowed two 15-minute calls per week. The calls have no privacy. Sometimes I talk to my mother and sometimes I talk to my grandfather.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this first day of December 2017, at Manvel, Texas.

## CERTIFICATE OF TRANSLATION

My name is Karina Marquez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: December 1, 2017

_____
Karina Marquez