# Exhibit 11

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 11
Page 123

Resettlement
U.S. Department of Health and Human Services

Office of Refugee
Care Provider Family Reunification Checklist, Rev. 12/22/2015

# OFFICE OF REFUGEE RESETTLEMENT
## Division of Children's Services
### CARE PROVIDER FAMILY REUNIFICATION CHECKLIST

| IDENTIFYING INFORMATION | |
|---|---|
| Child's name: ▓▓▓ | Sponsor's name: ▓▓▓ |
| | Date sponsor identified: 04/12/2017 |
| Child's Date of Birth: ▓▓/2000 | Is this the first identified sponsor for this UC to undergo the release process? yes |
| Child's date of admission to ORR: 01/08/2017 | If "NO" to the above question, how many other sponsors have undergone the release process? n/a |
| Date DHS notified of discharge: ___ | |
| Discharge date: ___ | |
| A#: ▓▓▓ | |

| RELEASE RECOMMENDATIONS | Target Date | Actual Date |
|---|---|---|
| Release Request (Case Manager) | n/a | n/a |
| Release Request (Case Coordinator) | | |
| Release Request Decision (ORR/FFS) | | |

| UAC ASSESSSMENT AND ISP (ensure documented in UAC Portal) | Target Date | Actual Date |
|---|---|---|
| *UAC Assessment* | 01/08/2017 | 0/08/2017 |
| *ISP* | 01/08/2017 | 01/08/2017 |
| UC provided *"Know Your Rights"* presentation (video or LSP in-person) | 01/12/2017 | 01/12/2017 |
| *UAC Case Review*, if applicable | 02/28/2017 | 02/28/2017 |

**SPONSOR SUPPORTING DOCUMENTATION AND INFORMATION (ensure documented in UAC Portal)**

04/12/2017 Family Reunification Packet sent to sponsor
04/12/2017 Completed Family Reunification Packet (and supporting documentation and forms) received:
n/a *Safety Plan*, if applicable
04/12/2017 Signed *Family Reunification Application*
  04/12/2017 Proof of sponsor's identification: Republica De El Salvador Documento Unico de Identidad: ▓▓▓ DOB: ▓▓/1955 (name document(s) used)
  Copy of sponsor's birth certificate: Registro Del Estado Familia San Vicente, El Salvador: ▓▓▓ DOB: ▓▓/1955 (name document(s) used) Please note DOB on ID and BC are not consistent.
  01/09/2017 Proof of child's identification: Alcaldia Municipal Registro Del Estado Familiar: ▓▓▓ DOB: ▓▓/2000 (name document(s) used)
04/12/2017 Signed *Authorization for Release of Information*
  n/a Court records or other reports for the sponsor, is applicable ___ (name document(s) used)
  04/12/2017 Proof of relationship between child and sponsor, if applicable: Sponsor has provided BC for himself, BC for minor, and BC for minor's mother to prove that he is minor's maternal grandfather. (name document(s) used)
    04/12/2017 IF A NON-PARENT/NON-LEGAL GUARDIAN *Letter of Designation for Care of a Minor*, not required but check if Sponsor received and is informed of its importance for caring for the UC post release.
    01/17/2017 IF A NON-PARENT/NON-LEGAL GUARDIAN Proof of address: ▓▓▓ Oakland, CA ▓▓ Sponsor submitted a Residential Rental Agreement to verify his address. (name document(s) used)
      n/a Additional documentation on sponsor as relates to release assessment: ___ (name document(s) used)

| BACKGROUND CHECKS (ensure documented in UAC Portal) | Date Requested | Date Received |
|---|---|---|
| Sponsor Fingerprint appointment scheduled, if applicable (indicate date of appointment under DATE RECEIVED): FP cards sent to sponsor on 01/30/17 and pending | 4/25/2017 | 4/25/2017 |
| Sponsor National Criminal History (fingerprint) Check, if applicable | 4/25/17 | 04/25/17 |
| Sponsor Immigration Check, if applicable | 4/25/17 | 04/25/17 |
| Sponsor Internet Criminal Public Records Check: Sex offender | 04/13/2017 | 04/13/2017 |

Resettlement  
U.S. Department of Health and Human Services

Office of Refugee  
Care Provider Family Reunification Checklist, Rev. 12/15/2015

| | | |
|---|---|---|
| Sponsor Child Abuse and Neglect Check, if applicable | Initiated 01/30/17 | Initiated 01/30/17 |
| Sponsor State Criminal History Repository Check and/or Local Police Check, if applicable | n/a | n/a |
| Sponsor FBI Interstate Identification Index (FBI III) Name/Descriptor Check, if applicable | n/a | n/a |
| Household Members National Criminal History (fingerprint) Check, if applicable | n/a | n/a |
| Household Immigration Check, if applicable | n/a | n/a |
| Household Sponsor Internet Criminal Public Records Check, if applicable: Sex offender | n/a | n/a |
| Household Members Child Abuse and Neglect Check, if applicable | n/a | n/a |
| Household State Criminal History Repository Check and/or Local Police Check, if applicable | n/a | n/a |
| Household FBI Interstate Identification Index (FBI III) Name/Descriptor Check, if applicable | n/a | n/a |
| **HEALTH SERVICES (Enter all medical results and upload medical and immunization documents in UAC Portal)** | Actual Date | |
| Initial medical exam form completed | 01/09/2017 | |
| TB screening, following age-specific initial medical exam requirements | 01/09/2017 | |
| HIV testing for children ≥13 years (document if UC opts out of testing) | 01/09/2017 | |
| Pregnancy testing for eligible females (test prior to administration of vaccines; defer live vaccines during pregnancy) | 01/09/2017 | |
| Lead screening for children 6 months-6 years old | n/a | |
| Immunizations, according to the ACIP catch-up schedule | 01/09/2017 | |
| Follow-up laboratory tests and consultations completed, as indicated :Chest X-ray | 01/09/2017 | |
| Child clear of all contagious conditions, including scabies and lice | 01/09/2017 | |
| Child or sponsor provided with copy of all health records, including medical, mental, dental, medication, and immunization records | | |

### HOME STUDY AND POST-RELEASE SERVICES CASES ONLY SUPPLEMENT

| HOME STUDY CASES | Actual Date |
|---|---|
| Date referred to ORR HQ for Home Study | n/a |
| Date ORR HQ verified referral acceptance and name of Home Study provider: ____ | n/a |
| Home visit completed | n/a |
| Completed Home Study submitted to ORR | n/a |
| Case Manager's release recommendation, following completion of Home Study | n/a |
| Case Coordinator's release recommendation, following completion of Home Study | n/a |
| ORR/FFS release decision, following completion of Home Study | n/a |
| **POST-RELEASE SERVICES CASES** | Actual Date |
| Date referred to ORR HQ for Post-Release Services | n/a |
| Date ORR HQ verified referral acceptance of Post-Release Services provider were in place and name of Post-Release Services provider: ____ | n/a |

### CASE MANAGER AFFIRMATION (DONE AT TIME OF CASE CLOSING, TRACKING AND REPORTING)
**Per Ops Guide Section 2 Safe and Timely Release and Section 3 Assessments**

I declare and affirm that the information contained in this checklist is true and accurate to the best of my knowledge including all dates upon which the required documents were submitted or produced by the care provider. I attest that all dates on this checklist are accurate and that the release recommendations, *ISP, UAC Assessment, UAC Case Review, Family Reunification Application*, applicable supporting documentation, background check documents, child assessments, *Discharge Notification* and documentation, and if necessary Home Study and/or Post-Release Service information have been completed by the appropriate party, and that if requested I can produce all documents on demand as required by law and applicable ORR UC program policies and procedures. I have noted below and given an acceptable explanation as to why not all documents or supporting documentation was submitted.

List required documentation not available and explanation: n/a  
SIGNATURE OF CASE MANAGER: Lilia Hernandez                         DATE: 04/13/2017

Care Provider Family Reunification Assessment Checklist, Rev. 04/04/2014  
ORR UC/S-4  
ORR UAC Program Operations Manual 2012

Exhibit 11  
Page 125