# Exhibit 13

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 13
Page 128

Social Solutions
transforming human services

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses

Report Date Range: 1/8/17 - 9/7/17

**SiteName: UMSCP Clint TX 930**

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name:

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 6/21/17 | Cuellar 930, Jeanette | |
| **Question** | **Answer** | |
| Time Spent: | 20 minutes | |
| Value: | Clinical Informational Note | |
| Notes: | Clinician made several attempts to schedule pscychological evalation beginning 6/20/2017, but was not able to reach intake coordinator. Both writer and Lead Clinician left messages. Writer was able to speak to Nancy, intake coordinator on 6/21/2017, who informed writer that their first open appointment would be in September. E-pscyhiatry appointment will need to be scheduled.<br><br>Jeanette Cuellar, MA<br>Clinician | |

Last Run Date: 1/9/18

Exhibit 13
Page 129