# Exhibit 17

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 17
Page 136

Social Solutions
transforming human services

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses
Report Date Range: 1/8/17 - 9/7/17

SiteName: UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Case Management - Department TouchPoint

Subject Name:

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 8/11/17 | Hernandez, Lilia | |

| Question | Answer |
|---|---|
| Type of interaction | Meeting with Youth\|Meeting with family\| |
| Notes: | CM and clinician, Jeanette, met with minor at UBH for weekly visit on the 7th and 11th. Medical attended session on the 10th. Minor seemed in good spirits and states she feels comfortable in the facility. Minor states she has been able to make friends and states she has been using the English she has learned at SWK. On 8/10 visit, minor met with facility coordinator, clinician, CM, and medical where she did express she does not know how she will react back at SWK as she does not believe YCW are equipped for her needs and might still have problems with them because she is vocal and she is not going to change. During group visit, we talked about the exercises she has learned at UBH and with clinician. Minor agreed. ETA to the program is Friday 8/11 or Monday 8/14. CM emailed letter received from grandfather to Sam P. FFS as to review his innocence from kidnapping charges. CM is not recommending release to grandfather as he disclosed in the past to work everyday, 12 hours a day sometimes. Both CM and clinician agree that minor, ▓▓▓, that grandfather may not be equipped to help minor after the SIR's that have reported while in the program. Minor is currently on 20mg Prozac and will continue with meds post d/c. LH, CM/BS |

44

Last Run Date: 1/9/18

Exhibit 17
Page 137