# Exhibit 19

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 19
Page 145

Social Solutions
transforming human services

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses
Report Date Range: 1/8/17 - 9/7/17

SiteName: UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name: ▮

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 8/24/17 | Cuellar 930, Jeanette | |

| Question | Answer |
|---|---|
| Time Spent: | 26 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Non-Emergency Psychiatric Care| |
| Client Present: | Yes |
| Goals: | Identify any mental health concerns| |
| Appetite: | Within normal limits| |
| Sleep: | Disrupted| |
| Affect: | Reactive and mood congruent| |
| Mood: | Euthymic| |
| Suicidal Ideation: | None Noted| |
| Homicidal Ideation: | None Noted| |
| Interventions: | Affect Regulation Training|Supportive Listening|Processing of Thoughts and/or Feelings| |
| Coping: | Sports Activity (soccer, basketball, baseball, etc)|Exercising (walking, dancing, weight lifting, etc)|Journaling|Coloring/Drawing|Relaxation Techniques (music, controlled breathing, guided imagery)|Prayer/Religious Activities| |
| Response to Interventions: | Minor denied of suicide or other self harm. Minor indicated that she has been making an effort to demonstrate positive behavior. ▮ informed Clinician that she has been really sleepy during the day due to her medication, however, medical coordinator received authorization to change her mediation to nighttime.<br><br>Minor appeared calm and responsive, and was receptive to activity. ▮ expressed that she would find it helpful to listen to relaxation music before bedtime. Minor expressed about her possible transfer, and reflected on the positive experiences she has gained in the program. |
| Plan: | Specific Plan (use note field below)| |
| Notes: | Clinician introduced and practiced guided visualization activity as a relaxation exercise minor could practice when feeling anxious or upset. Minor was given opportunity to discuss thoughts about possible transfer.<br><br>Minor continues on One to One supervision. |