# Exhibit 22

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 22**
**Page 165**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Client's Name: ███████████████████        Case #: ██████

DOB: ████-00        Age:  16        Gender:  F        Race:  **Hispanic**

Language:  **Spanish**        Nationality:  **El Salvador**        Alien Number: ██████████

Admission Date: **9-7-17**                Estimated Discharge:  **10-7-17**

Estimated Length of Stay: **30 days**        Admitted By: **ORR/SWK-Clint, TX**

---

**Reason for Referral:**        ████████ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors.

Referred By:        Office of Refugee Resettlement, Department of Unaccompanied Children

Emergency Admission:        She was referred to Shiloh Treatment Center as an emergency admission due to displaying behaviors that are an immediate danger to herself and cannot be served at the current shelter level.

**Background Information:**        ████████ is a 16 year old Hispanic female who has been living in San Salvador, El Salvador with her mother, stepfather, older sister, and two younger brothers. Her father passed away when ████████ was five years old, and her first stepfather was physically abusive toward her mother and a handicapped sister. After several years, the brothers made allegations of sexual molestation against the stepfather, and they divorced and he served 8 months in prison. Her mother remained in contact with that stepfather, and he told her that he had ties to the gangs and he could have ████████ killed because he felt that she was responsible for him being turned in for the abuse. At this time, ████████ was twelve and reports that she began to feel hopeless and helpless and felt her first suicidal thoughts. She asked her mother if she could be placed in a reform school so that she would be safe from the stepfather. She intended to stay for only a couple of weeks but ended up staying for several months and she began to think of moving to the US for safety and to improve her academic experiences. She eventually ended up involved in gang activity when they threatened her and made her act as security overlooking someone that they wanted to keep hidden until they could return and kill him. She ran away, received more threats, and decided at that time to come to the US.

**Exhibit 22**
**Page 166**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Name: ▮▮▮▮▮▮▮

Case#: ▮▮▮▮▮

▮▮▮▮▮ had not attended school in about three years and was working as a housekeeper for a couple. She ended up traveling to the US with this couple and they hired a guide, in return for traveling safely with them and providing her boss with his insulin medications along the way. At the border, ▮▮▮▮▮ turned herself over to border guards and was sent to Southwest Key in Clint, Texas for shelter while her legal options were reviewed. While in shelter, she disclosed much of her abuse history, and after a couple of months of incarceration, her mood began to swing and she began to engage in minor incidences. On 4-29-17 she got upset because of consequences from her misbehavior, and she broke a mirror and used the glass to poke herself. Then on 6-13-17 she disclosed that she had been court ordered to return to reform school when Child Protection Services mistakenly assumed that her mother had not complete court ordered services from previous reports of abuse. She and three girls ran away from the home and were returning to their families' homes when gang members captured them and put them inside a house full of weapons and MS-13 gang members. She reports that she was hit on the head with a gun and raped by multiple gang members, and only the youngest of the three other girls was not raped. They were released that afternoon and threatened with death if they were to ever tell anyone about this incident. She left for the US nine days later.

▮▮▮▮▮ was seen by a psychologist on 7-5-17 and was diagnosed with Major Depressive Disorder and Generalized Anxiety Disorder. By 8-2-17 she was making suicidal comments and asked her clinician for help. She was sent to El Paso Behavioral Health System mobile unit and sent for a psychiatric evaluation on 8-4-17. The hospital made a recommendation of residential care, and a transfer request was generated on 8-29-17. She was transferred to Shiloh Treatment Center on 9-7-17 for subacute care and a 30-day psychiatric evaluation.

| | |
|---|---|
| Aliases: | None. |
| Marital Status: | Single |
| Abuse, Neglect, Persecution, or Exploitation: | ▮▮▮▮▮ has a history of physical abuse by her stepfather, and rape by a number of MS-13 gang members. |
| Typical Day in Home Country: | ▮▮▮▮▮ has not attended school in the past three years. She was working for a couple doing housekeeping since December of 2016. She would start at 7 or 8 am doing chores around their house. She also cared for her younger siblings and an intellectually and physically challenged sister. When she was done with work, she would often go |

**Exhibit 22
Page 167**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Name: █████████████

Case#: █████████

out and play soccer or volleyball with her friends.

**Physical Characteristics:**

Size:

5'-0" and 119 lbs.

Characteristics:

████████ appears her stated age of 16 years. She has dark hair and dark eyes, and medium complexion.

**Religious Preference:**

Nondenominational

Special Religious Needs:

None.

**Migration History:**

Following being gang-raped by MS-13 gang members and being threatened if she ever told, ████████ decided to travel to the US. She traveled with an adult couple that she cared for and worked for as housekeeper, as well as helped the man with his insulin medications. They left the day after Christmas, traveling by bus and car to Mexico where they stayed in hotels and houses along the way. They walked across the immigration bridge and ████████ turned herself in to authorities.

Left Country:

12-26-16

Arrived in US:

1-6-17

Apprehension by Immigration:

Turned herself in at the border upon arrival.

**Legal History:**

None.

**Medical and Dental Status:**

Prior to arrival at Shiloh, TB was negative. It was identified that her appendix was removed when she was 15. EKG was normal, and she passed her hearing screening bilaterally. Vision was 20/50 bilaterally.

**Mental Health History:**

████████ reports that she began to feel suicidal feelings, without intent or plan, following the arrest of her stepfather for allegedly abusing her siblings and he telling her that he had gang ties and could have her killed, if he wished.

**Drug and Alcohol Abuse:**

████████ denied use of drugs other than trying a beer and a couple puffs of marijuana once at a party, and smoking a couple of cigarettes.

| Substance | Age First Use | Frequency | Severity |
|---|---|---|---|
| None | | | |

**Exhibit 22**
**Page 168**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Name: ███████████

Case#: ███████████

**Placement History:**

| Provider | Begin/End | Reason | Type of Care | Outcome |
|---|---|---|---|---|
| Shiloh Treatment Center | 9/7/17–ongoing | 30-day psychiatric evaluation | Residential Treatment Center – Subacute Level | Current |
| El Paso Behavioral Health Services | 8/3/17–8/14/17 | Suicidal ideation | Inpatient Psychiatric | Returned to SWK with recommendation for residential care |
| SWK-Clint, TX | 1/8/17–9/7/17 | Unaccompanied minor | Shelter | Stepped up to Shiloh following psychologist recommendation |

| | |
|---|---|
| **Previous Diagnosis:** | Major Depressive Disorder. Generalized Anxiety Disorder. Unspecified Depressive Disorder. R/O PTSD. Major Depressive Disorder, Recurrent, Moderate, without Psychotic Features. |
| **Developmental History:** | Her mother denied any complications with delivery and pregnancy, and denied using any drugs or alcohol while pregnant. No developmental delays were encountered. |
| **Educational History:** | ███████ attended school for eight years and completed the 8th grade prior to dropping out and working as a housekeeper. |
| Literacy: | Literate in Spanish |
| Total Years of School: | 8 |
| Last Year of School: | 2015 |
| Name of Last School: | Centro Escolar Canton Milingo |
| **Vocational History:** | ███████ worked as a housekeeper and nurse for an adult couple, the husband suffered from diabetes and required regular insulin shots. |
| **Medical History:** | History of removal of appendix. |
| **Family History:** | Family history of mental illness was not reported. |
| **Family Information:** | ███████ had been living in San Salvador, El Salvador with her mother, stepfather, older sister, and two younger brothers. Her father passed |

**Exhibit 22**
**Page 169**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Name: ███████████████

Case#: ███████

away when ████████ was five years old, and her first stepfather was physically abusive toward her mother and a handicapped sister. After several years, the brothers made allegations of sexual molestation against the stepfather, and they divorced and he served 8 months in prison. Her mother remained in contact with that stepfather, and he told her that he had ties to the gangs and he could have ████████ killed because he felt that she was responsible for him being turned in for the abuse. Her mother has since married another stepfather.

| Name | Relationship | Age | Location | Last Contact |
|---|---|---|---|---|
| *Parent(s), Siblings, or Other Persons Client Lived With in Country of Origin:* | | | | |
| ████████ | Stepfather | ?? | El Salvador | Current |
| ████████ | Mother | 34 | El Salvador | Current |
| ████████ | Sister | 17 | El Salvador | Current |
| ████████ | Brother | 13 | El Salvador | Current |
| ████████ | Brother | 14 | El Salvador | Current |

Client's Children: ☐ Yes ☒ No

None

*Relatives and Close Family Friends in the US:*

████████████████████████████████████

**Social History:** ████████ gets along well with peers. She has no issues with authority figures. She enjoys listening to music and playing soccer and volleyball. She identifies as heterosexual in orientation, and reports being sexually active with at least three consensual adult male partners.

**Financial Status:** Currently completely dependent upon her caretakers.

**Psychological and Emotional History:** ████████ appears to be suffering from depressed mood and anxiety with post traumatic symptoms She reports that she has suffered from increased anger and anxiety in recent months since she has been incarcerated by ORR and unable to reunify with her family.

**Behavioral Characteristics:** ████████ is generally cooperative and friendly with peers with no aggression. She is usually cooperative, and rarely engages in aggressive behavior. She enjoys playing outdoor sports and listening to music.

**Mental Status:** At intake, mood was stable with appropriate affect. Thought content was appropriate with goal directed thought processes. Consciousness was alert, and she was oriented to person, place, time, and circumstance. Judgment was reasonable and she had good insight.

**Diagnosis:**

Date of assessment: 9-8-17

**Exhibit 22**
**Page 170**

**Admission Assessment**                                    Name: ████████████
Shiloh Treatment Center, Inc.                                              Case#: ████████

Assessment By:   Javier Ruiz, MD

DSM-5 Evaluation:   Axis I:        296.90 Mood Disorder Not Otherwise Specified
                                   309.81 Posttraumatic Stress Disorder
                                   H/O 304.30 Cannabis Dependence
                                   H/O 296.33 Major Depressive Disorder, Recurrent,
                                   Severe Without Psychotic Features
                                   R/O 314.01 Attention-Deficit/Hyperactivity Disorder,
                                   Combined Type
                                   R/O 300.02 Generalized Anxiety Disorder
                    Axis II:       R/O V62.89 Borderline Intellectual Functioning
                    Axis III:      Postive HPV
                    Axis IV:       Severe
                    Axis V:        40

Current Needs:         ████████ requires placement in a residential treatment center in order to
                       be properly supervised and assist her with coping with her mood
                       instability and suicidal impulses while she is given a 30-day psychiatric
                       evaluation.

Immediate Treatment   1.   Provide a safe and secure environment with close monitoring and
Goals and Objectives:      scheduled routine.
                      2.   Provide individual and family counseling services to address past
                           psychological and emotional events.
                      3.   Provide educational and vocational services.
                      4.   Provide psychiatric evaluation and medication management by a
                           psychiatrist.

Long-term Treatment   1.   Resolve migratory status.
Goals and Objectives: 2.   Continue reunification process with her cousin in New York.

Placement             The Office of Refugee Resettlement -- Department of Unaccompanied
Expectations:         Children expects Shiloh to evaluate her mental health needs related to
                      her history of self-injurious behavior, suicidal ideation, and depressed
                      and anxious mood, and to determine if she qualifies for any legal relief
                      and continue with the reunification process.

Family Involvement:   She will have phone calls twice a week unless an order is completed by
                      her treating psychiatrist to prohibit contact until she is more stable.

Sponsor Information:  She is currently under the guardianship of the Department of
                      Unaccompanied Children. Her cousin lives in New York and is being
                      reviewed to determine if he would be a viable sponsor.

Discharge Plans:      She will be considered for discharge when one or all of the following
                      criteria have been met:

**Exhibit 22
Page 171**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Name: ███████████████

Case#: ███████

1. She is no longer a danger to herself or others with mood instability, suicidal ideation, and self-injurious behaviors.
2. She has demonstrated meaningful participation in treatment.
3. Her behavior no longer requires residential treatment.

**Assessments:**

| Date | By | Document |
|------|-----|----------|
| 9/8/17 | Javier Ruiz, MD | Initial Psychiatric Assessment |
| 9/7/17 | Josephine Avila, MA | Psychosocial Assessment and Initial Staff Briefing-Shiloh Treatment Center |
| 8/14/17 | Lilia Hernandez | Transfer Request-SWK |
| 8/24/17 | Lilia Hernandez | Case Review-SWK |
| 1/8/17 | Lilia Hernandez | UAC Assessment-SWK |
| 1/7/17 | Alina Perez, PhD | Psychological Evaluation |
| Various | Various | SIR |

**Strengths:**
1. Has family in the US.
2. Good academic experience.
3. Resilient, insightful, and goal oriented.

**Weaknesses:**
1. Mood swings with self-injurious and suicidal impulses.
2. Increased anxiety and impulsive behavior.
3. Difficult history with multiple traumatic events.

**Major Stressors:**
1. Separation from family.
2. Frustration with lengthy reunification process.
3. Experiences self-injurious and suicidal impulses when overwhelmed.

**Skills:**
1. Domestic skills.
2. Good academic experience.
3. Good social skills.

**Risk Factors:**
Monitor for mood instability, suicidal ideation, and self-injurious behavior.

**Conclusion:**
Due to her current mental and emotional functioning, the least restrictive environment necessary to care for her needs is in a highly structured residential subacute treatment setting. She should initially have trained staff to provide one-on-one supervision to monitor her as her mood stabilizes. She should receive counseling to address the traumatic events of the past and to explore her symptoms and learn coping skills to refrain from suicidal and self-injurious ideation and

**Exhibit 22
Page 172**

**Admission Assessment**
Shiloh Treatment Center, Inc.

Name: ▮▮▮▮▮▮▮
                                          Case#: ▮▮▮

attempts. She should receive psychiatric services to monitor her symptoms and manage medication.

**Prognosis:**
Her prognosis is fair to good. The estimated length of treatment is 30 days.

**Treatment Services to be Provided:**

1. She will be seen by Javier Ruiz, MD for weekly medication monitoring, or as needed.
2. She will receive 2 hours of individual therapy weekly to be provided by Josephine Avila, LPC.
3. She will receive 1 hour of group therapy weekly to be provided by Ana Grant, LPCI.

**Recommended Behavior Management Plan:**
Her treatment team will assist her in decreasing the following behaviors: self-injurious behavior, suicidal ideations, anxiety, depressed mood, and mood instability.

**Recommendations for Assessment:**
She will receive a treatment summary indicating Shiloh's findings and treatment recommendations.

**Admission Assessment Prepared by:**

Scott M. Codon, MA, LPC

**Date Prepared:**
9-15-17