# Exhibit 27

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 27
Page 208

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

## Service Plan Review

Client: ▮▮▮▮▮▮▮▮▮▮  Date of Review: January 25, 2018

Reason for Service Plan Review: ☐ Initial Service Plan Review ☑ Monthly Treatment Review Staffing
☐ Quarterly Treatment Plan Review Staffing  ☐ ARD Meeting
☐ Other: (Explain)

This Service Plan Review is an addendum to the Individual Service Plan dated below.

**Date of Current Individual Service Plan:** 09/28/17

**Dates of Review:** From: 12/19/17  To: 01/16/18

**Changes in Services and/or Providers:** (Document on ISP Face Sheet.)
Case Manager - Juana Medina; Clinician - Josephine Avila, MA, LPA; Psychiatrist - Javier Ruiz, MD

**Psychiatric Services:** Provider Javier Ruiz, MD

Psychiatric Treatment During Reporting Period and Needs to be Addressed:
No psychiatric monitoring during this reporting period.

Axis I Diagnosis: (List All.)

300.02 Generalized Anxiety Disorder
309.81 Posttraumatic Stress Disorder
314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type
H/O 296.33 Major Depressive Disorder, Recurrent, Severe Without Psychotic Features
H/O 304.30 Cannabis Dependence

Axis II Diagnosis: (List All.)  R/O V62.89 Borderline Intellectual Functioning

Current GAF Score: 60  Date: 12/18/17  Provider: Javier Ruiz, MD

Change in Diagnosis: N/A

Rule-Out Diagnosis to be Clarified: (>6 months)

R/O V62.89 Borderline Intellectual Functioning

Plan to Clarify Rule-Out Diagnosis: Continue evaluation of the minor.

Psychotropic Medications: (List All.)

Adderall XR(C-II) - 20mg - Take 1 tablet every morning
Melatonin – 3mg – Take 1 tablet at bedtime
Prozac (Fluoxetine) – 20mg – Take 1 capsule at bedtime

Focus of Psychiatric Treatment:

▮▮▮▮▮ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors.

Changes in Psychotropic Medications:

No changes in medication during this reporting period.

Observed Response to Change:  N/A

Side Effects Observed or Reported:  None at this time

Overall Effectiveness:  Effective

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

Psychotropic Medication Compliance: ▉▉▉▉ complies by taking all medication as prescribed.

Plan to Address Psychiatric Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

▉▉▉▉ will continue to meet with her treating psychiatrist on a monthly basis for Psychiatric Monitoring.

**Medical Services:**   Provider   Angelina Farrella, MD

Medical Treatment During Reporting Period and Needs to be Addressed:

12/27/17: 1. Impression: Positive lower lid hardeolum
2. Plan: Johnson & Johnson no tears shampoo BID (scrub eyelids and stye). No makeup or wash completely off daily.

1/5/18: Regarding: Follow up for monitoring of HPV lesion treatment-no contraception was approved by PCU.
Findings: *No notes returned from visit.
Brad called on 1/8/18 and spoke with Nurse Barbara about getting the notes from the visit. She stated no notes were posted and I should call back in a couple days. Brad called back on 1/10/18 and left a message at 9:35am on voicemail for nurse. Nurse called back at 10:32am and stated she will have to contact doctor to see what her recommendations are for the treatment.
Recommendations: Brad spoke with Nurse Barbara about the visit and was informed the Imiquimod treatment is finished and that a Nexplenon was implanted in patient. Brad informed the nurse this was not approved by insurance or ORR and that was not the reason for the visit. Nurse stated that the escort with the patient had signed the consent form for it. Brad stated that the forms sent with the patient clearly stated that contraception devices were not approved and that was not why the appointment was made. Brad also had scheduling note on the appointment that this was a follow up only. (Yvette with scheduling double-checked the note on 1/11/18 at 10:41am). Nurse Barbara said she would inform her manager and have her call Brad whenever she was finished with her meeting. Brad also informed Doug P. and Tabatha K. about the situation and will continue to update once more information is gathered regarding what needs to be done about the implant.

1/10/18: 1. Impression :Pharyngitis
2. Plan: Symptoms treatment.
3. Results: negative

Non-Psychotropic Medications: (List All.)

Imiquimod cream 5%(Topical immunomodulator) - 5% topical cream - Apply 3x week before bedtime (Mon, Wed, Fri); leave on for 8-10 hours then wash off

Changes in Non-psychotropic Medications:   Imiquimod cream 5%(Topical immunomodulator) was added

Medication Compliance:   Compliant

Plan to Address Medical Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

Continue to monitor behaviors, medication compliance, report significant concerns and issues to psychiatrist and clinician, and follow medical orders.

Nutrition and Dietary Needs:   N/A

Height: 60 inches   Weight: 143   BMI: 27.92   Date of Measurement: 12/18/17

Plan to Address Dietary Needs: Continue current dietary plan

**Dental Services:**   Provider   Marvin Rodrigue, DDS

Dental Treatment During Reporting Period and Needs to be Addressed:

No dental treatment during this reporting period.

**Behavior Management:** Provider   George Littleton, Doug Manning, Alyn Aluotto and all Direct Care Staff

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

Current Teaching Home: 58C

Behavior Goals and Objectives: Review behavior data from previous reporting period versus the current reporting period.

| Target Behavior | Objective Measure | Total from Last Reporting Period | VS | Total from Current Reporting Period | Outcome Objective Met or Objective Not Met |
|---|---|---|---|---|---|
| Suicidal Ideation | 0 Incidents | 0 | vs | 0 | Objective Met |
| Depressive Symptoms | Decrease by 25% | 2 | vs | 2 | Objective Not Met |
| Mood Instability | Decrease by 25% | 34 | vs | 38 | Objective Not Met |
| Self-Injurious Behavior | 0 Incidents | 0 | vs | 0 | Objective Met |
| Substance Abuse | 0 Incidents | 0 | vs | 0 | Objective Met |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |

Analysis of interventions (from Behavior Report) and Directions to Staff:
Staff Counseling .38%; Encouragement 1.52%; Active listening 34.58%; Positive Reinforcement 1.02%; Verbal Redirection 3.43%; Monitoring 50.38%; Verbal Prompt 8.69%

Plan to Achieve Objectives Not Met This Reporting Period: (Specific Techniques and Strategies.)
*Consider identified antecedents and triggers of behavior, staff interventions, actions client can take.*
Treatment team will continue to work with ▆▆▆▆ and monitor behaviors to help her meet objective goals.

New Behavioral Needs: No new behavioral needs at this time.

Plan to New Behavioral Address Needs: N/A

Other Observations, Treatment Issues or Comments:
N/A

Emergency Behavior Interventions: (Dates of Emergency Intervention. Specific Patterns Identified.)

Therapeutic Holds: 0

Emergency Medication: 0

Plan for Reduction: (Specific Tasks, Techniques and Strategies.)
Staff will continue to closely monitor ▆▆▆▆.

Review of Safety Contract: (Is Client Adhering to Contract? Do Changes Need to be Made to Contract?)
Client is adhering to contract but requires redirection at times.

Review of Preferred De-escalation Techniques: (Are the Techniques Listed on ISP Still Current? Are There Any Changes?)
▆▆▆▆ reports her preferred de-escalation techniques include listening to music and writing.

Current Restrictions and/or Precautions: N/A

Current Level of Supervision: (General Supervision Level, Not When in Crisis.)
Close proximity

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

Reason for Change in Level of Supervision: (If Applicable.)  N/A

**Individual Counseling:**  Provider  Josephine Avila, MA, LPA

Focus of Treatment:

12/21/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She engaged in discussing her homework assignment. She reported getting along well with peers and staff and reported no emotional or behavioral disturbances. Client and clinician engaged in different activities and worked on relaxation techniques. Client was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

1/4/18: Met with client for session. She appeared calm, cheerful, alert, and talkative. She was very cheerful because her case has begun to move forward. She reported getting along well with peers and staff. She reported no emotional or behavioral disturbances. She engaged in conversation with clinician on events that happened during the weekend. She engaged in an activity with the clinician. She then was allowed to call her grandfather in U.S. and mother in COO. She had a positive conversation with her grandfather and her mother. Her grandfather was supportive and discussed the process of the case with the client. No issues were noted with family dynamics. She was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

1/10/18: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported getting along well with peers and staff. She reported no emotional or behavioral disturbances. She engaged in conversation with clinician on events that happened during the weekend. She engaged in an activity with the clinician. She then was allowed to call her mother. She had a positive conversation with her mother and she discussed some dreams she had been having. They also talked about different topics and past situations. Mother was supportive and listened attentively to client. After the call, client and clinician engaged in discussing her dreams. She appeared calm and no immediate mental health concerns were evident. She was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

Participation and Progress:

███████ continues to meet with her therapist on a weekly basis.

**Family Counseling:**  Provider  Josephine Avila, MA, LPA

Person(s) Participating:  Client, Clinician, Sponsor

Focus of Treatment:

1/4/18: Family session was conducted with client, clinician, and sponsor. She engaged in a positive conversation with her sponsor (grandfather). Her grandfather was supportive and discussed the process of the case with the client. No issues were noted with family dynamics. Will continue to conduct monthly family sessions with client and sponsor.

Participation and Progress:

Grandfather was supportive and discussed the process of the case with the client.

**Group Counseling:**  Provider  Ana Grant, LPC-I

Focus of Treatment:

12/19/17: Objective: Client engaged in a game of UNO to learn social skills.
1. Client will learn to take turns, while playing with peers.
2. Client will learn to read facial expressions while playing UNO.
Material: UNO cards
Participation: Minor participated in session. Her mood was irritable. Minor was mad at a peer. We discussed how reacting in a negative manner could affect her case.

12/21/17: Objective: Client made Christmas Crafts.

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

1. Client will discuss traditions of Christmas in their culture.
2. Client will process being away from country.
Material: Christmas crafts
Participation: Minor participated in session. Her mood was calm. Minor worked on crafts, and discussed her traditions. Minor appeared remorseful over not spending time with family in past. We talked about forgiving self, and learning to appreciate family.

12/26/17: Objective: Client will get to choose a topic that he/she would like to talk about.
1. Client will roll a di, and then discuss the topic where the di landed.
2. Client will process different emotions, will discuss family, and goals.
Material: Di and worksheet What do I want to talk about?
Participation: Minor participated in session. Her mood was normal; however, minor expressed feeling angry and down. She talked about her past experiences, and the love of her mother. Therapist listened attentively, and we discussed ways to correct past behavior.

12/28/17: Objective: Client will get to know self and others.
1. Client will answer questions about social settings.
2. Client will learn empathy and understanding of self and others.
Material: List of questions
Participation: Minor participated in session. Her mood was normal, and minor was engaged in activity. She talked about the mistakes she has made, and how she plans to change them. We discussed the importance of not making the same mistakes.

1/2/18: Objective: Client will work on crafts.
1. Client will identify 5 coping skills that will help him/her calm down.
2. Client will discuss 1 additional new skill that he/she would like to work on.
Material: Popsicle sticks, glue, and letters
Participation: Minor participated in session. Her mood was upbeat, and she was engaged in activity. Minor discussed her coping skills with the her peers, and compared her experiences with the others.

1/10/18: Objective: Client will learn to notice what makes him feel angry.
1. Client will learn to let go of anger in a safe manner.
2. Client will use a fire vision to write or draw things that may cause anger.
Material: Picture of dragon and fire, scissors, glue, colors.
Participation: Minor participated in session. Her mood was appropriate. Minor tried to dominate group discussion. We discussed the opportunity to allow others have a turn.

Participation and Progress:

███████ participates in group sessions.

**Substance Abuse Counseling:** Provider N/A

Participation and Progress:

N/A

**Other Service Provided:** (Speech Therapy, Occupational Therapy, Applied Behavior Analysis, Specialized Counseling.)

Other Service: N/A          Provider N/A

Participation and Progress:

N/A

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

**Education Services:** Provider   George Littleton

Current Educational Functioning Levels/Grade Levels:

Minor continues to make progress towards her educational goals.

Participation and Progress:

▇▇▇ continues to participate in class and completes her assignments.

Educational Needs and Weaknesses:

▇▇▇ will be placed into modified 11th grade courses. She will receive vocational and acculturation assignments weekly. An emphasis will be placed on assimilation skills.

Plan to Address Educational Needs:

▇▇▇ will continue to be provided with direct academic instructions of 30 hours a week (G. Littleton).

Skills and Preparation for Independent Living:   (Client 16+)

▇▇▇ is learning about meal preparation and daily skills for independent living.

Participation and Progress:

▇▇▇ can perform these duties with minimal assistance.

**Social Skills Training:**   Provider    George Littleton

Deficits and Priorities:

▇▇▇ experiences mood dysregulation.

Participation and Progress:

▇▇▇ participates in group therapy.

**Recreation and Leisure Skills:**   Provider    Chesley Sharp, Alyn Aluotto, Doug Manning, and all staff.

Recreation and Leisure Activities:   (Specific Activities.)

▇▇▇ enjoys playing basketball and soccer.

Participation and Progress:

▇▇▇ engages in recreation activities during leisure time.

Community Recreation and Leisure Activities:   (Specific Activities.)

▇▇▇ enjoys drawing and writing.

Participation and Progress:

▇▇▇ engages appropriately.

**Life Skills Training:** Provider    George Littleton and Direct Care Staff

Deficits and Priorities:

Household chores in the home and classroom

Participation and Progress:

▇▇▇ completes daily hygiene and assigned chores.

**Sexual Health Education Group:** (Client 13+)  Provider  N/A

Participation and Progress:

This service is not being provided at this time.

Revised 08/07/16          Copy to Travel Folder, Education Chart, and Medical Chart          Page 6 of 9

Exhibit 27
Page 214

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

**Family Communication and Visitation:** (List visits and phone calls during reporting period. Identify participants. Report outcome of calls and visits.)

▓▓▓▓ receives two phone calls on a weekly basis (15 minutes each).

**Legal Needs and Issues:** (List all legal providers, any contact with legal representative, contacts with the legal system, any completed or pending court dates, probation requirements, and new charges)

KYR presentation and Legal screening provided by the Cabrini Center. Minor has received a Good Faith letter from Cabrini Center.

**Case Coordination:** (Tasks service director completed on client's behalf during the reporting period. Tasks to be completed by the service director during the next reporting period.)

12/19/17: CA/N checks were requested on 12/18/17; fingerprint appointment was requested on 12/19/17; sponsor stated on 12/18/17 that he needed to find a new place to live due to one of his household members not wanting to provide their information. The sponsor stated the household member has a son that was in jail for 8 years due to being in a gang (son does not live in the home). Sponsor stated he would contact CM on 12/19/17 if he has been able to secure a new residence. Pending doctor's recommendation for release.

12/21/17: An appointment was scheduled for the sponsor for 1/4/18.

1/8/18: No record found on sponsor's background check. Sponsor sent picture of receipt given for paying a deposit on his apartment.

1/9/18: An LOPC appointment was scheduled for the sponsor for February 22, 2018. Received sponsor's birth certificate from minor's mother in Honduras.

1/10/18: Received CA/N checks for the sponsor with no records found. Requested to have sponsor's birth certificate verified as it appears to be written on notebook paper. Submitted case for home study.

1/11/18: Birth certificate sent to be verified. Home study TPR provided.

**Discharge Plan:** (Current Plan.)

Continue reunification process with minor's grandfather.

**Participation and Progress:**

At this time, minor's potential sponsor would be her grandfather. The minor's grandfather has been contacted and he stated he will complete requirements for reunification.

**Outcome of Review:** Continue Current Placement

**Specify Justification for Outcome:**

Doctor continues to recommend RTC services at this time.

**Updated Estimated Length of Stay:** 30 Days

**Other Client Needs or Issues:** (Assessments, Clothing, Cultural Needs, Special Procedures, Etc.)

N/A

**In-person Meeting(s):** (Describe information discussed with client during reporting period.)

Case Manager has met with minor twice weekly to provide phone calls to her family in home country.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

**Additional Comments:** (Include information discussed with client during meeting.)

N/A

☑ Service plan shared and reviewed with client. (If not, explain in Additional Comments.)