CHAD A READLER
Acting Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 305-7816
    Fax:   (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al.,<br>Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al.,<br>Defendants | Case No.: 2-18-CV-05741<br><br>[PROPOSED] ORDER GRANTING MOTION TO DISMISS, DENYING MOTION FOR CLASS CERTIFICATION WITH PREJUDICE, AND DISMISSING COMPLAINT<br><br>Hearing on Motion to Dismiss and Class Certification:<br>September 14, 2018<br><br>Honorable Judge Dolly Gee |

For the reasons explained in Defendants' Motion to Dismiss and Opposition to Class Certification, and for good cause shown, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED.

It is further ORDERED that Plaintiffs' Motion for Class Certification is DENIED WITH PREJUDICE as duplicative.

It is further ORDERED that this case is DISMISSED.

SO ORDERED this _____ day of September 2018.

_____
HONORABLE DOLLY GEE
UNITED STATES DISTRICT JUDGE

1  Presented by:
   CHAD A READLER
2  Acting Assistant Attorney General
   Civil Division
3  ERNESTO H. MOLINA, JR.
   Deputy Director
4  BRIENA L. STRIPPOLI
   Senior Litigation Counsel
5  BENJAMIN MARK MOSS
   Trial Attorney
6  MARINA STEVENSON
   Trial Attorney
7
      /s/  Andrew B. Insenga
8  ANDREW B. INSENGA
   Trial Attorney
9  Office of Immigration Litigation
   Civil Division
10 U.S. Department of Justice
   P.O. Box 878
11 Ben Franklin Station
   Washington, DC 20044
12 Phone:  (202) 305-7816
   Fax:  (202) 616-4950
13 andrew.insenga@usdoj.gov
   Attorneys for DEFENDANTS
14
15
16
17
18
19
20

# CERTIFICATE OF SERVICE

I certify that, on August 17, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiffs' counsel of record.

CHAD A READLER
Acting Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

   /s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-7816
Fax: (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS