1  CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights & Constitutional Law
2  256 South Occidental Boulevard
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693
   Email: crholguin@centerforhumanrights.org
4

5  *Listing continues on next page*
   *Attorneys for Plaintiffs*
6

7

8                  UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  LUCAS R., by his next friend MADELYN
    R.; DANIELA MARISOL T., by her next        Case No.  2:18-cv-05741
12  friend KATHERINE L.; MIGUEL ANGEL
    S., by his next friend GERARDO S.;          **PLAINTIFF'S EXHIBITS IN SUPPORT OF**
13  GABRIELA N., by her next friend ISAAC       **MOTION FOR PRELIMINARY**
    N.; JAIME D., by his next friend REYNA      **INJUNCTION RE: PLAINTIFF LUCAS R.**
14  D.; SAN FERNANDO VALLEY REFUGEE
    CHILDREN CENTER, INC.;                      **[EXHIBITS 62-64]**
15  UNACCOMPANIED CENTRAL AMERICAN
    REFUGEE EMPOWERMENT,
16
                  Plaintiffs,
17
           v.
18
    ALEX AZAR, Secretary of U.S.
19  Department of Health and Human
    Services; E. SCOTT LLOYD, Director,
20  Office of Refugee Resettlement of the
    U.S. Department of Health & Human
21  Services,

22                Defendants.

23

24

25

26

27

28
                                    EXHIBITS 62-64 IN SUPPORT OF MOTION FOR
                                           PRELIMINARY INJUNCTION
                                                2:18-CV-05741

1   *Counsel for Plaintiffs, continued*

2   HOLLY S. COOPER (Cal. Bar No. 197626)
    Co-Director, Immigration Law Clinic
3   CARTER C. WHITE (Cal. Bar No. 164149)
    Director, Civil Rights Clinic
4   University of California Davis School of Law
    One Shields Ave. TB 30
5   Davis, CA 95616
    Telephone: (530) 754-4833
6   Email: hscooper@ucdavis.edu
            ccwhite@ucdavis.edu
7
8   LEECIA WELCH (Cal. Bar No. 208741)
    NEHA DESAI (Cal. RLSA Bar No. 803161)
9   POONAM JUNEJA (Cal. Bar No. 300848)
    National Center for Youth Law
10  405 14th Street, 15th Floor
    Oakland, CA 94612
11  Telephone: (510) 835-8098
    Email: lwelch@youthlaw.org
12          ndesai@youthlaw.org
            pjuneja@youthlaw.org
13
    CRYSTAL ADAMS (Cal. Bar No. 308638)
14  National Center for Youth Law
    1313 L St. NW, Suite 130
15  Washington, DC 20005
    Telephone: (202) 868-4785
16  Email: cadams@youthlaw.org

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBITS 62-64 IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
2:18-CV-05741

1    I, Carlos Holguín, do hereby declare that true and correct copies of the

2  following documents are attached hereto:

3                           **INDEX TO EXHIBITS**

4    No.    Description                                                                    Page(s)

5    62    *Flores v. Sessions*, No. 85-4544, Order Approving Compromise

6          of Class Action (C.D. Cal. Jan. 28, 1997) ................................................. 1-7

7    63    Supplemental Declaration of Dr. Amy Cohen, M.D., August 16,

8          2018 (proposed to be filed completely under seal) ................................ 8-16

9    64    Declaration of James Owens, June 12, 2018 ....................................... 17-22

10

11   I declare under penalty of perjury that the foregoing is true and correct.

12   Executed on this 17th day of August, 2018, at Santa Clarita, California.

13                                   Respectfully submitted,

14                                   CARLOS HOLGUÍN

15                                   Center for Human Rights & Constitutional
                                     Law
16

17                                   */s/ Carlos Holguín*
                                     Carlos Holguín
18

19

20

21

22

23

24

25

26

27

28

EXHIBITS 62-64 IN SUPPORT OF MOTION FOR
PRELIMINARY INJUNCTION
2:18-CV-05741