# Exhibit 62

**Exhibit 62**
**Page 1**

| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | Carlos Holguín |
|   | Peter A. Schey |
| 3 | 256 South Occidental Boulevard |
|   | Los Angeles, CA 90057 |
| 4 | (213) 388-8693 |
| 5 | NATIONAL CENTER FOR YOUTH LAW |
|   | Alice Bussiere |
| 6 | James Morales |
| 7 | 114 Sansome Street, Suite 905 |
|   | San Francisco, CA 94104 |
| 8 | (415) 453-3307 |
| 9 | *Attorneys for Plaintiffs* |
| 10 | MICHAEL JOHNSON |
|    | Assistant United States Attorney |
| 11 | 300 N. Los Angeles St., Rm. 7516 |
| 12 | Los Angeles, CA 90012 |
| 13 | ALLEN HAUSMAN |
|    | Office of Immigration Litigation |
| 14 | Civil Division |
|    | U.S. Department of Justice |
| 15 | P.O. Box 878, Ben Franklin Station |
| 16 | Washington, DC 20044 |
| 17 | *Attorneys for Defendants* |
| 18 | *Additional counsel listed next page* |

FILED
CLERK, U.S. DISTRICT COURT
JAN 28 1997
CENTRAL DISTRICT OF CALIFORNIA
BY

LODGED
CLERK, U.S. DISTRICT COURT
JAN 17 1997
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY LISETTE FLORES, et al., | ) | Case No. CV 85-4544-RJK(Px) |
|  | ) |  |
| Plaintiffs, | ) | STIPULATION RE NOTICE AND APPROVAL |
|  | ) | OF COMPROMISE OF CLASS ACTION |
| -vs- | ) |  |
|  | ) | [Rule 23(e), Fed.R.Civ.Proc.] |
| JANET RENO, Attorney General | ) |  |
| of the United States, et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

ENTERED ON ICMS

Exhibit 2 - Page 47

Exhibit 62
Page 2

*Plaintiffs' Additional Counsel:*

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Mark Rosenbaum
Sylvia Argueta
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone: (213) 977-9500

STREICH LANG
Susan G. Boswell
Jeffrey Willis
1500 Bank of America Plaza
33 North Stone Avenue
Tucson, AZ 85701
Telephone: (602) 770-8700

*Defendants' Additional Counsel:*

ARTHUR STRATHERN
MARY JANE CANDAUX
Office of the General Counsel
U.S. Immigration & Naturalization Service
425 I St. N.W.
Washington, DC 20536

/ / /

1  This is a class action pursuant to Rule 23(b)(2), Fed.R.Civ.Proc. The parties have
2  entered into an agreement, filed herewith, to settle this action. Rule 23(e) of the Federal
3  Rules of Civil Procedure provides, "A class action shall not be dismissed or compromised
4  without the approval of the court, and notice of the proposed dismissal or compromise shall
5  be given to all members of the class in such manner as the court directs." In accordance with
6  Rule 23(e),

7  IT IS HEREBY STIPULATED by and between the parties through their undersigned
8  counsel as follows:

9  1. Defendants will distribute the notice annexed hereto as Exhibit A to all facilities in
10 which plaintiff class members are regularly detained. The notice will be posted for 30 days
11 in a conspicuous location regularly accessible to class members. The notices will be posted
12 on or before January 24, 1997.

13 3. Plaintiffs' counsel will make available to any class member who requests one a
14 complete copy of the settlement agreement within seven days of receiving the class
15 member's request.

16 4. If no class member files an objection to the settlement on or before February 24,
17 1997, the settlement shall be approved, subject to its terms, without further order of the
18 Court. If a class member files an objection to the settlement on or before February 24, 1997,
19 the parties shall serve and file a response on or before March 10, 1997. The Court may
20 thereafter either schedule a hearing on the fairness of the proposed settlement or approve
21 the settlement over the objection.
22 ///

| | |
|---|---|
| Dated: January 17, 1997. | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW<br>Carlos Holguín<br>Peter A. Schey<br><br>NATIONAL CENTER FOR YOUTH LAW<br>Alice Bussiere<br>James Morales<br><br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>Mark Rosenbaum<br>Sylvia Argueta<br><br>STREICH LANG<br>Susan G. Boswell<br>Jeffrey Willis<br><br>By: _____<br>Carlos Holguín<br>Attorneys for Plaintiffs |
| Dated: January 17, 1997. | MICHAEL JOHNSON<br>Assistant United States Attorney<br><br>ALLEN HAUSMAN<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br><br>ARTHUR STRATHERN<br>MARY JANE CANDAUX<br>Office of the General Counsel<br>U.S. Immigration & Naturalization Service<br><br><br>By: _____<br>Michael Johnson<br>Attorneys for Defendants |
| IT IS SO ORDERED.<br>Dated: January 28, 1997. | _____<br>Senior United States District Judge |

-4-

Exhibit 2 - Page 50

Exhibit 62
Page 5

EXHIBIT A

NOTICE OF COMPROMISE OF CLASS ACTION

To all minors in the custody of the Immigration and Naturalization Service:

A settlement has been reached in a federal class action lawsuit that may affect your rights. The United States District Court for the Central District of California is currently considering whether to approve settlement of the action entitled *Jenny Lisette Flores, et al., v. Janet Reno, Attorney General, et al.*, No. 85-4544-RJK. The settlement will affect the rights of the following persons:

"All minors who are detained in the legal custody of the INS."

The settlement sets out nationwide standards for the detention, release, housing, and treatment of minors in INS custody. Class members who object to the settlement should file a statement setting out their objections with the federal court. The court will consider class members' objections in deciding whether to approve the settlement. The principal terms of the settlement are as follows:

1) The settlement prescribes a general policy favoring the release of minors on bond or recognizance where their detention is not required to secure the minor's appearance before an immigration judge or the INS, or to ensure the minor's safety. The settlement provides that the INS will generally release minors to specified individuals or community programs.

2) The settlement provides that the INS will house detained minors in the least restrictive setting appropriate to the minor's age and special needs, consistent with the INS's interest in ensuring the minor's presence before it and the immigration court. The settlement generally requires that minors be housed in facilities holding a state license for the care of dependent or non-delinquent minors. The settlement provides that in limited circumstances the INS may house minors in secure facilities. These circumstances generally cover minors who have been adjudged delinquents or who are escape-risks.

Class members wishing a complete copy of the settlement may obtain one by contacting plaintiffs' counsel:

Carlos Holguín  
Peter A. Schey  
CENTER FOR HUMAN RIGHTS &  
CONSTITUTIONAL LAW  
256 S. Occidental Blvd.  
Los Angeles, CA 90057  
Telephone: (213) 388-8693  

Alice Bussiere  
James B. Morales  
NATIONAL CENTER FOR YOUTH LAW  
114 Sansome Street, Suite 900  
San Francisco, CA 94104-3820  
Telephone: (415) 543-3307  

Class members who object to the settlement must file their objections with the United States District Court for the Central District of California, 312 N. Spring St., Los Angeles, CA 90012, on or before February 24, 1997. A copy of the objections must also be mailed to one of the lawyers for plaintiffs listed above and to counsel for the defendants, Michael Johnson, Assistant United States Attorney, 300 N. Los Angeles St., Rm. 7516, Los Angeles, CA 90012.

This notice shall remain posted from January 24, 1997, to February 24, 1997.

Exhibit 2 - Page 51

Exhibit 62  
Page 6

EXHIBICION A

NOTICIA DE COMPROMISO DE LA DEMANDA EN GRUPO

A todos los menores que se encuentren bajo la custodia del Servicio de Inmigración y Naturalización.

Un acuerdo se ha conseguido en la demanda federal en grupo que podría afectar sus derechos. La Corte Federal del Distrito de los Estados Unidos por el Distrito Central de California esta actualmente considerando ya sea que se apruebe el acuerdo de la acción titulada *Jenny Lisette Flores, et al., v. Janet Reno, Abogada General, et al., No. 85-4544-RJK*. El acuerdo afectará los derechos de las siguientes personas:

"Todos los menores quienes son detenidos y se encuentren bajo la custodia legal del INS"

El acuerdo emprende nacionalmente las normas sobre detención, libertad, vivienda y tratamiento de menores encontrados bajo custodia del INS. Miembros de clase de esta demanda quienes objecionen a este acuerdo deberan fichar en la Corte Federal una declaración specificando sus objeciones. La corte considerará las objeciones de los miembros de esta demanda en decidir ya sea que se apruebe este acuerdo. Los términos principales del acuerdo son los siguientes:

1)  El acuerdo prescribe una poliza general favoreciendo la libertad de los memores bajo fianza o por reconocimiento cuando su detención no es requerido para asegurar la precencia del menor ante un juez de inmigración o INS, o para garantizar la seguridad del menor. El acuerdo provee que generalmente el INS ponga a los menores que han sido puestos en libertad con individuales específicos o en programas comunitarios.

2) El acuerdo requiere que el Servicio de Inmigración y Naturalización aloje a los menores detenidos al menos en un restrictivo ambiente apropiado a la edad del menor y las necesidades especiales, consistente con el interés del Servicio de Inmigración y Naturalización de asegurar la precensia del menor ante a él y la corte de inmigración. El acuerdo generalmente requiere que el menor sea alojado en fácilidades que tengan una licencia estatal para el cuidado de menores dependientes o que no sean delincuentes. El acuerdo requiere que en circumstancias limitadas el Servicio de Inmigración y Naturalización pueda alojar a menores en facilidades seguras. Estas circunstancias generalmente cubren a menores adjudicados delincuentes o a los que presentan un riesgo a escapar.

Miembros de la clase que deseen una copia completa del acuerdo pueden obtener una al comunicarse con los abogados de la clase:

| | |
|---|---|
| Carlos Holguín | Alice Bussiere |
| Peter A. Schey | James B. Morales |
| CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW | NATIONAL CENTER FOR YOUTH LAW |
| 256 S. Occidental Blvd. | 114 Sansome Street, Suite 900 |
| Los Angeles, CA 90057 | San Francisco, CA 94104-3820 |
| Teléfono: (213) 388-8693 | Teléfono: (415) 543-3307 |

Miembros de la clase que objecionan a este acuerdo deberan fichar sus objeciones con la corte federal del distrito para el Distrito Central de California, 312 N. Spring St. Los Angeles, CA 90012, en o antes del 24 febrero, 1997. Una copia de la objeción debe ser enviada a uno de los abogados de la clase en la lista de arrriba y al abogado de la defensa, Michael Johnson, Abogado Asistente de los Estados Unidos, 300 N. Los Angeles St. Rm.7516, Los Angeles, CA 90012.

Este aviso debe permanecer fija del 24 de enero, 1997, a 24 de febrero, 1997.

Exhibit 2 - Page 52

Exhibit 62
Page 7