1   CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
    Center for Human Rights & Constitutional Law
2   256 South Occidental Boulevard
    Los Angeles, CA 90057
3   Telephone: (213) 388-8693
    Facsimile: (213) 386-9484
4   Email: crholguin@centerforhumanrights.org

5
    *Listing continues on next page*
6   *Attorneys for Plaintiffs*

7

8                  UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11   LUCAS R., by his next friend MADELYN      Case No.  2:18-cv-05741
     R.; DANIELA MARISOL T., by her next
12   friend KATHERINE L.; MIGUEL ANGEL         **[PROPOSED] ORDER GRANTING**
     S., by his next friend GERARDO S.;        **APPLICATION FOR LEAVE TO**
13   GABRIELA N., by her next friend ISAAC     **FILE UNDER SEAL DOCUMENTS**
     N.; JAIME D., by his next friend REYNA    **SUBMITTED IN SUPPORT OF**
14   D.; SAN FERNANDO VALLEY REFUGEE           **REPLY TO OPPOSITION TO**
     CHILDREN CENTER, INC.;                    **MOTION FOR PRELIMINARY**
15   UNACCOMPANIED CENTRAL AMERICAN            **INJUNCTION RE: LUCAS R.**
     REFUGEE EMPOWERMENT,
16
                    Plaintiffs,
17
          v.
18
     ALEX AZAR, Secretary of U.S.
19   Department of Health and Human
     Services; E. SCOTT LLOYD, Director,
20   Office of Refugee Resettlement of the
     U.S. Department of Health & Human
21   Services,
22
                    Defendants.
23

24

25

26

27

28
                                        [PROPOSED] ORDER GRANTING APPLICATION
                                          FOR LEAVE TO FILE UNDER SEAL
                                                  2:18-CV-05741

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
            ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
            ndesai@youthlaw.org
            pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

1    Pending before the Court is Plaintiff Lucas R.'s unopposed application for leave

2  to file under seal Exhibit 63, offered in support of his Reply to the Opposition to

3  Motion for a Preliminary Injunction.

4    Having considered the papers submitted by Plaintiff and having reviewed the

5  material that Plaintiff seeks to seal, the Court HOLDS that Plaintiff's request is

6  narrowly tailored to seal only that material for which compelling reasons have been

7  established and GRANTS his request.

8    Accordingly, it is hereby ORDERED:

9    1.    Plaintiff are granted leave to file under seal Exhibit 63 in support of the

10  Reply to the Opposition to Motion for Preliminary Injunction regarding Plaintiff

11  Lucas R.  Pursuant to Local Rule 79-5.2.2(c), Plaintiff shall e-file the document under

12  seal within three (3) days of the date of this Order.

13    IT IS SO ORDERED.

14

15

16  DATED:                                        _____

17                                                          DOLLY M. GEE
                                                      UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION
                                        FOR LEAVE TO FILE UNDER SEAL
                                        2:18-CV-05741