UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Lucas R., *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>Alex Azar, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>                    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE GABRIELA N. [49]** |

Pending before the Court is Plaintiff Gabriela N.'s unopposed application for leave to file under seal certain exhibits that support her Motion for a Preliminary Injunction. [Doc. # 49.]

Having considered the papers submitted by Plaintiff and having reviewed the material that Plaintiff seeks to seal, the Court finds that Plaintiff's request is narrowly tailored to seal only that material for which compelling reasons have been established and **GRANTS** her request.

Accordingly, IT IS HEREBY **ORDERED**:

1. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 2–5 and 7–34 in support of the Motion for Preliminary Injunction regarding Plaintiff Gabriela N. [Doc. ## 50-1 to 50-32.] Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal **within three (3) days** of the date of this Order.

2. **Within three (3) days** of the date of this Order, Plaintiffs shall refile on the public document the redacted versions of Exhibits 2–5, 7–17, 19–31, and 33. [Doc. ## 49-1 to 49-15, 49-17 to 49-29.]

3. The Court **DIRECTS** the Court Clerk to seal Docket Entry Nos. 48-20 and 49-16.

4. **Within three (3) days** of the date of this Order, Plaintiffs shall refile on the public docket a version of Docket Entry No. 49-16 in which the patient, guardian, and "support person['s]" names and signatures on electronic page numbers 4, 5, and 7 have been redacted.

DATED: August 20, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1.