UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, *et al.*,<br><br>                    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION RE LUCAS R. [54]** |

Pending before the Court is Plaintiff Lucas R.'s unopposed application for leave to file under seal Exhibit 63 offered in support of his Reply to the Opposition to the Motion for a Preliminary Injunction. [Doc. # 54.]

Having considered the papers submitted by Plaintiff and having reviewed the material that Plaintiff seeks to seal, the Court finds that Plaintiff's request is narrowly tailored to seal only that material for which compelling reasons have been established. The Court therefore **GRANTS** his request.

Accordingly, IT IS HEREBY **ORDERED**:

1. Plaintiff is granted leave to file under seal Exhibit 63 in support of the Reply to the Opposition to the Motion for Preliminary Injunction regarding Plaintiff Lucas R. [Doc. # 55-1.] Pursuant to Local Rule 79-5.2.2(c), Plaintiff shall e-file the unredacted document under seal **within three (3) days** of the date of this Order.

IT IS SO ORDERED.

DATED: August 20, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE