1  CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights & Constitutional Law
2  256 South Occidental Boulevard
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693
   Email: crholguin@centerforhumanrights.org
4

5  *Listing continues on next page*
   *Attorneys for Plaintiffs*
6

7

8                 UNITED STATES DISTRICT COURT

9      CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11  LUCAS R., by his next friend MADELYN         Case No.  2:18-cv-05741
    R.; DANIELA MARISOL T., by her next
12  friend KATHERINE L.; MIGUEL ANGEL            **CERTIFICATE OF SERVICE**
    S., by his next friend GERARDO S.;
13  GABRIELA N., by her next friend ISAAC
    N.; JAIME D., by his next friend REYNA
14  D.; SAN FERNANDO VALLEY REFUGEE
    CHILDREN CENTER, INC.;
15  UNACCOMPANIED CENTRAL AMERICAN
    REFUGEE EMPOWERMENT,
16
                Plaintiffs,
17
          v.
18
    ALEX AZAR, Secretary of U.S.
19  Department of Health and Human
    Services; E. SCOTT LLOYD, Director,
20  Office of Refugee Resettlement of the
    U.S. Department of Health & Human
21  Services,
22
                Defendants.
23

24

25

26

27

28

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
           ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
           ndesai@youthlaw.org
           pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
           mkkelley@cooley.com
           jcieslak@cooley.com
           mdonohue@cooley.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 21, 2018, I electronically filed the foregoing document(s) in compliance with L.R. 5-4.1:

**1.     NOTICE OF APPEARANCE OF MEGAN L. DONOHUE**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s).

Dated:   August 21, 2018

_____
Lisa Estrada
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: (858) 550-6000
Fax: (858) 550-6420
Email: lestrada@cooley.com