1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUÍN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on signature page*

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN

11

12 | LUCAS R., by his next friend | Case No.  2:18-CV-05741
   | MADELYN R.; DANIELA MARISOL |
13 | T., by her next friend KATHERINE L.; | **CLASS ACTION**
   | MIGUEL ANGEL S., by his next |
14 | friend GERARDO S.; GABRIELA N., | **JOINT STIPULATION FOR**
   | by her next friend ISAAC N.; JAIME | **CONTINUANCE OF HEARING**
15 | D., by his next friend REYNA D.; SAN | **DATE ON (1) PLAINTIFFS'**
   | FERNANDO VALLEY REFUGEE | **MOTION FOR CLASS**
16 | CHILDREN CENTER, INC.; | **CERTIFICATION AND (2)**
   | UNACCOMPANIED CENTRAL | **DEFENDANTS' MOTION TO**
17 | AMERICAN REFUGEE | **DISMISS**
   | EMPOWERMENT, |
18 |                              | Date: September 14, 2018
   |              Plaintiffs,      | Room: 8C, 8th Floor
19 |                              | Hearing:  9:30 a.m.
   |        v.                     |
20 |                              | Complaint Filed: June 29, 2018
   | ALEX AZAR, Secretary of U.S. | Trial Date: None Set
21 | Department of Health and Human | Judge: Hon. Dolly M. Gee
   | Services; E. SCOTT LLOYD, Director, |
22 | Office of Refugee Resettlement of the |
   | U.S. Department of Health & Human |
23 | Services, |
   |                              |
24 |              Defendants.      |

25

26

27

28

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties hereby stipulate and jointly move the Court to continue the hearing date and related deadlines for both (i) Plaintiffs' Motion for Class Certification and (ii) Defendants' Motion to Dismiss from September 14, 2018 to September 21, 2018.  In support of the motion, the Parties state as follows:

1.     Plaintiffs filed their motion for class certification on August 2, 2018, with a hearing date on August 31, 2018.  (ECF 25.)  At Defendants' request, the Parties then stipulated to a continuance of the briefing schedule and hearing on the class certification motion to accommodate defense counsels' annual leave and other work demands.  (ECF 42.)

2.     On August 17, 2018, Defendants filed their motion to dismiss and their opposition to the class certification motion, for which they assert identical grounds. (ECF 51, 52.)  Accordingly, it will be efficient to have a joint hearing for both motions.

3.     Plaintiffs intend for their lead counsel, Carlos Holguín, to represent them at the hearing on the motion to dismiss.  While Plaintiffs planned on having other counsel argue the class certification motion, given Defendants' joint grounds for both motions, Plaintiffs now believe that Mr. Holguín should be present at the hearing for both motions.  However, Mr. Holguín will be out of the country on the scheduled hearing date, September 14, 2018, due to a pre-planned vacation.

4.     In addition, Plaintiffs require additional time to respond to Defendant's arguments asserted in the motion to dismiss.

5.     This stipulation is made in good faith and not to unnecessarily interpose delay in this action.

For these reasons, the Parties jointly request that the Court continue the hearing and related deadlines for both (i) Plaintiffs' Motion for Class Certification and (ii) Defendants' Motion to Dismiss from September 14, 2018 to September 21, 2018.

JOINT STIPULATION FOR CONTINUANCE
CASE NO. 2:18-CV-05741

| | |
|---|---|
| 1 | Dated:  August 22, 2018 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)


By: *s/Jon F. Cieslak*
    Jon F. Cieslak (268951)

4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
          mkkelley@cooley.com
          jcieslak@cooley.com
          mdonohue@cooley.com

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

*Attorneys for Plaintiffs*

2.

| | | |
|---|---|---|
| 1 | August 22, 2018 | CHAD A. READLER<br>Acting Assistant Attorney General |
| 2 | | ERNESTO MOLINA<br>Deputy Director, Office of Immigration |
| 3 | | Litigation |
| 4 | | |
| 5 | | By: *s/Benjamin Mark Moss*<br>Benjamin Mark Moss |
| 6 | | Trial Attorney<br>United States Department of Justice |
| 7 | | *Attorney for Defendants* |
| 8 | | |
| 9 | | |
| 10 | Pursuant to Local Rule 5- | COOLEY LLP |
| 11 | 4.3.4(i), I certify that all of the | */s/Jon F. Cieslak* |
| 12 | above signatories concur in this | Jon F. Cieslak (268951) |
| 13 | filing's content and have | *Attorneys for Plaintiffs* |
| 14 | authorized the filing. | |
| 15 | Dated:  August 22, 2018 | |
| 16 | | |
| 17 | 184513870 | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

3.