CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>        Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>        Defendants. | Case No.  2:18-CV-05741<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JON CIESLAK IN SUPPORT OF JOINT STIPULATION FOR CONTINUANCE OF HEARING DATE ON (1) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND (2) DEFENDANTS' MOTION TO DISMISS**<br><br>Date: September 14, 2018<br>Room: 8C, 8th Floor<br>Hearing:  9:30 a.m.<br><br>Complaint Filed: June 29, 2018<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

I, JON CIESLAK, declare and state:

1. I am employed as an attorney at Cooley LLP. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. Plaintiffs filed their motion for class certification on August 2, 2018, with a hearing date on August 31, 2018. (ECF 25.) At Defendants' request, the Parties then stipulated to a continuance of the briefing schedule and hearing on the class certification motion to accommodate defense counsels' annual leave and other work demands. (ECF 42.)

3. On August 17, 2018, Defendants filed their motion to dismiss and their opposition to the class certification motion, for which they assert identical grounds. (ECF 51, 52.) Accordingly, it will be efficient to have a joint hearing for both motions.

4. Plaintiffs intend for their lead counsel, Carlos Holguín, to represent them at the hearing on the motion to dismiss. While Plaintiffs planned on having other counsel argue the class certification motion, given Defendants' joint grounds for both motions, Plaintiffs now believe that Mr. Holguín should be present at the hearing for both motions. However, Mr. Holguín will be out of the country on the scheduled hearing date, September 14, 2018, due to a pre-planned vacation.

5. In addition, Plaintiffs require additional time to respond to Defendant's arguments asserted in the motion to dismiss.

6. On August 21, 2018, Plaintiffs' counsel, Leecia Welch, Esq. conferred with Defendants' counsel, Benjamin Mark Moss, Esq. Mr. Moss indicated that Defendants would join in this stipulation. I was copied on the correspondence.

7. This stipulation is made in good faith and not to unnecessarily interpose delay in this action.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 22, 2018 in San Diego, CA.

/s/ *Jon F. Cieslak*
JON F. CIESLAK

184513005