1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>          Defendants. | Case No. 2:18-CV-05741<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR CONTINUANCE OF HEARING DATE ON (1) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND (2) DEFENDANTS' MOTION TO DISMISS**<br><br>Date: September 14, 2018<br>Room: 8C, 8th Floor<br>Hearing: 9:30 a.m.<br><br>Complaint Filed: June 29, 2018<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

1 | Pending before the Court is the parties' Joint Stipulation for Continuance of
2 | Hearing Date on (1) Plaintiffs' Motion for Class Certification and (2) Defendants'
3 | Motion to Dismiss.  Finding good cause exists, the Court hereby GRANTS the
4 | motion.  The hearing date for both motions is hereby continued to September 21,
5 | 2018, and all related deadlines are continued accordingly.
6 | IT IS SO ORDERED.

Dated: _____, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

184515635