UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5741-DMG (PLAx) | Date | August 23, 2018 |
| Title | *Lucas R., et al. v. Alex Azar, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO CERTIFY CLASS [25], MOTION FOR PRELIMINARY INJUNCTION [29], MOTION FOR PRELIMINARY INJUNCTION [48], AND DEFENDANTS' MOTION TO DISMISS [51]**

On August 2, 2018, Plaintiffs filed a motion for class certification [Doc. # 25], which is currently set for a hearing on September 14, 2018 at 9:30 a.m. [Doc. # 45.]  On August 3, 2018, Plaintiff Lucas R. filed a motion for a preliminary injunction, which is scheduled for a hearing on August 31, 2018 at 9:30 a.m.  [Doc. # 29.]  On August 17, 2018, Plaintiff Gabriela N. filed a motion for a preliminary injunction [Doc. # 48] and Defendants filed a motion to dismiss [Doc. # 51], both of which are scheduled for a hearing on September 14, 2018 at 9:30 a.m.  On August 22, 2018, the parties filed a Joint Stipulation to continue the hearing on Plaintiffs' class certification motion and Defendants' motion to dismiss to September 21, 2018.  [Doc. # 60.]

Due to the Court's calendar, the hearing on *all four* pending motions is **CONTINUED** to **September 21, 2018 at 9:30 a.m.**  Plaintiffs' reply to Defendants' opposition to the motion for class certification shall be filed **by August 31, 2018**.  Defendants' opposition to Gabriela N.'s preliminary injunction motion shall be filed **by August 29, 2018**, and Gabriela N.'s reply thereto shall be filed by **September 5, 2018**.  Plaintiffs' opposition to Defendants' motion to dismiss shall be filed by **August 29, 2018**, and Defendants' reply thereto shall be filed by **September 5, 2018**.

**IT IS SO ORDERED**.