CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,

Plaintiffs,

v.

ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,

Defendants.

Case No. 2:18-CV-05741

**CLASS ACTION**

**PLAINTIFF'S NOTICE OF FILING OF REDACTED EXHIBITS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE: PLAINTIFF GABRIELA N.**

Complaint Filed: June 29, 2018
Trial Date: None Set
Judge: Hon. Dolly M. Gee

Pursuant to the Court's order (ECF 56), Plaintiff hereby files redacted version of the following documents:

| No. | Description | Page(s) |
|---|---|---|
| 2 | Declaration of Gabriela N., December 1, 2017 | 48-51 |
| 3 | Declaration of Gabriela N., June 8, 2018 | 52-56 |
| 4 | Declaration of Gabriela N., July 12, 2018 | 57-60 |
| 5 | Declaration of Isaac N., June 7, 2018 | 61-64 |
| 7 | Declaration of Isaac N., March 15, 2018 | 109-114 |
| 8 | Casita del Valle Initial Intakes Assessment, January 8, 2017, an excerpt from Gabriela N.'s files produced by the Office of Refugee Resettlement (ORR) to Plaintiffs' counsel | 115-118 |
| 9 | Casita del Valle Response Report, January 9, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 119-120 |
| 10 | Casita del Valle Response Report, April 4, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 121-122 |
| 11 | ORR Care Provider Family Reunification Checklist, April 13, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 123-125 |
| 12 | Casita del Valle Response Report, May 16, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 126-127 |
| 13 | Casita del Valle Response Report, June 21, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 128-129 |
| 14 | Casita del Valle Response Report, July 18, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 130-131 |
| 15 | Casita del Valle Response Report, July 20, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 132-133 |
| 16 | Casita del Valle Response Report, July 26, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel | 134-135 |

17 Casita del Valle Response Report, August 11, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .... 136-137

18 El Paso Behavioral Health System Continuing Care Discharge Plan/Transition Record, August 14, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 138-144

19 Casita del Valle Response Report, August 24, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .... 145-146

20 Casita del Valle Transfer Request, August 30, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .... 147-150

21 Casita del Valle Case Review, September 4, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 151-164

22 Shiloh Admission Assessment, September 7, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel .... 165-173

23 Shiloh Service Plan Review, November 2, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 174-183

24 Exoneration Letter for Isaac N., November 9, 2017 ........................ 184-187

25 Shiloh Service Plan Review, November 30, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 188-197

26 Shiloh Service Plan Review, December 28, 2017, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 198-207

27 Shiloh Service Plan Review, January 25, 2018, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 208-216

28 ORR Home Study Report of Isaac N., February 15, 2018 (proposed to be filed completely under seal), an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 217-242

29 Shiloh Service Plan Review, March 22, 2018, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel ............ 243-251

30 Sponsor Designation Letter for Isaac N., April 4, 2018.................... 252-258

31 Shiloh Transfer Request, April 20, 2018, an excerpt from Gabriela N.'s files produced by ORR to Plaintiffs' counsel............................ 259-262

33 Declaration of Candida Rugama, August 9, 2018 .......................... 275-281

Dated: August 23, 2018

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)

By: *s/Jon F. Cieslak*
Jon F. Cieslak (268951)

4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
mkkelley@cooley.com
jcieslak@cooley.com
mdonohue@cooley.com

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

*Attorneys for Plaintiffs*

184594862 v1