# Exhibit 9

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 9
Page 119



# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses
Report Date Range: 1/8/17 - 9/7/17

SiteName: UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name:

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 1/9/17 | Cuellar 930, Jeanette | |

| Question | Answer |
|---|---|
| Time Spent: | 20 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Routine Care and Counseling| |
| Client Present: | Yes |
| Goals: | Adjust to shelter program and maintain appropriate behavior|Identify any mental health concerns| |
| Appetite: | Within normal limits| |
| Sleep: | Within normal limits| |
| Affect: | Reactive and mood congruent| |
| Mood: | Euthymic| |
| Suicidal Ideation: | None Noted| |
| Homicidal Ideation: | None Noted| |
| Interventions: | Supportive Listening|Processing of Thoughts and/or Feelings| |
| Coping: | Other| |
| If other, please explain | Positive Thinking |
| Response to Interventions: | Client expressed some feelings of sadness due to her detainment, but appears emotionally stable at this time. Client was receptive, and expressed herself openly. Client expressed that she considers herself a very resilient person, who makes an effort to cope with whatever life "brings" her in a positive manner. |
| Plan: | Follow up as needed| |
| Notes: | Client was provided with information on clinical services, and was provided with praise and encouragement. Client was encouraged to express her feelings and thoughts openly. |