# Exhibit 15

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 15
Page 132

Social Solutions
transforming human services

# Response Report

Individual subjects responses to the selected TouchPoint, showing all questions and responses

Report Date Range: 1/8/17 - 9/7/17

SiteName: UMSCP Clint TX 930

Program Name: 930 Clint TouchPoints

TouchPoint(s): UM Clinical - Counseling

Subject Name:

| Date Taken | Last Updated By | Recorded on Behalf of |
|---|---|---|
| 7/20/17 | Cuellar 930, Jeanette | |

| Question | Answer |
|---|---|
| Time Spent: | 30 minutes |
| Value: | Individual counseling sessions |
| Level of Care: | Routine Care Plus| |
| Client Present: | Yes |
| Goals: | Identify any mental health concerns| |
| Appetite: | Within normal limits| |
| Sleep: | Within normal limits| |
| Affect: | Reactive and mood congruent| |
| Mood: | Euthymic| |
| Suicidal Ideation: | None Noted| |
| Homicidal Ideation: | None Noted| |
| Interventions: | Supportive Listening|Processing of Thoughts and/or Feelings| |
| Coping: | Sports Activity (soccer, basketball, baseball, etc)|Exercising (walking, dancing, weight lifting, etc)|Journaling|Coloring/Drawing|Prayer/Religious Activities| |
| Response to Interventions: | ▇ appeared calm, and in good spirits. ▇ reflected on last night's incident with peer who was suffering an emotional crisis. ▇ expressed concern for her friend. ▇ spoke of incident which led to incident. ▇ was receptive to discussion, and expressed her thoughts openly. Minor showed Clinician a letter left by former peer highlighting her positive characteristics. Minor was encouraged to reflect on peer's letter, and personal attributes, which she did. Minor identified herself as a resilient and caring person, and indicated that she feels positive about her case at this moment. |
| Plan: | Follow up as needed| |
| Notes: | Psychiatric evaluation appointment still pending, due to lack of available providers. |