# Exhibit 18

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 18
Page 138**

  


**TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER.**
Paul L. Foster School *of* Medicine
Department of Psychiatry

April 5th, 2017

To Whom It May Concern:

Patient: ████████████████    DOB: ███/2000
was last seen by me on __08/21/2017__.

Current Diagnosis is:

Major Depressive Disorder, recurrent, severe
Posttraumatic Stress Disorder

Current medications are:
Fluoxetine 20mg po qam

Other comments:
The patient is a 16 year old female referred to our facility for an initial psychiatric evaluation due to symptoms of depression. ████████ has been residing in the Immigrant Children's Shelter at Southwest Keys since January of this year. She is originally from El Salvador and came to the US looking for work and for a better life. She has been experiencing depressive symptoms since her arrival and was hospitalized in a psychiatric hospital from 08/08/2017-08/14/2017 due to suicidal ideation and was started on an antidepressant. ████████ continues to demonstrate depressive symptom and PTSD symptoms and will continue to require higher level of care. It is recommended that she continue with her 1 to 1 at this time. ████████ would benefit from a residential treatment center to target her therapeutic needs at this time. A residential treatment center serves as a live-in health care facility that will provide treatments including intensive individual and group therapy and psychopharmacology to address ████████ mental health. She is demonstrating many behavioral problems such as oppositionality, anger, and irritability that can all be explained by her PTSD diagnosis and extensive history of trauma.

Sincerely,



**Carla Alvarado, M.D.**
Child & Adolescent Division | Psychiatry
800 N Mesa | El Paso | Texas | 79902
O 915.215.6170 | F 915.545.6442
elpaso.ttuhsc.edu | give2tech.com

**TEXAS TECH UNIVERSITY
HEALTH SCIENCES CENTER.
EL PASO**

www.texastechphysicians.com

800 N. Mesa St. Suite 150 ● El Paso, Texas 79902 ● Ph 915.215.6170 ● Fax 915.545.6442

**Exhibit 18
Page 139**



RETURN TO WORK/SCHOOL

DOB ████/2000  F  I IPA
08/03/2017  016

The above named individual is or has been under the care of the staff at El Paso Behavioral Health System of El Paso from:

8/3 _____ to _____ 8/14

The patient has been instructed to:

_____ Restricted activities to bed rest until _____.

_____ Return to work or school with light duty restriction until _____.

_____ Return to work or school for full duty on _____ 8/15 _____.

Comments:

_____
_____
_____
_____
_____
_____

Michelle Ramirez
Care Manager
915-521-2480

Exhibit 18
Page 140



**EL PASO BEHAVIORAL** HEALTH SYSTEM

**CONTINUING CARE DISCHARGE PLAN**
**PATIENT INSTRUCTIONS FOR HOME MEDICINES**

DOB ▇▇▇▇/2000  F  I  IPA
08/03/2017   016

| Take These Medicines at Home: | Dose | Route | Frequency | Medication Supply *Key Below | You are Taking This Medicine For: |
|---|---|---|---|---|---|
| Prozac | 20mg | oral | every morning | Rx  Home  OTC | depression |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |
|  |  |  |  | Rx  Home  OTC |  |

**STOP** Stop Taking These Medicines at Home: **STOP**

| 1. | 4. |
|---|---|
| 2. | 5. |
| 3. | 6. |

Potential food—drug interactions were reviewed and explained with me. ☐Yes ☐ No

Home Medication bottles held in pharmacy are to be:
☐ Returned to me from pharmacy
☐ Returned to my family from pharmacy
☐ Destroyed
☐ N/A-No Home Medication held in pharmacy

| Patient/Guardian Printed Name | Signature | Date | Time |
|---|---|---|---|
| ▇▇▇▇▇ | | 8/14/17 | 8:20 pm |
| J. Kulish RN | | 8/14/17 | 0958 |
| **RN Printed Name**   Phillip W Petrus PA-C | Signature | 8/14/17 | |
| **Physician Printed Name** | **Signature** | **Date** | **Time** |

*Key-- Rx: Prescription provided     Home: Medications available at home     OTC: Medication is available over the counter



**EL PASO**
**BEHAVIORAL**
HEALTH SYSTEM

## CONTINUING CARE DISCHARGE PLAN/TRANSITION RECORD

D/C Date: _8/14/17_    Discharge Type: ☐ Routine ☐ AMA ☐ Non-attendance (PHP/IOP only) ☐ Patient/Parent Request

Patient living arrangements: Home Alone ___ Home with _SW Keys_ Foster Home: ___ Other: ___

| RESOURCE REFERRALS/FOLLOW UP | APPOINTMENT DATE/TIME (7 days from Inpatient and 30 days from PHP/IOP) | TELEPHONE & FAX NUMBER |
|---|---|---|
| **EPBHS PHP/IOP**<br><br>☐ **Main Location 915-521-2485**<br>**1900 Denver Ave El Paso, TX 79912**<br><br>☐ **Eastside Location 915-544-2350**<br>**10501 Gateway West El Paso, TX 79925**<br><br>☐ **Northeast Location 915-544-2360**<br>**5255 Transmountain Rd Ste B18 El Paso, TX 79924** | ☐ Mon ☐ Tues ☐ Wed ☐ Thurs ☐ Fri<br>(All Locations) ___ Transportation Needed   If Yes: ___ Transportation Form Completed ☐ ROI<br><br>Start Date: ___   ☐ 9:00 AM – 1:30 PM (Adults)<br>Start Date: ___   ☐ 9:00 AM – 3:00 PM (Children and Adolescents)<br><br>Start Date: ___   ☐ 9:00 AM – 1:30 PM (Adults)<br><br>Start Date: ___   ☐ 9:00 AM – 1:30 PM (Adults)<br>Start Date: ___   ☐ 9:00 AM – 3:00 PM (Children and Adolescents) | |
| **Behavioral Health Management/Therapy:**<br>_Southwest Keys_<br>_315 S. Franklin_ | _Upon d/c_<br>ROI ___   Faxed to Next Level of Care ___<br>Date/Time: | Phone: _532-0600_<br>Fax: _532-4575_ |
| **Medication Management:**<br>_Southwest Keys_<br>_315 S. Franklin_ | _Upon d/c_<br>ROI ___   Faxed to Next Level of Care ___<br>Date/Time | Phone: _532-0600_<br>Fax: _532-4575_ |
| **Other Medical Needs**<br>_PCP_ | ROI ___   Faxed to Next Level of Care ___<br>Date/Time | Phone:<br>Fax: |

**Smoking Cessation:** If smoker must offer cessation  counseling referral and  cessation medication at discharge
☐ Faxed Referral to Quit Line Tobacco ☐ Patient Refused Smoking Cessation Medication. ☐ Patient Refused Smoking Cessation Counseling

**Alcohol/Substance Use Treatment:**
☐ N/A ☐ pt refused  ☐ referral made: ___   Prescription for Alcohol or Drug Disorder Medication: ☐ Yes ☐ No ☐ pt refused
**Community Based Support Services:**
Call 211 for Food, Clothing, Shelter, or Other Community Resources
AA/NA/Al-anon 12 Step Support Groups www.12step.org OR 915-351-1141 (El Paso area information)
NAMI Support Groups for Families and Patients at EPBHS Mondays 7-9pm (Spanish NAMI 1st and 3rd Thursday of the month at St Pius1067 N Clark EP, TX)

| **Other Agency Involvement:**<br>___ APS ___ CPS ___ Other: | **Medication Access / Pharmacy:** ___ Has access to obtain medications ___ Needs pharmacy delivery<br>Preferred Pharmacy: |
|---|---|

**Transportation:**
___ personal vehicle ___ family/friend ___ bus pass ___ taxi ___ other    _SW Keys_

### PATIENT CHOICE LETTER
Your physician has recommended continued services as you leave the hospital.  You have the right to select who and where these services are provided.  It is your choice.  The care management staff has assisted you in locating service providers listed above and in some cases have made appointments for you.  With your written expressed permission information about your treatment will be sent to the providers so they can best meet your needs going forward.  To the best of our knowledge the above named providers are included in your insurance panel although these panels change frequently.  *It is ultimately your responsibility to confirm your appointment with the providers.*
**I understand the above discharge instructions and choose to accept the referrals made. I am committed to this plan.** _✓_ Yes ___ No*
**\*If No, reviewed with guardian/support person:**
### If you have any questions, please call El Paso Behavioral Health System's House Supervisor at 915-544-4000.

### DISCHARGE DIAGNOSIS
Psychiatric and Medical DIAGNOSES (Formerly Axis I –III): _Major depressive d/o_
_recurrent moderate w/psych 14_
Important Psychosocial and Contextual Factors (Formerly Axis IV):

### NURSING SPECIAL INSTRUCTIONS
| | |
|---|---|
| Diet: ☑ No restrictions ☐ Special Diet: ___ | Potential Drug/Food Interactions Reviewed: ☐ Yes ☐ No<br>Patient Medication List Given to Patient: ☐ Yes ☐ No |
| Activity Restrictions: ☐ Yes ☑ No List: | Pending Test Results: : ☐ Yes ☐ No If Yes list: |

| Patient Signature/Date/Time: ████ | Care Manager Signature/Print Name/Date/Time: ___ _8/14/17 10:_ |
|---|---|
| Parent/Guardian Signature (Must Sign*)/Date/Time: ████ | Nursing Staff Signature/Print Name/Date/Time: |

*If Verbally Reviewed with Parent/Guardian Need 2 Staff Signatures: 1. ___

**El Paso Behavioral Health**
**CONTINUING CARE DISCHARGE PLAN**                Patient Label

Distribution: White: Chart – Yellow: Patient – Pink: UR        Form# UBHER 006

DOB ████ /2000 F  I IPA

**Exhibit 18**
**Page 142**



**EL PASO BEHAVIORAL**
H E A L T H   S Y S T E M

DOB ____/2000 F  I IPA
08/03/2017  016

## Final Discharge Planning Assessment

<u>Final Transportation Plan Coordinated by UR Care Manager</u>

1. What method of transportation will be used to transport at discharge?

   ☐ Family or friend   ☐ Personal vehicle   ☐ Facility Transport   ☐ Non-emergent transport

   ☐ Law Enforcement   ☐ Ambulance   ☐ Medicaid Transport

   Name of Provider: _____

   Scheduled Time of Departure: _2PM_____   Scheduled Time of Arrival: _____

2. Has the transportation plan been reviewed with the patient and can the patient repeat back the plan? ☐ Yes   ☐ No

   If yes, who reviewed the plan with the patient? _____

   Comment _____

3. Does the treatment team agree the transportation plan is appropriate for the patient? ☐ Yes   ☐ No

   Comment _____

4. Has the patient expressed an understanding and agreement with the transportation plan? ☒ Yes ☐ No

   Comment _____

_____   8/14/17         1000
Social Services Staff                                    Date          Time

_____   _____      _____
Patient                                                  Date          Time

Was a copy was provided to the patient/family?   ☒ Yes   ☐ No

1

**Exhibit 18
Page 143**



**EL PASO BEHAVIORAL** HEALTH SYSTEM

**My Recovery/Saf**

DOB ___/___/2000 F  I IPA
08/03/2017  016

Recognize your warning signs & use your coping skills to kee

### Triggers and Stressors
(Behaviors, situations and circumstances that are triggers for relapse)

*[handwritten]*
"When people are doing injustice"
"being accused of things"
"when they raise their voice at me"

### Warning Signs
(Your behavior signals that show you're growing more and more at risk)



*[handwritten]* "Curse"
"Yell"
"Throw things"

**Things to do...** My goals for Recovery behavior:
1. _____
2. _____
3. _____
4. _____
5. _____

**People to contact...**
• SPONSOR: _____
• Drug and Alcohol Helpline: 877-353-0877
• El Paso Behavior Health 915-521-2450
**National Suicide Prevention Lifeline**
*www.suicidepreventionlifeline.org*
**1-800-273-TALK**(8255)

_____ does not have access to:
*(Patient)*
• Prescription medications for use other than as prescribed
• Weapons
• Lethal medications
• Other means of self-harm
This has been verified by: _____ (name).
_____ (relationship to patient ) on _____ (date).
*(Parent/Guardian or Support Person, PD if necessary)*

**My Coping Skills...**
*What I can do to be calm and stay safe IN THE MOMENT:*

*[handwritten]* "Talking"
"writing"

*What can my support person do to help me?*

**Reminders**
➢ Take medications as ordered – do not change the dose or time unless directed by your physician.
➢ If you experience side effects from your medications – notify your outpatient provider or primary medical provider
➢ For Children/Adolescents – Medication should be kept out of reach and in a secure place
➢ Keep all aftercare appointments as scheduled – take your copy of aftercare

Patient: _____   Date/Time: _____   ☐ Received Copy and Suicide Prevention / Relapse Prevention Educational Materials

Support Person (Parent /Guardian must sign) _____ Date/Time: _____   ☐ Received Copy

Staff: _____   Date/Time: _____

Revised 10815

Exhibit 18
Page 144