# Exhibit 20

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 20
Page 147

Transfer Request

## UAC Basic Information

**First Name:** [redacted]
**Last Name:** [redacted]

**AKA:**
**Status:** [redacted]
**Date of Birth:** [redacted]
**A No.:** [redacted]
**Age:** 17
**Country of Birth:** El Salvador
**Gender:** F
**LOS:** 243
**Current Program:** Southwest Key Casita Del Valle
**Admitted Date:** 1/4/2017

## Transfer Request

**Minor's Profile:**
**Height (ft & inches):** 5'04" (format: 4'05")
**Weight (lbs):** 116
**Eye Color:** Brown
**Identification Marks:**

**Transfer Request:**
**Type of Program Requested:** Residential Treatment Center
**Requested Date:**
**Requesting Party:** Southwest Key Programs/ Casita Del Valle
**Requester Name:** Lilia Hernandez
**Requester Title:** Case Manager
**Requester Phone:** 9158511018

**Case Coordination:**
**Concur with Requesting Party?** ⦿ Yes ○ No
**If not, specify:**
**Type of Program Recommended:** Residential Treatment Center
**Case Coordinator Proposed Program:** Shiloh Treatment Center
**Case Coordinator Name:** Patricia Lujan
**Recommended Date:** 8/29/2017

**Reason for Transfer Request:**

**Shelter & Foster Care Only:** ☐ Standard Placement
**Secure & Staff Secure Only:** ☐ Convicted as Adult ☐ Adjudicated Delinquent ☐ Criminal Charges ☐ Chargeable

**Any Program Type:**
☐ To provide a less restrictive setting (transfer only)   ☐ Disruptive Behavior
☐ To provide a more restrictive setting (transfer only)   ☐ Minor's Safety
☐ Minor's Medical Health   ☐ Flight Risk
☑ Minor's Mental Health   ☐ Emergency Influx
☐ Violent/Threatening Behavior

**Has the Minor's Attorney Been Contacted?** ⦿ Yes ○ No
**Attorney Phone:** 9155323975
**Attorney of Record:** DMRS

**Casefile Summaries**
**Information Relating to Minor's casefile:**
☐ Pregnancy   ☐ Diagnosed Behavior/Illness with no Medications
☐ Injury   ☑ Diagnosed Behavior/Illness with Medications
☐ Illness   ☐ Non-violent Conviction
☐ Non-diagnosed Behavior/Illness with no Medications   ☐ Non-violent Charge
☐ Non-diagnosed Behavior/Illness with Medications   ☐ Charge(s) Dropped

**Minor's Medical/Mental Health Summary:** Mental: Minor disclosed suicidal thoughts on 8/02/2017, related to increased frustration over her case as well and extended stay in the program. Minor was assessed by El Paso Behavioral Health System (EPBHS) mobile on August 2, 2017, with the recommendation that minor be transported to EPBHS the morning of 8/3/2017 for admission. Minor was placed on One to One supervision Major Depressive Disorder, Recurrent Moderate, without Psychosis, Rule Out PTSD, Update 08/08/2017 07/06/2017. Minor was transported to EPBHS as instructed on 8/3/3017, and was admitted. Psychiatrist completing assessment via web-cam provided an admitting diagnosis of Unspecified Depressive Disorder, while admission paperwork stated that diagnosis would remain as provided by Dr. Alina Perez during recent psychological evaluation (7/5/2017). Major was discharged on 8/14/2017, with diagnosis o Minor received psychological evaluation on 07/05/2017. Minor was seen by Dr. Alina Perez, via e-psychiatry service. Dr. Perez provided an initial verbal diagnosis of Major Depressive and Generalized Anxiety Disorder, and recommends that minor be psychiatrically evaluated. Dr. Perez will be completing a full report, which will be provided at a later date (possibly within the next 7 days). According to Dr. Perez, minor was initially apprehensive to complete assessment, but fully cooperated with interview. Dr. Perez indicated that minor was tearful at times during the 1 hour long session, however, continued to be cooperative and was described by Dr. Perez as pleasant to speak to. Dr. Perez indicated that minor has depressive symptoms that extend to the age of 11. Dr. Perez did not feel that an RTC is needed at this time and expressed that minor should be successful in current setting, as well as in long term foster care, with the appropriate mental health care and medications. A psychiatric appointment is pending at this time. Update 08/07/2017 Minor disclosed suicidal thoughts on

Exhibit 20
Page 148

8/02/2017, related to increased frustration over her case as well and extended stay in the program. Minor was assessed by El Paso Behavioral Health System (EPBHS) mobile on August 2, 2017, with the recommendation that minor be transported to EPBHS the morning of 8/3/2017 for admission. Minor was placed on One to One supervision. Minor was transported to EPBHS as instructed on 8/3/3017, and was admitted. Psychiatrist completing assessment via web-cam provided an admitting diagnosis of Unspecified Depressive Disorder, while admission paperwork stated that diagnosis would remain as provided by Dr. Alina Perez during recent psychological evaluation (7/5/2017). Minor is currently on general supervision as she has not demonstrated any run risk behavior while in the program to date. Minor has received numerous informational, verbal warnings, and IR's for the following: Not following instructions: 6, Medical: 1, Inappropriate behavior: 20, Missed meals: 4, Love letters: 2, Destruction of Property: 1, Sharing food: 3. Update: 08/08/2017 Minor has received SIR for the following: 04/29/17 Minor was upset due to receiving informational with consequences. Minor then while in bedroom got angry breaking minor being inside her bedroom and poked herself with a piece of glass. SIR Minor was seen for Psychiatric Evaluation by Carla Alvarado, who diagnosed minor with Major Depressive Disorder, Recurrent Severe without psychotic features and Post-traumatic Stress Disorder, and recommended RTC to target her therapeutic needs as followed, ▇▇▇ continues to demonstrate depressive symptom and PTSD symptoms and will continue to to require higher level of care " ▇▇▇ will benefit form a residential treatment center to target her therapeutic needs at this time. A residential treatment center serves as a live-in health care facility that will provide treatments including intensive individual and group therapy and pscyhopharmacology to address ▇▇▇ mental health." Minor will continue on Fluoxetine 20mg once a day, and continue on elevated (1:1) supervision as per Dr. Alvarado's recommendation. Medical: 1/9/17 Minor was seen by Dr. Roncallo for initial physical exam, IGRA test, immunizations, and HIV Ora-quick performed with negative results. No known allergies were voiced or reported at this time. Urinalysis was performed for pregnancy exam with negative results. 1/11/2017 IGRA T-Spot results: NEGATIVE 1/12/2017 Minor was taken at Total Care for chest xray, results will be ready within 1 or 2 days and they will be send to Dr. Roncallo. 01/16/2017 Chest x-ray results came back as follows: IMPRESSION: Normal chest PA Minor will follow up as needed 1/17/2017 Minor was seen by Dr. Roncallo due to Minor was complaining about vaginal discharge since her home country, she describes itchy and yellowish discharge. She also stated that she was receiving podophyline treatment but she does not remember the disease name. Dr Roncallo diagnosed her with possible vaginal wart. Minor was prescribed Flagyl 500mg 1 tab three times a day for 7 days. Referral to OB-GYN. 01/18/2017 STD Results: Negative 1/31/2017 Minor was seen by Dr. Lubriel MD for evaluation for possible warts. Dr Lubriel evaluated minor and recommended: lesser cysties HPV. also Dr. recommended biopsy first to continue with treatment. 02/15/2017 Minor was seen by Dr. Roncallo for 2nd. Series immunization: IPV, Tdap, Hep B, MMR and varicella. Minor asymptomatic at the moment. 2/28/2017 Minor was seen by Dr. Loubriel MD for biopsy of present warts. Minor will return for results in 2 week 3/14/17 at 9:30am, Dr. Loubriel will decide treatment after results. 3/14/2017 Minor was taken with Dr. Lubriel to get results for biopsy Dr. mentioned minor that she has HPV but he can work take off wart with treatment but he needs authorization due she is minor. pending schedule appointment for follow up. 3./27/2017 Minor was taken with Dr. Isaac, DDS for initial dental exam with xray and complete cleaning. Several carious lesion was finding, needing dental treatment. No pain. Heavy bleeding, plague, calallus. 4/19/2017 Minor was seen by Dr. Roncallo for 3rd. Series immunization: Vaccine given: IPV Mental: ▇▇▇ appears to be functioning normally for her age and does not appear to have any developmental delays. Her cognitive functioning appears to be in normal range and has full awareness. Minor will be given the opportunity to develop emotionally/socially by participating in group sessions with peers who are at an equal functioning level. PAST SUBSTANCE USE: Minor reports having tried alcohol once in lifetime. PSYCHIATRIC AND/OR SUBSTANCE ABUSE TREATMENT: Minor stated that her father passed away when she was four or five years of age. Minor stated that before his passing, her father was an alcoholic and a drug user. SEPARATION, DIVORCE, DEATH: Minor stated that her father passed away when she was 4 years old. ABUSE/VIOLENCE: Minor stated although she does not remember witnessing any of the incidents, she learned that her father was physically abusive towards her mother, as well as her now 17 year old sister, who is mentally and physically disabled. Minor stated that she was told that her mother her father physically abused her mother while she was pregnant with her sister. Minor denies any abuse from her father towards her before his death. Minor denies any history of sexual or physical abuse as well as denies any mental illness or trauma. Minor denied having ever been victim of any sexual or physical abuse, but stated that when she was younger, her mother used to hit her on the rear with either a belt or shoe at times when she misbehaved, only as a form of discipline. During individual session on 2/20/2017, Minor reported being physically and emotionally abused by her stepfather when she was younger

**Behavior Summary:** (history of: flight risk, aggressive/assaultive & sexually inappropriate behaviors)

Minor expresses herself openly in clinical session, and appear to be a resilient young lady, in light of her past experiences. Although other minors have expressed issues with minor, minor has not demonstrated any physical aggression towards others. As per minor's teacher, minor does behaves well in class, and focuses on her schoolwork and is respectful. Minor has most recently expressed that she is making an effort to relax, take things easier, and focus on her well being and her future, in order to better be able to help her family in the future, especially her younger brothers, whom she cares deeply for. Minor expressed that she is trying to less impulsive by putting more though into her actions. Minor disclosed suicidal thoughts on 8/02/2017, related to increased frustration over her case as well and extended stay in the program. Minor was assessed by El Paso Behavioral Health System (EPBHS) mobile on August 2, 2017, with the recommendation that minor be transported to EPBHS the morning of 8/3/2017 for admission. Minor was placed on One to One supervision. Minor was transported to EPBHS as instructed on 8/3/3017, and was admitted. Psychiatrist completing assessment via web-cam provided an admitting diagnosis of Unspecified Depressive Disorder, while admission paperwork stated that diagnosis would remain as provided by Dr. Alina Perez during recent psychological evaluation (7/5/2017). Major was discharged on 8/14/2017, with diagnosis of Major Depressive Disorder, Recurrent Moderate, without Psychosis, Rule Out PTSD. Minor was seen for Psychiatric Evaluation by Carla Alvarado, who diagnosed minor with Major Depressive Disorder, Recurrent Severe without psychotic features and Post-traumatic Stress Disorder, and recommended RTC to target her therapeutic needs as followed, ▇▇▇ continues to demonstrate depressive symptom and PTSD symptoms and will continue to to require higher level of care " ▇▇▇ will benefit form a residential treatment center to target her therapeutic needs at this time. A residential treatment center serves as a live-in health care facility that will provide treatments including intensive individual and group therapy and pscyhopharmacology to address ▇▇▇ mental health." Minor will continue on Fluoxetine 20mg once a day, and continue on elevated (1:1) supervision as per Dr. Alvarado's recommendation.

**Current Status of Family Reunification:** 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▇▇▇ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▇▇▇ due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▇▇▇ who is undoc. and resides in Oakland, CA. DOB: ▇▇▇ 1955 Client is TVPRA/ Pending Homestudy. Recommendation! Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▇▇▇ who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ▇▇▇ DOB ▇▇▇ '62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of adequate housing. Sponsor has been identified by interviewing CM as minor's

Exhibit 20
Page 149

cousin, ▮▮▮ who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview. At this time minor does not have a viable sponsor as family reunification is not an option. Minor alleges not to have any other family me which ers in the U.S. that can help, therefore, LTFC was initially pursued. However due to increasing behavior and assessment and psychiatrist recommendation, RTC is being requested at this time.

| | |
|---|---|
| **Immigration Court Status:** | As per EOIR hotline, minor has Master Immigration court scheduled for 09/28/2017. |
| **Case Manager Comments** | |
| **Case Manager Name:** | Lilia Hernandez |
| **Case Manager Comments:** | 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, Intensive Individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▮▮▮ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▮▮▮ due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▮▮▮ who is undoc. and resides in Oakland, CA. DOB: ▮▮▮ 1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt ▮▮▮, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-S. Updated 01/23/2017 Sponsor was identified as ▮▮▮ DOB: ▮▮▮ 62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of adequate housing. Sponsor has been identified by interviewing CM as minor's cousin, ▮▮▮ who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview. At this time minor does not have a viable sponsor as family reunification is not an option. Minor alleges not to have any other family me which ers in the U.S. that can help, therefore, LTFC was initially pursued. However due to increasing behavior and assessment and psychiatrist recommendation, RTC is being requested at this time. |
| **Case Manager Suggests Transfer?:** | ⦿ Yes ○ No |
| **TMS Historical Transfer Request?:** | |
| **Date of Case Manager Comments:** | 8/24/2017 |
| **ORR/DCS Decision** | |
| **Comments:** | Transfer Approved. Sending and receiving programs need to coordinate travel arrangements for the minor from SWKEY Casita Del Valle to Shiloh RTC. |
| **Decision:** | ○ Pending<br>⦿ Approve<br>○ Disapprove<br>○ Remanded, please provide info as detailed in comments |
| **Date of Decision:** | 8/30/2017 |
| **Name of ORR Decision Maker:** | Sam Pedregon |
| **Transfer Packet (for each minor)** | |
| Please follow checklist in the Transfer Procedures when completing minor's transfer packet, check the checkbox to indicate the packet is completed. | ☐ |
| **List of Minor's Belongings (be sure to include medication and explain dosage in medical/mental health summary)** | fantasy earings ring, 1-peach blouse pants- 1- white and black 1-blue 1-blue jeans 1-blue jeggins shorts 1-grey yellow sneakers- sweaters 1-grey sweater 1-blackswater pink socks 1black... 1-white.. 1-red white boxer black glove |
| **COA - COV** | |
| **Request Type** | ⦿ Change of Address<br>○ Change of Value |
| **Transfer Sch. to Take Place on:** | |
| **Next Sch. Court Appearance for this Juvenile is:** | 9/28/2017 |
| **Reason for less than 48 hours notice to ICE (if applicable):** | |

Good cause exists to change venue in this matter pursuant to 8 C.F.R. & 1003.20 (b) for the following reason(s):

☐ ORR has decided to relocate the respondent to an area where space is available/ appropriate services can be provided, since Juvenile detention space is limited in

☐ The minor has a special need (e.g., pregnancy of juvenile, medical needs, etc.), please specify

☐ Other, please specify

| | |
|---|---|
| **Departure/Arrival Information** | |
| **Departure Date:** | **Departure Time:** |
| **Transporting Staff Name:** | |
| **Transporting Staff Title:** | |
| **Transporting Staff Comments:** | |
| **Arrival Date:** | **Arrival Time:** |
| **Receiving Staff Name:** | |

Exhibit 20
Page 150