# Exhibit 21

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 21
Page 151

Case Review

## UAC Basic Information

First Name: [redacted]
Last Name: [redacted]
AKA:
Status: DISCHARGED
Date of Birth: [redacted] 2000
A No.: [redacted]
Age: 17
Country of Birth: El Salvador

Gender: [redacted]
LOS: 242
Current Program: Southwest Key Casita Del Valle
Admitted Date: 1/8/2017

(•) 30 day Case Review  ( ) Discharge  ( ) Transfer    Are there any changes?:  ( ) Yes (•) No

**Previous Placement:**
Client was detained by ICE on 01/06/2017 and brought to Casita Del Valle program on 01/08/2017.

**Religious Affiliation:**
Client states she practices the Catholic religion.

**Case Manager:**
Lilia Hernandez

**Clinician:**
Jeanette Cuellar, MA

Document any new information regarding the UAC not indicated in the UAC Assessment and/or the previous case summary below

## Medical

**List any allergies:**
None

**Do you feel unwell?**
( ) Yes (•) No

**If yes, what are your symptoms?**
None

**Additional medical Information:**
See Health Tab

**Medical History**

| Condition | Yes/NO | Date of Diagnosis/Clarification |
|---|---|---|
| Pregnant | ( ) Yes ( ) No | |
| Tuberculosis | ( ) Yes ( ) No | |
| Varicella | ( ) Yes ( ) No | |
| Measles | ( ) Yes ( ) No | |
| Mumps | ( ) Yes ( ) No | |
| Rubella | ( ) Yes ( ) No | |
| Asthma | ( ) Yes ( ) No | |
| Diabetes | ( ) Yes ( ) No | |
| Cancer | ( ) Yes ( ) No | |
| Cardiac Issues | ( ) Yes ( ) No | |
| Sexually Transmitted Disease | ( ) Yes ( ) No | |
| Respiratory/Lung Disorder | ( ) Yes ( ) No | |
| Physical Disability | ( ) Yes ( ) No | |

**Medication History**

| Medication | Dosage | Timeframe | Medical Condition |
|---|---|---|---|
| None | | | |

## Legal

Know Your Rights Presentation provided?  (•) Yes ( ) No
Date: KYR provided on 01/19/2017 by DMRS
Legal screening completed?  (•) Yes ( ) No
Date: KYR provided on 01/19/2017 by DMRS

**Exhibit 21**
**Page 152**

| | |
|---|---|
| Any possible legal relief identified? | ○ Yes  ● No |
| Specify: | Client was not identified as possible relief at the time of visit with DMRS. |

## Mental Health

Provide a short summary of the UAC's current functioning:

Client appears to be functioning normally for her age and does not appear to have any developmental delays. Her cognitive functioning appears to be in normal range and has full awareness. Client will be given the opportunity to develop emotionally/socially by participating in group sessions with peers who are at an equal functioning level.

08/05/2017

Minor was assessed by EPBHS, recommending inpatient care (8/2/2017). Minor was admitted to EPBHS on 8/3/17. Minor's pending psychiatric appointment has been postponed due to hospitalization, will reschedule upon release.

### Psychological Evaluation

| | |
|---|---|
| Date of Evaluation: | 8/5/2017 |
| Evaluator: | n/a |
| Axis I: | n/a |
| Axis II: | n/a |
| Axis III: | n/a |
| Axis IV: | n/a |
| Axis V: | n/a |

Summary of Recommendations:

n/a

Client was taken to the El Paso Psychiatric Center (EPPC) for assessment on 4/30/2017 due to incident of suicidal ideation and self harm on 04/29/2017. After further evaluation, Dr. Avila from EPPC did not recommended inpatient services, due to not displaying any psychotic symptoms or suicidal ideations.

07/06/2017

Minor received psychological evaluation on 07/05/2017. Minor was seen by Dr. Alina Perez, via e-psychiatry service. Dr. Perez provided an initial verbal diagnosis of Major Depressive and Generalized Anxiety Disorder, and recommends that minor be psychiatrically evaluated. Dr. Perez will be completing a full report, which will be provided at a later date (possibly within the next 7 days). According to Dr. Perez, minor was initially apprehensive to complete assessment, but fully cooperated with interview. Dr. Perez indicated that minor was tearful at times during the 1 hour long session, however, continued to be cooperative and was described by Dr. Perez as pleasant to speak to. Dr. Perez indicated that minor has depressive symptoms that extend to the age of 11. Dr. Perez did not feel that an RTC is needed at this time and expressed that minor should be successful in current setting, as well as in long term foster care, with the appropriate mental health care and medications. A psychiatric appointment is pending at this time.

08/07/2017

Minor disclosed suicidal thoughts on 8/02/2017, related to increased frustration over her case as well and extended stay in the program. Minor was assessed by El Paso Behavioral Health System (EPBHS) mobile on August 2, 2017, with the recommendation that minor be transported to EPBHS the morning of 8/3/2017 for admission. Minor was placed on One to One supervision. Minor was transported to EPBHS as instructed on 8/3/3017, and was admitted.

Psychiatrist completing assessment via web-cam provided an admitting diagnosis of Unspecified Depressive Disorder, while admission paperwork stated that diagnosis would remain as provided by Dr. Alina Perez during recent psychological evaluation (7/5/2017). Major was discharged on 8/14/2017, with diagnosis of Major Depressive Disorder, Recurrent Moderate, without Psychosis, Rule Out PTSD.

8/24/2017

Minor was seen for Psychiatric Evaluation by Carla Alvarado, who diagnosed minor with Major Depressive Disorder, Recurrent Severe without psychotic features and Post-traumatic Stress Disorder, and recommended RTC to target her therapeutic needs as followed, " ▮▮▮▮ continues to demonstrate depressive symptom and PTSD symptoms and will continue to to require higher level of care." " ▮▮▮▮ will benefit form a residential treatment center to target her therapeutic needs at this time. A residential treatment center serves as a live-in health care facility that will provide treatments including intensive individual and group therapy and pscyhopharmacology to address ▮▮▮▮ mental health." Minor will continue on Fluoxetine 20mg once a day, and continue on elevated (1:1) supervision as per Dr. Alvarado's recommendation.

## Trafficking

Who planned/organized your journey?

Client stated that her former boss organized her journey. Client stated that her boss was traveling to the United States and he offered to pay for her journey if she traveled with him in order to help him along the way, and give him his insulin shots.

What were you told about the arrangements before the journey?

Client knew that she would travel by bus and by car and turn herself in to immigration officials at a port of entry. Client would leave her former boss behind and continue the journey on her own, with plans of arriving with her cousin.

| | |
|---|---|
| Did the arrangements change during the journey? | ○ ● Yes No |

If yes, how?

n/a

| | |
|---|---|
| Does your family owe money to anyone for the journey? | ○ ● Yes No |

If yes, how much?

Whom is the money owed?

n/a

Who is expected to pay?

n/a

What do you expect to happen if payment is not made?

Exhibit 21
Page 153

n/a

**Coercion Indicators**

Did anyone threaten your or your family? — ● Yes ○ No

If yes, who made the threats?
During individual session on 2/20/2017, client disclosed that she traveled to the United States due to fear of harm, after receiving threats by gang members.

Were you ever physically harmed? — ● Yes ○ No

If yes, how?
During individual session on 2/20/2017, client reported past physical abuse by former stepfather.

Was anyone around you ever physically harmed? — ○ Yes ● No

If yes, who?
n/a

Were you ever held against your will? — ○ Yes ● No

If yes, where?
n/a

Did anything bad happen to anyone else in this situation or anyone else who tried to leave? — ○ Yes ● No

What happened and to whom?
n/a

Did anyone ever keep/destroy your documents? — ○ Yes ● No

If yes, who and what?
n/a

Did anyone ever threaten to report you to the police/immigration? — ○ Yes ● No

If yes, who?
n/a

Are you worried anyone might be trying to find you? — ○ Yes ● No

If yes, who?
n/a

**Debt Bondage/ Labor Trafficking**

Did you perform any work or provide any services? — ● Yes ○ No

If yes, what and where?
Client stated that for the past month, she worked for a family, caring for a male who had diabetes.

Who arranged the work?
Client found the work herself.

What type of work did you perform?
Client helped do simple chores around the house, but mostly spent her time caring for her boss, and gave him his insulin shots.

What was the work schedule?
Client did not have a set schedule, and worked a few hours a day, when needed.

Did work conditions change over time?
No

Is there a debt? — ○ Yes ● No

If yes, has any debt amount increased? — ○ Yes ● No

By how much?
n/a

When did it increase?
n/a

Why did it increase?
n/a

Have you or your family ever been threatened over payment or work for the journey? — ○ Yes ● No

If yes, who threatened you and how?
n/a

What did you expect would happen if you left the job or stopped working?
n/a

Were you ever made to work or do anything you did not want to do? — ○ Yes ● No

Did you receive pay or did someone else keep the pay?

Exhibit 21
Page 154

n/a

Were you paid what was promised when you started working?

Client stated that she was paid well, about four dollars a day.

Were expenses taken out of the pay?     Yes No

If yes what?

n/a

How did you get to the work site?

Client walked to the work site.

Where did you live while working?

Client resided at her mother's home.

Commercial Sex Indicators

Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value?     Yes No

Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear?     Yes No

Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts?     Yes No

If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings?     Yes No

Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value?     Yes No

Did anyone ever promise or give money or anything of value to you in exchange for sexual acts?     Yes No

Based on the information provided above in the "Trafficking" section, is there a trafficking concern?     Yes No

If yes, date of trafficking referral:



### Sponsor Information (List by Priority)

| Current Sponsor | Cat (1,2,3) | Sponsor Name | DOB | Address | Phone | Legal Status | Relationship |
|---|---|---|---|---|---|---|---|
| ☑ | | ███ | 1955 | ███ Oakland CA ███ | ███ | Without status | Grandfather |
| ☐ | | ███ | 1962 | ███ Garden Grove CA ███ | ███ | Without status | Other Distant Relative |
| ☐ | | ███ | 2017 | 1 Unknown Unknown NY 77777 ███ | ███ | Without status | Adult First Cousin |

Sponsor Risk Assessment Sponsor Risk Assessment

Substance use concerns?     ○ Yes ● No

If yes, explain:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time.08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS, CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center, 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ███ who is undoc. and resides in Oakland, CA. DOB: ███/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ███, who is undocumented and resides in Garden Grove, CA07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ███ DOB: ███/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any substance abuse. interview was conducted on 01/12/2017 Sponsor has been identified by interviewing CM as minor's cousin, ███, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

Domestic violence concerns?     ○ Yes ● No

If yes, explain:

Exhibit 21
Page 155

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time.08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███████ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center  07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███████, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ███████ who is undoc. and resides in Oakland, CA  DOB: ███/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ███████, who is undocumented and resides in Garden Grove, CA07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ███████ DOB: ███/62 who is undoc. and resides in Garden Grove, CA Sponsor denies any history of domestic violence. Sponsor has been identified by interviewing CM as minor's cousin, ███████, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

Child abuse or neglect concerns?  ◯ Yes ● No

If yes, explain:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician Minor's tx is pending due to medical hold at this time.08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███████ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center  07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███████, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ███████ who is undoc. and resides in Oakland, CA. DOB: ███/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ███████, who is undocumented and resides in Garden Grove, CA07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ███████ DOB: ███/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of child abuse or neglect concerns. Sponsor has been identified by interviewing CM as minor's cousin ███████ who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

Mental health issues?  ◯ Yes ● No

If yes, explain:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time.08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor

Exhibit 21
Page 156

disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ███ who is undoc. and resides in Oakland, CA. DOB: ██/1955 Client is TVPRA/ Pending Homestudy Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ███, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ███ DOB: ██/62 who is undoc. and resides in Garden Grove, CA Sponsor denies any history of mental issues Sponsor has been identified by interviewing CM as minor's cousin, ███, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

Does the sponsor have any family support?   ☐ Yes  ☒ No

Specify:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ███ who is undoc. and resides in Oakland, CA DOB: ██/1955 Client is TVPRA/ Pending Homestudy Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ███, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ███ DOB: ██/62 who is undoc. and resides in Garden Grove, CA Sponsor has been identified by interviewing CM as minor's cousin, ███, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

Does the sponsor have any identified special needs?  ☐ Yes  ☒ No

If yes, explain:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the

Exhibit 21
Page 157

recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▓▓▓▓▓ who is undoc. and resides in Oakland, CA. DOB: ▓▓ 1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▓▓▓▓▓ who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ▓▓▓▓▓ DOB: ▓▓/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of any special needs. Sponsor has been identified by interviewing CM as minor's cousin, ▓▓▓▓▓, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview

**Does the sponsor have financial needs?**   ○ Yes  ● No

**If yes, explain:**

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▓▓▓▓▓ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▓▓▓▓▓, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▓▓▓▓▓ who is undoc. and resides in Oakland, CA. DOB: ▓▓ 1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▓▓▓▓▓, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Sponsor has been identified by interviewing CM as minor's cousin, ▓▓▓▓▓, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

**Does the sponsor have adequate housing?**   ○ Yes  ● No

**If yes, explain:**

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time.08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▓▓▓▓▓ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▓▓▓▓▓, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▓▓▓▓▓ who is undoc. and resides in Oakland, CA. DOB: ▓▓ 1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▓▓▓▓▓r, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ▓▓▓▓▓ DOB: ▓▓/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of adequate housing. Sponsor has been identified by interviewing CM as minor's cousin, ▓▓▓▓▓, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

**Are there any concerns with the disciplinary practices/philosophy of sponsor?**

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking

Exhibit 21
Page 158

with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▇ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▇ due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▇ who is undoc. and resides in Oakland, CA. DOB: ▇/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▇, who is undocumented and resides in Garden Grove, CAUpdated 05/07/2017 See S-5 Updated 01/23/2017 Sponsor was identified as ▇ DOB: ▇/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of disciplinary practices. Sponsor has been identified by interviewing CM as minor's cousin, ▇, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview

Does the sponsor have any criminal history?    ○ Yes  ● No

List any Felony convictions:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▇ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▇ due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▇ who is undoc. and resides in Oakland, CA. DOB: ▇/1955 Client is TVPRA/ Pending Homestudy Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▇, who is undocumented and resides in Garden Grove, CA07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ▇ DOB: ▇/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of felony convictions. On 01/17/17Online Background check: No criminal results were found for this subject. NSOPW: 0 record found on 01/23/17 Sponsor has been identified by interviewing CM as minor's cousin, ▇, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

List any Misdemeanor convictions:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he

Exhibit 21
Page 159

has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▮▮▮▮ stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation Minor was taken to El Paso Behavioral center. 07/04/2017 No changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▮▮▮▮, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▮▮▮▮ who is undoc. and resides in Oakland, CA. DOB: ▮▮▮/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▮▮▮▮, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ▮▮▮▮ DOB: ▮▮▮/62 who is undoc. and resides in Garden Grove, CA Sponsor denies any history of misdemeanor convictions On 01/17/17 Online Background check: No criminal results were found for this subject. NSOPW: 0 record found on 01/23/17. Sponsor has been identified by interviewing CM as minor's cousin, ▮▮▮▮, who resides in New York Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

List any Probation/Parole:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▮▮▮▮, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation Minor was taken to El Paso Behavioral center. 07/04/2017 No changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather ▮▮▮▮, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▮▮▮▮ who is undoc. and resides in Oakland, CA. DOB: ▮▮▮/1955 Client is TVPRA/ Pending Homestudy Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▮▮▮▮, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ▮▮▮▮ DOB: ▮▮▮/62 who is undoc. and resides in Garden Grove, CA Sponsor denies any history of probation/ parole. On 01/17/2017 Online Background check: No criminal results were found for this subject. NSOPW: 0 record found on 01/23/17 Sponsor has been identified by interviewing CM as minor's cousin, ▮▮▮▮, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

List and describe any disclosed criminal activity:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▮▮▮▮, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▮▮▮▮, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▮▮▮▮ who is undoc. and resides in Oakland, CA. DOB: ▮▮▮/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▮▮▮▮, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017

Exhibit 21
Page 160

Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Client denies any criminal activity.

| History of Incarceration: | Crime | Date | Length of Sentense | Location |
|---|---|---|---|---|
| | | | | |

Are there any parent/child relational issues?    ◯ Yes  ● No

If yes, explain:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███████, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███████, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ███████ who is undoc. and resides in Oakland, CA. DOB: ██/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ███████, who is undocumented and resides in Garden Grove, CA 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/07/2017 See S-5. Updated 01/23/2017 Sponsor was identified as ███████ DOB: ██/62 who is undoc. and resides in Garden Grove, CA. Sponsor denies any history of parent/ child relational issues. Sponsor state she has never sponsored any minors, after CM searched the portal for sponsorship, no results were found. Sponsor has been identified by interviewing CM as minor's cousin, ███████, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

Does the sponsor have an Order of Removal?    ◯ Yes  ● No

If yes, date issued:

Has the sponsor sponsored any other UAC in DCS care?    ◯ Yes  ● No

Additional sponsor information:

09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ███████, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ███████ due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for

**Exhibit 21**
**Page 161**

proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfathe████████████ who is undoc. and resides in Oakland, CA. DOB: ███/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ████████████, who is undocumented and resides in Garden Grove, CA 08/01/2017 CM staffed case as minor continues to receive IR's for behavior. CC states will staff with FFS, Samuel Pedregon, for possible staff secure case. 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017. CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ████████, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSUpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ████████████ who is undoc. and resides in Oakland, CA. DOB: ███ 1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Updated 05/07/2017 See S-5 Updated 03/01/2017 Updated 02/28/2017 During a clinician session, client was identified as TVPRA case due to reported physical abuse by stepfather in home country. Updated 01/23/2017 Sponsor was identified as ████████████ DOB: ███/62 who is undoc. and resides in Garden Grove, CA. Online Background check: No criminal results were found for this subject. NSOPW: 0 record found Sponsor has been identified by interviewing CM as minor's cousin, ████████████, who resides in New York. Once CM has been assigned to this case, assigned CM will further assess sponsor and complete the sponsor interview.

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|
| | | | | |

## Mandatory TVPRA 2008

Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC.)  ☐ Yes  ☒ No

Date eligibility letter issued:

Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12102(1)?  ☐ Yes  ☒ No

If yes, specify disability:
Client has not been identified as a minor with disabilities as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12102(1).

Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened?  ☒ Yes  ☐ No

If yes, provide a short summary:
Updated 02/28/2017 During a clinician session, client was identified as TVPRA case due to reported physical abuse by stepfather in home country.

Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC?  ☐ Yes  ☒ No

If yes, provide a short summary:
Sponsor does not present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC at the time of sponsor interview.

## Recommendations

| | |
|---|---|
| Discharge: | ☐ Yes ☒ No |
| Sponsor: | |
| Discharge w/ Post Release: | ☐ Yes ☒ No |
| Date of PR referral: | 2/27/2017 |
| Refer to Home Study | ☐ Yes ☒ No |
| Reason for HS referral: | |

## Care Plan

Reunification:  09/04/2017 Shiloh accepted minor for tx as per Douglas Plaeger MA, LPC Program Director email on 09/01/17 will begin accepting minors on Tuesday, September 5, preferable between 9:00am and 3:00pm due to Hurrican Harvey delay. As per email, in the aftermath of Hurricane Harvey, Shiloh is working to coordinate and accommodate all transfers. During tx team and before speaking with minor, the team agreed to speak with Raul before advising minor of acceptance due to her prior behavior and emotional state as per updated by clinician, Jeanette Cuellar. SIR addendum was also reported on 09/01/2017 by clinician to include physical abuse from minor's mother to minor in HC. Minor continues on 1:1 supervision until further notice from clinician. Minor's tx is pending due to medical hold at this time. 08/24/17 Minor's packet sent to request RTC. 08/21/2017 Recommendation from Tx Tech University/ Child and Adolescent Division has recommended RTC as minor continues to demonstrate depressive symptoms and PTSD symptoms and will continue to require higher level of care in which staff secure programs might not be able to provide minor. As per letter, intensive individual and group therapy is required in minor's case due to her extensive history. 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ████████, stealing items from a staff member's backpack which minor has denied on 07/28/17. On 08/2/17 minor asked to speak with her clinician where she disclosed and made comments related to suicidal ideation. Minor was taken to El Paso Behavioral center. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and

Exhibit 21
Page 162

advised her that CM discontinued maternal grandfather, ▆ due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▆ who is undoc. and resides in Oakland, CA  DOB: ▆ 1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▆, who is undocumented and resides in Garden Grove, CA 08/24/17 Minor 8/17/17 Minor continues to display defiant behavior. Due to self disclosed kidnapping charges, maternal grandfather has been denied for sponsorship by FFS. CM and clinician are recommending Staff Secure. SIR's has included the following: 01/09/17 Disclosed separated consensual sexual relationships with adult males, past physical discipline, and being seen by a school psychologist, 02/20/17 Past physical / emotional abuse, gang threats, and suicide ideation, 04/29/17 Minor upset to receive an informational with consequences in the program and getting angry, minor broke a mirror and poked herself with a piece of glass, 6/13/17 Minor disclosed to being gang raped by MS gang members in HC of El Salvador. TDFPS abuse report submitted. Potential sponsor/ maternal grandfather was denied after FP were positive, sponsor then disclosed to have kidnapping charges in HC for an incident in HC. Sponsor states he served 2 years in prison but was released after he was found innocent of the charges. CM received letter from the an attorney in El Salvador which was forwarded to FFS Samuel Pedregon who denied sponsorship from grandfather. Recommendation from CM not to proceed with grandfather as he has voiced to work 7 days a week/ 12 hours a day and might not have time or capacity to give minor the attention and time she requires. Clinician, CM, and Case Coordinator agree to refer minor to Staff Secure due to minor's escalated behavior to include IR's for possibly having possession of a staff's USB which she denied on 08/01/17 and for IR where another minor in the program reported minor, ▆ stealing items from a staff member's backpack which minor has denied on 07/28/17. 07/04/2017 No changes. 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief. Pending LTFC placement. Updated 05/17/2017 CM met with minor to discuss her case and advised her that CM discontinued maternal grandfather, ▆, due to non compliance of providing documentation for prison time in HC of El Salvador. CC, Patty Lujan, agreed to the severity of the charges sponsor disclosed and the inability to provide provide proper documentation in a timely manner stating he needed to hire an attorney to try and obtain paperwork. Minor was notified of possible LTFC placement and has been referred to DMRS for proper legal consultation on 05/15/17. Minor understands. Treatment team was conducted on 05/1/2017 where minor was removed from 1:1 observation and placed on Line of Sight by the recommendation of Clinician, Jeanette, and agreed by the team. LH, CM/BSpdate 05/07/2017 Update 05/07/2017 Sponsor is maternal grandfather ▆ who is undoc. and resides in Oakland, CA. DOB: ▆/1955 Client is TVPRA/ Pending Homestudy. Recommendation: Homestudy Plan B: Refer to DMRS for possible legal relief. FP results came back with a discrepancy and FFS asked to disclose info. Sponsor has disclosed a kidnap incident in HC El Salvador and spent 2 years in jail which he says he was not involved in but wrongly did time for. CM pending documents requested by FFS. Client hopes to reunify with distant aunt, ▆, who is undocumented and resides in Garden Grove, CA.

Legal: 09/04/17 Minor has next immigration court scheduled for 09/28/17. 08/01/17 Minor has next immigration court scheduled for 09/28/17. 07/04/2017 NO changes 06/06/2017 Minor does not have a viable sponsor, therefore, case was referred to DMRS for possible legal relief Pending LTFC placement. Client was provided with Know Your Rights presentation on 01/19/2017 Client was referred to Home study due to reporting physical abuse by stepfather in home country.

Mental Health: Clinician will continue evaluating client's emotional state, and determine client's clinical needs. Clinician will also develop healthy coping skills, healthy boundaries and pro-social communication skills to assist client needs on a weekly basis. Clinician will facilitate weekly individual sessions with client to determine and focus on client's goals. At time of of physical abuse disclosure, client stated that during the time in which she experienced issues with her former stepfather, the idea of "not wanting to live," or "killing herself," came to mind out of frustration, while never experiencing any actual intent or plan to take her life. Client was not able to provide specific time frame or details on incident, and denies any other suicidal thinking. Clinician and Case Manager followed up with client's mother on 2/20/2017/. As per client's mother, client was seen regularly by a school psychologist for about 4 months. Client's mother stated that mostly she was being proactive, because ▆ was beginning to have problems in school, and wanted her to avoid getting into bigger problems. As per client's mother, ▆ received counseling once a week at school, which was a service provided to students at the school. As per client's mother, client never received a diagnosis nor was she ever prescribed a medication. Client's mother stated that ▆ stopped receiving the services when the Psychologist broke her foot. Clinician asked if client had ever been admitted in a reformatory type school, which she denied. Client's mother stated that ▆ was seen by a psychologist in around December 2015-January 2016, due to her experiences witnessing domestic violence as well as having issues at school, and was "hyperactive". As per client's mother, client stopped attending because the neighborhood in which the clinic was located was too dangerous. Once again, client was never given a diagnosis nor prescribed medication. Client has appeared emotionally stable overall since her arrival to the program, and denies any suicidal thinking. Client has demonstrated to be a resilient young lady, and has expressed that her experiences have shaped her personality. Client has appeared to be a caring and comforting individual, who is protective of others Client has expressed that regardless of any situations she confronted with, she maintains her faith in God, which reassures her that everything will turn out okay regardless of the situation. Client appears to be outspoken and outgoing, and expresses herself openly during clinical session. Due to past abuse, client will be receiving Post-Release Services upon release. First family session held on 2/14/2017 4/07/2017 Client continues to appear emotionally stable. Client has made demonstrated a significant recent in behavior, and continues to express herself openly during clinical session. On 4/29/2017, client broke reported having becoming upset at staff member upon receiving internal reports. AS per staff, client threw the mirror and poked herself on the arm with the piece of broken glass. During call with Clinician, client indicated to Clinician that she had become very upset after being approached by a staff member regarding incident report, and had thrown a mirror and broke it. ▆ stated that she had experienced bad thoughts, and confirmed suicidal ideation. ▆ indicated that she took a piece of the broken glass and intentionally made a cut on herself, and if the glass would have been sharper she would have cut herself further with the intent of hurting herself, Client appeared calmer at end of phone call, and denied any further suicidal thinking. Client was immediately placed on One to One. Client was taken to the El Paso Psychiatric Center (EPPC) for assessment on 4/30/2017 After further evaluation, Dr. Avila from EPPC did not recommended inpatient services. Due to the fact that client is not displaying any psychotic symptoms or suicidal ideations. Clinician staffed case with Assistant Director of Clinical services on 5/1/2017, who provided the following recommendations: Complete Client Support Plan which will be provided to client and staff to assist if/when needed. No further evaluation is recommended at this time due to client being assessed as stable by Clinician, Lead Clinician, and El Paso Psychiatric Center. It appears the comment was made at the moment out of impulse, without any real intention or plan, and the program has not observed any ongoing concerns or identified symptoms. Clinician advised the client's statement is inconsistent with her typical behavior/demeanor observed over her length of stay at Casita del Valle. Level of Supervision will be staffed with Program Leads. As of 5/4/2017, client remains on One to One supervision at this time. 06/06/2017 Minor has denied any thoughts of suicide or self harm. Minor has denied having experienced any further thoughts of suicide or self-harm since incident on 4/29/2017. Minor has expressed that she is making an effort to cope with her emotions in a positive manner, and has been able to differentiate between negative and positive coping styles. Kimberly has expressed that she is making an effort to control her emotions in a positive manner, sometimes just needing a few minutes to cry, and stated that she is able to identify when she needs further assistance in order to avoid de-escalation, such as requesting to speak to assigned Clinician. Kimberly continues to express herself openly in clinical session. Minor recently agreed to participate working on relaxation exercises during session, which she had declined in the past. Minor has expressed that she is putting forth an effort to remain patient as she awaits approval for transfer to long term foster care. Minor was removed from Elevated Supervision (Close Observation, LOS) effective 5/25/2017, as recommended and discussed during treatment team meeting, held 5/25/2017. 06/292017 Due to additional disclosure of abuse, Clinician staffed case with Assistant Director of Clinical services on 06/13/2017, who recommended to proceed with psychological evaluation, as presented by Clinician. The following was recommended: Proceed with psychological evaluation to provide to LTFC placement agency, to help identify and understand minor's needs. During individual session, Clinician will work with minor on self-care, helping minor identify and care for her own needs. Clinician will also work with minor on self-

Exhibit 21
Page 163

advocacy. Clinician will work with minor on impulse control during clinical sessions. E-psychiatry appointment was scheduled for 06/29/2017, however, had to be rescheduled for 07/05/2017 due to conflicting immigration court date. 07/06/2017 Minor received psychological evaluation on 07/05/2017. Minor was seen by Dr. Alina Perez, via e-psychiatry service. Dr. Perez provided an initial verbal diagnosis of Major Depressive and Generalized Anxiety Disorder, and recommends that minor be psychiatrically evaluated. Dr. Perez will be completing a full report, which will be provided at a later date (possibly within the next 7 days). According to Dr. Perez, minor was initially apprehensive to complete assessment, but fully cooperated with interview. Dr. Perez indicated that minor was tearful at times during the 1 hour long session, however, continued to be cooperative and was described by Dr. Perez as pleasant to speak to. Dr. Perez indicated that minor has depressive symptoms that extend to the age of 11. Dr. Perez did not feel that an RTC is needed at this time and expressed that minor should be successful in current setting, as well as in long term foster care, with the appropriate mental health care and medications. Case was staffed with Director of Clinical Services on 07/06/2017 who recommended the following: Proceed with psychiatric evaluation as recommended by psychologist on 7/05/2017. Increase number of weekly individual sessions for minor – two per week and on the same days. Clinician will consult with minor if she is willing to disclose the past sexual abuse with mother in home country, and facilitate disclosure process for minor. Clinician will conduct family sessions between minor and mother to provide familial support to minor to help improve her emotional stability. Clinician will provide psycho-educational information/awareness on sexual abuse. Minor has been able to identify positive coping skills found to be effective for her, to include walking outside or catching fresh air. Clinician will continue to work with minor on self care and impulse control. 8/05/2017 Clinical sessions have continued to focus on self-care and impulse control, as recommended by Assistant Director of Clinical Services Erin Stone. While minor expresses herself openly in session, Clinician regularly needs to remind minor of the focus/goals for session. Most recently, ITCT Assessment–Treatment Flowchart: Adolescent/Young Adult version (ATF-A) was completed for minor, indicating that both Post-Traumatic Stress and Attachment Insecurity are most pressing concerns as identified by minor. Minor expresses herself openly in clinical session, and appear to be a resilient young lady, in light of her past experiences. Although other minors have expressed issues with minor, minor has not demonstrated any physical aggression towards others. As per minor's teacher, minor does behaves well in class, and focuses on her schoolwork and is respectful. Minor has most recently expressed that she is making an effort to relax, take things easier, and focus on her well being and her future, in order to better be able to help her family in the future, especially her younger brothers, whom she cares deeply for. Minor expressed that she is trying to less impulsive by putting more though into her actions. Minor disclosed suicidal thoughts on 8/02/2017, related to increased frustration over her case as well as extended stay in the program. Minor was assessed by El Paso Behavioral Health System (EPBHS) mobile on August 2, 2017, with the recommendation that minor be transported to EPBHS the morning of 8/3/2017 for admission. Minor was placed on One to One supervision. Minor was transported to EPBHS as instructed on 8/3/3017, and was admitted. Psychiatrist completing assessment via web-cam provided an admitting diagnosis of Unspecified Depressive Disorder, while admission paperwork stated that diagnosis would remain as provided by Dr. Alina Perez during recent psychological evaluation (7/5/2017). Previously scheduled psychiatric evaluation (as recommended by Psychologist Alina Perez) appointment which was scheduled for August 3, 2017 at Texas Tech, will be rescheduled for after minor's release, which will also serve as follow up for inpatient hospitalization. Case will continue to be staffed to provide any new/current information for minor's placement and treatment needs. Minor's current tentative date of discharge is Friday August, 11, 2017. A family session has been scheduled for Thursday August 10, prior to minor's release from inpatient care. Minor expresses herself openly in clinical session, and appear to be a resilient young lady, Minor has most recently expressed that she is making an effort to relax, take things easier, and focus on her well being and her future, in order to better be able to help her family in the future, especially her younger brothers, whom she cares deeply for. Minor expressed that she is trying to less impulsive by putting more thought into her actions. Due to recent hospitalization due to suicidal thoughts, minor will be able to identify positive coping skills which will decrease/eliminate suicidal thinking. As recommended by (former) Clinical Director, minor will be able to disclose past sexual abuse to mother, in hopes of increasing family support for minor, to help her emotional wellbeing. 8/24/17 Minor was seen for Psychiatric Evaluation by Carla Alvarado, who diagnosed minor with Major Depressive Disorder, Recurrent Severe without psychotic features and Post-traumatic Stress Disorder, and recommended RTC to target her therapeutic needs as followed, "▮▮▮▮ continues to demonstrate depressive symptom and PTSD symptoms and will continue to to require higher level of care." ▮▮▮▮ will benefit form a residential treatment center to target her therapeutic needs at this time. A residential treatment center serves as a live-in health care facility that will provide treatments including intensive individual and group therapy and psychopharmacology to address ▮▮▮▮ mental health." Minor will continue on Fluoxetine 20mg once a day, and continue on elevated (1:1) supervision as per Dr. Alvarado's recommendation. Dr. Alvarado recommended that clinical sessions focus on relaxation skills, coping skills, and impulse control, and stated that disclosing past abuse to mother was not a good idea at this time, as this was usually one of the final steps of trauma focused therapy. Dr. Alvarado also recommended the use of sensory activities such as arts, crafts, and coloring. Dr. Alvarado recommended that minor not be dissuaded to speak about her trauma if she opens up, however, this should not be a focus at this time, due to placement and possible transfer.

Certification

Signature:

Lilia Hernandez, CM/ BS 02/28/2017, 03/01/2017, 05/072017,05/17/17, 06/06/2017, 07/04/2017, 08/1/17, 8/17, 8/24, 09/04/17 Jeanette Cuellar, MA 03/08/2017, 4/08/2017, 5/4/2017, 6/6/2017, 06/29/2017, 07/06/2017 8/05/2017 8/24/2017

Date:

8/24/2017

Print Name:

Lilia Hernandez/
Jeanette Cuellar,
MA

Title:

Case Manager/
Clinician

Exhibit 21
Page 164