# Exhibit 23

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 23
Page 174

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

## Service Plan Review

**Client:** ▮▮▮▮▮▮▮▮▮▮  **Date of Review:** November 2, 2017

**Reason for Service Plan Review:**
- [✓] Initial Service Plan Review
- [ ] Monthly Treatment Review Staffing
- [ ] Quarterly Treatment Plan Review Staffing
- [ ] ARD Meeting
- [ ] Other: (Explain)

This Service Plan Review is an addendum to the Individual Service Plan dated below.

**Date of Current Individual Service Plan:** 09/28/17

**Dates of Review:** From: 09/26/17 To: 10/24/17

**Changes in Services and/or Providers:** (Document on ISP Face Sheet.)

Case Manager - Juana Medina; Clinician - Josephine Avila, MA; Psychiatrist - Javier Ruiz, MD

**Psychiatric Services:** Provider Javier Ruiz, MD

Psychiatric Treatment During Reporting Period and Needs to be Addressed:

Psychiatric Monitoring 9/26/17:
1. Doing well, tolerating well
2. Responding well to treatment
3. Continue to look for family placement

10/10/17: 1. Client doing well, compliant with treatment, no incidents.
2. Recommend step down to lower level of care.

Axis I Diagnosis: (List All.)

296.90 Mood Disorder Not Otherwise Specified
309.81 Posttraumatic Stress Disorder
H/O 304.30 Cannabis Dependence
H/O 296.33 Major Depressive Disorder, Recurrent, Severe Without Psychotic Features
R/O 314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type
R/O 300.02 Generalized Anxiety Disorder

Axis II Diagnosis: (List All.)   R/O V62.89 Borderline Intellectual Functioning

Current GAF Score: 50   Date: 10/10/17   Provider: Javier Ruiz, MD

Change in Diagnosis: No change in diagnosis

Rule-Out Diagnosis to be Clarified: (>6 months)

R/O 314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type
R/O 300.02 Generalized Anxiety Disorder

Plan to Clarify Rule-Out Diagnosis: Continue evaluation of the minor.

Psychotropic Medications: (List All.)

Melatonin – 3mg – Take 1 tablet at bedtime
Prozac (Fluoxetine) – 20mg – Take 1 capsule at bedtime

Focus of Psychiatric Treatment:

▮▮▮▮ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

Changes in Psychotropic Medications:

No changes in medication during this reporting period.

Observed Response to Change: N/A

Side Effects Observed or Reported: None at this time

Overall Effectiveness: Effective

Psychotropic Medication Compliance: ▇▇▇▇ complies by taking all medication as prescribed.

Plan to Address Psychiatric Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

▇▇▇▇ will continue to meet with her treating psychiatrist on a monthly basis for Psychiatric Monitoring.

**Medical Services:** Provider Angelina Farrella

Medical Treatment During Reporting Period and Needs to be Addressed:

9/27/17: Initial Medical Exam
Plan:
1. Vitamin protocol regimen.
2. Increase 2 Omega flex twice daily with meals.
3. Repeat Lipid panel in 4 weeks.

10/10/17: Regarding: Follow Up for HPV treatment
Findings: 1. HPV improving and dysuria and constipation.
Recommendations: 1. Continue application of Imiquimod.
2. Checked Urinalysis in clinic- Negative.
3. RTC in one month.
4. Miralax 17grams in 8oz., drink daily for one month.

Non-Psychotropic Medications: (List All.)

N/A

Changes in Non-psychotropic Medications: N/A

Medication Compliance: Compliant

Plan to Address Medical Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

Continue to monitor behaviors, medication compliance, report significant concerns and issues to psychiatrist and clinician, and follow medical orders.

Nutrition and Dietary Needs: N/A

Height: 60 inches    Weight: 130    BMI: 25.39    Date of Measurement: 10/10/17

Plan to Address Dietary Needs: Continue current dietary plan

**Dental Services:** Provider Marvin Rodrigue, DDS

Dental Treatment During Reporting Period and Needs to be Addressed:

No dental treatment during this reporting period.

**Behavior Management:** Provider George Littleton, Doug Manning, Alyn Aluotto and all Direct Care Staff

Current Teaching Home: 58C

Behavior Goals and Objectives: Review behavior data from previous reporting period versus the current reporting period.

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

| Target Behavior | Objective Measure | Total from Last Reporting Period | VS | Total from Current Reporting Period | Outcome Objective Met or Objective Not Met |
|---|---|---|---|---|---|
| Suicidal Ideation | 0 Incidents | 0 | vs | 0 | Objective Met |
| Depressive Symptoms | Decrease by 25% | 1 | vs | 11 | Objective Not Met |
| Mood Instability | Decrease by 25% | 5 | vs | 42 | Objective Met |
| Self-Injurious Behavior | 0 Incidents | 0 | vs | 0 | Objective Met |
| Substance Abuse | 0 Incidents | 0 | vs | 0 | Objective Met |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |

Analysis of interventions (from Behavior Report) and Directions to Staff:
Staff Counseling .35%; Encouragement .41%; Active listening 36.00%; Positive Reinforcement .47%; Verbal Redirection 1.41%; Monitoring 46.74%; Verbal Prompt 14.62%

Plan to Achieve Objectives Not Met This Reporting Period: (Specific Techniques and Strategies.)

*Consider identified antecedents and triggers of behavior, staff interventions, actions client can take.*

Treatment team will continue to work with [redacted] and monitor behaviors to help her meet objective goals.

New Behavioral Needs: No new behavioral needs at this time.

Plan to New Behavioral Address Needs: N/A

Other Observations, Treatment Issues or Comments:

N/A

Emergency Behavior Interventions: (Dates of Emergency Intervention. Specific Patterns Identified.)

Therapeutic Holds: 0

Emergency Medication: 0

Plan for Reduction: (Specific Tasks, Techniques and Strategies.)

Staff will continue to closely monitor [redacted].

Review of Safety Contract: (Is Client Adhering to Contract? Do Changes Need to be Made to Contract?)

Client is adhering to contract but requires redirection at times.

Review of Preferred De-escalation Techniques: (Are the Techniques Listed on ISP Still Current? Are There Any Changes?)

[redacted] reports her preferred de-escalation techniques include listening to music and writing.

Current Restrictions and/or Precautions: N/A

Current Level of Supervision: (General Supervision Level, Not When in Crisis.)

Close proximity

Reason for Change in Level of Supervision: (If Applicable.) N/A

**Individual Counseling:** Provider Josephine Avila, MA

Revised 08/07/16   Copy to Travel Folder, Education Chart, and Medical Chart   Page 3 of 9

Exhibit 23
Page 177

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

Focus of Treatment:

9/27/17: Overall doing well, eating and sleeping well. Talkative in session. No reports of suicidal/para suicidal ideation. Few conflicts with peers but overall able to positively handle them. Gets along well with staff. No issues with peers in group home. Adjusting well to placement. Processes well in session. Receptive to session and interventions.

9/28/17: Clinician met with client for therapy session. Client appeared cheerful, talkative, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral disturbances. Client reporting eating and sleeping well. Client denied any issues/conflicts with peers or staff. Client denied current suicidal/homicidal/para suicidal ideation, gestures, and/or plans. Client denied current hallucinations/delusions. Client engaged in processing feelings and emotions on different topics such as her past traumatic experiences, results from those experiences, relationships, having children, self-concept, treatment goals, and about her family. She reported she really wanted to be reunified with her grandfather. She also engaged in reflecting about her past, her negative behaviors, and how her actions/behaviors have changed her in a positive way. Psychoeducation was provided on safe sex, sexually transmitted diseases, relationships after trauma, and living a healthy and positive life style. She engaged in a book she had read and wanted to review the meaning of certain poems from the book with the clinician during future sessions. She was thanked for being open with clinician, sharing her traumatic experiences, and her thoughts and feelings. Session was a very positive session. Client was receptive to session and interventions. Client appeared stable, cheerful, and calm when she left session. Clinician will continue to follow up through bi-weekly session.

10/4/17: Clinician met with client for therapy session. Client appeared cheerful, talkative, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral disturbances. Client reporting eating and sleeping well. Client denied any major issues/conflicts with peers or staff. Client denied current suicidal/homicidal/para suicidal ideation, gestures, and/or plans. Client denied current hallucinations/delusions. Client engaged in processing feelings and emotions on different topics such as issues happening between her peers and staff, her feelings toward that staff, her feelings in relationship to her past trauma, and relationship issues. Discussed and interpreted some poems from a book she had previously read. She processed her feelings on these poems and how they related to her. She engaged in activities during session. She appeared really comfortable in session. Client was receptive to session and interventions. Client appeared stable, cheerful, and calm when she left session. Clinician will continue to follow up through bi-weekly session.

10/6/17: Clinician met with client for therapy session. Client appeared cheerful, talkative, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral disturbances. Client reporting eating and sleeping well. Client denied any major issues/conflicts with peers or staff. Client engaged in processing feelings and emotions on her stay in placement and reunification. She engaged in an activity during session. She appeared really comfortable in session. Client was receptive to session and interventions. Client appeared stable, cheerful, and calm when she left session. Clinician will continue to follow up through bi-weekly session

10/11/17: Clinician met with client for therapy session. Client appeared cheerful, talkative, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral disturbances. Client reporting eating and sleeping well. Client denied any major issues/conflicts with peers or staff. She did elaborate on an issue that happened in her group home with a peer but it was not directly with her. Clinician informed her that she was stepped down and she would be seen for 30 minutes twice weekly. She engaged in an activity during session. After her activity she engaged in processing feelings and emotions about violence in her country, feelings toward her step-father and her mother, her sister, and some of her peers. She stated she had been moved from bedrooms and she was getting along well with her new roommate. Clinician will continue exploring her feelings toward her step-father and her mother. She appeared really comfortable in session. Client was receptive to session and interventions. Client appeared stable, cheerful, and calm when she left session. Clinician will continue to follow up through bi-weekly 30 minutes sessions.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

10/13/17: Clinician met with client for therapy session. Client appeared cheerful, talkative, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral disturbances. Client reporting eating and sleeping well. Client denied any major issues/conflicts with peers or staff. She worked on an activity with clinician. She discussed that she is going to help her peers edit their MP3 players with songs. She discussed how she gets along and helps her roommate. She appeared very positive and seemed to enjoy helping her roommate and playing with her. Clinician and client completed reviewing and interpreting poems she had recorded. She continues to be adapting well to placement and appears comfortable processing feelings and emotions about different topics in session. Client was receptive to session and interventions. Client appeared stable, cheerful, and calm when she left session. Clinician will continue to follow up through bi-weekly 30-minute sessions.

10/17/17: Clinician met with client for therapy session. Client appeared cheerful, talkative, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral disturbances. Client reporting eating and sleeping well. Client denied any major issues/conflicts with peers or staff. She reported she wanted to change, go to church, be a better person, and stop saying bad words. She was praised for her thoughts. She discussed changing her diet as part of a religious ritual. It was recommended she continued to eat and stay healthy. She worked on a play based activity with clinician and listened to spiritual music. Client was receptive to session and interventions. Client appeared stable, cheerful, and calm when she left session. Clinician will continue to follow up through bi-weekly 30-minute sessions.

10/18/17: Clinician met with client for follow up therapy session. Client appeared cheerful, sluggish, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral or emotional disturbances. Client reporting eating and sleeping well. Client denied any major issues/conflicts with peers or staff. She engaged in a play based activity with clinician. Client was receptive to session and interventions. Client appeared stable, happy, sluggish, and calm when she left session. Clinician will continue to follow up through bi-weekly 30-minute sessions.

10/20/17: Clinician met with client for follow up therapy session. Client appeared cheerful, alert, and cooperative. She was appropriately groomed/dressed. Client reported doing overall well and denied any behavioral or emotional disturbances. Client reporting eating and sleeping well. She did process feelings and emotions about an incident that happened with a peer. She engaged in an art based activity with clinician. Client was receptive to session and interventions. Client appeared stable, happy, and calm when she left session. Clinician will continue to follow up through bi-weekly 30-minute sessions.

**Participation and Progress:**

▆▆▆▆▆ continues to meet with her therapist on a weekly basis.

| **Family Counseling:** | Provider Josephine Avila, MA |
|---|---|

Person(s) Participating: N/A

Focus of Treatment:

N/A

**Participation and Progress:**

No family therapy completed at this time. Minor does not have a viable sponsor at this time.

| **Group Counseling:** | Provider Ana Grant, LPC-I |
|---|---|

Focus of Treatment:

GT 9/7/17: Objective: To see a different perception of life.-CONTINUATION FROM TUESDAY
1. Client will draw most favorite memory of childhood.
2. Client will reflect on positive thoughts.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

Materials: Water paint, card stock
Participation: Minor participated in session. This was minor's first time in session. She was inattentive during group. At one point, minor intended to have a side conversation with a peer. Therapist had to explain to client the importance of being respectful. Therapist talked about services provided by Shiloh and group norms. Working on building rapport.

GT 9/12/17: Objective: To help client relax and enjoy the company of his peers.
1. Client will engage in a friendly game with peers.
2. Client will use words to express feelings on anger, happiness, and
Materials: UNO Cards
Participation: Minor participated in session. Her mood was positive. Minor was engaged in discussion giving a peer sound advice about coping skills. Minor talked about her past and how she has changed.

GT 9/14/17: Objective: To help client relax and enjoy the company of his peers. Continuation of Tuesday
1. Client will engage in a friendly game with peers, learn competition, and social skills
2. Client will use words to express feelings on anger, happiness, and
Materials: UNO Cards
Participation: Minor participated in session. Her mood was happy. Minor talked about her family. She talked about the struggles she has been through in HC, and how she is trying to overcome them.

GT 9/21/17: Objective: Help client discuss video from previous session.
1. Client will discuss how to break cycle of violence.
2. Client will explore ways to solve conflict.
Materials: Video
Participation: Minor participated in session. Her mood was normal. Minor tried to manipulate group by not allowing others to speak. Therapist had to tell her that everyone in group had to have a change to talk. Continue working on social cues.

GT 9/26/17: Objective: Client will focus on the Self.
1. Client will take a look at own strengths, and share with others.
2. Client will explore positive qualities of self to raise self-esteem
Materials: Worksheet
Participation: Minor participated in session. Minor's affect was appropriate. Minor behavior was inattentive when others were talking. Minor tried to manipulate group, so that only she could talk. Therapist reminded her to be respectful when others are talking.

Participation and Progress:

▇▇▇▇ participates in group sessions.

**Substance Abuse Counseling:**   Provider N/A

Participation and Progress:

N/A

**Other Service Provided:** (Speech Therapy, Occupational Therapy, Applied Behavior Analysis, Specialized Counseling.)

Other Service: N/A                                                    Provider N/A

Participation and Progress:

N/A

**Education Services:** Provider George Littleton

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

Current Educational Functioning Levels/Grade Levels:

Minor continues to make progress towards her educational goals.

Participation and Progress:

███ continues to participate in class and completes her assignments.

Educational Needs and Weaknesses:

███ will be placed into modified 11th grade courses. She will receive vocational and acculturation assignments weekly. An emphasis will be placed on assimilation skills.

Plan to Address Educational Needs:

███ will continue to be provided with direct academic instructions of 30 hours a week (G. Littleton).

Skills and Preparation for Independent Living: (Client 16+)

███ is learning about meal preparation and daily skills for independent living.

Participation and Progress:

███ can perform these duties with minimal assistance.

**Social Skills Training:**   Provider   George Littleton

Deficits and Priorities:

███ experiences mood dysregulation.

Participation and Progress:

███ participates in group therapy.

**Recreation and Leisure Skills:**   Provider   Chesley Sharp, Alyn Aluotto, Doug Manning, and all staff.

Recreation and Leisure Activities: (Specific Activities.)

███ enjoys playing basketball and soccer.

Participation and Progress:

███ engages in recreation activities during leisure time.

Community Recreation and Leisure Activities: (Specific Activities.)

███ enjoys drawing and writing.

Participation and Progress:

███ engages appropriately.

**Life Skills Training:** Provider   George Littleton and Direct Care Staff

Deficits and Priorities:

Household chores in the home and classroom

Participation and Progress:

███ completes daily hygiene and assigned chores.

**Sexual Health Education Group:** (Client 13+)   Provider   N/A

Participation and Progress:

This service is not being provided at this time.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

**Family Communication and Visitation:** (List visits and phone calls during reporting period. Identify participants. Report outcome of calls and visits.)

▇▇▇ receives two phone calls on a weekly basis (15 minutes each).

**Legal Needs and Issues:** (List all legal providers, any contact with legal representative, contacts with the legal system, any completed or pending court dates, probation requirements, and new charges)

KYR presentation and Legal screening provided by the Cabrini Center.

**Case Coordination:** (Tasks service director completed on client's behalf during the reporting period. Tasks to be completed by the service director during the next reporting period.)

9/26/17: Received Good Faith letter from Cabrini Center
9/27/17: LCM followed up with previous CM about checklist; previous CM provided checklist.
9/28/17: Summary of the case was sent to FFS for guidance about working with the minor's grandfather.
9/29/17: FFS stated: "I would wait for Micaela to return and discuss this with her. This will be an on-going case that would likely require additional approvals and review. I wouldn't want to provide guidance and then immediately step out of the case."
10/2/17: A follow up was sent to FFS about guidance for working with minor's grandfather.
10/4/17: Case Coordinator requested minor's emails from previous placement.
10/12/17: Pending guidance on minor's grandfather; pending doctor's recommendation
10/19/17: Pending guidance on minor's grandfather; pending doctor's recommendation
10/26/17: Pending guidance on minor's grandfather; pending doctor's recommendation

**Discharge Plan:** (Current Plan.)

At this time, ▇▇▇ does not have a viable sponsor. She stated she would like to reunify with her maternal grandfather in California but previous shelter stated they discontinued working with him. Previous placement stated they discontinued working with minor's grandfather due to him not being able to care for the minor properly, taking too long in providing requested documentation, and past criminal history from home country. At this time, long term foster care would be one option for the minor if no sponsor is found.

**Participation and Progress:**

Minor has no viable sponsor at this time.

**Outcome of Review:** Continue Current Placement

**Specify Justification for Outcome:**

Doctor continues to recommend RTC services at this time.

**Updated Estimated Length of Stay:** 30 Days

**Other Client Needs or Issues:** (Assessments, Clothing, Cultural Needs, Special Procedures, Etc.)

N/A

**In-person Meeting(s):** (Describe information discussed with client during reporting period.)

Case Manager has met with minor twice weekly to provide phone calls to her family in home country.

**Additional Comments:** (Include information discussed with client during meeting.)

N/A

☑ Service plan shared and reviewed with client. (If not, explain in Additional Comments.)

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

## Service Plan Review
## SIGNATURE PAGE

Date of Meeting: November 2, 2017

Participant Signatures: (All Attendees Must Sign. Staff must include two professional level service providers. At least one must provide services directly to the client.)

| Print Name | Position/Role | Signature |
|---|---|---|
| Juana Medina | Service Director | *[signed]* |
| ▆▆▆▆▆▆▆▆▆▆ | Client | ▆▆▆▆▆▆▆▆▆▆ |
| 58C Jessica Lopez | Direct Care Staff (Caregiver) | *[signed] lopez* |
| Josephine Avila, MA, LPA | Clinician | *[signed]* |
| Rocio A. Lawrence | Lead Case Manager | *[signed]* |
| Douglas Plaeger, MA, LPC | Program Director | *[signed]* |
| Nidia Murray | Case Coordinator - GDIT | No staffing |

Revised 08/07/16   Copy to Travel Folder, Education Chart, and Medical Chart   Page 9 of 9.

Exhibit 23
Page 183