# Exhibit 24

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 24
Page 184

2675

Fiscalía General de la República

NORIS MARLENE FLORES URQUIZA, SECRETARIA GENERAL DE LA FISCALIA GENERAL DE LA REPUBLICA: **HACE CONSTAR:** Que se han revisado los registros que se llevan en esta institución y Oficinas Fiscales que la conforman y a la fecha **NO** se ha encontrado expediente en contra de  Y para los usos que estime conveniente, se extiende, firma y sella la presente en el Ministerio Público, Fiscalía General de la República, Secretaría General, Antiguo Cuscatlán, al primer día del mes de noviembre del año dos mil diecisiete.-



EL SUSCRITO NOTARIO, en base al Artículo Treinta de la Ley del Ejercicio Notarial de la Jurisdicción Voluntaria y de Otras Diligencias CERTIFICA: Que la presente fotocopia es conforme y fiel a su original, con el cual se confrontó. En la Ciudad de San Salvador a los nueve días del mes de Noviembre de dos mil diecisiete.



Exhibit 24
Page 185

2675

[Coat of arms]

General Prosecutor's Office of the Republic

NORIS MARLENE FLORES URQUIZA, GENERAL SECRETARY OF THE PROSECUTOR'S OFFICE OF THE REPUBLIC: **HEREBY STATES:** that the registers filed in this institution and the Tax Office that are part of it have been checked, and to this date **NO** file has been found against ▇▇▇▇▇▇▇▇▇▇▇▇▇. And for the purposes it deems convenient, this certificate is issued, signed and sealed in the Public Ministry, General Prosecutor's Office of the Republic, General Secretary, Antiguo Cuscatlán, on the first day of November of the year two thousand seventeen.

[Signature]

[Stamp:] General Prosecutor's Office of the Republic, General Secretary, El Salvador C.A. [illegible]

| | |
|---|---|
| THE UNDERSIGNED NOTARY based on Article thirty of the Notarial exercise Act of the Voluntary Jurisdiction and of other proceedings CERTIFIES: That this photocopy is a true copy of the original against which it was checked. In the city of San Salvador, on the ninth day of November of the year two thousand seventeen. | [Stamp:] NUBIA CRISTINA CARDOZA PERAZA, NOTARY<br><br>[Illegible]<br><br>[Signature] |

**Exhibit 24**
**Page 186**

**Morningside Translations**

450 Seventh Ave.
Tenth Floor
New York, NY 10123
(212) 643-8800

# TRANSLATION CERTIFICATION

Date: August 17, 2018

To whom it may concern:

This is to certify that the attached translation from Spanish into English is an accurate representation of the document received by this office.

The document is designated as:
- Letter regarding ███████████, El Salvador General Prosecutor's Office of the Republic

Sarah Hall, Project Manager in this company, attests to the following:

"To the best of my knowledge, the aforementioned document is a true, full and accurate translation of the specified document."

*Sarah Hall* (signature)
Signature of Sarah Hall

CERT-07, 12/05/2017, Ver. 1                    **Global Solutions. Local Expertise.**