# Exhibit 25

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 25
Page 188**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

# Service Plan Review

Client: ████████████████████                Date of Review: November 30, 2017

Reason for Service Plan Review: ☐ Initial Service Plan Review  ☑ Monthly Treatment Review Staffing

☐ Quarterly Treatment Plan Review Staffing          ☐ ARD Meeting

☐ Other: (Explain)

This Service Plan Review is an addendum to the Individual Service Plan dated below.

Date of Current Individual Service Plan: 09/28/17

Dates of Review:    From: 10/24/17          To:    11/21/17

Changes in Services and/or Providers: (Document on ISP Face Sheet.)

Case Manager - Juana Medina; Clinician - Josephine Avila, MA, LPA; Psychiatrist - Javier Ruiz, MD

Psychiatric Services:    Provider Javier Ruiz, MD

Psychiatric Treatment During Reporting Period and Needs to be Addressed:

11/7/17: 1. Adderall XR 10mg every morning to assist with ADHD symptoms and impulsivity

Axis I Diagnosis: (List All.)

309.81 Posttraumatic Stress Disorder
H/O 304.30 Cannabis Dependence
H/O 296.33 Major Depressive Disorder, Recurrent, Severe Without Psychotic Features
314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type
300.02 Generalized Anxiety Disorder

Axis II Diagnosis: (List All.)     R/O V62.89 Borderline Intellectual Functioning

Current GAF Score: 50        Date: 11/07/17        Provider:     Javier Ruiz, MD

Change in Diagnosis:  Minor's R/O on Axis I were clarified.

Rule-Out Diagnosis to be Clarified: (>6 months)

R/O V62.89 Borderline Intellectual Functioning

Plan to Clarify Rule-Out Diagnosis:   Continue evaluation of the minor.

Psychotropic Medications: (List All.)

Adderall XR(C-II) - 10mg - Take 1 tablet every morning (Start 11/7/17)
Melatonin – 3mg – Take 1 tablet at bedtime
Prozac (Fluoxetine) – 20mg – Take 1 capsule at bedtime

Focus of Psychiatric Treatment:

████████ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors.

Changes in Psychotropic Medications:

Adderall was added to her medications.

Observed Response to Change:   N/A

Side Effects Observed or Reported:  None at this time

Overall Effectiveness:  Effective

Revised 08/07/16        *Copy to Travel Folder, Education Chart, and Medical Chart*        Page 1 of 9

**Exhibit 25
Page 189**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

Psychotropic Medication Compliance: ███████ complies by taking all medication as prescribed.

Plan to Address Psychiatric Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

███████ will continue to meet with her treating psychiatrist on a monthly basis for Psychiatric Monitoring.

**Medical Services:**   Provider  Angelina Farrella

Medical Treatment During Reporting Period and Needs to be Addressed:

11/11/17: 1. Staff reported that client has a rash on inner thigh area.
2. Assessed client at 58C, client was in bedroom and stated that she has red marks and itching.
3. Upon assessment client was informed that it was not a rash but rather stretchmarks and that they are due to weight gain and growth.
4. Client was then educated on proper moisturizing of skin and importance of not scratching area. Client stated she understood.
5. Staff was informed of clients needs and gave her moisturizer to apply daily.

11/16/17: Regarding: chondyloma, HPV
Findings: 1. Chondyloma
2. Contraception management
Recommendations: 1. Continue cream. Will also refer to UT physicians OB/GYN for freezing versus laser of larger remaining lesion
2. Ordered Nexlenon
3. RTC in one month for Nexplenon

Nurse addendum: likely that PCU will not cover Nexplenon because it is an implant. Brad will communicate this with Dr. Beyda.

Non-Psychotropic Medications: (List All.)

N/A

Changes in Non-psychotropic Medications:  N/A

Medication Compliance:  Compliant

Plan to Address Medical Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

Continue to monitor behaviors, medication compliance, report significant concerns and issues to psychiatrist and clinician, and follow medical orders.

Nutrition and Dietary Needs:   N/A

Height: 60 inches      Weight: 138      BMI: 26.95      Date of Measurement: 11/07/17

Plan to Address Dietary Needs: Continue current dietary plan

**Dental Services:**   Provider  Marvin Rodrigue, DDS

Dental Treatment During Reporting Period and Needs to be Addressed:

No dental treatment during this reporting period.

**Behavior Management:** Provider  George Littleton, Doug Manning, Alyn Aluotto and all Direct Care Staff

Current Teaching Home:  58C

Behavior Goals and Objectives:  Review behavior data from previous reporting period versus the current reporting period.

**Exhibit 25
Page 190**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

| Target Behavior | Objective Measure | Total from Last Reporting Period | VS | Total from Current Reporting Period | Outcome Objective Met or Objective Not Met |
|---|---|---|---|---|---|
| Suicidal Ideation | 0 Incidents | 0 | vs | 0 | Objective Met |
| Depressive Symptoms | Decrease by 25% | 11 | vs | 13 | Objective Not Met |
| Mood Instability | Decrease by 25% | 42 | vs | 65 | Objective Not Met |
| Self-Injurious Behavior | 0 Incidents | 0 | vs | 0 | Objective Met |
| Substance Abuse | 0 Incidents | 0 | vs | 0 | Objective Met |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |
| | | | vs | | |

Analysis of interventions (from Behavior Report) and Directions to Staff:

Staff Counseling 1.27%; Planned ignoring .17%; Encouragement .50%; Active listening 32.41%; Positive Reinforcement 1.82%; Response Cost .06%; Positive Practice .06%; Verbal Restatement of Goal .06%; Verbal Redirection 3.69%; Monitoring 45.31%; Verbal Prompt 14.66%

Plan to Achieve Objectives Not Met This Reporting Period: (Specific Techniques and Strategies.)

*Consider identified antecedents and triggers of behavior, staff interventions, actions client can take.*

Treatment team will continue to work with ▮▮▮▮▮ and monitor behaviors to help her meet objective goals.

New Behavioral Needs:  No new behavioral needs at this time.

Plan to New Behavioral Address Needs:  N/A

Other Observations, Treatment Issues or Comments:

N/A

Emergency Behavior Interventions: (Dates of Emergency Intervention.  Specific Patterns Identified.)

Therapeutic Holds:       0

Emergency Medication:  0

Plan for Reduction: (Specific Tasks, Techniques and Strategies.)

Staff will continue to closely monitor ▮▮▮▮▮.

Review of Safety Contract:  (Is Client Adhering to Contract?  Do Changes Need to be Made to Contract?)

Client is adhering to contract but requires redirection at times.

Review of Preferred De-escalation Techniques: (Are the Techniques Listed on ISP Still Current? Are There Any Changes?)

▮▮▮▮▮ reports her preferred de-escalation techniques include listening to music and writing.

Current Restrictions and/or Precautions:  N/A

Current Level of Supervision:  (General Supervision Level, Not When in Crisis.)

Close proximity

Reason for Change in Level of Supervision:  (If Applicable.)  N/A

**Exhibit 25**
**Page 191**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

**Individual Counseling:**  Provider  Josephine Avila, MA

Focus of Treatment:

10/25/17: Met with client for session. Client was in her bedroom listening to music when clinician arrived. She appeared alert, calm, cheerful and cooperative. Client reported getting along well with peers and staff. No emotional or behavioral issues were reported. Client shared details of her room with clinician, music she was listening to, and then engaged in conversation about her week. She shared brief information about her case before session terminated. Clinician provided supportive listening through client centered therapy. She was receptive to session and interventions. Will continue to follow up on a weekly schedule.

10/26/17: Met with client for follow up session. She appeared alert, calm, cheerful and cooperative. No emotional or behavioral issues were reported. Client engaged in art based activity and listened to music. Session was positive. Clinician provided supportive listening through client centered therapy. She was receptive to session and interventions. Will continue to follow up on a weekly schedule.

10/31/17: Met with client for session. She appeared alert, calm, cheerful and cooperative. No emotional or behavioral issues were reported. She processed feelings and emotions on her relationship with her maternal grandmother. She also discussed an issue that happened in class. Client reported having a nightmare and she elaborated on this and processed her feelings and emotions. Session was positive. Clinician provided supportive listening through client centered therapy. She was receptive to session and interventions. Will continue to follow up on a weekly schedule.

11/2/17: Met with client for follow up session. She appeared calm, cheerful, alert, and talkative. She reported doing well and getting along well with peers and staff. She reported no behavioral or emotional issues. She worked on an activity and engaged in conversation on her weekly activities at home and school. Client was receptive to session and interventions. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

11/8/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. Clinician prompted her to talk about the SIR that was filed a few days prior. She engaged in discussing specifics of how she perceived things happened that led to the SIR. She processed her feelings and emotions regarding staff and the conversation that she was having with her peers prior to the report. She stated that she knew the dangers and consequences for her actions and she was safe in placement and did not want to engage in risky behaviors. She was praised for the positive way of thinking and for being aware of the dangers and consequences of her negative behaviors and of risky behaviors, if she should engage in them. Client was also encouraged to be respectful toward staff, not make any comments as those reported on the SIR, and be mindful of conversations she has with peers, keep conversations positive. Client was then allowed to speak to her mother. She disclosed the specifics of the SIR to her mother and engaged in conversation with her mother on the issue. Her mother listened to her and provided feedback on her behaviors and encouraged her to think before acting out. Call was positive, and no issues were noted with family dynamics. Client was receptive to session and interventions. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

11/9/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. She engaged in conversation about her activities she was working on in classroom and some funny things that happen in class. She then engaged in play based activities with clinician. Client was receptive to session and interventions. Client was reminded to display good behaviors during the weekend. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

11/15/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. She processed her feelings and emotions on some situations that were

**Exhibit 25**
**Page 192**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

happening with her staff and conversations she has heard between staff members. She discussed different behaviors she had in the last few days and what led to her behaviors. She then engaged in an activity with clinician. Client was receptive to session and interventions. Client was reminded to display good behaviors during the week. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

11/16/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. She engaged in conversation on situations that had happened today in her classroom. She reviewed some behaviors she engaged in earlier and processed the triggers to her behaviors. She then engaged in an activity with the clinician. Session was shortened because she had a doctor's appointment. Client was receptive to session and interventions. Client was reminded to display good behaviors during the week. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

11/21/17: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported doing well and overall getting along well with peers and staff. She engaged in conversation on activities she engaged in during the week and weekend. She reminded clinician that her birthday was coming up. She shared what she had bought at the store and then engaged in processing her feelings and emotions on things she was grateful for this thanksgiving week. She discussed her case briefly and visit from her legal team. Clinician used client centered therapy and offered supportive listening. Client was receptive to session and interventions. Client was reminded to display good behaviors during the week. Client appeared comfortable and relaxed during session. Will continue to follow up with client on a weekly schedule.

Participation and Progress:

████████ continues to meet with her therapist on a weekly basis.

| Family Counseling: | Provider  Josephine Avila, MA |
| --- | --- |

Person(s) Participating:  N/A

Focus of Treatment:

N/A

Participation and Progress:

No family therapy completed at this time. Minor does not have a viable sponsor at this time.

| Group Counseling: | Provider  Ana Grant, LPC-I |
| --- | --- |

Focus of Treatment:

10/27/17: Objective: Client will participate in a game.
1. Client will work with others while playing uno cards.
2. Client will learn to resolve conflict while playing game.
Materials: Uno Cards.
Participation: Minor participated in session. Her mood was normal. Therapist had to remind minor about group norms, as she insisted on having side conversations while other peers were talking.

10/31/17: Objective: Client will work with arts and crafts.
1. Client will work on a Halloween craft to stimulate on creative thinking.
2. Client will learn to control impulses while using art.
Material: wood crafts
Participation: Minor participated in session. Her mood was normal. Minor worked on her craft, and talked about her relationship with her mother, and her hopes for the future. We discussed that staying positive can get us through a lot hard times.

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

11/2/17: Objective: Client will learn about culture, they will talk about Day of the Dead.
1. Client will discuss cultures and traditions
2. Client will process grieving if experience.
Material: paint and construction paper
Participation: Minor participated in session. Her mood was appropriate, and a minor expressed her feelings towards a peer that told on her for not taking her medication. We discussed the importance of being honest, and the reason for taking medication. This was also reported to staff.

11/7/17: Client will learn how to communicate feelings
1. Client will learn specific emotional, behavioral, and social skills.
2. Client will learn how body language conveys different messages.
Material: cards and dice
Participation: Minor participated in session. Her mood was appropriate and she was engaged in game. Minor continues to do well in group setting.

11/14/17: Objective: Client get to know each other while playing Jenga.
1. Client will answer specific questions about self.
2. Client will share what they have in common.
Material: jenga game and list of questions.
Participation: Minor participated in session. Her mood was sad, and she was crying at one point. Minor talked about missing her family. She said that she has been trying to stay strong, but it has been difficult. Therapist tried to focus on the present, and talked about recognizing emotions, and working through it.

11/21/17: Objective: Client will learn traditions of the United States.
1. Client will create a craft and will learn the meaning of Thanksgiving.
2. Client will 5 things that he/she is Thankful for.
Material: Scarecrow and turkey craft
Participation: Minor participated in session. Her mood was appropriate. Minor talked about her involvement in gangs, and the reason she joined them. She also talked about wanting better for her and her family.

Participation and Progress:

███████ participates in group sessions.

**Substance Abuse Counseling:**     Provider  N/A

Participation and Progress:

N/A

**Other Service Provided:** (Speech Therapy, Occupational Therapy, Applied Behavior Analysis, Specialized Counseling.)

Other Service: N/A                              Provider  N/A

Participation and Progress:

N/A

**Education Services:** Provider  George Littleton

Current Educational Functioning Levels/Grade Levels:

Minor continues to make progress towards her educational goals.

Participation and Progress:

███████ continues to participate in class and completes her assignments.

**Exhibit 25**
**Page 194**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

Educational Needs and Weaknesses:

██████ will be placed into modified 11th grade courses. She will receive vocational and acculturation assignments weekly. An emphasis will be placed on assimilation skills.

Plan to Address Educational Needs:

██████ will continue to be provided with direct academic instructions of 30 hours a week (G. Littleton).

Skills and Preparation for Independent Living: (Client 16+)

██████ is learning about meal preparation and daily skills for independent living.

Participation and Progress:

██████ can perform these duties with minimal assistance.

**Social Skills Training:** Provider    George Littleton

Deficits and Priorities:

██████ experiences mood dysregulation.

Participation and Progress:

██████ participates in group therapy.

**Recreation and Leisure Skills:** Provider    Chesley Sharp, Alyn Aluotto, Doug Manning, and all staff.

Recreation and Leisure Activities: (Specific Activities.)

██████ enjoys playing basketball and soccer.

Participation and Progress:

██████ engages in recreation activities during leisure time.

Community Recreation and Leisure Activities: (Specific Activities.)

██████ enjoys drawing and writing.

Participation and Progress:

██████ engages appropriately.

**Life Skills Training:** Provider    George Littleton and Direct Care Staff

Deficits and Priorities:

Household chores in the home and classroom

Participation and Progress:

██████ completes daily hygiene and assigned chores.

**Sexual Health Education Group:** (Client 13+) Provider  N/A

Participation and Progress:

This service is not being provided at this time.

**Family Communication and Visitation:** (List visits and phone calls during reporting period. Identify participants. Report outcome of calls and visits.)

██████ receives two phone calls on a weekly basis (15 minutes each).

**Legal Needs and Issues:** (List all legal providers, any contact with legal representative, contacts with the legal system, any completed or pending court dates, probation requirements, and new charges)

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

KYR presentation and Legal screening provided by the Cabrini Center. Minor has received a Good Faith letter from Cabrini Center.

**Case Coordination:** (Tasks service director completed on client's behalf during the reporting period.  Tasks to be completed by the service director during the next reporting period.)

10/26/17: Pending guidance on minor's grandfather; pending doctor's recommendation.

11/10/17: Letter received from minor's mother from home country regarding minor's grandfather's arrest record was sent to FFS for guidance.

11/21/7: FFS stated we are able to proceed with minor's grandfather.

**Discharge Plan:** (Current Plan.)

Continue reunification process with minor's grandfather.

Participation and Progress:

At this time, minor's potential sponsor would be her grandfather. The minor's grandfather has been contacted and he stated he will complete requirements for reunification.

**Outcome of Review:**   Continue Current Placement

Specify Justification for Outcome:

Doctor continues to recommend RTC services at this time.

**Updated Estimated Length of Stay:** 30 Days

**Other Client Needs or Issues:** (Assessments, Clothing, Cultural Needs, Special Procedures, Etc.)

N/A

**In-person Meeting(s):** (Describe information discussed with client during reporting period.)

Case Manager has met with minor twice weekly to provide phone calls to her family in home country.

**Additional Comments:** (Include information discussed with client during meeting.)

N/A

☑ Service plan shared and reviewed with client.  (If not, explain in Additional Comments.)

**Exhibit 25**
**Page 196**

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

## Service Plan Review
## SIGNATURE PAGE

Date of Meeting:  November 30, 2017

Participant Signatures:  (All Attendees Must Sign.  Staff must include two professional level service providers.  At least one must provide services directly to the client.)

| Print Name | Position/Role | Signature |
|---|---|---|
| Juana Medina | Service Director | |
| ███████████ | Client | ████████ |
| 58C | Direct Care Staff (Caregiver) | |
| Josephine Avila, MA | Clinician | |
| Rocio A. Lawrence | Lead Case Manager | |
| Douglas Plaeger, MA, LPC | Program Director | |
| Nidia Murray | Case Coordinator - GDIT | |

**Exhibit 25**
**Page 197**