# Exhibit 29

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 29
Page 243

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

## Service Plan Review

**Client:** ▮▮▮▮▮▮▮▮▮▮  **Date of Review:** March 22, 2018

**Reason for Service Plan Review:**
☐ Initial Service Plan Review   ☑ Monthly Treatment Review Staffing
☐ Quarterly Treatment Plan Review Staffing   ☐ ARD Meeting
☐ Other: (Explain)

This Service Plan Review is an addendum to the Individual Service Plan dated below.

**Date of Current Individual Service Plan:** 09/28/17

**Dates of Review:**   From: 02/13/18   To: 03/13/18

**Changes in Services and/or Providers:** (Document on ISP Face Sheet.)
Case Manager - Juana Medina; Clinician - Josephine Avila, MA, LPA; Psychiatrist - Javier Ruiz, MD

**Psychiatric Services:**   Provider   Javier Ruiz, MD

**Psychiatric Treatment During Reporting Period and Needs to be Addressed:**

2/20/18: 1. Increase Adderall XR 25mg every morning to assist with hyperactivity/decrease inattention

3/6/18; 1. Positive recommendation for transfer to shelter

**Axis I Diagnosis:** (List All.)

300.02 Generalized Anxiety Disorder
309.81 Posttraumatic Stress Disorder
314.01 Attention-Deficit/Hyperactivity Disorder, Combined Type
H/O 296.33 Major Depressive Disorder, Recurrent, Severe Without Psychotic Features
H/O 304.30 Cannabis Dependence

**Axis II Diagnosis:** (List All.)   R/O V62.89 Borderline Intellectual Functioning

**Current GAF Score:** 65   **Date:** 2/2018   **Provider:** Javier Ruiz, MD
**Change in Diagnosis:** N/A

**Rule-Out Diagnosis to be Clarified:** (>6 months)

R/O V62.89 Borderline Intellectual Functioning

**Plan to Clarify Rule-Out Diagnosis:** Continue evaluation of the minor.

**Psychotropic Medications:** (List All.)

Adderall XR(C-II) - 25mg - Take 1 capsule by mouth daily at 8:00am
Prozac (Fluoxetine) – 20mg – Take 1 capsule by mouth daily at 8:00pm

**Focus of Psychiatric Treatment:**

▮▮▮▮ was referred to Shiloh Treatment Center for a 30-day psychiatric evaluation following: depressed mood, suicidal ideation, and self-injurious behaviors.

**Changes in Psychotropic Medications:**

No changes in medication during this reporting period.

**Observed Response to Change:** N/A

**Side Effects Observed or Reported:** None at this time

Exhibit 29
Page 244

Shiloh Treatment Center                                                                 Residential Client
                                                                                 Office of Refugee Resettlement

Overall Effectiveness:  Effective

Psychotropic Medication Compliance:  ▮▮▮▮ complies by taking all medication as prescribed.

Plan to Address Psychiatric Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

▮▮▮▮ will continue to meet with her treating psychiatrist on a monthly basis for Psychiatric Monitoring.

**Medical Services:**   Provider  Angelina Farrella, MD

Medical Treatment During Reporting Period and Needs to be Addressed:

No medical treatment provided during this reporting period.

Non-Psychotropic Medications: (List All.)

Melatonin - 3mg - Take 1 tablet by mouth daily at 8:00pm

Changes in Non-psychotropic Medications:  N/A

Medication Compliance:  Compliant

Plan to Address Medical Needs: (Schedule appointments, notifications to other parties, obtain authorizations, etc.)

Continue to monitor behaviors, medication compliance, report significant concerns and issues to psychiatrist and clinician, and follow medical orders.

Nutrition and Dietary Needs:  N/A

Height: 60 inches      Weight: 142 lbs      BMI: 27.73      Date of Measurement: 02/20/18

Plan to Address Dietary Needs:  Continue current dietary plan

**Dental Services:**   Provider  Marvin Rodrigue, DDS

Dental Treatment During Reporting Period and Needs to be Addressed:

No dental treatment during this reporting period.

**Behavior Management:**  Provider  Stephanie King, Doug Manning, Alyn Aluotto and all Direct Care Staff

Current Teaching Home:  58C

Behavior Goals and Objectives:  Review behavior data from previous reporting period versus the current reporting period.

| Target Behavior | Objective Measure | Total from Last Reporting Period | vs | Total from Current Reporting Period | Outcome Objective Met or Objective Not Met |
|---|---|---|---|---|---|
| Suicidal Ideation | 0 Incidents | 0 | vs | 0 | Objective Met |
| Depressive Symptoms | Decrease by 25% | 3 | vs | 8 | Objective Not Met |
| Mood Instability | Decrease by 25% | 23 | vs | 64 | Objective Met |
| Self-Injurious Behavior | 0 Incidents | 0 | vs | 0 | Objective Met |
| Substance Abuse | 0 Incidents | 0 | vs | 0 | Objective Met |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |
|  |  |  | vs |  |  |

Analysis of interventions (from Behavior Report) and Directions to Staff:

Exhibit 29
Page 245

Revised 08/07/16        Copy to Travel Folder, Education Chart, and Medical Chart                 Page 2 of 8

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

Staff Counseling .45%; Encouragement .64%; Active listening 30.34%; Positive Reinforcement .89%; Verbal Redirection 7.57%; Monitoring 52.42%; Verbal Prompt 7.70%

Plan to Achieve Objectives Not Met This Reporting Period: (Specific Techniques and Strategies.)

*Consider identified antecedents and triggers of behavior, staff interventions, actions client can take.*

Treatment team will continue to work with ▮▮▮ and monitor behaviors to help her meet objective goals.

New Behavioral Needs: No new behavioral needs at this time.

Plan to New Behavioral Address Needs: N/A

Other Observations, Treatment Issues or Comments:

N/A

Emergency Behavior Interventions: (Dates of Emergency Intervention. Specific Patterns Identified.)

Therapeutic Holds:    0

Emergency Medication:   0

Plan for Reduction: (Specific Tasks, Techniques and Strategies.)

Staff will continue to closely monitor ▮▮▮.

Review of Safety Contract: (Is Client Adhering to Contract? Do Changes Need to be Made to Contract?)

Client is adhering to contract but requires redirection at times.

Review of Preferred De-escalation Techniques: (Are the Techniques Listed on ISP Still Current? Are There Any Changes?)

▮▮▮ reports her preferred de-escalation techniques include listening to music and writing.

Current Restrictions and/or Precautions: N/A

Current Level of Supervision: (General Supervision Level, Not When in Crisis.)

Close proximity

Reason for Change in Level of Supervision: (If Applicable.) N/A

**Individual Counseling:** Provider Josephine Avila, MA, LPA

Focus of Treatment:

2/15/18: Met with client for session. She appeared calm, cheerful, alert, and talkative. She reported getting along well with peers and staff. She reported no emotional or behavioral disturbances. She engaged in conversation with clinician on different topics such as her grandfather, her goals once she is reunified, her mother, and her feeling sadness yesterday. She reported that she talked to her mother yesterday and she felt better. She then engaged in an activity with clinician prior to session ending. She was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

2/22/18: Met with client for session. She appeared calm, her mood was dysphoric. She reported getting along well with peers and staff. Client was brought over by her case manager and client was tearful because she received negative news about her sponsor and her case. She processed her feelings and emotions about this issue and about a negative conversation she had with her mother. After a few minutes she calmed down and engaged in discussing her different options and began planning for transfer/step down. She stated being open and feeling comfortable with her other options in her case. She became cheerful and discussed other topics and elaborated on her vision of her near future. Clinician praised her for being able to cope in a positive manner with her stressful situation. She left session laughing, cheerful, and with a good outlook on what the next step is in her case. She was receptive to session and interventions. Will continue to

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

follow up with client on a weekly schedule.

3/1/18: Met with client for session. She appeared calm, cheerful, relaxed. She reported getting along well with peers and staff. She engaged in conversation about different topics. She discussed her case, her wants, her goals. She reported no emotional/behavioral disturbances. She was encouraged to continue working on engaging in positive behaviors. Her attitude was positive and clinician prepared her for possible step down soon. She was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

3/8/18: Met with client for session. She appeared calm, cheerful, relaxed. She reported getting along well with peers and staff. She engaged in conversation about different topics. She reported no emotional/behavioral disturbances. She was encouraged to continue working on engaging in positive behaviors. Her attitude was positive and clinician prepared her for step down transfer soon. She engaged in an activity with clinician before session was over. She was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

3/13/18: Met with client for session. She appeared calm, cheerful, relaxed. She reported getting along well with peers and staff. She engaged in conversation about different topics, including an incident with one of her peers. She processed her feelings and emotions about the incident and the peer's behaviors. Clinician encouraged her to continue to use her coping techniques and not to engage in making bad decisions. She stated she wouldn't as she was ready to be transferred to another facility and would not jeopardize this. She reported no emotional/behavioral disturbances. She was encouraged to continue working on engaging in positive behaviors. Her attitude was positive, and clinician continued to prepare her for step down transfer soon. She engaged in activities of her choice with clinician before session was over. She was receptive to session and interventions. Will continue to follow up with client on a weekly schedule.

Participation and Progress:

███ continues to meet with her therapist on a weekly basis.

**Family Counseling:**    Provider  Josephine Avila, MA, LPA

Person(s) Participating: N/A

Focus of Treatment:

No family therapy during this reporting period.

Participation and Progress:

N/A

**Group Counseling:**    Provider  Ana Grant, LPC-I

Focus of Treatment:

2/14/18: Objective: Client will work on Valentine craft.
1. Minor will identify what friendship is.
2. Minor will discuss with peers what a true friendship is, and will give an example of a true friend.
Material: foam heart, stickers, markers, ribbons
Participation: Minor participated in session. Her mood was irritable. Minor did not talk during session, she appeared mad, and did not want to discuss the reasons. She sat quietly, and worked on her project.

2/21/18: Objective: Client will use Play-Doh to engage in discussion.
1. Minor will construct a representation of what is important to them.
2. Minor will discuss craft, and its relevance to their life.
Material: Play-Doh
Participation: Minor participated in session. Her mood was normal, and she was engaged in activity. Minor did not really speak a lot during group. She was quiet for most of session.

**Exhibit 29**
**Page 247**

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

2/28/18: Objective: Client will play a card game to express emotions.
1. Minor will discuss different emotions in a non-threatening environment.
2. Minor will learn to be empathetic to others.
Material: Emotions UNO Cards
Participation: Minor did not participate in session.

3/6/18: Participation: Minor refused to participate in session.

3/12/18: Participation: Minor refused to participate in session.

Participation and Progress:

███ participates in group sessions.

**Substance Abuse Counseling:**   Provider   N/A

Participation and Progress:

N/A

**Other Service Provided:** (Speech Therapy, Occupational Therapy, Applied Behavior Analysis, Specialized Counseling.)

Other Service: N/A                               Provider   N/A

Participation and Progress:

N/A

**Education Services:** Provider   Stephanie King

Current Educational Functioning Levels/Grade Levels:

Minor continues to make progress towards her educational goals.

Participation and Progress:

███ continues to participate in class and completes her assignments.

Educational Needs and Weaknesses:

███ will be placed into modified 11th grade courses. She will receive vocational and acculturation assignments weekly. An emphasis will be placed on assimilation skills.

Plan to Address Educational Needs:

███ will continue to be provided with direct academic instructions of 30 hours a week (S. King).

Skills and Preparation for Independent Living:   (Client 16+)

███ is learning about meal preparation and daily skills for independent living.

Participation and Progress:

███ can perform these duties with minimal assistance.

**Social Skills Training:**   Provider   Stephanie King

Deficits and Priorities:

███ experiences mood dysregulation.

Participation and Progress:

███ participates in most group therapy sessions.

Exhibit 29
Page 248

Revised 08/07/16          Copy to Travel Folder, Education Chart, and Medical Chart          Page 5 of 8

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

**Recreation and Leisure Skills:**   Provider   Chesley Sharp, Alyn Aluotto, Doug Manning, and all staff.

Recreation and Leisure Activities: (Specific Activities.)

▮▮▮ enjoys playing basketball and soccer.

Participation and Progress:

▮▮▮ engages in recreation activities during leisure time.

Community Recreation and Leisure Activities: (Specific Activities.)

▮▮▮ enjoys drawing and writing.

Participation and Progress:

▮▮▮ engages appropriately.

**Life Skills Training:** Provider   Stephanie King and Direct Care Staff

Deficits and Priorities:

Household chores in the home and classroom

Participation and Progress:

▮▮▮ completes daily hygiene and assigned chores.

**Sexual Health Education Group:** (Client 13+)  Provider  N/A

Participation and Progress:

This service is not being provided at this time.

**Family Communication and Visitation:** (List visits and phone calls during reporting period. Identify participants. Report outcome of calls and visits.)

▮▮▮ receives two phone calls on a weekly basis (15 minutes each).

**Legal Needs and Issues:** (List all legal providers, any contact with legal representative, contacts with the legal system, any completed or pending court dates, probation requirements, and new charges)

KYR presentation and Legal screening provided by the Cabrini Center. Minor has received a Good Faith letter from Cabrini Center.

**Case Coordination:** (Tasks service director completed on client's behalf during the reporting period. Tasks to be completed by the service director during the next reporting period.)

2/15/18: LCM followed up with FFS about fingerprint template; received home study report with negative recommendation
2/19/18: Asked HSW about any possible recommendations that could change the status of the home study
2/20/18: HSW stated she did not have any recommendations that could change the HS to positive
3/7/18: Submitted case for denial of the sponsor
3/8/18: TPR provided with concurrence of denial

**Discharge Plan:** (Current Plan.)

Continue reunification process with minor's grandfather.

Participation and Progress:

At this time, minor's potential sponsor would be her grandfather. The minor's grandfather has been contacted and he stated he will complete requirements for reunification.

**Outcome of Review:**   Transfer to a Lower Level of Care

Shiloh Treatment Center

*Residential Client*
*Office of Refugee Resettlement*

Specify Justification for Outcome:

Treating psychiatrist provided recommendation for transfer to shelter care. Pending denial of the sponsor to submit for transfer.

**Updated Estimated Length of Stay:** 30 Days

**Other Client Needs or Issues:** (Assessments, Clothing, Cultural Needs, Special Procedures, Etc.)

N/A

**In-person Meeting(s):** (Describe information discussed with client during reporting period.)

Case Manager has met with minor twice weekly to provide phone calls to her family in home country.

**Additional Comments:** (Include information discussed with client during meeting.)

N/A

☑ Service plan shared and reviewed with client. (If not, explain in Additional Comments.)

Shiloh Treatment Center

Residential Client
Office of Refugee Resettlement

## Service Plan Review
### SIGNATURE PAGE

Date of Meeting: March 22, 2018

Participant Signatures: (All Attendees Must Sign. Staff must include two professional level service providers. At least one must provide services directly to the client.)

| Print Name | Position/Role | Signature |
|---|---|---|
| Juana Medina | Service Director | [signature] |
| [redacted] | Client | [redacted] |
| 58C | Direct Care Staff (Caregiver) | [signature] |
| Josephine Avila, MA, LPA | Clinician | [signature] |
| Rocio A. Lawrence | Lead Case Manager | [signature] |
| Douglas Plaeger, MA, LPC | Program Director | [signature] |
| Maryne Vetta | ORR CFS | [signature] |
| Nidia Murray | EDIT CC | [signature] |

Revised 08/07/16   Copy to Travel Folder, Education Chart, and Medical Chart

Exhibit 29
Page 251
Page 8 of 8