CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>                Defendants. | No. CV 2:18-CV-05741-DMG-PLA<br><br>CORRECTED DECLARATION RE: NOTICE OF EX PARTE APPLICATION TO RECONSIDER *SUA SPONTE* ORDER CONTINUING HEARING ON MOTION FOR PRELIMINARY INJUNCTION (ECF 29).<br><br>Hearing:   None requested. |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

- 2 -

CORRECTED DECLARATION RE: NOTICE OF EX PARTE APPLICATION TO RECONSIDER CONTINUANCE OF MOTION FOR PRELIMINARY INJUNCTION
2:18-CV-05741-DMG-PLA

CORRRECTED DECLARATION RE: NOTICE OF EX PARTE APPLICATION

I, Carlos Holguín, declare and say as follows:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys for Plaintiffs. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057.

2. On August 27, 2018, I spoke via telephone with Andrew Insenga, one of the attorneys for Defendants in the within-entitled action, to ask whether Defendants would oppose the instant ex parte application and whether defendants wish to be present when the ex parte application is presented. Mr. Insenga advised that Defendants oppose this ex parte application to the extent it asks the Court to restore Plaintiffs' motion for hearing on August 31, 2018, but do not oppose the Court's deciding the motion without hearing on the basis of the briefs and evidence of record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of August, 2018, at Santa Clarita, California.

                    s/ *Carlos Holguín*
                    Carlos Holguin

/ / /