UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5741-DMG (PLAx) | Date | August 28, 2018 |
| Title | *Lucas R., et al. v. Alex Azar, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFF LUCAS R.'S *EX PARTE* APPLICATION [64]**

On August 27, 2018, Plaintiff Lucas R. filed an *Ex Parte* Application seeking reconsideration of the Court's decision to continue the hearing on his motion for preliminary injunction to September 21, 2018 at 9:30 a.m. [Doc. # 64.] Lucas R. represents that Defendants do not oppose his request that the Court decide his motion without a hearing, although they do oppose his request to hold the hearing on August 31, 2018. [Doc. # 65 at ¶ 2.]

Good cause appearing, the Court **GRANTS** Lucas R.'s *Ex Parte* Application that the Court decide the motion without a hearing. In addition, however, the Court orders Defendants to file, by **September 4, 2018**, a declaration from an official from the Office of Refugee Resettlement ("ORR") providing the identities and locations of: (1) the ORR Federal Field Specialist with responsibility for supervising the operations of Shiloh Residential Treatment Center (*i.e.*, the location of Lucas R.'s confinement), and (2) the ORR Federal Field Specialist with responsibility for supervising the operations of St. Michael's Home for Children shelter facility (*i.e.*, the location of Gabriela N.'s confinement). Lucas R.'s motion for preliminary injunction shall be taken under submission upon Defendants' filing of that declaration. The remainder of the Court's August 23, 2018 Order remains in full force and effect. [Doc. # 61.]

**IT IS SO ORDERED**.