1 | CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
2 | CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
3 | Los Angeles, CA 90057
Telephone: (213) 388-8693
4 | Email: crholguin@centerforhumanrights.org

5 | *Attorneys for Plaintiffs*

6 | *Additional counsel listed below*

7 |

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | WESTERN

11 |

12 | LUCAS R., by his next friend
MADELYN R.; DANIELA MARISOL
13 | T., by her next friend KATHERINE L.;
MIGUEL ANGEL S., by his next
14 | friend GERARDO S.; GABRIELA N.,
by her next friend ISAAC N.; JAIME
15 | D., by his next friend REYNA D.; SAN
FERNANDO VALLEY REFUGEE
16 | CHILDREN CENTER, INC.;
UNACCOMPANIED CENTRAL
17 | AMERICAN REFUGEE
EMPOWERMENT,

18 |                         Plaintiffs,

19 |            v.

20 |
ALEX AZAR, Secretary of U.S.
21 | Department of Health and Human
Services; E. SCOTT LLOYD, Director,
22 | Office of Refugee Resettlement of the
U.S. Department of Health & Human
23 | Services,

24 |                         Defendants.

Case No.  2:18-CV-05741

**CLASS ACTION**

**CERTIFICATE OF SERVICE**

Complaint Filed: June 29, 2018
Trial Date: None Set
Judge: Hon. Dolly M. Gee

25 |
26 |
27 |
28 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
      ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
      ndesai@youthlaw.org
      pjuneja@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
      mkkelley@cooley.com
      jcieslak@cooley.com
      mdonohue@cooley.com

*Attorneys for Plaintiffs*

1.

CERTIFICATE OF SERVICE
CASE NO. 2:18-CV-05741

I hereby certify that on August 29, 2018, I electronically filed the foregoing document(s) UNDER SEAL in compliance with L.R. 5-4.1:

1.  **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS;**

2.  **DECLARATION IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS;**

3.  **UNREDACTED VERSION OF EXHIBITS A-D SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS;**

4.  **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s).

I also hereby certify that on August 29, 2018, pursuant to L.R. 79-5.3, I caused said documents to be served by electronic mail on the parties listed below.

Benjamin M Moss (benjamin.m.moss2@usdoj.gov)
Marina C Stevenson (marina.c.stevenson@usdoj.gov)
Andrew Brenner Insenga (andrew.insenga@usdoj.gov)

*Attorney for Defendants*

Dated:  August 29, 2018

Lisa Estrada
COOLEY LLP
4401 Eastgate Mall
San Diego, CA  92121-1909
Tel: (858) 550-6000
Fax: (858) 550-6420
Email: lestrada@cooley.com

2.