# Exhibit A

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**



U.S. Department of Health and Human Services

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

## Office of Refugee Resettlement
## Division of Children's Services
### NOTICE OF PLACEMENT IN SECURE OR STAFF SECURE FACILITY

| Minor's Name | Alien #: | Date of Birth | Country of Birth | Facility Name | Facility Type |
|---|---|---|---|---|---|
| ■ | ■ | ■ 2001 | Honduras | David and Margaret | Shelter |

This is to provide you NOTICE of the reasons for your placement in a secure or staff-secure facility. Your are in the care and custody of the Office of Refugee Resettlement/Division of Children's Services (ORR/DCS). ORR/DCS will not place a minor in a secure or staff-secure facility if there are less restrictive placement options available and appropriate. However, under certain conditions listed below, ORR/DCS may place minors in a secure or staff-secure facility.

1. You are considered to be a flight risk.
2. You have committed or threatened to commit a violent or malicious act toward yourself or other(s).
3. You have been convicted of a crime as an adult.
4. You have been adjudicated as a delinquent.
5. You have engaged in serious, unacceptable disruptive behavior while in a licensed program.
6. You are chargeable with a crime or delinquent offense.
7. You are in criminal or delinquency proceedings.
8. For your own safety.
9. There is an emergency influx of minors into the United States and there are no alternative placement options at this time. ORR will place you in a shelter care facility as expeditiously as possible.

If you have any questions or concerns regarding this placement, please discuss them with the facility case management staff and/or your attorney of record. Any minor who disagrees with the ORR/DCS decision may correspond directly with the ORR/ DCS Division Director. Additionally, the minor may seek judicial review in any United States District Court with jurisdiction and venue over the matter to challange the placement decision.

_E. Scott Lloyd_ _____     05/22/2018 _____
ORR Director Signature                         Date

_____     _____
Facility Staff/Witness: Name/Signature/Position    Date

CC: Minor
    ORR/DCS Facility File
    ORR/DCS Field Coordinator
    ORR/DCS

ORR/DCS Notice of Placement
Last Revised 2/1/05

Exhibit A
Page 2