# Exhibit B

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

UAC Assessment

## UAC Basic Information

**First Name:** ▮▮▮
**Last Name:** ▮▮▮
**AKA:**
**Status:** IN-TRANSFER
**Date of Birth:** ▮▮ 2001
**A No.:** ▮▮▮
**Age:** 16
**Country of Birth:** Honduras
**City of Origin:** Honduras

**Gender:** F
**LOS:** 94
**Current Program:** David and Margaret
**Admitted Date:** 2/17/2018
**Neighborhood of Origin:** San Fransisco del Valle

## Additional Basic UAC Information

**Previous Placement:**
Shiloh Treatment Center 09/08/2017-02/17/2018 IES Casa Norma Linda shelter (8/02/2017-9/08/2017)

**Religious Affiliation:**
Minor reports having no religious belief.

**Case Manager:**
Crystal Delgado

**Clinician:**
Santos M Ochoa, ASW

## Journey and Apprehension

**Describe day to day life in home country:**
At this time the minor did not want to discuss her day to day life in home country. The minor did state that she enjoyed painting and playing soccer. After further assessment the minor stated she would stay home and wake up around 10-11am. The minor stated that she completed house chores and at times go out with friends. The minor stated she did not do much throughout the day. –Crystal Delgado, CM

**Why did you decide to travel to the U.S. at this time?**
The minor reported traveling to the United States seeking a better life. -Crystal Delgado, CM

*Did the child mention any U.S. immigration policy or practice as a factor in his/her decision to travel to the U.S.?*
○ Yes  ● No

*For UAC aged 14-17 ONLY: Did the child mention economic, job, or educational opportunities as a factor in his/her decision to travel to the U.S. ?*
○ Yes  ● No

**When did you leave your home country (month, day, year)?**
7/24/2017

*How long did the trip take?*
Approximately two weeks

**How did you get to the U.S.?**
The minor reported traveling with a guide throughout her journey. The minor reported traveling by bus and car. At this time the minor was unable to recall what cities she passed through. The minor did report sleeping in hotels and warehouse looking facilities. The minor reported being treated well and having food and water. –Crystal Delgado, CM

**Who did you travel with?**
The minor reported traveling with her older sister ▮▮▮ and nephew ▮▮▮ -Crystal Delgado, CM

**Who were you living with when you decided to leave your home country?**
▮▮▮ reported that in home country she was residing with her mother ▮▮▮, sister ▮▮▮, Nephew ▮▮▮, Niece ▮▮▮, Niece ▮▮▮, Nephew ▮▮▮, first cousin ▮▮▮, brother ▮▮▮ and sister-in-law ▮▮▮. –Crystal Delgado, CM

**Where were you planning on living in the U.S. and with whom?**
The minor reported that when she first arrived to ORR she was seeking reunification with brother in law (half-sister ▮▮▮) partner. After he was unable to sponsor she was seeking reunification with her half-sister ▮▮▮ who was unable to sponsor due to requirements. At this time the minor has no viable sponsor. –Crystal Delgado, CM

**Where were you apprehended?**
The minor reported crossing a river between Mexico and the US. After crossing the river the minor reported walking for approximately two hours before being apprehended. The minor's NTA states she was apprehended at or near Hidalgo, Texas on August 2, 2017. –Crystal Delgado, CM

*At which U.S. Border Patrol sector did the child cross into the U.S.?*

**Have you ever been to the U.S. before?**  ○ Yes  ● No
**If yes, when?**

**The child's experience and additional information regarding journey and apprehension:**
N/A

## Family/Significant Relationships

**Has Family in Country of Origin? (If yes, list below)**  ● Yes  ○ No
**Family in Country of Origin**

| Name | Age | DOB | Relationship |
|---|---|---|---|
| ▓▓▓ | | | Mother |
| ▓▓▓ | | | Half-Sibling |
| ▓▓▓ | | | First Cousin |
| ▓▓▓ | | | Niece |
| ▓▓▓ | | | Niece |
| ▓▓▓ | | | Nephew |
| ▓▓▓ | | | Sister-in-law |

**Has Family in the U.S.? (If yes, list below)**   ⦿ Yes  ○ No

**Family and Family Friends in the U.S.**

| Name | Age | DOB | Relationship |
|---|---|---|---|
| ▓▓▓ | | | Half-Sibling |
| ▓▓▓ | | | Half-Sibling |
| ▓▓▓ | | | Half-Sibling |
| | | | -- Select Relationship -- |
| | | | -- Select Relationship -- |

**Parent's whereabouts?**
The minor reported that her mother Ana Esperanza Mancia Valle resides in home country, Honduras and that her father also resides in Honduras. -Crystal Delgado, CM

**Are you married?**   ○ Yes  ⦿ No

**Spouse Name, Age, and Location:**
N/A

**Has Children? (If yes, list below)**   ○ Yes  ⦿ No

**Children**

| Name of Child | Age | DOB | Current Location | Name of Mother/Father |
|---|---|---|---|---|
| | | | | |

**Have you ever been hurt, physically, mentally or emotionally by someone taking care of you?**   ○ Yes  ⦿ No
**If yes, who and when?**

**Have you ever been taken to the hospital/emergency room because you were hurt?**   ○ Yes  ⦿ No
**If yes, explain:**

**What does the word "discipline" mean to you?**
The minor reports that the word means to follow rules/directives from others. -Crystal Delgado, CM

## Medical

**List any allergies:**
No known allergies

**Do you feel unwell?**   ⦿ Yes  ○ No

**If yes, what are your symptoms?**
hearing deficit to right ear

**Additional medical information:**
▓▓▓ was seen by Dr. Dadabhoy on 2/21/18 to establish care. ▓▓▓ has been referred to the ENT due to reporting to have a hearing deficit to her right ear. TAR has been submitted for consult. Dr. Dadabhoy ordered a labs for ▓▓▓ due to minor having anemia. Minor was also prescribed claritin for allergies and acne medication. Minor denied having any other health concerns at this time.- Maria Ortega, LVN ▓▓▓ had a psychiatric consult with Dr. Hu on 2/26/18. Minor's Prozac was increased from 30mg every morning to 40mg every morning. Minor is to continue on the same dosage for seroquel and Banophen. Minor will have a follow up with Dr. Hu in 1 month or sooner if needed. Minor is also to have labs drawn on 2/28/18.- Maria Ortega, LVN ▓▓▓ was seen by the ENT on 2/28/18 for an evaluation. Minor has been referred to the audiologist for an audiological evaluation. Minor is scheduled to see the audiologist on 3/14/18. Minor will return to the ENT on 3/21/18 to review results of audiological testing.- Maria Ortega, LVN Minor's lab results came back normal. Minor's hemoglobin came back mildly low. Minor is to increase iron in her diet. No new orders given.- Maria Ortega, LVN ▓▓▓ had an office visit with the Audiologist on 03/14/18 to have hearing testing done. Minor has a follow up with Dr. Scott on 3/21/18 to discuss results and possible treatment options.- Maria Ortega, LVN ▓▓▓ had a follow up with the ENT on 03/21/18. Minor has been referred to the audiologist for hearing aids. Appointment is scheduled for 4/4/18. After discussing minor's condition with Maria Fields Senior Advisor for Child Well-being and Safety it was determined that minor does meet disability criteria. Minor's case manager was informed. - Maria Ortega, LVN ▓▓▓ had an appointment with the Audiologist for a hearing Aid Consult on 4/4/18. Currently pending Audiological notes and hearing aid cost information to submit to PCU for approval.- Maria Ortega, LVN Minor was seen by Dr.Hu for psychiatric medication follow-up on 4/24/18. . No medication changes. Minor will follow-up in 4 weeks or as needed. Diana Ortiz, LVN Minor was seen for follow-up immunizations on 5/7/18 by Dr. Dadabhoy. Will monitor for adverse reaction. -Diana Ortiz, LVN ▓▓▓ had a follow up with the Audiologist on 5/9/18 to get measured for hearing aids. Hearing aid was ordered and will be ready for pick up in approximately 6 weeks.- Maria Ortega, LVN ▓▓▓ was seen by Dr. Maldonado on 5/10/18 for her 6 month dental check up.Minor had a normal dental evaluation.- Maria Ortega, LVN ▓▓▓ had a dental follow up with Dr. Maldonado on 5/16/18. Minor had fillings to teeth @ 18, 19, and 20 completed. Minor is scheduled for a dental follow up on 5/22/18.0 Maria Ortega, LVN

**Medical History**

| Condition | Yes/NO | Date of Diagnosis/Clarification |
|---|---|---|
| Pregnant | ○ Yes  ⦿ No | |
| Tuberculosis | ○ Yes  ⦿ No | |
| Varicella | ○ Yes  ⦿ No | |
| Measles | ○ Yes  ⦿ No | |
| Mumps | ○ Yes  ⦿ No | |
| Rubella | ○ Yes  ⦿ No | |
| Asthma | ○ Yes  ⦿ No | |