CHAD A. READLER
Acting Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone:  (202) 305-7816
    Fax:  (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br>Defendants. | Case No.: 2:18-CV-05741-DMG-PLA<br><br>NOTICE OF FILING OF DECLARATION<br><br>Hearing on Motion:<br>September 21, 2018 at 9:30am<br><br>Honorable Dolly Gee |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that, in accordance with the Court's August 28, 2018 Minutes (in Chambers) Order, ECF No. 66, Defendants file the attached declaration of James S. De La Cruz, identifying the names and locations of the ORR Federal Field Specialists responsible for supervising: (1) "the operations of Shiloh Residential Treatment Centers"; and (2) "the operations of St. Michaels's Home for Children shelter facility."

DATED:  September 4, 2018.                    Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

　　/s/  Marina C. Stevenson
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-3797
Fax:  (202) 616-4950
Marina.c.stevenson@usdoj.gov
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that, on September 4, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiff's counsel of record.

DATED: September 4, 2018.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

   /s/ Marina C. Stevenson
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-3797
Fax: (202) 616-4950
Marina.c.stevenson@usdoj.gov
Attorneys for Defendants