UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,
Plaintiffs,

vs.

ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,
Defendants.

Case No.: 2:18-CV-05741-DMG-PLA

**DECLARATION OF JAMES S. DE LA CRUZ,**

James S. De La Cruz, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the Senior Field Program Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS"). The following statements are based on my personal knowledge as well as information supplied to me by current HHS employees. "Lucas R." and "Gabriela N." are pseudonyms for unaccompanied alien children ("UAC") in the care of ORR.

2. The ORR Federal Field Specialist with responsibility for supervising the operations of Shiloh Residential Treatment Center (the current location of Lucas R.) is:

> Micaela Vergara
> Location: Houston, Texas

3. The ORR Federal Field Specialist with responsibility for supervising the operations of Catholic Charities St. Michael's Home for Children (the current location of Gabriela N.) is:

> Niky Hymel
> Location: Houston, Texas

Dated: Washington D.C.

September 4, 2018

*[signature]*

James De La Cruz