UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEX AZAR, *et al.*,<br><br>    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS [68] [69]** |

Pending before the Court is Plaintiffs' unopposed application for leave to file under seal portions of Exhibits A-D offered in support of their Opposition to the Motion to Dismiss. [Doc. ## 68, 69.]

Having considered the papers submitted by Plaintiffs and having reviewed the material that Plaintiffs seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and therefore **GRANTS** their request.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file Docket Entry Nos. 70-1 (Notice of Placement in Secure or Staff Secure Facility), 70-3 (Placement Authorization), and 70-4 (Authorization for Medical, Dental, and Mental Health Care) under seal **within three (3) days** of the date of this Order.

2. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file a fully unredacted version of Docket Entry No. 70-2 (UAC Assessment) under seal **within three (3) days** of the date of this Order.[1]

3. Plaintiffs shall refile on the public docket the redacted versions of the aforementioned documents (*i.e.*, Docket Entry Nos. 69-2, 69-3, 69-4, 69-5) **within three (3) days** of the date of this Order.

4. Docket Entry Nos. 68.1, 68-2, 68-3, 68-4, and 68-5 (*i.e.*, duplicative unredacted versions of the aforementioned documents) shall remain sealed.

//
//
//
//
//

---

[1] The version of Docket Entry No. 70-2 that Plaintiffs filed under seal contains certain redactions. Nonetheless, it is apparent that the redacted material is sensitive identifying information that should be sealed.

5.  The Court Clerk is **DIRECTED** to unseal Docket Entry Nos. 68, 68-6, and 68-7 as they do not contain the sensitive information that Plaintiffs intend to seal.

IT IS SO ORDERED.

DATED: September 5, 2018

                                             DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE