1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                                      WESTERN

11

| | |
|---|---|
| 12  LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, | Case No.  2:18-CV-05741 DMG PLA  **CLASS ACTION**  **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION RE: GABRIELA N.** |

18                             Plaintiffs,           Complaint Filed: June 29, 2018

19                                                   Trial Date: None Set

20          v.                                       Judge: Hon. Dolly M. Gee

21   ALEX AZAR, Secretary of U.S. Department of Health and Human
22   Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the
23   U.S. Department of Health & Human Services,

24                             Defendants.

25

26

27

28

1   Pending before the Court is Plaintiff Gabriela N.'s unopposed application for

2   leave to file under seal Exhibit 36 and portions of Exhibits 35 and 37, offered in support

3   of her Reply to Opposition to Motion for a Preliminary Injunction.

4   Having considered the papers submitted by Plaintiff and having reviewed the

5   material that Plaintiff seeks to seal, the Court HOLDS that Plaintiff's request is

6   narrowly tailored to seal only that material for which compelling reasons have been

7   established and GRANTS her request.

8   Accordingly, it is hereby ORDERED:

9   1.   Plaintiffs are granted leave to file under seal the unredacted version of

10  Exhibit 36 in support of the Reply to Opposition to Motion for Preliminary Injunction

11  regarding Plaintiff Gabriela N.  Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-

12  file these documents under seal within three (3) days of the date of this Order.

13  2.   Plaintiffs' redacted versions of Exhibits 35 and 37, Docket Nos. ___, are

14  hereby accepted as the public versions of those documents.

15

16  IT IS SO ORDERED.

17  DATED:

18  _____
    DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR
LEAVE TO FILE UNDER SEAL
CASE NO. 2:18-CV-05741 DMG PLA