# DEF. EX. 63

# Declaration of James De La Cruz

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,
Plaintiffs,

vs.

ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,
Defendants.

Case No.: 2:18-CV-05741-DMG-PLA

**DECLARATION OF JAMES S. DE LA CRUZ,**

James S. De La Cruz, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the Senior Field Program Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS"). The following statements are based on my review of HHS records and information contained therein, and information supplied to me by current HHS employees pertaining to Daniela Marisol T. "Daniela Marisol T." is a pseudonym for an unaccompanied alien child ("UAC") in the care of ORR.

2. In accordance with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA), 8 U.S.C. § 1232(c)(3), ORR follows child welfare best practices to place the child in the "least restrictive setting that is in the best interest of the child," taking into account factors such as the child's age and gender, as well as considerations of danger to self or others. 8 U.S.C. § 1232(c)(2)(A); ORR Guide to Children Entering the United States Unaccompanied (ORR Guide), at Section 1.1 (Summary of Policies for Placement and Transfer of Unaccompanied Alien Children in ORR Care Provider Facilities) (available at https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied, last visited September 5, 2018). ORR provides grants to numerous types of care providers, including foster care providers and shelter-care group home type shelters in order to meet the individual needs of UAC in ORR care and custody. *See* ORR Guide, at Section 1.2 (ORR Standards for Placement and Transfer Decisions). Notably, ORR facilities are <u>all</u> licensed by the state in which they are located to care for minors, in their specific care setting.

1. The majority of care providers operate one of three types of facilities: shelter care facilities, staff secure facilities, or secure facilities. ORR Guide § 1.1. Shelter care is the most common type of placement for UAC in ORR custody, and is a residential care facility in which all programs are

administered on-site in the least restrictive setting. *See* ORR Guide: Guide to terms. In contrast, Staff secure facilities maintain stricter security measures than shelter care, such as a higher staff to UAC ratio for supervision and a secure perimeter with a "no climb" fence. *Id.* These facilities have a more shelter, home-like setting than secure detention, and do not have locked pods or cell units. *Id.* Secure facilities are the most restrictive level of care. They are physically secure structures with staff able to control violent behavior and are licensed juvenile detention centers. *Id.* Under specified circumstances, ORR also places UAC with a high level of needs, such as significant mental health problems, in Residential Treatment Centers ("RTCs").

3. Daniela Marisol T. is a 17 year old girl from Honduras who is currently in the custody of ORR at Bethany USCCB in Grand Rapids, Michigan where she was placed on May 23, 2018.

4. Before being transferred to her current placement, from February 17 to May 23, 2018, Daniela Marisol T. resided at the David and Margaret Shelter in La Verne, California. That facility is a shelter care placement in the least restrictive setting.

5. When Daniela Marisol T. was placed at the David and Margaret Shelter, a Notice of Placement in Secure or Staff Secure Facility Form, which is signed by the ORR Director but not Daniela Marisol T. and dated May 22,

2018, appears to have been generated by the UAC Portal, a database containing information about current and former UAC in ORR custody, as a result of a clerical error. That form is ordinarily used to notify minors of their more restrictive placement in a secure or staff secure facility. As noted in Paragraph 4, however, the David and Margaret Shelter is neither a secure or staff secure facility; rather, it is a less restrictive shelter care facility.

6. Prior to her step-down to a lower level of care at the David and Margaret Shelter, Daniela Marisol T. had been placed at the Shiloh Residential Treatment Center ("RTC") in Manvel, Texas, as a result of her intensive mental health needs. Daniela Marisol T. resided at Shiloh RTC from September 9, 2017 until February 17, 2018 when she was stable enough to transfer to the less restrictive shelter care setting at the David and Margaret Shelter.

Dated: Washington D.C.

September 5, 2018

_____
James De La Cruz

-4-