**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCAS R., *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX AZAR, *et al.*, <br><br> Defendants. | Case No.: CV 18-5741-DMG (PLAx) <br><br> **ORDER RE APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS [76]** |

1          Pending before the Court is Plaintiff Gabriela N.'s unopposed application for
2  leave to file under seal Exhibit 36 and portions of Exhibits 35 and 37, which she offers
3  in support of her Reply to the Opposition to her Motion for a Preliminary Injunction.
4  [Doc. # 76.]
5          Having considered the papers submitted by Plaintiff and having reviewed the
6  material that Plaintiff seeks to seal, the Court finds that Plaintiff's request is narrowly
7  tailored to seal only that material for which compelling reasons have been established.
8  The Court therefore **GRANTS** her request.
9          Accordingly, it is hereby **ORDERED**:
10         1.    Pursuant to Local Rule 79-5.2.2(c), Plaintiff shall e-file under seal Docket
11  Entry Nos. 77-1 (Exhibit 35—Paola Perez's Declaration), 77-2 (Exhibit 36—
12  September 4, 2018 Letter to Niky Hymel), and 77-3 (Exhibit 37—Gabriela N.'s
13  Declaration) **within three (3) days** of the date of this Order; and
14         2.    Plaintiff shall refile on the public docket the redacted documents found in
15  Docket Entry Nos. 76-1 (Exhibit 35) and 76-2 (Exhibit 37) **within three (3) days** of the
16  date of this Order.

18  DATED: September 7, 2018

                                              _____
                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE