| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
|   | 256 South Occidental Boulevard |
| 3 | Los Angeles, CA 90057 |
|   | Telephone: (213) 388-8693 |
| 4 | Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on signature page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, Plaintiffs, v. ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, Defendants. | Case No. 2:18-CV-05741 DMG PLA **CLASS ACTION** **PLAINTIFF'S NOTICE OF FILING OF REDACTED EXHIBITS IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** Complaint Filed: June 29, 2018 Trial Date: None Set Judge: Hon. Dolly M. Gee |

Pursuant to the Court's order (ECF 74), Plaintiffs hereby file redacted versions of the following documents:

| Ltr. | Description | Page(s) |
|---|---|---|
| A | Notice of Placement in Secure or Staff Secure Facility | 1-2 |
| B | UAC Assessment | 3-5 |
| C | Placement Authorization | 6-8 |
| D | Authorization for Medical, Dental, and Mental Health Care | 9-11 |

Dated: September 10, 2018

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)

By: *s/Megan L. Donohue*
    Megan L. Donohue (266147)

4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
    mkkelley@cooley.com
    jcieslak@cooley.com
    mdonohue@cooley.com

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
    ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
    ndesai@youthlaw.org
    pjuneja@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

*Attorneys for Plaintiffs*