# Exhibit D

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

U.S. Department of Health and Human Services

Office of Refugee Resettlement
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

## OFFICE OF REFUGEE RESETTLEMENT
### Division of Children's Services
### AUTHORIZATION FOR MEDICAL, DENTAL, AND MENTAL HEALTH CARE

The Department of Health and Human Service (HHS), Office of Refugee Resettlement (ORR), Division of Children's Services (DCS) is responsible for coordinating and implementing the care and custody of the following minor pursuant to section 462 of the Homeland Security Act of 2002 (6 U.S.C. §279):

Minor's Name: ▮▮▮▮▮▮▮▮▮▮   Alien Number: ▮▮▮▮▮▮

Date of Birth: ▮▮ 2001   Nationality: Honduras

ORR hereby Authorizes , hereinafter "care provider," to arrange medical, dental, and mental health care for said minor under the following terms and conditions:

care provider : David and Margaret

### 1. Licensing and Reimbursement

- All medical, dental, or mental health services for the minor will be by a State licensed provider.

- The licensed medical, dental, or mental health provider must be willing to accept the Medicare reimbursement rate, payment on a fee for service basis, or to provide services for no fee.

### 2. Authorization and Notification

- The care provider shall secure authorization from ORR before consenting to any non-emergency medical, dental or medical health services; except for initial medical screening.

- The care provider shall consent to the provision of emergency treatment recommended by a licensed medical, dental, or mental health provider. The care provider shall notify ORR of the emergency immediately following treatment if possible, or within 24 hours after the initial incident.

- Significant surgical or medical procedures require heightened ORR involvement. Please refer to ORR instructions and procedures on medical services requiring heightened ORR involvement in these special cases.

- Minors have the right to be tested for HIV or other sexually transmitted diseases; the care provider shall ensure the minor receives the test(s) as requested.

- The care provider is authorized to dispense over-the-counter medications and prescription

U.S. Department of Health and Human Services

Office of Refugee Resettlement
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

3. Medical and Dental Exams/Screenings

- Minors in care shall receive a medical exam within 48 hours of placement in a care provider program, unless the minor obtained a medical exam within one calendar year and while under the care of another ORR-funded care provider.

- Minors in care shall also receive an initial dental examination within 90 days of placement, but no sooner than their 30th day in the custody of ORR.

4. Immunizations

- The care provider shall ensure that all minors in care receive necessary immunizations.

- Females 10 years or older must undergo a quantitative blood pregnancy test, with the minor's consent, before being administered any immunization.

5. Medical, Dental, and Mental Health Records/Confidentiality

- Care providers shall (1) obtain copies of all screenings, exams, or testing performed on a minor in care, signed by the licensed health care professional, (2) provide copies to ORR, when requested, and (3) ensure that medical records are maintained in the minor's file.

- All records maintained by the care provider in reference to the minor's health care are the property of ORR. Care providers may not release health information about the minor to any individual or organization without prior express authorization of ORR, except in the following instances: to the minor's educational program or medical, mental health, dental, and other service providers to the extent that the information is needed for the minor's education, recreation, social development,

| | | |
|---|---|---|
| _____ | 02/18/2018 | (909) 596-5921 x3133 |
| Signature - Authorized Representative of Care Provider | Date | Telephone Number |
| _____ | 02/18/2018 | 202-401-5709 |
| Signature - Official Representative | Date | Telephone Number |

Office of Refugee Resettlement
Administration for Children and Families

1. "Immunizations and Pregnancy Testing," April 2, 2008. http://www.acf.hhs.gov/programs/orr/programs/ORRPolicy4208.pdf