| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on signature page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF FILING OF REDACTED EXHIBITS IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE: PLAINTIFF GABRIELA N.**<br><br>Complaint Filed: June 29, 2018<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

Pursuant to the Court's order (ECF 80), Plaintiff hereby files redacted version of the following documents:

| No. | Description | Page(s) |
|---|---|---|
| 35 | Declaration of Paola Perez, August 31, 2018 | 327-329 |
| 37 | Declaration of Gabriela N., August 23, 2018 | 336-339 |

| | |
|---|---|
| Dated: September 12, 2018 | COOLEY LLP<br>SUMMER J. WYNN (240005)<br>MARY KATHRYN KELLEY (170259)<br>JON F. CIESLAK (268951)<br>MEGAN L. DONOHUE (266147)<br><br>By: *s/Jon F. Cieslak*<br>    Jon F. Cieslak (268951)<br><br>4401 Eastgate Mall<br>San Diego, CA  92121<br>Telephone: (858) 550-6000<br>Facsimile:  (858) 550-6420<br>Email:  swynn@cooley.com<br>        mkkelley@cooley.com<br>        jcieslak@cooley.com<br>        mdonohue@cooley.com<br><br>HOLLY S. COOPER (197626)<br>Co-Director, Immigration Law Clinic<br>CARTER C. WHITE (164149)<br>Director, Civil Rights Clinic<br>University of California Davis School of Law<br>One Shields Ave. TB 30<br>Davis, CA 95616<br>Telephone: (530) 754-4833<br>Email:    hscooper@ucdavis.edu<br>ccwhite@ucdavis.edu<br><br>National Center for Youth Law<br>Leecia Welch (208741)<br>Neha Desai (Cal. RLSA No. 803161)<br>Poonam Juneja (300848)<br>405 14th Street, 15th Floor<br>Oakland, CA 94612<br>Telephone: (510) 835-8098<br>Email:    lwelch@youthlaw.org<br>        ndesai@youthlaw.org<br>pjuneja@youthlaw.org<br><br>NATIONAL CENTER FOR YOUTH LAW<br>CRYSTAL ADAMS (308638)<br>1313 L St. NW, Suite 130<br>Washington, DC 20005<br>Telephone: (202) 868-4785<br>Email: cadams@youthlaw.org<br>Attorneys for Plaintiffs |