# Exhibit 35

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 35
Page 327

I, Paola Perez, declare as follows:

1. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

2. I write this declaration in support of ▇▇▇ release to her grandfather, ▇▇▇▇▇▇.

3. I have been ▇▇▇ immigration attorney since March 9, 2018.

4. In that time, I have developed a strong connection to her and a good understanding of what she needs.

5. Above all, ▇▇▇, like all children, needs to be in a loving, stable, safe home, ideally with family.

6. When I first took on her case, I asked the case manager at Shiloh multiple times, about ▇▇▇ options for reunifications.

7. I knew from ▇▇▇ that she wanted to be with her grandfather, ▇▇▇ in California.

8. The case manager repeatedly told me that reunification was not an option but never explained why. In fact, she discouraged me from asking questions about reunification at all.

9. I did not have contact information for ▇▇▇ so I was not able to directly verify the reasons that the ORR believed he was not a viable sponsor.

10. Given my impression that ▇▇▇ had no options for reunification, I began exploring the Unaccompanied Refugee Minors (URM) program as the next best alternative.

11. My recommendation for ▇▇▇ to enter the URM program was only based on my understanding that she had no family to whom she could be released.

12. Had I known that she had a stable and loving family member to whom she could be released, I would have advocated for release to family.

13. I firmly believe that children do best when placed with family.

14. After reviewing the home study completed by Candida Rugama, my recommendation is that ███████ be released to her grandfather, ███████

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 31st day of August, 2018, at Houston, Texas.

PAOLA PEREZ