# Exhibit 37

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 37
Page 336

I, ███████████████████████████████ declare as follows:

1. This declaration is based on my personal knowledge. I execute this declaration to update the declaration made in July 2018. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am currently detained at St. Michael's Home for Children in Houston, Texas. I have been detained in ORR facilities for approximately 18 months, and I have been at St. Michael's since April 2018, a little over four months. I am miserable and am so tired of being detained. I just want to live with my family.

3. I still have to take medication here. I take Prozac, Adderall, and Melatonin. I continue to take the medication because I feel like I have to. If I didn't take the medication, I think that it would hurt my chances of being released. As far as I know, my mother and grandfather have still not given permission for me to be medicated.

4. For the first four months I was detained at St. Michael's, I did not see a psychiatrist. The staff members here were giving me medications even though I hadn't seen a psychiatrist. When I finally met with the psychiatrist in early August, my Prozac prescription increased from 20mg to 30mg. I was told the dosage increase was supposed to calm me down and prevent me from getting mad.

5. I still desperately want to live with my grandfather. I love him, and I know that he would take care of me. My case manager has told me multiple times that she would like to recommend that I be released so that I can live with him, but my case manager says the government refuses to let me live with him.

6. Here at the shelter, the staff have continued to treat us poorly. My case manager monitors my phone calls with my grandfather are monitored, and I always feel like the staff are listening in to my conversations. My case manager doesn't ask me if I would like to speak to my grandfather in private. We're also not allowed to listen to Latin music; we only get to listen to music in English. We're not allowed to listen to the radio because the news might come on, and the staff don't want us to hear any news. The food

1 | is terrible, and we're not given much of it.  We aren't allowed to get seconds.
2 | Sometimes, I don't even eat because the food tastes so bad.  I continue to feel a total lack
3 | of privacy.
4 | 7.     I can't stand being locked up any more.  I feel so helpless and desperate.  I don't
5 | know what to do.  I want to be released so badly.  I know I will be so happy when I am
6 | finally free.
7 |
8 | I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
9 | 23rd day of August, 2018, at Houston           , Texas.

CERTIFICATE OF TRANSLATION

I, __Karina Marquez__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▮▮▮▮▮▮▮▮ in its entirety in Spanish on __8/23/2018__.

_Karina Marquez_ (signature)
Karina Marquez