| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| | 256 South Occidental Boulevard |
| 3 | Los Angeles, CA 90057 |
| | Telephone: (213) 388-8693 |
| 4 | Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS** <br><br> Complaint Filed: June 29, 2018 <br> Trial Date: None Set <br> Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com
        jcieslak@cooley.com
        mdonohue@cooley.com

*Attorneys for Plaintiffs*

1.

**WELCH DECL. ISO EX PARTE APP FOR LEAVE TO PROCEED USING PSEUDONYMS**
**CASE NO. 2:18-CV-05741 DMG PLA**

I, Leecia Welch, declare and say as follows:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys for Plaintiffs. My business address is 405 14th Street, 15th Floor, Oakland, California 94618.

2. On September 11, 2018, I emailed Benjamin Moss, one of the attorneys for the Defendants in the above-entitled action. I advised Mr. Moss of the substance of the attached ex parte application for leave to proceed using pseudonyms. I also informed him that this application would be filed this week. Mr. Moss indicated on September 12, 2018, that Defendants would not oppose the ex parte application for leave to use pseudonyms.

3. Mr. Moss's contact information is as follows: Benjamin Moss, Trial Attorney, P.O. Box 878, Ben Franklin Station, Washington, DC 20044, (202) 307-8675, Benjamin.M.Moss2@usdoj.gov.

4. Plaintiffs will provide Defendants with the true and correct names of the two new individual Plaintiffs, their Next Friends, and the sibling of named Plaintiff Benjamin F., as well as the corresponding pseudonyms of the individual Plaintiffs, Next Friends, and the sibling of named Plaintiff Benjamin F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of September, 2018, at Oakland, California.

Respectfully submitted,

*/s/ Leecia Welch*
Leecia Welch