UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>　　　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS**<br><br>Complaint Filed: June 29, 2018<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

Plaintiffs have requested permission for leave to proceed using pseudonyms for the two new named Plaintiffs and their Next Friends who bring this suit, as well as for named Plaintiff Benjamin F.'s sibling.

Having considered the papers submitted by Plaintiffs, the Court finds that Plaintiffs have demonstrated good cause to allow the named Plaintiffs, their Next Friends, and the sibling of Benjamin F. to proceed using pseudonyms, which outweighs any prejudice to the opposing party or the public's interest in knowing their identities.

Accordingly, the Court:

A.  GRANTS Plaintiffs leave to proceed in this matter with the use of pseudonyms for the named Plaintiffs, their Next Friends, and named Plaintiff Benjamin F.'s sibling;

B.  ORDERS that Defendants will not publicly disclose the names or personal identifying information of the named Plaintiffs and their Next Friends and family members after Defendants learn their names and personal identifying information; and

C.  ORDERS that all parties shall submit pleadings, briefing, and evidence using the named Plaintiffs' and their Next Friends' and family members' pseudonyms instead of their real names, initials, and other personally identifying information.

Dated: _____    _____
                                United States District Judge