1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on signature page*

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN

11

| | |
|---|---|
| 12  LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, | Case No.  2:18-CV-05741 DMG PLA **CLASS ACTION** **AMENDED CERTIFICATION AND NOTICE OF INTERESTED PARTIES; CORPORATE DISCLOSURE STATEMENT** **(LOCAL RULE 7.1-1)** Complaint Filed: June 29, 2018 Trial Date: None Set Judge: Hon. Dolly M. Gee |

18                 Plaintiffs,

19        v.

20  ALEX AZAR, Secretary of U.S.
21  Department of Health and Human
    Services; E. SCOTT LLOYD, Director,
22  Office of Refugee Resettlement of the
    U.S. Department of Health & Human
23  Services,

24                 Defendants.

25

26

27

28

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

The undersigned, counsel of record for plaintiffs Lucas R., Daniela Marisol T., Miguel Angel S., Gabriela N., Jaime D., Sirena P., Benjamin F., San Fernando Valley Refugee Children Center, Inc., and Unaccompanied Central American Refugee Empowerment, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION / INTEREST |
|---|---|
| Lucas R. | Plaintiff |
| Madelyn R. | Next Friend to Lucas R. |
| Daniela Marisol T. | Plaintiff |
| Katherine L. | Next Friend to Daniela Marisol T. |
| Miguel Angel S. | Plaintiff |
| Gerardo S. | Next Friend to Miguel Angel S. |
| Gabriela N. | Plaintiff |
| Isaac N. | Next Friend to Gabriela N. |
| Jaime D. | Plaintiff |
| Reyna D. | Next Friend to Jaime D. |
| Sirena P. | Plaintiff |
| Eduardo P. | Next Friend to Sirena P. |
| Benjamin F. | Plaintiff |
| Isabella F. | Next Friend to Benjamin F. |
| San Fernando Valley Refugee Children Center, Inc.[1] | Plaintiff |

[1] There is no parent corporation or any publicly held corporation that owns 10% or more of San Fernando Valley Refugee Children Center, Inc.

| | |
|---|---|
| Unaccompanied Central American Refugee Empowerment[2] | Plaintiff |
| Alex Azar, Secretary of U.S. Department of Health & Human Services | Defendant |
| E. Scott. Lloyd, Director of Office of Refugee Resettlement of the U.S. Department of Health & Human Services | Defendant |

[2] There is no parent corporation or any publicly held corporation that owns 10% or more of Unaccompanied Central American Refugee Empowerment.

2.

1  Dated:  September 13, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)


By: *s/Leecia Welch*
      Leecia Welch (208741)

405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
          mkkelley@cooley.com
          jcieslak@cooley.com
          mdonohue@cooley.com

*Attorneys for Plaintiffs*

AMENDED CERTIFICATION OF INTERESTED
PARTIES
CASE NO. 2:18-CV-05741 DMG PLA