UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>           Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS [88]** |

     Plaintiffs have filed an unopposed *ex parte* application requesting permission for leave to proceed using pseudonyms for the two new named Plaintiffs and their Next Friends, as well as for named Plaintiff Benjamin F.'s sibling.

     Having considered the papers submitted by Plaintiffs, the Court finds that Plaintiffs have demonstrated good cause to allow the named Plaintiffs, their Next Friends, and the sibling of Benjamin F. to proceed using pseudonyms, which outweighs any prejudice to the opposing party or the public's interest in knowing their identities.

     Accordingly, the Court:

A.   **GRANTS** Plaintiffs leave to proceed in this matter with the use of pseudonyms for the named Plaintiffs, their Next Friends, and named Plaintiff Benjamin F.'s sibling;

B.   **ORDERS** Defendants not to publicly disclose the names or personal identifying information of the named Plaintiffs and their Next Friends and family members after Defendants learn their names and personal identifying information; and

C.   **ORDERS** that all parties shall submit pleadings, briefing, and evidence (except for evidence properly filed under seal) using the named Plaintiffs' and their Next Friends' and family members' pseudonyms instead of their real names, initials, and other personally identifying information.

DATED: September 14, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE