UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE APPLICATION TO FILE UNDER SEAL ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS [89]** |

1    Plaintiffs filed an Unopposed Application to File Under Seal Attachment A to their Application to Use Pseudonyms, which contains an updated list of proposed pseudonyms and the corresponding true names of the named Plaintiffs, their Next Friends, and the sibling of named Plaintiff Benjamin F. [Doc. # 89.]

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established. The Court therefore **GRANTS** their request.

Accordingly, it is hereby **ORDERED** that Plaintiffs are granted leave to file under seal Attachment A to the Application to Use Pseudonyms. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file Attachment A under seal **within three (3) days** of the date of this Order.

**IT IS SO ORDERED.**

DATED: September 14, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE