JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone:  (202) 305-7816
    Fax:  (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br>Defendants. | Case No.: 2:18-CV-05741-DMG-PLA<br><br>**JOINT STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing on Motions:<br>October 26, 2018 at 9:30am<br><br>Honorable Dolly Gee |

In accordance with the Court's September 10, 2018 Order, ECF No. 85, and pursuant to Civil Local Rule 7-3, on September 14, 2018, the parties met and conferred regarding the briefing and hearing schedules for Plaintiffs' Motion for Class Certification and Defendants' Motion to Dismiss. By and through their respective attorneys, the parties hereby stipulate to the following briefing schedule:

| Date | Filing |
|---|---|
| September 28, 2018 | Plaintiffs' Motion for Class Cert. & Defendants' Mot. to Dismiss |
| October 5, 2018 | Defendants' Opposition to Class Cert. and Plaintiffs' Opposition to Motion to Dismiss |
| October 12, 2018 | Plaintiffs' Reply to Defendants' Opposition to Class Cert. & Defendants' Reply to Plaintiffs' Opposition to Mot. to Dismiss |
| October 26, 2018 | Hearing on Motions |

Dated:  September 17, 2018        NATIONAL CENTER FOR YOUTH LAW

(by Defendants' counsel, with permission)

   */s/ Leecia Welch*
LEECIA WELCH
Attorney for Plaintiffs


JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
ANDREW INSENGA
Trial Attorney

   */s/ Marina C. Stevenson*
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-3797
Fax:  (202) 616-4950
Marina.c.stevenson@usdoj.gov
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that, on September 17, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiff's counsel of record.

DATED:  September 17, 2018.                    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
ANDREW INSENGA
Trial Attorney

   */s/ Marina C. Stevenson*
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-3797
Fax:  (202) 616-4950
Marina.c.stevenson@usdoj.gov
Attorneys for Defendants