# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br>Defendants. | Case No.: 2:18-CV-05741-DMG-PLA<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing on Motions:<br>October 26, 2018 at 9:30am<br><br>Honorable Dolly Gee |

Based upon the parties' joint stipulation, it is hereby

**ORDERED** that Plaintiffs' Motion for Class Certification shall be filed on September 28, 2018.

It is further **ORDERED** that Defendants' Motion to Dismiss shall be filed on September 28, 2018.

1

It is further **ORDERED** that Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be filed on October 5, 2018.

It is further **ORDERED** that Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed on October 5, 2018.

It is further **ORDERED** that Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion to Class Certification shall be filed on October 12, 2018.

It is further **ORDERED** that Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed on October 12, 2018.

**SO ORDERED** this ___ day of September, 2018.

_____
DOLLY M. GEE
United States District Judge

Presented by:
JOSEPH H. HUNT
Assistant Attorney General
BRIENA STRIPPOLI
Senior Litigation Counsel

By:
   */s/ Marina C. Stevenson*
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Defendants