**NOTE:  CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>　　　　Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE JOINT STIPULATION FOR BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DEFENDANTS' MOTION TO DISMISS [94]** |

Based upon the parties' joint stipulation [Doc. # 94], the Court issues the following rulings:

1. Plaintiffs' Motion for Class Certification shall be filed by **September 28, 2018**;
2. Defendants' Motion to Dismiss shall be filed by **September 28, 2018**;
3. Plaintiffs' Opposition to Defendant's Motion to Dismiss shall be filed by **October 5, 2018**;
4. Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed by **October 5, 2018**;
5. Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed by **October 12, 2018**;
6. Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed by **October 12, 2018**; and
7. Plaintiffs' Motion for Class Certification and Defendants' Motion to Dismiss shall be heard on **November 2, 2018 at 9:30 a.m.**

**IT IS SO ORDERED.**

DATED: September 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE