CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>　　　　　　　Defendants. | Case No. CV 2:18-CV-05741<br><br>NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION<br><br>Hearing:　November 2, 2018<br>Time:　　9:30 a.m.<br>Room:　　1st St. Courthouse<br>　　　　　Courtroom 8C |

1  HOLLY S. COOPER (Cal. Bar No. 197626)
   Co-Director, Immigration Law Clinic
2  CARTER C. WHITE (Cal. Bar No. 164149)
   Director, Civil Rights Clinic
3  University of California Davis School of Law
   One Shields Ave. TB 30
4  Davis, CA 95616
   Telephone: (530) 754-4833
5  Email:  hscooper@ucdavis.edu
           ccwhite@ucdavis.edu
6
   LEECIA WELCH (Cal. Bar No. 208741)
7  NEHA DESAI (Cal. RLSA Bar No. 803161)
   POONAM JUNEJA (Cal. Bar No. 300848)
8  National Center for Youth Law
   405 14th Street, 15th Floor
9  Oakland, CA 94612
   Telephone: (510) 835-8098
10 Email:  lwelch@youthlaw.org
           ndesai@youthlaw.org
11         pjuneja@youthlaw.org

12 CRYSTAL ADAMS (Cal. Bar No. 308638)
   National Center for Youth Law
13 1313 L St. NW, Suite 130
   Washington, DC 20005
14 Telephone: (202) 868-4785
   Email:  cadams@youthlaw.org
15
   SUMMER WYNN (Cal. Bar No. 240005)
16 MARY KATHRYN KELLEY (Cal. Bar No. 170259)
   JON F. CIESLAK (Cal. Bar No. 268951)
17 MEGAN L. DONOHUE (Cal. Bar No. 266147)
   Cooley LLP
18 4401 Eastgate Mall
   San Diego, CA 92121-1909
19 Telephone: (858) 550-6000
   Email:  swynn@cooley.com
20         mkkelley@cooley.com
           jcieslak@cooley.com
21         mdonohue@cooley.com

22

23

24

25

26

27

28

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that on November 2, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an order certifying this case as a class action pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure on behalf of the following classes of similarly situated persons:

All children in the custody of the Office of Refugee Resettlement of the U.S. Department of Health and Human Services ("ORR") pursuant to 6 U.S.C. § 279 and/or 8 U.S.C. § 1232 —

1) who are or will be placed in a secure facility, medium-secure facility, or RTC, or continued in any such facility for more than thirty days, without being afforded notice and an opportunity to be heard before a neutral and detached decisionmaker regarding the grounds for such placement; or

2) whom ORR is refusing or will refuse to release to parents or other available custodians within thirty days of the proposed custodian's submitting a complete family reunification packet on the ground that the proposed custodian is or may be unfit; or

3) who are or will be prescribed or administered one or more psychotropic medications without procedural safeguards, including but not limited to obtaining informed consent or court authorization prior to medicating a child, involving a neutral decisionmaker in the initial determination of whether to prescribe psychotropics to a child in ORR custody, and involving a neutral decision-maker to conduct periodic reviews of those medications as treatment continues; or

4) who are natives of non-contiguous countries and to whom ORR is impeding or will impede legal assistance in legal matters or proceedings involving their custody, placement, release, and/or administration of psychotropic drugs.

5) who have or will have a behavioral, mental health, intellectual, and/or developmental disability as defined in 29 U.S.C. § 705, and who are or will be placed in a secure facility, medium-secure facility, or Residential Treatment Facility because of such disabilities.

This Motion is based upon the accompanying Memorandum of Points and Authorities, Declaration in Support of Leecia Welch, Notice of Lodgment, and Exhibits, and upon all other matters of record herein.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on September 14, 2018.

Dated: September 28, 2018.

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

/s/ Carlos Holguín
Carlos Holguín

*Attorney for Plaintiffs*

188020956