| Attachment I - Pricing Template | | | | |
|---|---|---|---|---|
| Option Year I: August 1, 2010 - July 31, 2011 | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days |
| Director of Planning | | | | |
| Project Director | | | | |
| Senior Project Associate | | | | |
| Director of Research | | | | |
| Research Associate/ Writer-Editor | | | | |
| Project Coordinator | | | | |
| Research Interns | | | | |
| Total Labor | | | | |
| Sub-Contract Costs | | | | |
| Consultant Costs | | | | |
| Other Direct Material Costs | | | | |
| Travel Costs | | | | |
| TOTAL | | | | $ 5,303,385 |

(b) (4)

181

Exhibit 5
Page 104

| Attachment I - Pricing Template | | | | | |
|---|---|---|---|---|---|
| Option Year II: August 1, 2011 - July 31, 2012 | | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days | |
| Director of Planning | | | | | |
| Project Director | | | | | |
| Senior Project Associate | (b) (4) | | | | |
| Director of Research | | | | | |
| Research Associate/ Writer-Editor | | | | | |
| Project Coordinator | | | | | |
| Research Interns | | | | | |
| Total Labor | | | | | |
| Sub-Contract Costs | | | | | |
| Consultant Costs | | | | | |
| Other Direct Material Costs | | | | | |
| Travel Costs | | | | | |
| TOTAL | | | | | $ 5,519,828 |

182

Exhibit 5
Page 105

| Attachment I - Pricing Template | | | | | |
|---|---|---|---|---|---|
| Option Year III: August 1, 2012 - July 31, 2013 | | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days | |
| Director of Planning | | | | | |
| Project Director | | | | | |
| Senior Project Associate | | | | | |
| Director of Research | | | | | |
| Research Associate/ Writer-Editor | | | | | |
| Project Coordinator | | | | | |
| Research Interns | | | | | |
| Total Labor | | | | | |
| Sub-Contract Costs | | | | | |
| Consultant Costs | | | | | |
| Other Direct Material Costs | | | | | |
| Travel Costs | | | | | |
| TOTAL | | | | | $ 5,763,983 |

(b) (4)

Exhibit 5
Page 106

| Attachment I - Pricing Template | | | | | |
|---|---|---|---|---|---|
| Option Year IV: August 1, 2013 - July 31, 2014 | | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days | |
| Director of Planning | | | | | |
| Project Director | | | | | |
| Senior Project Associate | | | | | |
| Director of Research | (b) (4) | | | | |
| Research Associate/ Writer-Editor | | | | | |
| Project Coordinator | | | | | |
| Research interns | | | | | |
| Total Labor | | | | | |
| Sub-Contract Costs | | | | | |
| Consultant Costs | | | | | |
| Other Direct Material Costs | | | | | |
| Travel Costs | | | | | |
| TOTAL | | | | | $ 6,008,896 |

184

Exhibit 5
Page 107

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
| --- | --- | --- | --- | --- | --- |
| | | | | | 1        2 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (if applicable) |
| 0001 | 07/12/2010 | | ACF36601 | | |
| 6. ISSUED BY          CODE | DAM | | 7. ADMINISTERED BY (if other than Item 6) | CODE | DAN |
| DHHS/PSC/SAS/DAM<br>Parklawn Building, Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | | DHHS/PSC/SAS/DAM<br>Parklawn Bldg., Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. | | |
| VERA INSTITUTE OF JUSTICE INC 356370<br>233 BROADWAY FL 12<br>NEW YORK NY 10279-1299 | | | 9B. DATED (SEE ITEM 11) | | |
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>G9910F0105N | | |
| | | | XHHSP233209900316G | | |
| | | | 10B. DATED (SEE ITEM 13) | | |
| CODE    356370 | FACILITY CODE | | 07/31/2009 | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) | | | |
| --- | --- | --- | --- |
| See Schedule | | Net Increase: | $274,379.00 |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| --- | --- |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | FAR 43.103(a)(3) Mutual Agreement of the Parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:    Contractor    ☐ is not.    ☒ is required to sign this document and return ____1____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: 13-1941627
DUNS Number: 073299836
The purpose of this modification is to increase the funding for the base year by
$274,379.00 from $5,050,000.00 to $5,324,379.00 in order to provide additional pro-bono
legal services.

Total Amount for this Modification: $274,379.00
New Total Amount for this Award: $27,920,471.00
Obligated Amount for this Modification: $274,379.00
New Total Obligated Amount for this Award: $5,324,379.00

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
| --- | --- | --- | --- |
| Karen Goldstein, Vice President | | ERICA K. BINNIX | |
| 15B. CONTRACTOR/OFFEROR<br>*signature* | 15C. DATE SIGNED<br>13 July 2010 | 16B. UNITED STATES OF AMERICA<br>*signature of Contracting Officer* | 16C. DATE SIGNED<br>7/14/10 |

NSN 7540-01-152-8070<br>Previous edition unusable

STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243

185

Exhibit 5
Page 108

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS10V0105N/HHSP23320090031SG/0001 | | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | All other terms and conditions remain unchanged by reason of this modification.<br>FOB: Destination | | | | |
| | Change Item 1 to read as follows(amount shown is the obligated amount): | | | | |
| 1 | Pro-Bono Legal Services for Unaccompanied Children | | | | 274,379.00 |
| | Base Year | | | | |
| | Accounting Info:<br>2009.G99UPR9.25102 Appr. Yr.: 2009 CAN: G99UPR9 Object Class: 25102<br>Funded: $0.00 | | | | |
| | Accounting Info:<br>2009-G99UPR9-25102 Appr. Yr.: 2009 CAN: G99UPR9 Object Class: 25102<br>Funded: $0.00 | | | | |
| | Accounting Info:<br>2010-G99UPR0-25102 Appr. Yr.: 2010 CAN: G99UPR0 Object Class: 25102<br>Funded: $274,379.00 | | | | |

OPTIONAL FORM 336 (4-08)
Sponsored by GSA
FAR (48 CFR) 53.110

186

Exhibit 5
Page 109

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|
| | | | | | 1 3 |
| 2. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (if applicable) |
| 0002 | | 08/01/2010 | See Schedule | | |
| 6. ISSUED BY | CODE | DAM | 7. ADMINISTERED BY (if other than Item 6) | CODE | DMM |
| DHHS/PSC/SAS/DN1<br>Parklawn Building, Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | | DHHS/PSC/SAS/DAM<br>Parklawn Bldg., Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, stale and ZIP Code) | | | 9A. AMENDMENT OF SOLICITATION NO. | | |
| VERA INSTITUTE OF JUSTICE INC 356370<br>233 BROADWAY FL 12<br>NEW YORK NY 10279-1299 | | | 9B. DATED (SEE ITEM 11) | | |
| | | | X 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>05-10X0105N<br>HHSP23320090031SG | | |
| | | | 10B. DATED (SEE ITEM 13)<br>07/31/2009 | | |
| CODE 356370 | | FACILITY CODE | | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offer must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | | | | |
|---|---|---|---|---|
| 2010-G990PRO-25102 | Net Increase: | | | $6,092,410.00 |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | CHECK ONE | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | FAR 52.217-9 Option to Extend the Term of the Contract (MAR 2000) | |
| | D. OTHER (Specify type of modification and authority) | |

| E. IMPORTANT: | Contractor | ☐ is not, | ☑ is required to sign this document and return _____ 1 _____ copies to the issuing office. | |
|---|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: 13-1941627

DUNS Number: 073299836

The purpose of this modification is to exercise option year I in the amount of $6,092,410.00 for the period of 8/1/2010 through 7/31/2011. Option year I pricing is increased by $789,025.00 from $5,303,385.00 to $6,092,410.00 due to increased level of effort. Revised pricing template for option year I is attached.

| | |
|---|---|
| Total Amount for this Modification: | $789,025.00 |
| New Total Amount for this Award: | $28,709,195.00 |
| Obligated Amount for this Modification: | $6,092,410.00 |
| New Total Obligated Amount for this Award: | $11,416,789.00 |

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| michael Jacobson Director | ERICA K. BINNIX |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | 8/17/2010 | *(Signature of Contracting Officer)* Erica K. Binnix | 9/1/10 |

| NSN 7540-01-152-8070 | STANDARD FORM 30 (REV. 10-83) |
|---|---|
| Previous edition unusable | Prescribed by GSA<br>FAR (48 CFR) 53.243 |

Exhibit 5
Page 110

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS10F0105N/HHSP233200900316G/0002 | | | | PAGE 2 | OF 3 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Appr. Yr.: 2010 CAN: G99UPRO Object Class: 25102 FOB: Destination Period of Performance: 08/01/2010 to 07/31/2011 Change Item 2 to read as follows(amount shown is the obligated amount): | | | | |
| 2 | Pro-Bono Legal Services for Unaccompanied Children Option Year I Requisition No: ACF44051, ACF47005 Amount: $5,580,410.00 Amount: $512,000.00 | | | | 6,092,410.00 |

TD/F 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 64.110

188

Exhibit 5
Page 111

| Attachment I - Pricing Template | | | | | |
|---|---|---|---|---|---|
| Option Year I: August 1, 2010 - July 31, 2011 | | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days | |
| Director of Planning | | | | | |
| Project Director | | | | | |
| Senior Project Associate | | | | | |
| Director of Research | | (b) (4) | | | |
| Research Associate/ Writer-Editor | | | | | |
| Project Coordinator | | | | | |
| Research Analyst | | | | | |
| Planning Analyst | | | | | |
| Research Interns | | | | | |
| Total Labor | | | | | |
| Sub-Contract Costs | | | | | |
| Consultant Costs | | | | | |
| Other Direct Material Costs | | | | | |
| Travel Costs | | | | | |
| TOTAL | | | | | $ 6,092,410 |

189

Exhibit 5
Page 112

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1    2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| 0003 | 07/28/2011 | ACF69089 | | |

| 6. ISSUED BY | CODE | DAM | 7. ADMINISTERED BY (If other than item 6) | CODE | DAM |
|---|---|---|---|---|---|
| DHHS/PSC/SAS/DAM<br>Parklawn Building, Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | | DHHS/PSC/SAS/DAM<br>Parklawn Bldg., Room 5- 101<br>5600 Fishers Lane<br>Rockville MD 20857 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| VERA INSTITUTE OF JUSTICE INC 356370<br>233 BROADWAY FL 12<br>NEW YORK NY 10279-1299 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | X | 05100105N<br>HHSP233200900316G |
| | | 10B. DATED (SEE ITEM 13) |
| CODE    356370 | FACILITY CODE | 07/31/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required)<br>2011.G99UPRO.25102 | Net Increase: | $5,519,828.00 |
|---|---|---|

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:<br>FAR 52.217-9 Option to Extend the Term of the Contract (MAR 2000) |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor  ☐ is not.  ☒ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: 13-1941627

DUNS Number: 073299836

Legal Servcie Orientation by Vera Institute

Delivery Location Code: HHS

HHS

200 Independence Avenue, SW

Washington DC 20201 US

Appr. Yr.: 2011 CAN: G99UPRO Object Class: 25102

FOB: Destination

Period of Performance: 08/01/2010 to 07/31/2012

Continued ...

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remain unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>KAREN GOLDMAN VICE PRESIDENT | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>CLINT DEUK |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br>*(signature)* | 15C. DATE SIGNED<br>7/29/11 | 16B. UNITED STATES OF AMERICA<br>*(signature)* | 16C. DATE SIGNED<br>7/29/11 |

| NSN 7540-01-152-8070<br>Previous edition unusable | STANDARD FORM 30 (REV. 10-83)<br>Prescribed by GSA<br>FAR (48 CFR) 53.243 |
|---|---|

Exhibit 5
Page 113

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS10F0105N/HHSP23320090031 6G/0003 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 3 to read as follows (amount shown is the obligated amount): | | | | |
| 3 | Pro-Bono Legal Services for Unaccompanied Children | | | | 5,519,828.00 |
| | Option Year II | | | | |
| | The purpose of this modification is to exercise option year II and to update the key personal. The following changes are made: | | | | |
| | 1) Option Period II is exercised (August 1, 2011 - July 31, 2012. | | | | |
| | 2) The total amount of funds obligated is increased from $11,416,789.00 to $16,936,617.00. | | | | |
| | 3) Susan Shah is replaced with Ann Marie Mulcahy as the current Project Manager. | | | | |

NSN 7540-01-152-8057

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

191

Exhibit 5
Page 114

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | | 1. CONTRACT ID CODE | | PAGE  OF PAGES 1        3 |
|---|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 04 | | 3. EFFECTIVE DATE See Block 16C | | 4. REQUISITION/PURCHASE REQ. NO. ACF79392 | | 5. PROJECT NO. (If applicable) |
| ISSUED BY                    CODE | | DAM | | 7. ADMINISTERED BY (If other than Item 6) | | CODE   DAM |
| DHHS/PSC/SAS/DAM Parklawn Building, Room 5-101 5600 Fishers Lane Rockville MD 20857 | | | | DHHS/PSC/SAS/DAM Parklawn Bldg., Room 5-101 5600 Fishers Lane Rockville MD 20857 | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | (x) | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|---|---|
| VERA INSTITUTE OF JUSTICE INC 356370 233 BROADWAY FL 12 NEW YORK NY 10279-1299 | | | | 9B. DATED (SEE ITEM 11) | |
| | | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. GC10F0105N HHSP233200900316G | |
| CODE     356370 | | FACILITY CODE | | 10B. DATED (SEE ITEM 13) 07/31/2009 | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is amended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) See Schedule | Net Increase: | $572,582.00 |
|---|---|---|

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (CHECK ONE) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | FAR 43.103(a)(3) Mutual Agreement of the Parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number:  13-1941627
DUNS Number:  073299836
Office of Refugee Resettlement Pro-Bono Legal Services for Unaccompanied Children

Option year II pricing is increased by $572,582.00 from $5,519,828.00 to $6,092,410.00 in order to expand service coverage.  Revised pricing template for option year II is attached.

Obligated Amount for this Modification:        $572,582.00
New Total Obligated Amount for this Award:  $17,509,199.00

FOB: Destination
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) KAREN GOLDSTEIN   VICE PRESIDENT | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) CLINT DRUK | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR _Karen Goldstein_ (Signature of person authorized to sign) | 15C. DATE SIGNED 10/1/11 | 16B. UNITED STATES OF AMERICA _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 12/12/11 |

BN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit 5
Page 115

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS10F0105N/HHSP233200900310G/0004 | | | PAGE 2 | OF 3 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
INSTITUTE OF JUSTICE INC 356370

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 08/01/2009 to 07/31/2012 | | | | |
| | Change Item 3 to read as follows(amount shown is the obligated amount): | | | | |
| 3 | Pro-Bono Legal Services for Unaccompanied Children | | | | 572,582.00 |
| | Option Year II | | | | |
| | Accounting Info: 2011.G99UPR0.25102 Appr. Yr.: 2011 CAN: G99UPR0 Object Class: 25102 Funded: $0.00 | | | | |
| | Accounting Info: 2012.G99UPR2.25102 Appr. Yr.: 2012 CAN: G99UPR2 Object Class: 25102 Funded: $572,582.00 | | | | |

NSN 7540-01-152-1007

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

193

Exhibit 5
Page 116

| Attachment I - Pricing Template | | | | | |
|---|---|---|---|---|---|
| Option Year II: August 1, 2011 - July 31, 2012 | | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days | |
| Director of Planning | | | | | |
| Project Director | | | | | |
| Senior Project Associate | | | | | |
| Director of Research | | | | | |
| Research Associate/ Writer-Editor | | | | | |
| Research Analyst | | | | | |
| Planning Analyst | | | | | |
| Project Coordinator | | | | | |
| Research Interns | | | | | |
| Total Labor | | | | | |
| Sub-Contract Costs | | | | | |
| Consultant Costs | | | | | |
| Other Direct Material Costs | | | | | |
| Travel Costs | | | | | |
| TOTAL | | | | | $ 6,092,410 |

194

Exhibit 5
Page 117

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|
| | | | DAN | | 1      7 |
| 1. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| J005 | | See Block 16C | ACF90523 | | |
| 6. ISSUED BY | CODE  DAN | | 7. ADMINISTERED BY (If other than Item 6) | CODE  DAN | |
| DHHS/PSC/SAS/DAM<br>Parklawn Building, Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | | DHHS/PSC/SAS/DAN<br>Parklawn Bldg., Room 5-101<br>5600 Fishers Lane<br>Rockville MD 20857 | | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | (x) 9A. AMENDMENT OF SOLICITATION NO. | | |
| VERA INSTITUTE OF JUSTICE INC 356370<br>233 BROADWAY FL 12<br>NEW YORK NY 10279-1299 | | | 9B. DATED (SEE ITEM 11) | | |
| | | | X  10A. MODIFICATION OF CONTRACT/ORDER NO.<br>GS10F0105N | | |
| | | | HHSP23320090031160 | | |
| | | | 10B. DATED (SEE ITEM 13) | | |
| CODE   356370 | | FACILITY CODE | 07/31/2009 | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) | Net Increase: | $231,172.00 |
|---|---|---|
| See Schedule | | |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | FAR 43.103(a)(3) Mutual Agreement of the Parties |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Tax ID Number:  13-1941627
DUNS Number:  073299036
Office of Refugee Resettlement Pro-Bono Legal Services for Unaccompanied Children

1.  The Statement of Work and Schedule of Deliverables are revised as specified on the attached pages (3-7).

2.  Option year II pricing is increased by $231,172.00 from $6,092,410.00 to $6,323,582.00 due to an increase in the number of unaccompanied alien children receiving legal services.

FOB: Destination
Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|---|
| Ernest Duncan, Chief Operating Officer and Chief Financial Officer | | CLINT DRUK |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA        16C. DATE SIGNED |
| (Signature of person authorized to sign) | 6/13/2012 | (Signature of Contracting Officer)          6/13/12 |
| NSN 7540-01-152-8070 | | STANDARD FORM 30 (REV. 10-83) |
| Previous edition unusable | | Prescribed by GSA<br>FAR (48 CFR) 53.243 |

Exhibit 5
Page 118

Contract:        GS10F0105N                                          Page 3 of 7
Task Order:      HHSP233200900316G
Modification:    0005

The subject task order is modified as follows:

**The Statement of Work is revised by deleting the existing task requirements A-E and replacing with task requirements A-E below:**

A) Contractor will identify legal service providers and organizations located near HHS-funded facilities for which funding for legal services is provided. Criteria for the identification of organizations:

   1) Average Daily Number of UAC in HHS-funded facilities located near the Organizations;
   2) Capacity and Resources of the Organization;
   3) Organization's experience in providing immigration legal services;
   4) Organization's experience working with children who suffer from trauma and/or who are victims of abuse, war, or political persecution.

B) Contractor shall send requests for proposals to the identified organizations, evaluate submitted proposals, and award 10-15 subcontracts over the period of this award (this may increase if DUCS capacity increases) which will be subject to HHS approval. Subcontractors shall, in conjunction with and guidance from, the Contractor:

   1) Develop and implement procedures for conducting legal rights presentations and screening 95 percent of UAC in HHS custody for whom funding for legal services is provided to identify their legal needs.  Legal rights presentations shall be conducted within 14 days of placement, and legal screenings shall be conducted within 30 days of placement, or as soon as practicable thereafter in the event of extenuating circumstances;
   2) Develop and implement strategies to conduct outreach to legal community surrounding the site to increase the pool of attorneys willing to volunteer their time to represent the children. This will also include:

      i) Protocol for screening each volunteer to ensure that they have the appropriate experience, adequate resources, and the skills to work appropriately with children.
      ii) Training for volunteer attorneys to enter information for the children into the contractor designed case management system (see Task E)

   3) Coordinate assignment of in-house and volunteer pro bono attorneys for UAC in HHS custody;
   4) Track scheduled immigration court dates and immigration judge decisions for UAC screened by the program;
   5) Coordinate with other legal service providers and pro bono attorneys to ensure representation before immigration judges occurs while UAC are in HHS custody to the extent practicable and continues through until completion of immigration proceedings, which may extend to the time the children are reunified and living with family members in the community.  Coordinate with other legal service providers and pro bono attorneys to ensure continuity in legal services and representation when UAC are transferred to another DUCS facility.  Coordinates with Case Workers, other legal service providers,

Exhibit 5
Page 119

| Contract: | GS10F0105N | Page 5 of 7 |
|---|---|---|
| Task Order: | HHSP233700900316G | |
| Modification: | 0005 | |

    v) Number of children receiving sub-contractor representation, and percentage of those children receiving sub-contractor representation from the entire number of UAC in HHS custody who have court appearances while at the care provider(s) served by that sub-contractor.

  6) Contractor shall provide technical assistance to subcontractors including, but not limited to, the following areas:

    i) Gathering information on national practices related to the outreach and maintenance of a pool of pro bono attorneys for UAC in HHS custody;

    ii) Maintaining clear channels of communication, involving onsite visits, teleconferences and/or video conferences, and monthly data review;

    iii) Sharing information on practices and resources among Subcontractors;

    iv) Providing technical assistance on family, juvenile, and criminal law issues related to UAC immigration cases.

D) Contractor shall:

  1) Research and evaluate various models for the recruitment, training, and supervision of linguistically capable child advocates.

  2) Provide a report on best practices and best models for appointing child advocates.

  3) Implement a child advocate program in a site to be determined by HHS, evaluate the efficacy of child advocate program models, and expand child advocate services to multiple locations as additional funding will allow.

  4) Conduct the recruitment, screening, training, and oversight of individual child advocates. Ensure that individual child advocates meet State licensing background check requirements for child care provider staff or volunteers prior to contact with children; conduct all corresponding background checks, references and clearances; and maintain personnel files with documentation of such.

  5) Make timely recommendations to ORR for the assignment of individual child advocates, based on the UAC's individual needs.

  6) For each UAC that has an assigned child advocate, provide a service plan for child advocate services and keep ORR and other stakeholders, as applicable, apprised of the service plan and any changes to the service plan with respect to custody, care and release. Upon identifying the need for advocacy with ORR, or within three (3) business days of a request by ORR, child advocates shall provide written recommendations to ORR.

E) Contractor shall make on-going quantitative and qualitative analysis to HHS on a quarterly basis related to the effectiveness of sites' legal access programs and child advocate program using:

Exhibit 5
Page 120

Contract:       GS10F0105N                                          Page 7 of 7
Task Order:     HHSP233200900316G
Modification:   0005

H) Technical assistance relating to outreach, training, and legal services
Contractor to Subcontractor (ongoing during contract life), including
provision of one annual site visit, at minimum, to each Subcontractor.

I) National training shall occur in the base year. If option years are awarded,
national trainings may occur if approved by the COTR.

J) A final report, including any supplements, with recommendations submitted to
HHS shall be produced within 90 days of the conclusion of the contract and will
demonstrate performance-based results, using numbers of UAC served (legal rights
presentations; screenings for legal relief; matched with legal representation), legal
outcomes for those represented UAC whose cases concluded while working with a
subcontractor, and statistics and other information, on the overall impact of the
child advocate program and the legal access program.

K) On-going analysis due 60 days from the end of each quarter. The written
quarterly performance report should address performance on the task
requirements and deliverables in a quantitative and qualitative manner.
Subcontractor monitoring reports for the corresponding quarter shall be
attached. Information shall be broken down by in care versus released
UAC, and pro bono versus sub-contractor representation, and shall address
quality of services.

L) Annual analysis, based upon program data and necessary ORR-provided
data, due 90 days from the end of each option year, starting with Option
Year II. The written annual report shall address performance on the task
requirements and deliverables in a qualitative and quantitative manner and
shall address:
a. Legal outcomes
b. Court and cost efficiencies, including impact on continuances and length
of stay
c. Impact of direct representation by the increase in the percentage of
children who obtained representation for the duration of their
immigration proceedings and by the increase in appearance rates in
immigration court in Houston

M) Provide representation annually, barring legal or ethical prohibitions, for:
a. 70 eligible UAC who will be released in the Houston area from care
providers outside of the Houston area
b. 70 eligible UAC who were initially served by the subcontractor in
Houston area care providers and who were then reunified/released in the
Houston area
c. 100% of UAC who seek removal or voluntary departure while in ORR
custody at a care provider served by a subcontractor.

Exhibit 5
Page 121

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 6 |
| 2. AMENDMENT/MODIFICATION NO. | | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (if applicable) | |
| 0006 | | See Block 16C | ACF94871 | | | |
| 6. ISSUED BY | CODE | DAM | 7. ADMINISTERED BY (if other than item 6) | | CODE | |
| DHHS/PSC/SAS/DAM Twinbrook Place, Suite 400 12501 Ardennes Avenue Rockville MD 20857 | | | | | | |
| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and Zip Code) | | | (x) | 9A. AMENDMENT OF SOLICITATION NO. | | |
| VERA INSTITUTE OF JUSTICE INC 356370 233 BROADWAY FL 12 NEW YORK NY 10279-1299 | | | | 9B. DATED (SEE ITEM 11) | | |
| | | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. GS10F0105N | | |
| | | | | HHSP23320090003l6G | | |
| | | | | 10B. DATED (SEE ITEM 13) | | |
| CODE 356370 | | FACILITY CODE | 07/31/2009 | | | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) | |
|---|---|
| 2012.G99UPR2.25102 | Net Increase: $9,000,000.00 |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.212-4(c) Changes |
| | D. OTHER (Specify type of modification and authority) |
| X | FAR 52.217-9 Option to Extend the Term of the Contract (Mar 2000) |

E. IMPORTANT:   Contractor   ☐ is not   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Tax ID Number:   13-1941627
DUNS Number:   073299836
Office of Refugee Resettlement Pro-Bono Legal Services for Unaccompanied Children

This modification exercises option year 3 with changes, updates the invoicing instructions, and adds two HHSAR clauses to the task order.   Please see the attached continuation pages.

Appr. Yr.: 2012 CAN: G99UPR2 Object Class: 25102
FOB: Destination
Period of Performance: 08/01/2009 to 07/31/2013

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Karen Goldstein, Vice President y General Counsel | | CLINT DRUK | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | 7/30/12 | (Signature of Contracting Officer) | 7/31/12 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

199

Exhibit 5
Page 122

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS10F01U5N/HHSP233200900316G/0006 | | | | PAGE 2 | OF 6 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Change Item 4 to read as follows(amount shown is the obligated amount): | | | | |
| 4 | Pro-Bono Legal Services for Unaccompanied Children | | | | 9,000,000.00 |
| | Option Year III | | | | |
| | Contractor's Statement of Release | | | | |
| | In consideration of the modification agreed to herein as complete equitable adjustments for the Contractor's proposal for revised pricing for option year 3 dated 7/19/2012 "proposal for adjustment," the Contractor hereby releases the Government from any and all liability under this contract for further equitable adjustments attributable to such facts or circumstances giving rise to the "proposal for adjustment" (except for - no exceptions). | | | | |

NSN 7540-01-152-8067

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

200

Exhibit 5
Page 123

| | | |
|---|---|---|
| Contract: | GS10F0105N | Page 3 of 6 |
| Task Order: | HHSP233200900316G | |
| Modification: | 0006 | |

The subject task order is modified as follows:

1. Option year 3 is exercised in the amount of $9,000,000.00 for the period of 8/1/2012 through 7/31/2013. Due to an increase in the number of unaccompanied alien children receiving legal services, option year 3 pricing is increased by $3,236,017.00 from $5,763,983.00 to $9,000,000.00. The revised pricing template for option year 3 is attached.

2. The existing Section 1 under Contract Administration, Invoice Submission, is deleted entirely and replaced with the following updated invoicing instructions:

The Contractor shall submit invoices once per month. A complete invoice with all required back-up documentation shall be sent electronically, via email, to:

1. Contract Specialist via DAM mailbox: pscsas.invoices@psc.hhs.gov.*
2. Contracting Officer's Representative (COR): name and email address shall be provided via email
3. Financial Management Service (FMS): psc_invoices@psc.hhs.gov.*

   *No other non-invoice related documents (i.e. deliverables, reports, balance statements) shall be sent to the DAM and FMS mailboxes. Invoices Only.

The subject line of your email invoice submission shall contain the contract number, contract line item number, the order number, if applicable, and the number of invoices. The Contractor shall send one email per contract per month. The email may have multiple invoices for the contract. Invoices must be in the following formats: PDF, TIFF, or Word. No Excel formats will be accepted. The electronic file cannot contain multiple invoices; example, 10 invoices requires 10 separate files (PDF or TIFF or Word).

Invoices shall be submitted in accordance with the contract terms, i.e. payment schedule, progress payments, partial payments, deliverables, etc.

All calls concerning contract payment shall be directed to the COR.

In accordance with FAR 52.212-4, Contract Terms and Conditions—Commercial Items, a proper invoice must include the following items:

FAR 52.212-4(g) Invoice.

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include—

   (i) Name and address of the Contractor;

   (ii) Invoice date and number;

   (iii) Contract number, contract line item number and, if applicable, the order number;

   (iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

   (v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

201

Exhibit 5
Page 124

Contract:         GS10F0105N                                                     Page 4 of 6
Task Order:       HHSP233200900316G
Modification:     0006

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2)   Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR Part 1315.

Additionally, the FMS requires the contractor to include its Dunn and Bradstreet Number (DUNS) on each invoice.

In accordance with OMB Memorandum, M-11-32, Agencies shall make payments to small businesses as soon as practicable, with the goal of making payments within 15 days of receipt of a proper invoice. If a small business contractor is not paid within this (15 day) accelerated period, the contractor will not be given a late-payment interest penalty. Interest penalties, as prescribed by the Prompt Payment Act, remain unchanged by means of this memorandum. All small businesses shall label all invoices as "Small Business."

Additionally, in accordance with OMB Memorandum, M-12-16, all prime contractors are encouraged to disburse funds received from the Federal Government to their small business subcontractors in a prompt manner. To assist prime contractors in expediting contractor payments to small business subcontractors, Agencies shall, to the full extent permitted by law, temporarily establish an earlier, accelerated date for making agency payments to all prime contractors. Consistent with OMB Memorandum M-11-32 above, Agencies shall have a goal of paying all prime contractors within 15 days of receiving proper documentation. In an effort to support small business growth, drive economic activity and job creation, the Contractor is encouraged to accelerate payments to their small business subcontractors.

In accordance with the requirements of the Debt Collection Improvement Act of 1996, all payments under this order will be made by electronic funds transfer (EFT). The Contractor shall provide financial institution information to the Finance Office designated above in accordance with FAR 52.232-33 Payment by Electronic Funds Transfer – Central Contractor Registration.

Exhibit 5
Page 125

Contract:        GS10F0105H
Task Order:      HHSP233200900316G
Modification:    0006

Page 5 of 6

3.  Two HHSAR clauses (HHSAR 352.203-70 (as updated) and HHSAR 352.237-73) are added to the
    task order in accordance with Consolidated Appropriations Act, 2012 - Public Law 112-74. The
    clauses are included in full text below.

HHSAR 352.203-70 ANTI-LOBBYING (MAR 2012)

Pursuant to the current HHS annual appropriations act, Public Law 112-74, except for normal and
recognized executive-legislative relationships, the Contractor shall not use any HHS contract funds for:

(a) Publicity or propaganda purposes;

(b) The preparation, distribution, or use of any kit, pamphlet, booklet, publication, electronic
communication, radio, television or video presentation designed to support or defeat the enactment of
legislation before the Congress or any State or local legislature or legislative body, except in
presentation to the Congress or any State or local legislature itself; or designed to support of defeat any
proposed or pending regulation, administrative action, or order issued by the executive branch of any
State or local government, except in presentation to the executive branch of any State or local
government itself; or

(c) Payment of salary or expenses of the Contractor, or any agent acting for the Contractor, related to
any activity designed to influence the enactment of legislation, appropriations regulation, administrative
action, or Executive order proposed or pending before the Congress or any State government, State
legislature or local legislature or legislative body, other than for normal and recognized executive-
legislative relationships or participation by an agency or officer of a State, local or tribal government is
policymaking and administrative processes within the executive branch of that government.

The prohibitions in subsections (a), (b), and (c) above shall include any activity to advocate or promote
any proposed, pending, or future Federal, State or local tax increase, or any proposed, pending, or
future requirement for, or restriction on, any legal consumer product, including its sale or marketing,
including, but not limited to, the advocacy or promotion of gun control.

(End of clause)

HHSAR 352.237-73 NON-DISCRIMINATION IN SERVICE DELIVERY (MAR 2012)

It is the policy of the Department of Health and Human Services that no person otherwise eligible will be
excluded from participation in, denied the benefits of, or subjected to discrimination in the
administration of HHS programs and services based on non-merit factors such as race, color, national
origin, religion, sex, gender identify, sexual orientation, or disability (physical or mental). By acceptance
of this contract, the contractor agrees to comply with this policy in supporting the program and in
performing the services called for under this contract. The contractor shall include this clause in all sub-
contracts awarded under this contract for supporting or performing the specified program and services.
Accordingly, the contractor shall ensure that each of its employees, and any sub-contractor staff, is
made aware of, understands, and complies with this policy.

(End of clause)

203

Exhibit 5
Page 126

Contract: GS10F0105N
Task Order: HHSP233200900316G
Modification: 0006

Page 6 of 6

| | Attachment I - Pricing Template | | | | |
|---|---|---|---|---|---|
| | Option Year III: August 1, 2012 - July 31, 2013 | | | | |
| | Rate 8/1-11/30 | Days | Rate 12/1-7/31 | Days | |
| Director of Planning | | | | | |
| Project Director/ Sr Research Associate | | | | | |
| Senior Project Associate | | | | | |
| Director of Research | | | | | |
| Research Associate | | | | | |
| Research Analyst | | | | | |
| Planning Analyst | | | | | |
| Project Coordinator | | | | | |
| Research Interns | | | | | |
| Total Labor | | | | | |
| | | | | | |
| Subcontract Costs | | | | | |
| Consultant Costs | | | | | |
| Other Direct Material Costs | | | | | |
| Travel Costs | | | | | |
| | | | | | |
| TOTAL | | | | | $ 9,000,000 |

(b) (4)

204

Exhibit 5
Page 127

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES 1    2 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. 0007 | | 3. EFFECTIVE DATE See Block 16C | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| A. ISSUED BY                            CODE | | DAM | 7. ADMINISTERED BY (If other than Item 6) | | CODE |

6. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

3/FSC/SAS/DAM
_nbrook Place, Suite 400
12501 Ardennes Avenue
Rockville MD 20857

8. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*

VERA INSTITUTE OF JUSTICE INC 356370
VERA INSTITUTE OF JUSTICE, INC.
233 BROADWAY FL 12
NEW YORK NY 10279-1299

(x)

9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. GS10F0105N
HHSP233200900316G

10B. DATED *(SEE ITEM 13)*
07/31/2009

CODE   356370          FACILITY CODE

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers        ☐ is extended.   ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
See Schedule

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER *(Specify type of modification and authority)* |

E. IMPORTANT:    Contractor    ☒ is not.    ☐ is required to sign this document and return _____   0   copies to the issuing office

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
Tax ID Number:  13-1941627
DUNS Number:  073299836
All contract-related questions should be referred to Nicole Bennett at
nicole.bennett@psc.hhs.gov

The purpose of this modification is update the Contracting Officer's Representative (COR) assigned to the subject award.

By reason of this modification the COR is hereby changed to Faith Hurt; and all references to correspondence or inquiries to the COR should directed to her at faith.hurt@acf.hhs.gov or at (202) 260-5186.
Continued ...

Except as provided herein, all terms and conditions of the document referenced in item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)* | | |
|---|---|---|---|---|---|
| | | | DAWN T. GRESHAM | | |
| CONTRACTOR/OFFEROR | | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | | 16C. DATE SIGNED |
| *(Signature of person authorized to sign)* | | | *(Signature of Contracting Officer)* | | 5/7/2013 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

205

Exhibit 5
Page 128

Case 2:85-cv-04544-DMG-AGR   Document 239-3   Filed 08/12/16   Page 89 of 104   Page ID
#:7232

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS10F0105N/HHSP233200900316G/0007 | | | | PAGE<br>2 | OF<br>2 |
|---|---|---|---|---|---|---|
| NAME OF OFFEROR OR CONTRACTOR<br>VERA INSTITUTE OF JUSTICE INC 356370 | | | | | | |

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | All other terms and conditions remain unchanged by reason of this modification. | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

206

Exhibit 5
Page 129

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES | |
|---|---|---|---|---|---|
| | | | | 1 | 2 |
| 2. AMENDMENT/MODIFICATION NO. 0008 | 3. EFFECTIVE DATE 08/01/2013 | 4. REQUISITION/PURCHASE REQ. NO. ACF115827 | | 5. PROJECT NO. (If applicable) | |
| 6. ISSUED BY       CODE | DAM | 7. ADMINISTERED BY (If other than Item 6)     CODE | | | |
| D.    PSC/SAS/DAM Twinbrook Place, Suite 400 12501 Ardennes Avenue Rockville MD 20857 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|
| VERA INSTITUTE OF JUSTICE INC 356370 VERA INSTITUTE OF JUSTICE, INC. 233 BROADWAY FL 12 NEW YORK NY 10279-1299 | | 9B. DATED (SEE ITEM 11) | |
| | x | 10A. MODIFICATION OF CONTRACT/ORDER NO. GS10F0105N | |
| | | HHSP233200900316G | |
| CODE    356370 | FACILITY CODE | 10B. DATED (SEE ITEM 13) 07/31/2009 | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.    ☐ is extended.   ☐ is not extended.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | Net Increase: | $6,008,896.00 |
|---|---|---|
| ..2013.G99UPR3.25102 | | |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHK'D ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X . | D. OTHER (Specify type of modification and authority) FAR 52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) |

E. IMPORTANT:   Contractor   ☒ is not.   ☐ is required to sign this document and return _____ 0 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number:   13-1941627

DUNS Number:   073299836

For any questions regarding this modification, please contact the Contract Specialist, Lisa Slavin at Lisa.Slavin@psc.hhs.gov or 301-443-1171.

ACF COR: Jellyn Sualog (Jallyn.Sualog@acf.hhs.gov; 202-401-4997)

The purpose of this modification is to: 1) Exercise the Government's unilateral right to exercise an Option in accordance with the contract's clause FAR 52.217-9, Option to Extend the Term of the Contract, and 2) Update the COR assignment.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) DARRYL T. GOODHAM | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED 7/24/13 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

207

Exhibit 5
Page 130

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS10F0105N/HHSP233200900316G/0008 | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | BY REASON OF THIS MODIFICATION: | | | | |
| | 1. The Government hereby exercises Option Period 4 (CLIN 0005) on the above referenced contract for the pre-priced amount of $6,008,896.00; | | | | |
| | 2. The contract obligation amount is hereby increased by $6,008,896.00 from $26,740,371.00 to $32,749,267.00 to fully fund this option; | | | | |
| | 3. The period of performance is hereby changed from 08/01/2009 - 07/31/2013 to 08/01/2009 - 07/31/2014; | | | | |
| | 4. The COR is hereby changed from Faith Hurt to Jallyn Sualog (Jallyn.Sualog@acf.hhs.gov; 202-401-4997); and | | | | |
| | 5. All other terms and conditions remain unchanged by this modification. Appr. Yr.: 2013 CAN: G99UPR3 Object Class: 25102 FOB: Destination Period of Performance: 08/01/2013 to 07/31/2014 | | | | |
| | Add Item 6 as follows: | | | | |
| 6 | Probono Legal Services for Unaccompanied Children Option Period 4 Period of Performance: 08/01/2013 - 07/31/2014 | | | | 6,008,896.00 |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

208

Exhibit 5
Page 131

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|
| | | | | | 1     7 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 0009 | 09/27/2013 | | ACF115832 | | |
| 6. ISSUED BY | CODE | DAM | 7. ADMINISTERED BY (If other than Item 6) | | CODE |

DHHS/PSC/SAS/DAM
Twinbrook Place, Suite 400
12501 Ardennes Avenue
Rockville MD 20857

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO. | |
|---|---|---|---|---|
| VERA INSTITUTE OF JUSTICE INC 356370 | | | 9B. DATED (SEE ITEM 11) | |
| VERA INSTITUTE OF JUSTICE, INC. | | | | |
| 233 BROADWAY FL 12 | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. | |
| NEW YORK NY 10279-1299 | | | 2010F01050 | |
| | | | HHSP233200900310G | |
| | | | 10B. DATED (SEE ITEM 13) | |
| CODE 356370 | FACILITY CODE | | 07/31/2009 | |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | | |
|---|---|---|
| ..2013 09U0PR3.25102 | Net Increase: | $7,079,349.00 |

13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | FAR 52.212-4 (c) -- Contract Terms and Conditions -- Commercial Items (Jul 2013) |
| | D. OTHER (Specify type of modification and authority) |

| 15. IMPORTANT: | Contractor ☐ is not, | ☒ is required to sign this document and return | 1 | copies to the issuing office. |
|---|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: 13-1941627

DUNS Number: 073298036

Contract Specialist: Lisa Slavin (Lisa.Slavin@psc.hhs.gov) 301-443-1171)

ACF COR: Toby Biswas (Toby.Biswas@acf.hhs.gov) 202-205-4440)

The purpose of this modification is to: 1) Revise Attachment I - Pricing Template - Option Year Four (4) of the Base Task Order from $6,008,896.00 to $13,088,244.00, and the Firm Fixed Price total contract value from $39,820,519.00, by $7,079,349.00 and 2) Update the Contract Administration Section.

See continuation pages 3-7 for detail.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 16A. NAME AND TITLE OF SIGNER (Type or print) | | 17A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Ernest Duncan, COO/CFO | | DAWN T. ARCHINUM | |
| 16B. CONTRACTOR/OFFEROR | 16C. DATE SIGNED | 17B. UNITED STATES OF AMERICA | 17C. DATE SIGNED |
| (Signature of person authorized to sign) | 9-27-13 | (Signature of Contracting Officer) | 9/27/13 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit 5
Page 132

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS10F0105N/HHSP233200900516G/0009 | | | 2 | 7 |

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 358370

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY UNIT<br>(C) (D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|
| | Appr. Yr.: 2013 CAN: G990PR3 Object Class: 25102<br>FOB: Destination<br>Period of Performance: 08/01/2013 to 07/31/2014 | | | |
| | Add Item 7 as follows: | | | |
| 7 | Additional funding to be added to Option Period<br>Four (4) to support increased level of effort | | | 7,079,348.00 |

Exhibit 5
Page 133

CONTINUATION PAGE                                                    Page 3 of 7
GS10F0105N/HHSP233200900316G

BY REASON OF THIS MODIFICATION, THE BASE TASK ORDER IS MODIFIED AS FOLLOWS:

1) The total Option Period Four (4) Firm Fixed Price amount is hereby increased by $7,079,348.00 from
$6,008,896.00 to $13,088,244.00, in accordance with Vera Institute of Justice's quote provided on
07/12/2013, which is hereby incorporated by reference;

2) Attachment I – Pricing Template – Option Year IV: August 1, 2013 – July 31, 2014, found on page 24
of the base order is revised to the following;

### Attachment I - Pricing Template



| Option Yr IV  AUG 1, 2013 - JULY 31, 2014 | Daily Rates 8/1/13-7/31/14 | Days | Total Cost |
|---|---|---|---|
| Director of Planning | | | |
| Project Director | | | |
| Senior Project Associates | | | |
| Director of Research | | | |
| Research Associate | | | |
| Research Analyst | | | |
| Planning Analyst | | | |
| Project Coordinator | | | |
| Research Interns | | | |
| Total Labor | | | |
| Subcontract Costs | | | |
| Consultant Costs | | | |
| Other Direct Material Costs | | | |
| Travel Costs | | | |
| TOTAL | | | $13,088,244.00 |

3) The total obligation amount for Option Period Four (4) is hereby increased by $7,079,348.00 from
$6,008,896.00 to $13,088,244.00;

4) The total order obligation amount and total order value are hereby increased by $7,079,348.00 from
$32,749,267.00 to $39,828,615.00 to fully fund Option Period Four (4);

211

Exhibit 5
Page 134

**CONTINUATION PAGE**                                                       Page 4 of 7
GS10F0105N/HHSP233200900316G

5)  Section 3 – Technical Monitoring of the Contract Administration section of the base order (pages 14-15) is revised to the following:

Section 3 – Contracting Officer's Representative (COR) Authority

(a) Performance of work under this contract must be subject to the technical direction of the Contracting Officer's Representative identified above, or a representative designated in writing. The term "technical direction" includes, without limitation, direction to the contractor that directs or redirects the labor effort, shifts the work between work areas or locations, fills in details and otherwise serves to ensure that tasks outlined in the work statement are accomplished satisfactorily.

(b) Technical direction must be within the scope of the specification(s)/work statement.

The Contracting Officer's Representative does not have authority to issue technical direction that:

(1) Constitutes a change of assignment or additional work outside the specification(s)/statement of work;

(2) Constitutes a change as defined in the clause entitled "Changes";

(3) In any manner causes an increase or decrease in the contract price, or the time required for contract performance;

(4) Changes any of the terms, conditions, or specification(s)/work statement of the contract;

(5) Interferes with the contractor's right to perform under the terms and conditions of the contract; or

(6) Directs, supervises or otherwise controls the actions of the contractor's employees.

(c) Technical direction may be oral or in writing. The Contracting Officer's Representative shall confirm oral direction in writing within five work days, with a copy to the Contracting Officer.

(d) The contractor shall proceed promptly with performance resulting from the technical direction issued by the Contracting Officer's Representative. If, in the opinion of the contractor, any direction of the Contracting Officer's Representative, or his/her designee, falls within the limitations in (b), above, the contractor shall immediately notify the Contracting Officer no later than the beginning of the next Government work day.

(e) Failure of the contractor and the Contracting Officer to agree that technical direction is within the scope of the contract shall be subject to the terms of the clause entitled "Disputes."

Exhibit 5
Page 135

CONTINUATION PAGE                                                          Page 5 of 7
GS10F0105N/HHSP233200900316G

6) Section 4 – Contracting Officer's Technical Representative (COTR) of the Contract Administration
section of the base order (page 16) is hereby updated to include the COR designation to Toby
Biswas, changed from Jailyn Sualog, and revised to the following:

**Section 4 – Authorization of Government Personnel**
Notwithstanding the Contractor's responsibility for total management during the performance of
this task order, the administration of the Task order will require maximum coordination between
the Government and the Contractor. The following individuals will be the Government's points of
contact during the performance of this task order:

1. **Contract Specialist**

   All order administration shall be performed by a PSC Contract Specialist, Division of Acquisition
   Management-A:

   Lisa Slavin
   Contract Specialist
   301.443.1171
   Lisa.Slavin@psc.hhs.gov

2. **Contracting Officer**

   The PSC Contracting Officer is the only individual authorized to modify this order. The
   Contracting Officer responsible for administrative and contractual issues concerning this task
   order is:

   Dawn Gresham
   Branch Chief, PSC/SAS/DAM-A

3. **Contracting Officers' Technical Representative Appointment and Authority**

   The name and contact information of the COR assigned to this project is:

   Toby Biswas
   202-205-4440
   Toby.Biswas@acf.hhs.gov

7) Section 1 – Invoice Submission of the Contract Administration section of the base order (pages 13-
14) is revised to the following:

**Section 1 – Invoice Submission**
The Contractor shall submit invoices once per month.  A complete invoice with all required
back-up documentation shall be sent electronically, via email, to:

1. Contract Specialist via DAM mailbox: pscsas.invoices@psc.hhs.gov.*
2. Contracting Officer's Representative (COR): toby.biswas@acf.hhs.gov
3. Financial Management Service (FMS): psc_invoices@psc.hhs.gov.*

* No other non-invoice related documents (i.e. deliverables, reports, balance statements)
shall be sent to the DAM and FMS mailboxes.  Invoices Only.

213

Exhibit 5
Page 136

**CONTINUATION PAGE**
GS10F0105N/HHSP233209003166

per month. The email may have multiple invoices for the contract. Invoices must be in the following formats: PDF, TIFF, or Word. No Excel formats will be accepted. The electronic file cannot contain multiple invoices; example, 10 invoices requires 10 separate files (PDF or TIFF or Word).

Invoices shall be submitted in accordance with the contract terms, i.e. payment schedule, progress payments, partial payments, deliverables, etc.

All calls concerning contract payment shall be directed to the COR.

In accordance with FAR 52.212-4, Contract Terms and Conditions—Commercial Items, a proper invoice must include the following items:
FAR 52.212-4(g) invoice.
(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include:
(i) Name and address of the Contractor;
(ii) Invoice date and number;
(iii) Contract number, contract line item number and, if applicable, the order number;
(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;
(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;
(vi) Terms of any discount for prompt payment offered;
(vii) Name and address of official to whom payment is to be sent;
(viii) Name, title, and phone number of person to notify in event of defective invoice; and
(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.
(x) Electronic funds transfer (EFT) banking information.
(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.
(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer System for Award Management, or 52.232-34, Payment by Electronic Funds Transfer–Other Than System for Award Management), or applicable agency procedures.
(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.
(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR Part 1315.

Exhibit 5
Page 137

**CONTINUATION PAGE**                                                    Page 7 of 7
GS10F0105N/HHSP233200900316G

Additionally, the FMS requires the contractor to include its Dunn and Bradstreet Number (DUNS) on each invoice.

In accordance with OMB Memorandum, M-11-32, Agencies shall make payments to small businesses as soon as practicable, with the goal of making payments within 15 days of receipt of a proper invoice. If a small business contractor is not paid within this (15 day) accelerated period, the contractor will not be given a late-payment interest penalty. Interest penalties, as prescribed by the Prompt Payment Act, remain unchanged by means of this memorandum. All small businesses shall label all invoices as 'Small Business.'

Additionally, in accordance with OMB Memorandum, M-12-16, all prime contractors are encouraged to disburse funds received from the Federal Government to their small business subcontractors in a prompt manner. To assist prime contractors in expediting contractor payments to small business subcontractors, Agencies shall, to the full extent permitted by law, temporarily establish an earlier, accelerated date for making agency payments to all prime contractors. Consistent with OMB Memorandum M-11-32 above, Agencies shall have a goal of paying all prime contractors within 15 days of receiving proper documentation. In an effort to support small business growth, drive economic activity and job creation, the Contractor is encouraged to accelerate payments to their small business subcontractors.

In accordance with the requirements of the Debt Collection Improvement Act of 1996, all payments under this order will be made by electronic funds transfer (EFT). The Contractor shall provide financial institution information to the Finance Office designated above in accordance with FAR 52.232-33 Payment by Electronic Funds Transfer—System for Award Management.

8) All other terms and conditions of the order remain unchanged by this modification.

215

Exhibit 5
Page 138

AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|---|
| 0010 | 07/31/2014 | | HC9137505 | | 1   2 |
| 6. ISSUED BY | CODE | DAM | 7. ADMINISTERED BY (If other than Item 6) | | CODE |

DHHS/PSC/SAS/DAM
Twinbrook Place, Suite 400
12301 Ardennes Avenue
Rockville MD 20857

| 5. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| VERA INSTITUTE OF JUSTICE INC 356370 | | 9B. DATED (SEE ITEM 11) |
| VERA INSTITUTE OF JUSTICE, INC. | | |
| 233 BROADWAY FL 12 | | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| NEW YORK NY 10279-1299 | | HHSP23320090003160 |
| | | 10B. DATED (SEE ITEM 13) |
| CODE 356370 | FACILITY CODE | 07/31/2009 |

11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

□ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers □ is extended, □ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) by completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)
See Schedule                                      Net Increase:         $7,204,096.00

13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

CHECK ONE

A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14 PURSUANT TO THE AUTHORITY OF FAR 43.103(b).

C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
X   FAR 52.217-8 Option to Extend Services (Nov 1999)

D. OTHER (Specify type of modification and authority)

E. IMPORTANT:   Contractor   □ is not,   ☒ is required to sign this document and return _____ 1 _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number:   13-1941627

DUNS Number:   073299836

Contract Specialist: Linda O'Neil (Linda.Jules-O'Neil@psc.hhs.gov; 301-443-3655)

ACF COR: Toby Biswas (Toby.Biswas@acf.hhs.gov; 202-205-4440)

The purpose of this modification is to extend services under the order for two months through September 30, 2014 at an additional cost of $7,204,718.00. The Period of Performance for the order is hereby revised from August 1, 2013 through July 31, 2014 and revised to August 1, 2014 through September 30, 2014.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| KAREN GOLDSTEIN   VICE PRESIDENT | | ROSANNA BROWNING | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| _signature_ | 7/31/14 | _signature_ | 07/31/2014 |

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

Exhibit 5
Page 139

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED C91OF01.05M/HHSP233200900031 6G/0010 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (M) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The total amount obligated is increased by $7,204,096.00 from $39,828,615.00 to $47,032,711.00. | | | | |
| | The total contract value is $47,032,711.00. | | | | |
| | Change item 7 to read as follows (amount shown is the obligated amount): | | | | |
| 7 | Extend the services under this order for two months through 09/30/2014 | | | | 7,204,096.00 |
| | Delivery Location Code: ACF Admin for Children + Families Administration for Children and Fam 370 L'Enfant Promenade, S.W. Washington DC 20447 US Amount: $7,079,348.00 Accounting Info: ..2013.G990PR3.25102 Appr. Yr.: 2013 CAN: G990PR3 Object Class: 25102 Funded: $0.00 | | | | |
| | Delivery: 09/30/2014 Delivery Location Code: ACF ACF Administration for Children and Fam 370 L'Enfant Promenade, S.W. Washington DC 20447 US Amount: $7,204,096.00 Accounting Info: ..2014.G990PR4.25102 Appr. Yr.: 2014 CAN: G990PR4 Object Class: 25102 Funded: $7,204,096.00 | | | | |

OPTIONAL FORM 336 (4-86)
Sponsored by GSA
FAR (48 CFR) 53.110

NSN 7540-01-152-8067

217

Exhibit 5
Page 140

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | | PAGE OF PAGES |
|---|---|---|---|---|
| | | | | 1      2 |
| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
| 0011 | 09/30/2014 | ACF141904 | | |
| 6. ISSUED BY          CODE | DAM | 7. ADMINISTERED BY (If other than Item 6) | | CODE |

DHHS/PSC/SAS/DAM
Twinbrook Place, Suite 400
12501 Ardennes Avenue
Rockville MD 20857

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, state and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| | | |
| VERA INSTITUTE OF JUSTICE INC 356370 | | 9B. DATED (SEE ITEM 11) |
| VERA INSTITUTE OF JUSTICE, INC. | | |
| 233 BROADWAY FL 12 | | |
| NEW YORK NY 10279-1299 | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HHSP233200900316C |
| | | HHSP233200900316C |
| | | 10B. DATED (SEE ITEM 13) |
| CODE   356370          FACILITY CODE | | 07/31/2009 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is not extended, ☐ is extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | 13. Net Increase: | $3,602,048.00 |
|---|---|---|

..2014.G990PR4.25102

**13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | CHECK ONE | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103 (b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| X | FAR 52.217-8 Option to Extend Services (Nov 1999) | |
| | D. OTHER (Specify type of modification and authority) | |

| E. IMPORTANT:   Contractor ☐ is not, ☐ is required to sign this document and return _____ copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
Tax ID Number: 13-1941627
DUNS Number: 073299836
Contract Specialist: Linda O'Neil (Linda.Jules-O'Noil@psc.hhs.gov; 301-443-2653)

ACF COR: Toby Biswas (Toby.Biswas@acf.hhs.gov; 202-205-4440)

The purpose of this modification is to extend services under the order for one month through October 31, 2014 at an additional cost of $3,602,048.00. The Period of Performance for the order is hereby revised from August 1, 2013 through September 30, 2014 to August 1, 2013 through October 31, 2014.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| KAREN GOLDSTEIN   VICE PRESIDENT | ROBINNA BROWNING |
| 15B. CONTRACTOR/OFFEROR     15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA     16C. DATE SIGNED |
| _[signature]_        9/30/14 | _[signature] Robinna Browning_      09/30/2014 |
| (Signature of person authorized to sign) | (Signature of Contracting Officer) |

30-105-04-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

218

Exhibit 5
Page 141

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED GS10F0105N/HHSP23320090031GG/0011 | | | | PAGE 2 | OF 2 |
|---|---|---|---|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | The total amount obligated is increased by $3,602,048.00 from $47,032,711.00 to $50,634,759.00. | | | | |
| | The total contract value is $50,634,759.00. | | | | |
| | Delivery Location Code: ACF ACF Administration for Children and Fam 370 L'Enfant Promenade, S.W. Washington DC 20447 US | | | | |
| | Appr. Yr.: 2014 CAN: G99UPR4 Object Class: 25102 FOB: Destination Period of Performance: 08/01/2013 to 10/31/2014 | | | | |
| | Add Item 8 as follows: | | | | |
| 8 | Extend the services under this order for one month through 10/31/2014 | | | | 3,602,048.00 |

219

Exhibit 5
Page 142

| ENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | I. CONTRACT ID CODE | | PAGE OF PAGES 1 2 |
|---|---|---|---|---|
| L. AMENDMENT/MODIFICATION NO. 0012 | 3. EFFECTIVE DATE 10/31/2014 | 4. REQUISITION/PURCHASE RED. NO. ACF144946 | | 5. PROJECT NO. (if applicable) |
| 6. ISSUED BY           CODE | DAH | 7. ADMINISTERED BY (if other than item 6) | | CODE |

DHHS/PSC/SAS/DAM
Twinbrook Place, Suite 400
12501 Ardennes Avenue
Rockville MD 20857

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|

VERA INSTITUTE OF JUSTICE INC 356370
VERA INSTITUTE OF JUSTICE, INC.
233 BROADWAY FL 12
NEW YORK NY 10279-1299

| | | | 9B. DATED (SEE ITEM 11) |
|---|---|---|---|
| | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO. HHSP2332009003160 |
| | | | 10B. DATED (SEE ITEM 13) |
| CODE   356370 | FACILITY CODE | | 07/31/2009 |

| 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS |
|---|

☐ The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required) 2015.C99UPR5.25102 | Net Increase: | $1,820,000.00 |
|---|---|---|

| 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14. |
|---|

| CHECK ONE | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THIS CHANGE IS SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO, IN ITEM 10A. |
|---|---|
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| X | C. THE SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: FAR 52.217-8 Option to Extend Services (Nov 1999) |
| | D. OTHER (Specify type of modification and authority) |

| E. IMPORTANT:   Contractor   ☐ is not.   ☒ is required to sign this document and return ____1____ copies to the issuing office. |
|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Tax ID Number: 13-1941627

DUNS Number: 073299836

Contract Specialist: Linda O'Neil (Linda.Jules-O'Neil@psc.hhs.gov; 301-443-2655)

ACF COR: Toby Biswas (Toby.Biswas@acf.hhs.gov; 202-205-4440)

The purpose of this modification is to extend services under the order for three (3) months through January 31, 2015, adding additional funds in the amount of $1,820,000.00. The Period of Performance for the order is hereby revised from August 1, 2013 through October 31, 2014 to August 1, 2013 through January 31, 2015.

Continued ...

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) Karen Goldstein, Vice President/General Counsel | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) ROSANNA BROWNING | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR _[signature]_ | 15C. DATE SIGNED 10/31/2014 | 16B. UNITED STATES OF AMERICA _[signature]_ | 16C. DATE SIGNED 10/30/2014 |

NSN 7540-01-152-8070
Previous edition unusable
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

220

Exhibit 5
Page 143

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>GS10F0105N/HHSP2332009003166/0012 | | | | PAGE OF<br>2 | 2 |
|---|---|---|---|---|---|---|

NO OF OFFEROR OR CONTRACTOR
VERA INSTITUTE OF JUSTICE INC 356370

| ITEM NO.<br>(A) | SUPPLIES/SERVICES<br>(B) | QUANTITY<br>(C) | UNIT<br>(D) | UNIT PRICE<br>(E) | AMOUNT<br>(F) |
|---|---|---|---|---|---|
| | The total amount obligated is increased by $1,820,000.00 from $50,634,759.00 to<br>$52,454,759.00. | | | | |
| | The total contract value is $52,454,759.00. | | | | |
| | Delivery Location Code: ACF<br>Admin for Children + Families<br>Administration for Children and Fam<br>370 L'Enfant Promenade, S.W.<br>Washington DC 20447 C8 | | | | |
| | Appr. Yr.: 2015 CAN: G99UPR5 Object Class: 25102<br>FOB: Destination<br>Period of Performance: 08/01/2013 to 01/31/2015 | | | | |
| | Add Item 9 as follows: | | | | |
| 9 | Funds Vera extension thru Jan 31  2015 | | | | 1,820,000.00 |

OPTIONAL FORM 336 (4-66)
Sponsored by GSA
FAR (48 CFR) 53.110

Exhibit 5
Page 144