# Exhibit 9

Exhibit 9
Page 192

I, CARTER WHITE, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am the Director of the Civil Rights Clinic at the University of California Davis School of Law.

3. On November 20 and 21, 2017, I visited Shiloh Treatment Center as part of a visit to the facility by *Flores* counsel pursuant to ¶ 32 of the *Flores* Settlement Agreement.

4. Attached to this declaration is a true and correct copy of the Shiloh Treatment Center Consent to Medical Care Form that Shiloh staff gave us during that visit.

5. During that visit, we met with several Shiloh staff members. They informed us that, for children in ORR custody, these Shiloh Treatment Center Consent to Medical Care Forms are signed by Shiloh staff members as the "Parent, Guardian, or Conservator," and are not signed by the child's parent, family member, or potential sponsor.

6. Under my supervision, UC Davis students have reviewed the files of a significant number of children in ORR custody. To my knowledge, none of the students have ever found a medical consent form in the file of a child in ORR custody that was signed by the child's parent, family member, or potential sponsor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of April, 2018, at Richmond, California.

_____
CARTER WHITE

1

Exhibit 9

Shiloh Treatment Center, Inc.  
Admission Packet

Office of Refugee Resettlement

# Affidavit Authorizing
## Consent to Medical Care
## Consent to Administer Prescription Medications
## Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

_____, who after being duly sworn by me, on his/her oath did say
**Parent, Guardian, or Conservator Name**

I am _____ and I am the _____
**Parent, Guardian, or Conservator Name**                                **Relationship to Client**

of _____, who is in the care of Shiloh Treatment Center.
**Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related care, including any appropriate medications, and authorize any approved representative of Shiloh to give consent to any doctor, emergency medical service, hospital, or other medical facility to provide medical or related care to such child or ward. I further give my permission for Shiloh to administer such medications that may be prescribed or recommended by medical personnel treating my child or ward. I understand that I will be notified about medical care and the prescription of medication.

_____
**Signature of Parent, Guardian, or Conservator**

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____
**Signature of Notary Public**

_____
**Printed Name of Notary Public**

Notary Public for: _____
**County**

Rev. 09/10

*File in Master Chart*

I-1

Exhibit 9  
Page 194