# Exhibit 10

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 10
Page 195

1  I, ████████████████████████████████████, declare as follows:

2

3  1.  This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

5  2.  I was born in Honduras in 2001. My alien # is ████████. I arrived to the United States with my 31 year old sister. We were both detained by customs and I was placed in Casa Norma Linda in Brownsville, Texas. I asked to stay with my sister, but they did not let me. They separated me from her and I have not been able to see her since I have been in custody. From Casa Norma Linda, I was transferred to the Shiloh Regional Treatment Center in Manvel, Texas ("Shiloh"). I was transferred to Shiloh in September 2017.

<u>Witnessed Force Medication</u>

3.  Here in Shiloh, I saw girl receive an injection by force. Her name is ████ ████████████. One time I saw the staff members pin her down and give her an injection in her arm. After receiving the injection, she appeared sedated.

<u>Medication Compliance</u>

4.  I take medication here in the facility. I take ~~1~~ 2 pill in the morning and ~~2~~ 3 pills at night. I was told by staff members that if I take my medication, Dr. Ruiz would release me and I would be placed on a foster care list. I am not eligible for foster care unless I take my medication and Dr. Ruiz releases me. Dr. Ruiz is the psychiatrist who works here.

<u>PREA Phone</u>

5.  I do not know what a Prison Rape Elimination Act (PREA) phone is or where it is located. The staff have never informed about how to access this phone or how to file a complaint. They did not give me this information upon arrival.

<u>Shared Living Space with non-~~ROR~~ ORR Detainees</u>

6.  I am currently sharing a room with an "American girl" named ████. She is not one of the girls in ORR custody. We share a room together. She has been in the room with me

1

Exhibit 10
Page 196

for about a week. There is another American girl here as well. Her name is ▮. She also lives in the home with me, but in a separate room. She has been in Shiloh for about a year.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of November, 2017, at Manvel, Texas.

    I certify that I am fluent in the Spanish and English languages and that I truthfully and accurately translated the above declaration from English to Spanish for ▮ ▮ before she signed the declaration.

Dated: November 21, 2017

_Mayra Sandoval_
Mayra Sandoval