# Exhibit 12

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 12
Page 201

I, ███████████████████████, declare as follows:

1.  This supplemental declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

Transfer to Yolo

2.  Like I said in my first declaration, I think I was transferred to Yolo because Shiloh staff members assaulted me and they didn't want to have me at Shiloh any longer. I didn't do anything wrong to be moved to a more secure facility.

3.  I did not receive anything in writing about why I was being transferred and no one told me that I could appeal the transfer decision.

4.  Yolo is a horrible, horrible place. We are only allowed outside our cells for short periods of time. It feels like torture to be constantly trapped inside four walls.

5.  Being detained for such a long time has made me feel really bad. I never used to have such problems with depression or anxiety, but since I have been detained I have become much more frustrated. Being detained at Yolo makes me feel like I am going crazy. I am always alone with my thoughts and bad memories of things that have happened to me run through my head all day. I don't know how I can improve my mental health if I am kept in a cage.

6.  One time, a Yolo staff member pepper sprayed me and the spray got into my eyes and ears. My eyes felt like they were on fire. When I tried to wash out my eyes with water from the sink in my cell, the staff cut off the water supply to my sink. I had to use water from the toilet to wash out my eyes. I also lost hearing in my ears for four days.

7.  I have seen other children be pepper sprayed multiple times by staff. Sometimes if a kid stands up too quickly, staff assume that they are getting up to hit someone, and staff immediately pepper spray the kid.

## Sponsorship Process

8. I don't understand why I haven't been reunified with my father, ▮. I miss him and want to live with him so much. I feel safe with him and know that he would be a good sponsor for me. He will make sure that I go to school and have everything that I need. I know that he has worked hard to do everything the government has asked of him in order for me to be released to his care.

9. When I was at Shiloh, the staff told me that I needed a recommendation from a doctor before I could be released. At Yolo, my case manager recently told me that they are trying to get me transferred to a staff-secure facility. No one has talked to me about when I can be released to my father.

10. My father and I speak on the phone frequently. I like talking to my father on the phone. I know that being released to my father will help to improve my mental health.

## Medications

11. When I was detained at Shiloh, I was put on multiple medications. The medications that I took made me itchy, nauseous, and dizzy. I didn't want to take the medications, but the staff told me that I had to take them. The staff told me that I couldn't be released to my father if I didn't take the medications.

12. At Yolo, I take medication for depression, anxiety, and for sleep. The medication makes me feel sleepy and I sleep all day.

13. I want to leave Yolo and live with my father. I know that he will take care of me and I will feel much better.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of June, 2018, at Woodland, CA.

## CERTIFICATE OF TRANSLATION

My name is Daniela Lopez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 18, 2018                    _Daniela Lopez_
                                         Daniela Lopez