# Exhibit 17

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 17
Page 223

Shiloh Treatment Center, Inc.
Admission Packet

Office of Refugee Resettlement

DOB ▓▓▓▓-00

## Medication Information and Reconciliation

▓▓▓▓ all medication the client is currently prescribed.

Client Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Date of Completion: 9-7-17

Form Completed By: Sheri Pitts

Source of Medication Information: Check All That Apply
- [x] Pharmacy Label
- [ ] Parent or Client
- [ ] Physician Prescription
- [x] Discharge Summary/Records From Transferring Facility  Facility: _____
- [ ] Other: _____

### Medication at Admission / For Use by Clinic Staff

| Name of Medication | Dose | Frequency | Route | Prescriber | Date Prescribed | Target Symptoms | Last Dose Date | Last Dose Time | Quantity Provided at Admit | Quantity Received at Admit | Order on Admit | Change on Admit | Discontinue on Admit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fluoxetine | 20mg | ÷ Qpm | PO | PA, Petrus | 8/14/17 | depression | 9/6 | HS | 38 | 38 | Y | N | N |
| (OTC) Melatonin | 3mg | ÷ QHS | PO | | | sleep | 9/6 | HS | 486 | 486 | Y | N | N |

Parent, Guardian, or Conservator: _Isabath ▓▓▓▓ RN_      Date: 9-7-17

For Use by Clinic Staff
Review of Medication Conducted By: Sheri Pitts   Date: 9-7-17   Time: 1:00 PM
Physician Approving Medication:
- [ ] Rafael Guerrero, MD
- [ ] Victor Oderinde, MD
- [x] Javier Ruiz, MD
- [ ] Vernon Walling, MD

Change in Medication: _____

Rev. 09/10     Copy to Medical Chart and Copy Completed Form to Pharmacy     R-1

Exhibit 17
Page 224