# Exhibit 30

Exhibit 30
Page 287

1 CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
2 256 South Occidental Boulevard
Los Angeles, CA 90057
3 Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
4
*Listing continues on next page*
5
*Attorneys for Plaintiffs*
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*, | Case No. CV 2:18-CV-05741 |
| Plaintiffs, | DECLARATION OF LEECIA WELCH IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |
| v. | |
| ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*, | |
| Defendants. | |

Exhibit 30
Page 288

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
　　　　ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
　　　　mkkelley@cooley.com
　　　　jcieslak@cooley.com

I, Leecia Welch, do hereby declare as follows:

1. I am the Senior Director of Legal Advocacy and Child Welfare at the National Center for Youth Law (NCYL). I submit this declaration in support of Plaintiffs' Motion for Class Certification. I represent Plaintiffs in the above-titled action, and I submit this Declaration in support of Plaintiffs' motion for class certification. I have personal knowledge of the facts stated herein and, if called to testify, could and would testify competently thereto.

2. Founded in 1970, NCYL is a privately-funded, non-profit organization that advocates on behalf of low-income children and adolescents. NCYL regularly represents plaintiffs in complex class action lawsuits that are intended to benefit large numbers of children and adolescents. NCYL attorneys are experts in the various areas of law that affect low-income children and are among the most experienced, knowledgeable, and respected children's lawyers in the country.

3. One of NCYL's primary substantive areas of expertise is advocating for children in government custody. NCYL has worked to reform child-serving systems through litigation in various states, including California, Washington, and Utah, and at the federal level. NCYL serves as co-counsel in *Flores v. Sessions*, No. 85-4544 DMG (C.D. Cal.), a nationwide class action on behalf of children held in federal immigration custody by the United States government. In *Braam v. Washington*, 81 P.3d 851 (Wash. 2003), we represent thousands of Washington foster children and play a key role in the ongoing monitoring and enforcement of the settlement agreement in that case. In *David C. v. Leavitt*, No. 93-C-206W (D. Utah, filed Feb. 25, 1993), we successfully represented a class of foster children and children reported to be abused or neglected. Both of these lawsuits resulted in significant improvements to the child welfare systems in those states. NCYL has also spearheaded reform of child welfare systems in Arkansas (*Angela R. v. Clinton*, 999 F.2d 320 (8th Cir. 1993)) and Maryland (*L.J. v. Massinga*, 838 F.2d 118 (4th Cir. 1988), cert. denied, 488 U.S. 1018 (1989)).

4. NCYL has also played a leading role in addressing the misuse of psychotropic medications on vulnerable children in government custody. We are class counsel in *M.B. v. Corsi*, No. 17-4102 (W.D. Mo.), a class action addressing the state of Missouri's failure to properly oversee the prescription and administration of psychotropic medications to foster children. NCYL has also successfully advocated for policy reforms to reduce the misuse of psychotropic medications on children in foster care in California.

5. The team at the National Center for Youth Law working on *Lucas R. v. Azar* includes me, Neha Desai, Poonam Juneja, and Crystal Adams.

6. I have been an attorney at the National Center for Youth Law since 2004. I earned my J.D. Magna Cum Laude from Loyola University Chicago School of Law in 1996 and have spent most of my career representing children and youth in cases focused on enforcing their statutory and constitutional rights. I have been lead or co-counsel in multiple federal court class action lawsuits and other individual cases on behalf of children in need. As lead counsel representing a statewide class of children in foster care in Utah, I led the negotiation and implementation efforts of a settlement that resulted in substantial improvements to Utah's foster care system. I also worked on a lawsuit on behalf of seven foster youth in Nevada that resulted in a $2 million settlement. I am currently lead counsel in *T.R. v. Quigley*, No. 09-1677 TSV (W.D. Wash.), a federal class action case on behalf of low-income children, including foster children, in need of mental health services in the state of Washington. I am also class counsel in *M.B. v. Corsi*, No. 17-4102 (W.D. Mo.), as well as co-counsel in *Flores*. Prior to joining NCYL, I was a senior associate with the law firm of Morrison & Foerster LLP, where I spent three years focusing nearly exclusively on *Williams v. State of California*, No. 312236 (Cal. Super. Ct., filed May 17, 2000), a class action that resulted in key reforms to California's public school system. My work has been recognized by the American Bar Association, the California State Bar, and the Impact Fund.

7.      Neha Desai is a Senior Attorney and the Director of Immigration at the National Center for Youth Law.  She is a 2006 graduate of Berkeley School of Law. For the past twelve years, she has been working with and on behalf of children, including immigrant children in federal custody, as well as youth in the child welfare and juvenile justice system.  At NCYL, Ms. Desai works on the *Flores* case.  She began her legal career as a Zubrow Fellow and then a staff attorney at the Juvenile Law Center where she represented children in dependency proceedings, drafted amicus briefs to federal courts, and served as a member of the legal team litigating the infamous "Kids for Cash" scandal.  Ms. Desai has also represented individual children in federal immigration custody, including victims of child trafficking and child asylum seekers, in their petitions for individual relief.  Additionally, Ms. Desai has worked on immigration legislation including the federal Trafficking Victims Protection Reauthorization Act of 2008 and California's Trafficking Victims Protection Act of 2005.

8.      Another of my co-counsel in this case is Poonam Juneja.  Ms. Juneja is a Senior Attorney with NCYL who graduated from Yale Law School in 2009.  Ms. Juneja focuses on litigation within our office.  Cases in our office that Ms. Juneja works on currently include *M.B. v. Corsi* and *Flores*.  Ms. Juneja previously worked at Public Counsel and the Southern Poverty Law Center, where she fought to end unconstitutional and abusive conditions of confinement in juvenile detention centers and punitive, unlawful school discipline practices.  While at those firms, she served as co-counsel on a number of federal class action cases addressing the constitutional rights of young people, including *E.W. v. Lauderdale County, Mississippi*, No. 09-137 TSL (S.D. Miss.), and *A.M. v. Jackson Public Schools Board of Trustees*, No. 11-344 TSL (S.D. Miss.).  Ms. Juneja has also clerked for the Honorable Marsha S. Berzon of the Ninth Circuit Court of Appeals and the Honorable Claudia Wilken of the United States District Court for the Northern District of California.

9. Crystal Adams is a Staff Attorney at NCYL who also focuses on impact litigation on behalf of vulnerable children. Ms. Adams graduated from the University of California Irvine School of Law in 2015. Cases in our office that Ms. Adams works on include *Flores* and *Council of Parent Attorneys and Advocates, Inc.*, No. 18-1636 (D.D.C.), which addresses the U.S. Department of Education's abdication of its obligations to ensure children with disabilities get the education services they need in the most appropriate setting without regard to their race. Prior to joining NCYL, Ms. Adams worked as a trial attorney for the U.S. Department of Housing and Urban Development, where she pursued injunctions and damages under the Fair Housing Act for victims of discriminatory conduct. As a student, Ms. Adams worked on *Cruz v. California*, No. 14727139 (Alameda Super. Ct.), an educational equity lawsuit that sought to protect low-income students' access to meaningful learning time, and *Puente Arizona v. Arpaio*, No. 14-1356 (D. Ariz.), a class action aiming to end former-Maricopa County Sheriff Arpaio's unconstitutional workplace raids of businesses employing immigrant workers.

//

10. The National Center for Youth Law has the resources to adequately represent the plaintiff class. We are assisted in this matter by the considerable professional resources of our co-counsel, Carlos Holguín of the Center for Human Rights & Constitutional Law, the Immigration Law and Civil Rights Clinics of the University of California Davis School of Law, and Cooley LLP. I know, and have worked with, each of these attorneys and firms on this case, and I have previously worked with Center for Human Rights & Constitutional Law and the Immigration Law and Civil Rights Clinics of the University of California Davis School of Law. They are skilled attorneys who have the necessary practice experience with civil litigation, immigration law, and civil rights actions to deliver high-quality representation to the plaintiff class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of July 2018 in San Francisco, California.

*Leecia Welch*
Counsel for Plaintiffs