# Exhibit 31

Exhibit 31
Page 295

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., et al., | No.  2:18-cv-0571 |
| Plaintiffs, | **DECLARATION OF CARTER C. WHITE** |
| v. | |
| Alex Azar, Secretary of U.S. Department of Health and Human Services, et al., | |
| Defendants. | |

Carter C. White declares:

1.      I am one of the attorneys for the putative class of Plaintiffs in this action.

2.      I have practiced law for more than 32 years, primarily representing plaintiffs in civil rights and other cases in Texas and California. I am the Director of the King Hall Civil Rights Clinic at the University of California, Davis School of Law.

3.      I received an A.B. from Oberlin College and a J.D. from the University of Texas. I was admitted to the State Bar of Texas in 1986 (my license there is inactive) and to the California Bar in 1993. I am admitted to practice in the Supreme Court of the United States, the Ninth Circuit, and the Central, Eastern, and Northern Districts of California. I have significant trial and appellate experience in state and federal court.

1

**Exhibit 31**
**Page 296**

4.   I have significant experience in class action litigation. I am currently co-counsel in *Hedrick v. Grant*, No. 2:76-cv-0162-JAM-EFB (E.D. Cal.), a class action case on behalf of all prisoners in the Yuba County Jail. The case is similar to the *Flores* litigation in that it involves enforcement of a decades-old consent decree. See *Hedrick v. Grant*, No. 14-15866, 648 Fed. Appx. 715 (9th Cir. April 19, 2016) (affirming district court order denying motion to terminate consent decree in county jail conditions case).

5.   I was co-counsel with the Federal Defenders of Sacramento in a class action case on behalf of California life prisoners challenging certain changes in parole procedures as violative of the Ex Post Facto clause. See *Gilman v. Davis*, No. 2:05-cv-00830-LKK-GGH, 2009 WL 577767, at *6 (E.D. Cal. Mar. 4, 2009) (finding counsel, including Carter White, "are able to vigorously and competently prosecute" class action case).

6.   From 1986 to 1989, I was Director of the ACLU South Texas Project, where I litigated civil rights and immigration cases. I was co-counsel in a class action writ of habeas corpus on behalf of noncitizen material witnesses in alien smuggling cases. See *Aguilar-Ayala v. Ruiz*, 973 F.2d 411 (5th Cir. 1992) (affirming denial of EAJA attorney fees; standing order requiring deposition and release of material witnesses within 45 days attached as appendix to opinion). I was lead counsel in another class action case in Texas state court. See *Wilson v. United Farm Workers of America*, 774 S.W.2d 760 (Tex. App. – Corpus Christi 1989) (affirming mandatory temporary injunction requiring enforcement of farm worker field sanitation regulations).

7.   I am co-counsel in *Flores v. Sessions*, No. 2:85-cv-04544-DMG-AGR (C.D. Cal.). While I only recently entered a formal appearance in the case, I have been involved as *Flores* counsel in February 2016, when I first served as a monitor in a visit to the Yolo County Juvenile Detention Facility in Woodland, where several *Flores* class members continue to be housed. I have supervised law students in

2

**Exhibit 31**
**Page 297**

1   numerous interviews with class members at the Yolo and other facilities.

2   8.   The Civil Rights Clinic and the Immigration Law Clinic at UC Davis School of

3   Law are working together on the *Flores* and *Lucas R* cases. Holly S. Cooper

4   supervises students in the Immigration Law Clinic. Ms. Cooper has significant

5   experience in immigration law.

6   9.   Ms. Cooper and I, along with several students, brought an individual *Flores*

7   enforcement action on behalf of a youth who was detained in the Yolo County

8   Juvenile Detention Facility. After a hearing on our motion for preliminary

9   injunction, the government voluntarily released our client. See *Ramirez v. Burwell*,

10   No. 2:16-cv-1511-TLN-EFB, 2016 WL 5234613 (E.D. Cal. Sept. 22, 2016) (order

11   on request to seal documents).

12   I declare under penalty of perjury that the foregoing is true and correct. Executed

13   this 26th day of July, 2018 at Richmond, California.

*/S/ Carter C. White*

14   _____

15   Carter C. White

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Exhibit 31**
**Page 298**