1  CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
   Center for Human Rights & Constitutional Law
2  256 South Occidental Boulevard
   Los Angeles, CA 90057
3  Telephone: (213) 388-8693
   Email: crholguin@centerforhumanrights.org
4
   *Listing continues on next page*
5
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D. by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, | Case No. CV 2:18-CV-05741-DMG

**PROPOSED ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

Plaintiffs,

v.

ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,

Defendants.

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON CIESLAK (Cal. Bar No. 268951)
MEGAN DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
mkkelley@cooley.com
jcieslak@cooley.com
mdonohue@cooley.com

1  Pending before the Court is Plaintiffs' unopposed Application for Leave to File Under Seal Portions of Documents Submitted in Support of Class Certification Motion. Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court holds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

1. Plaintiffs are granted leave to file in the public record redacted versions of Exhibits 10-22 and 24-27 in support of their motion for class certification. Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 10-22 and 24-27. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

Dated:     October __, 2018

_____
Hon. Dolly M. Gee
United States District Judge