JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 305-7816
    Fax:   (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al.,<br>Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al.,<br>Defendants | Case No.: 2-18-CV-05741<br><br>NOTICE OF MOTION TO DISMISS, AND ALTERNATIVE MOTION TO TRANSFER<br><br>Hearing on Motion to Dismiss and Class Certification:<br>November 2, 2018<br><br>Honorable Judge Dolly Gee |

To Plaintiffs and their attorneys of record:

Please take notice that November 2, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants will and do hereby move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(3) and (b)(6), to dismiss this action for improper venue and/or as duplicative of preexisting litigation, and alternatively, to transfer this case to a proper venue.  As a hearing is already scheduled on that date to address Plaintiffs' motion for class certification, Defendants will and do hereby oppose that pending motion.

This motion is based upon the accompanying memorandum of law and all other matters of record.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on September 4, 2018.  At that time, Plaintiffs indicated that they will oppose the motion.

JOSEPH H. HUNT Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

  /s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-7816
Fax:  (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that, on September 28, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiffs' counsel of record.

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

　　/s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-7816
Fax:  (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS