JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone: (202) 305-7816
Fax:   (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al., <br> Plaintiffs, <br><br> vs. <br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al., <br> Defendants | Case No.: 2-18-CV-05741 <br><br> [PROPOSED] ORDER GRANTING MOTION TO DISMISS; [ALTERNATIVELY] GRANTING MOTION TO TRANSFER <br><br> Hearing on Motion to Dismiss and Class Certification: <br> November 2, 2018 <br><br> Honorable Judge Dolly Gee |

For the reasons explained in Defendants' Motion to Dismiss and alternatively to Transfer, and for good cause shown, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED.

It is further ORDERED that this case is DISMISSED.

*OR*

ORDERED that Defendants' Motion to Transfer to the District for the District of Columbia is GRANTED.

It is further ORDERED that this case is TRANSFERRED to the District for the District of Columbia.

SO ORDERED this _____ day of November 2018.

_____
HONORABLE DOLLY GEE
UNITED STATES DISTRICT JUDGE

Presented by:
JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

   /s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-7816
Fax:  (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that, on September 28, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiffs' counsel of record.

CHAD A READLER
Acting Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

   /s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-7816
Fax:  (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS