UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LUCAS R., *et al.*,

Plaintiffs,

v.

ALEX AZAR, Secretary of U.S. Department of Health and Human Services, *et al.*,

Defendants.

Case No.: CV 18-5741-DMG (PLAx)

**ORDER RE PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [98]**

Pending before the Court is Plaintiffs' Unopposed Application for Leave to File Under Seal Certain Documents Submitted in Support of Plaintiffs' Class Certification Motion. [Doc. # 98.] Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established. Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' Application is **GRANTED**;

2. Pursuant to Local Rule 79-5.2.2(c), Plaintiff shall e-file under seal Docket Entry No. 99-1 **within three (3) days** of the date of this Order;[1] and

3. **Within three (3) days** of the date of this Order, Plaintiffs shall refile on the public docket the redacted versions of these documents that are found in Docket Entry No. 98-1.

DATED: October 1, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Docket Entry No. 99-1 contains unredacted versions of Exhibits 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, and 27 to Plaintiffs' Motion for Class Certification. Plaintiffs identify these documents with more particularity in Docket Entry No. 97-3.