# Exhibit 10

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 10
Page 195

1   I, ██████████████████████████, declare as follows:

2

3   1.      This declaration is based on my personal knowledge.  If called to testify in this

4   case, I would testify competently about these facts.

5   2.      I was born in Honduras in 2001. My alien # is ██████████. I arrived to the

6   United States with my 31 year old sister. We were both detained by customs and I was

7   placed in Casa Norma Linda in Brownsville, Texas. I asked to stay with my sister, but

8   they did not let me. They separated me from her and I have not been able to see her since

9   I have been in custody. From Casa Norma Linda, I was transferred to the Shiloh Regional

10  Treatment Center in Manvel, Texas ("Shiloh"). I was transferred to Shiloh in September

11  2017.

12                          Witnessed Force Medication

13  3.      Here in Shiloh, I saw girl receive an injection by force. Her name is ████████

14  ████████████████. One time I saw the staff members pin her down and give her

15  an injection in her arm. After receiving the injection, she appeared sedated.

16                          Medication Compliance

17  4.      I take medication here in the facility. I take 2 pill in the morning and 3 pills at

18  night. I was told by staff members that if I take my medication, Dr. Ruiz would release

19  me and I would be placed on a foster care list. I am not eligible for foster care unless I

20  take my medication and Dr. Ruiz releases me. Dr. Ruiz is the psychiatrist who works

21  here.

22                          PREA Phone

23  5.      I do not know what a Prison Rape Elimination Act (PREA) phone is or where it is

24  located. The staff have never informed about how to access this phone or how to file a

25  complaint. They did not give me this information upon arrival.

26                  Shared Living Space with non-ROR ORR Detainees

27  6.      I am currently sharing a room with an "American girl" named ██. She is not one

28  of the girls in ORR custody. We share a room together. She has been in the room with me

                                        1
                                                            **Exhibit 10**
                                                            **Page 196**

for about a week. There is another American girl here as well. Her name is ███. She also lives in the home with me, but in a separate room. She has been in Shiloh for about a year.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 21 day of November, 2017, at Manvel, Texas.

████████████████████████

I certify that I am fluent in the Spanish and English languages and that I truthfully and accurately translated the above declaration from English to Spanish for ████████ ████████████ before she signed the declaration.

Dated: November 21 , 2017

Mayra Sandoval

Exhibit 10
Page 197

# Exhibit 11

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 11**
**Page 198**

1   I, ██████████████████████████████████, declare as follows:

2   1.      This declaration is based on my personal knowledge.  If called to testify in this

3   case, I would testify competently about these facts.

4   2.      I am 16 years old and from Honduras. I have been detained for 8 months and am

5   desperate to get out of detention.  I am currently being held in ORR custody detained at

6   the David & Margaret Center and have been here since around February 17, 2018. This is

7   a shelter facility, but I am not free to leave. Prior to this, I was detained at the Shiloh

8   Residential Treatment Center in Texas. Shiloh was a locked facility with 24-hour

9   surveillance and monitoring. I was transfered from Shiloh to David & Margaret because

10   they said I was getting better.

11   3.      My sister, ████████████████, who is 31 or 32 years old, lives in Minnesota, but

12   ORR told me I couldn't live with her. I don't fully understand why ORR won't let me

13   live with my sister, but I think it is because ORR thinks she doesn't have enough money.

14   I would prefer to live with my sister or family over foster care, and I believe even poor

15   families have the right to live together. ██████ and I lived in Honduras for 15 years, and I

16   consider her like a second mother.

17   4.      ORR is still giving me medication for depression and anxiety. I receive 3 pills a

18   day.

19   5.      I have met with a lawyer here in La Verne, California at the David & Margaret

20   Shelter, but not sure what her name is. I haven't been told by her that she is helping me

21   with my release or to secure any immigration defense. I don't remember any lawyer

22   helping me during the transfer or helping me get released. I would very much like for a

23   lawyer to help me get released to my sister and to help me if ORR wants to send me back

24   to Shiloh or some other place that is not a shelter.

25   I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

26   _11_ day of _May_ , 2018, at La Verne, California.

27

28   ████████████████████████

Exhibit 11
Page 199

1
2
3
4
5                                    CERTIFICATE OF TRANSLATION
6    My name is _____Holly Cooper_____ and I swear that I am proficient in both the English
7    and Spanish languages and I translated the foregoing declaration from English to Spanish
8    to the best of my abilities.
9
10   Dated: May 11, 2018
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit 11
Page 200

# Exhibit 12

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 12
Page 201**

1   I, ██████████████████████ , declare as follows:

2

3   1.      This supplemental declaration is based on my personal knowledge. If called to

4   testify in this case, I would testify competently about these facts.

5

6   Transfer to Yolo

7   2.      Like I said in my first declaration, I think I was transferred to Yolo because Shiloh

8   staff members assaulted me and they didn't want to have me at Shiloh any longer. I

9   didn't do anything wrong to be moved to a more secure facility.

10  3.      I did not receive anything in writing about why I was being transferred and no one

11  told me that I could appeal the transfer decision.

12  4.      Yolo is a horrible, horrible place. We are only allowed outside our cells for short

13  periods of time. It feels like torture to be constantly trapped inside four walls.

14  5.      Being detained for such a long time has made me feel really bad. I never used to

15  have such problems with depression or anxiety, but since I have been detained I have

16  become much more frustrated. Being detained at Yolo makes me feel like I am going

17  crazy. I am always alone with my thoughts and bad memories of things that have

18  happened to me run through my head all day. I don't know how I can improve my mental

19  health if I am kept in a cage.

20  6.      One time, a Yolo staff member pepper sprayed me and the spray got into my eyes

21  and ears. My eyes felt like they were on fire. When I tried to wash out my eyes with

22  water from the sink in my cell, the staff cut off the water supply to my sink. I had to use

23  water from the toilet to wash out my eyes. I also lost hearing in my ears for four days.

24  7.      I have seen other children be pepper sprayed multiple times by staff. Sometimes if

25  a kid stands up too quickly, staff assume that they are getting up to hit someone, and staff

26  immediately pepper spray the kid.

27

28

1

**Exhibit 12**
**Page 202**

Sponsorship Process

8.      I don't understand why I haven't been reunified with my father, ███████. I miss
him and want to live with him so much. I feel safe with him and know that he would be a
good sponsor for me. He will make sure that I go to school and have everything that I
need. I know that he has worked hard to do everything the government has asked of him
in order for me to be released to his care.

9.      When I was at Shiloh, the staff told me that I needed a recommendation from a
doctor before I could be released. At Yolo, my case manager recently told me that they
are trying to get me transferred to a staff-secure facility.  No one has talked to me about
when I can be released to my father.

10.     My father and I speak on the phone frequently. I like talking to my father on the
phone. I know that being released to my father will help to improve my mental health.

Medications

11.     When I was detained at Shiloh, I was put on multiple medications. The
medications that I took made me itchy, nauseous, and dizzy. I didn't want to take the
medications, but the staff told me that I had to take them. The staff told me that I couldn't
be released to my father if I didn't take the medications.

12.     At Yolo, I take medication for depression, anxiety, and for sleep. The medication
makes me feel sleepy and I sleep all day.

13.     I want to leave Yolo and live with my father. I know that he will take care of me
and I will feel much better.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
18th day of June, 2018, at Woodland, CA.

███████████████████████████████████████████

Exhibit 12
Page 203

1

CERTIFICATE OF TRANSLATION

2   My name is Daniela Lopez and I swear that I am fluent in both the English and Spanish

3   languages and I translated the foregoing declaration from English to Spanish to the best

4   of my abilities.

5

6   Dated: June 18, 2018

7                                         Daniela Lopez

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Exhibit 12
Page 204

# Exhibit 13

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 13
Page 205

1   I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

2

3   1.      This declaration is based on my personal knowledge.  If called to testify in this

4   case, I would testify competently about these facts.

5   2.      I am the father of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, who is currently detained at

6   Yolo County Detention Center.

7   3.      I am currently living in an apartment in San Jose, California with my brother,

8   ▮▮▮▮▮▮▮▮▮▮.  There is enough room for ▮▮▮▮ to live comfortably in the apartment

9   with us.

10  4.      I work as a construction worker for a general contracting company.

11  5.      I have never been arrested or charged with a crime in the United States or any

12  other country. I have lived in the United States since 2002, and I am from Mexico.

13  6.      I want to be ▮▮▮▮▮ sponsor because he is my son and I want to care for him.

14  ▮▮▮▮ and I have a close relationship. When he lived in Mexico, I talked to him on the

15  phone often. I always sent money back to Mexico to help support him financially. I think

16  I would be a good sponsor for ▮▮▮▮ because I want to take care of him and can do so.

17  7.      I started the ORR sponsorship application process almost a year ago, when ▮▮▮▮

18  was first detained in San Diego. I don't remember exactly when I submitted all the

19  required documents, but I think it was about seven months ago, in October 2017.  I sent

20  in copies of my birth certificate, identification card, and lots of forms. I also had my

21  fingerprints taken. My brother ▮▮▮▮▮▮▮ also had his fingerprints taken and

22  submitted his birth certificate, identification card, and forms.

23  8.      ▮▮▮▮ case workers at Shiloh told me that my neighbor, ▮▮▮▮▮▮▮, had to

24  submit documentation as well. ▮▮▮▮ rents the apartment across the hallway and has been

25  a close friend of my brother and I for about twenty years. ORR asked me to provide

26  information on anyone that could take care of ▮▮▮▮, so ▮▮▮▮ had to send in his

27  information. ▮▮▮▮ also had his fingerprints taken and submitted his birth certificate,

28

1

**Exhibit 13**
**Page 206**

1 identification card, and forms. He submitted all of his documentation at the same time

2 that my brother and I submitted our documentation – in October 2017.

3 9.     In December 2017, a home investigator came to my apartment to conduct a home

4 study. The investigator asked me a lot of questions and had me fill out a lot of paperwork.

5 The investigator looked through the entire apartment and took photos of everything. It

6 seemed like the home study went really well. The investigator told me to look up a school

7 in the area for ▮▮▮ to attend, and said that ▮▮▮ would probably be released in the

8 first few weeks of January to come and live with me.

9 10.    I didn't hear anything from ORR or ▮▮▮ case workers at Shiloh for all of

10 January and February 2018. Then, in March 2018, ▮▮▮ case worker called and told

11 me that ▮▮▮ got upset and struck a wall. She said that ▮▮▮ was under observation

12 and that the doctors wouldn't let him be released.

13 11.    When ▮▮▮ was detained at Shiloh, I was only allowed to talk to ▮▮▮ on the

14 phone twice a week for 15 minutes each time. When I talked to ▮▮▮ on the phone, he

15 sounded very sad.

16 12.    ▮▮▮ was transferred to Yolo in April 2018. His case worker told me that ▮▮▮

17 was being transferred because he needed more specialized services, but they did not give

18 me any more information.

19 13.    In early May 2018, ▮▮▮ case worker at Yolo told me that they needed proof of

20 school enrollment and the name of a psychiatric clinic for him to be released. I have not

21 been able to get proof of school enrollment because the local school says that ▮▮▮

22 needs to be physically present to be able to enroll in school. I have not yet been able to

23 find a psychiatric clinic that will allow me to make an appointment, but I am working

24 hard to try and make him an appointment. ▮▮▮ case worker told me to keep making

25 psychiatric appointments and then cancel them if ▮▮▮ is not released in time to attend

26 the appointment.

27 14.    On May 25, 2018, ▮▮▮ case worker requested that myself, my brother ▮▮▮

28 ▮▮▮ and ▮▮▮ submit our fingerprints again. The case worker has not yet

---

2

**Exhibit 13**
**Page 207**

sent me the official request for fingerprints. The case worker told me that the fingerprints expire every six months, so we all have to submit them a second time. It costs $25.00 per person to submit fingerprints.

15.    I have completed all of the reunification requirements that ORR has requested of me. ORR has never officially told me that they are looking at other sponsors for ⬛ or that my application has been rejected. I have been trying to reunify with him for about one year.

16.    I believe that I would be the best sponsor for ⬛. ⬛ does not have any other family members in the United States that could be his sponsor.

17.    ⬛ did not take any medications when he lived in Mexico, and he did not have any mental health problems.  He has only started having problems with depression and anxiety since he has been detained by ORR.

18.    ⬛ was placed on medication at Shiloh and is still taking medication at Yolo.

19.    I never signed anything giving my permission for ⬛ to be given medication.

20.    No one at Shiloh or Yolo has ever spoken to me about the risk of the medications that ⬛ is taking.

21.    I do not know if ORR, Shiloh staff, or Yolo staff went to a judge to get permission to give ⬛ medication.

22.    I just want my son to come and live with me. I think that if he is able to live with me, his mental health will improve and he will feel much better. ⬛ is desperate to get out of detention and to come and live with me. Whenever I talk to him on the phone I am able to help him calm down and overcome his feelings of anxiety.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 29ᵗʰ day of May, 2018, at Oakland, California.

⬛

**Exhibit 13
Page 208**

1

2

## CERTIFICATE OF TRANSLATION

3  My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish

4  languages and I translated the foregoing declaration from English to Spanish to the best

5  of my abilities.

6

7  Dated: May 29, 2018

8                                                   Itzel Almazan

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 14

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 14**
**Page 210**

I, ████████████████████████████, declare as follows:

1.    This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about these facts.

2.    I came to the USA fleeing sexual violence and child abuse. In El Salvador, I suffered a lot and was in and out of shelters throughout my childhood. I experienced some very horrible violence at a young age, and I haven't really told my story until now. I was gang raped when I was 15 years old. The rapists told me not to tell anyone or they would kill me. My biological dad is deceased, and my mom was involved with a man who was abusive to me, and I did not feel safe at home. My older sister is paralyzed –she suffered horrible abuse and can no longer speak or walk. I also have two little brothers. I decided to leave my country for safety and opportunity in the United States.

3.    I am 16 years old.  I am currently being held in ORR custody detained at the Shiloh Residential Treatment Center. I arrived here on September 7, 2017. Shiloh is a locked facility with 24-hour surveillance and monitoring. The children are detained here and no one is free to leave.

4.    I was taken into immigration custody in Texas about eleven months ago in January 2017. I was first detained at Southwest Key, a shelter, but then I became increasingly stressed, because I felt like I was going to be detained forever. I just want to live in Oakland, California with my grandpa—I don't want to be detained. My grandfather is in the beginning of process of sponsoring me.

5.    One time a staff member began yelling at me at Southwest Keys and I broke a mirror. The staff accused me of trying to hurt myself and sent me to a psychiatric hospital.  Then a psychologist recommended that I come here to Shiloh because there is more one-on-one attention here.

6.    I don't remember ever being told or reading that I could appeal or challenge the government's decision to put me into this treatment facility, or that I could go to court about it.

Exhibit 14
Page 211

7.     I have never had a thirty-day review to review my custody classification since I have been here.  No one has formally sat down with me and reviewed whether I should be stepped down to a lower level of security or told me how I'm doing here or what I have to do in order to step down.

8.     I have had about three court hearings. My attorney is Paola, I think I met with her recently but I don't remember.

9.     At Shiloh, I am given three pills every day. In the morning I take one pill, I don't know what it is. In the evening, I take Prozac and Melatonin.  The staff checks our mouths to make sure that we have taken our medicine.  I don't think that my family was asked before giving me medicine. My understanding is that the government makes those decisions.

10.     I think I would get a "report" if I didn't take my medicine.  Getting a report impacts your privileges and delays when you can get released.

11.     The staff hold down and inject youth who aren't able to calm down.

12.     I am only allowed two 15-minute calls per week. The calls have no privacy. Sometimes I talk to my mother and sometimes I talk to my grandfather.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this first day of December 2017, at Manvel, Texas.

1
2
3
CERTIFICATE OF TRANSLATION
4
My name is Karina Marquez and I swear that I am fluent in both the English and Spanish
5
languages and I translated the foregoing declaration from English to Spanish to the best
6
of my abilities.
7
8
Dated: December 1, 2017
9
Karina Marquez
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Exhibit 14
Page 213

# Exhibit 15

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 15
Page 214

I, ████████████████, declare as follows:

1.     This declaration is based on my personal knowledge.  I execute this declaration to update the declaration made in February 2018.  If called to testify in this case, I would testify competently about these facts.

2.     I am 17 years old.  I am currently detained at St. Michael's Home for Children in Houston, Texas.  I have been detained in ORR facilities for approximately one and a half years.  I am miserable and am so tired of being detained.  I just want to live with my family.

3.     Before arriving at St. Michael's, I was detained at Shiloh Residential Treatment Center in Manvel, Texas.  I was transferred from Shiloh to St. Michael's on April 26, 2018.  The staff at Shiloh told me that I didn't need to be at Shiloh anymore.  The doctor at Shiloh approved me to leave.  When I left Shiloh, I didn't know where I was being taken.  The staff just told me that I was being taken somewhere else.

4.     The Shiloh staff told me that I did not qualify to live in long-term foster care.  Now that I am at St. Michael's, the staff tell me that I can't live in long-term foster care because I aged out.

5.     Since being at St. Michael's, I have asked to meet with attorneys, but the staff says that no one is here to help me.  I haven't met with any attorneys since I arrived here.  I liked the attorney I worked with when I was at Shiloh.  Now that I've been transferred, I don't know what's going on with my case.  I have to try and investigate and research on my own.

6.     I still have to take medication here.  At night, I take one Prozac pill, and in the morning, I take one pill that is supposed to help me focus.  The pills don't help me.  I take the pills because I know I have to take them, not because I want to take them.  I don't want to take the medications.  I don't need to take them; I need to leave detention.  The staff wants me to meet with a psychiatrist, and I don't want to go.  I feel fine; I don't need to meet with a psychiatrist.  I'm ready to leave.

7.      I desperately want to live with my grandfather. I love him, and I know that he would take care of me. I'm very sad because he and I recently learned that his sponsorship application was denied because he had a negative home study. The official who completed the home study did not take into account everything that my grandfather did to prepare. He bought me a new bed to show that I'd have my own nice place to sleep. The official who completed the home study made many wrong assumptions about my grandfather. The official concluded that my grandfather did not have enough dishes and food in his kitchen and therefore he couldn't afford to take care of me. My grandfather explained that he works all the time and buys food at work, so he doesn't need to buy a lot of dishes and food to keep at home. When the official asked my grandfather whether he would make sure that I went to school, the official was bothered that my grandfather responded that I was old enough to know to go to school. Of course, my grandfather cares about education and would make sure that I went to school, but the official twisted his words and held his statements against him. The official seemed worried about how much money my grandfather makes, but he makes enough money to support me. During the eight months that I was at Shiloh, he sent me money regularly, a total of about $800-$900. He can clearly support me financially and take care of me. He is in good health and he loves me. He has done everything the government asked of him. I know I would feel cared for if I lived with him.

8.      Now that my grandfather has been denied, I think my case worker is trying to work with my cousin to serve as my sponsor. He is about 21 or 22 years old and lives with another one of our cousins and that cousin's wife. I think that the government may decide that it would be ok for me to live with my cousin because the wife lives with them, so I wouldn't be the only woman in the home. I'd rather live with my grandfather because we're really close and I would be happier with him. I'm so sad because I don't think I'll be able to live with him. My hope is that I can leave detention and live with family. I know that my grandfather will continue to support me financially no matter where I live.

Exhibit 15
Page 216

9.     Here at the shelter, I can't cry because the staff ask me why I'm crying.  And if I laugh loud, they tell me to shut up.  The staff yell at us all the time.  The staff don't really care about us; they live totally different lives from us.  They work here for a few hours a day, and then they get to go outside and live their lives.  We just stay here locked up.  We don't have any privacy.  We can't be in our bedrooms for more than five minutes.  We only have five minutes in the morning to get dressed and ready for the day.  We can't chew gum.  We have to wear ugly clothes, and when we walk outside, I feel like people stare at me and think that I'm someone who's done bad things.

10.     I can't stand being locked up any more.  I feel so helpless and desperate.  I don't know what to do.  I want to be released so badly.  I want to live with my family.  I know I will be so happy when I am finally free.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 8th day of June, 2018, at ___Houston___, Texas.

CERTIFICATE OF TRANSLATION

I, ___Karina Marquez___, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to _____ in its entirety in Spanish on ___June 8, 2018___.

Karina Marquez

# Exhibit 16

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 16
Page 219

I, ██████████████████████, declare as follows:

1.    This declaration is based on my personal knowledge. I execute this declaration to update the declaration made June 8, 2018. If called to testify in this case, I would testify competently about these facts.

2.    I am 17 years old. I am currently detained at St. Michael's Home for Children in Houston, Texas.

3.    Since Flores counsel visited me on June 8, 2018, I have asked the staff at St. Michael's several times to facilitate phone calls with Flores counsel. The staff have refused to let me make calls to Flores counsel. Every time I have asked the staff to facilitate a call to Flores counsel, they have told me that they first needed to contact Flores counsel to arrange the call, but I don't think they ever contacted Flores counsel. I think the staff didn't want me to call Flores counsel, so they lied to me about why I couldn't make the calls.

4.    When Flores counsel has called to speak with me on the phone, I have not been allowed to speak with Flores counsel privately. My case manager sat in the same room as me when I spoke to Flores counsel over the phone in June. She wore headphones, but I think she was able to hear my conversation with counsel. None of my phone calls are private; they are always monitored. I hate that there is no privacy here. I don't feel like I can talk about how I really feel when the staff are listening.

5.    I have not seen a psychiatrist since I left Shiloh in April. I am supposed to have an appointment, but not until some time in August. However, I am still being given medication, including Prozac and Adderall. I was told that the Adderall would help me lose weight, but I have not lost weight, and I don't feel like any of the medication is helping me feel better. I do not want to take the medications, but I was told that if I don't take them, I will be disciplined and the staff will further restrict the little freedom I have at St. Michael's.

6.    My case manager has told me multiple times that I will not leave St. Michael's until I am 18 years old.

7.    I have to get out of this place. The staff are so mean; they tease me and try to embarrass me. They monitor me very closely all the time. I don't have any privacy.

Exhibit 16
Page 220

8.      I desperately want to live with my grandfather.  I know I will be so happy when I
am finally free.

I declare under penalty of perjury that the foregoing is true and correct.  Executed
on this 12ᵗʰ day of July , 2018, at ___Houston___ , Texas.

Exhibit 16
Page 221

## CERTIFICATE OF TRANSLATION

I, _KARINA MARQUEZ_ , hereby certify that I am proficient in both
Spanish and English, and that I accurately translated the foregoing statement and read it
back to ███████████ in its entirety in Spanish on _July 12, 2018_ .

_____
Karina Marquez

**Exhibit 16**
**Page 222**

# Exhibit 17

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 17**
**Page 223**

DOB ███ -00

Shiloh Treatment Center, Inc.
Admission Packet

Office of Refugee Resettlement

## Medication Information and Reconciliation

all medication the client is currently prescribed.

███████████████   9-7-17   _Sheri Pitts_

Client Name                    Date of Completion          Form Completed By

Source of Medication Information:    ☒Pharmacy Label        ☐Parent or Client        ☐Physician Prescription
*Check All That Apply*               ☒Discharge Summary/Records From Transferring Facility   Facility: _____
                                     ☐Other: _____

| Medication at Admission | | | | | | | | | | For Use by Clinic Staff | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Name of Medication | Dose | Frequency | Route | Prescriber | Date Prescribed | Target Symptoms | Last Dose | | Quantity Provided at Admit | Quantity Received at Admit | Order on Admit | Change on Admit | Discontinue on Admit |
| | | | | | | | Date | Time | | | | | |
| Fluoxetine | 20mg | ÷ Qpm | PO | PA, Petrus | 8/14/17 | depression | 9/6 | HS | 38 | 38 | Y | N | N |
| (OTC) Melatonin | 3mg | ÷ QHS | PO | | | sleep | 9/6 | HS | 486 | 486 | Y | N | N |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

_Isabelle Deeter_ RN                              9-7-17
Parent, Guardian, or Conservator                   Date

**For Use by Clinic Staff**
Review of Medication Conducted By: _Sheri Pitts_ Date: 9-7-17 Time: 1:00 PM
Physician Approving Medication:  ☐Rafael Guerrero, MD  ☐Victor Oderinde, MD  ☑Javier Ruiz, MD  ☐Vernon Walling, MD
Change in Medication: _____

Rev. 09/10              *Copy to Medical Chart and Copy Completed Form to Pharmacy*              R-1

**Exhibit 17**
**Page 224**

# Exhibit 18

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 18
Page 225**

1    I, ██████████████████████, declare as follows:

2

3    1.     This declaration is based on my personal knowledge.  If called to testify in this

4    case, I would testify competently about these facts.

5    2.     I am the grandfather of ████████████████████, who is currently

6    detained at Shiloh Residential Treatment Center.

7    3.     I am currently living in a duplex apartment in Oakland, California. I live in the

8    apartment by myself and have two bedrooms. I work every day as a food vendor.

9    4.     I want to be ██████████ sponsor because she is my granddaughter and I am her

10   grandfather. We have a very close relationship. I spent a lot of time with ██████████ when

11   we both lived in El Salvador. I came to the United States when she was five years old,

12   and have helped to financially support ██████████ and her mother ever since. I think I

13   would be a good sponsor for ██████████ because I want to take care of her and am able to

14   do so.

15   5.     I have talked with ██████████ mom about applying to be ██████████ sponsor. She

16   is very supportive of me being ██████████ sponsor because I am her grandfather and

17   would take good care of her.

18   6.     I talk to ██████████ on the phone for 15 minutes every Friday. I tell her that I hope I

19   will see her soon, that she should behave herself, and not to despair or get upset. She is

20   always happy to talk to me on the phone. Because Texas is very far away from

21   California, I have not been able to go and visit ██████████ in person. However, sometimes

22   ██████████ social worker helps to set up video calls so that I can see ██████████ when we

23   talk.

24   7.     I have never been arrested or charged with a crime in the United States. I have

25   lived here since 2004. When I lived in El Salvador, I was wrongfully arrested by the

26   police and spent two years in jail. I had gone to a house with some friends without

27   knowing that there was a person inside the house who was being held hostage. While we

28   were inside, the police surrounded the house and arrested everyone inside.  Even though I

1    explained that I had just gotten there and had nothing to do with the kidnapping, the

2    police still arrested me. I waited in jail while my lawyer gathered evidence to support my

3    release. After two years, I appeared in front of a judge and he let me go. I was never

4    convicted of any crime. My lawyer obtained a "carta de libertad" and I was released.

5    8.       I don't remember exactly when I initially applied to be ████████ sponsor. In the

6    fall of 2017 I tried to submit my fingerprints. However, ORR told me that I needed to

7    submit documentation (the "carta de libertad") from El Salvador that explained my time

8    in prison. I requested the documentation from El Salvador, and it arrived one month and

9    eight days later. I immediately submitted it to ORR, and ORR told me to go and get my

10   fingerprints taken again. I submitted my second set of fingerprints in January 2018. After

11   I submitted my second set of fingerprints, ORR sent me a lot of information and

12   scheduled a home study visit.

13   9.       In February 2018, a home investigator came to my house to conduct a home study.

14   She asked me a lot of questions and had me fill out a lot of paperwork. I don't think that

15   the home study went very well, mainly because the home investigator asked me a lot of

16   detailed questions about finances that I wasn't sure how to answer. I got the impression

17   that the home investigator didn't think I made enough money to be able to support

18   ████████ and myself. I know I don't make a lot of money, but I make enough to take

19   care of ████████. She is my granddaughter, and everything I have I will give to her.

20   10.      The home investigator also asked if I would make ████████ go to school. I support

21   ████████ going to school and getting an education. If she comes to live with me I will

22   take her to school and I will bring her home from school. I will help her with what she

23   needs.

24   11.      When I asked the home investigator what was going to happen after the home

25   study, she said that I was required to complete an orientation before ████████ could be

26   released. The home investigator didn't give me any information about how to complete

27   the orientation. I contacted ORR to ask for orientation information and completed the

28

**Exhibit 18
Page 227**

1   orientation last month. I have not heard anything from ORR since then. I have never

2   received the results of the home study.

3   12.    When I reached out to ▮▮▮▮▮ social worker at Shiloh, she told me that ORR

4   threw out my application and that they are going to transfer ▮▮▮▮▮ somewhere else.

5   ORR has never officially told me that they are looking at other sponsors or that my

6   application has been rejected.

7   13.    I believe that I would be the best sponsor for ▮▮▮▮▮▮▮ has uncles and

8   aunts from her father's side of the family who live in Los Angeles. ▮▮▮▮▮ father

9   died when she was very young. These uncles and aunts have not spoken with ▮▮▮▮▮

10  since her father died and do not want to take care of her. I do not think that they would be

11  good sponsors for ▮▮▮▮▮.

12  14.    ▮▮▮▮▮ did not take any medications when she lived in El Salvador, and she did

13  not have any mental health problems. Before the home investigator came to do the home

14  study, ▮▮▮▮▮ social worker texted me to ask if I could afford to buy certain

15  medications if ▮▮▮▮▮ was released to my care. She said that it would be my

16  responsibility to buy them for her and make sure that she took them. The medications

17  were "Adderall, 20 mg" and "Prozac, 20 mg." ▮▮▮▮▮ counselor told me that

18  ▮▮▮▮▮ has to take the medications, otherwise she gets agitated.

19  15.    Up until last week (March 9, 2018), I had never heard ▮▮▮▮▮ get agitated during

20  any of our weekly phone conversations. I think that being locked up for several months

21  has made her be more anxious and upset. The last time that we talked, she told me that

22  she was starting to feel desperate. I told her not to lose hope and that we are just waiting

23  to see what the government says about me.

24  16.    I have not been contacted by ORR to give permission for ▮▮▮▮▮ to be given

25  medication.

26

27

28

**Exhibit 18
Page 228**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 15th day of March, 2018, at Oakland, California.

**Exhibit 18**
**Page 229**

CERTIFICATE OF TRANSLATION

My name is Rebecca Gudeman and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: March 15th 2018

Rebecca Gudeman

Exhibit 18
Page 230

# Exhibit 19

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 19**
**Page 231**

1    I, ███████████████████, declare as follows:

2

3    1.    This supplemental declaration is based on my personal knowledge. If called to

4    testify in this case, I would testify competently about these facts.

5    2.    I am the grandfather of ██████████████████, who is currently

6    detained by ORR. I want to be ██████ sponsor and take care of her.

7    3.    I started the ORR sponsorship process over eight months ago. I have tried my best

8    to stay in close contact with ████████ case workers to make sure that I complete all of

9    the sponsor requirements quickly and correctly.

10   4.    After submitting all of the required documentation and my fingerprints in fall

11   2017, I completed the ORR home study and the sponsor orientation in February 2018. I

12   never received the results of the home study. Since February, ORR has not contacted me

13   for any additional documents or information for the sponsorship application.

14   5.    ████████ was transferred from Shiloh Residential Center to a new detention center

15   in May 2018. I don't know the name of the new detention center. Her caseworker at

16   Shiloh told me that they needed to transfer her to a new place so that she could receive

17   different services, but they did not tell me what kind of services they meant. I don't know

18   if they told ████████ why she was going to be transferred.

19   6.    Since ████████ has been detained at the new detention center, I have spoken with

20   her once a week on the phone. She sounds very distressed, very desperate when I talk to

21   her. She is very scared that she will be deported and worries a lot about whether she will

22   be released to me.

23   7.    In May 2018, I was contacted by ████████ case worker at the new detention

24   center and told that ████████ would not be released to my care. The case worker said that

25   I had three errors on my sponsorship application. First, that I had not provided the "carta

26   de libertad." I don't understand this because I submitted my "carta de libertad" to ORR in

27   the fall of 2017. The second error was that my roommate was afraid to sign the ORR

28   paperwork. The third error was that they thought I would not support ████████

1

Exhibit 19
Page 232

education. I don't understand why they think this because I think education is extremely
important and would of course encourage and support ███████ going to school. I wish
that I had been able to go to school for longer. I told all of this to the home study worker.

8.     The case worker at ███████ new detention center told me that they were going
to start looking for new sponsors for ███████ The case worker said that ███████ has a
second cousin who wants to sponsor her, but I have never met this cousin and I don't
know who he is or why he wants to sponsor ███████. I know that ███████ would
prefer to live with me and not her second cousin. ███████ and I have a closer
relationship and I know that she trusts me.

9.     I have never given written permission for ███████ to be given medication. To my
knowledge, ███████ mother has never given written permission for ███████ to be
given medication.

10.     No one at Shiloh or the new detention center has ever spoken to me or ███████
mother about the risk of the medication that ███████ is taking. The case worker at
Shiloh just told me that ███████ had to take medication, but didn't say anything else.
The Shiloh case worker didn't tell me what the medications were for.

11.     I do not know if ORR, Shiloh staff, or the new detention center staff went to a
judge to get permission to give ███████ medication.

12.     I desperately want my granddaughter to be released and to come and live with me.
I have supported her all her life and know that I can give her the mental and emotional
support that she needs. I think that if she is able to live with me, her mental health will
improve and she will feel much better. I love her very much.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
7th day of June, 2018, at Oakland, California.

CERTIFICATE OF TRANSLATION

My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 7 2018

Itzel Almazan

# Exhibit 20

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 20
Page 235

I, ███████████████████████████, declare as follows:

1.      This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2.      I am 13 years old. I came to the United States a few months ago.

3.      I fled from Honduras with my six-year-old sister and ten-year-old aunt.  My mother was murdered by my stepfather when I was seven years old.  I went to live with my grandmother, but my life was very difficult, and I feared I would be killed if I stayed in Honduras.  My sister, aunt and I traveled together from Honduras and turned ourselves in at the border.

4.      After that, my sister, aunt, and I were sent to a shelter in Texas. Then we were all transferred to a shelter in New York.

5.      I did not want to talk to the people at the shelter in New York. I wanted them to leave me alone, so about a week after we arrived at the shelter I made up a story that I had hurt people in Honduras. I never hurt anyone in Honduras, I just wanted the shelter staff to stop talking to me. The staff made me feel very nervous.

6.      Soon after, I was transferred to Yolo. I was woken up at 4:00 in the morning and put on a plane. The staff did not tell me where I was going. The staff put very heavy shackles on my feet and they really hurt. They kept the shackles on for the whole plane ride, which was six hours long.

7.      When I was sent to Yolo, I did not have a chance to tell my sister and aunt good bye. This made me very sad. I was worried that they thought I had abandoned them.

8.      I did not receive anything in writing about why I was being transferred and no one told me that I could appeal the transfer decision.

9.      Yolo was a terrible place. The doors were always locked, and it was really scary. All the other kids were much older than me, and there were some that picked on me and hit me. I told the staff that other kids were hurting me but the staff said that they didn't

believe me. I saw other kids get pepper sprayed and hit by the staff. I was only allowed outside my room for short periods of time. I missed my sister and aunt a lot.

10.    After I was detained for about a month at Yolo, I was told that I was going to be going back to New York. My case worker told me that I was too young to be at Yolo.

11.    Now I am at Children's Village. I don't like it here. They put us in detention in our rooms. I have spent fifteen days stuck in my room and haven't been outside. I have only left my room to get food and go to class and then I go back upstairs to my room.

Sponsorship Process

12.    I have an aunt in DC who wants to be my sponsor. She has completed all of the paperwork for the sponsorship application. She started the paperwork the first time that I was in New York, before I went to Yolo. She has also submitted her fingerprints. She completed a home study in late May and she says that it went well. I know that she will do whatever she needs to do to be my sponsor. She was just approved to be my sister and aunt's sponsor, and my sister and aunt were just released to live with her.

13.    I want my aunt to be my sponsor. I feel safe with my aunt and think that she would be a good sponsor for me. If I got to live with her I would get to go to school. I really like going to school, and my favorite subjects are Science and English. I want to go to school to get an education and to have a better future. I take my classes very seriously. When I grow up I want to be a lawyer and help people.

14.    I speak with my aunt on Saturdays and Mondays, and we talk for ten minutes each time.

Counsel

15.    I have never received a list of free lawyers that I could call for help.

16.    I do not currently have legal representation for my immigration case, but I would like a lawyer to help me.

Exhibit 20
Page 237

17.     I miss my sister and my aunt. I haven't been able to talk to them since we were

separated. I think about them all the time and worry about whether they are okay and if

they are safe. I hope they know that I love them very much.

18.     I want to leave Children's Village and live with my aunt in D.C. with my sister

and aunt.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

11th day of June, 2018, at Dobbs Ferry, New York.

Exhibit 20
Page 238

CERTIFICATE OF TRANSLATION

My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 11, 2018

Itzel Almazan

**Exhibit 20**
**Page 239**

# Exhibit 21

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Exhibit 21
Page 240

I, ████████████████ , declare as follows:

1.      This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2.      I am 12 years old. In February 2018, I came to the United States from Guatemala by myself.

3.      When I got to the border, I was taken to a shelter in Arizona, where I was detained for three months.

4.      At the shelter, I took one pill in the morning and two pills at night. I think they were supposed to help with anxiety and sleeping. The doctor said I had to take the pill in the morning so I wouldn't be so emotional. I told the staff that I didn't want to take the medication, but they told me that I had to, that the medication was important for me. I refused to take the medication two or three times, and I think it probably hurt my case.

5.      I was unhappy at the shelter. My case was getting complicated, and I was upset. I didn't want to be detained. I told a staff member that I was thinking of hurting myself, and the staff member told his supervisor. They sent me to a hospital. The staff at the hospital told me that I was going to be taken to a new detention center in Texas. I told my case worker that I didn't want to leave, but my case worker said that someone else had already approved the transfer and I had to go. The day of the transfer, I was woken up at 1:00am and brought to Shiloh.

6.      At Shiloh, I take two pills: one in the morning and one a night. I think one is supposed to help with anxiety and the other is supposed to help me sleep. As far as I know, the staff never asked my family for permission to give me the medication. If I didn't have to take the medication in order to be released, I wouldn't. I don't feel like I need the medication.

7.      I liked the shelter better than Shiloh. There were more activities at the shelter. We were allowed to go in and out to the patio, and we took classes to learn how to speak English. I had more freedom at the shelter.

8.      I want to live with my brother. He lives in California and applied to be my sponsor when I was at the shelter. We speak to each over the phone once or twice a week. He moved to a new place so that he could qualify to be my sponsor. My case manager says that my brother has sent all the paperwork that he has been asked to. About two or three weeks ago, the staff told me that I have to be at Shiloh for about two or three more months before I can be transferred to a different detention center or be released to live with my brother. The staff say my release depends on my behavior and the medications I'm taking. They tell me that I need to take the medication when I'm asked to. I don't know why my release depends on my behavior – I don't misbehave or get in trouble.

9.      Before my brother applied to be my sponsor, my sister applied. She lives in California and received a negative home study. I'm not exactly sure why the home study was negative. I think it might be because when the government official came to conduct the home study, my sister had visitors at her house, and the official thought that they were living with my sister. For this reason, I think my sister was denied the ability to be my sponsor.

10.     I don't want to be at Shiloh anymore. If I could leave Shiloh tomorrow to live with my brother, I would.


I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of June, 2018, at _____Manvel_____, Texas.

1

CERTIFICATE OF TRANSLATION

2

3          I, _____Karina Marquez_____, hereby certify that I am proficient in both

4     Spanish and English, and that I accurately translated the foregoing statement and read it

5     back to ███████████ in its entirety in Spanish on _June 8, 2018_ .

6

7

8                                              Karina Marquez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 22

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 22
Page 244**

DECLARACIÓN DE ██████████████

Yo, ████████████████, declaro y digo lo siguiente:

1. Hago la presente de conocimiento personal. Si me llaman de testigo en el litigio actual, declararía competentemente a lo siguiente.

2. Tengo 28 años de edad. Soy la hermana de ██████████████, que actualmente se encuentra detenido por razones migratorias en Shiloh, en el estado de Texas. Nunca me han arrestado ni he tenido problemas con la policía jamás, ni en Guatemala ni en los EE.UU.

3. Desde 2017, estoy viviendo yo con mi hermano ████████ y mi niña de un año y seis meses, ████████, en Los Ángeles, California. Rento una recamera a ██████████, una mujer adulta, y a su hijo de siete años, ████. Actualmente, nosotros somos los cinco que vivimos en la casa, nadie más.

4. En Guatemala vivíamos juntos yo y mi hermano ████████, desde cuando nació él, hasta que 2006, cuando me casé. Luego vivimos apartes por los siguentes seis años. Me separaré de mi marido, y volví a vivir con ████████. Vivimos juntos hasta 2017, cuando vine a los Estados Unidos.

5. Nuestra mamá murió cuando ████████ tenía unos dos años. Su papá lo abandonó a ████████ hace muchos años. No tengo idea dónde ande ni como comunicarme con él, ni siquiera si está vivo. Cuando falleció nuestra mamá, mi tía ████████ y yo cuidábamos a ████████.

6. El 10 de febrero de 2018, me enteré que la inmigración había arrestado a ████████ en Arizona. El día siguente me llamó Jazmin para dicerme que ella iba a ser la trabajadora del caso de ████████. Le pedí que me dieran custodio de ████████. Ella me pidió varios papeles: actas de nacimiento, acta de defunción de mi mamá, y exámenes de escuela de ████████. En seguida, pedí a mi hermano en Guatemala que me los mandara todos. Me llegaron los documentos, y luego luego se los envié a Jazmin por correo electrónico.

**Exhibit 22
Page 245**

7. Pasó como un mes y medio. Nadie me pidieron nada más. Al contrario, me aseguraron que todo estaba en orden, y que seguramente iban a entregarme a ███; lo mismo le decían a ███. Sin embargo, no lo liberaron.

8. Que yo sepa, al principio ███ estuvo más o menos bien en la detención. Sin embargo, en una semana la trabajadora me llamó para decirme que habían trasladado a ███ a un hospital porque, según ella, ███ quería lastimarse. Tengo entendido que ███ le contó a la trabajadora social que quería suicidarse en Guatemala, y que quería lastimarse en la detención. Concedo que no vivímos juntos nosotors por unos seis años, pero que yo sepa ███ nunca tuvo problemas psicológicas tan graves in Guatemala. Creo yo que la detención y separación de su familia contribuyó a cualquiera crisis en que ███ entró de detenido.

9. Durante la semana en el hospital, no pude comuncarme con ███, porque no le daban el teléfono. Al fin recibí una llamada del hospital, y me la pasaron a ███. Me contó él que ya no quería estar detenido. Lo regresaron al albergue en Arizona.

10. A fines de marzo llegó una trabajadora social para realizar un estudio de mi casa. La trabajadora, Brenda, se quedó unas tres horas. Cuando llegó Brenda, un hermano de ███, ███, estaba de visita. Me preguntó Brenda si ███ viví en la casa, y le avisé que no, que ███ estaba de visita. Al terminar la visita, no me informó Brenda de ningún problema con mi casa. Solo me dijo que todos en la casa tendríamos que presentarnos para dar huellas digitales, incluso a ███. Le repité que ███ no más estaba de visita, pero Brenda dijo que él también tendría que dar huellas. A fin de cuentas, todos los adultos de mi casa nos presentamos para huellas, incluso ███, pero como no vive en mi casa y no tiene porque hacerlo, ███, se rehusó presentarse.

11. Como en una semana, Brenda volvió a la casa otra vez. Según, ella ███ tiene muchos problemas psicológicos. Le contesté que puede ser, pero de

**Exhibit 22**
**Page 246**

todos modos que la detención y la separación de su familia no le ayudan, que no

más le están causando aún más ansiedad y desesperación. Le aseguré que buscaría

ayuda para ███████ si me lo entregara y me da cuenta que anda en crisis.

12. En otra semana, me avisó mi hermano ██████ que Brenda había

llegado a la casa otra vez. Yo no estaba, así que, no tengo conocimiento personal

de lo que sucedió en ese entonces. El 7 de julio del año actual, la Sra. Saco me

informó que según mi expediente █████ estaba cuando llegó Brenda, y que él

intentó esconderse. Fue la primera vez que me enteré de esa historia.

13. Como a un mes, me avisó la trabajadora social que me habían negado el

custodio de █████ porque █████ no se había presentado para huellas. Me dijo que

ya no se puede hacer nada, que la negación fue decisión final. No me concedieron

ninguna oportunidad de apelar la negación, o pedir que se la cambiara. Nunca me

dieron nada por escrito explicándome la razón por haberme negado el custodio de

mi hermanito.

14. Al regresar del hospital, █████ se quedó en el albergue como un mes y

medio más, hasta que me dijeron que no había espacio para █████ en el albergue,

y que lo iban a cambiar para otro. En mayo lo mandaron a Shiloh. No me dijo

nadie que Shiloh es centro psiquiátrico, y hasta la fecha nadie del gobierno me lo

ha dicho. Nadie de Shiloh ni del gobierno me informó que le están dando drogas

psicotrópicas a █████, mucho menos me pidieron permiso para darselos. █████

ya tiene casi dos meses en Shiloh, y no tenemos idea de cuando lo vayan a liberar.

15. Repito que █████ no vive en mi casa. Que sepa yo, no haya llegado a mi

casa desde abril del año presente. He hecho todo lo posible para obtener pruebas de

que no vive con nostoros, pero █████ no quiere problemas.

16. La Sra. Saco me ha explicado que uno no tiene que estar loco para

beneficiarse de atención de salud mental. Su explicación fue muy diferente de lo

que me dijo Brenda. Ahora entiendo que █████ ha sufrido traumas en Guatemala,

y que la detención migratoria ha lastimado a █████ aún más. Estoy de acuerdo en

**Exhibit 22**
**Page 247**

obtener ayuda profesional para ██████ en cuanto su ansiedad, desesperación, depresión o cualquier otro problema psicológico que tenga él. La Dra. Amy Cohen me dice que ella cuenta con recursos de salud mental en la comunidad, y ella me dirigirá a ellos.

Declaro bajo protesta de decir la verdad y pena de perjurio que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día 19 de julio 2018, en Los Ángeles, California.



///

I, Carlos Holguín, declare and say as follows:

1. I speak English and Spanish fluently.

2. The following is a true and correct translation of the annexed Declaration
of ███████████████.

\* \* \* \* \* \*

DECLARATION OF ███████████████

I, ███████████████, declare and say as follows:

1. I execute the present [declaration] from personal knowledge. If I am
called as a witness in the present case, I would testify competently to the
following.

2. I am 28 years old. I am the sister of ███████████████, who is presently
detained because of immigration reasons at Shiloh, in the state of Texas. I have
never been arrested nor have I ever had problems with the police, either in
Guatemala or in the United States.

3. Since 2017, I have lived with my brother ██████ and my daughter,
██████, one year and six months old, in Los Angeles, California. I rent a bedroom
to ██████████, an adult woman, and her seven-year-old son, ██████. Presently,
only he file of us live in the house, no one else.

4. In Guatemala , my brother ██████ and I lived together from the time
██████ was born until 2006, when I married. We lived apart for the next six years.
I separated from my husband, and I went back to living with ██████. We lived
together until 2017, when I came to the United States.

5. Our mother died when ██████ was about two years old. His father
abandoned ██████ many years ago. I have no idea where he is or how to
communicate with him, nor even if he is still alive. When our mother passed away,
my aunt ██████ and I took care of ██████.

6. On February 10, 2018, I learned that the immigration had arrested ██████
in Arizona. The next day Jazmin called to tell me that she was going to be ██████

**Exhibit 22
Page 249**

case worker. I asked her to give me ████ custody. She asked me for various papers: birth certificates, my mother's death certificate and ████ school records. I promptly asked my brother in Guatemala to send me everything. The documents arrived, and I promptly sent them to Jazmin by email.

7. About a month and a half went by. Nobody asked me for anything more. To the contrary, they assured me that everything was in order, and that they were surely going to give me ████; they told ████ the same thing. Nonetheless, they did not release him.

8. As far as I know, at the beginning ████ was more or less alright being detained. Nonetheless, in about a week the worker called to tell me they had sent ████ to the hospital because, according to her, ████ wanted to hurt himself. My understanding is that ████ told the social worker that he had wanted to commit suicide in Guatemala, and that he wanted to hurt himself in detention. I concede that we did not live together for some six years, but as far as I know ████ never had serious psychological problems in Guatemala. I believe that detention and separation from his family have contributed to whatever crisis ████ suffered while detained.

9. During the week he was in the hospital, I had no communication with ████, because they wouldn't let him use the telephone. At last I received a call from the hospital, and they passed the phone to ████. He told me he didn't want to be detained. They sent him back to the shelter in Arizona.

10. At the end of March a social worker came to perform a home study. The worker, Brenda, stayed for about three hours. When Brenda arrived, ████ brother, ████, was visiting. Brenda asked me if ████ lived in the house, and I advised her that he did not. When she finished the visit, Brenda didn't tell me about any problem with my home. She only told me that everyone in the house would have to appear for fingerprinting, including ████. I repeated that ████ was only visiting, but Brenda said he, too, would have to give fingerprints. In the

- 6 -

**Exhibit 22**
**Page 250**

end, all the adults in my home appeared for fingerprinting, including ████, but inasmuch as he doesn't live in my house and doesn't have any reason to do so, ████ refused to appear [for fingerprinting].

11. In about a week, Brenda returned to the house. According to her, ████ has many psychological problems. I told her that could be, but that in any event detention and separation from his family was causing him even more anxiety and desperation. I assured her that I if they gave me ████ I would look for help for him should appear to be experiencing a crisis.

12. About a week later, my brother ████ told me that Brenda had come to the house once again. I was not a home, and I therefore have no personal knowledge of what happened at that time. On July 7 of this year, Ms. Saco told me that according to my file ████ was there when Brenda arrived, and that he tried to hide. This was the first time I had heard this story.

13. About a month later, the social worker told me that they had denied me ████ custody because ████ hadn't appeared for fingerprinting. She told me nothing could be done, that the denial was a final decision. They didn't give me any opportunity to appeal the denial, or to ask that the decision be changed. She never gave me anything in writing explaining the reason for having denied me ████ custody.

14. After arriving from the hospital, ████ remained in the shelter about another month and a half, until they told me there was no room for ████ at the shelter, and that they were going to send him to another shelter. In May they sent him to Shiloh. No one told me that Shiloh is a psychiatric facility, and to this day no one from the government has so advised me. Nobody from Shiloh or the government advised me that they are giving ████ psychotropic drugs. ████ has now been detained almost two months at Shiloh, and we have no idea when they will release him.

**Exhibit 22**
**Page 251**

15. I repeat that ▆▆▆ does not live in my home. As far as I know, he has
not come to my house since April of this year. I have done everything possible to
obtain proof that he does not live with us, but ▆▆▆ doesn't want problems.

16. Ms. Saco explained to me that someone does not have to be crazy to
benefit from mental health care. Her explanation was very different from what
Brenda told me. Now I understand that ▆▆▆ suffered traumas in Guatemala, and
that immigration detention has hurt him even more. I am in agreement with
obtaining professional help for ▆▆▆ regarding his anxiety, desperation,
depression, or whatever other psychological problems he may have. Dr. Amy
Cohen tells me that she has at her disposal mental health services in our
community, and she will direct me to those.

I declare under obligation to tell the truth and penalty of perjury that all the
information I have provided here is correct and complete, being aware of the legal
consequences of declaring falsely before authority.

Done this 19th day of July, 2018, at Los Angeles, California.

/s/ _____



\* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 30th day of July, 2018, at Santa Clarita, California.

Carlos Holguín

**Exhibit 22
Page 252**

# Exhibit 24

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exhibit 24**
**Page 256**

1   I, ███████████████████████   declare as follows:

2

3   1.     This declaration is based on my personal knowledge.  If called to testify in this

4   case, I would testify competently about these facts.

5   2.     I am 17 years old.  I am currently being held in ORR custody detained at the

6   Bokenkamp Children's Shelter. I arrived here on January 22, 2017.

7   3.     My mother passed away when I was only nine months old. Before she died, she did

8   not officially register my birth so I never had an official birth certificate. I never knew my

9   father. I was raised by my maternal grandparents and an aunt in El Salvador. My aunt

10  told me that when my mother was in the hospital, before she passed away, she told them

11  that if she died she wanted me to live with my aunt ██████.

12  4.     My mother wanted my aunt █████ to take care of me because aunt █████ had a very

13  close relationship with my mother and always gave her good advice and took care of her.

14  My mother considered my aunt to be very responsible because she would support me,

15  enroll me in school, and have me go to church. My mother knew that aunt █████ could

16  give me a better life than my grandparents or family in El Salvador could give me. My

17  family in El Salvador have to work all the time and they often do not have enough money

18  to buy food to eat.

19

20  Sponsorship Process

21  5.     Since I arrived at this shelter, I have been asking to have my aunt █████ become

22  my sponsor.  My aunt started the application process to be my sponsor when I first

23  arrived at the shelter. She has done everything that ORR has asked of her in order to be

24  my sponsor – she has talked to my case worker, had her fingerprints taken, and submitted

25  all the documents that they have requested. When she submitted all the documentation,

26  she was told that she couldn't be my sponsor because I didn't have an official birth

27  certificate. That's when she hired an attorney to help her.

28

1

**Exhibit 24**
**Page 257**

6.      My lawyer has been working hard to try and get me released from the shelter. My lawyer recently went to the immigration judge to ask why I haven't been released and ask for a bond hearing. The judge granted the request for a bond hearing. Before the bond hearing was scheduled to occur, ORR sent a letter to my lawyer and the judge saying that they did not consider me to be a danger to the community or a flight risk.

7.      In March 2018, I had a bond hearing before the immigration judge. The judge decided that I was not a danger to myself, others, or the community, and that I was not a flight risk. The judge issued a bond order saying this. The hearing happened a few weeks ago, but I still haven't been released.

8.      My case worker told me that the only reason that I haven't been released to my aunt ██████ is because I don't have an official birth certificate from El Salvador. My mother died before she could register me for an official birth certificate.

9.      Since I have never had an official birth certificate, my lawyer has worked hard to submit other documentation to ORR to prove my relationship with my aunt ██████. My lawyer provided ORR with an official certificate from the hospital where I was born in El Salvador. She also provided ORR with a DNA test that shows that my aunt ██████ and I are family, with a 61% DNA match. My whole family is trying to help show that I am who I say I am. My grandparents and aunt have scheduled a hearing in front of a judge in El Salvador to say that they were witnesses to my birth and plead my case so that the judge can make an order stating that I was born in El Salvador. That hearing is supposed to take place on April 9th, 2018.

10.     I don't know what other documents I could provide to prove my relationship with my aunt. My case worker once told me that my case was "perfect" and that I was "golden" to get released, but I'm still here.

11.     I never received a letter or notification from ORR telling me that my aunt ██████ was no longer under consideration as my sponsor or that I could appeal that decision.

12.     The shelter is not considering releasing me to any other sponsors. I do not have any other family members in the United States that could be my sponsor.

**Exhibit 24**
**Page 258**

13.     I don't know what I can do or what the next step can be for me to try and get out of the shelter if ORR does not allow me to live with my aunt ███.

Relationship with Aunt

14.     My aunt ███ would be a good sponsor for me because I know that she loves me and cares about my future. I know that she will do all the things that my mother would do if she were alive – like supporting my education, taking me to the doctor if I am sick, helping me learn how to cook, and teaching me how to be a good person. My aunt ███ has always supported me emotionally and financially. Whenever I call and talk to her, she gives me good advice and tells me that I need to study and behave well. She worries about me and will take good care of me. My aunt doesn't have to take care of me but she wants to. I love her very much.

15.     My aunt ███ has been able to visit me three times since I have been detained. When she visits, she always brings me clothes, shoes, and food that she knows I enjoy – like pupusas and quesadillas.

16.     Education is very important to me. I know that I want to go to school and graduate. I know my aunt ███ will enroll me in school and support my education. When I was little, I wanted to grow up to be a flight attendant. Now my dream is to be a lawyer for an organization like RAICES. My lawyer has really helped me to learn about my rights and has supported me in times where I have been very afraid. I want to help other children like my lawyer has helped me. No one in my family has ever graduated from school, and I want to be different.

17.     I know that my aunt ███ will take me to my court hearings and meetings with my lawyer. She knows that if I do not attend my hearings I can be deported because I am not being responsible with my immigration case. We both take these court hearings very seriously. She will help make sure that I am doing everything correctly, like updating the court with a new address if we move and keeping in contact with my lawyer.

Exhibit 24
Page 259

18.     I am only allowed two calls per week. Sometimes I talk to my aunt ▮▮ and sometimes I talk to my aunt in El Salvador who helped take care of me when I was little. When I talk to my aunt ▮▮ on the phone, I sometimes get so sad that I can't help but cry. She is very supportive and tells me that I need to be patient because I will eventually be released and go to live with her. My aunt encourages me to learn English and gives me hope that I will be able to go to school when I am released.

19.     I try to stay as positive as I can while being detained at the shelter. I am very excited to be learning English. I also like to participate in the church services when we have them. If the pastor cannot come to the church services, then I help to preach to the younger kids. I enjoy preaching because I think that the word of God is very important and will help give strength to the younger children who are detained here.

20.     I have been detained at Bokenkamp Children's Shelter for about a year and three months. It is very hard to be here, because I know that my aunt ▮▮ wants to care for me and is ready for me to come and live with her. I have seen many other children come and go, which makes me sad. I just want to live with my aunt.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 3ʳᵈ day of April 2018, at Corpus Christi, Texas.

1
2              CERTIFICATE OF TRANSLATION
3
4   My name is Itzel Almazan and I swear that I am fluent in both the English and Spanish
5   languages and I translated the foregoing declaration from English to Spanish to the best
6   of my abilities.
7
8   Dated: 4/3/2018                          _____
9                                            Itzel Almazan
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Exhibit 24**
**Page 261**

# Exhibit 25

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 25
Page 262**

I, ████████████████████████     declare as follows:

1.      This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2.      I am 17 years old. I am from El Salvador. I have been in the United States since March 2016. I am currently in immigration detention in the custody of ORR at Children's Village Staff Secure Facility in Dobbs Ferry, New York.

3.      When I first came to the United States, I was taken into immigration custody and held in a shelter in ORR custody in Texas. I was there for about 27 days. ORR determined that my mother was a suitable sponsor for me and I was released to her custody at that time.

4.      After I was released from ORR custody, I lived with my mother on Long Island. On July 28, 2017, I was on my way to work when I was taken into custody by immigration officials, who told me that they were detaining me for being in the United States illegally. They took me to an ICE facility in Central Islip and then they moved me to the Shenandoah Juvenile Detention Center the next day.

5.      When I arrived at Shenandoah, the detention center officials told me that I was taken back into custody because the government thought that I was in a gang. I don't remember anyone ever telling me why I was taken to Shenandoah instead of being placed in another facility that was less like a jail. I don't remember them ever telling me that I could ask for the decision to put me there to be reviewed or that I could challenge it before a judge.

6.      I did not like being at Shenandoah. Some of the staff members would discriminate against the immigrant children, and they acted like we were bothering them when we wanted to talk to them.

7.      They told me at Shenandoah that if I behaved well there for at least a month, then they would move me to a lower level of security. I never got any write ups in the time that I was there.

**Exhibit 25**
**Page 263**

8.     They moved me to the Children's Village Staff Secure Facility on August 23, 2017.  At Children's Village, I am on the green level for my behavior, which is the best level that you can be on.

9.     I had a bond hearing on October 31 and November 14.  At the bond hearing, I found out for the first time why the government was accusing me of being in a gang. They said that my school had gotten a tip that I was in a gang.  They also said that they thought that I had put gang related pictures on my Facebook page, but what they showed was just a picture of a clown and it wasn't gang related at all.  After the immigration judge listened to the evidence, the judge determined that I am not a flight risk and that I am not a danger, and he said that I should be released.  At the hearing on November 14, the immigration judge also administratively closed my immigration case.

10.     My mother has been approved again to be my sponsor.  My case manager said that the only reason that I haven't been released is that the government is now reviewing my case.  They have not told me how long it would take for the government to finish that review; they just said that the government would take their time to review the case carefully.

11.     While they are reviewing my case, I am still detained.  I do not like being at Children's Village Staff Secure.  They don't let me see a doctor when I ask to see one; instead, when I have asked to see one, the staff tells me that I am fine and that it isn't necessary to see the doctor.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 16th day of November, 2017, at Dobbs Ferry, New York.



1

## CERTIFICATE OF TRANSLATION

2   I, Paige Austin, hereby certify that I am proficient in both Spanish and English, and

3   that I accurately translated the foregoing statement and read it back to ███████

4   ████████ in its entirety in Spanish on November 16, 2017.

5

6

7   Paige Austin

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Exhibit 25
Page 265

# Exhibit 26

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 26
Page 266**

1  I, ███████████████████, declare as follows:

2  1.     This declaration is based on my personal knowledge.  If called to testify in this

3  case, I would testify competently about these facts.

4  2.     I am 16 years old. I came to the U.S. in 2016. When I got here, imigration detained

5  for about 25 days at a shelter in Texas and then I was released me to my mother, who

6  lives in Central Islip, New York. I lived with her for about eight months. I did not have

7  any problems with the police: I was never arrested. I went to school. Once I suspended

8  for a week after another student hit me. My mouth was bleeding. I didn't touch him but

9  we both got suspended.

10  3.     One day about five months ago, shortly before the end of the school year, I was

11  walking home from school. I bent to pick something up in the street and then two men in

12  regular clothes stopped me and handcuffed me. They took me somewhere for about two

13  hours. They asked me questions but they spoke a lot in English and I didn't understand

14  very well. The only information I gave them was basic things like my address. Then they

15  brought me to Children's Village. I don't know if the men who stopped me were police

16  or immigration.

17  4.     When I first got to Children's Village, I was in staff secure for around a month.

18  They quickly stepped me down to the shelter. I have not had any discipline or reports for

19  bad behavior since I got here.

20  5.     My mom began trying to get me back again as soon as they detained me. I know

21  she has done a lot of paperwork and she gave her fingerprints. Someone came to inspect

22  her house and everything came out well. Neither of us understands why I am still here.

23  No one has explained what is wrong or why the process is so slow. Immigration released

24  me to my mother before and nothing has changed.

25  6.     I had a lawyer in my family court case before I was detained; she was helping me

26  apply for Special Immigrant Juvenile Status. When I was detained, she spoke to the

27  agents. They told her I said when they questioned me that I was in a gang. But I never

28  said that. Most of their questioning was in English; the only information I gave them

Exhibit 26
Page 267

1

1    were basic things like my address. I would never have said that because I am not in a

2    gang. I have never been arrested in any country or involved with a gang.

3    7.      My social worker at Children's Village also told my mother that I was here

4    because someone accused me of being in a gang. But I have never been in a gang.

5    8.      I am not happy here. I miss my mother. I want to be with her.

6

7    I declare under penalty of perjury that the foregoing is true and correct. Executed on this

8    16 day of Nov, 2017, at Dobb's Ferry, New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit 26**
**Page 268**

CERTIFICATE OF TRANSLATION

I, Paige Austin, hereby certify that I am proficient in both Spanish and English, and
that I accurately translated the foregoing statement and read it back to ███████████
███████ in its entirety in Spanish on November 16, 2017.

Paige Austin

**Exhibit 26**
**Page 269**

# Exhibit 27

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**Exhibit 27
Page 270**

DECLARACIÓN DE ███████████

Yo, ███████████, declaro y digo lo siguiente:

1. Tengo 17 años de edad. Faltan cuatro meses para cumplir los 18 años. Soy de Honduras. Actualmente me encuentro detenido en Shenandoah Valley Juvenile Hall, en Virginia. Tengo más o menos seis semanas detenido aquí. No me han dicho cuánto tiempo más voy a estar detenido.

2. Vine a los EE.UU. para salvarme la vida de los maras y sicarios en Honduras. También porque una mujer mayor me estaba acosando allí, y para estar con mi mamá, que actualmente vive en Texas. En mi país nunca tuve problemas con la policía. La mara me obligaron dejar mis estudios porque me andaban buscando en el colegio para meterme con ellos. Así que no me quedo ninguna opción más que abandonar a mi país.

3. El 22 de agosto de 2016, entré a los EE.UU. por la frontera con Reynosa, México. Había caminado solito como 16 horas por campo seco, enfermo de sed y de hambre, cuando me arrestó la Patrulla Fronteriza. Me metieron bien feo en una troca grandota y larga, y me llevaron a la instalación de la inmigración, donde me quedé unos dos días. Luego me trasladaron a lo que llamamos "la hielera." Éramos como 20 personas metidos en un solo cuarto, estábamos bien apretados. Me quedé allá como tres días. No había ni campo suficiente para acostarnos, ni colchón ni nada. Los niños chiquitos, padecía del frio, hasta que me quité mi camisa para prestársela a un niño

**Exhibit 27**
**Page 271**

aguantando el frío. Luego me mandaron a la perrera. Pasé como dos días allí, y luego me llevaron para IES Casa Norma Linda, en Brownsville, Texas.

4. Nos trataban bien en Norma Linda. Solamente tuve un problema allí, con otro joven detenido. Él era homosexual, y empezó a sentirme incómodo. Le reporté con mi consejera. Le dije que no quería problemas con él ni con nadie. Creo que ella lo tomó a mal, que yo quería pegarle al joven o algo. Como una semana después, me trasladaron a Southwest Key, staff secure, en Brownsville, Texas. Estaba en escuela en Norma Linda un día, cuando de repente me llegaron y me dijeron, "████, ya te vas. Alista tus cosas." Yo pensaba que iba a ir con mi mamá, pero me informaron en el carro que iba a otro albergue. Yo les estaba preguntando porque. Me contestaron que yo no podía estar en esa programa porque yo tenía muchos reportes. Yo les pregunté, ¿Que reportes? porque nunca me avisaron que hubo reportes en mi contra. No me dieron más explicación, ni oportunidad to defenderme. Me puse a llorar frustrado, porque no lo pensé justo que me trasladaran así de repente.

5. En Southwest Key la vida estaba más complicada. El personal nos gritaba con groserías, nos insultaban, llamándonos "putos," o "apúrense culeros." Un estaf de allá le regaló una pluma a unos de los compañeros para que se le pusiera tatuaje. Allí también presencié como agarraban a los menores con brutalidad, tumbándolos al suelo. Yo logré evitar ese maltrato por cuidarme mucho.

**Exhibit 27
Page 272**

6. Pasé aproximadamente cuatro meses en Southwest Key. Como al segundo mes, mi mamá se mudó de Kansas a Texas para estar más cerca de mí. Encontró una casa, que se dice que es muy bonita, para recibirme. Siguieron tardando en tomar la decisión de dejarme salir a vivir con ella. Según ella, el gobierno le hizo un estudio de casa, y todo marchó bien.

7. Como en febrero de año presente, me trasladaron a BCFS, otra staff secure en California, donde me quedé hasta octubre, más o menos. En California me regañaban de vez en cuando por usar malas palabras, y por otras cosas pequeñas, pero nunca me avisaron que iban a trasladar por mal comportamiento. Un día tuve un desacuerdo en la cancha de fútbol. Un personal de estaf me acercó de repente. Me sorprendió y sin pensar me reaccioné, pero me acusaron de pegarle. A unos dos días, de repente a las cuatro de la mañana vino el supervisor para decirme que me iban a trasladar a otro programa. Y así llegue a Shenandoah. No me dieron ninguna audiencia ni oportunidad de explicar mi lado de los hechos. No me dieron otra alternativa más de aceptar el traslado a alta seguridad.

8. Shenandoah es cárcel, aunque el personal nos hablan mejor que en Southwest Key. Sin embargo, la vida aquí es muy difícil. Usamos uniformes de preso que huelen mal y que me causan una picazón de alergia. A veces se dificulta un poco no meterse en problemas con los compañeros. No hay mucho que hacer, y uno pasa mucho tiempo aburrido. Normalmente, pasamos casi 13 horas y 45 minutos encerrados con llave en

Exhibit 27
Page 273

nuestros cuartos, y aún más si hay problemas con el comportamiento. Estamos divididos en como cinco o seis pods, con límite de 10 jóvenes por pod. Nos castigan por lo que hacen los jóvenes de otro pod, y eso no considero justo. Hay cuatro estaf por pod que nos cuidan: dos en la mañana y dos en la tarde. De los cuatro que nos cuidan a nosotros, casi siempre solamente uno, el que trabaja las mañanas, habla español. Así que es muy fácil que hay mal entendimientos entre los jóvenes detenidos y el estaf.

9. Hasta la fecha he tenido no más una audiencia ante un juez de inmigración, en Texas. Me explicó el juez mis derechos y que me iban a dar otra corte, y que si no llegaba con un abogado la orden de deportación sería más probable. Como a los dos o tres semanas después de llegar en Shenandoah, platiqué con abogada por primera vez desde que estoy encerrado. Ni en Texas ni en California me dieron abogado. Llegaban abogados para charlas de nuestros de derechos, pero ninguno para representarme.

Declaro bajo protesta de decir la verdad que toda la información que aquí he proporcionado es correcta y completa, consciente de las consecuencias legales de declarar con falsedad ante la autoridad.

Hecho el día __11__ de julio del año 2017, en Staunton, Virginia.



///

**Exhibit 27**
**Page 274**

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮, declare and say the following:

1. I am 17 years old. It's four months until I turn 18. I'm from Honduras. I am currently being held at Shenandoah Valley Juvenile Hall in Virginia. I have been detained here for six weeks or so. I have not been told how much longer I will be detained.

2. I came to the United States to save my life from the "maras" and assassins in Honduras. Also because an older woman was harassing me there, and to be with my mom, who currently lives in Texas. In my country I never had problems with the police. The "mara" forced me to leave my studies because they were looking for me at school to get me to join them. So I have no choice but to leave my country.

3. On August 22, 2016, I entered the United States by the border with Reynosa, Mexico. I had walked alone for 16 hours on a dry field, thirsty and hungry, when I was arrested by the Border Patrol. They put me very roughly inside in a big and long truck, and they took me to the immigration facility, where I stayed for about two days. Then they moved me to what we call "la hielera" (the freezer). We were like 20 people in one room, we were packed tight. I stayed there for about three days. There was not enough room for us to lie down, no mattresses or anything. There were small children were enduring in the cold, until I took off my shirt to lend it to a young boy. Then they sent me to "la perrera" (the dog kennel). I spent two days there, and then they took me to IES House Norma Linda in Brownsville, Texas.

**Exhibit 27**
**Page 275**

4. They treated us well in Norma Linda. I only had one problem there, with another young man being detained. He was homosexual, and I began to feel uncomfortable. I reported him to my counselor. I told the counselor I did not want problems with him or anyone. I think she took it the wrong way, that I wanted to hit the young man or something. About a week later, I was transferred to Southwest Key, staff secure, in Brownsville, Texas. I was at school in Norma Linda one day, when they suddenly came to me and said, "████ you're leaving. Pack your things." I thought I was going to go with my mom, but I was informed in the car that I was going to another shelter. I was asking them why. They answered that I could not be in that program because I had too many reports. I asked them, "what reports?" because I was never warned that there were reports against me. They gave me no more explanation or opportunity to defend myself. I started to cry because I was frustrated and also because I did not think it was right that I was suddenly moved.

5. Life in Southwest Key was more complicated. The staff shouted at us with insults, insulting us, calling us "putos," or "apurense culeros." A staff there gave a pen to one of my partners to get a tattoo. There, too, I watched as they grabbed the minors brutally, throwing them to the ground. I managed to avoid that abuse by taking great care of myself.

6. I spent approximately four months at Southwest Key. Around the second month, my mom moved from Kansas to Texas to be closer to me. She found a house, which is said to be very nice, to receive me. They continued to take long making the decision to let me live with her. According to her, the government did a study of the home, and everything went well.

**Exhibit 27
Page 276**

7. Around February of this year, I was transferred to BCFS, another secure staff in California, where I stayed until October, more or less. In California I was scolded from time to time for using bad words, and for other small things, but I never was I warned that they were going to move me because of bad behavior. One day I had a disagreement on the soccer field. A staff member approached me suddenly. I was surprised and without thinking I reacted, but I was accused of beating him. About two days later, suddenly at four in the morning the supervisor came to tell me that they were going to move me to another program. And that is how I arrived at Shenandoah. They gave me no hearing or opportunity to explain my side of the facts. I was given no alternative but to accept the transfer to high security.

8. Shenandoah is a jail, though the staff speak to us better than in Southwest Key. However, life here is very difficult. We wear prison uniforms that smell bad and cause me an allergic itch. Sometimes it becomes a little difficult not to get in trouble with our cellmates. There is not much to do, and one spends a lot of time bored. Normally, we spend almost 13 hours and 45 minutes locked in our rooms, and even longer if there are problems with the behavior. We are divided into five or six pods, with a limit of 10 young people per pod. They punish us for what young people do in another pod, and that's not fair. There are four staff that can take care of us: two in the morning and two in the afternoon. Of the four who take care of us, almost always only one, who works the morning, speaks Spanish. So it is very easy that there are misunderstandings among the young people and the staff.

9. To date, I have had only one hearing before an immigration judge, in Texas. The judge

**Exhibit 27**
**Page 277**

explained to me my rights and that they were going to give me another court date, and that if I did not arrive with a lawyer the deportation order would be more likely. After two or three weeks from arriving in Shenandoah, I spoke to a lawyer for the first time since I've been locked up. Neither Texas nor California gave me a lawyer. Lawyers came to talk about our rights, but none to represent me.

I declare under protest to tell the truth that all the information I have provided here is correct and complete, I am aware of the legal consequences of declaring falsehoods before the authority.

July 11, 2017, Staunton, Virginia.

**Exhibit 27**
**Page 278**

**Translator Declaration**

I, Jorge Medina, hereby declare that I am fluent in English and Spanish.

I hereby certify that I have translated the attached document and to the best of my

knowledge, the attached document is a true, accurate and complete translation of

██████████████ declaration.

Date: July 14, 2017

Signature of translator

Printed Name of translator

Jorge Medina

**Exhibit 27
Page 279**