CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>    Defendants. | Case No.  CV 2:18-CV-05741-DMG<br><br>**DECLARATION OF JONATHAN MULLIGAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
　　　　ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
　　　　mkkelley@cooley.com
　　　　jcieslak@cooley.com
　　　　mdonohue@cooley.com

I am a clinical fellow with the Immigrant Law Clinic, University of California Davis School of Law.  I have knowledge of the following, and if called as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of a document from the Office of Refugee Resettlement ("ORR") file of Daniela Marisol T, page 6-104.

2. Attached hereto as Exhibit 2 is a true and correct copy of a document from the ORR file of Daniela Marisol T, pages 3-628 & 3-629.

3. Attached hereto as Exhibit 3 is a true and correct copy of a document from the ORR file of Daniela Marisol T, pages 3-263 & 3-264.

4. Attached hereto as Exhibit 4 is a true and correct copy of documents from the ORR file of Daniela Marisol T, pages 3-285 & 3-286.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th day of October 2018 at Davis, California

_____
Jonathan Mulligan