# Exhibit 1

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 1
Page 1

U.S. Department of Health and Human Services

ADMINISTRATION FOR CHILDREN AND FAMILIES
370 L'Enfant Promenade, S.W.
Washington, D.C. 20447

## Office of Refugee Resettlement
## Division of Children's Services
### NOTICE OF PLACEMENT IN SECURE OR STAFF SECURE FACILITY

| Minor's Name | Alien #: | Date of Birth | Country of Birth | Facility Name | Facility Type |
|---|---|---|---|---|---|
| ████ | ████ | 2001 | Honduras | David and Margaret | Shelter |

This is to provide you NOTICE of the reasons for your placement in a secure or staff-secure facility. Your are in the care and custody of the Office of Refugee Resettlement/Division of Children's Services (ORR/DCS). ORR/DCS will not place a minor in a secure or staff-secure facility if there are less restrictive placement options available and appropriate. However, under certain conditions listed below, ORR/DCS may place minors in a secure or staff-secure facility.

1. You are considered to be a flight risk.
2. You have committed or threatened to commit a violent or malicious act toward yourself or other(s).
3. You have been convicted of a crime as an adult.
4. You have been adjudicated as a delinquent.
5. You have engaged in serious, unacceptable disruptive behavior while in a licensed program.
6. You are chargeable with a crime or delinquent offense.
7. You are in criminal or delinquency proceedings.
8. For your own safety.
9. There is an emergency influx of minors into the United States and there are no alternative placement options at this time. ORR will place you in a shelter care facility as expeditiously as possible.

If you have any questions or concerns regarding this placement, please discuss them with the facility case management staff and/or your attorney of record. Any minor who disagrees with the ORR/DCS decision may correspond directly with the ORR/ DCS Division Director. Additionally, the minor may seek judicial review in any United States District Court with jurisdiction and venue over the matter to challange the placement decision.

_E. Scott Lloyd_
ORR Director Signature

05/22/2018
Date

_____
Facility Staff/Witness: Name/Signature/Position

_____
Date

CC: Minor
    ORR/DCS Facility File
    ORR/DCS Field Coordinator
    ORR/DCS

ORR/DCS Notice of Placement
Last Revised 2/1/05

Exhibit 1
Page 2

# Exhibit 2

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 2
Page 3

## UAC Assessment

### UAC Basic Information

**First Name:**
▮▮▮▮▮

**Last Name:**
▮▮▮▮▮

**AKA:**

**Status:** IN-TRANSFER
**Date of Birth:** ▮▮ 2001
**A No.:** ▮▮▮▮▮
**Age:** 16
**Country of Birth:** Honduras
**City of Origin:** Honduras

**Gender:** F
**LOS:** 94
**Current Program:** David and Margaret
**Admitted Date:** 2/17/2018
**Neighborhood of Origin:** San Fransisco del Valle

### Additional Basic UAC Information

**Previous Placement:**
Shiloh Treatment Center 09/08/2017-02/17/2018 IES Casa Norma Linda shelter (8/02/2017-9/08/2017)

**Religious Affiliation:**
Minor reports having no religious belief.

**Case Manager:**
Crystal Delgado

**Clinician:**
Santos M Ochoa, ASW

### Journey and Apprehension

**Describe day to day life in home country:**
At this time the minor did not want to discuss her day to day life in home country. The minor did state that she enjoyed painting and playing soccer. After further assessment the minor stated she would stay home and wake up around 10-11am. The minor stated that she completed house chores and at times go out with friends. The minor stated she did not do much throughout the day. –Crystal Delgado, CM

**Why did you decide to travel to the U.S. at this time?**
The minor reported traveling to the United States seeking a better life. -Crystal Delgado, CM

*Did the child mention any U.S. immigration policy or practice as a factor in his/her decision to travel to the U.S.?*
☐ Yes ☒ No

*For UAC aged 14-17 ONLY: Did the child mention economic, job, or educational opportunities as a factor in his/her decision to travel to the U.S. ?*
☐ Yes ☒ No

**When did you leave your home country (month, day, year)?**
7/24/2017

*How long did the trip take?*
Approximately two weeks

**How did you get to the U.S.?**
The minor reported traveling with a guide throughout her journey. The minor reported traveling by bus and car. At this time the minor was unable to recall what cities she passed through. The minor did report sleeping in hotels and warehouse looking facilities. The minor reported being treated well and having food and water. –Crystal Delgado, CM

**Who did you travel with?**
The minor reported traveling with her older sister ▮▮ and nephew ▮▮ -Crystal Delgado, CM

**Who were you living with when you decided to leave your home country?**
▮▮ reported that in home country she was residing with her mother ▮▮, sister ▮▮, Nephew ▮▮, Niece ▮▮, Niece ▮▮, Nephew ▮▮, first cousin ▮▮, brother ▮▮ and sister-in-law ▮▮. -Crystal Delgado, CM

**Where were you planning on living in the U.S. and with whom?**
The minor reported that when she first arrived to ORR she was seeking reunification with brother in law (half-sister ▮▮) partner. After he was unable to sponsor she was seeking reunification with her half-sister ▮▮ who was unable to sponsor due to requirements. At this time the minor has no viable sponsor. –Crystal Delgado, CM

**Where were you apprehended?**
The minor reported crossing a river between Mexico and the US. After crossing the river the minor reported walking for approximately two hours before being apprehended. The minor's NTA states she was apprehended at or near Hidalgo, Texas on August 2, 2017. –Crystal Delgado, CM

*At which U.S. Border Patrol sector did the child cross into the U.S.?*

**Have you ever been to the U.S. before?** ☐ Yes ☒ No

**If yes, when?**

**The child's experience and additional information regarding journey and apprehension:**
N/A

### Family/Significant Relationships

**Has Family in Country of Origin? (If yes, list below)** ☒ Yes ☐ No

**Family in Country of Origin**

Exhibit 2
Page 4

| Name | Age | DOB | Relationship |
|---|---|---|---|
| | | | Mother |
| | | | Half-Sibling |
| | | | First Cousin |
| | | | Niece |
| | | | Niece |
| | | | Nephew |
| | | | Sister-in-law |

Has Family in the U.S.? (If yes, list below)    ⦿ Yes ○ No

Family and Family Friends in the U.S.

| Name | Age | DOB | Relationship |
|---|---|---|---|
| | | | Half-Sibling |
| | | | Half-Sibling |
| | | | Half-Sibling |
| | | | -- Select Relationship -- |
| | | | -- Select Relationship -- |

Parent's whereabouts?
The minor reported that her mother Ana Esperanza Mancia Valle resides in home country, Honduras and that her father also resides in Honduras. -Crystal Delgado, CM

Are you married?    ○ Yes ⦿ No

Spouse Name, Age, and Location:
N/A

Has Children? (If yes, list below)    ○ Yes ⦿ No

Children

| Name of Child | Age | DOB | Current Location | Name of Mother/Father |
|---|---|---|---|---|
| | | | | |

Have you ever been hurt, physically, mentally or emotionally by someone taking care of you?    ○ Yes ⦿ No
If yes, who and when?

Have you ever been taken to the hospital/emergency room because you were hurt?    ○ Yes ⦿ No
If yes, explain:

What does the word "discipline" mean to you?
The minor reports that the word means to follow rules/directives from others. -Crystal Delgado, CM

## Medical

List any allergies:
No known allergies

Do you feel unwell?    ⦿ Yes ○ No

If yes, what are your symptoms?
hearing deficit to right ear

Additional medical information:
███ was seen by Dr. Dadabhoy on 2/21/18 to establish care. ███ has been referred to the ENT due to reporting to have a hearing deficit to her right ear. TAR has been submitted for consult. Dr. Dadabhoy ordered a labs for ███ due to minor having anemia. Minor was also prescribed claritin for allergies and acne medication. Minor denied having any other health concerns at this time.- Maria Ortega, LVN ███ had a psychiatric consult with Dr. Hu on 2/26/18. Minor's Prozac was increased from 30mg every morning to 40mg every morning. Minor is to continue on the same dosage for seroquel and Banophen. Minor will have a follow up with Dr. Hu in 1 month or sooner if needed. Minor is also to have labs drawn on 2/28/18.- Maria Ortega, LVN ███ was seen by the ENT on 2/28/18 for an evaluation. Minor has been referred to the audiologist for an audiological evaluation. Minor is scheduled to see the audiologist on 3/14/18. Minor will return to the ENT on 3/21/18 to review results of audiological testing.- Maria Ortega, LVN Minor's lab results came back normal. Minor's hemoglobin came back mildly low. Minor is to increase iron in her diet. No new orders given.- Maria Ortega, LVN ███ had an office visit with the Audiologist on 03/14/18 to have hearing testing done. Minor has a follow up with Dr. Scott on 3/21/18 to discuss results and possible treatment options.- Maria Ortega, LVN ███ had a follow up with the ENT on 03/21/18. Minor has been referred to the audiologist for hearing aids. Appointment is scheduled for 4/4/18. After discussing minor's condition with Maria Fields Senior Advisor for Child Well-being and Safety it was determined that minor does meet disability criteria. Minor's case manager was informed. - Maria Ortega, LVN ███ had an appointment with the Audiologist for a hearing Aid Consult on 4/4/18. Currently pending Audiological notes and hearing aid cost information to submit to PCU for approval.- Maria Ortega, LVN Minor was seen by Dr.Hu for psychiatric medication follow-up on 4/24/18. . No medication changes. Minor will follow-up in 4 weeks or as needed. Diana Ortiz, LVN Minor was seen for follow-up immunizations on 5/7/18 by Dr. Dadabhoy. Will monitor for adverse reaction. -Diana Ortiz, LVN ███ had a follow up with the Audiologist on 5/9/18 to get measured for hearing aids. Hearing aid was ordered and will be ready for pick up in approximately 6 weeks.- Maria Ortega, LVN ███ was seen by Dr. Maldonado on 5/10/18 for her 6 month dental check up.Minor had a normal dental evaluation.- Maria Ortega, LVN ███ had a dental follow up with Dr. Maldonado on 5/16/18. Minor had fillings to teeth @ 18, 19, and 20 completed. Minor is scheduled for a dental follow up on 5/22/18.0 Maria Ortega, LVN

Medical History

| Condition | Yes/No | Date of Diagnosis/Clarification |
|---|---|---|
| Pregnant | ○ Yes ⦿ No | |
| Tuberculosis | ○ Yes ⦿ No | |
| Varicella | ○ Yes ⦿ No | |
| Measles | ○ Yes ⦿ No | |
| Mumps | ○ Yes ⦿ No | |
| Rubella | ○ Yes ⦿ No | |
| Asthma | ○ Yes ⦿ No | |

Exhibit 2
Page 5

# Exhibit 3

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 3
Page 6


Case 2:18-cv-05741-DMG-PLA   Document 108-1   Filed 10/05/18   Page 7 of 11   Page ID #:4096

U.S. Department of Health and Human Services

Office of Refugee Resettlement
Placement Authorization, Rev. 10/29/2012

**OFFICE OF REFUGEE RESETTLEMENT**
**Division of Children's Services**
**PLACEMENT AUTHORIZATION**

The U.S. Department of Health and Human Services (HHS), Office of Refugee Resettlement (ORR), Division of Children's Services (DCS) is responsible for coordinating and implementing the care and placement of (6 U.S.C. 279 (b)(1)(A)):

Minor's Name: ██████████████████████   Alien Number: ██████████

Date of Birth: ███ 2001   Nationality: Honduras

Hereby authorizes, hereinafter "care provider," to provide 24 hour care for the minor. Care and placement will include, but is not limited to:

care provider:   David and Margaret

**1. Custody.**
The minor is in the legal custody of the Federal government and is placed in the care provider's physical custody for care and shelter. The care provider must provide for the minor's daily care and protection, which conforms to all applicable ORR instructions and minimum standards based in statute or law. The minor's placement with the care provider is based on the care provider's compliance with the requirements set forth in the contract or cooperative agreement with ORR. ORR, at its sole discretion, may remove the minor from the care provider at any time.

**2. Authority.**
The care provider will adhere to all Federal and State licensing laws, rules, and regulations. Additionally, the care provider will adhere to all ORR policies, guidance, and instructions. Failure to adhere to State licensing or ORR requirements will result in corrective action up to and including termination of the grant or contract.

**3. Education.**
The care provider must enroll the child in an educational program(s) as directed by ORR. This may include educational programming created by the care provider if approved by ORR. The care provider may sign any documents needed to enroll the child in an educational program. The care provider may also receive and review all of the minor's educational records.

**4. Travel.**
The care provider may provide routine transportation for the minor, including transportation to and from medical, mental, and dental care; court hearings; transfer to other care provider programs; trips, outings, or other travel pertinent to the minor's educational, social, and emotional development.

**5. Photographs and Videotapes.**
The care provider may take photographs and record videotapes of the minor for the minor's personal use and for purposes of identification. The care provider may not release any photographs or videotapes of the minor for public use without ORR's prior written permission.

**6. Medical Care.**
The care provider may consent to the child's medical, dental, and mental health care as specified in the Authorization to Consent to Medical, Dental, and Mental Health Care. The care provider may receive, review, and maintain all of the minor's medical, dental, and mental health records in a separate medical file.

**7. Files/Confidentiality.**
All records maintained by the care provider in reference to the minor are considered ORR property. Under penalty of law, the care provider must not release information about the minor to any individual, organization, or entity without the prior

Placement Authorization, Rev. 10/29/2012
ORR UAC/P-1
ORR UAC Program Operations Manual 2012

Exhibit 3
Page 7



U.S. Department of Health and Human Services

Office of Refugee Resettlement
Placement Authorization, Rev. 10/29/2012

- The care provider may provide information about the minor to the minor's educational program, medical, mental health, dental, and other service providers to the extent that the information is needed for the minor's education, recreation, social development, medical, dental, or mental health treatment.
- The care provider must give ORR and its designees, as directed by ORR, unrestricted free access to information about the minor at all times.
- All case file information maintained under grants or contracts with the Federal government are the property of the Federal government and are fully accessible to ORR/DCS, or any of their duly authorized representatives, in accordance with applicable federal law, regulations, and OMB circulars. The records should be retained in accordance with these applicable laws, regulations, OMB circulars, and ORR policies.

### 8. Contact with the Family.
The care provider must permit the minor and the minor's family (as well as other individuals at ORR's discretion) to maintain contact through direct visitation, telephone calls, mail, and gifts under the terms and conditions specified by applicable law, regulations, and ORR policies.

### 9. School Programs and Extracurricular Activities.
The care provider may authorize the minor to participate in routine school programs as well as social and extracurricular activities that do not involve an unusual risk of injury to the minor unless otherwise specified by ORR.

### 10. Reason for Placement.
An unaccompanied minor who meets the definition of an unaccompanied alien child, 6 U.S.C. 279 (g)(2), and is in Federal custody by reason of his or her immigration status.

### 11. Time in Care.
The care provider's care giving authority will terminate upon the minor's physical discharge from the care provider's custody. The care provider will still have legal obligations for maintaining the minor's property if it is still in the care provider's custody and case file as directed by ORR.

### 12. Financial.
ORR agrees to provide financially for the care of said minor according to the financial agreement between ORR and care provider or subsequent agreements agreed to by ORR and the care provider.

### 13. Restraints.
The care provider must exhaust preventive, de-escalative, and less restrictive techniques before it uses any type of restraint. Should physical restraint be necessary for the safety of the minor or others, the care provider must use

| Signature - Authorized Representative of Care Provider | 2-17-18 | (909) 596-5921 |
|---|---|---|
| | Date | Telephone Number |

| Signature - Official Representative | 02/18/2018 | 202-401-5709 |
|---|---|---|
| | Date | Telephone Number |

Office of Refugee Resettlement
Administration for Children and Families
US Department of Health and Human Services

# Exhibit 4

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 4
Page 9

U.S. Department of Health and Human Services

Office of Refugee Resettlement
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

## OFFICE OF REFUGEE RESETTLEMENT
### Division of Children's Services
### AUTHORIZATION FOR MEDICAL, DENTAL, AND MENTAL HEALTH CARE

The Department of Health and Human Service (HHS), Office of Refugee Resettlement (ORR), Division of Children's Services (DCS) is responsible for coordinating and implementing the care and custody of the following minor pursuant to section 462 of the Homeland Security Act of 2002 (6 U.S.C. §279):

Minor's Name: ▉▉▉▉▉▉▉▉▉  Alien Number: ▉▉▉▉▉▉▉

Date of Birth: ▉▉ 2001  Nationality: Honduras

ORR hereby Authorizes , hereinafter "care provider," to arrange medical, dental, and mental health care for said minor under the following terms and conditions:

care provider :   David and Margaret

### 1. Licensing and Reimbursement

- All medical, dental, or mental health services for the minor will be by a State licensed provider.

- The licensed medical, dental, or mental health provider must be willing to accept the Medicare reimbursement rate, payment on a fee for service basis, or to provide services for no fee.

### 2. Authorization and Notification

- The care provider shall secure authorization from ORR before consenting to any non-emergency medical, dental or medical health services; except for initial medical screening.

- The care provider shall consent to the provision of emergency treatment recommended by a licensed medical, dental, or mental health provider. The care provider shall notify ORR of the emergency immediately following treatment if possible, or within 24 hours after the initial incident.

- Significant surgical or medical procedures require heightened ORR involvement. Please refer to ORR instructions and procedures on medical services requiring heightened ORR involvement in these special cases.

- Minors have the right to be tested for HIV or other sexually transmitted diseases; the care provider shall ensure the minor receives the test(s) as requested.

- The care provider is authorized to dispense over-the-counter medications and prescription

Exhibit 4
Page 10

3. Medical and Dental Exams/Screenings

•Minors in care shall receive a medical exam within 48 hours of placement in a care provider program, unless the minor obtained a medical exam within one calendar year and while under the care of another ORR-funded care provider.

•Minors in care shall also receive an initial dental examination within 90 days of placement, but no sooner than their 30th day in the custody of ORR.

4. Immunizations

•The care provider shall ensure that all minors in care receive necessary immunizations.

•Females 10 years or older must undergo a quantitative blood pregnancy test, with the minor's consent, before being administered any immunization.

5. Medical, Dental, and Mental Health Records/Confidentiality

•Care providers shall (1) obtain copies of all screenings, exams, or testing performed on a minor in care, signed by the licensed health care professional, (2) provide copies to ORR, when requested, and (3) ensure that medical records are maintained in the minor's file.

•All records maintained by the care provider in reference to the minor's health care are the property of ORR. Care providers may not release health information about the minor to any individual or organization without prior express authorization of ORR, except in the following instances: to the minor's educational program or medical, mental health, dental, and other service providers to the extent that the information is needed for the minor's education, recreation, social development,

| | | |
|---|---|---|
| [signature] | 02/18/2018 | (909)596-5921 x3133 |
| Signature - Authorized Representative of Care Provider | Date | Telephone Number |
| [signature] E. Scott Lloyd | 02/18/2018 | 202-401-5709 |
| Signature - Official Representative<br>**Office of Refugee Resettlement**<br>**Administration for Children and Families** | Date | Telephone Number |

1. "Immunizations and Pregnancy Testing," April 2, 2008. http://www.acf.hhs.gov/programs/orr/programs/ORRPolicy4208.pdf