UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br>Plaintiffs, <br><br>v. <br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br>Defendants. | Case No. 2:18-cv-05741 <br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS** |

1    Pending before the Court is Plaintiffs' unopposed application for leave to file under seal portions of Exhibits 1-4 offered in support of their Opposition to the Motion to Dismiss.

    Having considered the papers submitted by Plaintiffs and having reviewed the material that Plaintiffs seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

    Accordingly, it is hereby ORDERED:

    1.    Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 1-4 in support of their Opposition to the Motion to Dismiss. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

    2.    Plaintiffs' redacted versions of Exhibits 1-4 are hereby accepted as the public versions of those documents.

    IT IS SO ORDERED.

DATED:
                                    _____
                                              DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE