1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Lucas R., *et al.*,<br><br>           Plaintiffs,<br><br>      v.<br><br>Alex Azar, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>           Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**Order Re Unopposed Application for Leave to File Under Seal Documents Submitted in Support of Opposition to Motion to Dismiss [108]** |

1    Pending before the Court is Plaintiffs' unopposed application for leave to file
2 under seal portions of Exhibits 1–4 offered in support of their Opposition to the Motion
3 to Dismiss. [Doc. # 108.]
4    Having considered the papers submitted by Plaintiffs and having reviewed the
5 material that Plaintiffs seek to seal, the Court finds that Plaintiffs' request is narrowly
6 tailored to seal only that material for which compelling reasons have been established.
7 The Court therefore **GRANTS** their application.
8    Accordingly, it is hereby **ORDERED**:
9    1.   Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file Docket Entry
10 No. 109-1 at ECF p. 2 (Notice of Placement in Secure or Staff Secure Facility), ECF
11 pp. 7–8 (Placement Authorization), and ECF pp. 10–11 (Authorization for Medical,
12 Dental, and Mental Health Care) under seal **within three (3) days** of the date of this
13 Order;
14    2.   Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file a fully unredacted
15 version of Docket Entry No. 109-1 at ECF pp. 4–5 (UAC Assessment) under seal **within**
16 **three (3) days of the date of this Order**;[1] and
17    3.   Plaintiffs shall refile on the public docket the redacted versions of the
18 aforementioned documents found in Docket Entry No. 108-1 **within three (3) days of**
19 **the date of this Order**.

**IT IS SO ORDERED.**

DATED: October 9, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The version of the UAC Assessment that Plaintiffs filed under seal contains certain redactions. Nonetheless, it is apparent that the redacted material is sensitive identifying information that should be sealed.