1   CENTER FOR HUMAN RIGHTS &
    CONSTITUTIONAL LAW
2   CARLOS R. HOLGUIN (90754)
    256 South Occidental Boulevard
3   Los Angeles, CA 90057
    Telephone: (213) 388-8693
4   Email: crholguin@centerforhumanrights.org

5   *Attorneys for Plaintiffs*

6   *Additional counsel listed on signature page*

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN

11

12  LUCAS R., et al.,                    Case No.  2:18-CV-05741 DMG PLA

13             Plaintiffs,               **CLASS ACTION**

14        v.                             **PLAINTIFF'S NOTICE OF FILING
                                         OF REDACTED EXHIBITS**
15  ALEX AZAR, SECRETARY OF U.S.
    DEPARTMENT OF HEALTH AND             Complaint Filed: June 29, 2018
16  HUMAN SERVICES, et al.,              Trial Date: None Set
                                         Judge: Hon. Dolly M. Gee
17             Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's order (ECF 110), Plaintiff hereby files redacted versions of the following documents:

1. Docket Entry No. 109-1 at ECF p. 2 (Notice of Placement in Secure or Staff Secure Facility);

2. ECF pp. 7–8 (Placement Authorization);

3. ECF pp. 10–11 (Authorization for Medical, Dental, and Mental Health Care); and

4. a fully redacted version of Docket Entry No. 109-1 at ECF pp. 4–5 (UAC Assessment).

NOTICE OF FILING REDACTED EXHIBITS
CASE NO. 2:18-CV-05741 DMG PLA

1 | Dated:  October 12, 2018

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)

By: *s/Jon F. Cieslak*
    Jon F. Cieslak (268951)

4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
          mkkelley@cooley.com
          jcieslak@cooley.com
          mdonohue@cooley.com

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of
Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email:      hscooper@ucdavis.edu
              ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org
          fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org
Attorneys for Plaintiffs

NOTICE OF FILING REDACTED EXHIBITS
CASE NO. 2:18-CV-05741 DMG PLA