# Exhibit 33

Exhibit 33
Page 312

| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **CLASS ACTION** |
| v. | **DECLARATION OF JONATHAN MULLIGAN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | Complaint Filed: June 29, 2018<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org
fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
mkkelley@cooley.com
jcieslak@cooley.com
mdonohue@cooley.com

*Attorneys for Plaintiffs*

I, Jonathan Mulligan, declare as follows:

1. I am a clinical fellow at UC Davis School of Law's Immigration Law Clinic. I am admitted to practice law in New York (State Bar #5405840) and I am currently pending admission to the California State Bar as a Registered Legal Service Attorney.

2. I am fluent in both English and Spanish.

3. On Wednesday, October 10, 2018, I spoke with Eduardo P., Next Friend of Sirena P, at 5:03 PM and on Thursday, October 11, 2018 at 11:51 am, both times by telephone. Eduardo P. iterated that both he and Sirena P. will be available for depositions, discovery, court appearances and to otherwise adequately represent the class of Plaintiffs in the *Lucas R.* litigation. Eduardo P. and I spoke and he demonstrated a basic understanding of the underlying claims in the litigation and a basic understanding of the manner in which a class action lawsuit functions. He also iterated that he and Sirena P. are committed to ensuring that class counsel serves the best interests of the class members.

4. On Wednesday, October 10, 2018, I spoke with Isabella F., Next Friend of Benjamin F, as 5:14 PM by telephone and again on Thursday, October 11, 2018 at 12:02 PM. Isabella F. iterated that she will be available for depositions, court appearances and to otherwise adequately represent the class of Plaintiffs in the *Lucas R.* litigation, while also representing Benjamin F.'s interests due to his limited verbal abilities. Isabella F. and I spoke and she demonstrated a basic understanding of the underlying claims in the litigation and a basic understanding of the manner in which a class action lawsuit functions. She also iterated that she and by extension, Benjamin F., are committed to ensuring that class counsel serves the best interests of the class members.

5. Both Eduardo P. and Isabella F. are willing and able to sign declarations corroborating what we spoke about on the phone and what is contained in this declaration.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th
2  day of October, 2018, at Davis, California.

*[signature]*

Jonathan Mulligan