# Exhibit 34

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 34
Page 317

| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **CLASS ACTION** |
| v. | **DECLARATION OF MIGUEL ANGEL S. IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | Complaint Filed: June 29, 2018<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

```
 1   HOLLY S. COOPER (197626)
     Co-Director, Immigration Law Clinic
 2   CARTER C. WHITE (164149)
     Director, Civil Rights Clinic
 3   University of California Davis School of Law
     One Shields Ave. TB 30
 4   Davis, CA 95616
     Telephone: (530) 754-4833
 5   Email: hscooper@ucdavis.edu
            ccwhite@ucdavis.edu
 6
     NATIONAL CENTER FOR YOUTH LAW
 7   LEECIA WELCH (208741)
     NEHA DESAI (CAL. RLSA NO. 803161)
 8   FREYA PITTS (295878)
     POONAM JUNEJA (300848)
 9   405 14th Street, 15th Floor
     Oakland, CA 94612
10   Telephone: (510) 835-8098
     Email:  lwelch@youthlaw.org
11           ndesai@youthlaw.org
             pjuneja@youthlaw.org
12           fpitts@youthlaw.org

13   NATIONAL CENTER FOR YOUTH LAW
     CRYSTAL ADAMS (308638)
14   1313 L St. NW, Suite 130
     Washington, DC 20005
15   Telephone: (202) 868-4785
     Email:  cadams@youthlaw.org
16
     COOLEY LLP
17   SUMMER J. WYNN (240005)
     MARY KATHRYN KELLEY (170259)
18   JON F. CIESLAK (268951)
     MEGAN L. DONOHUE (266147)
19   4401 Eastgate Mall
     San Diego, CA  92121
20   Telephone: (858) 550-6000
     Facsimile:  (858) 550-6420
21   Email:  swynn@cooley.com
             mkkelley@cooley.com
22           jcieslak@cooley.com
             mdonohue@cooley.com
23
     Attorneys for Plaintiffs
24
25
26
27
28
                                1.   MIGUEL ANGEL S. DECL. ISO REPLY RE MOTION
                                         FOR CLASS CERTIFICATION
                                     CASE NO. 2:18-CV-05741 DMG PLA
```

Exhibit 34
Page 319

I, ███████████████████████, declare as follows:

1. I am seventeen years old. I have been detained at the Yolo Juvenile Detention Facility since March of 2018.

2. While detained at Yolo, I met the attorneys for the *Lucas R.* case. We spoke several times before the case began. I wanted to participate in this case because I believe that I have been mistreated in detention. I know that other children have also been mistreated and I want to be a voice for them. I want to be a leader and to help get justice for myself and the other children. We are children and immigrants, we don't deserve this treatment or to be detained like this, for this long a time period.

3. I understand what the case says about all the bad things that have happened to me and other children while we have been detained.

4. I think that my case is an example of what lots of children are suffering. That is why I wanted to participate and help. What has happened to me has happened to others and if the case can use my example to help them and me, then I think it is a good thing.

5. I have spoken with the attorneys on this case at least every week. I am very comfortable with them and they know me and my story. I also share my thoughts with them and I will make sure they are doing what is right for all of us detained children.

6. Even if I am released from Yolo, I will continue to be a leader in this case. I will go to court or answer questions when it is needed.

7. This declaration was translated to me orally in my native Spanish and everything is true and correct to the best of my knowledge.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th
2  day of October, 2018, at Woodland, California.

[signature redacted]

## CERTIFICATE OF TRANSLATION

My name is Jonathan Mulligan and I swear that I am fluent in both English and Spanish and I translated the foregoing declaration orally from English to Spanish to the best of my abilities.

Dated: October 11, 2018

*/s/ Jonathan Mulligan*