# Exhibit 35

**REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL**

Exhibit 35
Page 323

| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| | 256 South Occidental Boulevard |
| 3 | Los Angeles, CA 90057 |
| | Telephone: (213) 388-8693 |
| 4 | Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **CLASS ACTION** |
| v. | **DECLARATION OF GABRIELA N. IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | Complaint Filed: June 29, 2018 |
| | Trial Date: None Set |
| | Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
　　　　ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org
　　　　fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
　　　　mkkelley@cooley.com
　　　　jcieslak@cooley.com
　　　　mdonohue@cooley.com

*Attorneys for Plaintiffs*

1. **GABRIELA N. DECL. ISO REPLY RE MOTION FOR CLASS CERTIFICATION**
CASE NO. 2:18-CV-05741 DMG PLA

Exhibit 35
Page 325

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. I execute this declaration to update the declaration made in August 2018. If called to testify in this case, I would testify competently about these facts.

2. I am currently residing at a placement in San Jose, California.

3. In my over twenty months detained in ORR custody, I have had many difficult experiences and have witnessed other detained youth experience similar hardships. I chose to be a part of this lawsuit because I want to share my story and serve as a voice for the many youth who have faced and continue to face these injustices. I want to help protect other youth from experiencing what my peers and I have experienced.

4. I am willing and able to make myself available for depositions, discovery, and trial.

5. Since July 2018, I have spoken with Crystal Adams, one of the attorneys in the case, about once a week, every week. During our weekly conversations, Ms. Adams regularly explains the claims in the lawsuit, informs me of updates in the lawsuit, and confirms my continued understanding of and commitment to the lawsuit. I understand each claim and believe that my experience is representative of each claim.

6. During our weekly calls, Ms. Adams has also explained to me that this case is a class action lawsuit. I understand what a class action lawsuit is, and I understand that I am offering my case as representative of those of the class.

7. I am committed to ensuring that Ms. Adams and the other attorneys representing the class serve the best interests of class members, as opposed to the attorneys' own interests.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11 day of October, 2018, at San Jose, California.

1

Exhibit 35
Page 326



CERTIFICATE OF TRANSLATION

1
2
3   I, __KARINA MARQUEZ__, hereby certify that I am proficient in both Spanish and English, and
4   that I accurately translated the foregoing statement and read it back to ▬▬▬▬
5   in its entirety in Spanish on October 11, 2018.
6
7
8
9                                    _____
10                                         Karina Marquez
11
12
...
24

Exhibit 35
Page 327