CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al.,<br>Plaintiffs,<br>v.<br>ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br>Defendants. | Case No. CV 2:18-CV-05741 DMG PLA<br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5, and the Court's Order granting leave to use pseudonyms (ECF 18), Plaintiffs submit this Application seeking leave to file under seal portions of Exhibits 34 and 35 submitted in support of their Reply in Support of Motion for Class Certification. As required by Local Rule 79-5.2.2(a), Plaintiffs submits concurrently with this application the declaration of Jon Cieslak, redacted and unredacted versions of the Exhibits, and a proposed order.

Exhibit 34 includes the full name of Plaintiff Miguel Angel S. Miguel Angel S. is a minor who was until recently in the immigration detention custody of the Office of Refugee Resettlement (ORR), and he has an interest in maintaining his privacy. Exhibit 35 includes the full name of Plaintiff Gabriela N. Gabriela N. is a minor who was until recently in the immigration detention custody of the Office of Refugee Resettlement (ORR), and she has an interest in maintaining her privacy.

## I. LEGAL STANDARD

"[A] court may seal records only when it finds a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* at 1096-97. Under this standard, the "party seeking to seal a judicial record then bears the burden of . . . articulat[ing] compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citations omitted). The court must "conscientiously balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (internal quotation marks and citations omitted).

## II. ARGUMENT

### A. There are compelling reasons to seal the information that Plaintiffs seek to protect from public disclosure.

These documents contain the true names of minor Plaintiffs, for whom the Court has already permitted to use pseudonyms. In combination with other filings in this matter, the documents would reveal highly personal information regarding the Plaintiffs, disclosure of which would cause significant harm.

First, the materials filed in this matter—which could be connected to Plaintiffs if the Exhibits are not sealed—address a number of very sensitive and personal matters, including the private health information and treatment of Plaintiffs. Courts have recognized a constitutionally protected interest in avoiding disclosure of such personal matters, including medical information. *Doe v. Beard,* 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases); *see also Globe Newspaper Co. v. Superior Court*, 457 U.S. 596, 607 (1982) (finding that "safeguarding the physical and psychological well-being of a minor" is a compelling interest).

Second, the Exhibits indirectly implicate the details of Plaintiffs' immigration detention and asylum claims. Federal law and policy maintain personally identifying information related to such matters as confidential, particularly for minors in the custody of the Office of Refugee Resettlement. *See, e.g.*, 8 C.F.R. § 236.6 (prohibiting release of "the name of, or other information relating, to" immigration detainees); 8 C.F.R. § 208.6 (maintaining confidentiality of asylum applications and related records).

Third, the sensitive subject matter at issue – including private health information and immigration detention – is based exclusively on Plaintiffs' experiences as minors. Federal courts recognize the importance of protecting minors' identities and personal information in court proceedings. *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Estate*, 625 F.3d 1182, 1187 (9th Cir. 2010) (Reinhardt, J., dissenting from denial of reh'g en banc) ("The interest of minors in privacy is greater than the public's interest in

learning their names, even when there is no particular threat to the juvenile's physical safety or wellbeing.").

**B. Plaintiffs' sealing request is narrowly tailored.**

Plaintiffs seek only a limited sealing order that permits them to file unredacted versions of Exhibits 34 and 35 under seal and redacted versions of Exhibits 34 and 35 in the public record. Other relevant information important to Plaintiffss presentation of the issues, will still be maintained in the public record, and the Court's resolution of these matters will be public as well. Accordingly, filing portions of these Exhibits under seal is the least restrictive method of ensuring Plaintiffs' privacy while permitting the public access to the maximum amount of information.

## III. CONCLUSION

For the reasons set forth above, Plaintiffs respectfully request leave to file portions of Exhibits 34 and 35 under seal.

Dated: October 15, 2018

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)

By: *s/Jon F. Cieslak*
Jon F. Cieslak (268951)

4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
mkkelley@cooley.com
jcieslak@cooley.com
mdonohue@cooley.com

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org
fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

*Attorneys for Plaintiffs*

5.