UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>　　　　Defendants. | Case No.  2:18-cv-05741 DMG PLA<br><br>**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** |

Pending before the Court is Plaintiffs' application for leave to file under seal portions of Exhibits 34 and 35 offered in support of their Reply in Support of Motion for Class Certification.

Having considered the papers submitted by Plaintiffs and reviewed the material that Plaintiffs seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

1. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 34 and 35 in support of their Reply in Support of Motion for Class Certification. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

2. Plaintiffs' redacted versions of Exhibits 34 and 35 are hereby accepted as the public versions of those documents.

IT IS SO ORDERED.

DATED:

                         DOLLY M. GEE
                UNITED STATES DISTRICT JUDGE

1.

[PROPOSED] ORDER GRANTING APPLICATION FOR
LEAVE TO FILE UNDER SEAL
CASE NO. 2:18-CV-05741 DMG PLA