1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br> Defendants. | Case No.: CV 18-5741-DMG (PLAx) <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF REPLY RE MOTION FOR CLASS CERTIFICATION [115]** |

1   Pending before the Court is Plaintiffs' unopposed application for leave to file under seal portions of Exhibit 34 (Miguel Angel S.'s Declaration) and Exhibit 35 (Gabriela N.'s Declaration) offered in support of their Reply re the Motion for Class Certification. [Doc. # 115.]

Having considered the papers submitted by Plaintiffs and reviewed the material that Plaintiffs seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established. The Court therefore **GRANTS** their request.

Accordingly, it is hereby **ORDERED**:

1. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file Docket Entry Nos. 116-1 and 116-2 under seal **within three (3) days** of the date of this Order; and

2. Plaintiffs shall refile on the public docket the redacted versions of the aforementioned documents found in Docket Entry Nos. 114-2 and 114-3.

**IT IS SO ORDERED.**

DATED: October 17, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE