CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **CLASS ACTION** |
| v. | **PLAINTIFFS' NOTICE OF FILING OF REDACTED EXHIBITS** |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | Complaint Filed: June 29, 2018<br>Trial Date: None Set |
| Defendants. | Judge: Hon. Dolly M. Gee |

1  Pursuant to the Court's order (ECF 117), Plaintiff hereby files redacted versions
2  of the following documents:
3    1. Docket Entry No. 114-2; and
4    2. Docket Entry No. 114-3.

| | |
|---|---|
| Dated: October 19, 2018 | COOLEY LLP<br>SUMMER J. WYNN (240005)<br>MARY KATHRYN KELLEY (170259)<br>JON F. CIESLAK (268951)<br>MEGAN L. DONOHUE (266147)<br><br>By: *s/Jon F. Cieslak*<br>    Jon F. Cieslak (268951)<br><br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6000<br>Facsimile: (858) 550-6420<br>Email: swynn@cooley.com<br>       mkkelley@cooley.com<br>       jcieslak@cooley.com<br>       mdonohue@cooley.com<br><br>HOLLY S. COOPER (197626)<br>Co-Director, Immigration Law Clinic<br>CARTER C. WHITE (164149)<br>Director, Civil Rights Clinic<br>University of California Davis School of Law<br>One Shields Ave. TB 30<br>Davis, CA 95616<br>Telephone: (530) 754-4833<br>Email: hscooper@ucdavis.edu<br>       ccwhite@ucdavis.edu<br><br>NATIONAL CENTER FOR YOUTH LAW<br>LEECIA WELCH (208741)<br>NEHA DESAI (CAL. RLSA NO. 803161)<br>FREYA PITTS (295878)<br>POONAM JUNEJA (300848)<br>405 14th Street, 15th Floor<br>Oakland, CA 94612<br>Telephone: (510) 835-8098<br>Email: lwelch@youthlaw.org<br>       ndesai@youthlaw.org<br>       pjuneja@youthlaw.org<br>       fpitts@youthlaw.org<br><br>NATIONAL CENTER FOR YOUTH LAW<br>CRYSTAL ADAMS (308638)<br>1313 L St. NW, Suite 130<br>Washington, DC 20005<br>Telephone: (202) 868-4785<br>Email: cadams@youthlaw.org<br>Attorneys for Plaintiffs |