# Exhibit 35

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exhibit 35**
**Page 323**

1   CENTER FOR HUMAN RIGHTS &
    CONSTITUTIONAL LAW
2   CARLOS R. HOLGUIN (90754)
    256 South Occidental Boulevard
3   Los Angeles, CA 90057
    Telephone: (213) 388-8693
4   Email: crholguin@centerforhumanrights.org

5   *Attorneys for Plaintiffs*

6   *Additional counsel listed on following page*

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN

11

12  LUCAS R., et al.,                    Case No.  2:18-CV-05741 DMG PLA

13              Plaintiffs,              **CLASS ACTION**

14       v.                             **DECLARATION OF GABRIELA N.
                                         IN SUPPORT OF REPLY IN
15  ALEX AZAR, SECRETARY OF U.S.         SUPPORT OF MOTION FOR
    DEPARTMENT OF HEALTH AND             CLASS CERTIFICATION**
16  HUMAN SERVICES, et al.,

17              Defendants.              Complaint Filed: June 29, 2018
                                         Trial Date: None Set
18                                       Judge: Hon. Dolly M. Gee

19

20

21

22

23

24

25

26

27

28

1    HOLLY S. COOPER (197626)
     Co-Director, Immigration Law Clinic
2    CARTER C. WHITE (164149)
     Director, Civil Rights Clinic
3    University of California Davis School of Law
     One Shields Ave. TB 30
4    Davis, CA 95616
     Telephone: (530) 754-4833
5    Email: hscooper@ucdavis.edu
             ccwhite@ucdavis.edu
6
     NATIONAL CENTER FOR YOUTH LAW
7    LEECIA WELCH (208741)
     NEHA DESAI (CAL. RLSA NO. 803161)
8    FREYA PITTS (295878)
     POONAM JUNEJA (300848)
9    405 14th Street, 15th Floor
     Oakland, CA 94612
10   Telephone: (510) 835-8098
     Email:  lwelch@youthlaw.org
11           ndesai@youthlaw.org
             pjuneja@youthlaw.org
12           fpitts@youthlaw.org

13   NATIONAL CENTER FOR YOUTH LAW
     CRYSTAL ADAMS (308638)
14   1313 L St. NW, Suite 130
     Washington, DC 20005
15   Telephone: (202) 868-4785
     Email:  cadams@youthlaw.org
16
     COOLEY LLP
17   SUMMER J. WYNN (240005)
     MARY KATHRYN KELLEY (170259)
18   JON F. CIESLAK (268951)
     MEGAN L. DONOHUE (266147)
19   4401 Eastgate Mall
     San Diego, CA  92121
20   Telephone: (858) 550-6000
     Facsimile:  (858) 550-6420
21   Email:  swynn@cooley.com
             mkkelley@cooley.com
22           jcieslak@cooley.com
             mdonohue@cooley.com
23
     *Attorneys for Plaintiffs*
24

25

26

27

28

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. I execute this declaration to update the declaration made in August 2018. If called to testify in this case, I would testify competently about these facts.

2. I am currently residing at a placement in San Jose, California.

3. In my over twenty months detained in ORR custody, I have had many difficult experiences and have witnessed other detained youth experience similar hardships. I chose to be a part of this lawsuit because I want to share my story and serve as a voice for the many youth who have faced and continue to face these injustices. I want to help protect other youth from experiencing what my peers and I have experienced.

4. I am willing and able to make myself available for depositions, discovery, and trial.

5. Since July 2018, I have spoken with Crystal Adams, one of the attorneys in the case, about once a week, every week. During our weekly conversations, Ms. Adams regularly explains the claims in the lawsuit, informs me of updates in the lawsuit, and confirms my continued understanding of and commitment to the lawsuit. I understand each claim and believe that my experience is representative of each claim.

6. During our weekly calls, Ms. Adams has also explained to me that this case is a class action lawsuit. I understand what a class action lawsuit is, and I understand that I am offering my case as representative of those of the class.

7. I am committed to ensuring that Ms. Adams and the other attorneys representing the class serve the best interests of class members, as opposed to the attorneys' own interests.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this __11__ day of October, 2018, at San Jose, California.

███████████████████████████

1

**Exhibit 35**
**Page 326**



CERTIFICATE OF TRANSLATION

I, KARINA MARQUEZ, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ███████████ in its entirety in Spanish on October 11, 2018.

Karina Marquez

**Exhibit 35**
**Page 327**