JOSEPH H. HUNT
Assistant Attorney General
Civil Division
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
   P.O. Box 878
   Ben Franklin Station
   Washington, DC 20044
   Telephone: (202) 305-7816
   Facsimile:  (202) 616-4950
   andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al., <br> Plaintiffs, <br><br> vs. <br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al., <br> Defendants | Case No.: 2-18-CV-05741 <br><br> UNOPPOSED MOTION TO STRIKE PORTIONS OF PARAGRAPH 7 OF THE DECLARATION OF JAMES S. DE LA CRUZ, ECF 100-1 <br><br> Honorable Judge Dolly Gee |

Defendants ask this Court to strike portions of paragraph 7 of the September 28, 2018 Declaration of James S. De La Cruz filed at ECF100-1.  In support thereof, Defendants aver the following:

1. On September 28, 2018, Defendants filed the Declaration of James S. De La Cruz.  ECF 100-1.

2. The declaration updated the Court on the status of seven named Plaintiffs using their pseudonyms.

3. The information contained in the declaration was based upon the declarant's review of the Department of Health and Human Services's records, as well as, information provided to the declarant by the Department's employees.

4. Paragraph 7 of the declaration contained information regarding "Miguel Angel S."

5. The parties have agreed to excise a portion of the declaration to omit extraneous information with regard to Miguel Angel S., not relevant to the adjudication of the pending motions (to dismiss and to certify a class), and which Plaintiffs contend is confidential.

6. This request is made in good faith.

7. Defendants thus move the Court to strike the declaration of James S. De La Cruz filed on September 28, 2018, and found at ECF No. 100-1, and

replace it with the attached declaration dated *nunc pro tunc* that does not contain extraneous information regarding Miguel Angel S. that Plaintiffs contend is confidential.

8. Counsel for Plaintiffs indicated that they do not oppose this motion. This unopposed motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on October 24, 2018.

Dated this 26th day of October 2018.

                                    RESPECTFULLY SUBMITTED,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

   /s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-7816
Facsimile:  (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

# CERTIFICATE OF SERVICE

I certify that on October 26, 2018, I caused a copy of the foregoing Unopposed Motion to Strike Portions of Paragraph 7 of the Declaration of James S. De La Cruz, ECF 100-1, to be filed through the Court's CM/ECF system, which caused a copy to be served on Petitioners' record counsel.

    /s/ Benjamin Mark Moss
BENJAMIN MARK MOSS
U.S. Department of Justice