UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,
Plaintiffs,

vs.

ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,
Defendants.

Case No.: 2:18-CV-05741

**DECLARATION OF JAMES S. DE LA CRUZ**

James S. De La Cruz, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the Senior Field Program Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS"). The following statements are based on my review of HHS records and information contained therein, and information supplied to me by current HHS employees pertaining to each of the named Plaintiffs in the above-captioned lawsuit: "Lucas R.;" "Daniela Marisol T.;" "Gabriela N.;" "Miguel Angel S.;" "Jaime D.;" Sirena P.;" and "Benjamin F." The aforementioned

names are pseudonyms for unaccompanied alien children ("UACs") who are or were previously in care with ORR.

2.  On September 8, 2018, Lucas R. was released from ORR custody at Shiloh Residential Treatment Center ("Shiloh RTC" or "Shiloh") in Manvel, Texas, to the care of his (half) brother sponsor in Los Angeles, California. ORR originally anticipated an earlier release date on September 6, 2018; however, Lucas R.'s Case Manager had difficulty reaching the brother by phone in order to finalize travel arrangements.

3.  On September 16, 2018, Sirena P. was released from ORR custody at Shiloh RTC to her sponsor father who lives in Ontario, California. Sirena P. was referred to post-release services in order to meet her mental health needs in the community.

4.  On September 15, 2018, Benjamin F. was released from ORR custody at Shiloh RTC to his sponsor maternal grandmother who lives in Los Angeles, California.

5.  Daniela Marisol T. is currently placed in a shelter with Bethany USCCB in Kentwood, Michigan. ORR anticipates that Daniela Marisol T. will be released to her sister in Minnesota pending completion of fingerprint requirements for herself and finding an alternate caregiver in accordance with ORR's standard policies and procedures. *See* ORR Guide to Children Entering

the United States Unaccompanied ("ORR Guide"), at Section 2.6.2 (available at http://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied, last visited September 28, 2018). The sister has satisfied other requirements for sponsorship and has undergone a home study with positive results.

6. On September 14, 2018, Gabriela N. was accepted into the Unaccompanied Refugee Minor (URM) program in San Jose, California, which is nearby to where her grandfather lives in Oakland, California. Gabriela N., who is currently in ORR custody and placed at Catholic Charities in Houston, Texas, is scheduled to be released to the URM program on October 2, 2018. Participants in the URM program receive the full range of assistance, care, and services available to all foster children in the state where the child is placed. *See* http://www.acf.hhs.gov/orr/program/urm/about (describing URM program). Both Gabriela's Child Advocate and immigration attorney expressed their views that if Gabriela could not be placed with her grandfather, they would be supportive of her participation in the URM program.

7. Miguel Angel S. is currently in ORR custody and placed at the Yolo secure juvenile detention facility ("Yolo") in Woodland, California. It is anticipated that Miguel Angel S. will be released from ORR custody to the care of his "father". (Miguel considers Gerardo S. to be his "father;" however, DNA

testing obtained by ORR shows that Gerardo S. is not Miguel's biological father.)

8. Jaime D. is currently placed in a shelter in Dobbs Ferry, New York. ORR anticipates that Jaime D. will be released to his aunt living in Riverdale, Maryland, once a Child Abuse and Neglect (CA/N) check is done, per standard ORR policies and procedures (see PRR Guide, Section 2.5.1), and her fingerprints and the fingerprints of an alternative caregiver identified by the sponsor are processed. All other suitability requirements have been satisfied, and the home study resulted in a positive recommendation.

Dated: Washington D.C. and signed today *nunc pro tunc* for September 28, 2018.

Today's date: October 26, 2018

_____
James De La Cruz