JOSEPH H. HUNT
Assistant Attorney General
Civil Division
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
   P.O. Box 878
   Ben Franklin Station
   Washington, DC 20044
   Telephone: (202) 305-7816
   Facsimile:  (202) 616-4950
   andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al.,<br>Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al.,<br>Defendants | Case No.: 2-18-CV-05741<br><br>[PROPOSED ORDER] TO STRIKE PORTIONS OF PARAGRAPH 7 OF THE DECLARATION OF JAMES S. DE LA CRUZ, ECF 100-1<br><br>Honorable Judge Dolly Gee |

1   The Court hereby GRANTS the unopposed motion to strike certain portions
2   of paragraph 7 of the Declaration of James S. De La Cruz filed on September 28,
3   2018.  The clerk is hereby directed to strike the Declaration of James S. De La
4   Cruz filed on September 28, 2018, and found at ECF No. 100-1, and replace it with
5   the Declaration of James S. De La Cruz filed this day *nunc pro tunc*.

7   Dated this ___th day of October 2018.          _____
                                                    Honorable Judge Dolly Gee
8                                                   United States District Court Judge