UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>ORDER RE UNOPPOSED MOTION TO STRIKE PORTIONS OF PARAGRAPH 7 OF THE DECLARATION OF JAMES S. DE LA CRUZ, DOC. # 100-1 [120] |

On September 28, 2018, Defendants filed the Declaration of James S. De La Cruz, which informed the Court that certain named Plaintiffs had been released from the custody of the Office of Refugee Resettlement. [Doc. ## 100, 100-1.] On October 26, 2018, Defendants filed an Unopposed Motion to strike portions of paragraph 7 of De La Cruz's Declaration that Plaintiffs contend is confidential, and to refile a version of the Declaration that does not include that material. [Doc. # 120.] The Court **GRANTS** Defendants' Unopposed Motion and issues the following rulings:

1. The Court **DIRECTS** the Court clerk to place Docket Entry Nos. 100 and 100-1 *under seal* such that these documents will no longer be available to the public or the parties to this matter; and

2. **Within three (3) days** of this Order, Defendants shall refile the Declaration of James S. De La Cruz that is currently found in Docket Entry No. 120-1.

DATED:  October 29, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE