JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
   P.O. Box 878
   Ben Franklin Station
   Washington, DC 20044
   Phone: (202) 305-7816
   Fax: (202) 616-4950
   marina.c.stevenson@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*, <br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*, <br> Defendants. | Case No.: 2:18-CV-05741-DMG-PLA <br><br> NOTICE OF FILING OF DECLARATION <br><br> Hearing on Motion: <br> November 2, 2018 at 9:30am <br><br> Honorable Dolly Gee |

NOTICE OF FILING OF DECLARATION     1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that, in accordance with the Court's October 30, 2018 Order, ECF No. 121, Defendants file the attached nunc pro tunc declaration of James S. De La Cruz, to replace the Declaration of James S. De La Cruz, ECF No. 100-1.

DATED:  November 1, 2018.                             Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BENJAMIN MARK MOSS
Trial Attorney
ANDREW B. INSENGA
Trial Attorney

 s/  Marina C. Stevenson
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-3797
Fax:  (202) 616-4950
marina.c.stevenson@usdoj.gov
Attorneys for Defendants

# CERTIFICATE OF SERVICE

I certify that, on November 1, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiff's counsel of record.

DATED:  November 1, 2018.            Respectfully submitted,

                                              s/  Marina C. Stevenson
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-2797
Fax:  (202) 616-4950
marina.c.stevenson@usdoj.gov
Attorney for Defendants