JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
MARINA STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone:  (202) 305-2797
    Fax:  (202) 616-4950
    marina.c.stevenson@usdoj.gov
Attorneys for DEFENDANTS

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,

Plaintiffs,

    v.

ALEX AZAR, Secretary of U.S. Dep't of
Health and Human Services, *et al.*,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:18-CV-05741-DMG-PLA

NOTICE OF FILING OF
DECLARATION RE: STATUS OF
PROPOSED CLASS MEMBERS

Hearing on Motion: None Requested

Honorable Dolly Gee

**TO ALL PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

Please Take Notice that Defendants file this notice and the attached declaration of James S. De La Cruz to apprise the Court of the current status of all of the proposed class members.

DATED:  November 1, 2018.            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
ANDREW B. INSENGA
Trial Attorney

  s/  Marina C. Stevenson
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-3797
Fax:  (202) 616-4950
marina.c.stevenson@usdoj.gov

# <u>CERTIFICATE OF SERVICE</u>

I certify that, on November 1, 2018, I caused the foregoing documents to be filed via the CM/ECF system, which caused a copy to be served on Plaintiff's counsel of record.

DATED:  November 1, 2018.          Respectfully submitted,

       /s/  Marina C. Stevenson
MARINA C. STEVENSON
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-3797
Fax:  (202) 616-4950
marina.c.stevenson@usdoj.gov
Attorney for Defendants