UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,
Plaintiffs,

vs.

ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,
Defendants.

Case No.: 2:18-CV-05741

**DECLARATION OF JAMES S. DE LA CRUZ**

James S. De La Cruz, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the Senior Field Program Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS"). The following amended statements are based on my review of updated HHS records and information contained therein, and information supplied to me by current HHS employees pertaining to each of the named Plaintiffs in the above-captioned lawsuit: "Lucas R.;" "Daniela Marisol T.;" "Gabriela N.;" "Miguel Angel S.;" "Jaime D.;" Sirena P.;" and "Benjamin F."

The aforementioned names are pseudonyms for unaccompanied alien children ("UACs") who were previously in care with ORR's UAC Program. The names of the children's sponsors, to the extent mentioned below, are also pseudonyms.

2. On September 8, 2018, Lucas R. was released from ORR custody at Shiloh Residential Treatment Center ("Shiloh RTC") in Manvel, Texas, to the care of his (half) brother sponsor in Los Angeles, California.

3. On September 14, 2018, Gabriela N. was released from a Catholic Charities shelter in Houston, Texas to the Unaccompanied Refugee Minor (URM) program in San Jose, California, which is nearby where her grandfather lives in Oakland, California.

4. On September 15, 2018, Benjamin F. was released from ORR custody at Shiloh RTC to the care of his sponsor maternal grandmother in Los Angeles, California.

5. On September 16, 2018, Sirena P. was released from ORR custody at Shiloh RTC to the care of her sponsor father in Ontario, California.

6. On October 11, 2018, Miguel Angel S. was released from the Yolo secure juvenile detention facility ("Yolo") in Woodland, California, to the care of his sponsor Gerardo S., the individual he considers to be his father, who lives in San Jose, California.

7. On October 19, 2018, Daniela Marisol T. was released from ORR custody at Bethany shelter operated by the United States Conference of Catholic Bishops (USCCB) in Kentwood, Michigan, to the care of her sponsor sister in St. Paul, Minnesota.

8. On October 20, 2018, Jaime D. was released from ORR custody at a shelter care placement in Dobbs Ferry, New York, to the care of his aunt sponsor, who lives in Riverdale, Maryland.

Dated: Washington D.C.

November 1, 2018

_____

James De La Cruz

DECLARATION OF JAMES S. DE LA CRUZ - 3