JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
SHERRY D. SOANES
Trial Attorney
Virginia State Ba 41918
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4108
Facsimile: (202) 616-4950
Electronic mail: sherry.soanes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al*., <br><br> Defendants, | Case No.: 2-18-CV-05741 <br><br> NOTICE OF APPEARANCE <br><br><br> Honorable Dolly M. Gee |

　　　　Please take notice that United States Department of Justice Attorney, Sherry Denise Soanes enters her appearance in this matter as co-counsel on behalf of the Defendants in their official capacity.

DATED this 2nd day of November 2018.

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | JOSEPH H. HUNT<br>Assistant Attorney General |
| 4 | United States Department of Justice<br>Civil Division |
| 5 | |
| 6 | ERNESTO H. MOLINA, JR. |
| 7 | Deputy Director<br>Office of Immigration Litigation |
| 8 | |
| 9 | BRIENA L. STRIPPOLI<br>Senior Litigation Counsel |
| 10 | |
| 11 |    */s/ Sherry D. Soanes* |
| 12 | SHERRY D. SOANES<br>Trial Attorney |
| 13 | Virginia Bar State Number 41918 |
| 14 | Ben Franklin Station<br>Post Office Box 868 |
| 15 | Washington, D.C. 20044 |
| 16 | Telephone No.:  (202) 532-4108<br>Facsimile No.:   (202) 616-8962 |
| 17 | Electronic Mail: sherry.soanes@usdoj.gov |
| 18 | |
| 19 | Attorneys for DEFENDANTS |