UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   CV 18-5741-DMG (PLAx)                               Date   November 2, 2018

Title   *Lucas R., et al. v. Alex Azar, et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos Holguin | Andrew B. Insenga, USDOJ |
| Megan L. Donohue | |
| Jon F. Cieslak | |
| Leecia Welch | |

**Proceedings:   PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [97]**

**DEFENDANTS' MOTION TO DISMISS, AND ALTERNATIVE MOTION TO TRANSFER [101]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Parties submit on the tentative ruling. The tentative ruling stands and a written order will issue.

Defendants' request for an extension of time to file an answer to the first amended complaint is GRANTED. Defendants shall file their answer by January 4, 2019.

:02