JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice - Civil Division
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    Phone: (202) 305-7816
    Fax:  (202) 616-4950
    andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al., <br> Plaintiffs, <br><br> vs. <br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, et al., <br> Defendants | Case No.: 2-18-CV-05741 <br><br> NOTICE OF MOTION TO RECONSIDER THE COURT'S NOVEMBER 2, 2018 ORDER <br><br> Hearing on Motion: <br> December 14, 2018 <br><br> Honorable Judge Dolly Gee |

To Plaintiffs and their attorneys of record:

Please take notice that December 14, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants will and do hereby move the Court, to reconsider its November 2, 2018 Order granting Plaintiff's motion for class certification.  This motion is based upon the accompanying memorandum of law and all other matters of record.  Pursuant to Local Rule 7-3, Defendants made a good faith and diligent effort to comply with the conference requirement. Defendants contacted Petitioners on November 9, 2018, by phone and were asked to send an email.  In that email, sent the same day, Defendants indicated the general reasons for this motion and attempted to set a time to meet and confer. Defendants sent an email on November 16, 2018, but Plaintiffs were unable to meet and confer.

1  JOSEPH H. HUNT
   Assistant Attorney General
2  Civil Division
   ERNESTO H. MOLINA, JR.
3  Deputy Director
   BRIENA L. STRIPPOLI
4  Senior Litigation Counsel
   BENJAMIN MARK MOSS
5  Trial Attorney
   MARINA STEVENSON
6  Trial Attorney

7      /s/  Andrew B. Insenga
   ANDREW B. INSENGA
8  Trial Attorney
   Office of Immigration Litigation
9  Civil Division
   U.S. Department of Justice
10 P.O. Box 878
   Ben Franklin Station
11 Washington, DC 20044
   Phone:  (202) 305-7816
12 Fax:  (202) 616-4950
   andrew.insenga@usdoj.gov
13 Attorneys for DEFENDANTS

# **CERTIFICATE OF SERVICE**

I certify that, on November 16, 2018, I caused the foregoing notice and the memorandum in support of the motion to be filed via the CM/ECF system, which caused a copy to be served on Plaintiffs' counsel of record.

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
BRIENA L. STRIPPOLI
Senior Litigation Counsel
BENJAMIN MARK MOSS
Trial Attorney
MARINA STEVENSON
Trial Attorney

     /s/  Andrew B. Insenga
ANDREW B. INSENGA
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Phone:  (202) 305-7816
Fax:  (202) 616-4950
andrew.insenga@usdoj.gov
Attorneys for DEFENDANTS