CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org

*Listing continued on next page*

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs/Petitioners,<br><br>　v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>　　　　Defendants/Respondents. | Case No. 2:18-CV-05741-DMG-PLA<br><br>**JOINT STIPULATION FOR CONTINUANCE OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO RECONSIDER**<br><br>Defendants' Motion to Reconsider Hearing Date: December 14, 2018<br><br>Requested Hearing Date for Defendants' Motion to Reconsider: Oral Argument Waived<br><br>Honorable Dolly Gee |

1.　　**JOINT STIPULATION TO EXTEND HEARING ON MOTION TO RECONSIDER**
**CV 2:18-CV-05741**

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
    ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar. No. 208741)
NEEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
    ndesai@youthlaw.org
    pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L. St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY ( Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
    mkkelley@cooley.com

2.

**JOINT STIPULATION TO EXTEND HEARING ON MOTION TO RECONSIDER**
**CV 2:18-CV-05741**

| | |
|---|---|
| 1 | jcieslak@cooley.com |
| 2 | mdonohue@cooley.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 3. **JOINT STIPULATION TO EXTEND HEARING ON MOTION TO RECONSIDER** <br> **CV 2:18-CV-05741** |

Pursuant to Federal Rule of Civil Procedure 6(b), the Parties hereby stipulate and jointly move the Court to continue the briefing schedule for Defendants' Motion to Reconsider the Court's November 2, 2018 Order, and hereby waive oral argument. The Parties request that Plaintiffs file their opposition no later than December 7, 2018, and that Defendants file their reply no later than December 21, 2018. In support of the motion, the Parties state as follows:

1. Defendants' filed their Motion to Reconsider the Court's November 2, 2018 Order on Plaintiffs' Motion for Class Certification, Defendants' Motion to Dismiss, and Defendants' Motion to Transfer on November 16, 2018, with a hearing date of December 14, 2018. (ECF 127.)

2. Despite diligent efforts by both Plaintiffs and Defendants, the Parties were unable to meet and confer prior to Defendants filing their Motion to Reconsider on November 16, 2018. As such, the Parties did not have an opportunity to discuss a mutually acceptable hearing date, particularly in the midst of the holiday season.

3. In observance of the Thanksgiving holiday and the Court's corresponding closure this week, Plaintiffs cannot reasonably respond to the Defendants' Motion to Reconsider by Wednesday, November 21, 2018.

4. The requested extensions will permit both parties sufficient time to prepare further briefing on the motions while meeting other case obligations.

5. The Parties believe that this motion is appropriate for decision without oral argument, and hereby waive oral argument.

6. This stipulation is made in good faith and not to unnecessarily interpose delay in this action.

Dated: November 20, 2018

Respectfully submitted,

CARLOS HOLGUÍN
Center For Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
POONAM JUNEJA
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

By: _s/ Jon F. Cieslak_

*Attorneys for Plaintiffs*

Dated: November 20, 2018

CHAD A. READLER
Acting Assistant Attorney General
ERNESTO MOLINA
Deputy Director, Office of Immigration Litigation

By: _/s/ Benjamin Mark Moss_
BENJAMIN MARK MOSS
Trial Attorney
United States Department of Justice
Attorney for Defendants

5. **JOINT STIPULATION TO EXTEND HEARING ON MOTION TO RECONSIDER**
**CV 2:18-CV-05741**

| | | |
|---|---|---|
| 1 | Pursuant to Local Rule 5-4.3.4(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing. | COOLEY LLP |
| 2 | | |
| 3 | | /s/Jon F. Cieslak |
| | | Jon F. Cieslak (268951) |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | | |
| 6 | Dated: November 20, 2018 | |

Lines 7–28.

6.     **JOINT STIPULATION TO EXTEND HEARING ON MOTION TO RECONSIDER**
**CV 2:18-CV-05741**