UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>Defendants. | Case No. 2:18-cv-05741<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO RECONSIDER** |

     Pending before the Court is the Parties' Joint Stipulation for Continuance of Briefing Schedule on Defendants' Motion to Reconsider. Finding good cause exists, the Court hereby GRANTS the motion. The briefing schedule is continued as follows: Plaintiffs' Opposition to Defendants' Motion to Reconsider due by December 7, 2018 and Defendants' Reply In Support of Motion to Reconsider due by December 21, 2018. As the parties have waived oral argument, the Court finds it appropriate to decide the motion without oral argument and will take the motion under submission when briefing is complete.

     IT IS SO ORDERED.

Dated: _____, 2018

                                    DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE