UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No.: CV 18-5741-DMG (PLAx) <br><br> **ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO RECONSIDER [128]** |

1    Based on the Parties' Joint Stipulation for Continuance of Briefing Schedule on
2 Defendants' Motion to Reconsider, and for good cause shown, the briefing schedule is
3 continued as follows:  Plaintiffs' Opposition to Defendants' Motion to Reconsider is
4 due by December 7, 2018 and Defendants' Reply In Support of Motion to Reconsider
5 is due by December 21, 2018.  As the parties have waived oral argument, the Court
6 finds it appropriate to decide the motion without oral argument and will take the motion
7 under submission when briefing is complete.
8    In the future, the parties shall avoid submitting requests for continuance or
9 extension of time less than five court days prior to the expiration of the scheduled
10 date.  *See* Initial Standing Order at 11 [Doc. # 17]; Judge Gee's Procedures and
11 Schedules at ¶ 7, United States District Court, Central District of California website.
12    IT IS SO ORDERED.

DATED:  November 21, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1.