CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **DECLARATION OF JON CIESLAK IN SUPPORT OF OPPOSITION TO MOTION FOR RECONSIDERATION** <br><br> Complaint Filed: June 29, 2018 <br> Trial Date: None Set <br> Judge: Hon. Dolly M. Gee |

CIESLAK DECL. ISO OPP. TO MOTION FOR RECONSIDERATION
CASE NO. 2:18-CV-05741 DMG PLA

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　 ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
　　　　ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org
　　　　fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
　　　　mkkelley@cooley.com
　　　　jcieslak@cooley.com
　　　　mdonohue@cooley.com

*Attorneys for Plaintiffs*

I, JON CIESLAK, declare and state:

1. I am employed as an attorney at Cooley LLP. I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of an email exchange between counsel for Plaintiffs and Defendants in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2018 in San Diego, CA.

_____
JON F. CIESLAK