# EXHIBIT A

| | |
|---|---|
| **From:** | Soanes, Sherry (CIV) <Sherry.Soanes@usdoj.gov> |
| **Sent:** | Friday, November 16, 2018 2:36 PM |
| **To:** | Cieslak, Jon; Leecia Welch; Moss, Benjamin M. (CIV) |
| **Cc:** | Carlos Holguín; Holly S Cooper; Insenga, Andrew (CIV); Stevenson, Marina C. (CIV); Strippoli, Briena (CIV); Donohue, Megan; Freya Pitts |
| **Subject:** | RE: Meet and confer on potential motion to reconsider / clarify re adequacy, commonality, court's articulation of classes |

Thank you for letting us know.  Under the local rules, today is the last possible day to file the motion for reconsideration so we will be filing the motion today for the reasons stated in our previous messages.  thanks.

**From:** Cieslak, Jon <jcieslak@cooley.com>
**Sent:** Friday, November 16, 2018 1:23 PM
**To:** Soanes, Sherry (CIV) <ssoanes@CIV.USDOJ.GOV>; Leecia Welch <lwelch@youthlaw.org>; Moss, Benjamin M. (CIV) <bmoss@CIV.USDOJ.GOV>
**Cc:** Carlos Holguín <crholguin@centerforhumanrights.org>; Holly S Cooper <hscooper@ucdavis.edu>; Insenga, Andrew (CIV) <AInsenga@civ.usdoj.gov>; Stevenson, Marina C. (CIV) <mstevens@CIV.USDOJ.GOV>; Strippoli, Briena (CIV) <bstrippo@CIV.USDOJ.GOV>; Donohue, Megan <mdonohue@cooley.com>; Freya Pitts <fpitts@youthlaw.org>
**Subject:** RE: Meet and confer on potential motion to reconsider / clarify re adequacy, commonality, court's articulation of classes

Sherry,

Unfortunately, Plaintiffs are not available today due to other case obligations.  Would you please let us know your availability on Monday and Tuesday of next week, and we can find a time that works?  Thanks.

**Jon Cieslak**
Cooley LLP

**From:** Soanes, Sherry (CIV) <Sherry.Soanes@usdoj.gov>
**Sent:** Friday, November 16, 2018 8:14 AM
**To:** Leecia Welch <lwelch@youthlaw.org>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>
**Cc:** Carlos Holguín <crholguin@centerforhumanrights.org>; Holly S Cooper <hscooper@ucdavis.edu>; Cieslak, Jon <jcieslak@cooley.com>; Insenga, Andrew (CIV) <Andrew.Insenga@usdoj.gov>; Stevenson, Marina C. (CIV) <Marina.C.Stevenson@usdoj.gov>; Strippoli, Briena (CIV) <Briena.Strippoli@usdoj.gov>; Donohue, Megan <mdonohue@cooley.com>; Freya Pitts <fpitts@youthlaw.org>
**Subject:** RE: Meet and confer on potential motion to reconsider / clarify re adequacy, commonality, court's articulation of classes

Good Morning:
We apologize for the delay in responding.  Ben is out today, Andrew, Briena and I are available today.  How would it work for everyone's schedule for a call after 11am PST (2pm EST) to confer on the motion for reconsideration with regard to the class certification?   We are focusing on sub classes c-e, the medication, legal representation and disability classes.

c. who are or will be prescribed or administered one or more psychotropic medications without procedural safeguards;

d. who are natives of non-contiguous countries and to whom ORR is impeding or will impede legal assistance in legal matters or proceedings involving their custody, placement, release, and/or administration of psychotropic drugs (i.e., the "legal representation class"); and

e. who have or will have a behavioral, mental health, intellectual, and/or developmental disability as defined in 29 U.S.C. [section] 705, and who are or will be placed in a secure facility, medium-secure facility, or [RTC] because of such disabilities (i.e., the "disability class").

It is our position that the court committed legal error in certifying those sub-classes.

With regard to a time to confer pursuant to Rule 16 and Rule 26, such a conference would be premature at this time and we would want to have a decision on our motion for reconsideration with regard to class certification, and file our answer before discussing discovery issues as a scheduling has not yet issued. We also are obligated to confer with the agency first in order to have a productive conference with you. Thus, we can set a time for early next year once the court issues her scheduling order.

Sherry


Sherry D. Soanes
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
Liberty Square Building
450 5th Street, N.W. Room 2314
Washington, D.C. 20001
Telephone No.: (202) 532-4108
sherry.soanes@usdoj.gov


This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message.


**From:** Leecia Welch <lwelch@youthlaw.org>
**Sent:** Wednesday, November 14, 2018 4:48 PM
**To:** Moss, Benjamin M. (CIV) <bmoss@CIV.USDOJ.GOV>
**Cc:** Carlos Holguín <crholguin@centerforhumanrights.org>; Holly S Cooper <hscooper@ucdavis.edu>; Cieslak, Jon <jcieslak@cooley.com>; Insenga, Andrew (CIV) <AInsenga@civ.usdoj.gov>; Stevenson, Marina C. (CIV) <mstevens@CIV.USDOJ.GOV>; Soanes, Sherry (CIV) <ssoanes@CIV.USDOJ.GOV>; Strippoli, Briena (CIV) <bstrippo@CIV.USDOJ.GOV>; Donohue, Megan <mdonohue@cooley.com>; Freya Pitts <fpitts@youthlaw.org>
**Subject:** Re: Meet and confer on potential motion to reconsider / clarify re adequacy, commonality, court's articulation of classes

Hi Ben:

Thanks for checking in with us, and sorry for the delay in responding.

Is there a time tomorrow or Friday that would work for your team to set up a meet and confer call? Also, to make the call most productive, it would be helpful to have a better sense of the bases for your potential motion to reconsider. As I'm sure you're aware, this Court does not look favorably on such motions.

We would also like to schedule a time for a Rule 26(f) conference in late November.

Thanks, Leecia

On Fri, Nov 9, 2018 at 3:35 PM Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov> wrote:

> Dear Counsel,
>
> Following up on a call with Jon today, although we anticipate that you will likely be opposed, we wanted to meet and confer and solicit your position on a potential motion to reconsider / clarify Judge Gee's recent order.
>
> Our assessment is ongoing, but we have some concerns about the court's discussion of adequacy and commonality as well as how the court's order articulated the classes.
>
> Today being Friday afternoon on a holiday weekend, perhaps we could further connect by email or phone next week.
>
> Best wishes for a good weekend,
> Ben
>
>
> --
>
> Benjamin Mark Moss
>
> Trial Attorney
>
> U.S. Department of Justice, Civil Division
>
> Office of Immigration Litigation
>
> P.O. Box 878
>
> Ben Franklin Station
>
> Washington, D.C. 20044-0878
>
> Telephone: (202) 307-8675
>
> Facsimile: (202) 307-8781

Email: benjamin.m.moss2@usdoj.gov

**CONFIDENTIALITY NOTICE:** This communication (and any attachments) may contain law enforcement sensitive materials or privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete this e-mail and any attachments.

--
*Leecia Welch (Pronouns: she / her / hers)*
*Senior Director, Legal Advocacy and Child Welfare*
National Center for Youth Law

405 14th Street, 15th Floor, Oakland, CA 94612
Phone: (510) 835-8098 ext. 3023
Fax: (510) 835-8099

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.