1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on signature page*

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SIRENA P., by her next friend EDUARDO P.; BENJAMIN F., by his next friend ISABELLA F.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br>Plaintiffs, <br><br>v. <br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br>Defendants. | Case No.  2:18-CV-05741 DMG PLA <br><br>**NOTICE OF MOTION AND MOTION TO INITIATE DISCOVERY** <br><br>Date: January 4, 2019 <br>Room: 8C <br>Hearing:  9:30 A.M. <br><br>Complaint Filed: June 29, 2018 <br>Discovery Cutoff Date: N/A <br>Pretrial Conference Date: N/A <br>Trial Date: None Set <br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com
        jcieslak@cooley.com
        mdonohue@cooley.com

*Attorneys for Plaintiffs*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**Please Take Notice** that on December 14, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an order initiating discovery pursuant to the Court's Initial Standing Order and Rule 26(d)(1) of the Federal Rules of Civil Procedure.

This Motion is based upon the accompanying Memorandum, Declaration in Support of Jon Cieslak, Exhibits in support, and upon all other matters of record herein.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 7, 2018.

Dated: December 14, 2018        SUMMER WYNN
                                MARY KATHRYN KELLEY
                                JON CIESLAK
                                MEGAN DONOHUE
                                Cooley LLP


                                By: */s/Megan Donohue*
                                    Megan Donohue

1.

NOTICE OF MOTION AND MOTION TO INITIATE DISCOVERY
CASE NO. 2:18-CV-05741 DMG PLA