CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SIRENA P., by her next friend EDUARDO P.; BENJAMIN F., by his next friend ISABELLA F.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>                    Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>                    Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**DECLARATION OF JON CIESLAK IN SUPPORT OF MOTION TO INITIATE DISCOVERY**<br><br>Date: January 4, 2019<br>Room: 8C<br>Hearing: 9:30 A.M.<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: N/A<br>Pretrial Conference Date: N/A<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
         ndesai@youthlaw.org
         pjuneja@youthlaw.org
         fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
         mkkelley@cooley.com
         jcieslak@cooley.com
         mdonohue@cooley.com

*Attorneys for Plaintiffs*

I, Jon Cieslak, declare and state:

1. I am an attorney at Cooley LLP. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

2. On November 14, 2018, Plaintiffs contacted Defendants about scheduling a Fed. R. Civ. P. 26(f) conference.

3. On November 16, 2018, Defendants declined to schedule a Fed. R. Civ. P. 26(f) conference, asserting such a conference would be premature.

4. On November 27, 2018, Plaintiffs attempted for a second time to schedule a Fed. R. Civ. P. 26(f) conference with Defendants.

5. On November 28, 2018, Defendants again declined to cooperate in scheduling a conference.

6. On December 7, 2018, the parties met and conferred regarding these issues. At this meeting, Plaintiffs requested for a third time that the parties schedule a Fed. R. Civ. P. 26(f) conference. Plaintiffs also offered a compromise, including delaying the Fed. R. Civ. P. 26(f) conference until Defendants' preferred date of January 23, 2019, so long as Defendants agreed to allow Plaintiffs to promulgate discovery no later than January 11, 2019. Defendants yet again declined and insisted that they could not even begin responding to discovery requests until after January 23, 2019.

/ / /

/ / /

/ / /

7. Attached hereto as Exhibit A is a true and correct record of the parties' written communications regarding these issues.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of December, 2018, at San Diego, California.

By: */s/Jon Cieslak*
Jon Cieslak

193247007