| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on signature page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SIRENA P., by her next friend EDUARDO P.; BENJAMIN F., by his next friend ISABELLA F.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>    Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>    Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER TO INITIATE DISCOVERY AND SET SCHEDULING CONFERENCE**<br><br>Date: January 4, 2019<br>Room: 8C<br>Hearing: 9:30 A.M.<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: N/A<br>Pretrial Conference Date: N/A<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
         ndesai@youthlaw.org
         pjuneja@youthlaw.org
         fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
         mkkelley@cooley.com
         jcieslak@cooley.com
         mdonohue@cooley.com

*Attorneys for Plaintiffs*

On December 14, 2018, Plaintiffs filed a Motion to Initiate Discovery. The Court has reviewed the motion, evidence, and arguments in support of and in opposition to Plaintiffs' motion. The court finds that the immediate commencement of discovery is appropriate.

Accordingly, the Court **GRANTS** Plaintiff's motion and **IT IS HEREBY ORDERED** that the parties may immediately initiate discovery.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
Honorable Dolly M. Gee
United States District Judge