# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,
Plaintiffs,

vs.

ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,
Defendants.

Case No.: 2:18-CV-05741

## DECLARATION OF BRIAN STIMSON

Brian Stimson, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the Principal Deputy General Counsel for the Office of the General Counsel (OGC) within the United States Department of Health & Human Services (HHS). The following statements are based on my personal knowledge, information acquired by me in the course of performing my official duties, my review of HHS records, and information supplied to me by current OGC attorneys and other HHS employees.

2. The Children, Families, and Aging Division of OGC (CFAD) serves as the in-house counsel for the Administrations for Children and

DECLARATION OF BRIAN STIMSON - 1

Families (ACF) and Community Living (ACL) at HHS. CFAD is staffed by 11 attorneys, 2 of whom joined HHS on or after October 1, 2018.

3. CFAD provides legal counseling, and direct representation in administrative disputes, to all of ACF's program offices. It does the same for all of ACL's program offices. This work includes: reviewing agency draft policies, funding announcements, rulemakings and other documents; answering legal questions which the agency staff may have about statutory authorities and grant terms; and providing representation before the Departmental Appeals Board, an administrative appeals board within HHS, when grant enforcement actions such as terminations or disallowances are challenged.

4. The ACF and ACL program offices served by CFAD include:

    a. The Office of Refugee Resettlement (ORR), which oversees the Unaccompanied Alien Children (UAC) program.

    b. The Office of Family Assistance, which administers Temporary Assistance for Needy Families (TANF).

    c. The Administration for Children, Youth and Families, which administers programs funded under Titles IV-E and IV-B of the Social Security Act (that is, foster care and adoption assistance), as well as Runaway and Homeless Youth, Family Violence Prevention and Services, and Adolescent Pregnancy

Prevention.

d. The Office of Child Care, which administers the Child Care and Development Fund (CCDF), which supports low-income working families through financial aid for child care.

e. The Office of Child Support Enforcement.

f. The Office of Head Start, which oversees the Head Start program.

g. The Office of Community Services, which administers Community Service Block Grants and Social Security Block Grants under the Social Security Act, as well as the Low Income Home Energy Assistance Program.

h. The Office of Trafficking in Persons.

i. The Office of Human Services Emergency Preparedness and Response.

j. The Administration for Native Americans.

k. The Administration on Aging, which oversees various programs, including "meals on wheels."

l. The Administration on Disabilities, which oversees programs including grants to protection and advocacy organizations for individuals with developmental disabilities and state councils

    on developmental disabilities.

   m. The Center for Integrated Programs.

   n. The National Institute for Developmental Disabilities and Independent Living Rehabilitation Research (NIDDLR).

   o. The Center for Faith-Based and Neighborhood Partnerships within HHS.

5. In addition, CFAD supports the United States Department of Justice (DOJ) in matters involving all of the same programs. CFAD is currently supporting DOJ in at least 25 pending litigations involving UAC issues, ten of which are putative or certified class actions.

6. Two career attorneys work on the UAC program full-time, including providing regulatory support. One of these attorneys is serving as the lead career attorney for *Lucas R*. In the past year, OGC has redeployed additional CFAD attorneys from other subject areas to work on UAC-related litigation part time. Additionally, OGC has detailed three attorneys from other divisions or regional offices to work temporarily on UAC-related litigation, such as the *Ms. L.* class action litigation.

7. OGC is continuing to identify and promptly implement reasonable measures to increase litigation support capabilities for all UAC-related matters, including *Lucas R*, within existing funding limitations and

DECLARATION OF BRIAN STIMSON - 4

programmatic demands.  Such measures include hiring more career staff attorneys, using contract attorneys for document review and production, and enhancing OGC technology and processes for discovery of electronically stored information ("ESI") for UAC-related matters.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, D.C.
December 14, 2018

_____
Brian Stimson