JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
BENJAMIN MARK MOSS
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4108
Facsimile: (202) 616-4950
Electronic mail: sherry.soanes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*, Plaintiffs, v. ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al*., Defendants, | Case No.: 2-18-CV-05741 DMG (PLA)<br><br>Notice of Unopposed Motion and Motion for an Extension of Time of 7 days to File An Answer<br><br>Date: N/A<br>Room: N/A<br>Hearing: N/A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORDS**:

Please Take Notice that on December 21, 2018, at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants will and do hereby move the Court for an order enlarging the time pursuant to Rule 6 of the Federal Rules of Civil Procedure that Defendants have to respond to the First Amended Complaint by

seven days from Tuesday, January 2, 2019 through and including Wednesday, January 9, 2019.

This Motion is based upon the accompanying Memorandum. This motion is unopposed and made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 20, 2018 and December 21, 2018, via electronic mail.

// // //

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
United States Department of Justice
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
BENJAMIN MARK MOSS
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney

   */s/ Sherry D. Soanes*
SHERRY D. SOANES
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4108
Facsimile: (202) 307-8781
Electronic Mail: sherry.soanes@usdoj.gov

Dated: December 21, 2018     Attorneys for Defendants

Notice of Unopposed Motion and Motion for an Extension of Time of 7 days to File An Answer
3