JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
BENJAMIN MARK MOSS
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4108
Facsimile: (202) 616-4950
Electronic mail: sherry.soanes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al*.,<br><br>Defendants, | Case No.: 2-18-CV-05741 DMG (PLA)<br><br>Defendants' Unopposed Motion for an Extension of Time of 7 days to File An Answer<br><br>Date:  N/A<br>Room:  N/A<br>Hearing:  N/A |

COME NOW Defendants, by and through their counsel, and hereby for good cause shown file this motion pursuant to Rule 6 of the Federal Rules of Civil Procedure to enlarge the time to file their response to the First Amended Complaint by seven days from Tuesday, January 2, 2019, through and including Wednesday, January 9, 2019, and in support whereof state as follows:

Defendants' Unopposed Motion for an Extension of Time of 7 days to File An Answer
1

1. By Order dated November 2, 2018, the Court gave Defendants 60 days from the date of the Order to file an answer to the First Amended Complaint.

2. Currently, the answer is due on January 2, 2019.

3. Defendants have worked diligently to prepare their answer to the First Amended Complaint.

4. However, it has taken longer than anticipated to draft answers to the 194 paragraphs of allegations contained in the 56 pages of the First Amended Complaint.

5. Because of the intervening holidays, this enlargement is needed to permit counsel to finalize the answer.

6. Accordingly, Defendants request a brief enlargement of seven days, from Tuesday, January 2, 2019, to Wednesday, January 9, 2019, to file an answer to the First Amended Complaint.

7. Pursuant to L.R. 7-3, on December 20, 2018, the undersigned conferred with Plaintiff's counsel via electronic mail regarding whether they would agree to a brief enlargement of time of seven days for Defendants to file an answer to the First Amended Complaint.

8. Plaintiffs' counsel do not oppose this request for a 1-week enlargement of time.

9. This enlargement is not sought for undue delay, and will not prejudice the Plaintiffs.

WHEREFORE, for good cause shown Defendants move this Court to enlarge the time for seven days from Tuesday, January 2, 2019, through and including Wednesday, January 9, 2019, for Defendants to file an Answer to the First Amended Complaint.

//
//
//

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
United States Department of Justice
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
BENJAMIN MARK MOSS
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney

　　/s/ Sherry D. Soanes
SHERRY D. SOANES
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4108
Facsimile: (202) 307-8781
Electronic Mail:  sherry.soanes@usdoj.gov

Dated:  December 21, 2018    Attorneys for Defendants

Defendants' Unopposed Motion for an Extension of Time of 7 days to File An Answer
4