# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*, | Case No.: 2-18-CV-05741 DMG (PLA) |
| Plaintiffs, | [Proposed] Order to Enlarge the Time by 7 days for Defendants to File An Answer to the First Amended Complaint |
| v. | |
| ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al*., | |
| Defendants, | |

On December 21, 2018, Defendants filed a motion to enlarge the time by which it has to respond to the First Amended Complaint from Tuesday, January 2, 2019 to Wednesday, January 9, 2019.  Plaintiffs do not oppose Defendants' request.  The Court finds good cause exists to grant this motion.

Accordingly, the Court grants Defendants' motion and it is hereby ORDERED that for good cause shown, the time for Defendants to file an answer to the First Amended Complaint is extended from January 2, 2019 through and including Wednesday, January 9, 2019.

Dated:  December ___, 2018

_____
Honorable Dolly M. Gee
United States District Judge

[Proposed] Order to Enlarge the Time by 7 days for Defendants to File An Answer to the First Amended Complaint
1