JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
BENJAMIN MARK MOSS
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4108
Facsimile: (202) 616-4950
Electronic mail: sherry.soanes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*,<br><br>  Plaintiffs,<br><br> v.<br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al*.,<br><br>  Defendants, | Case No.: 2-18-CV-05741 DMG (PLA)<br><br> Defendants' Ex Parte Motion for a stay of proceedings in light of lapse of appropriations<br><br> Date:<br> Room: 8C<br> Hearing: None requested |

Defendants move for a stay of all deadlines in this case until one week after the first business day on which appropriations are restored and government counsel are permitted to return to their litigation functions.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the

Department lapsed.  The same is true for several other Executive agencies, including, upon information and belief, the U.S. Department of Health and Human Services.  The Department of Justice does not know when funding will be restored by Congress.

      2.     Absent an appropriation, Department of Justice attorneys and, upon information and belief, employees of the U.S. Department of Health and Human Services, are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.

      3.     Undersigned counsel for the Department of Justice therefore requests a stay of all deadlines in this case until Congress has restored appropriations to the Department.

      4.     If this motion for a stay is granted, undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department.  The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

      5.     Due to the limited time available to undersigned counsel in the course of being furloughed and instructed to engage in orderly shutdown activities, undersigned counsel have sought but have not been able to obtain opposing counsel's position on this request.

      6.     Before the lapse of appropriations went into effect, the Government sought a 1-week extension of the January 2, 2019 deadline for filing the answer. (ECF 133.)  If the lapse in appropriations is resolved before January 2, 2019, the Government would still greatly appreciate a 1-week extension of the answer deadline, for the reasons stated in the prior extension request.

      Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all

Defendants' Ex Parte Motion for a Stay of Proceedings in Light of Lapse of Appropriations
2

deadlines in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
United States Department of Justice
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney

*/s/ Benjamin Mark Moss*
BENJAMIN MARK MOSS
Senior Litigation Counsel
P.O. Box 878
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-8675
Facsimile: (202) 307-8781
benjamin.m.moss2@usdoj.gov

Dated:  December 26, 2018        Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28