UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*,<br><br>      Plaintiffs,<br><br>v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>      Defendants, | Case No.: 2-18-CV-05741 DMG (PLA)<br><br>[Proposed] Order on Defendants' Ex Parte Motion for a stay of proceedings in light of lapse of appropriations<br><br>Date:<br>Room: 8C<br>Hearing: None requested |

    For good cause shown, all deadlines in this case are stayed until one week after the first business day on which appropriations are restored and government counsel are permitted to return to their litigation functions. It is SO ORDERED.

Dated: December 26, 2018

                                                                            Hon. Dolly M. Gee
                                                                            U.S. District Judge