1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **CENTRAL DISTRICT OF CALIFORNIA**
10
11   LUCAS R., *et al.*,                                   )   Case No. CV 18-5741 DMG (PLAx)
12                           Plaintiffs,                   )   **ORDER RE UNOPPOSED MOTION**
13              v.                                         )   **FOR AN EXTENSION OF TIME [133]**
14   ALEX AZAR, Secretary of U.S. Dep't of                 )
15   Health and Human Services, *et al.*,                  )
16                           Defendants.                   )
17
18
19
20
21
22
23
24
25
26
27
28

On December 21, 2018, Defendants filed an unopposed motion to enlarge the time by which they have to respond to the First Amended Complaint from Wednesday, January 2, 2019 to Wednesday, January 9, 2019. [Doc. # 133.] Good cause appearing, the Court **GRANTS** Defendants' unopposed motion and **CONTINUES** the deadline for Defendants to file an answer to the First Amended Complaint [Doc. # 81] from January 2, 2019 to **January 9, 2019**.

**IT IS SO ORDERED.**

DATED: December 26, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE