1   CENTER FOR HUMAN RIGHTS &
    CONSTITUTIONAL LAW
2   CARLOS R. HOLGUIN (90754)
    256 South Occidental Boulevard
3   Los Angeles, CA 90057
    Telephone: (213) 388-8693
4   Email: crholguin@centerforhumanrights.org

5   *Attorneys for Plaintiffs*

6   *Additional counsel listed on signature page*

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11

12  LUCAS R., by his next friend             Case No.  2:18-CV-05741 DMG PLA
    MADELYN R.; DANIELA MARISOL
13  T., by her next friend KATHERINE L.;     **PLAINTIFFS' OPPOSITION TO
    MIGUEL ANGEL S., by his next friend      DEFENDANTS' EX PARTE MOTION FOR
14  GERARDO S.; GABRIELA N., by her          A STAY [DKT. NO. 135]**
    next friend ISAAC N.; JAIME D., by his
15  next friend REYNA D.; SIRENA P., by
    her next friend EDUARDO P.;              Date:  N/A
16  BENJAMIN F., by his next friend          Room: 8C
    ISABELLA F.; SAN FERNANDO               Hearing:  NONE REQUESTED
17  VALLEY REFUGEE CHILDREN
    CENTER, INC.; UNACCOMPANIED
18  CENTRAL AMERICAN REFUGEE
    EMPOWERMENT,
19
                    Plaintiffs,
20
           v.
21
    ALEX AZAR, Secretary of U.S.
22  Department of Health and Human
    Services; E. SCOTT LLOYD, Director,
23  Office of Refugee Resettlement of the
    U.S. Department of Health & Human
24  Services,

25                  Defendants.

26

27

28

1   HOLLY S. COOPER (197626)
    Co-Director, Immigration Law Clinic
2   CARTER C. WHITE (164149)
    Director, Civil Rights Clinic
3   University of California Davis School of Law
    One Shields Ave. TB 30
4   Davis, CA 95616
    Telephone: (530) 754-4833
5   Email: hscooper@ucdavis.edu
              ccwhite@ucdavis.edu
6
    NATIONAL CENTER FOR YOUTH LAW
7   LEECIA WELCH (208741)
    NEHA DESAI (CAL. RLSA NO. 803161)
8   FREYA PITTS (295878)
    POONAM JUNEJA (300848)
9   405 14th Street, 15th Floor
    Oakland, CA 94612
10  Telephone: (510) 835-8098
    Email:  lwelch@youthlaw.org
11          ndesai@youthlaw.org
            pjuneja@youthlaw.org
12          fpitts@youthlaw.org

13  NATIONAL CENTER FOR YOUTH LAW
    CRYSTAL ADAMS (308638)
14  1313 L St. NW, Suite 130
    Washington, DC 20005
15  Telephone: (202) 868-4785
    Email:  cadams@youthlaw.org
16
    COOLEY LLP
17  SUMMER J. WYNN (240005)
    MARY KATHRYN KELLEY (170259)
18  JON F. CIESLAK (268951)
    MEGAN L. DONOHUE (266147)
19  4401 Eastgate Mall
    San Diego, CA  92121
20  Telephone: (858) 550-6000
    Facsimile:  (858) 550-6420
21  Email:  swynn@cooley.com
            mkkelley@cooley.com
22          jcieslak@cooley.com
            mdonohue@cooley.com
23
    *Attorneys for Plaintiffs*

24

25

26

27

28

1    Plaintiffs oppose Defendants' broad request [Dkt. No. 135] for an indefinite

2    stay of this matter until the federal government resolves funding for the Department of

3    Justice.  Such a stay is not warranted under the DOJ's own guidance, as any

4    significant delay in the adjudication of this litigation poses threats to the safety of the

5    minor class members currently in ORR detention.  *See* Declaration of Megan

6    Donohue, Exhibit A, DOJ FY 2019 Contingency Plan During Lapse in Appropriation,

7    pg. 3 (noting civil litigation will only be postposed "to the extent that this can be done

8    without compromising to a significant degree the safety of human life or the

9    protection of property").

10    At present, more than 6,000 children are being housed by the government in

11    unlicensed placements, including tent cities in the desert, and many thousands more

12    are housed in facilities that do not assure their fundamental rights.   Every day, these

13    children are suffering serious statutory and constitutional deprivations which go

14    directly to their safety, including the improper administration of powerful

15    psychotropic drugs, improper placement in secure and psychiatric facilities, and

16    prolonged detention in facilities that are not equipped to care for them.  *See, e.g.*,

17    Declaration of Carlos Holguin, December 5, 2018 (describing ongoing administration

18    of psychotropic drugs without lawful consent to class members detained at the Shiloh

19    psychiatric facility). The federal shutdown does not alleviate these children's

20    detention or the associated violations of their rights, and should not excuse the federal

21    government's obligation to timely defend and remedy its improper actions toward

22    these children.

23    Because additional delay of this litigation will compromise the safety of the

24    minor class members, Plaintiffs' oppose any stay.  The Court should eliminate the

25    need for any stay by denying Defendants' request, "which would constitute express

26    legal authorization for [the Department of Justice's representation of Defendants] to

27    continue." Exhibit A, DOJ FY 2019 Contingency Plans at 3.

28    If the Court is inclined to grant a stay, Plaintiffs request that it do so only up to

PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX
PARTE MOTION FOR A STAY
CASE NO. 2:18-CV-05741 DMG PLA

January 3, 2018, when Congress is back in session and has an opportunity to remedy

the present impasse.

Dated:  December 27, 2018

CARLOS HOLGUIN
Center for Human Rights &
Constitutional Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
FREYA PITTS
CRYSTAL ADAMS
National Center for Youth Law

By: */s/Megan Donohue*
　　　Megan Donohue (266147)

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX
PARTE MOTION FOR A STAY
CASE NO. 2:18-CV-05741 DMG PLA**