1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUÍN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on signature page*

7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                             WESTERN

11

12 | LUCAS R., by his next friend | Case No.  2:18-CV-05741 DMG PLA
   | MADELYN R.; DANIELA MARISOL |
13 | T., by her next friend KATHERINE L.; | **DECLARATION OF  MEGAN DONOHUE**
   | MIGUEL ANGEL S., by his next friend | **ISO OPPOSITION TO DEFENDANTS' EX**
14 | GERARDO S.; GABRIELA N., by her | **PARTE MOTION FOR A STAY**
   | next friend ISAAC N.; JAIME D., by his |
15 | next friend REYNA D.; SIRENA P., by |
   | her next friend EDUARDO P.; | Date:  NA
16 | BENJAMIN F., by his next friend | Room: 8C
   | ISABELLA F.; SAN FERNANDO | Hearing:  NONE REQUESTED
17 | VALLEY REFUGEE CHILDREN |
   | CENTER, INC.; UNACCOMPANIED |
18 | CENTRAL AMERICAN REFUGEE | Complaint Filed: June 29, 2018
   | EMPOWERMENT, | Discovery Cutoff Date: N/A
19 | | Pretrial Conference Date: N/A
   |                 Plaintiffs, | Trial Date: None Set
20 | | Judge: Hon. Dolly M. Gee
   |           v. |
21 | |
   | ALEX AZAR, Secretary of U.S. |
22 | Department of Health and Human |
   | Services; E. SCOTT LLOYD, Director, |
23 | Office of Refugee Resettlement of the |
   | U.S. Department of Health & Human |
24 | Services, |
   | |
25 |                 Defendants. |

26

27

28

1   HOLLY S. COOPER (197626)
    Co-Director, Immigration Law Clinic
2   CARTER C. WHITE (164149)
    Director, Civil Rights Clinic
3   University of California Davis School of Law
    One Shields Ave. TB 30
4   Davis, CA 95616
    Telephone: (530) 754-4833
5   Email: hscooper@ucdavis.edu
            ccwhite@ucdavis.edu
6
    NATIONAL CENTER FOR YOUTH LAW
7   LEECIA WELCH (208741)
    NEHA DESAI (CAL. RLSA NO. 803161)
8   FREYA PITTS (295878)
    POONAM JUNEJA (300848)
9   405 14th Street, 15th Floor
    Oakland, CA 94612
10  Telephone: (510) 835-8098
    Email:  lwelch@youthlaw.org
11          ndesai@youthlaw.org
            pjuneja@youthlaw.org
12          fpitts@youthlaw.org

13  NATIONAL CENTER FOR YOUTH LAW
    CRYSTAL ADAMS (308638)
14  1313 L St. NW, Suite 130
    Washington, DC 20005
15  Telephone: (202) 868-4785
    Email:  cadams@youthlaw.org
16
    COOLEY LLP
17  SUMMER J. WYNN (240005)
    MARY KATHRYN KELLEY (170259)
18  JON F. CIESLAK (268951)
    MEGAN L. DONOHUE (266147)
19  4401 Eastgate Mall
    San Diego, CA  92121
20  Telephone: (858) 550-6000
    Facsimile:  (858) 550-6420
21  Email:  swynn@cooley.com
            mkkelley@cooley.com
22          jcieslak@cooley.com
            mdonohue@cooley.com
23
    *Attorneys for Plaintiffs*
24

25

26

27

28

1   I, Megan Donohue, declare and state:

2       1.      I am an attorney at Cooley LLP.  I have personal knowledge of the

3   following facts, and if called as a witness, I could and would competently testify

4   thereto.

5       2.      Attached hereto as Exhibit A is a true and correct copy of the Department

6   of Justice FY 2019 Contingency Plan During Lapse in Appropriations, available at

7   https://www.justice.gov/jmd/page/file/1015676/download, last visited December 27,

8   2018.

9

10      I declare under penalty of perjury that the foregoing is true and correct.

11  Executed on this 27th day of December, 2018, at San Diego, California.

12

13

14

15                              By: */s/Megan Donohue*
                                    Megan Donohue

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION ISO OPP. TO MOTION TO STAY
CASE NO. 2:18-CV-05741 DMG PLA