CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SIRENA P., by her next friend EDUARDO P.; BENJAMIN F., by his next friend ISABELLA F.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services, <br><br> Defendants. | Case No.  2:18-CV-05741 DMG PLA <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR A STAY [DKT. NO. 135]** <br><br> Date: N/A <br> Room: 8C <br> Hearing: NONE REQUESTED |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com
        jcieslak@cooley.com
        mdonohue@cooley.com

*Attorneys for Plaintiffs*

1    Plaintiffs oppose Defendants' broad request [Dkt. No. 135] for an indefinite

2    stay of this matter until the federal government resolves funding for the Department of

3    Justice.  Such a stay is not warranted under the DOJ's own guidance, as any

4    significant delay in the adjudication of this litigation poses threats to the safety of the

5    minor class members currently in ORR detention.  *See* Declaration of Megan

6    Donohue, Exhibit A, DOJ FY 2019 Contingency Plan During Lapse in Appropriation,

7    pg. 3 (noting civil litigation will only be postposed "to the extent that this can be done

8    without compromising to a significant degree the safety of human life or the

9    protection of property").

10    At present, more than 6,000 children are being housed by the government in

11    unlicensed placements, including tent cities in the desert, and many thousands more

12    are housed in facilities that do not assure their fundamental rights.   Every day, these

13    children are suffering serious statutory and constitutional deprivations which go

14    directly to their safety, including the improper administration of powerful

15    psychotropic drugs, improper placement in secure and psychiatric facilities, and

16    prolonged detention in facilities that are not equipped to care for them.  *See, e.g*.,

17    Declaration of Carlos Holguin, December 5, 2018 (describing ongoing administration

18    of psychotropic drugs without lawful consent to class members detained at the Shiloh

19    psychiatric facility). The federal shutdown does not alleviate these children's

20    detention or the associated violations of their rights, and should not excuse the federal

21    government's obligation to timely defend and remedy its improper actions toward

22    these children.

23    Because additional delay of this litigation will compromise the safety of the

24    minor class members, Plaintiffs' oppose any stay.  The Court should eliminate the

25    need for any stay by denying Defendants' request, "which would constitute express

26    legal authorization for [the Department of Justice's representation of Defendants] to

27    continue." Exhibit A, DOJ FY 2019 Contingency Plans at 3.

28    If the Court is inclined to grant a stay, Plaintiffs request that it do so only up to

1

1    January 3, 2018, when Congress is back in session and has an opportunity to remedy

2    the present impasse.

3

4

5

Dated:  December 27, 2018

6                                                        CARLOS HOLGUIN
                                                        Center for Human Rights &
7                                                        Constitutional Law

8                                                        SUMMER WYNN
                                                        MARY KATHRYN KELLEY
9                                                        JON CIESLAK
                                                        MEGAN DONOHUE
10                                                       Cooley LLP

11                                                       HOLLY COOPER
                                                        CARTER WHITE
12                                                       University of California Davis School of Law

13                                                       LEECIA WELCH
                                                        NEHA DESAI
14                                                       FREYA PITTS
                                                        CRYSTAL ADAMS
15                                                       National Center for Youth Law

16

17                                                   By: */s/Megan Donohue*
                                                        Megan Donohue (266147)

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX
PARTE MOTION FOR A STAY
CASE NO. 2:18-CV-05741 DMG PLA**