| | |
|---|---|
| 1<br>2<br>3<br>4 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW<br>CARLOS R. HOLGUIN (90754)<br>256 South Occidental Boulevard<br>Los Angeles, CA 90057<br>Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on signature page* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., by his next friend MADELYN R.; DANIELA MARISOL T., by her next friend KATHERINE L.; MIGUEL ANGEL S., by his next friend GERARDO S.; GABRIELA N., by her next friend ISAAC N.; JAIME D., by his next friend REYNA D.; SIRENA P., by her next friend EDUARDO P.; BENJAMIN F., by his next friend ISABELLA F.; SAN FERNANDO VALLEY REFUGEE CHILDREN CENTER, INC.; UNACCOMPANIED CENTRAL AMERICAN REFUGEE EMPOWERMENT,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health & Human Services,<br><br>          Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**DECLARATION OF MEGAN DONOHUE ISO OPPOSITION TO DEFENDANTS' EX PARTE MOTION FOR A STAY**<br><br>Date: NA<br>Room: 8C<br>Hearing:  NONE REQUESTED<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: N/A<br>Pretrial Conference Date: N/A<br>Trial Date: None Set<br>Judge: Hon. Dolly M. Gee |

1  HOLLY S. COOPER (197626)
   Co-Director, Immigration Law Clinic
2  CARTER C. WHITE (164149)
   Director, Civil Rights Clinic
3  University of California Davis School of Law
   One Shields Ave. TB 30
4  Davis, CA 95616
   Telephone: (530) 754-4833
5  Email: hscooper@ucdavis.edu
           ccwhite@ucdavis.edu
6
   NATIONAL CENTER FOR YOUTH LAW
7  LEECIA WELCH (208741)
   NEHA DESAI (CAL. RLSA NO. 803161)
8  FREYA PITTS (295878)
   POONAM JUNEJA (300848)
9  405 14th Street, 15th Floor
   Oakland, CA 94612
10 Telephone: (510) 835-8098
   Email:  lwelch@youthlaw.org
11          ndesai@youthlaw.org
            pjuneja@youthlaw.org
12          fpitts@youthlaw.org

13 NATIONAL CENTER FOR YOUTH LAW
   CRYSTAL ADAMS (308638)
14 1313 L St. NW, Suite 130
   Washington, DC 20005
15 Telephone: (202) 868-4785
   Email:  cadams@youthlaw.org
16
   COOLEY LLP
17 SUMMER J. WYNN (240005)
   MARY KATHRYN KELLEY (170259)
18 JON F. CIESLAK (268951)
   MEGAN L. DONOHUE (266147)
19 4401 Eastgate Mall
   San Diego, CA  92121
20 Telephone: (858) 550-6000
   Facsimile:  (858) 550-6420
21 Email:  swynn@cooley.com
            mkkelley@cooley.com
22          jcieslak@cooley.com
            mdonohue@cooley.com
23
   *Attorneys for Plaintiffs*

I, Megan Donohue, declare and state:

1. I am an attorney at Cooley LLP. I have personal knowledge of the following facts, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of the Department of Justice FY 2019 Contingency Plan During Lapse in Appropriations, available at https://www.justice.gov/jmd/page/file/1015676/download, last visited December 27, 2018.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of December, 2018, at San Diego, California.

By: */s/Megan Donohue*
    Megan Donohue