1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | |
|---|---|
| LUCAS R., *et al*, | ) Case No.: CV 18-5741-DMG (PLAx) |
| Plaintiffs, | ) **ORDER DENYING DEFENDANTS'** |
| | ) ***EX PARTE* APPLICATION FOR A** |
| v. | ) **STAY OF PROCEEDINGS [135]** |
| ALEX AZAR, Secretary of U.S. Dep't | ) |
| of Health and Human Services, *et al*., | ) |
| Defendants, | ) |

18

19 On December 26, 2018, Defendants filed an *Ex Parte* Application to stay all

20 deadlines in this case until one week after the first business day on which appropriations

21 are restored and government counsel are permitted to return to their litigation functions.

22 [Doc. # 135.]  On December 27, 2018, Plaintiffs filed an Opposition to Defendants' *Ex*

23 *Parte* Application.  [Doc. ## 139, 140.]

24 Defendants' request is unwarranted in this case.  The prosecution of this action

25 should not be further delayed because it concerns the health and welfare of minors in the

26 custody of the Office of Refugee Resettlement.  *See* Am. Order at 2–4 (discussing

27 Plaintiffs' allegations) [Doc. # 141].  Further, the Department of Justice Fiscal Year

28 2019 Contingency Plan allows Defense Counsel to continue to litigate this matter so

long as this Court orders them to do so.  *See* Donohue Decl., Ex. A at 4 ("If a court denies . . . a request [to stay a case] and orders a case to continue, the Government will comply with the court's order, which would constitute express legal authorization for the activity to continue.")  [Doc. # 139-2].  Additionally, although Defendants state "upon information and belief" that the U.S. Department of Health and Human Services has also experienced a lapse in funding, *see Ex Parte* Appl. at 1–2 [Doc. # 135], they do not assert that this lapse will prevent them from preparing an Answer by January 9, 2019, participating in a Rule 26(f) conference on January 23, 2019, or responding to early discovery requests by February 22, 2019.  *See* Order re Unopposed Mot. for Extension of Time at 2 (extending deadline to file an Answer to January 9, 2019) [Doc. # 136]; Order Denying Mot. to Initiate Discovery at 1 (discussing the date for the Rule 26(f) conference and the deadline for responding to early discovery requests) [Doc. # 137]. Indeed, the Court denied Plaintiffs' request for early discovery because it deemed the aforementioned deadlines to be reasonable.  [Doc. # 137.]  Given the subject matter of this action, a stay of indefinite duration would not be reasonable.

Therefore, the Court **DENIES** Defendants' *Ex Parte* Application for the imposition of a stay.

**IT IS SO ORDERED.**

DATED:  December 27, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE