

**U.S. Department of Justice**
Civil Division
Office of Immigration Litigation

---

*Washington, D.C. 20530*

Honorable Dolly M. Gee
U.S. District Judge
United States Courthouse                    cc:   All counsel (via ECF)
350 West 1st Street
Los Angeles, CA 90012

      Re:   *Lucas R., et al. v. Azar, et al.*, 2:18-cv-05741 DMG (PLA)
           Errata concerning impact of appropriations lapse on HHS
           and response to Court's December 27, 2018 order denying abeyance

Dear Judge Gee:

      Defendants' December 26, 2018 abeyance motion indicated that the U.S. Department of Justice was impacted by the December 21, 2018 appropriations lapse, and that, as a result, undersigned counsel and colleagues have been furloughed.  ECF 135 at ¶¶ 1-2.  That motion also indicated counsel's belief that the U.S. Department of Health and Human Services (HHS) was impacted by the appropriations lapse.  *Id.*  It has since come to undersigned's attention, however, that HHS is not directly impacted by the December 2018 appropriations lapse.  Undersigned apologizes for this inadvertence.

      Defendants also confirm, in light of the Court's order denying an abeyance (ECF 142), that despite the continuing furlough of Department of Justice employees, Defendants' counsel will work diligently on this matter.

                                                        Respectfully,

                                                          /s/   Benjamin Mark Moss

| | |
|---|---|
| JOSEPH H. HUNT | BENJAMIN MARK MOSS |
| Assistant Attorney General | Senior Litigation Counsel |
| Civil Division | Office of Immigration Litigation, Civil Division |
| | U.S. Department of Justice |
| ERNESTO H. MOLINA, JR. | P.O. Box 878, Ben Franklin Station |
| Deputy Director | Washington, DC 20044 |
| BRIENA L. STRIPPOLI | T. (202) 307-8675 |
| Senior Litigation Counsel | F. (202) 307-8781 |
| ANDREW B. INSENGA | benjamin.m.moss2@usdoj.gov |
| SHERRY D. SOANES | |
| MARINA C. STEVENSON | Counsel for Defendants |
| Trial Attorneys | December 31, 2018 |