JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
BRIENA L. STRIPPOLI
BENJAMIN MARK MOSS
Senior Litigation Counsel
ANDREW B. INSENGA
Trial Attorney
SHERRY D. SOANES
Trial Attorney
MARINA C. STEVENSON
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4108
Facsimile: (202) 616-4950
Electronic mail: sherry.soanes@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al*,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al*.,<br><br>        Defendants. | Case No.: 2-18-CV-05741 DMG (PLA)<br><br>Notice of Filing Declaration of James S. De La Cruz Correcting Date of Release of Gabriela N.<br><br>Date: N/A<br>Room: N/A<br>Hearing: N/A |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　　Please Take Notice that Defendants file this notice and the attached amended declaration of James S. De La Cruz correcting the release date of Gabriela N. from September 14, 2018, to on or about October 2, 2018.

Notice of Filing Declaration of James S. De La Cruz Correcting Date of Release of Gabriela N.
1

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  |  |
| 3 |  | JOSEPH H. HUNT<br>Assistant Attorney General |
| 4 |  | Civil Division<br>United States Department of Justice |
| 5 |  | ERNESTO H. MOLINA, JR. |
| 6 |  | Deputy Director<br>Office of Immigration Litigation |
| 7 |  | BRIENA L. STRIPPOLI |
| 8 |  | BENJAMIN MARK MOSS<br>Senior Litigation Counsel |
| 9 |  | ANDREW B. INSENGA |
| 10 |  | Trial Attorney<br>MARINA C. STEVENSON |
| 11 |  | Trial Attorney |
| 12 |  |  |
| 13 |  |    */s/ Sherry D. Soanes* |
| 14 |  | SHERRY D. SOANES<br>Trial Attorney |
| 15 |  | P.O. Box 878 |
| 16 |  | Ben Franklin Station<br>Washington, DC 20044 |
| 17 |  | Telephone: (202) 532-4108 |
| 18 |  | Facsimile: (202) 307-8781<br>Electronic Mail:  sherry.soanes@usdoj.gov |
| 19 |  |  |
| 20 | Dated:  January 9, 2019 | Attorneys for Defendants |