UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et al.*,
Plaintiffs,

vs.

ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,
Defendants.

Case No.: 2:18-CV-05741

**AMENDED DECLARATION OF JAMES S. DE LA CRUZ CORRECTING RELEASE DATE OF GABRIELA N.**

James S. De La Cruz, pursuant to the provisions of 28 U.S.C. § 1746, declares, under penalty of perjury, as follows:

1. I am the Senior Field Program Specialist Supervisor for the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), Department of Health and Human Services ("HHS").

2. This declaration corrects the release date for Plaintiff Gabriela N. inadvertently stated as September 14, 2018, in my previous declarations of September 28, 2018, and November 1, 2018.

3. September 14, 2018 was the date Gabriela N. was approved for placement and services in the Unaccompanied Refugee Minors ("URM") program.

4. However, a subsequent review of the records shows that the date Plaintiff Gabriela N. was released from ORR's legal custody was on or about October 2, 2018.

Dated: Washington D.C.

January 8, 2019

_____
James De La Cruz