JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
JEFFREY S. ROBINS
Deputy Director
BRIENA L. STRIPPOLI
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
ANDREW B. INSENGA
SHERRY D. SOANES
MARINA C. STEVENSON
Trial Attorneys

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| LUCAS R. *et al.*, | ) **Case No.: 2-18-CV-05741 DMG (PLA)** |
|---|---|
| Plaintiffs, | ) |
| v. | ) **NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR OFFICIAL CAPACITY DEFENDANTS** |
| ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*, | ) |
| Defendants. | ) |

1  PLEASE TAKE NOTICE that Jeffrey S. Robins, Deputy Director, United States Department of Justice, Office of Immigration Litigation, will enter his appearance as counsel of record for the Defendants named in their official capacities.

Dated:  February 21, 2019              Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
United States Department of Justice
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation

*/s/ Jeffrey S. Robins*
JEFFREY S. ROBINS
Deputy Director
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
Facsimile: (202) 305-7000
jeffrey.robins @usdoj.gov

BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel

SHERRY D. SOANES
MARINA C. STEVENSON
Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28