UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 18-5741-DMG (PLAx) | Date February 22, 2019 |
| Title *Lucas R., et al. v. Alex Azar, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Pat Cuneo |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos Holguin | Benjamin M. Moss, USDOJ |
| Jon F. Cieslak | David Pinchas, USDOJ |
| Leecia Welch | Jeffrey S. Robins, USDOJ |

**Proceedings: SCHEDULING CONFERENCE**

The cause is called and counsel state their appearance. Court and counsel confer.

Scheduling Conference held. Parties are ordered to meet and confer and then contact the clerk to the Hon. Paul L. Abrams, United States Magistrate Judge, on February 25, 2019, to select a discovery conference date.[1] Out-of-town counsel may participate in the conference telephonically.

Defendant E. Scott Lloyd shall file any motion relating to personal jurisdiction within 30 days of this order.

The Court issues the Scheduling and Case Management Orders for Court Trial, and Jury Trial (as to Defendant Lloyd), with further dates and deadlines. Counsel are reminded of their obligations and requirements to timely and fully comply with all orders.

IT IS SO ORDERED.

cc: Hon. Paul L. Abrams
    United States Magistrate Judge

0:23

---

[1] The parties shall contact Christianna Howard (213-894-7103), clerk to Judge Abrams, to select one of the following dates: February 28, 2019 at 9:00 a.m., March 5, 2019 at 9:00 a.m., or March 6, 2019 at 1:30 p.m.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |