Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (COURT TRIAL)**

Case No.: CV 18-5741-DMG (PLAx)     Title: Lucas R., et al. v. Alex Azar, et al.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**   [ x ] Court   [ ] Jury<br>Duration Estimate: 6 Weeks | 7-28-20<br>(Tuesday) | 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 6-9-20<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 8-5-19<br>8-19-19 |
| Initial Expert Disclosure & Report Deadline | 8-30-19 |
| Rebuttal Expert Disclosure & Report Deadline | 11-30-19 |
| Non-Expert Discovery Cut-Off<br>(includes hearing of discovery motions) | 1-31-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-2-20 |
| Motion Cut-Off (filing deadline) | 3-13-20 |
| Settlement Conference Completion Date | 4-3-20 |
| Joint Status Report re Settlement | 4-17-20 |
| Motions in Limine Filing Deadline | 4-28-20 |
| Opposition to Motion in Limine Filing Deadline | 5-12-20 |
| Proposed Pretrial Conference Order | 5-29-20 |
| Pretrial Exhibit Stipulation | 5-29-20 |
| Joint Exhibit List | 5-29-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 5-29-20 |
| Witness Declarations or Marked Depositions | 6-30-20 |
| Objections to Witness Declarations/Marked Depositions | 7-14-20 |
| Proposed Findings of Fact and Conclusions of Law | 6-30-20 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 7-14-20 |