UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**　　　　　　　　　　　　　　Date: **March 6, 2019**

Title:　**Lucas R., et al. v. Alex Azar, et al.**

---

PRESENT: THE HONORABLE　**PAUL L. ABRAMS**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:　　　　　ATTORNEYS PRESENT FOR DEFENDANT:
　　Carlos R. Holguin (in person)　　　　　　　　　　　Benjamin M. Moss
　　Carter C. White (phone)　　　　　　　　　　　　　　Jeffrey S. Robins
　　Crystal Adams (phone)　　　　　　　　　　　　　　W. Daniel Shieh
　　Holly S. Cooper (phone)　　　　　　　　　　　　　David E. Pinchas, AUSA
　　Jon F. Cieslak (phone)
　　Freya E. K. Pitts (phone)
　　Neha Desai (phone)
　　Leecia Welch (phone)
　　Melissa Adamson (phone)
　　Rebecca Tarneja (phone)

**PROCEEDINGS:**　　　(DISCOVERY CONFERENCE)

The Court and counsel discuss discovery issues.  The Court sets a limit of 100 written interrogatories (including all discrete subparts) per side, and 35 depositions (not counting expert depositions) per side.

Within the next two to three weeks, the parties shall: (1) submit a proposed stipulated protective order that will govern production of confidential information in this action;  (2) notify the Court of the parties' joint preference regarding the conduct of settlement proceedings (i.e., by a magistrate judge, the Court Mediation Panel or a private mediator); and (3) meet and confer and develop procedures for the search and production of electronic discovery.  The Court will hold a telephonic conference on **Tuesday, April 9 , 2019, at 2:00 p.m.** to discuss the parties' progress in the discovery process.

With the consent of the District Judge, and at the request of the parties (to correct an error in the dates initially requested by the parties in their Report), the Court revises the Initial Expert Disclosure & Report Deadline to December 9, 2019, and the Rebuttal Expert Disclosure & Report Deadline to February 3, 2020.

cc:　　Counsel of Record

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 35

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch