UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al.,<br><br>          Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Court hereby enters the Parties' Stipulated Protective Order.

IT IS SO ORDERED.

DATED: March ____, 2019

_____
PAUL L. ABRAMS
United States Magistrate Judge