UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al.,<br><br>　　　　Defendants. | Case No. CV 18-05741 DMG (PLAx)<br><br>**STIPULATED PROTECTIVE ORDER** |

　　Having considered the papers, and finding that good cause exists, the Court hereby enters the Parties' Stipulated Protective Order.

　　IT IS SO ORDERED.

DATED: March 12, 2019

　　　　　　　　　　　　　　　　*Paul L. Abrams*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　United States Magistrate Judge