# DECLARATION OF E. SCOTT LLOYD

I, E. Scott Lloyd, hereby declare and state:

1. I am a senior advisor to the Center for Faith and Opportunity Initiatives for the Department of Health and Human Resources ("HHS"). From March 2017 to November 2018, I served as Director of HHS' Office of Refugee Resettlement ("ORR"). I make this declaration from my personal knowledge, and if called upon to testify, I would and testify competently thereto.

2. Since 2011, my office has been located in Washington, D.C.

3. I have never resided in California, nor have I owned property there, nor was I ever employed there.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 22, 2019 at Washington, D.C.

*[signature]*
E. SCOTT LLOYD