UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEX AZAR, et al.,<br><br>    Defendants. | No. CV 18-5741 DMG (PLAx)<br><br>[proposed]<br>**ORDER GRANTING DEFENDANT E. SCOTT LLOYD'S MOTION FOR JUDGMENT ON THE PLEADINGS AND MOTIONTO DISMISS**<br><br>Date: April 26, 2019<br>Time: 9:30 a.m.<br>Place: Courtroom 8C<br>       First Street Courthouse |

    The Motion for Judgment on the Pleadings and to Dismiss filed by individual defendant E. Scott Lloyd, sued under <u>Bivens v. Six Unknown Named Federal Agents</u>, 403 U.S. 388 (1971), came on for hearing on April 26, 2019. The Court, having reviewed and considered the pleadings and arguments of counsel, finds that the Plaintiffs' First Amended Complaint ("FAC") fails to state a claim upon which relief can be granted against Defendant Lloyd and fails to defeat his qualified immunity from this suit. In addition, the Court lacks personal jurisdiction over Mr. Lloyd.

    Accordingly, the Court hereby GRANTS the motion and DISMISSES the FAC and action against Mr. Lloyd. IT IS SO ORDERED.

Dated: _____
                              UNITED STATES DISTRICT JUDGE