CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu

*Listing continued on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741<br><br>STIPULATION TO CONTINUE HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS (DKT. #161) |

/ / /

*Counsel for Plaintiffs, continued*

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
FREYA PITTS (Cal Bar. No. 295878)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email:  swynn@cooley.com
        mkkelley@cooley.com
        jcieslak@cooley.com
        mdonohue@cooley.com

It is hereby stipulated by and between the concerned parties[1] through their undersigned counsel that hearing on Defendant Lloyd's motion for judgment on the pleadings (Dkt. 161) be continued from April 26, 2019, to May 17, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard. Plaintiffs shall file their brief in opposition on or before April 19, 2019; Defendant's reply brief shall be filed on or before May 3, 2019.

This stipulation is entered and presented at Plaintiffs' request because of a conflict with depositions in Florida previously scheduled for April 25 and 26, 2019.

Dated: April 2, 2019.

CARLOS HOLGUÍN
Center for Human Rights &
Constitutional Law

*Carlos Holguín*
Carlos Holguín
One of the Attorneys for Plaintiffs

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ per email authorization*
DAVID PINCHAS
Assistant United States Attorney

Attorneys for Federal Defendant E. Scott Lloyd

---

[1] Plaintiffs advised the remaining (agency) Defendants of this stipulation; they indicated they have no objection to the requested continuance.