CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

*Listing continued on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741-DMG-PLA<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>[Hon. Dolly M. Gee] |

/ / /

1  *Counsel for Plaintiffs, continued*

2  LEECIA WELCH (Cal. Bar No. 208741)
3  NEHA DESAI (Cal. RLSA Bar No. 803161)
   POONAM JUNEJA (Cal. Bar No. 300848)
4  FREYA PITTS (Cal Bar. No. 295878)
   National Center for Youth Law
5  405 14th Street, 15th Floor
6  Oakland, CA 94612
   Telephone: (510) 835-8098
7  Email:  lwelch@youthlaw.org
8          ndesai@youthlaw.org
           pjuneja@youthlaw.org
9          fpitts@youthlaw.org

10 CRYSTAL ADAMS (Cal. Bar No. 308638)
11 National Center for Youth Law
   1313 L St. NW, Suite 130
12 Washington, DC 20005
13 Telephone: (202) 868-4785
   Email: cadams@youthlaw.org
14
15 SUMMER WYNN (Cal. Bar No. 240005)
   MARY KATHRYN KELLEY (Cal. Bar No. 170259)
16 JON F. CIESLAK (Cal. Bar No. 268951)
   MEGAN L. DONOHUE (Cal. Bar No. 266147)
17 Cooley LLP
18 4401 Eastgate Mall
   San Diego, CA 92121-1909
19 Telephone: (858) 550-6000
   Email:   swynn@cooley.com
20          mkkelley@cooley.com
21          jcieslak@cooley.com
           mdonohue@cooley.com
22
23
24
25
26
27
28

ii          [PROPOSED] ORDER CONTINUING HEARING ON
            MOTION FOR JUDGMENT ON THE PLEADINGS
            No. 2:18-CV-05741-DMG-PLA

1    Pursuant to the stipulation of Plaintiffs and Defendant Lloyd, IT IS HEREBY

2  ORDERED that hearing on Defendant Lloyd's motion for judgment on the pleadings

3  (Dkt. 161) be continued from April 26, 2019, to May 17, 2019, at 9:30 a.m., or as

4  soon thereafter as counsel may be heard.

5    Plaintiffs shall file their brief in opposition on or before April 19, 2019;

6  Defendant's reply brief shall be filed on or before May 3, 2019.

7  Dated: April ___, 2019.

8

9

10    _____
      THE HONORABLE DOLLY M. GEE
11    UNITED STATES DISTRICT JUDGE

12  / / /

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER CONTINUING HEARING ON
MOTION FOR JUDGMENT ON THE PLEADINGS
No. 2:18-CV-05741-DMG-PLA