# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services; et al.,<br><br>　　　　Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER CONTINUING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS [162]** |

　　　Pursuant to the stipulation of Plaintiffs and Defendant Lloyd, IT IS HEREBY ORDERED that the hearing on Defendant Lloyd's motion for judgment on the pleadings [Doc. # 161] is continued from April 26, 2019 to **May 17, 2019, at 9:30 a.m.**

　　　Plaintiffs shall file their brief in opposition on or before April 19, 2019; Defendant's reply brief shall be filed on or before May 3, 2019.

DATED:  April 4, 2019

　　　　　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE