UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**                                        Date: **April 9, 2019**

Title:   **Lucas R., et al. v. Alex Azar, et al.**

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**
                         UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                    **ATTORNEYS PRESENT FOR DEFENDANT:**

Carlos R. Holguin (phone)                                Jeffrey S. Robins
Carter C. White (phone)                                  W. Daniel Shieh
Crystal Adams (phone)                                    Marina Stevenson
Holly S. Cooper (phone)                                  David E. Pinchas, AUSA (phone)
Jon F. Cieslak (phone)
Freya E. K. Pitts (phone)
Leecia Welch (phone)
Megan Donohue (phone)

**PROCEEDINGS:**        **(DISCOVERY CONFERENCE)**

The Court and counsel discuss discovery issues and the parties' preference for mediation. The Court will hold a telephonic conference on **Wednesday, May 8 , 2019, at 2:00 p.m.** to discuss the parties' progress in the discovery process. Counsel shall contact the courtroom clerk via email to christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc:     Counsel of Record

                                                                                  : 30

                                                        Initials of Deputy Clerk _____ch