```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                       WESTERN DIVISION

 4         THE HONORABLE DOLLY M. GEE, JUDGE PRESIDING

 5

 6   LUCAS R., et al.,                )
                                      )
 7                   Plaintiffs,      )
                                      )
 8                                    )
             vs.                      )   No. CV 18-5741 DMG-PLA
 9                                    )
     ALEX AZAR, et al.,               )
10                                    )
                     Defendants.      )
11   _____)

12

13

14           REPORTER'S TRANSCRIPT OF PROCEEDINGS

15

16                 Los Angeles, California

17           Friday, February 22, 2019, 9:39 A.M.

18

19                   Scheduling Conference

20

21                         PAT CUNEO CSR 1600, CRR-CM
                           Official Reporter
22                         First Street Courthouse
                           350 W. First Street
23                         Room 4311
                           Los Angeles, California 90012-4565
24                         213-894-1782
                           patcuneo1600@gmail.com
25                         www.patcuneo.com
```

```
1    APPEARANCES OF COUNSEL:

2    FOR THE PLAINTIFFS:   CENTER FOR HUMAN RIGHTS &
                           CONSTITUTIONAL LAW
3                          BY:  CARLOS R. HOLGUIN, LAWYER
                           256 S. Occidental Boulevard
4                          Los Angeles, California  90057
                           213-388-88693 x 309
5                          crholguin@centerforhumanrights.org
                                        -and-
6                          NATIONAL CENTER FOR YOUTH LAW
                           BY:  LEECIA WELCH, SENIOR DIRECTOR
7                               LEGAL ADVOCACY AND CHILD WELFARE
                           405 14th Street, 15th Floor
8                          Oakland, California  94612-2701
                           510-899-6581
9                          lwelch@youthlaw.org
                                        -and-
10                         COOLEY LLP
                           BY:  JON CIESLAK, ATTORNEY AT LAW
11                         4401 Eastgate Mall
                           San Diego, California  92121-1909
12                         858-550-6107
                           jcieslak@cooley.com
13
     FOR THE DEFENDANTS:   U.S. DEPARTMENT OF JUSTICE
14                         UNITED STATES ATTORNEY'S OFFICE
                           BY:  DAVID PINCHAS, ASSISTANT
15                              ASSISTANT UNITED STATES ATTORNEY
                           300 N. Los Angeles Street, Suite 7516
16                         Los Angeles, California 90012
                           213-894-2920
17                         david.pinchas@usdoj.gov
                                        -and-
18                         U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
                           BY:  BENJAMIN MARK MOSS, TRIAL ATTORNEY
19                              OFFICE OF IMMIGRATION LITIGATION
                           P.O. BOX 878, Ben Franklin Station
20                         Washington, D.C.  20044-0878
                           202-307-8675
21                         benjamin.m.moss2@usdoj.gov
                                        -and-
22                         U.S. DEPARTMENT OF JUSTICE, CIVIL DIV.
                           BY:  JEFFREY S. ROBINS
23                              ASSISTANT DIRECTOR
                           OFFICE OF IMMIGRATION LITIGATION
24                         P.O. BOX 868, Ben Franklin Station
                           Washington, D.C.  20044
25                         202-616-1246
                           jeffrey.robins@usdoj.gov
```

```
1    LOS ANGELES, CALIF.; FRIDAY, FEBRUARY 22, 2019; 9:39 A.M.

2                              -oOo-

3              THE CLERK:  Calling Item No. 1, CV 18-5741 DMG,

4    Lucas R., et al., vs. Alex Azar, et al.

5              Counsel, your appearances, please.

6              MR. HOLGUIN:  Good morning, Your Honor.

7    Carlos Holguin, Leecia Welch, and Jon Cieslak on behalf of

8    plaintiffs.

9              MR. CIESLAK:  Good morning, Your Honor.

10             THE COURT:  Good morning.

11             MR. MOSS:  Good morning, Your Honor.

12   Benjamin Mark Moss and Jeffrey Robins on behalf of the

13   defendants in their official capacity and David Pinchas on

14   behalf of Mr. Lloyd in his individual capacity.

15             THE COURT:  Good morning.

16             All right.  Counsel, I have reviewed your 42-page

17   joint Rule 26(f) report and I will say that in my nearly ten

18   years on the bench I have never had a 42-page joint

19   Rule 26(f) report in some of my even most complex cases and

20   so this raises some red flags that I wanted to address.

21             These are the facts of life in the Central

22   District of California.  We have eight vacancies.  That

23   means the rest of us are carrying the loads of eight judges

24   who are not here.

25             I have 30 law and motion matters on my law and
```

1    motion calendar next week.  I'm not saying these things

2    because I want you to feel sorry for me.  I'm saying it

3    because I do believe that justice delayed is justice denied;

4    and under the circumstances, there is no way that I will be

5    able to handle huge numbers of motions and other issues that

6    might arise in this case if you folks don't work together

7    cooperatively to try to streamline the issues in this case.

8         This is our scheduling conference and I already

9    have over a 140 items on my docket.  I've already ruled on a

10   motion for class certification.  It seems to me there are a

11   lot of issues that probably can already be either stipulated

12   to or resolved.  So I want to explore some of these issues

13   with you.

14        The first one I want to explore with you is the

15   issue of Mr. Lloyd.  He has requested a jury trial.  Of

16   course he's entitled to his Seventh Amendment right to a

17   jury trial but my question is:  Does he even belong here if

18   there's a question about personal jurisdiction?  And if so,

19   why hasn't that been raised already in a motion to dismiss

20   for lack of personal jurisdiction?

21        MR. PINCHAS:  Well, Your Honor, I believe it was a

22   venue issue that we wanted to raise and also the Complaint

23   really doesn't state any allegations against Mr. Lloyd.

24   He's being sued for nominal damages.

25        My understanding is that the reason for that is

1  just in case the case gets moot at some point, they'll still

2  have someone -- some reason to keep the case going forward.

3  That's what I was told by Mr. Holguin.

4          So I -- we will be filing a motion to dismiss

5  because there are no allegations in the Complaint against

6  Mr. Lloyd.

7          THE COURT:  Well, you can't file a motion to

8  dismiss because you already filed an Answer.

9          MR. PINCHAS:  It will be a 12C motion, Your Honor.

10          THE COURT:  A motion for judgment on the

11  pleadings.

12          MR. PINCHAS:  Yes.

13          THE COURT:  It wasn't stated in the Joint

14  Rule 26(f) report that it was an issue of venue; it was a

15  question of personal jurisdiction is what it said.

16          If there isn't a venue issue, I think I already

17  addressed venue in my order on class certification if I

18  recall correctly.  So if it's something different from that,

19  then I would expect the issue be raised sooner rather than

20  later.

21          MR. PINCHAS:  Understood, Your Honor.

22          THE COURT:  And, in fact, I'm going to tee that up

23  so if it is, in fact, an issue of personal jurisdiction as

24  opposed to venue, it should be raised within 30 days.

25          MR. PINCHAS:  Very good, Your Honor.

1          THE COURT:  All right?

2          Because I don't want -- I don't want that to be an

3    impediment.  I'm not going to have both a jury trial and a

4    court trial certainly.  So if there are issues with regard

5    to Mr. Lloyd that can be streamlined, I would like to do

6    that upfront.

7          MR. PINCHAS:  *(Nodding).*

8          THE COURT:  Now, there has been a lot of

9    discussion in the report about phase discovery or not phase

10   discovery; and I can tell you that from my experience I

11   don't believe in phased discovery.  I think it is more

12   trouble than it's worth.

13         Parties end up squabbling about what should be in

14   the phase or not in the phase; and then I end up having to

15   intervene about what should be part of the first phase or

16   not be part of the first phase and I end up having multiple

17   motions that duplicate each other on some of these

18   overlapping issues.  So I don't see the need to have phase

19   discovery in this case.

20         Having said that however, I do believe that there

21   should be proportionality of discovery and I intend to have

22   the Magistrate Judge assigned to this case keep a close eye

23   on this matter.

24         To that end, I am going to have you meet and

25   confer at the end of today's hearing to decide on one of

1    three dates that I'm going to give you that Judge Abrams is
2    available to meet with you for a discovery conference so
3    that he can set up some parameters and protocols for you on
4    this case.
5              He is available on Thursday, February 28 at 9:00
6    o'clock a.m.; Tuesday, March 5 at 9:00 o'clock a.m.; or
7    Wednesday, March 6 at 1:30 p.m.
8              You can meet and confer and choose one of those
9    dates.  One of those times will hopefully work for you.
10   Those are Pacific time, obviously, and you should call his
11   clerk Christianna Howard at 213-894-7103 on Monday morning
12   with your choice.  She's not there today so give her a call
13   on Monday to select one of those dates.
14             I'm going to also be keeping an eye on this case
15   and, if I see that you are inundating the Magistrate Judge
16   or becoming unruly, I will very seriously consider
17   appointing a Special Master.
18             I also wanted to talk with you about this issue of
19   whether to stay the case so that you can have settlement
20   discussions.
21             Every case in this district has mandatory ADR and
22   we don't stay the case while the parties are engaging in
23   ADR.  We expect the parties to engage in ADR because it is
24   required.
25             So I expect that the parties in this case also

1   will be able to walk and chew gum at the same time so you

2   can certainly, in the timeframe that you've requested for

3   the litigation of this case, carve out some time for ADR

4   proceedings.

5           I am very heartened to see that Mr. Robins is now

6   part of the team for the government because I know that he

7   has participated in the resolution of other cases before me

8   in the past one of which was extremely complicated and

9   certainly more complicated than this case.  So I think that

10  that is a good sign.

11          Hopefully, Mr. Robins will be able to assist in

12  facilitating some kind of resolution of some, if not all of

13  the issues that are here in this Court.

14          I know that there are overarching issues of a

15  national scale that address the question of whether the

16  *Flores* settlement agreement is good or bad or indifferent;

17  and I don't think that that's really the issue in this case.

18          This case is about some very specific things that

19  are happening right now and all I'm concerned about are the

20  existing conditions and the law that currently applies.

21          So I don't expect that we're going to have to deal

22  with the headwinds that are coming down the pike perhaps

23  about the *Flores* agreement.

24          What you need to do in this case is to address

25  some of the very specific concerns that have been raised

1   about how people are being treated in the current system

2   that we have; and I think that there are issues here that

3   can and should be resolved.

4         In fact, some portions of it are already in the

5   process of being -- at least an attempt is being made to

6   resolve them with regard to the Shiloh facility and I don't

7   see why some of the resolutions that hopefully will be

8   achieved in that context cannot be applied or extended to

9   some other facilities if necessary.

10         So with regard to ADR, my practice, when the

11   parties can't agree on the method of ADR, is to default to

12   the volunteer Attorney Panel but that may not be the best

13   option for this case.

14         So I would strongly urge that the parties meet and

15   confer about what they would like to do to choose a

16   mediator.

17         There are certainly lots of good mediators

18   available both privately and on our volunteer panel and we

19   also have a very deep bench of Magistrate Judges who might

20   also be able to assist the parties.

21         So the only other possibility that I would suggest

22   only -- and I haven't actually conferred with Andrea Ordin

23   my independent monitor in the *Flores* case but she does have

24   a great deal of familiarity with this case.

25         I'm certainly not going to require her to do

1    mediation in this case on the very drastically reduced rates

2    that she's receiving as an independent monitor in the *Flores*

3    case.

4            But if you wish to hire her as a mediator in this

5    case to assist, that might also make some sense but you'll

6    have to pay her at her regular rates rather than the

7    drastically reduced rates that I've forced her to accept in

8    *Flores*.

9            But she does have a lot of background on this

10   matter so that might help in terms of just getting up to

11   speed on some of these issues.  So I throw that out as an

12   option, not necessarily to require you to do that.

13           Obviously, you will have to agree amongst

14   yourselves as to who you wish to have by mutual agreement to

15   do your mediation.

16           With regard to your disputes about whether or not

17   there are going to be 30 or 40 interrogatories or

18   depositions, I'm not going to sit up here at this point and

19   just throw out a random number.

20           You folks know this case better than I do and so

21   I'm going to expect that you will meet and confer and work

22   cooperatively to either agree on that; or if you cannot

23   agree on that, then I'm sure Judge Abrams will be happy to

24   impose some rules and limitations at your conference.

25           And, finally, the other item that I was able to

1   see in your report that seemed to be a dispute was the

2   number of days that you require to access class members.

3              Can someone on the government side explain to me

4   why you need five days or five business days' notice in

5   order to be able to allow class counsel to have access to

6   class members?

7              MR. MOSS:  Your Honor, when we consulted with the

8   agency clients, this was the number that they proposed to us

9   as being a reasonable workable number.  I'm sorry I can't

10  elaborate on why I believe it is operational concerns about

11  finding the individual class member engaging in security

12  procedures and the like.

13             THE COURT:  Okay.  In the absence of some more

14  specific limitations on why they have to wait that long to

15  be able to access a class member, I'm going to give you a

16  default of three days -- three business days' notice; and if

17  for some reason that is unworkable because of some reason

18  that I don't currently understand, you can let me know what

19  that is and I will certainly reconsider that.

20             MR. MOSS:  Very good, Your Honor.

21             THE COURT:  All right.  So those are my initial

22  thoughts with regard to your Joint Rule 26(f) Report.

23             I am somewhat surprised at the dates that you've

24  proposed.  They're quite a lot longer than I thought you

25  would need to resolve this case.  We're talking about

1    July 28th of 2020 for a trial date.

2              Can someone illuminate for me why I should set a

3    trial date out as far as that?

4              MR. HOLGUIN:  Yes.  On behalf of plaintiffs, Your

5    Honor, we actually believe that this case is likely to be

6    resolved by way of summary judgment or partial summary

7    adjudication.

8              Should that not prove to be the case, we would

9    then obviously start moving towards preparation for trial

10   which we could try sooner than was proposed.

11             But in terms of the date that we've proposed, it's

12   almost entirely theoretical based upon our belief that this

13   case will be resolved prior and without trial.

14             THE COURT:  Okay.  And what is the reason for the

15   two dates that have been proposed for nonexpert discovery

16   cutoff?  One says January 31 and another says March 2nd.

17             MR. HOLGUIN:  That was a clerical error.  As you

18   pointed out, it's quite a lengthy Rule 26(f) Report.  We

19   would request the cutoff date for the experts to be as your

20   normal practice would indicate on the scheduled pretrial and

21   trial dates worksheet.

22             THE COURT:  Okay.  So nonexpert discovery cutoff,

23   you're proposing it to be January 31?

24             MR. HOLGUIN:  Yes.

25             THE COURT:  All right.  Does anybody want to

1    address what I have just said?

2              MR. MOSS:  Your Honor, if I may just add.  For the

3    defendants in their official capacity, part of the reason

4    for the length of time that we propose relates to the

5    parties are still working together and look forward to

6    working together.  I think we're all trying to get this done

7    in the best way and the most efficient way we can.  Looking

8    forward to conferring about the scope of what the plaintiffs

9    are requesting and what's the best most efficient way to get

10   them access to that information.  And with the case of this

11   scope, we will work to meet any deadline that the Court

12   sets.

13             But as we noted in the draft 26(f) Report, we do

14   foresee a need and I'm glad that the Court is encouraging us

15   and having us meet with the Magistrate Judge to engage in

16   this discovery process especially with respect to possible

17   e-discovery concerns.

18             Depending on the quantity of data that plaintiffs

19   may be requesting and defendants may be required to produce,

20   it could take a substantial amount of time to identify that

21   data and do all the review and all that stuff that's

22   necessary to then produce it.

23             Hopefully, we can shrink that universe mutually as

24   well as is possible to efficiently address plaintiffs'

25   claims.

1          THE COURT:  Okay.  Mr. Moss, I do have a question

2     for you.  There was a lot of discussion about whether there

3     should be just a facial challenge or an applied challenge.

4          Well, my philosophy is that the plaintiffs are the

5     master of their own Complaint and they can't be forced to

6     bring only a facial challenge if they wish to bring both a

7     facial challenge and an applied challenge.

8          That having been said though, in the motion for

9     class certification, the issue was whether individual

10    plaintiffs have been subject to certain policies and

11    practices.

12         And in that context at least, defendants did not

13    dispute that those policies or practices exist or attempt to

14    put forth any evidence suggesting that those are not, in

15    fact, the policies and practices.

16         So why is it that you can't simply stipulate to

17    what the policies and practices are and that would pretty

18    much take care of the first phase, it seems to me, you were

19    proposing.

20         Why do we need a first phase when you know what

21    your policies and practices are and can probably stipulate

22    so what they are?

23         MR. MOSS:  Thank you for the opportunity to

24    address that, Your Honor.

25         Defendants would like to indeed stipulate

1   certainly wherever possible.  It takes time to identify what

2   policies are being challenged, to collect the documents, to

3   ascertain what those specific policies are with respect to

4   the class members.

5           But we would welcome the opportunity to stipulate

6   where we can and certainly that's why in the Answer we did

7   try to be as thorough as we could.

8           We look forward to doing the same thing in the

9   request for admissions that were recently served.  We do

10  want to narrow these issues.

11          As for why -- why a facial versus an as applied,

12  the suggestion that defendants have made for phase

13  discovery, we're not trying to deprive them of discovery at

14  all.

15          What we're trying to do and we're suggesting --

16  and I know the Court has already kind of rejected this

17  plan -- but as to why we suggested it, which I think is Your

18  Honor's question -- we think that if the government's

19  policies are found to be in violation of the law, then that

20  will kind of moot out lots of other issues.

21          Because if the policies are no good, then it's

22  time to rework the policies in accordance with the Court's

23  ruling which would kind of render moot some questions about:

24  Well, what about the practices?

25          Well, the practices would have to change in

1   response to any new policies and so for that reason we think

2   it would be efficient to address just the constitutionality

3   and the legality of the policies.  If they stand up, then

4   great and then we can move on to the next phase which would

5   be the practices which we would expect to and hope to get to

6   in any event.

7            We are happy to provide that discovery.  We just

8   think there's a sequencing might be helpful to resolve this

9   case sooner rather than later.

10            THE COURT:  All right.  Well, it seems to me that

11   there are many opportunities here for stipulations of both

12   fact regarding policies as well as practices and as applied

13   practices.

14            So to the extent that the parties can resolve some

15   of the discovery issues and streamline that through

16   stipulations, that seems to be a viable alternative to

17   months and months of 30 to 40 depositions and

18   interrogatories.

19            It seems like the motion for class certification

20   already had a fairly good handle on a certain subset of

21   facts at least so it seems like there are many avenues in

22   which the parties can resolve some of them by stipulation.

23            MR. MOSS:  Sure, Your Honor.

24            If I may add, I meant to also say in the context

25   of the class certification motions, the government was not

1    prepared necessarily to engage in the merits quite to the

2    extent that it would tend to do so at the summary judgment

3    phase.

4         So it wasn't necessarily the government was

5    intending to waive or not disagree with some of the

6    assertions.  Certainly, I think many the parties will agree

7    on but it just teed up at that posture.

8         THE COURT:  All right.  No, I wasn't suggesting

9    that you had to have any dispute about the merits in the

10   motion for class certification phase.  Obviously, that's not

11   a central focal point of such a motion.

12        But if there are policies and practices that

13   obviously exist, then there's no need to have unnecessary

14   discovery over them if it can be stipulated to.

15        MR. MOSS:  Agreed.

16        THE COURT:  All right.

17        Any comments from the plaintiffs in that regard?

18        MR. HOLGUIN:  No, Your Honor.  Except -- well, we

19   have served a set of written discovery which is very heavy

20   on requests for admissions.

21        To the extent that the government doesn't dispute

22   or makes those admissions, then I think we're well on our

23   way towards narrowing the issues.

24        THE COURT:  All right.  Well, I can't imagine the

25   plaintiffs want to spend months and months on tons of

1    depositions either.  So I think it behooves both sides to

2    just sort of look realistically at this case and see where

3    streamlining is possible and to bring it to some kind of

4    resolution sooner rather than later.

5              So, as I said, I am going to have Magistrate Judge

6    Abrams keep a close eye on this matter; and he's willing to

7    have a phone conference with those of you who are not local.

8              I know you probably want to be here because it's

9    somewhat warmer than where you are.  But if it's not

10   convenient for you to be here in person, he would be willing

11   to have a phone conference with those of you who can't be

12   here in person.

13             And so are there any other issues that you wish to

14   raise?

15             MR. HOLGUIN:  Not at this time for plaintiffs,

16   Your Honor.  Thank you.

17             MR. MOSS:  Nothing from the defendants.  Thank

18   you, Your Honor.

19             THE COURT:  All right.  Thank you.

20             So I will ask that you meet and confer after we

21   adjourn so that you can pick one of those three dates that I

22   just gave you; and if for some reason none of those three

23   dates works for all of you, then perhaps you can come up

24   with three alternative dates that you can then go over with

25   Judge Abrams' deputy clerk to see if those would work for

```
 1    his calendar.  All right?  Thank you.
 2              ALL COUNSEL:  Thank you, Your Honor.
 3              THE CLERK:  This Court is adjourned.
 4              (At 10:02 a.m. proceedings were concluded.)
 5
 6                             -oOo-
 7
 8                           CERTIFICATE
 9
10         I, PAT CUNEO, CSR 1600, hereby certify that
11    pursuant to Section 753, Title 28, United States Code, the
12    foregoing is a true and correct transcript of the
13    stenographically reported proceedings held in the
14    above-entitled matter and that the transcript page format is
15    in conformance with the regulations of the Judicial
16    Conference of the United States.
17
18    Date:  March 15, 2019
19
20
21
22
23                          /s/ PAT CUNEO_____
24                          PAT CUNEO, OFFICIAL REPORTER
                            CSR NO. 1600
25
```

**ALL COUNSEL: [1]**
19/2
**MR. CIESLAK: [1]** 3/9
**MR. HOLGUIN: [6]** 3/6
12/4 12/17 12/24 17/18
18/15
**MR. MOSS: [8]** 3/11
11/7 11/20 13/2 14/23
16/23 17/15 18/17
**MR. PINCHAS: [6]** 4/21
5/9 5/12 5/21 5/25 6/7
**THE CLERK: [2]** 3/3
19/3
**THE COURT: [19]** 3/10
3/15 5/7 5/10 5/13 5/23
6/1 6/8 11/13 11/21
12/14 12/22 12/25 14/1
16/10 17/8 17/16 17/24
18/19

**-**
**-and [4]** 2/5 2/9 2/17
2/21
**-oOo [2]** 3/2 19/6

**/**
**/s [1]** 19/23

**0**
**0878 [1]** 2/20

**1**
**10:02 [1]** 19/4
**1246 [1]** 2/25
**12C [1]** 5/9
**140 [1]** 4/9
**14th [1]** 2/7
**15 [1]** 19/18
**15th [1]** 2/7
**1600 [3]** 1/21 19/10
19/24
**1782 [1]** 1/24
**18-5741 [2]** 1/8 3/3
**1909 [1]** 2/11
**1:30 [1]** 7/7

**2**
**20044 [1]** 2/24
**20044-0878 [1]** 2/20
**2019 [3]** 1/17 3/1 19/18
**202-307-8675 [1]** 2/20
**202-616-1246 [1]** 2/25
**2020 [1]** 12/1
**213-388-88693 [1]** 2/4
**213-894-1782 [1]** 1/24
**213-894-2920 [1]** 2/2
**213-894-7103 [1]** 7/11
**22 [2]** 1/17 3/1
**256 [1]** 2/3
**26 [6]** 3/17 3/19 5/14
11/22 12/18 13/13
**2701 [1]** 2/8
**28 [2]** 7/5 19/11
**28th [1]** 12/1
**2920 [1]** 2/16

**2nd [1]** 12/16

**3**
**30 [4]** 3/25 5/24 10/17
16/17
**300 [1]** 2/15
**309 [1]** 2/4
**31 [2]** 12/16 12/23
**350 [1]** 1/22

**4**
**40 [2]** 10/17 16/17
**405 [1]** 2/7
**42-page [2]** 3/16 3/18
**4311 [1]** 1/23
**4401 [1]** 2/11
**4565 [1]** 1/23

**5**
**510-899-6581 [1]** 2/8
**5741 [2]** 1/8 3/3

**6**
**6107 [1]** 2/12
**6581 [1]** 2/8

**7**
**7103 [1]** 7/11
**7516 [1]** 2/15
**753 [1]** 19/11

**8**
**858-550-6107 [1]** 2/12
**8675 [1]** 2/20
**868 [1]** 2/24
**878 [1]** 2/19
**88693 [1]** 2/4

**9**
**90012 [1]** 2/16
**90012-4565 [1]** 1/23
**90057 [1]** 2/4
**92121-1909 [2]** 2/11
**94612-2701 [2]** 2/8
**9:00 [2]** 7/5 7/6
**9:39 [2]** 1/17 3/1

**A**
**a.m [5]** 1/17 3/1 7/6 7/6
19/4
**able [7]** 4/5 8/1 8/11
9/20 10/25 11/5 11/15
**about [18]** 4/18 6/9
6/13 6/15 7/18 8/18
8/19 8/23 9/1 9/15
10/16 11/10 11/25 13/8
14/2 15/23 15/24 17/9
**above [1]** 19/14
**above-entitled [1]**
19/14
**Abrams [3]** 7/1 10/23
18/6
**Abrams' [1]** 18/25
**absence [1]** 11/13
**accept [1]** 10/7
**access [4]** 11/2 11/5

**4:47 [1]** 5/10
**accordance [1]** 15/22
**achieved [1]** 9/8
**actually [2]** 9/22 12/5
**add [2]** 13/2 16/24
**address [7]** 3/20 8/15
8/24 13/1 13/24 14/24
16/2
**addressed [1]** 5/17
**adjourn [1]** 18/21
**adjourned [1]** 19/3
**adjudication [1]** 12/7
**admissions [3]** 15/9
17/20 17/22
**ADR [6]** 7/21 7/23 7/23
8/3 9/10 9/11
**ADVOCACY [1]** 2/7
**after [1]** 18/20
**against [2]** 4/23 5/5
**agency [1]** 11/8
**agree [5]** 9/11 10/13
10/22 10/23 17/16
**Agreed [1]** 17/15
**agreement [3]** 8/16
8/23 10/14
**al [4]** 1/6 1/9 3/4 3/4
**ALEX [2]** 1/9 3/4
**all [17]** 3/16 6/1 8/12
8/19 11/21 12/25 13/6
13/21 13/21 15/14
16/10 17/8 17/16 17/24
18/19 18/23 19/1
**allegations [2]** 4/23 5/5
**allow [1]** 11/5
**almost [1]** 12/10
**already [9]** 4/8 4/9 4/11
4/19 5/8 5/16 9/4 15/16
16/20
**also [8]** 4/22 7/14 7/18
7/25 9/19 9/20 10/5
16/24
**alternative [2]** 16/16
18/24
**am [4]** 6/24 8/5 11/23
18/5
**Amendment [1]** 4/16
**amongst [1]** 10/13
**amount [1]** 13/20
**Andrea [1]** 9/22
**Angeles [6]** 1/16 1/23
2/4 2/15 2/16 3/1
**another [1]** 12/16
**Answer [2]** 5/8 15/6
**any [8]** 4/23 13/11
14/14 16/1 16/6 17/9
17/17 18/13
**anybody [1]** 12/25
**appearances [2]** 2/1
3/5
**applied [5]** 9/8 14/3
14/7 15/11 16/12
**applies [1]** 8/20
**appointing [1]** 7/17
**are [38]**
**arise [1]** 4/6
**as [22]**

**ascertain [1]** 15/3
**ask [1]** 18/20
**assertions [1]** 17/6
**assigned [1]** 6/22
**assist [3]** 8/11 9/20
10/5
**ASSISTANT [3]** 2/14
2/15 2/23
**at [21]**
**attempt [2]** 9/5 14/13
**ATTORNEY [4]** 2/10
2/15 2/18 9/12
**ATTORNEY'S [1]** 2/14
**available [3]** 7/2 7/5
9/18
**avenues [1]** 16/21
**AZAR [2]** 1/9 3/4

**B**
**background [1]** 10/9
**bad [1]** 8/16
**based [1]** 12/12
**be [45]**
**because [10]** 4/2 4/3
5/5 5/8 6/2 7/23 8/6
11/17 15/21 18/8
**becoming [1]** 7/16
**been [6]** 4/19 6/8 8/25
12/15 14/8 14/10
**before [1]** 8/7
**behalf [4]** 3/7 3/12 3/14
12/4
**behooves [1]** 18/1
**being [6]** 4/24 9/1 9/5
9/5 11/9 15/2
**belief [1]** 12/12
**believe [6]** 4/3 4/21
6/11 6/20 11/10 12/5
**belong [1]** 4/17
**Ben [2]** 2/19 2/24
**bench [2]** 3/18 9/19
**BENJAMIN [2]** 2/18
3/12
**benjamin.m.moss2 [1]**
2/21
**best [3]** 9/12 13/7 13/9
**better [1]** 10/20
**both [5]** 6/3 9/18 14/6
16/11 18/1
**Boulevard [1]** 2/3
**BOX [2]** 2/19 2/24
**bring [3]** 14/6 14/6
18/3
**business [2]** 11/4
11/16
**but [13]** 4/17 9/12 9/23
10/4 10/5 10/9 12/11
13/13 15/5 15/17 17/7
17/12 18/9

**C**
**calendar [2]** 4/1 19/1
**CALIF [1]** 3/1
**CALIFORNIA [8]** 1/2
1/16 1/23 2/4 2/8 2/11
2/16 3/22

**call [2]** 7/10 7/12
**Calling [1]** 3/3
**can [22]**
**can't [7]** 5/7 9/11 11/9
14/5 14/16 17/24 18/11
**cannot [2]** 9/8 10/22
**capacity [3]** 3/13 3/14
13/3
**care [1]** 14/18
**CARLOS [2]** 2/3 3/7
**carrying [1]** 3/23
**carve [1]** 8/3
**case [32]**
**cases [2]** 3/19 8/7
**CENTER [2]** 2/2 2/6
**centerforhumanrights.
org [1]** 2/5
**central [3]** 1/2 3/21
17/11
**certain [2]** 14/10 16/20
**certainly [9]** 6/4 8/2 8/9
9/17 9/25 11/19 15/1
15/6 17/6
**CERTIFICATE [1]** 19/8
**certification [4]** 4/10
5/17 14/9 16/19 16/25
17/10
**certify [1]** 19/10
**challenge [5]** 14/3 14/3
14/6 14/7 14/7
**challenged [1]** 15/2
**change [1]** 15/25
**chew [1]** 8/1
**CHILD [1]** 2/7
**choice [1]** 7/12
**choose [2]** 7/8 9/15
**Christianna [1]** 7/11
**CIESLAK [2]** 2/10 3/7
**circumstances [1]** 4/4
**CIVIL [2]** 2/18 2/22
**claims [1]** 13/25
**class [12]** 4/10 5/17
11/2 11/5 11/6 11/11
11/15 14/9 15/4 16/19
16/25 17/10
**clerical [1]** 12/17
**clerk [2]** 7/11 18/25
**clients [1]** 11/8
**close [2]** 6/22 18/6
**CM [1]** 1/21
**Code [1]** 19/11
**collect [1]** 15/2
**come [1]** 18/23
**coming [1]** 8/22
**comments [1]** 17/17
**Complaint [3]** 4/22 5/5
14/5
**complex [1]** 3/19
**complicated [1]** 8/8
8/9
**concerned [1]** 8/19
**concerns [3]** 8/25
11/10 13/17
**concluded [1]** 19/4
**conditions [1]** 8/20
**confer [5]** 6/25 7/8

**C**

confer... [3] 9/15 10/21 18/20
conference [7] 1/19 4/8 7/2 10/24 18/7 18/11 19/16
conferred [1] 9/22
conferring [1] 13/8
conformance [1] 19/15
consider [1] 7/16
CONSTITUTIONAL [1] 2/2
constitutionality [1] 16/2
consulted [1] 11/7
context [3] 9/8 14/12 16/24
convenient [1] 18/10
COOLEY [1] 2/10
cooley.com [1] 2/12
cooperatively [2] 4/7 10/22
correct [1] 19/12
correctly [1] 5/18
could [3] 12/10 13/20 15/7
counsel [4] 2/1 3/5 3/16 11/5
course [1] 4/16
court [7] 1/1 6/4 8/13 13/11 13/14 15/16 19/3 19/21
Court's [1] 15/22
Courthouse [1] 1/22
crholguin [2] 2/5
CRR [1] 1/21
CRR-CM [1] 1/21
CSR [3] 1/21 19/10 19/24
CUNEO [4] 1/21 19/10 19/23 19/24
current [1] 9/1
currently [2] 8/20 11/18
cutoff [3] 12/16 12/19 12/22
CV [2] 1/8 3/3

**D**

D.C [2] 2/20 2/24
damages [1] 4/24
data [2] 13/18 13/21
date [5] 12/1 12/3 12/11 12/19 19/18
dates [9] 7/1 7/9 7/13 11/23 12/15 12/21 18/21 18/23 18/24
DAVID [2] 2/14 3/13
david.pinchas [1] 2/17
days [4] 5/24 11/2 11/4 11/16
days' [2] 11/4 11/16
deadline [1] 13/11
deal [2] 8/21 9/24
decide [1] 6/25
deep [1] 9/19

default [2] 9/11 11/16
defendants [9] 1/10 2/13 3/13 13/3 13/19 14/12 14/25 15/12 18/17
delayed [1] 4/3
denied [1] 4/3
DEPARTMENT [3] 2/13 2/18 2/22
Depending [1] 13/18
depositions [3] 10/18 16/17 18/1
deprive [1] 15/13
deputy [1] 18/25
did [2] 14/12 15/6
Diego [1] 2/11
different [1] 5/18
DIRECTOR [2] 2/6 2/23
disagree [1] 17/5
discovery [16] 6/9 6/10 6/11 6/19 6/21 7/2 12/15 12/22 13/16 13/17 15/13 15/13 16/7 16/15 17/14 17/19
discussion [2] 6/9 14/2
discussions [1] 7/20
dismiss [3] 4/19 5/4 5/8
dispute [4] 11/1 14/13 17/9 17/21
disputes [1] 10/16
district [4] 1/1 1/2 3/22 7/21
DIV [2] 2/18 2/22
DIVISION [1] 1/3
DMG [2] 1/8 3/3
DMG-PLA [1] 1/8
do [16] 4/3 6/5 6/20 8/24 9/15 9/25 10/12 10/15 10/20 13/13 13/21 14/1 14/20 15/9 15/15 17/2
docket [1] 4/9
documents [1] 15/2
does [4] 4/17 9/23 10/9 12/25
doesn't [2] 4/23 17/21
doing [1] 15/8
DOLLY [1] 1/4
don't [10] 4/6 6/2 6/2 6/11 6/18 7/22 8/17 8/21 9/6 11/18
done [1] 13/6
down [1] 8/22
draft [1] 13/13
drastically [2] 10/1 10/7
duplicate [1] 6/17

**E**

e-discovery [1] 13/17
each [1] 6/17
Eastgate [1] 2/11
efficient [3] 13/7 13/9 16/2
efficiently [1] 13/24

eight [2] 3/22 3/23
either [3] 4/11 10/22 18/1
elaborate [1] 11/10
encouraging [1] 13/14
end [5] 6/13 6/14 6/16 6/24 6/25
engage [3] 7/23 13/15 17/1
engaging [2] 7/22 11/11
entirely [1] 12/12
entitled [2] 4/16 19/14
error [1] 12/17
especially [1] 13/16
et [4] 1/6 1/9 3/4 3/4
even [2] 3/19 4/17
event [1] 16/6
Every [1] 14/14
evidence [1] 14/14
Except [1] 17/18
exist [2] 14/13 17/13
existing [1] 8/20
expect [6] 5/19 7/23 7/25 8/21 10/21 16/5
experience [1] 6/10
experts [1] 12/19
explain [1] 11/3
explore [2] 4/12 4/14
extended [1] 9/8
extent [3] 16/14 17/2 17/21
extremely [1] 8/8
eye [3] 6/22 7/14 18/6

**F**

facial [4] 14/3 14/6 14/7 15/11
facilitating [1] 8/12
facilities [1] 9/9
facility [1] 9/6
fact [5] 5/22 5/23 9/4 14/15 16/12
facts [3] 3/21 16/21
fairly [1] 16/20
familiarity [1] 9/24
far [1] 12/3
February [3] 1/17 3/1 7/5
February 28 [1] 7/5
feel [1] 4/2
file [1] 5/7
filed [1] 5/8
filing [1] 5/4
finally [1] 10/25
finding [1] 11/11
first [7] 1/22 1/22 4/14 6/15 6/16 14/18 14/20
five [2] 11/4 11/4
flags [1] 3/20
Floor [1] 2/7
Flores [5] 8/16 8/23 9/23 10/2 10/8
focal [1] 17/11
folks [2] 4/6 10/20
forced [2] 10/7 14/5

foregoing [1] 19/12
foresee [1] 13/14
format [1] 19/14
forth [1] 14/14
forward [4] 5/2 13/5 13/8 15/8
found [1] 15/19
Franklin [2] 2/19 2/24
Friday [2] 1/17 3/1

**G**

gave [1] 18/22
GEE [1] 1/4
get [3] 13/6 13/9 16/5
gets [1] 5/1
getting [1] 10/10
give [3] 7/1 7/12 11/15
glad [1] 13/14
gmail.com [1] 1/24
go [1] 18/24
going [13] 5/2 5/22 6/3 6/24 7/1 7/14 8/21 9/25 10/17 10/18 10/21 11/15 13/14
good [2] 3/6 3/9 3/10 3/11 3/15 5/25 8/10 8/16 9/17 11/20 15/21 16/20
government [5] 8/6 11/3 16/25 17/4 17/21
government's [1] 15/18
great [2] 9/24 16/4
gum [1] 8/1

**H**

had [3] 3/18 16/20 17/9
handle [2] 4/5 16/20
happening [1] 8/19
happy [2] 10/23 16/7
has [5] 4/15 6/8 7/21 8/7 15/16
hasn't [1] 4/19
have [34]
haven't [1] 9/22
having [5] 6/14 6/16 6/20 13/15 14/8
he [6] 4/15 4/17 7/3 7/5 8/6 18/10
he's [3] 4/16 4/24 18/6
headwinds [1] 8/22
hearing [1] 6/25
heartened [1] 8/5
heavy [1] 17/19
held [1] 19/13
help [1] 10/10
helpful [1] 16/8
her [2] 7/12 9/25 10/4
here [9] 3/24 4/17 8/13 9/2 10/18 16/11 18/8 18/10 18/12
hereby [1] 19/10
hire [1] 10/4
his [4] 3/14 4/16 7/10 19/1

HOLGUIN [3] 2/3 3/7 5/3
Honor [17] 3/6 3/9 3/11 4/21 5/9 5/21 5/25 11/7 11/20 12/15 13/2 14/24 16/23 17/18 18/16 18/18 19/2
Honor's [1] 15/18
HONORABLE [1] 1/4
hope [1] 16/5
hopefully [4] 7/9 8/11 9/7 13/23
how [1] 9/1
Howard [1] 7/11
however [1] 6/20
huge [1] 4/5
HUMAN [1] 2/2

**I**

I'm [14] 4/1 4/2 5/22 6/3 7/1 7/14 8/19 9/25 10/18 10/21 10/23 11/9 11/15 13/14
I've [2] 4/9 10/7
identify [2] 13/20 15/11
if [25]
illuminate [1] 12/2
imagine [1] 17/24
IMMIGRATION [2] 2/19 2/23
impediment [1] 6/3
impose [1] 10/24
indeed [1] 14/25
independent [2] 9/23 10/2
indicate [1] 12/20
indifferent [1] 8/16
individual [3] 3/14 11/11 14/9
information [1] 13/10
initial [1] 11/21
intend [1] 6/21
intending [1] 17/5
interrogatories [2] 10/17 16/18
intervene [1] 6/15
inundating [1] 7/15
is [35]
isn't [1] 5/16
issue [9] 4/15 4/22 5/14 5/16 5/19 5/23 7/18 8/17 14/9
issues [15] 4/5 4/7 4/11 4/12 6/6 6/18 8/13 8/14 9/2 10/11 15/10 15/20 16/15 17/23 18/13
it [31]
it's [7] 5/8 6/12 12/11 12/18 15/21 18/8 18/9
item [2] 3/3 10/25
items [1] 4/9

**J**

January [2] 12/16 12/23

**J**

January 31 [1]  12/16
jcieslak [1]  2/12
JEFFREY [2]  2/22 3/12
jeffrey.robins [1]  2/25
joint [4]  3/17 3/18 5/13
11/22
JON [2]  2/10 3/7
JUDGE [8]  1/4 6/22 7/1
7/15 10/23 13/15 18/5
18/25
judges [2]  3/23 9/19
judgment [3]  5/10 12/6
17/2
Judicial [1]  19/15
July [1]  12/1
July 28th [1]  12/1
jurisdiction [4]  4/18
4/20 5/15 5/23
jury [3]  4/15 4/17 6/3
just [11]  5/1 10/10
10/19 13/1 13/2 14/3
16/2 16/7 17/7 18/2
18/22
justice [5]  2/13 2/18
2/22 4/3 4/3

**K**

keep [3]  5/2 6/22 18/6
keeping [1]  7/14
kind [5]  8/12 15/16
15/20 15/23 18/3
know [7]  8/6 8/14
10/20 11/18 14/20
15/16 18/8

**L**

lack [1]  4/20
later [3]  5/20 16/9 18/4
law [7]  2/2 2/6 2/10
3/25 3/25 8/20 15/19
LAWYER [1]  2/3
least [3]  9/5 14/12
16/21
LEECIA [2]  2/6 3/7
LEGAL [1]  2/7
legality [1]  16/3
length [1]  13/4
lengthy [1]  12/18
let [1]  11/18
life [1]  3/21
like [6]  6/5 9/15 11/12
14/25 16/19 16/21
likely [1]  12/5
limitations [2]  10/24
11/14
litigation [3]  2/19 2/23
8/3
Lloyd [5]  3/14 4/15
4/23 5/6 6/5
LLP [1]  2/10
loads [1]  3/23
local [1]  18/7
long [1]  11/14
longer [1]  11/24

**look** [3]  13/5 15/8 18/2
Looking [1]  13/7
Los [6]  1/16 1/23 2/4
2/15 2/16 3/1
lot [5]  4/11 6/8 10/9
11/24 14/2
lots [2]  9/17 15/20
LUCAS [2]  1/6 3/4
lwelch [1]  2/9

**M**

made [2]  9/5 15/12
Magistrate [5]  6/22
7/15 9/19 13/15 18/5
make [1]  10/5
makes [1]  17/22
Mall [1]  2/11
mandatory [1]  7/21
many [3]  16/11 16/21
17/6
March [4]  7/6 7/7 12/16
19/18
March 2nd [1]  12/16
March 5 [1]  7/6
March 6 [1]  7/7
MARK [2]  2/18 3/12
master [2]  7/17 14/5
matter [4]  6/23 10/10
18/6 19/14
matters [1]  3/25
may [5]  9/12 13/2
13/19 13/19 16/24
me [8]  4/2 4/10 8/7
11/3 11/18 12/2 14/18
16/10
means [1]  3/23
meant [1]  16/24
mediation [2]  10/1
10/15
mediator [2]  9/16 10/4
mediators [1]  9/17
meet [8]  6/24 7/2 7/8
9/14 10/21 13/11 13/15
18/20
member [2]  11/11
11/15
members [3]  11/2 11/6
15/4
merits [2]  17/1 17/9
method [1]  9/11
might [5]  4/6 9/19 10/5
10/10 16/8
Monday [2]  7/11 7/13
monitor [2]  9/23 10/2
months [4]  16/17
16/17 17/25 17/25
moot [3]  5/1 15/20
15/23
more [3]  6/11 8/9 11/13
morning [6]  3/6 3/9
3/10 3/11 3/15 7/11
MOSS [3]  2/18 3/12
14/1
most [3]  3/19 13/7 13/9
motion [12]  3/25 4/1
4/10 4/19 5/4 5/7 5/9

**5/16 5/16** 16/19 17/10
17/11
motions [3]  4/5 6/17
16/25
move [1]  16/4
moving [1]  12/9
Mr. [9]  3/14 4/15 4/23
5/3 5/6 6/5 8/5 8/11
14/1
Mr. Holguin [1]  3/3
Mr. Lloyd [5]  3/14 4/15
4/23 5/6 6/5
Mr. Moss [1]  14/1
Mr. Robins [2]  8/5 8/11
much [1]  14/18
multiple [1]  6/16
mutual [1]  10/14
mutually [1]  13/23
my [12]  3/17 3/19 3/25
4/9 4/17 4/25 5/17 6/10
9/10 9/23 11/21 14/4

**N**

narrow [1]  15/10
narrowing [1]  17/23
national [2]  2/6 8/15
nearly [1]  3/17
necessarily [3]  10/12
17/1 17/4
necessary [2]  9/9
13/22
need [7]  6/18 8/24 11/4
11/25 13/14 14/20
17/13
never [1]  3/18
new [1]  16/1
next [2]  4/1 16/4
no [8]  1/8 4/4 5/5 15/21
17/8 17/13 17/18 19/24
No. [1]  3/3
No. 1 [1]  3/3
Nodding [1]  6/7
nominal [1]  4/24
none [1]  18/22
nonexpert [2]  12/15
12/22
normal [1]  12/20
not [23]
noted [1]  13/13
Nothing [1]  18/17
notice [2]  11/4 11/16
now [3]  6/8 8/5 8/19
number [4]  10/19 11/2
11/8 11/9
numbers [1]  4/5

**O**

o'clock [2]  7/6 7/6
Oakland [1]  2/8
obviously [5]  7/10
10/13 12/9 17/10 17/13
Occidental [1]  2/3
OFFICE [3]  2/14 2/19
2/23
official [4]  1/21 3/13
13/3 19/24

**Okay** [4]  11/13 12/14
12/22 14/1
on [37]
one [8]  4/14 6/25 7/8
7/9 7/13 8/8 12/16
18/21
only [3]  9/21 9/22 14/6
oOo [2]  3/2 19/6
operational [1]  11/10
opportunities [1]
16/11
opportunity [2]  14/23
15/5
opposed [2]  5/24
option [2]  9/13 10/12
or [20]
order [2]  5/17 11/5
Ordin [1]  9/22
other [8]  4/5 6/17 8/7
9/9 9/21 10/25 15/20
18/13
our [4]  4/8 9/18 12/12
17/22
out [6]  8/3 10/11 10/19
12/3 12/18 15/20
over [3]  4/9 17/14
18/24
overarching [1]  8/14
overlapping [1]  6/18
own [1]  14/5

**P**

p.m [1]  7/7
P.O [2]  2/19 2/24
Pacific [1]  7/10
page [3]  3/16 3/18
19/14
panel [2]  9/12 9/18
parameters [1]  7/3
part [4]  6/15 6/16 8/6
13/3
partial [1]  12/6
participated [1]  8/7
parties [11]  6/13 7/22
7/23 7/25 9/11 9/14
9/20 13/5 16/14 16/22
17/6
past [1]  8/8
PAT [4]  1/21 19/10
19/23 19/24
patcuneo1600 [1]  1/24
pay [1]  10/6
people [1]  9/1
perhaps [3]  8/22 18/23
person [2]  18/10 18/12
personal [4]  4/18 4/20
5/15 5/23
phase [13]  6/9 6/9 6/14
6/14 6/15 6/16 6/18
14/18 14/20 15/12 16/4
17/3 17/10
phased [1]  6/11
philosophy [1]  14/4
phone [2]  18/7 18/11
pick [1]  18/21
pike [1]  8/22

**PINCHAS** [2]  2/14 3/13
PLA [1]  1/8
plaintiffs [11]  1/7 2/2
3/8 12/4 13/8 13/18
14/4 14/10 17/17 17/25
18/15
plaintiffs' [1]  13/24
plan [1]  15/17
pleadings [1]  5/11
please [1]  3/5
point [3]  5/1 10/18
17/11
pointed [1]  12/18
policies [14]  14/10
14/13 14/15 14/17
14/21 15/2 15/3 15/19
15/21 15/22 16/1 16/3
16/12 17/12
portions [1]  9/4
possibility [1]  9/21
possible [4]  13/16
13/24 15/1 18/3
posture [1]  17/7
practice [2]  9/10 12/20
practices [11]  14/11
14/13 14/15 14/17
14/21 15/24 15/25 16/5
16/12 16/13 17/12
preparation [1]  12/9
prepared [1]  17/1
PRESIDING [1]  1/4
pretrial [1]  12/20
pretty [1]  14/17
prior [1]  12/13
privately [1]  9/18
probably [4]  4/11
14/21 18/8
procedures [1]  11/12
proceedings [4]  1/14
8/4 19/4 19/13
process [2]  9/5 13/16
produce [2]  13/19
13/22
proportionality [1]
6/21
propose [1]  13/4
proposed [5]  11/8
11/24 12/10 12/11
12/15
proposing [2]  12/23
14/19
protocols [1]  7/3
prove [1]  12/8
provide [1]  16/7
pursuant [1]  19/13
put [1]  14/14

**Q**

quantity [1]  13/18
question [6]  4/17 4/18
5/15 8/15 14/1 15/18
questions [1]  15/23
quite [3]  11/24 12/18
17/1

**R**

raised [4] 4/19 5/19 5/24 8/25
raises [1] 3/20
random [1] 10/19
rates [3] 10/1 10/6 10/7 16/9 18/4
rather [4] 5/19 10/6 16/9 18/4
realistically [1] 18/2
really [2] 4/23 8/17
reason [8] 4/25 5/2 11/17 11/17 12/14 13/3 16/1 18/22
reasonable [1] 11/9
recall [1] 5/18
receiving [1] 10/2
recently [1] 15/9
reconsider [1] 11/19
red [1] 3/20
reduced [2] 10/1 10/7
regard [6] 6/4 9/6 9/10 10/16 11/22 17/17
regarding [1] 16/12
regular [1] 10/6
regulations [1] 19/15
rejected [1] 15/16
relates [1] 13/4
render [1] 15/23
report [8] 3/17 3/19 5/14 6/9 11/1 11/22 12/18 13/13
reported [1] 19/13
Reporter [2] 1/21 19/24
REPORTER'S [1] 1/14
request [2] 12/19 15/9
requested [2] 4/15 8/2
requesting [2] 13/9 13/19
requests [1] 17/20
require [3] 9/25 10/12 11/2
required [2] 7/24 13/19
resolution [3] 8/7 8/12 18/4
resolutions [1] 9/7
resolve [5] 9/6 11/25 16/8 16/14 16/22
resolved [4] 4/12 9/3 12/6 12/13
respect [2] 13/16 15/3
response [1] 16/1
rest [1] 3/23
review [1] 13/21
reviewed [1] 3/16
rework [1] 15/22
right [12] 3/16 4/16 6/1 8/19 11/21 12/25 16/10 17/8 17/16 17/24 18/19 19/1
RIGHTS [1] 2/2
ROBINS [4] 2/22 3/12 8/5 8/11
Room [1] 1/23
Rule [5] 3/17 3/19 5/14 11/22 12/18
Rule 26 [3] 3/19 5/14 11/22
ruled [1] 4/9
rules [1] 10/24
ruling [1] 15/23

**S**

said [5] 5/15 6/20 13/1 14/8 18/5
same [2] 8/1 15/8
San [1] 2/11
say [2] 3/17 16/24
saying [2] 4/1 4/2
says [2] 12/16 12/16
scale [1] 8/15
scheduled [1] 12/20
scheduling [2] 1/19 4/8
scope [2] 13/8 13/11
Section [1] 19/11
security [1] 11/11
see [7] 6/18 7/15 8/5 9/7 11/1 18/2 18/25
seemed [1] 11/1
seems [6] 4/10 14/18 16/10 16/16 16/19 16/21
select [1] 7/13
SENIOR [1] 2/6
sense [1] 10/5
sequencing [1] 16/8
seriously [1] 7/16
served [2] 15/9 17/19
set [3] 7/3 12/2 17/19
sets [1] 13/12
settlement [2] 7/19 8/16
Seventh [1] 4/16
she [2] 9/23 10/9
she's [2] 7/12 10/2
Shiloh [1] 9/6
should [9] 5/24 6/13 6/15 6/21 7/10 9/3 12/2 12/8 14/3
shrink [1] 13/23
side [1] 11/3
sides [1] 18/1
sign [1] 8/10
simply [1] 14/16
sit [1] 10/18
so [35]
some [27]
someone [3] 5/2 11/3 12/2
something [1] 5/18
somewhat [2] 11/23 18/9
sooner [4] 5/19 12/10 16/9 18/4
sorry [2] 4/2 11/9
sort [1] 18/2
Special [1] 7/17
specific [4] 8/18 8/25 11/14 15/3
speed [1] 10/11

spent [1] 17/25
squabbling [1] 6/13
stand [1] 16/3
start [1] 12/9
state [1] 4/23
stated [1] 5/13
STATES [5] 1/1 2/14 2/15 19/11 19/16
Station [2] 2/19 2/24
stay [2] 7/19 7/22
stenographically [1] 19/13
still [2] 5/1 13/5
stipulate [4] 14/16 14/21 14/25 15/5
stipulated [2] 4/11 17/14
stipulation [1] 16/22
stipulations [2] 16/11 16/16
streamline [2] 4/7 16/15
streamlined [1] 6/5
streamlining [1] 18/3
Street [4] 1/22 1/22 2/7 2/15
strongly [1] 9/14
stuff [1] 13/21
subject [1] 14/10
subset [1] 16/20
substantial [1] 13/20
such [1] 17/11
sued [1] 4/24
suggest [1] 9/21
suggested [1] 15/17
suggesting [3] 14/14 15/15 17/8
suggestion [1] 15/12
Suite [1] 2/15
summary [3] 12/6 12/6 17/2
sure [2] 10/23 16/23
surprised [1] 11/23
system [1] 9/1

**T**

take [2] 13/20 14/18
takes [1] 15/1
talk [1] 7/18
talking [1] 11/25
team [1] 8/6
tee [1] 5/22
teed [1] 17/7
tell [1] 6/10
ten [1] 3/17
tend [1] 17/2
terms [2] 10/10 12/11
than [10] 5/19 6/12 8/9 10/6 10/20 11/24 12/10 16/9 18/4 18/9
Thank [6] 14/23 18/16 18/17 18/19 19/1 19/2
that [115]
that's [5] 5/3 8/17 13/21 15/6 17/10
their [3] 3/13 13/3 14/5

them [5] 9/6 13/10 15/13 16/12 17/14
then [13] 5/19 6/14 10/23 12/9 13/22 15/19 15/21 16/3 16/4 17/13 17/22 18/23 18/24
theoretical [1] 12/12
there [18] 4/4 4/10 5/5 5/16 6/4 6/8 6/20 7/12 8/14 9/2 9/17 10/17 14/2 14/2 16/11 16/21 17/12 18/13
there's [3] 4/18 16/8 17/13
these [6] 3/21 4/1 4/12 6/17 10/11 15/10
they [7] 9/15 11/8 11/14 14/5 14/6 14/22 16/3
they'll [1] 5/1
They're [1] 11/24
thing [1] 15/8
things [2] 4/1 8/18
think [13] 5/16 6/11 8/9 8/17 9/2 13/6 15/17 15/18 16/1 16/8 17/6 17/22 18/1
this [38]
thorough [1] 15/7
those [14] 7/8 7/9 7/10 7/13 11/21 14/13 14/14 15/3 17/22 18/7 18/11 18/21 18/22 18/25
though [1] 14/8
thought [1] 11/24
thoughts [1] 11/22
three [6] 7/1 11/16 11/16 18/21 18/22 18/24
through [1] 16/15
throw [2] 10/11 10/19
Thursday [1] 7/5
time [8] 7/10 8/1 8/3 13/4 13/20 15/1 15/22 18/15
timeframe [1] 8/2
times [1] 7/9
Title [1] 19/11
today [1] 7/12
today's [1] 6/25
together [3] 4/6 13/5 13/6
told [1] 5/3
tons [1] 17/25
towards [2] 12/9 17/23
transcript [3] 1/14 19/12 19/14
treated [1] 9/1
trial [10] 2/18 4/15 4/17 6/3 6/4 12/1 12/3 12/9 12/13 12/21
trouble [1] 6/12
true [1] 19/12
try [3] 4/7 12/10 15/7
trying [3] 13/6 15/13 15/15

Tuesday [1] 7/6
two [1] 12/15

**U**

U.S [3] 2/13 2/18 2/22
under [1] 4/4
understand [1] 11/18
understanding [1] 4/25
Understood [1] 5/21
UNITED [5] 1/1 2/14 2/15 19/11 19/16
universe [1] 13/23
unnecessary [1] 17/13
unruly [1] 7/16
unworkable [1] 11/17
up [10] 5/22 6/13 6/14 6/16 7/3 10/10 10/18 16/3 17/17 17/23
upfront [1] 6/6
upon [1] 12/12
urge [1] 9/14
us [4] 3/23 11/8 13/14 13/15
usdoj.gov [3] 2/17 2/21 2/25

**V**

vacancies [1] 3/22
venue [4] 4/22 5/14 5/16 5/17 5/24
versus [1] 15/11
very [5] 5/25 7/16 8/5 8/18 8/25 9/19 10/1 11/20 17/19
viable [1] 16/16
violation [1] 15/19
volunteer [2] 9/12 9/18

**W**

wait [1] 11/14
waive [1] 17/5
walk [1] 8/1
want [9] 4/2 4/12 4/14 6/2 6/2 12/25 15/10 17/25 18/8
wanted [3] 3/20 4/22 7/18
warmer [1] 18/9
was [14] 4/21 5/3 5/14 5/14 8/8 10/25 11/1 11/8 12/10 12/17 14/2 14/9 16/25 17/4
Washington [2] 2/20 2/24
wasn't [3] 5/13 17/4 17/8
way [6] 4/4 12/6 13/7 13/7 13/9 17/23
we [34]
we're [7] 8/21 11/25 13/6 15/13 15/15 15/15 17/22
we've [1] 12/11
Wednesday [1] 7/7
week [1] 4/1

**W**

**WELCH [2]** 2/6 3/7
**welcome [1]** 15/5
**WELFARE [1]** 2/7
**well [11]** 4/21 5/7
13/24 14/4 15/24 15/25
16/10 16/12 17/18
17/22 17/24
**were [3]** 14/18 15/9
19/4
**WESTERN [1]** 1/3
**what [17]** 5/3 5/15 6/13
6/15 8/24 9/15 11/18
12/14 13/1 13/8 14/17
14/20 14/22 15/1 15/3
15/15 15/24
**what's [1]** 13/9
**when [3]** 9/10 11/7
14/20
**where [3]** 15/6 18/2
18/9
**wherever [1]** 15/1
**whether [5]** 7/19 8/15
10/16 14/2 14/9
**which [8]** 8/8 12/10
15/17 15/23 16/4 16/5
16/22 17/19
**while [1]** 7/22
**who [5]** 3/24 9/19
10/14 18/7 18/11
**why [12]** 4/19 9/7 11/4
11/10 11/14 12/2 14/16
14/20 15/6 15/11 15/11
15/17
**will [18]** 3/17 4/4 5/4
5/9 7/9 7/16 8/1 8/11
9/7 10/13 10/21 10/23
11/19 12/13 13/11
15/20 17/6 18/20
**willing [2]** 18/6 18/10
**wish [4]** 10/4 10/14
14/6 18/13
**within [1]** 5/24
**without [1]** 12/13
**work [5]** 4/6 7/9 10/21
13/11 18/25
**workable [1]** 11/9
**working [2]** 13/5 13/6
**works [1]** 18/23
**worksheet [1]** 12/21
**worth [1]** 6/12
**would [20]**
**written [1]** 17/19
**www.patcuneo.com
[1]** 1/25

**Y**

**years [1]** 3/18
**Yes [3]** 5/12 12/4 12/24
**you [55]**
**you'll [1]** 10/5
**you're [1]** 12/23
**you've [2]** 8/2 11/23
**your [28]**
**yourselves [1]** 10/14

**YOUTH [1]** 2/6
**youthlaw.org [1]** 2/9