| | |
|---|---|
| 1 | JOSEPH H. HUNT |
| | Assistant Attorney General |
| 2 | United States Department of Justice |
| | Civil Division |
| 3 | ERNESTO H. MOLINA, JR. |
| | Deputy Director |
| 4 | Office of Immigration Litigation |
| | JEFFREY S. ROBINS |
| 5 | Deputy Director |
| | BENJAMIN MARK MOSS |
| 6 | W. DANIEL SHIEH |
| | Senior Litigation Counsel |
| 7 | ANDREW B. INSENGA |
| | SHERRY D. SOANES |
| 8 | MARINA C. STEVENSON |
| | Trial Attorneys |
| 9 | |
| | Attorneys for Defendants |

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al.*, | Case No.: **2-18-CV-05741 DMG (PLA)** |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE AS COUNSEL OF RECORD FOR OFFICIAL CAPACITY DEFENDANTS** |
| ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE that Yamileth G. Davila, Assistant Director, United States Department of Justice, Office of Immigration Litigation, District Court Section, will enter her appearance as counsel of record for the Defendants named in their official capacities.

Dated: April 22, 2019      Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
United States Department of Justice
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
JEFFREY S. ROBINS
Deputy Director
Office of Immigration Litigation

/s/ Yamileth G. Davila
YAMILETH G. DAVILA
Assistant Director
Civil Division
United States Department of Justice
P.O. Box 868
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-0137
Facsimile: (202) 305-7000
Yamileth.g.davila@usdoj.gov

BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel

ANDREW B. INSENGA
SHERRY D. SOANES
MARINA C. STEVENSON

1                                             Trial Attorneys
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28