# **CERTIFICATE OF SERVICE**

CASE NO. 2:18-cv-05741-DMG-PLA

      I certify that on April 22, 2019, I served a copy of the foregoing NOTICE

OF APPEARANCE by filing this document with the Clerk of Court through the

CM/ECF system, which will provide electronic notice and an electronic link to this

document to the following attorneys of record:

Carlos Holguin
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Email: crholguin@centerforhumanrights.org

Carter C. White
UC Davis Civil Rights Clinic
One Shields Avenue Building TB-30
Davis, CA 95616
Email: ccwhite@ucdavis.edu

Crystal Adams
National Center for Youth Law
1313 L Street NW Suite 130
Washington, DC 20005
Email: cadams@youthlaw.org

Holly S. Cooper
UC Davis School of Law
Clinical Programs
One Shields Avenue TB 30
Davis, CA 95616
Email: hscooper@ucdavis.edu

Jon F. Cieslak
Cooley LLP
4401 Eastgate Mall

San Diego, CA 92121
Email: jcieslak@cooley.com

Mary Kathryn Kelley
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Email: mkkelley@cooley.com

Poonam Juneja
National Center for Youth Law
405 14th Street 15th Floor
Oakland, CA 94618
Email: pjuneja@youthlaw.org

Summer J Wynn
Cooley Godward Kronish
4401 Eastgate Mall
San Diego, CA 92121
Email: swynn@cooley.com

Freya E K Pitts
National Center for Youth Law
405 Fourteenth Street 15th Floor
Oakland, CA 94612
Email: fpitts@youthlaw.org

Megan L Donohue
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121
Email: mdonohue@cooley.com

Neha Desai
National Center for Youth Law
405 Fourteenth Street 15th Floor
Oakland, CA 94612
Email: ndesai@youthlaw.org

1   Leecia Welch
    National Center for Youth Law
2   405 Fourteenth Street 15th Floor
3   Oakland, CA 94612
    Email: lwelch@youthlaw.org
4

5   Executed April 22, 2019, at Washington, D.C.

6
                                    By:  Yamileth G. Davila__
7                                   YAMILETH G. DAVILA
                                    Assistant Director
8                                   United States Department of Justice
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28