1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page and signature
   blocks*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

12  LUCAS R., et al.,                     Case No.  2:18-CV-05741 DMG PLA

13              Plaintiffs,
                                          **STIPULATION RE MEDIATION**
14       v.

15  ALEX AZAR, et al.,                    Complaint Filed: June 29, 2018
                                          Discovery Cutoff Date: Jan. 31, 2020
16              Defendants.               Pretrial Conference Date: June 9, 2020
                                          Trial Date: July 28, 2020
17                                        Judge: Hon. Dolly M. Gee

18

19

20

21

22

23

24

25

26

27

28

                                          **STIPULATION RE MEDIATION**
                                          **CASE NO. 2:18-CV-05741 DMG PLA**

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
FREYA PITTS (295878)
POONAM JUNEJA (300848)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com
        jcieslak@cooley.com
        mdonohue@cooley.com

*Attorneys for Plaintiffs*

1    WHEREAS, "[i]t is the policy of the Court to encourage disposition of civil

2  litigation by settlement when such is in the best interest of the parties," L.R. 16-15;

3  and

4    WHEREAS, the Court issued an Order/Referral to ADR on February 22, 2019

5  referring this matter to the Court Mediation Panel pursuant to ADR Procedure No. 2,

6  ECF 153; and

7    WHEREAS, the parties have met and conferred further about the best means to

8  mediate this case, and have jointly agreed that instead of using the Court Mediation

9  Panel, they would like to mediate the case with the Honorable Sheri Pym,

10    WHEREAS, Judge Pym has consented to serve as a mediator for this case;

11    NOW, THEREFORE, the Parties hereby stipulate and move the Court to issue a

12  new Order/Referral to ADR and refer this matter to the Honorable Sheri Pym pursuant

13  to ADR Procedure No. 1.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE MEDIATION
CASE NO. 2:18-CV-05741 DMG PLA

| | |
|---|---|
| 1 | Dated:  April 22, 2019 |
| 2 | |

CARLOS HOLGUIN
Center for Human Rights &
Constitutional Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

LEECIA WELCH
NEHA DESAI
FREYA PITTS
CRYSTAL ADAMS
National Center for Youth Law

SUMMER WYNN
MARY KATHRYN KELLEY
JON CIESLAK
MEGAN DONOHUE
Cooley LLP


By: */s/ Jon F. Cieslak*
    Jon F. Cieslak (268951)
    Attorneys for Plaintiffs
    Email:  jcieslak@cooley.com

Dated:  April 22, 2019

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO MOLINA
JEFFREY ROBINS
Deputy Directors
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
MARINA STEVENSON
JONATHAN K. ROSS
YAMILETH G. DAVILA
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice


By: */s/ Benjamin Mark Moss*
    Benjamin Mark Moss
    Senior Litigation Counsel
    United States Department of Justice
    Attorneys for Official-Capacity
    Defendants

STIPULATION RE MEDIATION
CASE NO. 2:18-CV-05741 DMG PLA

1  Dated:  April 22, 2019

2

3

4

5

6

7

8

9

10

11

12

13

14

15  Dated:  April 22, 2019

16

17

18

19

20

21

22

23

24

25

26

27

28

NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section


By: */s/ David Pinchas*
David Pinchas
Assistant United States Attorney
Attorneys for Federal Defendant E. Scott
Lloyd


**CERTIFICATION**


Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.


COOLEY LLP

*/s/ Jon F. Cieslak*
Jon F. Cieslak (269851)

STIPULATION RE MEDIATION
CASE NO. 2:18-CV-05741 DMG PLA