UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>  ALEX AZAR, et al.,<br><br>                    Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER RE MEDIATION**<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Jan. 31, 2020<br>Pretrial Conference Date: June 9, 2020<br>Trial Date: July 28, 2020<br>Judge: Hon. Dolly M. Gee |

1    Pursuant to stipulation, the Court hereby refers this matter to the Honorable

2   Sheri Pym for mediation pursuant to ADR Procedure No. 1.

3   **IT IS SO ORDERED.**

4   Dated:                  , 2019

5                                                             Honorable Dolly M. Gee

6                                                             United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28