UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　　Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE MEDIATION [170]** |

　　　Pursuant to the parties' stipulation, the Court hereby refers this matter to the Honorable Sheri Pym for mediation pursuant to ADR Procedure No. 1.

**IT IS SO ORDERED.**

DATED:  April 23, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Hon. Sheri Pym
　　United States Magistrate Judge