# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**　　　　　　　　　　　　　Date: **May 29, 2019**

Title:　**Lucas R., et al. v. Alex Azar, et al.**

---

**PRESENT:** THE HONORABLE　**PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　**ATTORNEYS PRESENT FOR DEFENDANT:**
　Rebecca Tarneja　　　　　　　　　　　　　　　　Jeffrey S. Robins
　Leecia Welch　　　　　　　　　　　　　　　　　W. Daniel Shieh
　Megan Donohue　　　　　　　　　　　　　　　　Benjamin Moss
　　　　　　　　　　　　　　　　　　　　　　　　David E. Pinchas, AUSA

**PROCEEDINGS:**　　**(TELEPHONIC DISCOVERY CONFERENCE)**

The Court and counsel discuss discovery issues and the upcoming mediation. The Court will hold a further telephonic conference on **Wednesday, July 10, 2019, at 2:00 p.m.** to discuss the parties' progress in the discovery process. Counsel shall contact the courtroom clerk via email to christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc:　Counsel of Record

　: 10

Initials of Deputy Clerk　　ch