UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5741-DMG (PLAx) | Date | June 7, 2019 |
|---|---|---|---|
| Title | LUCAS R., et al. v. ALEX AZAR, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff:<br>N/A | | Attorneys Present for Defendant:<br>N/A |

**Proceedings:**     (In Chambers) Order Excusing Certain Persons from June 12, 2019 Settlement Conference

In response to formal and informal requests made, and in light of the agreed parameters of the June 12, 2019 settlement conference in this case, the following persons are excused from attending the June 12, 2019 settlement conference in person:
Defendant E. Scott Lloyd and the attorneys who represent him in his individual capacity; and
All plaintiffs and their non-legal representatives and friends – that is, the minor class representative plaintiffs and their next friends, and the representatives of the entity plaintiffs (San Fernando Valley Refugee Children Center and Unaccompanied Central American Refugee Empowerment).

Although the foregoing individuals are not required to attend the June 12, 2019 settlement conference in person, they must remain available during the conference to be contacted by telephone if needed.