# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV18-05741-DMG (PLAx) | Date | June 12, 2019 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin | Jeffrey S. Robins |
| Jon Cieslak | Benjamin Mark Moss |
| Megan L. Donahue | W. Daniel Shieh |
| Neha Desai | Marina C. Stevenson |
| Brenda Shum | |
| Holly S. Cooper | |

**Proceedings:**     SETTLEMENT CONFERENCE

    A Settlement Conference in this matter was held on June 12, 2019.  Carlos Holguin, Holly S. Cooper, Jon Cieslak, Megan L. Donahue, Neha Desai, and Brenda Shum, counsel for plaintiffs, appeared on behalf of all plaintiffs.  Jeffrey S. Robins, Benjamin Mark Moss, W. Daniel Shieh, and Marina C. Stevenson, counsel for defendants, appeared with Amanda K. Kelly and Judith R. Haron, counsel for Department of Health and Human Services.  Toby R. M. Biswas, Client Representative for the Department of Human and Health Services, also appeared.

    Court and counsel engaged in settlement discussions off the record.  The parties did not reach a settlement, but discussions continue.  The parties were advised to contact the Magistrate Judge's Court Clerk to schedule a further settlement conference.

                                                                                   6.45

                                    Initials of Deputy Clerk    kc