UNITED STATES DISTRICT COURT

CENTRA DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, et al.,<br><br>        Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED]** O**RDER** R**EGARDING** D**ISCOVERY** O**F** E**LECTRONICALLY** S**TORED** I**NFORMATION**<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Jan. 31, 2020<br>Pretrial Conference Date: June 9, 2020<br>Trial Date: July 28, 2020<br>Judge: Hon. Dolly M. Gee |

## <u>ORDER</u>

Having considered the papers, and finding that good cause exists, the Court hereby enters the Parties' Stipulated Plan Regarding Discovery of Electronically Stored Information.

Dated:

_____
PAUL L. ABRAMS
U.S. MAGISTRATE JUDGE