UNITED STATES DISTRICT COURT

CENTRA DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No.  2:18-CV-05741 DMG PLAx<br><br>**ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION**<br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Jan. 31, 2020<br>Pretrial Conference Date: June 9, 2020<br>Trial Date: July 28, 2020<br>Judge: Hon. Dolly M. Gee |

### ORDER

Having considered the papers, and finding that good cause exists, the Court hereby enters the Parties' Stipulated Plan Regarding Discovery of Electronically Stored Information.

Dated:  June 26, 2019

　　　　　　　　　　　　　　　　　　_/s/ Paul L. Abrams_
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PAUL L. ABRAMS
　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE