JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
JEFFREY S. ROBINS
Deputy Directors
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
MARINA C. STEVENSON
JONATHAN K. ROSS
Trial Attorneys
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 616-9344
Facsimile:   (202) 307-8781
E-mail:  Ernesto.H.Molina@usdoj.gov
Attorneys for Defendants
(official capacity only)

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., et al., | |
| Plaintiffs, | No. . 2:18-CV-05741-DMG-PLA |
| v. | **NOTICE OF APPEARANCE OF CO-COUNSEL FOR DEFENDANTS** |
| ALEX AZAR, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Deputy Director Ernesto H. Molina, Jr., Office of Immigration Litigation, Civil Division, United States Department of Justice, enters his appearance in this matter as co-counsel on behalf of the official-capacity Defendants. All items to be served upon the official-capacity Defendants should be served upon the undersigned at the following address:

ERNESTO H. MOLINA, JR.
Deputy Director
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9344
Facsimile: (202) 307-8781
E-mail: Ernesto.H.Molina@usdoj.gov

DATED: July 10, 2019

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9344
Facsimile: (202) 307-8781
E-mail: Ernesto.H.Molina@usdoj.gov

Attorney for Defendants
(official-capacity only)

Notice of Appearance of Co-Counsel for Defendants                2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th of July, I electronically filed the foregoing document with the U.S. District Court for the Central District of California by using the CM/ECF system. I further certify that Petitioner's counsel participate in the Court's CM/ECF system and will be served thereby.

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-9344
Facsimile: (202) 307-8781
E-mail: Ernesto.H.Molina@usdoj.gov

Attorney for Defendants
(official-capacity only)