UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**     Date: **July 10, 2019**

Title:  **Lucas R., et al. v. Alex Azar, et al.**

-----

PRESENT: THE HONORABLE    **PAUL L. ABRAMS**
                         UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANT:
  Rebecca Tarneja                             W. Daniel Shieh
  Jon Cieslak                                 Benjamin Moss
  Megan Donohue                               Ernie Molina
  Lily Duong                                  David E. Pinchas, AUSA
  Freya Pitts
  Crystal Adams

PROCEEDINGS:       (TELEPHONIC DISCOVERY CONFERENCE)

The Court and counsel discuss the status of discovery including issues surrounding certain of defendants' requests for documents. As to the issue discussed during the conference, counsel for defendants shall submit briefing containing their position directly to plaintiffs, and to chambers at the following email: pla_chambers@cacd.uscourts.gov. Once defendants' brief is received by chambers, plaintiffs' response shall be submitted no more than one week later. Defendants' reply shall be submitted no more than three days after plaintiffs' response is submitted. The Court will hold a further telephonic conference on **Wednesday, August 28, 2019, at 2:00 p.m.** to discuss the parties' continued progress in the discovery process. Counsel shall contact the courtroom clerk via email at christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc:     Counsel of Record

                                                                                  : 30

                                                         Initials of Deputy Clerk     ch