UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R. *et al*,                           )   Case No.: 2-18-CV-05741 DMG (PLA)
                                            )
            Plaintiffs,                     )   THE PARTIES' SETTLEMENT
      v.                                    )   STATUS REPORT
                                            )
ALEX AZAR, Secretary of U.S. Dep't          )
of Health and Human Services, *et al*.,     )
                                            )
            Defendants.                     )
                                            )
_____        )

The parties respectfully submit this status report to the Court regarding our progress in mediation to date. The parties participated in a mediation conference with the Hon. Sheri Pym on Wednesday, June 12, from 9:30am through 4:00pm, where we discussed and negotiated potential settlement terms for the "step-up" and "unfit custodian" classes. The parties have exchanged multiple settlement proposals, but at this time have not reached agreement on either class. The parties are continuing to discuss a potential settlement in good faith, and intend to reach out to Judge Pym's chambers for another mediation conference in mid-September to explore whether the parties can reach an agreement on the "step-up" and "legal representation" classes.

The parties in *Flores v. Barr*, No. CV85-4544-DMG are discussing terms for a nationwide settlement regulating the administration of psychotropic medications to minors in ORR custody and are scheduled to meet with the Special Master/Independent Monitor in early September. Those discussions may narrow or resolve Plaintiffs' instant claim on behalf of the "psychotropic medication" class.

Dated: August 19, 2019

CARLOS HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights and Constitutional Law
256 South Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693, ext. 309
Facsimile: (213) 386-9484
email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

/s/ Jon F. Cieslak
SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
MEGAN L. DONOHUE (Cal. Bar No. 266147)
Cooley LLP
4401 Eastgate Mall

/s/ W. Daniel Shieh
JOSEPH H. HUNT
Assistant Attorney General
United States Department of Justice
Civil Division
ERNESTO H. MOLINA, JR.
Deputy Director
Office of Imm. Litigation
W. DANIEL SHIEH
BENJAMIN MARK MOSS
Senior Litigation Counsel
MARINA C. STEVENSON
JONATHAN K. ROSS
Trial Attorney
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Facsimile: (202) 305-1890
Electronic mail:
daniel.shieh@usdoj.gov
Attorneys for Defendants
 (official capacity only)

San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
mkkelley@cooley.com
jcieslak@cooley.com
mdonohue@cooley.com

THE PARTIES' SETTLEMENT STATUS REPORT