

# Oregon State Bar

## Certificate

State of Oregon  )
) ss.
County of Washington  )

I, Susan Roedl Cournoyer, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**BRENDA L. SHUM**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on April 23, 1996.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Shum is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 30th day of July, 2019.

Susan Roedl Cournoyer
Assistant Disciplinary Counsel
Oregon State Bar