# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., BY HIS NEXT FRIEND MADELYN R. ET AL.<br><br>Plaintiff(s)<br>v.<br>ALEX AZAR, SECRETARY OF U.S. HHS ET AL.<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-CV-05741<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

SHUM, BRENDA L.       of   NATIONAL CENTER FOR YOUTH LAW (NCYL)
*Applicant's Name (Last Name, First Name & Middle Initial)*        1313 L STREET NW, SUITE 130
(202) 868-4784                                                      WASHINGTON DC  20005
*Telephone Number       Fax Number*
BSHUM@YOUTHLAW.ORG
*E-Mail Address*                                                    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
LUCAS R., BY HIS NEXT FRIEND MADELYN R., ET AL.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

**and designating as Local Counsel**

WELCH, LEECIA          of   NATIONAL CENTER FOR YOUTH LAW (NCYL)
*Designee's Name (Last Name, First Name & Middle Initial)*         405 14TH STREET, 15TH FLOOR
208741          (510) 835-8098                                     OAKLAND, CA  94612
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
LWELCH@YOUTHLAW.ORG
*E-Mail Address*                                                   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____                                                   _____
                                                                    U.S. District Judge/U.S. Magistrate Judge