# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**  Date: **August 28, 2019**

Title:  **Lucas R., et al. v. Alex Azar, et al.**

---

**PRESENT:**  THE HONORABLE  **PAUL L. ABRAMS**
UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
   Rebecca Tarneja
   Brenda Shum
   Megan Donohue
   Carter White
   Freya Pitts
   Crystal Adams

**ATTORNEYS PRESENT FOR DEFENDANT:**
   W. Daniel Shieh
   Benjamin Moss
   Ernie Molina
   Jonathan Ross

**PROCEEDINGS:**    **(TELEPHONIC DISCOVERY CONFERENCE)**

The Court and counsel discuss the status of discovery. The Court will hold a further telephonic conference on **Wednesday, October 16, 2019, at 2:00 p.m.** to discuss the parties' continued progress in the discovery process. Counsel shall contact the courtroom clerk via email at christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc:    Counsel of Record

: 06

Initials of Deputy Clerk    ch