Name, Address:
BRENDA LANETTE SHUM
NATIONAL CENTER FOR YOUTH LAW (NCYL)
1313 L STREET NW, SUITE 130
WASHINGTON DC 20005

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., BY HIS NEXT FRIEND MADELYN R. ET AL.

Plaintiff(s),

v.

ALEX AZAR, SECRETARY OF HHS ET AL.

Defendant(s).

CASE NUMBER

2:18-CV-05741

**APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE
PRO HAC VICE**

### INSTRUCTIONS FOR APPLICANTS

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

### SECTION I - INFORMATION

Applicant's Name (Last Name, First Name & Middle Initial)    check here if federal government attorney ☐
SHUM, BRENDA L.

Firm/Agency Name
NATIONAL CENTER FOR YOUTH LAW

(202) 868-4784
Telephone Number         Fax Number

1313 L STREET NW, SUITE 130
Street Address

WASHINGTON DC 20005                    BSHUM@YOUTHLAW.ORG
City, State, Zip Code                  E-mail Address

I have been retained to represent the following parties:

LUCAS R., BY HIS NEXT FRIEND MADELYN R. ET AL.   ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: ____
                                                 ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: ____
Name(s) of Party(ies) Represented

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| OREGON | APRIL 1996 | YES |
| FEDERAL DISTRICT OF OREGON | SEPTEMBER 2012 | YES |
| US SUPREME COURT | OCTOBER 2012 | YES |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California?  ☐ Yes  ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?  ☐ Yes  ☐ No

_____
Previous E-mail Used (if applicable)

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  JULY 22, 2019

BRENDA SHUM
Applicant's Name (please type or print)

[signature]
Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

TARNEJA, REBECCA L.
*Designee's Name (Last Name, First Name & Middle Initial)*

COOLEY LLP
*Firm/Agency Name*

1333 2ND STREET
*Street Address*

SANTA MONICA, CA 90401-4100
*City, State, Zip Code*

(310) 883-6405
*Telephone Number*

(310) 883-6500
*Fax Number*

RTARNEJA@COOLEY.COM
*E-mail Address*

293461
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated AUGUST 28, 2019

REBECCA L. TARNEJA
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

ADMITTED TO WASHINGTON BAR 1996 BUT OPTED TO BECOME INACTIVE (NEVER PRACTICED IN WASHINGTON BUT MAINTAIN BAR MEMBERSHIP AND PAY DUES)



# Certificate

State of Oregon )
) ss.
County of Washington )

I, Susan Roedl Cournoyer, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**BRENDA L. SHUM**

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on April 23, 1996.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Shum is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 30th day of July, 2019.

*Susan K Cournoyer*
Susan Roedl Cournoyer
Assistant Disciplinary Counsel
Oregon State Bar

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 27037 |
| OF | ) | **CERTIFICATE** |
| BRENDA LANETTE SHUM | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Susan L. Carlson, Clerk of the Supreme Court of the State of Washington, hereby certify

**BRENDA LANETTE SHUM**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on July 28, 1997, and is now and has continuously since that date been an attorney in good standing, and has a current status of inactive.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 12th day of August, 2019.

Susan L. Carlson
Supreme Court Clerk
Washington State Supreme Court