# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., BY HIS NEXT FRIEND MADELYN R. ET AL.<br><br>v.<br><br>ALEX AZAR, SECRETARY OF U.S. HHS ET AL.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:18-CV-05741<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SHUM, BRENDA L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 868-4784
*Telephone Number*        *Fax Number*

BSHUM@YOUTHLAW.ORG
*E-Mail Address*

NATIONAL CENTER FOR YOUTH LAW (NCYL)
1313 L STREET NW, SUITE 130
WASHINGTON DC 20005
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

LUCAS R., BY HIS NEXT FRIEND MADELYN R., ET AL.

*Name(s) of Party(ies) Represented*

☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

TARNEJA, REBECCA L.
*Designee's Name (Last Name, First Name & Middle Initial)*

293461          (310) 883-6405          (310) 883-6500
*Designee's Cal. Bar No.*   *Telephone Number*    *Fax Number*

RTARNEJA@COOLEY.COM
*E-Mail Address*

COOLEY LLP
1333 2ND STREET
SANTA MONICA, CA 90401-4100
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge