# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., BY HIS NEXT FRIEND MADELYN R. ET AL.<br><br>Plaintiff(s)<br>v.<br>ALEX AZAR, SECRETARY OF U.S. HHS ET AL.<br><br>Defendant(s). | CASE NUMBER<br>CV 18-5741-DMG (PLAx)<br><br>ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

SHUM, BRENDA L.   of   NATIONAL CENTER FOR YOUTH LAW (NCYL)
*Applicant's Name (Last Name, First Name & Middle Initial)*   1313 L STREET NW, SUITE 130
(202) 868-4784   WASHINGTON DC 20005
*Telephone Number*   *Fax Number*
BSHUM@YOUTHLAW.ORG
*E-Mail Address*   *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
LUCAS R., BY HIS NEXT FRIEND MADELYN R., ET AL.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**
TARNEJA, REBECCA L.   of   COOLEY LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   1333 2ND STREET
293461   (310) 883-6405   (310) 883-6500   SANTA MONICA, CA 90401-4100
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
RTARNEJA@COOLEY.COM
*E-Mail Address*   *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☒ not be refunded.

Dated  September 3, 2019

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**