## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lucas R., et al. | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) | 2:18-cv-05741 |
| Alex Azar, et al.  Defendant(s). | **APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT** |

### INSTRUCTIONS FOR APPLICANTS

(1) Complete Section I of this Application, sign the certification in Section II, and have your designated supervising attorney sign in in Section III; **note that electronic signatures are not accepted.** Space to supplement your responses is provided in Section IV.
(2) Have your supervising attorney e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form CV-99 ORDER, available from the Court's website).

### SECTION I - INFORMATION

Mulligan, Jonathan P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

UC Davis School of Law, Immigration Law Clinic
*Qualifying Legal Services Provider*

One Shield Avenue

TB-30
*Street Address*

Davis, CA 95616
*City, State, Zip Code*

775-813-7423
*Telephone Number*          *Fax Number*

jpmulligan@ucdavis.edu
*E-Mail Address*

803383
*Applicant's Cal. State Bar Number (if one been issued)*

**I will represent the following parties:**

| Lucas R., et al. | ☐ Plaintiff | ☐ Defendant | ☒ Other: Plaintiff Class |
|---|---|---|---|
|  | ☐ Plaintiff | ☐ Defendant | ☐ Other: |

*Name(s) of Party(ies) Represented (list additional parties in Section IV if necessary)*

Have you previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

*Previous E-Mail Used (if applicable)*

*You must be registered to use the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice in this Court as a Registered Legal Services Attorney. Submission of this Application will constitute your registration (or re-registration) to use CM/ECF. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am a Registered Legal Services Attorney authorized to practice law in the state courts of California pursuant to California Rules of Court, Rule 9.45.
(3) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(4) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court, as my supervising attorney pursuant to Local Rule 83-2.1.5(a)(4) and California Rules of Court, Rule 9.45.

Dated 9/23/2019

Jonathan Mulligan
*Applicant's Name (please type or print)*

*Applicant's Signature*

SECTION III - DESIGNATION OF SUPERVISING ATTORNEY

Cooper, Holly S.
*Designee's Name (Last Name, First Name & Middle Initial)*

UC Davis School of Law, Immigration Law Clinic
*Qualifying Legal Services Provider*

One Shields Avenue

TB-30
*Street Address*

Davis, CA 95616
*City, State, Zip Code*

530-754-4833
*Telephone Number*     *Fax Number*

hscooper@ucdavis.edu
*E-Mail Address*

197626
*Designee's California State Bar Number*

I am employed by a Qualified Legal Services Provider, as defined in California Rules of Court, Rule 9.45(a)(1). The Applicant will work, with or without pay, for this same Qualified Legal Services Provider. I am a member in good standing of the State Bar of California and the Bar of the Central District of California. I meet the requirements of California Rules of Court, Rule 9.45(h), and I hereby agree that I will provide direct supervision of the Applicant as required by Rule 9.45, and that I will assume professional responsibility for any work performed by the Applicant under that Rule.

Dated 9/23/2019

Holly Cooper
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R. et al.<br><br>v.<br><br>Alex Azar, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:18-cv-05741<br><br>**(PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT** |

The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by

Mulligan, Jonathan P
*Applicant's Name (Last Name, First Name & Middle Initial)*

775-813-7423      803383
*Telephone Number    Fax Number    Cal. State Bar No.*

jpmulligan@ucdavis.edu
*E-Mail Address*

of UC Davis School of Law
Immigration Law Clinic
One Shields Ave., TB-30
Davis, CA 95616
*Qualifying Legal Services Provider Name & Address*

for permission to appear and participate in this case on behalf of

Plaintiff Class

*Name(s) of Party(ies) Represented*   ☐ Plaintiff   ☐ Defendant   ☒ Other: Plaintiff Class

**and designating as Supervising Attorney**

Cooper, Holly S.
*Designee's Name (Last Name, First Name & Middle Initial)*

530-754-4833      197626
*Telephone Number    Fax Number    Cal. State Bar No.*

hscooper@ucdavis.edu
*E-Mail Address*

of UC Davis School of Law
Immigration Law Clinic
One Shields Ave., TB-30
Davis, CA 95616
*Qualifying Legal Services Provider Name & Address*

**hereby ORDERS the Application be:**

☐ GRANTED.
☐ DENIED.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge