**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., et al., <br><br> v. <br><br> Alex Azar, et al., <br><br> Plaintiff(s) / Defendant(s). | CASE NUMBER <br> CV 18-5741-DMG (PLAx) <br><br> **ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT** |

**The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by**

Mulligan, Jonathan P
*Applicant's Name (Last Name, First Name & Middle Initial)*

775-813-7423   *Telephone Number*      *Fax Number*   803383 *Cal. State Bar No.*

jpmulligan@ucdavis.edu
*E-Mail Address*

of UC Davis School of Law
Immigration Law Clinic
One Shields Ave., TB-30
Davis, CA 95616
*Qualifying Legal Services Provider Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiff Class

*Name(s) of Party(ies) Represented*

☐ Plaintiff   ☐ Defendant   ☒ Other: Plaintiff Class

**and designating as Supervising Attorney**

Cooper, Holly S.
*Designee's Name (Last Name, First Name & Middle Initial)*

530-754-4833   *Telephone Number*      *Fax Number*   197626 *Cal. State Bar No.*

hscooper@ucdavis.edu
*E-Mail Address*

of UC Davis School of Law
Immigration Law Clinic
One Shields Ave., TB-30
Davis, CA 95616
*Qualifying Legal Services Provider Name & Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**
☐ **DENIED.**

**Dated** September 25, 2019

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**