UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-05741-DMG (PLAx) | Date | September 25, 2019 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

Present: The Honorable — Sheri Pym, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Carlos R. Holguin
Holly S. Cooper
Jon Cieslak
Neha Desai

Attorneys Present for Defendants:

Benjamin Mark Moss
W. Daniel Shieh
Marina C. Stevenson
Jonathan K. Ross

**Proceedings:        SETTLEMENT CONFERENCE**

A Settlement Conference in this matter was held on September 25, 2019. Carlos Holguin, Holly S. Cooper, Jon Cieslak and Neha Desai, counsel for plaintiffs, appeared on behalf of all plaintiffs. Benjamin Mark Moss, W. Daniel Shieh, Marina C. Stevenson and Jonathan K. Ross, counsel for defendants, appeared with Jonathan D. Wall and Lisa Steele, counsel for Department of Health and Human Services. Toby R. M. Biswas, Client Representative for the Department of Human and Health Services, also appeared.

Court and counsel engaged in settlement discussions off the record. The parties did not reach a settlement, but further settlement discussions are anticipated. The parties are to exchange proposals on a partial settlement and report back to the Magistrate Judge by October 11, 2019.

7.40

Initials of Deputy Clerk    kc