CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | |
| v. | **STIPULATION RE: REMOVAL OF MIGUEL ANGEL S. AS CLASS REPRESENTATIVE** |
| ALEX AZAR, et al., | [Proposed Order Filed Concurrently Herewith] |
| Defendants. | Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Jan. 31, 2020<br>Pretrial Conference Date: June 9, 2020<br>Trial Date: July 28, 2020<br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
JON F. CIESLAK (268951)
MEGAN L. DONOHUE (266147)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
       mkkelley@cooley.com
       jcieslak@cooley.com
       mdonohue@cooley.com

*Attorneys for Plaintiffs*

WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action;

WHEREAS, on November 2, 2018, the Court certified five classes (Dkt. 126), as modified by order entered December 27, 2018 (Dkt. 141), appointing Plaintiffs as class representatives;

WHEREAS, the Court appointed Miguel Angel S. (through his next friend Gerardo S.)[1] – along with multiple other individual plaintiffs through their Next Friends – as class representative for the step-up class, drug administration class, and disability class;

WHEREAS, the Parties have met and conferred and agree to remove Miguel Angel S. as a class representative for all classes, because Miguel Angel S. no longer wishes to serve as a class representative;

WHEREAS, no Party or class member will be prejudiced by the relief sought, as four other individual plaintiffs have been appointed representatives of both the step-up class and disability class, and five other individual plaintiffs have been appointed representatives of the drug administration class;

WHEREAS, Plaintiffs believe that each of those individual plaintiffs will continue to adequately represent the step-up class, drug administration class, and disability class;

NOW, THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

1. Named plaintiff Miguel Angel S. (through his next friend Gerardo S.) shall be removed as a class representative of the step-up class, disability class, and drug administration class, and shall no longer serve as a class representative in this action.

---

[1] The Court granted the individual Plaintiffs and their Next Friends leave to proceed in this matter via pseudonyms. (Dkt. 92.)

**IT IS SO STIPULATED.**

Dated: October 14, 2019       COOLEY LLP

                              By: */s/ Jon F. Cieslak*
                                  Jon F. Cieslak (268951)
                                  Attorneys for Plaintiffs
                                  Email: jcieslak@cooley.com

Dated: October 14, 2019       JOSEPH H. HUNT
                              Assistant Attorney General
                              Civil Division
                              ERNESTO MOLINA
                              JEFFREY ROBINS
                              Deputy Directors
                              BENJAMIN MARK MOSS
                              W. DANIEL SHIEH
                              Senior Litigation Counsel
                              MARINA STEVENSON
                              JONATHAN K. ROSS
                              Trial Attorneys
                              Office of Immigration Litigation
                              Civil Division, U.S. Department of Justice


                              By: */s/ Benjamin Mark Moss*
                                  Benjamin Mark Moss
                                  Senior Litigation Counsel
                                  United States Department of Justice
                                  Attorneys for Official-Capacity
                                  Defendants
                                  Email: Benjamin.m.moss2@usdoj.gov

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  October 14, 2019                COOLEY LLP

                                        By: */s/ Jon F. Cieslak*
                                        Jon F. Cieslak (268951)
                                        Attorneys for Plaintiffs
                                        Email:  jcieslak@cooley.com