UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **[PROPOSED] ORDER GRANTING STIPULATION RE: REMOVAL OF MIGUEL ANGEL S. AS CLASS REPRESENTATIVE** <br><br> Complaint Filed: June 29, 2018 <br> Discovery Cutoff Date: Jan. 31, 2020 <br> Pretrial Conference Date: June 9, 2020 <br> Trial Date: July 28, 2020 <br> Judge: Hon. Dolly M. Gee |

Having read and considered the Parties' Stipulation re: Removal of Miguel Angel S. as Class Representative, and for good cause appearing, the Court hereby GRANTS the Stipulation and orders that:

1. Named plaintiff Miguel Angel S. (through his next friend Gerardo S.) shall be removed as a class representative of the step-up class, disability class, and drug administration class, and shall no longer serve as a class representative in this action.

IT IS SO ORDERED.

Dated: _____, 2019

                                              DOLLY M. GEE
                                   UNITED STATES DISTRICT JUDGE