UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　　Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE STIPULATION TO REMOVE MIGUEL ANGEL S. AS CLASS REPRESENTATIVE [197]** |

Having read and considered the Parties' Stipulation re: Removal of Miguel Angel S. as Class Representative, and for good cause shown, the Court hereby APPROVES the Stipulation and orders that:

1. Named plaintiff Miguel Angel S. (through his next friend Gerardo S.) shall be removed as a class representative of the step-up class, disability class, and drug administration class, and shall no longer serve as a class representative in this action; and

2. If the parties wish to have Plaintiff Miguel Angel S. dismissed as an individual plaintiff, they shall file a stipulation so specifying.

IT IS SO ORDERED.

DATED: October 15, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE