UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES-GENERAL**

Case No.: **CV 18-5741-DMG (PLAx)**    Date: **October 16, 2019**

Title:   Lucas R., et al. v. Alex Azar, et al.

---

PRESENT:  THE HONORABLE    **PAUL L. ABRAMS**
                                         UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANT:**
    Rebecca Tarneja                                                          W. Daniel Shieh
    Brenda Shum                                                              Benjamin Moss
    Freya Pitts                                                                    Ernie Molina
    Crystal Adams
    Carter White

**PROCEEDINGS:**        (TELEPHONIC DISCOVERY CONFERENCE)

The Court and counsel discuss the status of discovery. The Court will hold a further telephonic conference on **Tuesday, November 19, 2019, at 2:00 p.m.** to discuss the parties' continued progress in the discovery process. Counsel shall contact the courtroom clerk via email at christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc:    Counsel of Record

                                                                                                                                              : 08

                                                                                                       Initials of Deputy Clerk      ch