UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5741-DMG (PLAx) | Date | November 5, 2019 |
|---|---|---|---|
| Title | LUCAS R., et al. v. ALEX AZAR, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:          Attorneys Present for Defendant:

**Proceedings:**     **(In Chambers) Order Setting Further Settlement Conference**

On June 12, 2019 and September 25, 2019, the court held settlement conferences in this matter. The court now sets a further settlement conference for December 11, 2019 at 9:30 a.m.

Since the last conference, the parties have continued to apprise the court of certain developments in their settlement efforts. To the extent there are additional developments to report or additional matters they wish to bring to the court's attention or focus for the upcoming conference, no later than five court days prior to the settlement conference, the parties shall submit supplemental settlement conference statements (and supplemental confidential addenda), following the procedures set forth in paragraphs 10 and 12 of the April 30, 2019 Order re Settlement Conference. The parties and counsel excused from attending the June 12 and September 25, 2019 conferences are likewise excused from attending the December 11, 2019 conference. All other terms of the court's Order re Settlement Conference remain in effect.

IT IS SO ORDERED.