UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX AZAR, et al.,<br><br>Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>ORDER APPROVING JOINT STIPULATION AND REQUEST RE SCHEDULE OF PRETRIAL AND TRIAL DATES [203] |

Having read and considered the Parties' Joint Stipulation and Request re Schedule of Pretrial and Trial Dates, and for good cause shown, the Court hereby APPROVES the Stipulation and adopts the following stipulated case schedule:

| Schedule | | |
|---|---|---|
| Matter | Existing Date | New Date |
| TRIAL [x] Court [ ] Jury<br>Duration Estimate: 6 Weeks | 7-28-20<br>(Tuesday) | 10-20-20 at 9:30 p.m. |
| FINAL PRETRIAL CONFERENCE (FPTC)<br>4 wks before trial | 6-9-20<br>(Tuesday) | 9-22-20 @ 2 p.m. |

| Matter | Existing Date | New Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | Completed |
| Early Mediation Deadline | 8-5-19 | Completed |
| Joint Report re Results of Early Mediation | 8-19-19 | |
| Initial Expert Disclosure & Report Deadline | 12-9-19 | 3-27-20 |
| Rebuttal Expert Disclosure & Report Deadline | 2-3-2020 | 5-22-20 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 1-31-20 | 3-13-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-2-20 | 6-19-20 |
| Settlement Conference Completion Date | 4-3-20 | 6-19-20 |
| Joint Status Report re Settlement | 4-17-20 | 6-26-20 |
| Motion Cut-Off (filing deadline) Last hearing date for dispositive motions | 3-13-20 | 7-3-20<br>8-14-20 @ 2 p.m. |
| Motions in Limine Filing Deadline | 4-28-20 | 8-28-20 |
| Opposition in Motion in Limine Filing Deadline | 5-12-20 | 9-11-20 |
| | | |
| Proposed Pretrial Conference Order | 5-29-20 | 9-11-20 |
| Pretrial Exhibit Stipulation | 5-29-20 | 9-11-20 |
| Joint Exhibit List | 5-29-20 | 9-11-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 5-29-20 | 9-11-20 |
| Witness Declarations or Marked Depositions | 6-30-20 | 9-22-20 |
| Objections to Witness Declarations/Marked Depositions | 7-14-20 | 10-6-20 |
| Proposed Findings of Fact and Conclusions of Law | 6-30-20 | 9-22-20 |

| Matter | Existing Date | New Date |
|---|---|---|
| Mark Up of Opponent's Proposed Findings/Conclusions | 7-14-20 | 10-6-20 |

IT IS SO ORDERED.

DATED:  November 13, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2