UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**      Date: **November 19, 2019**

Title: **Lucas R., et al. v. Alex Azar, et al.**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**
UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
John Cieslak
Brenda Shum
Freya Pitts

**ATTORNEYS PRESENT FOR DEFENDANT:**
W. Daniel Shieh
Benjamin Moss
Ernie Molina
Anthony Messuri

**PROCEEDINGS:** (TELEPHONIC DISCOVERY CONFERENCE)

The Court and counsel discuss the status of discovery. The Court will hold a further telephonic conference on **Wednesday, January 8, 2020, at 2:00 p.m.** to discuss the parties' continued progress in the discovery process. Counsel shall contact the courtroom clerk via email at christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc: Counsel of Record

                               : 10

Initials of Deputy Clerk    ch