# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV18-05741-DMG (PLAx) | Date | December 11, 2019 |
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

Present: The Honorable: Sheri Pym, United States Magistrate Judge

| Kimberly I. Carter | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin | Benjamin Mark Moss |
| Holly S. Cooper | W. Daniel Shieh |
| Jon Cieslak | Marina C. Stevenson |
| Leecia Welch | |

**Proceedings:** **SETTLEMENT CONFERENCE**

A Settlement Conference in this matter was held on December 11, 2019. Carlos Holguin, Holly S. Cooper, Jon Cieslak, Daisy O. Felt, and Leecia Welch, counsel for plaintiffs, appeared on behalf of all plaintiffs. W. Daniel Shieh, Benjamin Mark Moss, and Marina C. Stevenson, counsel for defendants, appeared with Jonathan D. Wall and Lisa Steele, counsel for Department of Health and Human Services. Toby R.M. Biswas, Client Representative for the Department of Human and Health Services, also appeared.

Court and counsel engaged in settlement discussions off the record. The parties did not reach a settlement, but further settlement discussions are anticipated. The court will hold follow-up telephonic conferences on December 18, 2019 at 11:30 a.m., and January 9, 2020 at 12:30 p.m.

8.00

Initials of Deputy Clerk    kc