# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-05741-DMG (PLAx) | Date | December 18, 2019 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | XTR RECORDER |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin<br>Holly S. Cooper<br>Jon Cieslak<br>Leecia Welch | Benjamin Mark Moss<br>W. Daniel Shieh<br>Marina C. Stevenson |

**Proceedings:**     **SETTLEMENT CONFERENCE**

A Telephonic Conference in this matter was held on December 18, 2019. The court and counsel conferred regarding settlement. The parties will continue with settlement discussions and will update the court at the follow-up telephonic conference previously scheduled for January 9, 2020 at 12:30 p.m.

00.18

Initials of Deputy Clerk     kc