UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**                                               Date: **January 8, 2020**

Title:   **Lucas R., et al. v. Alex Azar, et al.**

---

**PRESENT:  THE HONORABLE    PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANT:**
   Rebecca Tarneja                                                            W. Daniel Shieh
   Brenda Shum                                                                  Benjamin Moss
   Freya Pitts                                                                       Ernesto Molina
   John Cieslak                                                                   Anthony Messuri


**PROCEEDINGS:**        **(TELEPHONIC DISCOVERY CONFERENCE)**

The Court and counsel discuss the status of discovery.  The Court will hold a further telephonic conference on **Wednesday, March 4, 2020, at 2:00 p.m.** to discuss the parties' continued progress in the discovery process.  Counsel shall contact the courtroom clerk via email at christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically.  If appearing telephonically, the courtroom clerk will provide call-in information.


cc:      Counsel of Record

                                                                                                                                                : 10

                                                                                          Initials of Deputy Clerk      ch