## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-05741-DMG (PLAx) | Date | January 15, 2020 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

Present: The Honorable  Sheri Pym, United States Magistrate Judge

| Kimberly I. Carter | None | XTR RECORDER |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin | Benjamin Mark Moss |
| Holly S. Cooper | W. Daniel Shieh |
| Jon Cieslak | Ernesto H. Molina, Jr. |
| Leecia Welch | Lisa Steele |
| Jonathan Mulligan | Jonathan D. Wall |
| Daisy Felt | |
| Neha Desai | |
| Brenda Shum | |
| Crystal Adams | |

**Proceedings:**   **SETTLEMENT CONFERENCE**

A Telephonic Conference in this matter was held on January 15, 2020. The court and counsel conferred regarding settlement. The parties will continue with settlement discussions and will update the court at a follow-up telephonic conference on February 5, 2020 at 12:15 p.m.

00.28

Initials of Deputy Clerk    kc