# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV18-05741-DMG (PLAx) | Date | February 5, 2020 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | None | XTR RECORDER |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin | Benjamin Mark Moss |
| Holly S. Cooper | W. Daniel Shieh |
| Jon Cieslak | Jonathan Ross |
| Jonathan Mulligan | Sarah Fabian |
| Daisy Felt | Jonathan D. Wall |
| Neha Desai | |
| Brenda Shum | |

**Proceedings:**       **TELEPHONE CONFERENCE**

   A Telephonic Conference in this matter was held on February 5, 2020. The court and counsel conferred regarding settlement. The parties' settlement discussions are ongoing. The parties were advised to contact the Magistrate Judge's Court Clerk if they believe a further telephone conference or settlement conference would facilitate settlement.

00.34

| Initials of Deputy Clerk | kc |
|---|---|