JOSEPH H. HUNT
Assistant Attorney General
Civil Division

MARY JANE CANDAUX
Assistant Director
Office of Immigration Litigation

MICHAEL C. HEYSE
Acting Senior Litigation Counsel
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-7002
Facsimile:    (202) 616-4923
E-mail:  Michael.Heyse@usdoj.gov

Attorneys for Respondents

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUCAS R., by his next friend MADELYN R., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services, and E. SCOTT LLOYD, Director, Office of Refugee Resettlement of the U.S. Department of Health and Human Services, <br><br> Defendants. | Case No. 2:18-CV-05741-DMG-PLA <br><br> **NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that United States Department of Justice, Acting Senior Litigation Counsel, Michael C. Heyse, herewith enters his appearance in this matter as co-counsel on behalf of Respondents. All items to be served upon Respondents should be served upon the undersigned at the following address:

MICHAEL C. HEYSE
Acting Senior Litigation Counsel
Civil Division, Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-7002
Facsimile:    (202) 616-4923
E-mail:  Michael.Heyse@usdoj.gov
DATED:  February 21, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

MARY JANE CANDAUX
Assistant Director
Office of Immigration Litigation

*/s/ Michael C. Heyse*
MICHAEL C. HEYSE
Acting Senior Litigation Counsel
Civil Division
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-7002
Facsimile:    (202) 616-4923
E-mail:  Michael.Heyse@usdoj.gov

Attorneys for Respondents

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2020, I electronically filed the foregoing document with the U.S. District Court for the Central District of California by using the CM/ECF system.  I further certify that Petitioner's counsel, Carlos Holguin, participates in the Court's CM/ECF system and will be served thereby.

*/s/ Michael C. Heyse*
MICHAEL C. HEYSE
Acting Senior Litigation Counsel
Civil Division
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 305-7002
Facsimile:    (202) 616-4923
E-mail:  Michael.Heyse@usdoj.gov

Attorney for Respondents