UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: **CV 18-5741-DMG (PLAx)**   Date: **March 4, 2020**

Title:  **Lucas R., et al. v. Alex Azar, et al.**

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**
UNITED STATES MAGISTRATE JUDGE

| **Christianna Howard** | **courtsmart** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
Rebecca Tarneja
Brenda Shum
Carter White
Crystal Adams
Holly Cooper
Jonathan Mulligan
Daisy Felt
Leecia Welch

**ATTORNEYS PRESENT FOR DEFENDANTS:**
W. Daniel Shieh
Benjamin Moss
Ernesto Molina

**PROCEEDINGS:**   (TELEPHONIC DISCOVERY CONFERENCE)

The Court and counsel discuss the status of discovery. With respect to the scope of a named plaintiff deposition, in the event the parties are unable to reach a resolution, plaintiffs may submit a letter to the Court, not to exceed 3 pages in length, setting out their position **no later than March 9, 2020**. Defendants' response, not to exceed 3 pages in length, is due **no later than March 12, 2020**. Plaintiffs' reply, not to exceed 1 page in length, is due **no later than March 13, 2020**. Plaintiffs shall provide defendants with a declaration from the social worker setting forth the details concerning placement of the plaintiff in question. The Court will hold a further telephonic conference on **Wednesday, April 29, 2020, at 2:00 p.m.** to discuss the parties' continued progress in the discovery process. Counsel shall contact the courtroom clerk via email at christianna_howard@cacd.uscourts.gov to advise whether they will be participating in person or telephonically. If appearing telephonically, the courtroom clerk will provide call-in information.

cc:   Counsel of Record

: 30

Initials of Deputy Clerk   ch