CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **JOINT STIPULATION AND REQUEST REGARDING SCHEDULE OF PRETRIAL AND TRIAL DATES** <br><br> [Proposed Order Filed Concurrently Herewith] <br><br> Complaint Filed: June 29, 2018 <br> Discovery Cutoff Date: Mar. 13, 2020 <br> Pretrial Conference Date: Sept. 22, 2020 <br> Trial Date: Oct. 20, 2020 <br> Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com
        mdonohue@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  rtarneja@cooley.com
        amayhugh@cooley.com

*Attorneys for Plaintiffs*

WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, on or about November 2, 2018, the Court denied Defendants' motion to dismiss the FAC and certified five nationwide classes, which were modified by order entered December 27, 2018 (ECF Nos. 126, 141);

WHEREAS, on or about January 9, 2019, Defendants answered the FAC (ECF Nos. 144, 145);

WHEREAS, on or about November 12, 2019, the Parties filed a joint stipulation and request to continue the then-current schedule of pretrial and trial dates by approximately three months. As addressed in the stipulation, the Parties agreed that there was good cause for such a continuance in light of resources the Parties had expended in an effort to settle multiple claims in this case; the volume and complexity of discovery; the development of unanticipated issues in discovery; the Parties' good-faith efforts to cooperatively resolve those issues; and the scheduling of the Parties and witnesses for deposition (ECF No. 203);

WHEREAS, on or about November 13, 2019, the Court found that there was good cause for the continuance and approved the Parties' joint request to continue the then-current schedule of pretrial and trial dates by approximately three months (ECF No. 204);

WHEREAS, between November 12, 2019 and March 13, 2020, the current close of fact discovery, the Parties have taken and/or noticed approximately 24 depositions, including a 3-day deposition pursuant to Federal Rule of Civil Procedure 30(b)(6); engaged in significant meet and confers to informally resolve the vast majority of discovery disputes; and completed additional and substantial document productions and other discovery;

WHEREAS, since as early as April 2019, the Parties have been engaged in extensive and productive settlement discussions, including but not limited to attending

three in-person and three telephonic Settlement Conferences with Magistrate Judge Pym, the most recent occurring on February 5, 2020 (*see* ECF Nos. 169-172, 179, 196, 202, 206, 207, 214, 215);

WHEREAS, over the course of those settlement discussions, Plaintiffs have discussed settlement of their claims for Denial of Due Process: Determining Custodians' Fitness (First Claim for Relief), Denial of Due Process: Restrictive Placement (Second Claim for Relief), and Blocking Legal Assistance in Matters Relating to Custody, Medication and Release (Fourth Claim for Relief);

WHEREAS, Plaintiffs' counsel additionally were seeking resolution of their claim for Unlawful Administration of Psychotropic Drugs (Third Claim for Relief) in this action via settlement discussions in *Flores, et al. v. William P. Barr, et al.*, Central District of California Case No. CV 85-4544-DMG (AGRx), and have engaged in extensive and productive settlement discussions with the *Flores* Defendants over the course of the past year;

WHEREAS, in light of the resources the Parties have expended in an effort to settle multiple claims in this case, including during the discovery phase of this case, the Parties jointly request a modest continuance of the deadlines imposed in the Court's most recent Scheduling Order.  (ECF No. 204.)  As such, the Parties jointly propose modest extensions of most upcoming case deadlines by two to three months;

WHEREAS, for the foregoing reasons, the Parties submit that they have diligently conducted discovery and litigation of the case, and that good cause exists for the modest extensions requested, and such relief will not significantly delay trial in this action, but rather allow for efficient resolution of the claims;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court adjust the current schedule as follows, or as the Court's calendar permits:

| Schedule | | |
|---|---|---|
| **Matter** | **Existing Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury<br>Duration Estimate: 6 Weeks | 10-20-20 at 9:30 p.m. | 1-19-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-22-20 at 2 p.m. | 12-22-20 at 2 p.m. |

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | Completed |
| Early Mediation Deadline | 8-5-19 | Completed |
| Joint Report re Results of Early Mediation | 8-19-19 | |
| Initial Expert Disclosure & Report Deadline | 3-27-20 | 5-22-20 |
| Rebuttal Expert Disclosure & Report Deadline | 5-22-20 | 7-17-20 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-13-20 | 3-13-20[1] |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 6-19-20 | 8-14-20 |
| Settlement Conference Completion Date | 6-19-20 | 9-18-20 |
| Joint Status Report re Settlement | 6-26-20 | 9-25-20 |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 7-3-20<br>8-14-20 at 2pm | 9-18-20<br>10-23-20 at 2pm |

---

[1] The Parties agree that the current deadline for non-expert discovery should remain in place except for certain discrete discovery related to Plaintiffs' claim for Unlawful Administration of Psychotropic Drugs (Third Claim for Relief), as set forth in the concurrently filed Joint Stipulation for Limited Discovery After March 13, 2020 Non-Expert Discovery Deadline.

3   JOINT STIPULATION AND REQUEST RE: SCHEDULE
CASE NO. 2:18-CV-05741 DMG PLA

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 8-28-20 | 11-6-20 |
| Opposition in Motion in Limine Filing Deadline | 9-11-20 | 11-20-20 |
| | | |
| Proposed Pretrial Conference Order | 9-11-20 | 12-11-20 |
| Pretrial Exhibit Stipulation | 9-11-20 | 12-11-20 |
| Joint Exhibit List | 9-11-20 | 12-11-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-11-20 | 12-11-20 |
| Witness Declarations or Marked Depositions | 9-22-20 | 12-22-20 |
| Objections to Witness Declarations/Marked Depositions | 10-6-20 | 1-5-21 |
| Proposed Findings of Fact and Conclusions of Law | 9-22-20 | 12-22-20 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-6-20 | 1-5-21 |

| | | |
|---|---|---|
| 1 | Dated: March 6, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Alexandra R. Mayhugh* |
| | | Alexandra R. Mayhugh (300446) |
| 4 | | Attorneys for Plaintiffs |
| | | Email: amayhugh@cooley.com |
| 5 | Dated: March 6, 2020 | JOSEPH H. HUNT |
| 6 | | Assistant Attorney General |
| | | Civil Division |
| 7 | | ERNESTO MOLINA |
| | | JEFFREY ROBINS |
| 8 | | Deputy Directors |
| | | BENJAMIN MARK MOSS |
| 9 | | W. DANIEL SHIEH |
| | | Senior Litigation Counsel |
| 10 | | MARINA STEVENSON |
| | | JONATHAN K. ROSS |
| 11 | | ANTHONY J. MESSURI |
| | | Trial Attorneys |
| 12 | | Office of Immigration Litigation |
| | | Civil Division, U.S. Department of Justice |

By: */s/ W. Daniel Shieh*
W. Daniel Shieh
Senior Litigation Counsel
United States Department of Justice
Attorneys for Official-Capacity
Defendants
Email: daniel.shieh@usdoj.gov

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: March 6, 2020          COOLEY LLP

By: */s/ Alexandra R. Mayhugh*
Alexandra R. Mayhugh (300446)
Attorneys for Plaintiffs
Email: amayhugh@cooley.com