UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ALEX AZAR, et al.,<br><br>        Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST REGARDING SCHEDULE OF PRETRIAL AND TRIAL DATES**<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Mar. 13, 2020<br>Pretrial Conference Date: Sept. 22, 2020<br>Trial Date: Oct. 20, 2020<br>Judge: Hon. Dolly M. Gee |

Having read and considered the Parties' Joint Stipulation and Request Regarding Schedule of Pretrial and Trial Dates and for good cause appearing, the Court hereby GRANTS the Stipulation and adopts the following stipulated case schedule:

| Schedule | | |
|---|---|---|
| **Matter** | **Existing Date** | **Proposed New Date** |
| **TRIAL**  [ x ] Court [  ] Jury<br>Duration Estimate: 6 Weeks | 10-20-20 at 9:30 p.m. | 1-19-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-22-20 at 2 p.m. | 12-22-20 at 2 p.m. |

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | Completed |
| Early Mediation Deadline | 8-5-19 | Completed |
| Joint Report re Results of Early Mediation | 8-19-19 | |
| Initial Expert Disclosure & Report Deadline | 3-27-20 | 5-22-20 |
| Rebuttal Expert Disclosure & Report Deadline | 5-22-20 | 7-17-20 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-13-20 | 3-13-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 6-19-20 | 8-14-20 |
| Settlement Conference Completion Date | 6-19-20 | 9-18-20 |
| Joint Status Report re Settlement | 6-26-20 | 9-25-20 |
| Motion Cut-Off (filing deadline) | 7-3-20 | 9-18-20 |
| Last hearing date for dispositive motions | 8-14-20 at 2pm | 10-23-20 at 2pm |

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 8-28-20 | 11-6-20 |
| Opposition in Motion in Limine Filing Deadline | 9-11-20 | 11-20-20 |
|  |  |  |
| Proposed Pretrial Conference Order | 9-11-20 | 12-11-20 |
| Pretrial Exhibit Stipulation | 9-11-20 | 12-11-20 |
| Joint Exhibit List | 9-11-20 | 12-11-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-11-20 | 12-11-20 |
| Witness Declarations or Marked Depositions | 9-22-20 | 12-22-20 |
| Objections to Witness Declarations/Marked Depositions | 10-6-20 | 1-5-21 |
| Proposed Findings of Fact and Conclusions of Law | 9-22-20 | 12-22-20 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-6-20 | 1-5-21 |

IT IS SO ORDERED.

Dated: _____, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE