UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, et al.,<br><br>            Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR LIMITED DISCOVERY AFTER MARCH 13, 2020 NON-EXPERT DISCOVERY DEADLINE**<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Mar. 13, 2020<br>Pretrial Conference Date: Sept. 22, 2020<br>Trial Date: Oct. 20, 2020<br>Judge: Hon. Dolly M. Gee |

**PURSUANT TO STIPULATION**:

1. The March 13, 2020 deadline for non-expert discovery shall not apply to the deposition of Dr. Micah Sickel if he becomes available or his potential replacement is hired, and the Parties may schedule the deposition at a mutually agreeable time up through the close of expert discovery;

2. The March 13, 2020 deadline for non-expert discovery shall not apply to the third-party deposition of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center. Any such deposition must occur, if at all, on or before April 13, 2020;

3. The March 13, 2020 deadline for non-expert discovery shall not apply to the third-party deposition of Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center. Any such deposition must occur, if at all, on or before April 13, 2020;

4. The March 13, 2020 deadline for non-expert discovery shall not apply to the deposition of Jaime D. Plaintiffs will endeavor to produce Jaime D. for his deposition on or before April 13, 2020;

5. The March 13, 2020 deadline for non-expert discovery shall not apply to the third-party deposition of GDIT. Any such deposition must occur, if at all, on or before April 13, 2020;

6. The March 13, 2020 deadline for non-expert discovery shall not apply to the information and document requests Plaintiffs seek from Defendants, as memorialized in Defendants' March 6, 2020 correspondence (*see* Ex. 1), which Defendants will endeavor to produce or otherwise respond to by April 13, 2020;

7. The deadline for non-expert discovery shall not apply to the set of documents Plaintiffs seek from third parties, also memorialized in Defendants' March 6, 2020 correspondence (*see* Ex. 1), which Plaintiffs may seek up to and including April 13, 2020;

8. Plaintiffs shall provide to Defendants electronic copies of all documents

Plaintiffs receive in the third-party discovery articulated in this Order;

9. The deadline for all other non-expert discovery is closed as of March 13, 2020, with respect to all other document requests and challenges, including on privilege assertions for electronically stored information; and

10. Plaintiffs will comply with all applicable rules regarding the enforcement of any third-party subpoenas.

**IT IS SO ORDERED**.

Dated: _____, 2020

                                                DOLLY M. GEE
                                      UNITED STATES DISTRICT JUDGE