UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

LUCAS R., et al.,

Plaintiffs,

v.

ALEX AZAR, et al.,

Defendants.

Case No. 2:18-CV-05741 DMG PLA

**ORDER APPROVING JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULE OF PRETRIAL AND TRIAL DATES [219]**

Having read and considered the Parties' Joint Stipulation and Request Regarding Schedule of Pretrial and Trial Dates, and for good cause appearing, the Court hereby APPROVES the Stipulation and adopts the following stipulated case schedule:

| **Schedule** | | |
|---|---|---|
| **Matter** | **Existing Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury<br>Duration Estimate: 6 Weeks | 10-20-20 at 9:30 p.m. | 1-19-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-22-20 at 2 p.m. | 12-22-20 at 2 p.m. |

| Matter | Existing Date | New Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | Completed |
| Early Mediation Deadline<br>Joint Report re Results of Early Mediation | 8-5-19<br>8-19-19 | Completed |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-13-20 | 3-13-20 |
| Initial Expert Disclosure & Report Deadline | 3-27-20 | 5-22-20 |
| Rebuttal Expert Disclosure & Report Deadline | 5-22-20 | 7-17-20 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 6-19-20 | 8-14-20 |
| Settlement Conference Completion Date | 6-19-20 | 9-18-20 |
| Joint Status Report re Settlement | 6-26-20 | 9-25-20 |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 7-3-20<br>8-14-20 at 2pm | 9-18-20<br>10-23-20 at 2pm |
| Motions in Limine Filing Deadline | 8-28-20 | 11-6-20 |
| Opposition in Motion in Limine Filing Deadline | 9-11-20 | 11-20-20 |
| | | |
| Proposed Pretrial Conference Order | 9-11-20 | 12-11-20 |
| Pretrial Exhibit Stipulation | 9-11-20 | 12-11-20 |
| Joint Exhibit List | 9-11-20 | 12-11-20 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-11-20 | 12-11-20 |
| Witness Declarations or Marked Depositions | 9-22-20 | 12-22-20 |
| Objections to Witness Declarations/Marked Depositions | 10-6-20 | 1-5-21 |
| Proposed Findings of Fact and | 9-22-20 | 12-22-20 |

| Matter | Existing Date | New Date |
|---|---|---|
| Conclusions of Law | | |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-6-20 | 1-5-21 |

IT IS SO ORDERED.

DATED: March 10, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE