UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No.: CV 18-5741 DMG (PLAx) <br><br> **ORDER APPROVING JOINT STIPULATION AND REQUEST REGARDING SCHEDULE OF PRETRIAL AND TRIAL DATES [220]** |

PURSUANT TO THE PARTIES' STIPULATION, and for good cause shown, IT IS HEREBY ORDERED that:

1. The March 13, 2020 deadline for non-expert discovery shall not apply to the deposition of Dr. Micah Sickel if he becomes available or his potential replacement is hired, and the Parties may schedule the deposition at a mutually agreeable time up through the close of expert discovery;

2. The March 13, 2020 deadline for non-expert discovery shall not apply to the third-party deposition of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center. Any such deposition must occur, if at all, on or before April 13, 2020;

3. The March 13, 2020 deadline for non-expert discovery shall not apply to the third-party deposition of Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center. Any such deposition must occur, if at all, on or before April 13, 2020;

4. The March 13, 2020 deadline for non-expert discovery shall not apply to the deposition of Jaime D. Plaintiffs will endeavor to produce Jaime D. for his deposition on or before April 13, 2020;

5. The March 13, 2020 deadline for non-expert discovery shall not apply to the third-party deposition of GDIT. Any such deposition must occur, if at all, on or before April 13, 2020;

6. The March 13, 2020 deadline for non-expert discovery shall not apply to the information and document requests Plaintiffs seek from Defendants, as memorialized in Defendants' March 6, 2020 correspondence (*see* Ex. 1), which Defendants will endeavor to produce or otherwise respond to by April 13, 2020;

7. The deadline for non-expert discovery shall not apply to the set of documents Plaintiffs seek from third parties, also memorialized in Defendants' March 6, 2020 correspondence (*see* Ex. 1), which Plaintiffs may seek up to and including April 13, 2020;

8. Plaintiffs shall provide to Defendants electronic copies of all documents Plaintiffs receive in the third-party discovery articulated in this Order;
9. The deadline for all other non-expert discovery is closed as of March 13, 2020, with respect to all other document requests and challenges, including on privilege assertions for electronically stored information; and
10. Plaintiffs will comply with all applicable rules regarding the enforcement of any third-party subpoenas.

DATED: March 10, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2