JOSEPH H. HUNT
Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR.
JEFFREY S. ROBINS
Deputy Directors
Office of Immigration Litigation
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
MARINA C. STEVENSON
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 306-8675
Benjamin.M.Moss2@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*, <br><br> Defendants. | Case No.: 2-18-CV-05741 DMG (PLA) <br><br> **JOINT STIPULATION CONCERNING EMAILING SEALED COURT ORDER** |

WHEREAS the Court's March 19, 2020 Minute Order, ECF No. 223, was filed under seal, and it is the Clerk's Office's policy not to email sealed documents;

WHEREAS the current public health crisis renders the practice of mailing paper copies of sealed documents to the Parties, and the Parties' timely receipt of the documents, impracticable;

NOW THEREFORE the Parties through their respective counsel of record stipulate and request that the Court order as follows: The Clerk's Office will email the Court's March 19, 2020

Joint Stipulation Concerning Emailing Sealed Court Order
Case No. 2:18-CV-05741 DMG (PLA)

1  Minute Order, ECF No. 223, to the Parties' record counsel.

3  DATED: March 19, 2020                                      Respectfully submitted,

CARLOS R. HOLGUÍN (90754)
Center for Human Rights &
Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
UC Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

National Center for Youth Law
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org
fpitts@youthlaw.org

Cooley LLP
SUMMER J. WYNN (240005)
REBECCA L. TARNEJA
ALEXANDRA REX MAYHUGH
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:    (858) 550-6420
Email: swynn@cooley.com
rtarneja@cooley.com

*Attorneys for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

ERNESTO H. MOLINA
JEFFREY S. ROBINS
Deputy Directors
Office of Immigration Litigation

BY: */s/ Benjamin Mark Moss*
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel

MARINA C. STEVENSON
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-8675
Facsimile: (202) 307-8781
Email: benjamin.m.moss2@usdoj.gov

*Attorneys for Defendants*

## L.R. 5-4.3.4 CERTIFICATION

I certify that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

                     */s/  Benjamin Mark Moss*
                     BENJAMIN MARK MOSS
                     Senior Litigation Counsel
                     U.S. Department of Justice

## CERTIFICATE OF SERVICE

I certify that on March 19, 2020, I caused a copy of the foregoing document to be filed through the CM/ECF system, which caused a copy to be served on all record counsel.

                     */s/  Benjamin Mark Moss*
                     BENJAMIN MARK MOSS
                     Senior Litigation Counsel
                     U.S. Department of Justice