UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R. *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No.: 2-18-CV-05741 DMG (PLA)<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION CONCERNING EMAILING SEALED COURT ORDER** |

Based upon the Parties' joint stipulation and for good cause shown, it is hereby ordered that the Clerk's Office email the Court's March 19, 2020 Minute Order, ECF No. 223, to the Parties' record counsel.

Dated this 20th day of March, 2020.

*Paul L. Abrams*
_____
Paul L. Abrams
United States Magistrate Judge