CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>***EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hearing: None Set<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA L. SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com
        mdonohue@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  rtarneja@cooley.com
        amayhugh@cooley.com

*Attorneys for Plaintiffs*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 65 and Local Rule 7-19, Plaintiffs in the above-captioned matter, hereby apply *ex parte* to this Court for a temporary restraining order ("TRO") and for issuance of an order to show cause why a preliminary injunction should not issue. This *ex parte* application is based upon this Application, the accompanying Memorandum of Points and Authorities, the concurrently-filed Declaration of Class Counsel Carlos Holguín and all exhibits thereto, all papers on file in this action, and any oral argument of counsel the Court may hear. The Memorandum of Points and Authorities in support of this Application is filed herewith.

The Plaintiffs bring this application on an *ex parte* basis because, as described in the Motion attached, by continuing to house Class Members in congregate care facilities in the face of the COVID-19 pandemic and public health national emergency, Defendants Alex Azar, Secretary of U.S. Department of Health and Human Services, and E. Scott Lloyd, Director, Office of Refugee Resettlement of the U.S. Department of Health and Human Services ("ORR"), violate (i) the TVPRA, 8 U.S.C. § 1232(c)(2)(A),[1] (ii) the January 17, 1997 Settlement Agreement in *Flores v. Reno et al.*, CV 85-4544 (RJK) (Px), and (iii) the Due Process Clause of the Fifth Amendment. As a result, Class Members (and the public) face grave risk to their health and lives that is in need of immediate attention in order to avoid further loss of life. Plaintiffs respectfully submit that *ex parte* relief is therefore appropriate given that the facts in the Motion and its supporting papers evidence that immediate and irreparable injury will result to Plaintiffs before opposition can be heard.

**Statement of Compliance with Rule with Civil Local Rule 7-19**

Counsel for Defendants are:

> Andrew Brenner Insenga
> Ernesto Molina

---

[1] William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008, Pub. L. 110-457, 122 Stat. 5044, codified at 8 U.S.C. § 1232 ("TVPRA").

| | |
|---|---|
| 1 | Jonathan Kevin Ross |
| 2 | Woei-Tyng Daniel Shieh |
| 3 | Yamileth G. Davila |
|   | US Department of Justice |
| 4 | Civil Division Office of Immigration |
|   | Litigation |
| 5 | P O Box 878 |
| 6 | Washington, DC 20044 |
|   | 202-305-7816 |
| 7 | Fax: 202-307-8781 |
| 8 | *Email: andrew.insenga@usdoj.gov* |
|   | *Ernesto.h.molina@usdoj.gov* |
| 9 | *Jonathan.k.ross@usdoj.gov* |
| 10 | *Daniel.Shieh@usdoj.gov* |
|   | *yamileth.g.davila@usdoj.gov* |
| 11 | |
| 12 | Benjamin M. Moss |
|   | Jeffrey S. Robins |
| 13 | US Department of Justice |
| 14 | Office of Immigration Litigation - Civil |
|   | Division |
| 15 | PO Box 868 Ben Franklin Station |
| 16 | Washington, DC 20044-0878 |
|   | 202-307-8675 |
| 17 | Fax: 202-307-8698 |
| 18 | *Email: benjamin.m.moss2@usdoj.gov* |
|   | *jeffrey.robins@usdoj.gov* |
| 19 | |
| 20 | Marina C. Stevenson |
|   | US Department of Justice |
| 21 | Office of Immigration Litigation - |
| 22 | Appellate Section |
|   | Benjamin Franklin Station |
| 23 | PO Box 878 |
| 24 | Washington, DC 20044 |
|   | 202-305-3797 |
| 25 | Fax: 202-307-8781 |
| 26 | *Email: marina.c.stevenson@usdoj.gov* |
| 27 | Sherry Denise Soanes |
|   | United States Department of Justice |
| 28 | Office of Immigration Litigation |

|   |   |
|---|---|
| 1 | PO Box 868 Ben Franklin Station |
| 2 | Washington, DC 20044 |
|   | 202-532-4108 |
| 3 | Fax: 202-616-8962 |
| 4 | Email: *sherry.soanes@usdoj.gov* |

      Pursuant to Civil Local Rule 7-19.1 and Fed. R. Civ. P. 65, counsel for the Plaintiffs informed counsel for Defendants of the substance and date of this ex parte application. (Holguín Decl. ¶ 5.)  On March 22, 2020, Plaintiff sent a letter to counsel for Defendants outlining the grave risk posed to Class Members by continuing to house them in congregate care as well as the relief Plaintiff intended to request through an application for a TRO. (*Id.*) On March 23, 2020, the parties met and conferred telephonically. (*Id.*) Counsel for Defendants informed Plaintiffs that Defendants would oppose the application for a TRO. (*Id.*) To date, Defendants have not taken any action to expedite resolution of this dispute which is endangering the health and lives of children at ORR facilities. (*Id.*)

| | | |
|---|---|---|
| 1 | Dated: March 25, 2019 | CARLOS R. HOLGUIN<br>Center for Human Rights &<br>Constitutional Law |

HOLLY S. COOPER
CARTER C. WHITE
University of California Davis School of Law

LEECIA WELCH
BRENDA SHUM
NEHA DESAI
POONAM JUNEJA
FREYA PITTS
CRYSTAL ADAMS
National Center for Youth Law

SUMMER J. WYNN
MARY KATHRYN KELLEY
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
Cooley LLP

By: *s/ Carlos R. Holguin*
    Carlos R. Holguin (90754)

    *s/ Leecia Welch*
    Leecia Welch (208741)