CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, et al.,<br><br>    Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**DECLARATION OF CARLOS HOLGUÍN IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hearing: None Set<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA L. SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
       cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email: swynn@cooley.com
       mkkelley@cooley.com
       mdonohue@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email: rtarneja@cooley.com
       amayhugh@cooley.com

*Attorneys for Plaintiffs*

I, Carlos Holguín, hereby declare:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys who serve as class counsel for Plaintiffs in the above-captioned action. I am also one of the attorneys for the plaintiff class in *Flores v. Barr*, No. 2:85-cv-04544-DMG-AGR. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057. I execute this declaration in support of Plaintiffs' ex parte application for a temporary restraining order and order to show cause re: preliminary injunction protecting *Lucas R.* class members from irreparable injury during the COVID-19 national public health emergency. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after reasonable inquiry of the circumstances. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently as follows.

2. Pursuant to ¶¶ 28 and 29 of the settlement approved in *Flores* in 1997, the Office of Refugee Resettlement ("ORR") provides *Flores* class counsel with statistical reports on all juveniles in its custody. Among other things, these reports identify class members, indicate in the name and type of facility in which they are detained, and provide the date on which each juvenile came into ORR custody. ORR's data do not indicate whether juveniles have a family member or other potential custodian in the United States available to receive them, nor do they indicate whether a potential custodian has submitted a family reunification application seeking a given juvenile's release.

3. The most recent statistical report indicates as of March 13, 2020, ORR had 3,622 children in custody, 1,193 of whom were in congregate settings after having been in ORR custody for 30 days or more.

4. In the course of representing *Flores* class members, in or about December 2018, I participated in a meeting at ORR's Shiloh residential treatment center with ORR representatives overseen by the *Flores* Special Master/Independent Monitor, Andrea

Sheridan Ordin. During the meeting, an ORR representative presented a PowerPoint providing statistics regarding juveniles in ORR custody. At my request, defense counsel in *Flores* later forwarded me a printout of the Shiloh PowerPoint presentation, a true and correct copy of which is annexed as Exhibit O to this Declaration.

5. On March 22, 2020, I sent a letter to counsel for Defendants outlining the grave risk posed to Class Members by continuing to house them in congregate care as well as the relief Plaintiff intended to request through an application for a TRO. On March 23, 2020, I telephonically met and conferred with Benjamin M. Moss, Senior Litigation Counsel for the Office of Immigration Litigation, one of the attorneys for the Defendants in the above-entitled action,[1] in an effort to obviate the need for Plaintiffs to seek a temporary restraining order and to show cause re: preliminary injunction. I advised counsel Moss of the substance of the attached ex parte application. I also informed him that this application would be filed this week. Counsel Moss indicated on the March 23, 2020 call that Defendants intended to oppose the ex parte application.

6. On March 24, 2020, Defendants' counsel wrote Plaintiffs and advised, *inter alia*, that "ORR has stopped placements of UACs[2] in the states of California, New York, and Washington." To date, Defendants have not taken any action to expedite resolution of this dispute which is endangering the health and lives of children at ORR facilities.

7. Attached hereto as Exhibit A is a true and correct copy of the article by Priscilla Alvarez and Catherine E. Shoichet, "First ICE detainee tests positive for coronavirus," CNN (Mar. 24, 2020), https://www.cnn.com/2020/03/24/us/ice-detainee-coronavirus/index.html.

8. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Dr. Julie DeAun Graves, dated March 24, 2020.

---

[1] Counsel Moss' contact information is as follows: Office of Immigration Litigation, U.S. Department of Justice, Civil Division, P.O. Box 878, Ben Franklin Station, Washington, DC 20044, (202) 307-8675, benjamin.m.moss2@usdoj.gov
[2] "UACs" stands for Unaccompanied Children.

9.  Attached hereto as Exhibit C is a true and correct copy of the Declaration of Dr. Jaimie Meyer, dated March 15, 2020. This declaration was originally prepared for use in *Velesaca v. Decker*, No. 1:20-cv-1803 (S.D.N.Y. Mar. 16, 2020), as well as in *O.M.G. et al. v. Wolf et al.*, No. 1:20-cv-00786 (D.D.C. Mar. 21, 2020), and is reproduced with permission of the author.

10. Attached hereto as Exhibit D is a true and correct copy of a letter to Committee Chairpersons and Ranking Members of the United States Congress, authored by Drs. Scott A. Allen and Josiah Rich, dated March 19, 2020, available at https://whistleblower.org/wp-content/uploads/2020/03/Drs.-Allen-and-Rich-3.20.2020-Letter-to-Congress.pdf.

11. Attached hereto as Exhibit E is a true and correct copy of the Declaration of Dr. Nancy Y. Wang, dated March 24, 2020.

12. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Anthony Enriquez, Esq., dated March 24, 2020.

13. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Hannah P. Flamm, Esq., dated March 24, 2020.

14. Attached hereto as Exhibit H is a true and correct copy of the Declaration of Rachel Rutter, Esq., dated March 23, 2020.

15. Attached here to as Exhibit I is a true and correct copy of the Declaration of Dr. Mira Zein, dated March 23, 2020.

16. Attached hereto as Exhibit J is a true and correct copy of the Declaration of Dr. Craig Haney, Ph.D, dated March 21, 2020.

17. Attached hereto as Exhibit K is a true and correct copy of the email entitled "COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS" and attachments, sent by the Office of Refugee Resettlement, Unaccompanied Children's Program, Division of Health for Unaccompanied Children on March 13, 2020.

18. Attached hereto as Exhibit L is a true and correct copy of the "Interim Guidance on Management of Coronavirus Disease 2019 (COVID – 19) in Correctional

and Detention Facilities, published by the Centers for Disease Control and Prevention on March 23, 2020.

19. Attached hereto as Exhibit M is a true and correct copy of the Office of Refugee Resettlement "UAC Manual of Procedures (UAC MAP)."

20. Attached hereto as Exhibit N is a true and correct copy of excerpts of the Office of Refugee Resettlement Policy Guide, available at https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied.

21. Attached hereto as Exhibit O is a true and correct copy of the Shiloh PowerPoint Presentation defense counsel in *Flores* sent to me.

22. Attached hereto as Exhibit P is a true and correct copy of the Declaration of James M. Owens, dated February 7, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 24th day of March, 2020, at Santa Clarita, California.

Respectfully submitted,

_____
Carlos Holguín