# EXHIBIT E

I, Dr. Nancy Yvonne Wang, declare as follows:

1. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

2. My name is Dr. Nancy Yvonne Wang. I am a physician licensed to practice medicine in the state of California, with a specialty board certification in Emergency Medicine and a subspecialty board certification in Pediatric Emergency Medicine. I currently work at the Stanford University Emergency Department as an attending physician. I have 22 years of experience working in emergency medicine and 20 years of experience working as a subspecialist in pediatric emergency medicine.

3. I completed Medical School at Stanford Medical School in 1993, an Emergency Medicine Residency at Stanford in 1996, and my Pediatric Emergency Medicine fellowship at Children's Oakland in 1999. I am a Professor in Emergency Medicine and Pediatrics, and Associate Director of Pediatric Emergency Medicine and Director of the Social Emergency Medicine Program at Stanford University School of Medicine. I am additionally Associate Faculty at the Stanford Center for Health Policy/Primary Care and Outcomes Research, Stanford; Faculty Fellow at the Stanford Center for Innovation in Global Health (CIGH), Senior Faculty at the Stanford Pediatric Center for Policy Outcomes and Prevention, and affiliated faculty in the Stanford Human Rights in Trauma Mental Health program. My scholarly expertise is in health services research with a focus on Social Emergency Medicine, or the intersection of vulnerable populations with the Health Care System.

4. I have served as a volunteer child welfare expert for the Center for Human Rights and Constitutional Law and have visited unaccompanied children in ORR custody at Southwest Keys Casa Padre Shelter (July 2018), Tornillo Influx Facility (October 2018), and Homestead Influx Facility (March 2019). I have interviewed children in CBP custody at CBP facilities in Clint, TX and Santa Teresa, NM (July 2019). I have

volunteered with the Dilley Pro Bono project (December 2019). I have also worked with Human Rights Watch to understand the effect of the Migrant Protection Protocols (Remain in Mexico Policy) and interviewed families in Tijuana (November 2019) and Juarez, Mexico (January 2020). I have previously submitted declarations in *Flores v. Barr*.

5. As an Emergency Physician, I am on the front lines of the COVID-19 pandemic. Our Emergency Department has and will evaluate patients with febrile influenza-like illness. We will determine which patients need COVID-19 testing and/or admission to the inpatient hospital floor. As Associate Director of our Pediatric Emergency Department and an attending physician in the Department, I am well acquainted with and involved in developing protocols for testing, admissions, cohorting, and personal protective equipment. As the situation develops, the protocols continue to change.

## COVID-19

6. COVID-19 is the disease caused by the novel coronavirus SARS-CoV-2. There are many coronaviruses which infect animals and people. SARS-CoV-2, the virus that causes COVID-19, is worrisome because it is a "new" coronavirus. Because this is a new virus, we – as a population and individually – have no immunity. Novel coronaviruses have also caused Severe Acute Respiratory Syndrome (SARS) and Middle Eastern Respiratory Syndrome (MERS). Both these diseases are more deadly but much less infectious than COVID-19.

7. From what we know, the SARS-CoV-2 virus spreads mostly by respiratory droplets (droplets that come out of the respiratory tract when you sneeze, cough, and breathe). People get exposed if they breathe in a respiratory droplet from someone with the virus. People can also get exposed if they touch a surface where a respiratory droplet landed and then touch their eyes, nose, or mouth. The virus can then stick to receptors on the mucous membranes and then be internalized into the epithelial cells and cause disease. It is thought that these viral respiratory droplets can last from hours to days

depending on the type of surface. However, appropriate cleaning agents like soap or alcohol-based cleaner can kill them and prevent the spread of disease.

8. Some people infected with COVID-19 do not exhibit the typical symptoms of the disease ("asymptomatic carriage"). This makes it very difficult to slow the spread of the disease without comprehensive public health measures that apply to everyone.

9. Estimates for the mortality rate of COVID-19 range from 1-3%. Although older people and those with co-morbidities have an increased case fatality rate, people of all ages – including infants and children – can have serious infections which create significant morbidity and require significant health care resources including hospitalization.

10. The World Health Organization declared COVID-19 a "pandemic" (worldwide spread of new disease) on March 11, 2020. When there is an "epidemic" (regional spread of disease), the public health system tries to "contain" the disease. When there is a pandemic, the effort shifts from "containment" to "control and mitigation." Since in the US, it is too late to contain the disease, the focus must shift to disrupting the disease's impact by reducing the speed of its spread. This is where we are now. Public health efforts are currently aimed at slowing the spread of disease so that health care facilities are not overwhelmed by the number of patients and there are sufficient resources to protect health care providers (e.g., protective personal equipment); as well as to care for patients (e.g. ventilators and ICU beds for those requiring intensive support). If the public health system can decrease the number of the infected and sick, or at least spread that number over a longer period of weeks or months, then the health care system will not be impossibly overburdened.

11. Although a minority of COVID-19 will become seriously ill and require hospitalization, this total number will be significant enough to overwhelm our health care resources and cause huge morbidity and mortality, as is occurring now in Italy.

12. COVID-19 has no vaccine nor treatment. Our population has no immunity. The only means we have for slowing the disease is prevention. There are two critical elements

of COVID-19 prevention: social distancing and consistent cleaning of surfaces and hand washing in order to avoid infection from objects or materials (fomites) that are likely to have infectious particles on them. The idea of social distancing is to slow the spread of the disease and decrease the number of people getting sick and seriously sick. The general recommendations are to avoid gatherings of groups over 10 and public spaces because they present a heightened risk of spreading the virus. Individuals should not be closer than six feet together. People should thoroughly wash their hands several times per day, (especially after touching surfaces that are touched by others and before touching their face and eating) Surfaces must be cleaned regularly as they can have fomites. Specific directives from federal, state, and local public health departments are changing daily, but these basic preventative measures are clear.

13. Our medical system has limited ability to test for COVID-19. Therefore, best practice is to quarantine those who are exposed and medically isolate those that are sick. Those who are seriously ill must be triaged to hospital care. Given the shortage of testing capabilities, individuals and communities cannot rely solely on the criteria of a positive COVID-19 test to implement precautions or quarantine symptomatic persons.

14. The Centers for Disease Control and Prevention reports that as of March 24, 2020 at 12:00 am, the virus has infected 382,108 people worldwide, with a total of 16,574 deaths (4.34% mortality rate). See www.arcgis.com/apps/opsdashboard/index.html#/bda7594740fd40299423467b48e9ecf6. In the United States, there are 46,450 confirmed cases with 593 deaths. However, due to barriers to testing, we believe there are many more infections in the United States than are currently reported. With time, a portion of these cases will progress to serious disease and for some, death.

DHS and HHS Facility Conditions

15. In July 2019, I interviewed children and families at CBP facilities in Clint, Texas and Santa Teresa, New Mexico. We interviewed approximately 70 children and families. We were not allowed in the living quarters, but children and families reported that they shared limited toilets and sinks with many other detainees. Children and families reported that they had limited access to soap and water to wash their hands. In my opinion, it would be almost impossible for children and families to remain six feet away from all other detainees and staff in these facilities. If COVID-19 is introduced into a CBP facility, conditions like these will easily facilitate the spread of disease.

16. In July 2018, I visited the Southwest Key Casa Padre ORR facility in Brownsville, Texas. At the time of my visit, the facility held over 1,000 children. Children slept in shared rooms with rows of beds. Children shared bathrooms (showers, toilets, and sinks) and ate all meals together in large common spaces. Children were also required to participate in group activities and classes together. In my opinion, it would be almost impossible for children to remain six feet away from all other children and staff in this facility and it would be difficult to clean all the surfaces. If COVID-19 is introduced into an ORR facility, conditions like these will easily facilitate the spread of disease.

Vulnerabilities of Immigrant Populations in Detention

17. Congregate care facilities, by definition, cannot comply with the recommended public health measures in this pandemic. Individuals held in congregate facilities cannot ensure that there is six feet between them and the nearest person at all times. Facilities that hold large numbers of individuals also require large numbers of staff, which results in increased exposure to the detained population.

18. Even though the total number of children in ORR custody has declined and ORR care provider facilities may house fewer children than they did a year ago, congregate care facilities are still dangerous environments during a pandemic. Public health officials

Declaration of Nancy Yvonne Wang, MD

5

currently hold that gatherings with more than 10 people are unsafe in the context of this pandemic.

19. In addition to the increased risk of contracting COVID-19 in detention, children and families with existing poor health and chronic health conditions are at risk of experiencing more severe illness. Children and families may come the United States with underlying health conditions, and these health conditions may be exacerbated by the time in immigration detention. Time spent in immigration detention may also lead to new health issues for children and families. Many children that I have personally interviewed in immigration detention have presented with serious health concerns.

ORR Guidance re: COVID-19

20. I have reviewed the March 13, 2020 "COVID-10 Interim Guidance for ORR Programs" ("ORR Guidance"). The policies included are inadequate, contravene multiple CDC recommendations, and place large numbers of detained children at risk of contracting COVID-19. Even if ORR were to issue updated guidance requiring social distancing and increased cleaning standards, from my experience, the time needed to implement this guidance in ORR care provider facilities would be insufficient to prevent the exponential disease risk.

21. The ORR Guidance does not require or even encourage social or physical distancing between children or staff. The ORR Guidance does not limit or encourage limiting the gathering of a groups of children or staff for meals, activities, or classes.

22. The ORR Guidance does not provide information on managing the spread of disease among particularly vulnerable children, such as those with heart disease, chronic respiratory disease, or compromised immune systems. The ORR Guidance also does not provide any special guidelines for preventing the spread of disease to infants in ORR custody. Infants are particularly vulnerable to serious COVID-19 infection.

23. The ORR Guidance does not provide any information for facilities on how to explain or mitigate the negative psychological effect of isolation and quarantine of a child. For

Declaration of Nancy Yvonne Wang, MD

6

any child, but especially for children that are unaccompanied and without a trusted caregiver, being placed in isolation may be very traumatizing.

24. The ORR Guidance does not provide a plan for facilities to manage spread of the disease when more children need to be quarantined than the facility's isolation rooms can accommodate.

25. The ORR Guidance does not provide a screening or testing or quarantine/isolation protocol for children not determined to be "at risk" under ORR's definition but still exhibiting COVID-19 symptoms. This oversight could lead to missed cases and contribute to the further spread of the disease. ORR's determination of risk country checklist is outdated, given that this is a pandemic.

26. It is my expert opinion that the policies expressed in the ORR Guidance are inadequate and contrary to current CDC guidelines as well as public health practice being adopted during the current pandemic.

Recommendations

27. ORR should immediately expedite the release of detained children to their sponsors. This is particularly urgent for children who have not been exposed to the virus and are not exhibiting any symptoms and populations at high risk of increased complications from the disease. Once released, children should self-quarantine for 14 days in order to ensure that they are not exhibiting symptoms and to ensure the safety of their new communities. Reducing the population of children in ORR facilities is essential to minimizing the risk for outbreaks in facilities and preventing the spread of the virus to children, ORR staff members, and communities across the United States.

28. To the extent there is absolutely no other option but for children and families to remain detained in congregate settings, basic principles of public health require DHS and HHS to:
   a. Allow each detainee enough space to maintain a distance of at least six feet from others;

Declaration of Nancy Yvonne Wang, MD

7

  b. Organize meals and sleeping arrangements so that detainees are not exposed to crowded food lines and cramped sleeping quarters;

  c. Ensure that all detainees have free and consistent access to clean water, soap, and hand sanitizer;

  d. Transfer children and families from high-density placements (facilities with 10 or more children) to low-density placements;

  e. Separate children and families who are at higher risk of severe illness if they contract an infection from other detainees;

  f. Screen staff who enter and exit the facilities for COVID-19 symptoms twice daily and prohibit entry if staff exhibit symptoms or report exposure;

  g. Immediately quarantine any detainee who is symptomatic in a negative pressure room in order to decrease the risk of infection to others. Given that this is a pandemic, all symptomatic detainees should be tested for COVID-19.

  h. Even if all of the above recommendations for DHS and HHS facilities are followed, the inherent conditions of detention are such that detained children and families would still be at high risk for exposure to COVID-19. In order to contain the spread of the COVID-19 virus, and to protect children and families, the government must relocate as many people as possible out of DHS and HHS facilities.

29. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 24, 2020 in Palo Alto, California.

_____
Nancy Yvonne Wang, MD

---

Declaration of Nancy Yvonne Wang, MD

8