# EXHIBIT G

# DECLARATION OF HANNAH P. FLAMM, ESQ.

I, Hannah P. Flamm, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is Hannah P. Flamm, Esq., and I am an attorney licensed to practice in the State of New York. This declaration describes my experiences and observations working with unaccompanied migrant youth detained at The Children's Village and Abbott House.

## Experience Serving Youth in ORR Custody

3. Since October of 2017, I have been an attorney at The Door, a legal service provider that works primarily with immigrant youth. Since December 2019, I have been the Managing Attorney of The Door's Detained Minors Project. Since December 2019, The Door has served unaccompanied children in the legal custody of the Office of Refugee Resettlement ("ORR") who have been placed by ORR at The Children's Village and Abbott House in New York, two care programs within the ORR network of care providers. Over the last four months, The Door has served over 400 youth in ORR custody. Although the majority of these youth come from Mexico, Honduras, Guatemala and El Salvador, youth placed at these facilities may come from all over the world. Youth may have entered ORR custody upon apprehension at the border, upon apprehension internally in the United States, and upon transfer from state custody.

4. As the legal service provider for The Children's Village and Abbott House, our attorneys and other staff maintain regular contact with the youth at the facilities. We provide ongoing consultations and presentations concerning the legal rights of detained minors, as well as provide direct legal representation to youth who request it.

Declaration of Hannah P. Flamm

1

The Children's Village

*Background*

5.     It is my understanding that The Children's Village serves unaccompanied migrant youth between the ages of 12 and 17. It is my understanding that The Children's Village is licensed to provide shelter-level care for up to 157 youth. The Children's Village also operates a staff-secure setting with capacity to detain up to 28 youth. The current population of the shelter setting is approximately 100 youth. The current population of the staff-secure setting is approximately 11 youth.

6.     The Children's Village consists of a campus that includes approximately 32 residential buildings and 14 administrative buildings, including a school, medical facility, administrative office, chapel, and daycare. This campus serves both youth in ORR custody and "domestic" youth who are in the legal custody of the State of New York. All of the youth are housed in residential buildings. Most youth in ORR custody are housed in residential buildings that can accommodate up to approximately 14 youth. Youth in each residence are also supervised by a variety of staff. Children and youth are regularly transported in groups to other buildings on the campus for educational programming and other services. Residents are expected to share common equipment such as telephones, televisions, tables, recreational games and other living accommodations.

*Youth Interactions with Staff*

7.     It is my understanding that there are approximately 70-100 staff and personnel at The Children's Village, many of whom provide 24-hour care and supervision. Some youth in the staff-secure setting are required to receive one-on-one or even two-on-two supervision from staff, in addition to the general daily supervision provided. Staff work different shifts, and youth are exposed to different staff throughout the day. In some instances, residential staff are advised to pat down minors after they use the bathroom.

8.     Educational services are provided by a variety of staff in classrooms that accommodate up to approximately 20 or more youth, in addition to a number of staff.

Declaration of Hannah P. Flamm

2

9. Youth participate in weekly group therapy, which includes youth as well as clinical staff.

10. Youth also meet individually with case managers and mental health clinicians on a regular basis and ad hoc for minors in crisis.

11. Particularly among those detained in the staff-secure setting, youth may interact with staff from The Children's Village's special disciplinary unit. Staff from this unit are authorized to interact with youth in a physical manner, including through the use of physical restraints.

12. It would be difficult or almost impossible for children within The Children's Village to maintain six feet of social distancing between themselves and others, including staff, at all times.

### Sleeping Arrangements

13. Youth at The Children's Village are held in a communal setting in close quarters with other children. Based on my observation, youth sleep in rooms with four beds, sometimes bunk beds, with approximately four to six feet between the beds.

### Bathroom and Shower Access

14. Youth share bathrooms. Staff sometimes also use these same bathrooms. Some minors are required to seek permission to use the bathroom. Staff may wait outside the bathroom while minors are inside.

### Dining Facilities

15. Youth at The Children's Village also eat meals in a communal setting. Meals are served multiple times a day in a single location within each residential building, which serves up to approximately 14 youth at a time. Various staff are also present during meals. Youth sit together at meals, and are not generally six feet apart from each other or from staff. Instead, they typically sit four-to-six children to a table.

*Access to Medical Care*

16. Minors have access to a medical unit located on the Children's Village campus. Medical services are provided in this location and not in the residential buildings. Therefore, minors must be transported there for all medical needs.

17. If access to local hospitals in Westchester is limited due to the novel coronavirus, minors at The Children's Village may be at grave risk both for COVID-related and non-COVID medical emergencies.

Abbott House

*Background*

18. Abbott House detains unaccompanied migrant youth between the ages of 0 (US citizens born to minors in ORR custody while at Abbott House) and 17. It is my understanding that this facility is licensed to provide shelter care for up to 51 youth. The current population of this facility is approximately 34.

19. Abbott House consists of a campus that includes one large, main building, where youth are housed on multiple floors. This building also includes administrative offices, classrooms, a cafeteria, recreational areas, and conference rooms. Children and youth are regularly transported within the large building, in groups, for educational or other programming or services. Residents share common equipment such as telephones, televisions, tables, recreational games and other living accommodations.

*Youth Interactions with Staff*

20. It is my understanding that there are approximately 30 staff and personnel at Abbott House, many of whom provide 24-hour care and supervision to children. Staff work different shifts, and youth are exposed to different staff throughout the day.

21. Educational services are provided by a variety of staff in classrooms that accommodate up to approximately 20 youth, in addition to a number of staff. Children attend group classes.

22. Youth participate in weekly group therapy, which includes a group of youth as well as clinical staff.

23. Youth also meet individually with case managers and mental health clinicians on a regular basis.

24. It would be difficult or almost impossible for children at Abbott House to maintain six feet of social distancing between themselves and others, including staff, at all times.

*Sleeping Arrangements*

25. Youth at Abbott House are held in a communal setting in close quarters with other children. Based on my observation, most youth sleep in rooms with two or more beds with approximately six feet between the beds in standard rooms. Minors' standard rooms do not have doors in the doorways.

*Bathroom and Shower Access*

26. Multiple children may share bathroom facilities. Children may have to notify staff that they need to use the bathroom, so that staff can accompany them to the bathroom.

*Dining Facilities*

27. Youth at Abbott House also eat meals in a communal setting. Meals are served multiple times a day in a single location large enough to serve up to approximately 60 youth at a time. Various staff are also present during meals.

*Access to Medical Care*

28. Children access basic medical care on-site at Abbott House. For more specialized medical care, children must be transported elsewhere.

5

Page091

29. If access to local hospitals in Westchester is limited due to the novel coronavirus, minors in shelter at Abbott House may be at grave risk both for COVID-related and non-COVID medical emergencies.

*Conclusion*

30. Based on my observations of these two congregate care settings, it is my opinion that children in custody are at heightened risk of: being infected by the novel coronavirus; exposing more children, shelter staff (who travel to the shelters from the greater New York City area), and the general public to the virus; not receiving adequate or timely medical care; and suffering the potentially lethal effects of COVID-19.

31. The congregate care setting of detention puts minors at heightened risk on account of the near impossibility of following social distancing and other urgent public health measures.

32. Some minors are at greater risk because they have pre-existing medical conditions such as asthma.

33. Between the two shelters, close to 120 minors arrived in the last two months, and 49 youth have arrived since March 1, 2020. Minors have arrived in these two shelters from other ORR shelters around the United States as well as from state custody and from living in the community around the United States.

34. Despite the best intentions of staff at these two facilities, the intrinsic nature of children being in custody heightens their risk of exposure to the novel coronavirus. Given the current strain on New York's hospitals and healthcare system, I am concerned that children in ORR custody may be unable to receive adequate and timely medical care if they are exposed. In addition to children's own health concerns, such exposure necessarily implicates all those who interact with the children, including shelter staff, legal services providers and medical professionals.

Declaration of Hannah P. Flamm

6

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of March, 2020, in New York, New York.

HANNAH P. FLAMM