# EXHIBIT H

## DECLARATION OF RACHEL RUTTER, ESQ.

I, RACHEL RUTTER, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is Rachel Rutter, Esq., and I am an attorney licensed to practice in the State of Pennsylvania (License Number 323463). From October 2016 through January 2020, I worked at HIAS Pennsylvania ("HIAS PA"), a legal service organization providing legal services to unaccompanied migrant youth in Pennsylvania. Through a contract with the Vera Institute of Justice, HIAS PA's Immigrant Youth Advocacy Project provides legal services to youth at several facilities for unaccompanied minors that are overseen by the Office of Refugee Resettlement ("ORR"), including KidsPeace in Bethlehem, PA. This declaration describes my experiences and observations working with unaccompanied migrant youth detained at KidsPeace in Pennsylvania.

### Background on KidsPeace

3. It is my understanding that KidsPeace is licensed to provide shelter care for up to 112 youth. I understand that the current population at KidsPeace is 47 youth. To the best of my recollection, during much of my time at HIAS PA, KidsPeace was filled to about 75% capacity.

4. KidsPeace consists of a campus in Bethlehem, PA, that includes approximately nine or ten buildings, where youth are housed in group homes that accommodate

1

approximately 16 youth each. Children and youth are regularly transported to other buildings on the campus for educational or other programming or services. Residents are expected to share common equipment such as telephones, televisions, tables, recreational games, dining tables, and other equipment.

<u>Central Captain Wiley Building</u>

5. The central hub of KidsPeace is a building called the Captain Wiley building, where all youth and staff congregate all day, five days per week. Youth and staff are present together in this building from about 8:00am to about 2:30pm five days per week. Youth and many staff also return to this building in the evening for dinner.

6. Captain Wiley contains KidsPeace's educational program, where youth study in crowded classrooms that hold approximately 30 students each, plus teachers and support staff. In the classrooms, students sit in close quarters, using desks that have been used by other students throughout the day, without being cleaned between uses. Students share classroom items, such as instruments and school supplies. Students use pencils that have been used by other children throughout the day. At the start of each class, each teacher distributes pencils, which are then collected at the end of class and redistributed to different students in the next class. This repeats in each class. Students are not allowed to retain their own pencil due to safety concerns.

7. Captain Wiley includes the cafeteria, where most meals are eaten communally.

8. Captain Wiley includes the offices and work spaces of many KidsPeace staff who work with the unaccompanied minors program, including teachers, case managers, clinicians, administrators, management, and other building staff, such as custodians and food service employees.

9. Captain Wiley also includes multiple conference rooms, offices, and meeting rooms, which are used not only by KidsPeace staff who work with the unaccompanied minors program, but also by staff from KidsPeace's non-ORR programming.

10. Captain Wiley contains multiple communal computers, desks, and chairs, that are used by multiple staff throughout the day. Captain Wiley also has a communal scanner/printer that multiple staff share throughout the day.

11. Captain Wiley also includes a large recreation room called the "Fun Zone," which holds up to 112 students plus multiple staff at one time. The room is used for staff trainings and meetings, as well as student activities. Students share games, couches, toys, school supplies, and other items within this crowded space.

12. Restroom facilities are limited within the Captain Wiley building. To my knowledge, there are just two staff restrooms, one for men and one for women. There are only two youth restrooms, one for girls and one for boys. When KidsPeace is at capacity, 112 youth are sharing these facilities, as are staff, including teachers, case managers, clinicians, administrators, management, and other building staff.

13. I understand that the building contains just two water fountains for all of the youth, staff, and visitors who enter the building.

Dining Facilities

14. Youth at this facility also eat meals in a communal setting. Meals are served three times a day. It is my understanding that youth eat breakfast each day within their houses in a communal setting. Youth eat breakfast in close quarters and are expected to share a table with other children.

15. Lunch and dinner are served in a single location which serves up to 66 youth at a time. The cafeteria where lunch and dinner are served is within the previously described Captain Wiley building. Various staff are present during meals, and youth are expected to share tables in close proximity with other youth. Children also use lunch trays that have been previously used by other groups throughout the day, and it is not clear from my observation whether the trays are washed in between uses.

Bathroom & Shower Access

16. It is my understanding that youth share bathroom and shower facilities within their individual houses. I understand that each house contains just four toilets and four showers for 16 youth.

17. As described above, bathroom facilities are also limited in the Captain Wiley building, where youth spend much of their time.

Access to Medical Care

18. Although KidsPeace claims that children are provided with medical care whenever they request it, in my observation, that is not the case.

19. To my knowledge, there is only one doctor onsite for 112 beds. The other medical staff, according to my former clients, are all nurses. Former clients report that it is difficult to actually see the doctor face-to-face due to capacity issues.

20. Two of my former clients were unable to obtain medical care when needed at KidsPeace.

21. The first client who complained of this was a 17-year-old mother with an approximately three-year-old son. Her son was running a fever and had persistent flu-like symptoms for many days. She reported having requested medical care from staff multiple times, but was denied. Upon learning this, I intervened to ensure that her son was receiving the proper medical care.

22. Another client of mine was a 17-year-old boy who suffered from a rare brain injury. His case manager disclosed to me that he would not be able to receive the required treatment at KidsPeace, because KidsPeace's insurance would not pay for it.

23. Multiple youth at KidsPeace reported to me that they were not being fed enough by staff, and that staff were rationing food. When confronted, KidsPeace denied this.

24. Other youth at KidsPeace have reported to me that they are forced to take psychotropic medications they do not want to take or that have negative side effects.

5

These youth report not being told what the medications are for, and not receiving adequate explanations from staff about their own medical care.

### Staffing

25. There are numerous staff and personnel at KidsPeace who provide 24-hour care and supervision. Staff work different shifts and youth are exposed to different staff throughout the day.

26. Youth at this facility participate in group therapy at least twice a week which I believe includes approximately 10 to 15 youth as well as clinical staff.

27. Based on my extensive observations of this congregate care setting, it is my opinion that KidsPeace has failed to provide competent medical care to some of the children in its care. Given the inherent risks of a congregate care setting in the midst of this global COVID-19 pandemic we are facing, it is my opinion that children currently housed at KidsPeace should be quickly released to sponsors.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23 day of March, 2020, at Phoenixville, Pennsylvania.

_____
RACHEL RUTTER

7