# EXHIBIT I

# Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

Mira Zein, MD, MPH
Clinical Assistant Professor
Consult Liaison Psychiatry
Stanford University School of Medicine
Department of Psychiatry and Behavioral Sciences

**Introduction:**

Studies have demonstrated that refugees and migrants experience higher rates of depression, anxiety, and post-traumatic stress disorder (PTSD) due to war, persecution, domestic violence, etc., suffered in their home countries, in addition to the stress from resettlement[1,2]. One study demonstrated that "refugees resettled in western countries could be [up to] ten times more likely to have post-traumatic stress disorder than [the] age-matched general populations in those countries[1]." Immigration detention adds significant psychological stress to the resettlement process, further exacerbating the incidence and severity of mental health disorders. Growing evidence demonstrates that PTSD, anxiety/stress, and depression can lead to decreased immune response and increased risk of infections. Thus, the men, women, and children in immigration detention, due to higher rates of the aforementioned mental health disorders, have increased vulnerability to infections, including COVID-19.

**Immigration Detention and Mental Health:**

For migrants, refugees, and asylum seekers, immigration detention in a host country is a significant post-migration stressor that includes a loss of liberty and the ever-present threat of forced return to their country of origin[3]. The detention experience increases the likelihood that detainees exacerbate existing or develop new mental health disorders such as PTSD, anxiety, and depression[4].

---

[1] Fazel M, Wheeler J, Danesh J. Prevalence of serious mental disorder in 7000 refugees resettled in western countries: a systematic review. Lancet 2005;365(9467):1309-14.

[2] Priebe S, Giacco D, El-Nagib R. Public Health Aspects of Mental Health Among Migrants and Refugees: A Review of the Evidence on Mental Health Care for Refugees, Asylum Seekers and Irregular Migrants in the WHO European Region. 2016.

[3] Robjant K, Robbins I, Senior V. Psychological distress amongst immigration detainees: a cross-sectional questionnaire study. Br J Clin Psychol 2009;48(Pt 3):275-86

[4] von Werthern M, Robjant K, Chui Z, Schon R, Ottisova L, Mason C, Katona C. The impact of immigration detention on mental health: a systematic review. BMC Psychiatry 2018;18(1):382.

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

A 2018 systematic review of twenty-six (26) studies, which included two-thousand-and-nine (2009) detainees, demonstrated that detainees ranging from 11 months to 80 years of age had higher rates of anxiety, depression and PTSD than the general population of the host countries[4]. Six of the reviewed studies compared PTSD, depression, and anxiety rates in detained migrants and refugees to non-detained migrants and refugees from a similar background. All six studies demonstrated higher symptoms scores and rates for these mental health disorders in the detained groups[4]. The higher rates and severity of symptoms also occurred in detained asylum seekers compared to non-detained asylum seekers[5]. Four of the studies reported on the relationship between length of detention and mental health: they found a positive correlation between detention duration and development of mental health symptoms[4].

Children in particular are vulnerable to the mental health consequences of detention. One study examined the mental health of four-hundred and twenty-five (425) children 4 to 17 years of age who were held at a US detention center for over two months in mid-2018[6]. Scoring on a standardized questionnaire demonstrated that 32% of children had elevated scores for emotional problems, with 49% of children suffering emotional problems when separated from their mothers[6]. One hundred and fifty (150) of these children also completed a PTSD assessment, with 17% scoring in the range consistent with a PTSD diagnosis[6]. The Australian Human Rights Commission, investigating Australia's immigrant detention centers, found that 34% of children in detention had diagnosable mental health disorders, and 85% of responders said the detention had an adverse effect on the children's mental health[7].

**Mental Health, Immunity, and Infection Risk:**

People with a weakened immune system have an increased risk of developing more severe forms of COVID-19, including complications like pneumonia, because their immune response is not strong enough to fight diseases like COVID-19[8]. In addition to illnesses such as HIV and medication such as corticosteroids that suppress the body's immune response, studies have explored how stress changes the immune system. Anxiety, depression, and PTSD, which are interconnected with stress, have also been demonstrated to impact the immune system.

---

[5] Cleveland J, Rousseau C. Psychiatric symptoms associated with brief detention of adult asylum seekers in Canada. Can J Psychiatry 2013;58(7):409-16

[6] MacLean SA, Agyeman PO, Walther J, Singer EK, Baranowski KA, Katz CL. Mental health of children held at a United States immigration detention center. Soc Sci Med 2019;230:303-308.

[7] Triggs G. The Forgotten Children: National Inquiry into Children in Immigration Detention 2014. Med J Aust 2015;202(11):553-5

[8] Centers for Disease Control (CDC_ 2020 March 22. Covid-19: People who are at higher risk for severe illness. In Coronavirus 2019 (Covid-19). https://www.cdc.gov/ coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html.

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

Stress impacts the immune response in various ways. The sympathetic nervous system (the component of the nervous system that governs stress responses) sends neurons from the brain to primary immune cell sites (bone marrow and thymus) as well as secondary sites (spleen and lymph tissues)[9,10]. These sympathetic neurons can influence immune responses by releasing neurochemicals that bind to receptors on immune cells (white blood cells) in the primary and secondary immune tissues[9,10]. There are connections between various parts of our endocrine system and stress that leads to increased stimulation of the sympathetic nervous system as well as the stress hormone, cortisol, which has both short and long term effects on immune dysfunction[9,10].

Acute stress causes release of proteins called cytokines that increase inflammation which in the short term is useful to fight infections. Chronic stress, lasting days to years, leads to persistent, higher levels of these pro-inflammatory cytokines and systemic inflammation. Chronic systemic inflammation causes immune dysregulation and increases risk for chronic diseases as well as increases risk for infection[9,10]. Furthermore, chronic stress can lead to suppression of specific cytokines that activate cellular immunity, a type of immune response that provides defense against infections[10].

Anxiety, depression, and PTSD are all mental health disorders linked with elevated stress levels, and as such studies have found that these disorders are also linked to changes in immune function. Depression, anxiety, and PTSD have all been found to directly stimulate production of pro-inflammatory cytokines, as well as downregulate cellular immunity leading to increased risk of acute and prolonged infection, and delayed wound healing[11,12]. The pro-inflammatory states found in these mental health disorders leads to a complex feedback in which inflammation changes brain circuits and neurochemical expression, perpetuating a cycle of immune dysfunction and mental health symptoms[13,14].

---

[9] Morey JN, Boggero IA, Scott AB, Segerstrom SC. Current Directions in Stress and Human Immune Function. Curr Opin Psychol 2015;5:13-17

[10] Segerstrom SC, Miller GE. Psychological stress and the human immune system: a meta-analytic study of 30 years of inquiry. Psychol Bull 2004;130(4):601-30

[11] Kiecolt-Glaser JK, Glaser R. Depression and immune function: central pathways to morbidity and mortality. J Psychosom Res 2002;53(4):873-6

[12] Neigh GN, Ali FF. Co-morbidity of PTSD and immune system dysfunction: opportunities for treatment. Curr Opin Pharmacol 2016;29:104-10

[13] Wang Z, Caughron B, Young MRI. Posttraumatic Stress Disorder: An Immunological Disorder? Front Psychiatry 2017;8:222

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

There are deeper interactions between the genes regulating immune function and mental health disorders[15,16,17]. These disorders, as well as adverse social and physical environments, can lead to changes in gene expression that have lasting impact on chronic disease development and persistent immune dysfunction[15,16,17]. These changes in gene expression are particularly detrimental in childhood because they can alter the development of the brain, body, and immune system[15,16,17].

New studies looking at the relationship between COVID-19 and inflammation have found that there is an induction of pro-inflammatory cytokines leading to lung inflammation and damage during COVID-19 infection[18]. Another study also demonstrated that COVID-19 patients in Wuhan had elevated levels of inflammatory cytokines and a decrease in the number of a type of immune cell that fights viruses (T cells)[19]. More severe cases had greater suppression of their T cells[19]. There is some evidence that certain types of psychological trauma – potentially linked with the expression of the stress chemical norepinephrine – can lead to both decreased expression of these T cells and decreased expression of chemicals that encourage T cell proliferation[20].

---

[14] Irwin MR, Miller AH. Depressive disorders and immunity: 20 years of progress and discovery. Brain Behav Immun 2007;21(4):374-83

[15] McEwen BS, Bulloch K. Epigenetic impact of the social and physical environment on brain and body. Metabolism 2019;100S:153941

[16] Schiele MA, Gottschalk MG, Domschke K. The applied implications of epigenetics in anxiety, affective and stress-related disorders - A review and synthesis on psychosocial stress, psychotherapy and prevention. Clin Psychol Rev 2020;77:101830

[17] Uddin M, Aiello AE, Wildman DE, Koenen KC, Pawelec G, de Los Santos R, Goldmann E, Galea S. Epigenetic and immune function profiles associated with posttraumatic stress disorder. Proc Natl Acad Sci U S A 2010;107(20):9470-5

[18] Conti P, Ronconi G, Caraffa A, Gallenga CE, Ross R, Frydas I, Kritas SK. Induction of pro-inflammatory cytokines (IL-1 and IL-6) and lung inflammation by Coronavirus-19 (COVI-19 or SARS-CoV-2): anti-inflammatory strategies. J Biol Regul Homeost Agents 2020;34(2).

[19] Qin C, Zhou L, Hu Z, Zhang S, Yang S, Tao Y, Xie C, Ma K, Shang K, Wang W and others. Dysregulation of immune response in patients with COVID-19 in Wuhan, China. Clin Infect Dis 2020.

[20] Slota C, Weng N. 14. The effect of chronic stress on T cell function: An epigenetic and transcriptional assessment from bench to bedside. Brain, Behavior, and Immunity 2014;40:e4-e5.

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

**Conclusion:**

There is strong evidence that migrants, refugees, and asylum seekers experience higher levels of mental health disorders such as depression, anxiety, and PTSD in the setting of cumulative psychological trauma. There is increasing evidence that immigration detention independently contributes to psychological trauma and leads to higher rates of depression, anxiety, and PTSD. There is also significant evidence of the links between these disorders and changes in immune function on a variety of levels, from expression of pro-inflammatory cytokines to expression and suppression of certain types of immune cells that can combat infection. And there is new evidence that this new disease, COVID-19, may have specific immune dysregulation and expression of pro-inflammatory cytokines that worsens disease severity. Given these multiple lines of evidence, it is reasonable to conclude that the men, women, and children in US detention facilities are at an elevated risk of weakened immunity due to their higher rates of psychological stress and mental health disorders. Thus, they are at increased risk of contracting and suffering from more severe forms of COVID-19, which is detrimental to them as individuals but also to the public health efforts to combat the disease.

I swear under penalty of perjury that the foregoing is true and correct. Executed at Stanford, California, on this 23rd of March, 2020.

_____
Mira Zein, MD, MPH

# MIRA ZEIN

## EDUCATION

**Consult Liaison Psychiatry Fellow,** Stanford University                    July '18 – June '19
- Taught Medicine Residents lectures on Delirium, Alcohol Withdrawal, Bipolar Disorder, and Psychotic Disorders
- Co-lead busy consult service and handle complex transplant, psycho-oncology and trauma patients
- Hands-on training of medical students and PGY2 residents in CL-psychiatry

**Psychiatry Resident,** NYU School of Medicine                    July '14 – June '18
- Chief Resident for 2017-2018 academic year
- Consistent excellent feedback from all PGY1-PGY3 rotations
- Participated in extracurricular mental status exam teaching groups for 2nd year medical students
- Co-facilitator of Survivors of Torture Tibetan group as extracurricular participation in PGY 3/4 years
- Designed and implemented new integrated care didactic and elective series
- Created new collaborative care program for NYU Langone Brooklyn FHQC sites

**Doctor of Medicine**, McGill University Faculty of Medicine                    Aug '10 – May '14

**Masters in Public Health,** Johns Hopkins School of Public Health                    May '09 – June '10
- Liaised with American University of Beirut and Lebanese Department of Health to help develop population level dialysis registries and mental health screens
- Worked on public health task force to provide medical/public health evidence for zoning code changes

**B.S. Physiological Science**, **Summa Cum Laude**, UCLA                    Sept '00 – June '04
**B.S. Anthropology, Summa Cum Laude,** UCLA

## HONORS & AWARDS

| | |
|---|---|
| PGY4 Comprehensive Psychiatric Emergency Psychiatry Award, NYU Department of Psychiatry | June 2018 |
| PGY2 Junior Resident Teaching Award, NYU Department of Psychiatry | July 2016 |
| Mona Bronfman Sheckman Prize in Psychiatry, McGill Faculty of Medicine | May 2014 |
| Dean's Honors List, McGill Faculty of Medicine | 2011-2014 |
| Best Graduate Thesis, Masters of Public Health, Johns Hopkins | May 2010 |
| Delta Omega Honors Society, Johns Hopkins Chapter | May '10 – Present |
| | Passed July 29 2013 |

## LICENSURE:

| | |
|---|---|
| USMLE Step 1 | |
| USMLE Step 2CK | Passed Aug 24 2013 |
| USMLE Step 2CS | Passed Dec 18 2013 |
| USMLE Step 3 | Passed Apr 30 2015 |
| ABPN Board Certification Exam - Psychiatry | Passed Sept 24 2018 |
| ABPN Specialty Board Certification Exam – Consult Liaison Psychiatry | Passed Oct 11 2019 |

## WORK EXPERIENCE:

**Clinical Assistant Professor,** Stanford University School of Medicine — July '19 – Present
- Attending psychiatrist on the general, intensive care, and ED psychiatry-consult teams
- Supervise and teach medical students, residents, fellows, and interdisciplinary providers
- Consult psychiatrist developing a unique integrated behavioral health care model for the Stanford primary care clinic serving Cisco employees and their families
- Development of new 11-course neuroscience curriculum for 2nd year psychiatry residents

**Health Marketing Consultant,** Innovative Management Services — Sept '04 – Aug '09
- Led needs-assessment research teams to conduct market analysis, healthcare & ethics policy review
- Identified health system needs for clients through setting up interdisciplinary focus groups
- Facilitated patient education/awareness though targeted marketing programs

## LEADERSHIP:

**APA Leadership Fellowship** — July '16 – June '18
- Worked with other Leadership Fellows to present a workshop at the 2017 APA Conference on applying learning theory to consulting and education of non-psychiatric specialties
- Participate as a member of APA's Psychosomatic Medicine Council including attending and actively contribute to sessions at APA and Components meetings, edit and discuss position papers
- Co-facilitated discussions as part of the Global Mental Health Caucus at the 2017 APA Conference
- Contributed as a APA Program Planner to online course on opioids and marijuana in the US

**Integrated Care Work Group** — Nov '15 – June '18
- Formed a group of psychiatry residents to work on development of new integrated care electives, curriculum and research for the NYU Psychiatry Residency
- Arranged and co-led meetings with the Departments of Psychiatry and Medicine at Bellevue Hospital to gauge needs and feasible resident integration into inpatient and outpatient departments
- Generated several new clinical electives, increased number of education hours towards integrated care, and developed interdisciplinary case conferences on inpatient units
- Completed APA Collaborative care training and took part in 12 week APA Learning Collaborative

Zein, M. 2

**Committee of Interns and Residents – Psychiatry Delegate for Bellevue Hospital**   June 15' – June '18
- Attended monthly meetings with CIR liaison and delegates to advocate for resident needs
- Developed resident-driven workshops and project submissions
- Awarded $229,000 research grant from CIR on a 2 year study to promote resident wellness

**Global Health Advocate,** Canadian Federation of Medical Students   Sept '11 – June '12
- Coordinated a National project with GHA representatives from other medical schools focusing on the chosen Global Health theme of Refugee Health
- Provided Advocacy training sessions to medical students at McGill
- Worked on local projects involving theme of Refugee Health, including recruiting volunteers for asylum seeker clinics, creating patient information on diseases in different languages for primary providers who worked with refugees

**Lead Researcher,** Montreal WHO Convention   Aug '11 – April '12
- Coordinated research team in generation of online research guide for Refugee Health, used during the convention; edited and compiled research guide
- Interfaced with various committees to organize and execute the WHO convention

## INVOLVEMENT:

**NYU Psychiatry Residency Safety Committee**   Nov '14 – June '18
- Representative for class of 2018 to collect data on resident safety concerns and help develop programs and policies to improve resident safety

**NYU Association for Culture and Psychiatry**   Aug '14 – June '18
- Work with other members of the executive committee to develop ACAP presentations and programs and recruit guest lecturers throughout the year

**New York County Psychiatric Society**   Apr '14 – June '18
- NYU Resident Representative to the Resident-Member Committee
- Contributed previously to the Editorial Board and UN Committee

## RESEARCH/PUBLICATIONS/PRESENTATIONS

### Book Chapters

*"Toxicological Exposures and Nutritional Deficiencies in the Psychiatric Patient"*   Published 2020
Authors ***Zein, Mira,*** *Khan, Sharmin, Legha, Jasswinder, Wasserman, Lloyd,*
Dec 2017
- In Textbook of Medical Psychiatry

Zein, M. 3

| | |
|---|---|
| ***"Chapter 5: Culturally Competent Care for Geriatric Indigenous Peoples: American Indian, Alaska Native, First Nations, and Native Hawaiians"*** | Published 2018 |

    Authors *Hasbah-Roessel, Mary, Nahulu, Linda,* **Zein, Mira**
- In <u>Culture, Heritage, and Diversity in Older Adults' Mental Health Care</u>

| | |
|---|---|
| ***"What are the Psychiatric/Neuropsychiatric Sequelae of Transplantation?"*** | In process |
|     Authors **Zein, Mira,** *Sher, Yelizaveta* | June 2019 submission |

- In <u>Facing Organ Transplantation</u>

| | |
|---|---|
| ***"What are the Psychological Sequelae of Transplantation?"*** | In process |
|     Authors *Sher, Yelizaveta,* **Zein, Mira** | June 2019 submission |

- In <u>Facing Organ Transplantation</u>

### **Workshops/Courses**

| | |
|---|---|
| ***"Neuropsychiatric Masquerades: Medical and Neurological Disorders That Present With Psychiatric Symptoms"*** | April 26, 2020 |

*Maldonado, Jose (director); Sher, Yelizaveta; Lahijani, Sheila; Hussain, Filza; Ament, Andrea,* **Zein, Mira**
- Full-day course to be presented at 2020 APA Conference

| | |
|---|---|
| ***"Data vs Diatribe and the Depiction of Suicide in the News Media"*** | April 25, 2020 |

**Zein, Mira (chair);** *Gold, Jessi; Robinson, Diana; Khandai, Chandan; Pientka, Laura*
- General session to be presented at 2020 APA Conference

| | |
|---|---|
| ***"2019 Neuropsychiatry Updates"*** | Nov 15, 2019 |

*Maldonado, Jose (director); Ament, Andrea; Schmajuk, Mariana;* **Zein, Mira;** *Lahijani, Sheila*
- General session presented at 2019 ACLP Conference

| | |
|---|---|
| ***"Neuropsychiatric Masquerades: Medical and Neurological Disorders That Present With Psychiatric Symptoms"*** | May 19, 2019 |

*Maldonado, Jose (director); Sher, Yelizaveta; Lahijani, Sheila; Hussain, Filza; Ament, Andrea,* **Zein, Mira**
- Full-day course presented at 2019 APA Conference

| | |
|---|---|
| ***"Integrating Training in Collaborative Care Model in Your Program"*** | May 5, 2019 |

- Discussion Panelist for 2019 APA Collaborative Care Residency Education Conference

| | |
|---|---|
| ***"Shark Tank: Creating Academic Products from Proposals Opportunities Into Residency Training*** | Nov 17, 2018 |

*Khandai, Abishek; Taylor, Adrienne;* **Zein, Mira;** *Robinson, Diana; Maldonado, Jose;*

*Shah, Sejal; Ratzliff, Anna*
- Workshop presented at 2018 ACLP Conference

*"Post-Graduate Education for the 21st Century: Incorporating Integrated Care Opportunities Into Residency Training*  May 6, 2018
**Zein, Mira** *(co-chair), Vito, Jose, Bradley, Mark, Lux, Joseph, Morris-Smith, Lianne*
- Workshop presented at 2018 APA Conference

*"Decisional Capacity: A Contemporary Update*  May 6, 2018
*Tiamson-Kassab, Maria (chair); Robinson, Diana; Sheehan, Kathleen;* **Zein, Mira**
- Workshop presented at 2018 APA conference

*"Culturally Competent Mental Health Care for Kupuna: An Updated Diverse and Inclusive Curriculum*  March 17, 2018
*Gajaria Mary; Lo, Pachida;* **Zein, Mira**
- Workshop presented at 2018 AAGP conference

*"Education as Integration: Teaching Psychiatric Topics to Non-Psychiatric Colleagues"*  May 20, 2017
*Authors Kandai, Chandan, Taylor, Adrienne,* **Zein, Mira**, *Mungall, Diane, Sockalingham, Sanjeev*
- Workshop at 2017 APA Conference

## Posters

*"Resident-Driven Implementation of Collaborative Care Model in a Family Health Center"*  Nov 15, 2018
*Authors* **Zein, Mira**
- Poster presented at 2018 ACLP conference

*"Implementation of the Collaborative Care Model in Primary Care: Initial Results of a Pilot Study*  Feb 13, 2018
*Authors* **Zein, Mira,** *Marrelli, Jon*
- Poster presented at 2018 Annual New York State DSRIP Statewide Learning Symposium

*"Developing an Integrated-Care Program for Residents in a Multi-Hospital System: Challenges and Progress"*  May 20, 2017
*Authors* **Zein, Mira**, *Zhu, Jennifer, Dohrmann, Elizabeth*
- Poster presentation at 2017 APA Conference
- Finalist in Medical Student/Resident Poster Competition

*"Advancing Patient Safety at NYU Langone: Increasing the Number of Medically-Complex Patients Receiving Care on HCC10*  June 6, 2016
*Authors* **Zein, Mira,** *Walton, Michael, Randazza, Jason, Aavik, Lori, Zhu, Jennifer*

Zein, M. 5

- Presented at NYU Langone Medical Center's Quality and Safety Day

**American Psychiatric Association Publications**

*"Resource Document on Assessing Capacity"*                                   In Revision
*Authors Bourgeois, James, Robinson, Diana,* **Zein, Mira,** *Sheehan, Kathleen,*    May 2018
*Tiamson-Kassab, Maria,*
- Submitted by APA Council on Consult-Liaison Psychiatry

*"APA Factsheet Mental Health Disparities: American Indians and Alaska Natives"*   Published Dec 2017
*Author* **Zein, Mira**
- Published online https://www.psychiatry.org/File%20Library/Psychiatrists/Cultural-Competency/Mental-Health-Disparities/Mental-Health-Facts-for-American-Indian-Alaska-Natives.pdf

**Other Publications:**

*"Impressions of musical sounds: Case report on Musical Hallucinations*         In Progress
*in a Post Lung-Transplant Patient"*
*Authors* **Zein, Mira***; Sher, Yelizaveta*
- To be submitted for publishing consideration to *Psychosomatics*

*"The Pursuit of Resident Wellness"*                                          Spring 2016
*Author* **Zein, Mira**, *New York County Psychiatric Society Magazine, pgs 8-9*
  http://bluetoad.com/publication/?i=298614

*"MonWHO 2012 - Refugee Health Theme Guide"*                                  March 2012
*Authors* **Zein Mira**, *Peleva Emilia, Mahat Yashmi, Hebert Julien, Sahi Myiam,*
  *Hu Shu Yang, Wang Serena.*
- Presented research poster at Canadian Council for Refugees and at Montreal WHO Convention
- Published online: http://www.monwho.org/wp-content/uploads/2013/09/Refugee-Health-Theme-Guide-MonWHO-2012.pdf.

*"Zoning for Obesity? A Comparison of U.S. Zoning Changes Targeting Obesity to*   April 2010
*Epidemiologic Evidence in the Public Health Literature"*
- Master's Capstone Project – Presented at Johns Hopkins School of Public Health
- Data presented to Baltimore Health Impact Assessment team as part of policy impact analysis for proposed Baltimore zoning changes

**TEACHING**
**Interdisciplinary Courses, Stanford Hospital**                              Aug 18' – Present
- Teach Medicine Residents at Palo Alto VA and Stanford Hospital courses on Alcohol Withdrawal, Psychosis and Agitation, Delirium, and Bipolar Disorder
- Co-teach Psychopharmacology to Palliative Care Fellows
- Lecturer for 2nd year psychiatry resident psychopharmacology course

Zein, M. 6

- Involved in Stanford Medical student interview course

**Program Planner, APA Learning Center**     Nov' 16 – Present
- Reviewed online course "Myth and Misperceptions of Opioids and Cannabis"
- Generated educational objectives and pre/post assessment questions

**NYU - Lectures for Ghanaian Medical Students**     Feb '15 – June 15
- Developed lectures to be used in tele-education and in-person education as part of NYU Department of Psychiatry's new partnership with the Medicine program at the University of Ghana

**High School Science Outreach Program,** McGill Faculty of Medicine     Dec '10 – 'Dec 14
- Participated in yearly program teaching anatomy and biology lectures to underprivileged middle and high school students in Québec

**Family Mentor Program Intern**, International Rescue Committee     Jan '10 – June '10
- Educated community volunteers on topics of the refugee selection process, Intercultural communication and sensitivity, and on recognizing symptoms of trauma and post-traumatic stress
- Trained volunteers to be family mentors for refugee families resettled in the Baltimore area
- Developed debriefing protocol for family mentors to improve volunteer resilience and cultural understanding

## PERSONAL:

**Languages:** Spanish, French, Arabic (spoken only)

**Hobbies:** Classically trained in musical theatre and opera vocal performance and piano

Zein, M. 7