# EXHIBIT M
# PART 1



ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of Refugee Resettlement | 330 C Street, S.W., Washington, DC 20201
www.acf.hhs.gov/programs/orr

# The UAC **M**anual of **P**rocedures

# (UAC MAP)

## *For ORR Staff, Contractors, and Grantees*

# Section 2: Safe and Timely Release from ORR Care

**Office of Refugee Resettlement**
**Office of the Director**
**Division of Policy and Procedures**
**June 2019 – Version 4.0**

Defendants' Prod. Vol. 5

24815

GOV-00024815

# Section 2: Safe and Timely Release from ORR Care

## Table of Contents

2.1 Summary of the Safe and Timely Release Process ................................................................ 5

2.2 Sponsor Application Process .............................................................................................. 5

    2.2.1 Identification of Qualified Sponsors .......................................................................... 8

        Quick Glance: Determining Sponsor Category ............................................................ 8

    2.2.2 Contacting Potential Sponsors ................................................................................. 10

        Quick Glance: Protecting Sponsors from Fraud Schemes ........................................... 12

        Quick Glance: How to Check for Previous Sponsorship ............................................. 13

        Quick Glance: Requesting Records from Other Care Provider Programs .................... 18

    2.2.3 The Family Reunification Application ........................................................................ 18

        Quick Glance: When to Flag a Sponsor, Other Adult, or Address .............................. 19

    2.2.4 Required Documents for Submission with the Application for Release ...................... 20

        Quick Glance: List of Acceptable Proof of Identity Documents ............................... 21

        Quick Glance: List of Acceptable Proof of Immigration or U.S. Citizenship Documents ....... 24

        Quick Glance: Acceptable Proof of Address Documents ........................................... 24

        Quick Glance: Acceptable Proof of Relationship Documents ..................................... 26

    2.2.5 Legal Orientation Program for Custodians ................................................................ 30

    2.2.6 Additional Questions and Answers about This Topic .................................................. 31

2.3 Key Participants in the Release Process ............................................................................. 31

    2.3.1 ORR Federal Field Specialists (FFS) .......................................................................... 31

    2.3.2 Case Managers ....................................................................................................... 31

    2.3.3 Case Coordinators .................................................................................................. 31

    2.3.4 Child Advocates ...................................................................................................... 32

2.4 Sponsor Assessment Criteria and Home Studies ............................................................... 32

    2.4.1 Assessment Criteria ................................................................................................ 33

        Quick Glance: Tips for Interviewing Sponsors ........................................................... 34

    2.4.2 Home Study Requirement ....................................................................................... 36

Defendants' Prod. Vol. 5

24816

GOV-00024816

Quick Glance: FFS Approval for Discretionary Home Studies ................................. 39

2.4.3 Additional Questions and Answers on This Topic ......................................... 41

2.5 Sponsorship Assessment Background Check Investigations ................................. 41

2.5.1 Background Check Requirements ................................................................ 43

Quick Glance: Overview of Background Check Requirements ................................. 44

Quick Glance: How to Document Background Checks in UAC Portal ..................... 47

Quick Glance: Expediting Fingerprint Check Results ............................................. 49

Quick Glance: Release of UAC Prior to Receiving Fingerprint Check Results........ 51

Quick Glance: Requesting Status Updates for Background Check Results ............. 53

Quick Glance: CA/N Check State Forms ................................................................. 56

Quick Glance: Release of UAC Prior to Receiving CA/N Check Results ................ 59

2.5.2 Results of Background Checks on Release Decisions .................................... 62

2.5.3 Commonly Asked Questions on the ORR Background Check Process............ 62

2.6 Sponsor Immigration Status and Release of UAC ............................................... 62

2.7 Recommendations and Decisions on Release ..................................................... 63

2.7.1 Approve Release Decisions ....................................................................... 68

2.7.2 Approve Release with Post-Release Services ............................................. 71

2.7.3 Conduct a Home Study before a Final Decision Can be Made ..................... 71

2.7.4 Deny Release Request .............................................................................. 72

2.7.5 Remand Release Request—Decision Pending ............................................ 73

2.7.6 Issues Related to Recommendations and Decisions .................................... 73

2.7.7 Notification of Denial ................................................................................ 73

2.7.8 Appeal of Release Denial .......................................................................... 76

2.8 Release from ORR Custody ................................................................................ 77

Quick Glance: Items That Accompany UAC at Release ......................................... 78

2.8.1 After Care Planning .................................................................................. 80

2.8.2 Transfer of Physical Custody ..................................................................... 80

2.8.3 Closing the Case File ................................................................................ 81

2.8.4 Safety and Well-being Follow Up Call ........................................................ 81

Quick Glance: How to Check EOIR Hotline for UAC Immigration Hearing Information........ 81

Quick Glance: Roles and Deadlines for Safety and Well-Being Follow Up Call Tracking Report .......................................................................................................................... 85

2.8.5 Post-Release Services for UAC with Zika Disease or Infection......................................... 85

2.8.6 Release for Children with Legal Immigration Status................................................. 85

Quick Glance: Milestones for Planning and Releasing Children with Legal Status.............. 86

2.9 Bond Hearings for Unaccompanied Alien Children .................................................... 88

Quick Glance: Bond Hearing Notifications ........................................................... 90

Quick Glance: Possible Evidentiary Sources to Finding Danger to the Community............. 91

Appendix 2.1 How to Protect PII and Create Password Protected Files ..................................... 93

Appendix 2.2 How to Report Potential Fraud Schemes ............................................. 97

Appendix 2.3 Reporting Agencies for Suspected Document Fraud for Most Common ID Documents in Key States ............................................................................................. 102

Appendix 2.4 Child Advocate Recommendation and Appointment Form .................................. 103

Appendix 2.5 Sponsor Assessment Interviewing Guidance ...................................................... 105

Appendix 2.6 Sponsor Assessment.......................................................................................... 112

Appendix 2.7 Sponsor Check Coversheet ............................................................................... 123

Appendix 2.8 CA/N Check Coversheet..................................................................................... 124

Appendix 2.9 Background Check Submission Requirements ..................................................... 125

Appendix 2.10 Release Request Completion Guidance ........................................................... 127

Appendix 2.11 ORR HQ Bond Hearing Procedures ................................................................. 131

Quick Glance: Processing Bond Hearing Requests ............................................................ 132

Quick Glance: Possible Evidentiary Sources to Finding Danger to the Community............ 133

Quick Glance: Preparing for Bond Hearings .................................................................... 134

Appendix 2.12 Legal Status Definitions ................................................................................. 136

Appendix 2.13 Fingerprint Card.............................................................................................. 138

Appendix 2.14 Fingerprinting Guidance ................................................................................. 139

Quick Glance: Assistance Completing the *FRP* at ORR Digital Fingerprint Sites ................ 140

Appendix 2.15 Prior Sponsorship Information Request ........................................................... 142

Defendants' Prod. Vol. 5

24818

GOV-00024818

Look for these **icons** for quick cues on what is required for a specific procedure or a reference to a particular policy in the UAC Policy Guide.

    📖   **UAC Policy Guide (ORR Guide to Children Entering the United Stated Unaccompanied)**
    ✉   Email
    📫   Mail
    🕑   Tasks associated with a deadline
    📑   Form or other template
    🖱   UAC Portal
    ☎   Phone Call

## 2.1 Summary of the Safe and Timely Release Process

📖   **See Section 2.1 of UAC Policy Guide**

### OVERVIEW

This section includes procedures for sponsor applications, assessments and background checks of potential sponsors, the roles and responsibilities of key participants in the release process, home study requirements, recommendations and decisions on release, including notifications of denial and procedures for appealing denial by a parent/guardian or UAC, procedures for release from ORR, including release to a sponsor, release for children with legal immigration status, procedures for post-release services and a safety and well-being follow up call, and closing the case file.

ORR expects care providers and ORR staff and contractors to protect Personally Identifiable Information (PII) when communicating information about sponsors and UAC. These procedures are described in **Appendix 2.1 How to Protect PII and Create Password Protected Files Documents** that are uploaded in the UAC Portal do **not** need password protection.

## 2.2 Sponsor Application Process

📖   **See Section 2.2 of UAC Policy Guide**

### OVERVIEW

GOV-00024819

ORR and its care providers work to ensure safe and timely release of each UAC from care whenever possible. This requires care providers to identify and contact potential sponsors as quickly as possible while maintaining the safety and well-being of the child. Potential sponsors complete a *Family Reunification Application (FRA)* and other forms and submit documents that are part of the larger Family Reunification Packet (FRP) (available in English and Spanish).  ORR expects potential sponsors to complete the Family Reunification Packet **within 7 calendar days of receipt of the packet**.

The Family Reunification Packet includes the following and is available on the home page of the **UAC Portal** and on the **ORR Website** under **Key Documents for the UAC Program**:

- *Family Reunification Packet Cover Letter*
- *Authorization for Release of Information*
- *Family Reunification Application*
- *Sponsor Care Agreement*
- *Legal Orientation Program for Custodians Overview*
- *UAC Sexual Abuse Hotline Flyer*
- *Fingerprinting Instructions*
- *Sponsor Handbook*
- *Letter of Designation for Care of a Minor* (used when a parent or legal guardian wishes to specify another person to sponsor his or her child)
- *Sponsor Declaration*
- *Privacy Notice for Sponsors*
- *Privacy Notice for Parents and Legal Guardians*
- *Fraud Warning*

The *Sponsor Handbook* includes other information and is available on the UAC Portal as well as the ORR Website.

| Key Players | Responsibilities |
|---|---|
| Case Manager | Interviews UAC and parent or legal guardian (if possible) to identify a potential sponsor and contacts caregivers in country of origin to corroborate information and rule out trafficking issues, identifies any safety concerns regarding contact with potential sponsor, contacts sponsor and explains process for safe and timely release, and assists sponsor with other steps in completing the family reunification process. |
| Case Coordinator | Makes recommendations on family reunification cases; serves as a main contact for the care provider program when concerns arise during the assessment, and assists in concurrent planning to find a suitable sponsor. |
| FFS | Serves as the official ORR representative in the field tasked with oversight of UAC cases; provides critical policy and procedural guidance to stakeholders involved in the care, custody, and release of UACs; |

| | serves as final decision maker on family reunification cases and elevates complex cases for further ORR input as needed. |
|---|---|
| Contract Field Specialist (CFS) | ORR contract staff who serve as liaisons to provide technical assistance as needed. Assist care provider in obtaining documents from prior UAC care provider and assist care provider in contacting consulate to verify UAC birth certificate, and other duties. |

| Related Forms/Instruments | Used By |
|---|---|
| Family Reunification Packet (FRP) | Case Manager, Sponsor |
| *Sponsor Handbook* | Sponsor |

The UAC Portal has a Case Status page that appears on the Case Management tab when a user clicks on an individual UAC's A number (see **Fig. 2.1**). Along with capturing a snapshot of a UAC's case at any given time, the function allows ORR to monitor cases to make sure assessments and communications occur within expected timeframes. Some fields on the page are auto-populated. Other fields require manual input.

## Fig. 2.1 Case Status Page



GOV-00024821

| Background Checks | | | | | |
|---|---|---|---|---|---|
| Internet Criminal | | | | | |
| Sponsor: Maria Moreno | Date Requested: | N/A | Date Result Received: | N/A | |
| Sex Abuse Registry | | | | | |
| Sponsor: Maria Moreno | Date Requested: | N/A | Date Result Received: | N/A | |
| Immigration | | | | | |
| Sponsor: Maria Moreno | Date Requested: | N/A | Date Result Received: | N/A | |
| FBI Criminal History (fingerprint) | | | | | |
| Sponsor: Maria Moreno | Date Requested: | N/A | Date Result Received: | N/A | |
| CA/N | | | | | |
| Sponsor: Maria Moreno | Date Requested: | N/A | Date Result Received: | N/A | |
| Legal | | | | | |
| Know Your Rights and Legal Screening: | Date Completed: | | | | |
| Release Recommendation | | | | | |
| Case Manager Release Request: | Last Updated: | | | | |
| Case Coordination Release Request: | Last Updated: | | | | |
| ORR Release Request Decision: | Last Updated: | 11/01/2017 | Release Approved: | | |

# 2.2.1 Identification of Qualified Sponsors

📖 **See Section 2.2.1 of the UAC Policy Guide**

## Quick Glance: Determining Sponsor Category

Potential sponsors fall into three categories, of which one has two-subgroups. Best practice in child welfare is for children to be placed with family whenever possible. The sponsor category has implications for showing proof of relationship, whether the sponsor must have a home study prior to release, and other considerations. Some close relationships that may have a strong family association in a cultural context, for example, "godparent," falls outside the definition of a "family" relationship, and are considered as a category 3 sponsor. The following table is the typical order of preference for release, but may differ depending on the results of all assessments, background checks, and/or the needs of the UAC.

In the event the sponsor is unable to complete the application process in a timely manner, the case manager may conduct concurrent case planning. Concurrent case planning means the case manager continues to work with the original applicant, but looks at other sponsor options or release options for UAC. Concurrent case planning must be reviewed with the case coordinator who would elevate the case to the FFS.

| Relationship Type | Category |
|---|---|
| Father, Mother | Category 1 |
| Step-Parent (who adopted UAC) | Category 1 |
| Legal Guardian with proof of court-ordered guardianship | Category 1 |

| Grandfather, Grandmother | Category 2A |
| Aunt, Uncle | Category 2A or 2B |
| Sister, Brother | Category 2A |
| Half-sibling | Category 2A |
| Step-Parent (who did not adopt UAC) | Category 2A or 2B |
| Brother-in-law, Sister-in-law | Category 2A or 2B |
| First Cousin | Category 2A or 2B |
| Adult Nephew or Niece | Category 2A or 2B |
| Other Distant Relatives | Category 3 |
| Godparent (unrelated) | Category 3 |
| Unrelated Sponsor | Category 3 |
| Institutional/Organizational Sponsor | Category 3 |

**NOTES:**
- In cases involving a UAC who enters the country with her child, ORR assigns the UAC mother's sponsor category to her child.  This is true even if the potential sponsor would be assigned a different category (based on their relationship status) if he or she were to sponsor the infant alone.

- Category 2A sponsors are grandparents, adult siblings (including half-siblings and step-siblings through a legal marriage); and other close adult relatives who were a primary caregiver to the child. Category 2B sponsors are close adult relatives (non-grandparents and non-adult siblings) who were not a primary caregiver to the child.

- Case managers note whether a Category 2 sponsor is a 2A or 2B in the *Release Request* and in the *Sponsor Assessment*.

Please contact the UAC Policy Inbox (**UACPolicy@acf.hhs.gov**) if you need clarification regarding sponsor categories related to a particular case (i.e., distant relative cases).

## PROCEDURES

1. **Within 24 hours of placement of the UAC in ORR custody**, the case manager:

   - Reviews the Intakes tab in the UAC Portal for any notes or contact information that was entered into the DHS referral to ORR, or to determine if the UAC was separated from a parent or other relative at time of apprehension.

   - Interviews the UAC to identify who he or she was expecting to live with in the United States and anyone else the UAC knows in the United States in order to help identify a potential sponsor.

- Identifies any safety concerns for the UAC if he/she were to have contact with the family in country of origin or the potential sponsor.

- Contacts the UAC's parent or legal guardian (following safety protocols in regard to trafficking, smuggling, abuse or neglect concerns, criminal history information, or any other safety concerns) to notify them of the UAC's placement, identify family members or close friends who reside in the United States and who may have been expecting the UAC, and requests that they send the UAC's birth certificate immediately.

- Advises the UAC's parent or legal guardian that ORR may release the UAC to a qualified sponsor in the United States who completes the application process and provides documentation to show proof of the sponsor's identify and the sponsor's relationship to the UAC. ⊕ ☎ 📖

## 2.2.2 Contacting Potential Sponsors

📖 **See Section 2.2.2 of the UAC Policy Guide**

### PROCEDURES

1. **Within 24 hours of identification of a potential sponsor**, the case manager explains to the potential sponsor the requirements of the sponsorship process by:

   - <u>Providing an overview of ORR's function, principal tasks and participants, and the ORR connection to U.S. immigration proceedings by</u>:

     o Stressing the fact that ORR is a federal agency within the U.S. Department of Health and Human Services and is dedicated to the welfare of unaccompanied alien children and that ORR is not an enforcement nor an immigration agency;

     o Advising that the UAC has been placed in immigration proceedings while in ORR care;

     o Explaining the role of the care provider's organization and that all services are free of charge to the UAC and to the sponsor;

     o Explaining the role of the case manager in assisting the potential sponsor with the family reunification process (include the case manager's contact information);

     o Emphasizing that the sponsor should be aware of potential fraud schemes (See **Quick Glance: Protecting Sponsors from Fraud Schemes**)

- Informing the sponsor of the ORR family reunification process and the potential sponsor's responsibilities by:

  o Reviewing the Family Reunification Packet (FRP) and all forms that are included in the packet;

  o Explaining  other documentation requirements that are part of the packet, such as proof of address, proof of relationship, etc.;

  o Explaining the importance of listing all household members on the application;

  o Explaining the process for fingerprinting, if applicable. This includes notifying the sponsor that ORR will submit fingerprint information to the FBI for criminal history checks.

  o Explaining other background checks, including that internet criminal public records checks and sex offender registry checks **will** be performed for all sponsors, adult household members, and adult caregivers identified in a sponsor care plan;

  o Explaining that assistance from an attorney or any other paid representative is not required for completion of the packet;

  o Advising the sponsor to be wary of fraudulent phone calls asking for money to get the UAC released to him or her and directing their attention to the *Fraud Warning* flyer in the FRP (See **Quick Glance: Protecting Sponsors from Fraud Schemes**).

  o Explaining the importance of obtaining a *Letter of Designation for Care of Minor* from the UAC's parent or guardian if the potential sponsor is not a parent or legal guardian (and documenting efforts to obtain the letter if unsuccessful).

- Emphasizing the timeframes for returning the packet by:

  o Immediately submitting the *Authorization for Release of Information*;

  o Immediately submitting the sponsor's government issued photo ID;

  o Submitting the complete FRP **within 7 calendar days** (noting that the case manager can assist if the sponsor is unable to read or write in English or Spanish).

  o Scheduling fingerprinting **within 3 business days**

- Explaining ORR expectations for the potential sponsor if the UAC is released to the sponsor by:

  o Explaining that the sponsor must attend a Legal Orientation Program for Custodians (see **2.2.5 Legal Orientation Program for Custodians**).

GOV-00024825

○ Noting that the UAC may receive post-release services while in the care of the sponsor, should such services be warranted, and that participation in the service provision is voluntary. ☼☎

---

**Quick Glance: Protecting Sponsors from Fraud Schemes**

Case managers and clinicians who contact potential sponsors must convey the following information in correspondence and conversations with potential sponsors to protect them from fraud schemes.

*"There are no fees associated with the processing or reunification of an unaccompanied alien child. You do not need to pay money. No one should contact you and ask you for money, your bank account number, your credit card number, or ask you to send payment or a money order to another person or account.*

*However, you are responsible for the cost of your child's transportation and, if the care provider is escorting the child, for the care provider's transportation costs. If an airline escort is used, you are responsible for paying the airline's unaccompanied minor service fee. Travel costs should only be paid directly to a company, usually the airline or the care provider facility. You are not required to use a travel agent used by the care provider. No one should ask you to pay travel costs to an individual or to a personal account.*

*If you are contacted and asked to pay or wire money for any cost other than transportation and escort fees, or if you are asked to pay or wire money to an individual or personal account, please immediately call [insert phone number of your care provider program's licensed administrator] or the ORR National Call Center Help Line at (800) 203-7001."*

See **Appendix 2.2 How to Report Potential Fraud Schemes**

---

2. **Within 24 hours of identification of a potential sponsor**, the case manager sends the Family Reunification Packet (FRP) to the potential sponsor by email or by sending the UAC Portal home page link (**https://ucportal.acf.hhs.gov**) which features the FRP. The case manager updates the UAC Portal Case Status page with the date the FRP was sent to sponsor. **NOTE:** Emailing the FRP or sending the UAC Portal link is preferred whenever possible, but case managers may send the FRP by expedited mail or fax if necessary. ☼📄 ☎✉/🖐/📬

3. **Within 1 business day of emailing or providing the UAC Portal link** to the FRP for the potential sponsor (**within 5 business days** if the FRP is mailed), the case manager contacts the potential sponsor to:

   • Confirm receipt of the FRP.

GOV-00024826

- Provide the potential sponsor with help in filling out the packet, if needed.

- Remind the potential sponsor and adult household members to immediately return the *Authorization for Release of Information* and a copy of the sponsor's and adult household members' government issued ID, as applicable.

- Assist the potential sponsor in scheduling an appointment for the Legal Orientation Program for Custodians (see **2.2.5 Legal Orientation Program for Custodians**). **NOTE:** The case manager should capture the information about the appointment in either the *UAC Assessment* or *UAC Case Review*, depending on when the information was obtained. 🗄 ✉🗹📁

4. **Within the same 1 business day timeframe**, the case manager creates a new sponsor record or updates an existing record in the UAC Portal. Prior to creating a new record, the case manager searches for the potential sponsor's name and address in the UAC Portal to check if the sponsor has previously applied for sponsorship or if the address was previously used for sponsorship (see **Quick Glance: How to Check for Previous Sponsorship**). A UAC may have multiple potential sponsors, but the case manager must designate one sponsor as the "primary sponsor" in the Sponsor Information section of the UAC Portal.

   **NOTES:**
   - Creating the sponsor record initiates the sponsor assessment process used to evaluate a sponsor. Unless there are unexpected delays (such as a wait list for fingerprint checks or a case that requires the completion of a home study), ORR expects the care provider to complete the evaluation process within these timeframes:

     - **Cat 1 and Cat 2A:** 10 calendar days
     - **Cat 2B:** 14 calendar days
     - **Cat 3:** 21 calendar days 🕭🗹

   - At this time the UAC Portal does not distinguish between Cat 2A or Cat 2B. Case managers should continue to designate these sponsors as Cat 2 for the dropdown designations but specify in the *Release Request* and other narrative documents whether the Cat 2 sponsor is designated a 2A or 2B.

| Quick Glance: How to Check for Previous Sponsorship |
| --- |
| To check if a sponsor or adult household member had previously sponsored another UAC, go to the Case Management section of the UAC Portal, select the UAC by clicking on the A # of |

GOV-00024827

the UAC.  On the UAC Basic Information page click on "Go to Assessments" and the
subsection "Sponsor Information" which includes a "Sponsor" button.

Clicking on the sponsor button takes you to a screen where you can search for a sponsor
prior to adding a new sponsor to the system.



Fill in the name of the potential sponsor or the potential sponsor's adult household members
and then click "Search Sponsor" at the bottom. You can also do partial name searches, such
as "Mig" for Miguel under First Name.  (You should try various combinations of the name,
including upper and lower case versions).

When you click on "search sponsor," a table will populate that shows all matches. Look at all
the records and see if the sponsor already exists in the UAC Portal.



In the table, the "P" counter (P = Potential) tracks the number of UAC that the sponsor has
attempted to sponsor as a "potential sponsor." The "A" counter (A = Actual) tracks the
number of UAC who were "actually sponsored" by that sponsor. Clicking on the number
below P or A will show you the UAC associated with the sponsor. (Note: In the sponsor
information section, the number is to the right of the P and A counter. Screen shot below.)



If you need to flag a sponsor, select the sponsor and in the sponsor information section,
check "flag" and in the note specify the reason. (See the Quick Glance: When to Flag a
Sponsor, Other Adult, or Address.)

Sponsor Information

First Name: FakeSponsorMiguel2          Last Name: FakeSponsorMiguel2
SSN: 121212121                          A #: 121212121
Date of Birth: 11/05/2001               Country of Birth: Alabama

Does anyone in the Household have a Serious, Contagious Disease? (If yes, please explain in Comments) :   ○ Yes ● No

Do any of the Occupants Have Criminal Convictions or Charges, Other Than Minor Traffic Violations? (If yes, please explain in Comments):   ○ Yes ● No

Flag: ☑   P Counter: 5   A Counter: 2

Flag Note: test test test

## Conduct a separate search of the address provided.

Search Sponsor                                          >| Add New Sponsor

First Name:                             Last Name:
SSN:                                    A #:
Address: Main Street                    City: Birmingham
State: Alabama                          Country of Birth: --Select a country--

                                        >| Search Sponsor    >| Cancel

| SSN/A# | First Name | Last Name | Address | City | State | Country | Expires | Flag |
|--------|-----------|-----------|---------|------|-------|---------|---------|------|
| | Fake | Fake | 10 Main Street | Birmingham | AL | | No | Foreign Sponsor |

## The address flag is located directly under the section on the sponsor name under the "Sponsor Information" section described above:

Sponsor's Relationship to UAC:  Uncle     [ Background Check ]        Sponsor Category Type: Category 2

Address: 194 New Square Dr                 City: St John
State: Alabama                             Zip Code: 00431
                                           (If Zip Code is unknown, then enter "00000".)
Home Phone:                                Work Phone:
Email:                                     Fax:
Address Flag: ☐
Flag Address Note:

Comments:

Primary Sponsor?  ● Yes ○ No

## This search may also reveal matches with previous sponsorship. (Try various combinations of streets (i.e., "St.", St, street, and Street"), city, and state.) Flag an address by clicking on the "address flag" and adding a corresponding note.

Search Sponsor                                          >| Add New Sp

First Name:                             Last Name: Fake
SSN:                                    A #:
Address:                                City:
State: --Select State--                 Country of Birth: --Select a country--

                                        >| Search Sponsor    >| Cancel

| SSN/A# | First Name | Last Name | Address | City | State | Country | Expires | Flag |
|--------|-----------|-----------|---------|------|-------|---------|---------|------|
| 121212121 | FakeSponsorMiguel2 | FakeSponsorMiguel2 | inlat test new address | Frenchs | KY | 4 | Yes | Foreign Sponsor |
| | fake miami | fake new | | | | | No | Foreign Sponsor |
| 111111111 | fake miss | spconsor fake | 123 | sdge | AR | 3 | Yes | Foreign Sponsor |
| 111111111 | fake miss | spconsor fake | 123 | xbgkg | AR | 0 | Yes | Foreign Sponsor |
| 123123123 | fake miss | spconsor fake | 123 | Izi | AK | 1 | Yes | Foreign Sponsor |

GOV-00024829

**NOTE:** This search should be repeated as new information is obtained from the potential sponsor, including addresses, names of other adults in the household or adult identified in the sponsor care plan (i.e., the individual who is identified to take over the care of the UAC if the sponsor is deported, leaves the United States, or is unable to care for the UAC for another reason).

This search should also include searches of different combinations of the last names/surnames with the first names, and should include all versions of the name that the potential sponsor uses in the FRA and on their identification documents. Search all versions of the addresses that the potential sponsor uses in the FRA, identification documents, and in the proof of address documents. See **Section 2.2.3** for more information about additional checks.

5. If the potential sponsor already exists in the UAC Portal, the case manager clicks "assign sponsor" on the screen that appears following "search sponsor" and continues to search the record as new information is collected regarding sponsor's address, household members, criminal background check, etc. If the sponsor has a new address, the case manager should update the address but should not create a new sponsor entry. See **Fig. 2.2**.

## Fig. 2.2 Assign Sponsor



6. If the sponsor is not in the system, the case manager creates a new sponsor record in the UAC Portal for each potential sponsor to whom an FRP is sent and enters the required sponsor information. See **Figure 2.3.** The case manager continues to update the record as new information is received. If the case manager identities fraud or other identified safety concerns at this time, he/she should elevate this to the FFS to determine if the person should be added to the UAC Portal in the event that the person attempts to sponsor a UAC in the future.

**Figure 2.3 Add New Sponsor**



---

7. If a check for previous sponsorship indicates that a potential sponsor has previously sponsored or previously attempted to sponsor a UAC in ORR care, the case manager assesses the sponsor's compliance:

- For successful sponsorships, by obtaining proof that the previously sponsored UAC continues to reside with the sponsor (if still a minor), was registered in school as a minor or in accordance with state laws, attended his/her immigration court hearings (if scheduled), and the resources that the sponsor used to meet the UAC's needs.

- In all cases, by obtaining the following records from the care provider where the previously sponsored UAC was in care: the sponsor's *FRA* and supporting documentation; the *Sponsor Assessment*; background checks; Home Study report, if applicable; *Release Request;* and safety and well-being follow-up call notes (or related information) and whether the case was referred for post release services (PRS) and the name of the PRS provider. See the **Quick Glance: Requesting Records from Other Care Provider Programs.**

The case manager reviews the information provided and compares the information to the current case noting any discrepancies or red flags and then documents the findings in the *UAC Case Review*. 🕐📋📑✉

| Quick Glance: Requesting Records from Other Care Provider Programs |
|---|

**REQUESTING CARE PROVIDER**

**For Operational Care Provider Programs**

If a care provider program needs to obtain documents from another care provider program in order to review records related to a previous sponsorship or attempted sponsorship, the case manager emails a separate password protected document to the care provider from which the records are being requested that include the UAC name and A#, the name of the care provider program from which the records are being requested, the reason for the request, and the documents that are requested. Care providers may use the template located in **Appendix 2.15 Prior Sponsorship Information Request** – contact your assigned CFS for a Word version.

The subject line should read: [Name of Care Provider storing the file] File Request: [UAC's last 4 A#] for [Name of Care Provider requesting the file].

Care providers may also contact other programs directly with questions regarding a UAC's case.

**For Closed Care Provider Programs**

The case manager follows the directions above for requesting documents from another care provider, but instead of emailing the request to the program the case manager emails the request to the CFS, who forwards the request to the designated point of contact listed in the most recent version of the *Closed Program Case Files* list.

**RESPONDING CARE PROVIDER**

Within 24 hours of receiving the request, the care provider from which the documents were requested replies to all parties on the email with the requested records attached.

# 2.2.3 The Family Reunification Application

📖 **See Section 2.2.6 of the UAC Policy Guide**

## PROCEDURES

1. The sponsor returns the *FRA*, preferably **within 7 calendar days of receipt.** The case manager updates the Case Status page with the date the *FRA* was received and uploads the *FRA* into the UAC Portal under the UAC Documents tab. See **Fig. 2.1**.
   ⏱📄 ✉️👆

2. The case manager updates the sponsor record in the UAC Portal and conducts a new search for the name and addresses of adult household members and the adult caregiver identified in the sponsor care plan to determine if they have previously applied for sponsorship or if the address has been used previously by other sponsors (see **Quick Glance: How to Check for Previous Sponsorship**).

3. If the search for previous sponsorship and previous use of the address reveals additional information, the case manager documents the information in the Comments section of the Sponsor Information section of the UAC Portal. If the additional information is of concern and requires elevation to the case coordinator and FFS, the case manager "flags" the applicable sponsor name or address and notes the reason in the "notes" box. See the **Quick Glance: When to Flag a Sponsor, Other Adult, or Address.** The case manager elevates any findings from any of the searches to the case coordinator for relevance to the current case.

## Quick Glance: When to Flag a Sponsor, Other Adult, or Address

ORR staff and care providers use the "flag" button to elevate issues of concern that arise during the sponsor assessment process.  These include (but may not be limited to):

- When a review of previous sponsorship indicates lack of compliance with the terms of release (such as failure to follow up with immigration proceedings, failure to follow through with PRS, UAC school registration, etc.).

- Finding that UAC in previous sponsorship is still a minor but no longer resides with the sponsor.

- Finding that the sponsor or other adults have used the same address in sponsorship applications numerous times.

- Finding that the sponsor, household members, or adult caregiver identified in the sponsor care plan meet the criteria for "may deny" release decisions.

- Child Abuse, child sexual abuse or neglect, trafficking, or domestic violence reported to have been perpetrated by the sponsor after the release of a UAC.

The presence of a "flag" indicates that further input from the case coordinator and FFS is needed. If a "flag" already exists in the record, the case manager or case coordinator or FFS documents the new information in the "comments" box near the bottom of the screen:



**NOTE:** The UAC Portal does not allow flagging of adult household members or adult caregivers. In those cases, flag the sponsor and include the reason in the comments box.

4. **Upon receipt of a copy of the potential sponsor's, adult household members', and /or adult caregiver's photo ID(s)**, the case manager:

- Performs a criminal public records check and sex offender registry check for the potential sponsor, adult household members, and adult caregiver identified in a sponsor care plan. The case manager saves a copy and/or screenshot of these checks in the UAC Documents tab of the UAC's Assessment file in the UAC Portal. Any findings from the checks are elevated to the case coordinator and FFS. See **2.5 Sponsorship Assessment Background Check Investigations** for more information.

- Initiates the fingerprinting process and assists the sponsor and household members with scheduling a fingerprint appointment, if applicable (see **Appendix 2.14 Fingerprinting Requirements**)

- Assists the potential sponsor in scheduling an appointment for the Legal Orientation Program for Custodians. (see **2.2.5 Legal Orientation Program for Custodians**) .🕐📄✉☎

# 2.2.4 Required Documents for Submission with the Application for Release

📖 **See Section 2.2.4 of the UAC Policy Guide**

## PROCEDURES

**Proof of Sponsor Identity**

1. Potential sponsor submits original versions or legible copies of government issued ID as evidence verifying his/her identify (see **Quick Glance: List of Acceptable Proof of Identity Documents**). ▤✉/🗏

2. The case manager offers guidance to potential sponsor on how to obtain the documentation, emphasizing to the sponsor that the proof of identity document will be required prior to release of the child. However, it is ultimately the potential sponsor's responsibility to find and submit documentation. ✉/☎

3. The case manager reviews the proof of identity provided and uploads the documents to the UAC Documents tab in the UAC Portal copying all pages of the document, front and back sides. **NOTE:** The sponsor must be able to provide this ID at the time of the UAC's release; staff conducting the transfer of custody will verify the ID. ▤/👍

---

## Quick Glance: List of Acceptable Proof of Identity Documents

All potential sponsors may present either one selection from List A or two or more documents from List B. If a potential sponsor presents selections from List A or B, at least one selection must contain a legible photograph. (Expired documents (for up to two years) are acceptable for the purpose of establishing identity.) Sponsors must submit a least one document that contains a photograph for adult household members and adults identified in a sponsor care plan.

| List A | List B |
|---|---|
| U.S. Passport or U.S. Passport Card | U.S. Certificate of Naturalization |
| Permanent Resident Card or Alien Registration  Receipt Card (Form I-551) | U.S. Military Identification Card |
| Foreign Passport that contains a photograph | Birth Certificate |
| Employment Authorization Document that contains a photograph (Form I-766) | Marriage Certificate |
| U.S. Driver's License or Identification Card | Court order for name change |
| | Foreign national identification card |
| | Consular passport renewal receipt that contains a photograph |
| | Mexican consular identification card |
| | Foreign driver's license that contains a photograph |
| | Foreign voter registration card that contains a photograph |
| | Canadian border crossing card that contains a photograph |

| | |
|---|---|
| | Mexican border crossing card that contains a photograph with valid Form I-94 |
| | Refugee travel document that contains a photograph |
| x | Other similar documents |

4. The case manager confirms the identity of all potential sponsors and documents the accurate name and date of birth in the Proof of Identity section of the *Sponsor Assessment*. See **2.4.1 Assessment Criteria** for more information about the *Sponsor Assessment*. The case manager updates the Case Status page with the date the Proof of Identity was completed. See **Fig. 2.1**.

5. The case manager or the CFS verifies the UAC's and/or potential sponsor's birth certificates or other foreign government issued documents with the Consulate under the following circumstances:

   - The authenticity of the original birth certificate or other foreign government issued document is questionable or the document appears to be fraudulent or altered.

   - The birth certificate provided is for another individual.

   **NOTE:** The FFS supervisor determines the point of contact for each program. If the case manager is responsible, he/she will copy the FFS on the email to the Consulate. If the CFS is responsible, then the case manager will ask the CFS, copying the FFS, to contact the Consulate.

**Proof of Identity of Other Adults**

All potential sponsors must submit documentation verifying the identity of other adults in the sponsor's household or adult identified in a sponsor care plan.

1. The potential sponsor submits at least one identification document that contains a photograph for each adult household member and adult identified in a sponsor care plan. See the **Quick Glance: List of Acceptable Proof of Identity Documents**. The document may be an original or a legible copy.

   **NOTE:** If a member of the potential sponsor's household or an adult caregiver is a former UAC who was in ORR care, the potential sponsor may submit an original version or legible copy of the ORR *Verification of Release* form issued to the UAC at time of release. The document may only be used to verify the identity of adults under the age of 21, and only if the form contains a photograph. ORR will not accept a *Verification of*

*Release* as proof of identity if it does not contain a photograph, and/or is for anyone 21 and older. 📑📖

2. The case manager reviews proof of identity for the adult household members and adult identified in the sponsor care plan and uploads the documents to the UAC Portal (front and back of the ID). The case manager confirms that the document is acceptable in the Proof of Identity section of the *Sponsor Assessment*. The case manager updates the Case Status page with the date the Proof of Identity review was completed. See **Fig. 2.1**. 📑🖐

**Proof of Immigration Status or U.S. Citizenship**

1. The potential sponsor submits documentation to prove their immigration status or U.S. citizenship, if applicable (see **Quick Glance: List of Acceptable Proof of Immigration or U.S. Citizenship Documents**). ✉/📑

2. The case manager reviews the document(s) provided to ensure that the document(s) are sufficient to prove immigration status or U.S. citizenship and that the name, date of birth, and other identifying information in the document(s) match the identifying information contained in other documents provided by the potential sponsor and adult caregiver (e.g., birth certificate, proof of identity, address, or relationship documents, etc.).

3. If the potential sponsor provided their alien number, the case manager also calls the Executive Office for Immigration Review (EOIR) immigration court information hotline at **800-898-7180** to obtain information regarding the potential sponsor's and/or adult caregiver's immigration case. An alien number is required in order to access immigration information from the EOIR hotline.

4. The case manager uploads the document(s) to the UAC Documents section of the UAC Portal and enters the potential sponsor's immigration status in the "Legal Status" field found in the Sponsor Information section of the UAC Portal. 🖐

5. The case manager documents the potential sponsor's immigration status, what documents the potential sponsor submitted, and any information obtained from the EOIR hotline in the "Proof of Immigration Status or U.S. Citizenship" section of the *Sponsor Assessment* and the *Release Request*. 📑

6. The case manager determines if a sponsor care plan is required (see **2.7.6 Issues Related to Recommendations and Decisions**).
   **NOTE:** If the potential sponsor is unable to provide documentation to prove immigration status or U.S. citizenship or is only able to provide expired documents, the potential sponsor is consider to be without status and a sponsor care plan is required.

GOV-00024837

| **Quick Glance: List of Acceptable Proof of Immigration or U.S. Citizenship Documents** | |
| --- | --- |
| Potential sponsors and adult caregivers must provide as many forms of evidence needed to verify their immigration status or U.S. citizenship. Acceptable documents include original versions or legible copies of the documents listed below. | |
| **Proof of Immigration Status** | **Proof of U.S. Citizenship** |
| <ul><li>Valid visa</li><li>Legal permanent resident card (green card)</li><li>Notice to Appear</li><li>Other Federal government issued documentation providing immigration status information</li></ul> | <ul><li>U.S. passport</li><li>U.S. birth certificate</li><li>Naturalization papers</li><li>Court order</li><li>Other government issued document sufficient to prove U.S. citizenship</li></ul> |

**Proof of Address**

1. The case manager ensures the proof of address submitted matches the address on the sponsor's application as well as the address that was previously searched in the UAC Portal. The case manager uploads the proof of address document provided by the potential sponsor to the UAC Portal, enters the type of document and the address on the document into the Proof of Address section of the *Sponsor Assessment,* and enters the address in the sponsor information section of the UAC Portal. See the **Quick Glance: Acceptable Proof of Address Documents**. 🖱�🖐

| **Quick Glance: Acceptable Proof of Address Documents** |
| --- |
| **All potential sponsors must submit at least one form of documentation verifying their current address. Acceptable forms of documentation include original versions or legible copies of:** |
| <ul><li>A current lease or mortgage statement dated within the last two months before submission of the *Family Reunification Application* (*FRA*);</li><li>A utility bill, addressed in the sponsor's name and dated within the last two months before submission of the *FRA*;</li><li>A bank statement dated within the last two months before submission of the *FRA*;</li><li>A payroll check stub issued by an employer, dated within the last two months before submission of the *FRA*;</li></ul> |

GOV-00024838

- A piece of mail from a county, state, or federal agency (with the exception of ORR) with the sponsor's name and residential address and dated within the last two months before submission of the *FRA*;

- A notarized letter from a landlord on the business stationary of the real property owner confirming the sponsor's address; and

- Other similar documents reliably indicating that the sponsor resides at the claimed address, dated within the last two months before submission of the *FRA*.

**If the potential sponsor is unable to submit any of the above documents, the case manager may send a letter to the potential sponsor's address following these instructions.**

Address a plain white envelope to the sponsor's address and include as the return address the case manager's name and care provider's address (do not include the care provider facility name).

Create a unique code word that is used only once and refer to the code word in the letter to the sponsor with instructions for the potential sponsor to call the case manager upon receipt of the letter and refer to the code word as evidence that the letter was delivered to the individual and address (include a copy of the letter in UAC's case file and upload a copy to the UAC Portal).

**NOTE**: The case manager may not accept a photograph or video submitted by the sponsor as proof of address.

2. The case manager verifies that the address provided by the sponsor is a residential address by:

   - Entering the address into **SmartyStreets.com** to verify that the address is classified as residential under the RDI (Residential Delivery Indicator) category and that the address is not classified as P (post office box) under the Record Type category.

   - Entering the address into Google to verify that it is a valid address in Google Maps and in Google Earth (check the camera view to ensure it is pointing at the address and not across the street or adjacent).

3. The case manager documents in the Proof of Address section of the *Sponsor Assessment* that verification of residential address has been completed through SmartyStreets, Google Maps, Google Earth, and UAC Portal search and updates the UAC Portal as needed with the results. The case manager saves the results of the search in a file that is uploaded in the UAC Documents tab. The case manager updates the Case Status page with the date the Proof of Address was completed. See **Fig. 2.1.** 📄🔗

4. If the sponsor does not submit an acceptable proof of address document or if the case manager cannot confirm that the address provided is a residential address or that the

GOV-00024839

sponsor lives at that address, the case manager documents this in the Proof of Address section of the *Sponsor Assessment* and elevates the issue to the case coordinator and the FFS. 📄✉

**Proof of Sponsor-Child Relationship**

1. The case manager gathers proof of relationship between the UAC and a potential sponsor to determine the sponsor category and to determine the existence of a prior relationship between the UAC and the potential sponsor and/or the UAC's family with the potential sponsor (If a UAC does not have a birth certificate, the case manager elevates the case to the FFS). 📄

2. The case manager uploads the documents provided by the sponsor to the UAC Portal. The case manager documents all information in the Proof of Relationship section of the *Sponsor Assessment* along with confirmation that the case manager was able to verify the sponsor-UAC relationship. See **Quick Glance: Acceptable Proof of Relationship Documents**. The case manager updates the Case Status page with the date the Proof of Relationship was completed. See **Fig. 2.1.** 📄☑

## Quick Glance: Acceptable Proof of Relationship Documents

Potential sponsors must provide as many forms of evidence needed to verify the relationship claimed. Acceptable documents include original versions or legible copies of the list below (not an exhaustive list).

| Relationship Type | Acceptable Document |
|---|---|
| *Parent (Cat 1)* | • Birth certificates<br>• Court records<br>• Parent's valid/non-expired or expired (up to two years) government issued photo ID<br><br>**NOTE:** The FFS may approve a DNA test for a potential sponsor who says he/she is a biological parent (Cat 1). |
| *Step-parent (who has legally adopted UAC) (Cat 1)* | • Birth certificates<br>• Parent's valid/non-expired or expired government issued photo ID<br>• Step-parent's valid/non-expired or expired government issued photo ID<br>• Marriage certificate<br>• Court order documents confirming adoption or legal guardianship has been established |
| *Legal guardian (Cat 1)* | • Court order documents confirming adoption or legal guardianship<br>• Birth certificates |

| | |
|---|---|
| | • Legal guardian's valid/ non-expired or expired government issued photo ID<br>• Guardianship records<br>• Death certificates<br>• Hospital records |
| *Other related sponsors (Cat 2A/2B or 3)* | • Birth certificates<br>• Trail of familial birth and/or death certificates showing that the UAC and the sponsor are related (this includes the UAC's birth certificate)<br>• Marriage certificates<br>• Hospital records<br>• Court records<br>• Guardianship records<br>• Baptismal certificate<br>• Primary Caregiver Affidavit (certain 2As only) |
| *Unrelated sponsors (Cat 3)*<br><br>Cat 3 unrelated potential sponsors who are unable to provide verifiable documentation of a family relationship with the UAC must submit evidence that reliably and sufficiently demonstrates a bona fide social relationship with the child and/or the child's family that existed before the UAC migrated to the United States.<br><br>The care provider should gather as many documents as needed to prove prior relationship. This table includes acceptable documents for corroboration purposes (not an exhaustive list). | • Birth certificates<br>• Birth certificate or Record Not Found (government issued document)<br>• Government issued photo ID (verify in person or via video conference that you are speaking to the correct individual)<br>• Marriage certificate<br>• UAC parent's death certificate or death certificates of other family members<br>• Baptismal certificate<br>• Hospital records<br>• School records/diploma<br>• Remittance receipts evidencing financial support of UAC<br>• For proof of recent travel or living in the UAC's family in country of origin: passport including passport stamps, land deeds of sponsor and minor's family, government issued ration cards<br>• Photographs or social media posts (labeled)<br>• Family session(s) case notes (clinician and case manager observations of interactions/conversations between UAC and potential sponsor)<br>• Consulate verification of birth certificate<br>• Assessment based on interviews with UAC, UAC's family, UAC's caregiver in home country, and sponsor's neighbors (make all efforts to conduct in-person or via video conference); explanation of potential sponsor's |

| | relationship with the UAC in the *Family Reunification Application*, confirmed by UAC's family. |
|---|---|
| x | |

3. The case manager immediately notifies the case coordinator if it is determined that the UAC and the potential sponsor have no prior existing relationship and documents this information in the Proof of Relationship section of the *Sponsor Assessment* and in the *UAC Case Review*. See **2.7.4 Deny Release Request**. 🖱

**Evidence of being a Primary Caregiver (Category 2A sponsors who are non-grandparents/non-adult siblings only)**

If the potential sponsor has any guardianship documents or other documents from a state or foreign government they must submit this with the Family Reunification Application. ORR also accepts sworn affidavits from potential sponsors in addition to corroborating interviews the Case Manager has with the child, potential sponsor, and other family members to establish whether the potential sponsor was a primary giver to the child.

1. The case manager contacts the potential Category 2A close adult relative sponsor (who is not a grandparent or adult sibling) and requests:

   a. Temporary guardianship documents (please note full legal guardianship or adoption would mean the sponsor is a Category 1) from a state or foreign government.

      **or**

   b. The case manager requests that the sponsor submit a sworn affidavit attesting that they were the child's primary caregiver. The affidavit includes the following information:

      • That the child lived in the same home with the sponsor.

      • The amount of time the child lived with the sponsor.

      • The amount of time the child lived with the sponsor, for which the sponsor claims they were the child's primary caregiver.

      • Where the child's biological parents lived at the time.

      • Why the child's biological parents were unable to provide primary care for the child.

      • Whether the child's biological parents asked/consented to the sponsor being the primary caregiver.

      • Who took the following responsibilities for the child, while the child lived with the sponsor:

        o Bathed the child

GOV-00024842

    o  Fed the child

    o  Made health care arrangements

    o  Disciplined the child

    o  Financially supported the child

    o  Supervised the child

    o  Consoled/Comforted the child

- Attestation that the sponsor did not sexually or physically abuse the child, or through their negligence allow others to sexually or physically abuse the child

- Attestation that the sponsor did not abandon or mistreat the child.

2. For purposes of 2(b) above the case manager conducts interviews with the child, the sponsor, and other family members to corroborate the information in the affidavit.

3. The case manager identifies Category 2A sponsors in the *Release Request* and in the *Sponsor Assessment*.

**Missing Documentation or Incomplete FRA**

1. If the potential sponsor does not complete the FRA or submit the required proof of identity, immigration status/U.S. citizenship, address, relationship, etc., the case manager consults with the case coordinator and the FFS. **NOTE:** In these cases, the case manager does **NOT** submit a *Release Request.* ☎/✉

2. The case manager enters the sponsor's name and information in the sponsor information section of the UAC Portal for the UAC and in the sponsor information section of the *UAC Case Review*, documenting the reason why the sponsor was pursued or attempted to sponsor a UAC and decided to withdraw or ORR decided to cancel pursuit of the sponsor.✎🖱

3. The case manager flags potential sponsors who disclose information that demonstrate a safety concern or potential risk to the child in the UAC Portal (See **Quick Glance: How to Check for Previous Sponsorship** and **Quick Glance: When to Flag a Sponsor, Other Adult, or Address**).✎🖱

**Reporting Fraudulent Information and/or Documents**

If a sponsor, household member, or adult caregiver provides fraudulent information during the sponsor assessment process for the purpose of obtaining sponsorship of a UAC, the care provider must report the incident to the U.S. Department of Health and Human Services Office of the Inspector General (**UAC@oig.hhs.gov** ) and U.S. Immigration and Customs Enforcement Homeland Security Investigations tip line: USICE HSI Tip Line (**HSITipLine.Collaboration@ice.dhs.gov**). ✉

**State Issued Identity Documents**

If the case manager has evidence that a potential sponsor has submitted altered or fraudulent state-issued Identity documents (such as an ID card or driver's license), the case manager should send an email to the reporting agency for the state and copy the FFS (email addresses for the state agencies are included in **Appendix 2.3 Reporting Agencies for Suspected Document Fraud for Most Common ID Documents in Key States**). All reports should include any information about the potential sponsor or the circumstances surrounding the fraud.

The U.S. Department of Health and Human Services Office of the Inspector General must be copied in the correspondence with the state agency (**UAC@oig.hhs.gov**). If the suspected fraud is in a state not identified as a key state in Appendix 2.3, the case manager should contact the assigned FFS and case coordinator. ☎/✉

# 2.2.5 Legal Orientation Program for Custodians

📖 **See Section 2.2.5 of the UAC Policy Guide**

## PROCEDURES

1. The case manager schedules the sponsor for an LOPC presentation using the LOPC's online scheduling system:

   Website: **https://catholiccharitiesny.org/log-in**
   In the email account section insert: **LOPC@archny.org**
   Password: **Orientation1** (case sensitive)

   **NOTE**: If the online scheduling system is unavailable, the case manager calls the LOPC Call Center for UAC at **(888) 996-3848** and arranges for the Call Center to set up an appointment for the sponsor. ☎

2. The case manager enters the sponsor's postal code or city and state in the online scheduling system to find the LOPC provider closest to the sponsor's home address. If a sponsor lives more than 60 miles from an LOPC provider or cannot travel to a provider, the case manager contacts the LOPC Call Center.

   **NOTE:** Special instructions for case managers in the Harlingen/Brownsville area: If a sponsor lives more than 60 miles from a LOPC provider in the Harlingen/Brownsville area and is unable to travel to the provider, the case manager may schedule the sponsor for an online LOPC appointment. ☎

3. The case manager provides the sponsor confirmation of the appointment time, date and location by:

- Printing out a copy of the online confirmation and mailing the confirmation to the sponsor; or

- Entering a valid email address for the sponsor into the appropriate field of the online scheduling system, and the system will automatically generate and send an email confirmation to the sponsor;

- If the LOPC appointment is scheduled to take place **within 48 hours of scheduling**, calling the sponsor and documenting the phone call in the UAC case file. 🕐📋 📑✉☎

## 2.2.6 Additional Questions and Answers about This Topic

📖 **See Section 2.2.6 of the UAC Policy Guide**

## 2.3 Key Participants in the Release Process

📖 **See Section 2.3 of the UAC Policy Guide**

## 2.3.1 ORR Federal Field Specialists (FFS)

📖 **See Section 2.3.1 of the UAC Policy Guide**

## 2.3.2 Case Managers

📖 **See Section 2.3.2 of the UAC Policy Guide**

## 2.3.3 Case Coordinators

📖 **See Section 2.3.3 of the UAC Policy Guide**

## 2.3.4 Child Advocates

📖 **See Section 2.3.4 of the UAC Policy Guide**

### PROCEDURES

1. The care provider or other referring party completes Section 1 of the *Child Advocate Recommendation & Appointment Form* and sends it as an attachment to the local child advocate program by email.

2. The child advocate program makes a recommendation for an individual Child Advocate based upon availability and the individual needs of the UAC. The child advocate program completes Section 2 of the *Child Advocate Recommendation & Appointment Form*. The child advocate program emails the form as an attachment to ORR/DUCO HQ at **DucsConsent@acf.hhs.gov** and includes the appropriate points of contact (program staff, FFS, referring party).

3. The designated ORR staff makes an appointment determination. The ORR staff documents the appointment determination by completing Section 3 of the *Child Advocate Recommendation & Appointment Form* and emails the form as a password protected attachment to the child advocate program, the care provider, and the designated ORR/FFS. The case manager uploads this appointment form to the UAC Portal as documentation.

4. The child advocate program notifies the UAC's legal service provider or attorney of record by sending the *Child Advocate Recommendation & Appointment Form*.

**Appendix 2.4** is a screenshot of the *Child Advocate Recommendation & Appointment Form*. The fillable template can be found in the UAC Portal under Forms, Checklists and Other Tools – Administration.

## 2.4 Sponsor Assessment Criteria and Home Studies

📖 **See Section 2.4 of the UAC Policy Guide**

### OVERVIEW

The care provider evaluates each potential sponsor's ability to provide for the physical and mental well-being of the UAC. ORR determines if additional screening procedures or services, such as a home study, are necessary to ensure the welfare of the child.

ORR may in its discretion require potential sponsors to submit additional documentation before making a release decision.

| Key Players | Responsibilities |
|---|---|
| Case manager or clinician | Responsible for interviewing potential sponsor, completing the *Sponsor Assessment*, and collecting other information to evaluate the sponsor. |
| Case coordinator | Consulted by case manager to determine if a home study is required. |
| FFS | Responsible for approving all home studies. Responsible for initiating home studies based on the results of an FBI background check. Steps in to determine if home study is needed when there is disagreement between case manager and case coordinator. |
| ORR Home Study Project Officers | Provide program oversight for referrals and work with providers who conduct home studies. |
| Home Study/Post Release Services Provider | Conducts home study. |

| Related Forms/Instruments | Used By |
|---|---|
| *Sponsor Assessment Interviewing Guidance* | Case manager or clinician |
| *The Sponsor Assessment* form | Case manager or clinician |
| *The Home Study Assessment Report* | Home study provider |
| *Release Request* | Case manager, case coordinator, FFS |

## 2.4.1 Assessment Criteria

📖 **See Section 2.4.1 of the UAC Policy Guide**

### PROCEDURES

1. **Within five calendar days of identifying a potential sponsor,** the case manager or the clinician interviews the potential sponsor based on the *Sponsor Assessment Interviewing Guidance* (see **Quick Glance: Tips for Interviewing Sponsors**), completes the fillable *Sponsor Assessment* form and uploads the form to the UAC Portal. The file should be saved as **[Sponsor name]_Sponsor_Assessment_[date]**. Once the *Sponsor Assessment* form is uploaded, the case manager cannot make any changes or additions to the form.

   The case manager or the clinician who conducted the interview and completed the *Sponsor Assessment* must certify that the potential sponsor was interviewed based on the *Interviewing Guidance* and must (electronically) sign and enter his/her name, title,

and the date as certification in the *Sponsor Assessment* form. The case manager updates the Case Status page with the date the *Sponsor Assessment* was completed.

If the form is incomplete **within the 5 days due to missing information or documentation**, the case manager may save a copy for updating and upload the form later (see Step 3 below). But the case manager must complete the following sections in the initial *Sponsor Assessment* form within the **5 day timeframe** and upload it in the UAC Portal:

- Sponsor Basic Information (**NOTE:** ORR no longer collects Social Security Numbers (SSN) of sponsors.)
- Sponsor Cultural Information
- Family Relationships (including family tree, if applicable)
- Household Composition
- Previous Sponsorship
- Proof of Identity
- Criminal History
- UAC Journey and Apprehension
- Human Trafficking
- Fraud ✆☎▤✉

📄 **Appendix 2.5** is the *Sponsor Assessment Interviewing Guidance.*

📄 **Appendix 2.6** is the *Sponsor Assessment* form.

---

### Quick Glance: Tips for Interviewing Sponsors

- Ask all questions as stated in the guidance. But if the sponsor answers more than one question in a single response, don't ask the pre-answered question again.

- Phrase all questions in a culturally appropriate manner to engage the potential sponsor.

- Be conversational and don't just read word for word.

- Ask follow up questions if needed.

- Don't feel the need to ask interview questions in order. Allow the interview to flow naturally.

- Follow up with more research and interviews with the UAC and others to address any discrepancies or inconsistencies identified in the interview.

The following is required for UAC with distant relative Cat 3 sponsor and optional for all other sponsor categories:

Ask the potential sponsor to create a family tree (genogram) when answering questions related to proof of relationship and family relationships. Upload the family tree to the UAC's

---

case file. (Go to **http://www.genopro.com/genogram/template** for a template and help in creating a family tree.)

2. If the sponsor self-discloses criminal history in the interview (or if background checks reveal criminal history or a safety risk for the potential sponsor, adult household members, and adult identified in the sponsor care plan), the case manager elevates to the case coordinator and the FFS to determine if ORR should obtain court records, police reports, proof of rehabilitation, and letters of explanation of the incident.

If these records are no longer available because they have been expunged, the case manager should elevate to the FFS for next steps.

**Figure 2.4** indicates where to upload the *Sponsor Assessment* in the UAC Portal.

## Figure 2.4 Where to Upload the Sponsor Assessment in the UAC Portal



3. If the case manager needs to update the *Sponsor Assessment* after **the 5 day timeframe**, he/she should create a new word document of the form using the following naming convention: **[Sponsor name]_Updated_Sponsor_Assessment_[date]**. The form may be updated as necessary but must be completed and uploaded to the UAC Portal **before the case manager submits the release recommendation to the case coordinator**. The number of *Sponsor Assessments* submitted per sponsor **may not** exceed two copies. Each copy must clearly indicate whether it is the initial assessment or the final version.

4. If the case manager determines during the sponsor assessment process that a sponsor or address should be flagged, the case manager should click on the editing icon highlighted in **Fig. 2.5** which opens the "Sponsor Information" tab under UAC Assessments to enter demographic, background check information, or other reason a sponsor, other adult, or address is flagged.

**Fig. 2.5 Updating or Adding a Flag to the UAC Portal**

Click on the edit icon highlighted below.



5. If a case manager is conducting concurrent planning, he/she should include this information in the *UAC Assessment* and *UAC Case Review* and indicate which sponsor is designated as the "Current Sponsor" since only one individual may hold this designation at any time in the *UAC Case Review* (simply click the "yes" or "no" button in the sponsor information page for each sponsor).

6. The case manager must complete the sponsor assessment process before:

   - The case manager submits a home study referral.

   - The case manager submits a release recommendation.

# 2.4.2 Home Study Requirement

📖 **See Section 2.4.2 of the UAC Policy Guide**

## PROCEDURES

1. The case manager continuously consults with the case coordinator using information collected during the UAC's initial assessment and throughout his/her stay in conjunction with the sponsor assessment process to determine if a home study of the potential sponsor is required. Home studies are **only** requested for potentially viable sponsors.

2. **Within 2 business days** of the completion of the FRA and after consultation with the case coordinator, the case manager submits the *Release Request* with a recommendation to perform a home study and summarizes the following in the comments section (**Fig. 2.6** shows a partial snapshot of the *Release Request*):

   - *Initial Intakes Assessment*

- *UAC Assessment*
- FRA
- Safety Plan, if applicable
- Background check results
- Relevant SIRs
- *UAC Case Review*
- *ISP*
- For category 2A/B and 3 cases, information about the biological parents' or legal guardians' consent for release and/or provision of *Letter of Designation* for Care of a Minor
- Any additional assessments, including psychological assessments, and additional documentation on the UAC related to the release assessment (e.g., juvenile delinquency records)
- For discretionary home studies:
  - What additional information will a discretionary home study be able to provide, other than what has already been gathered via the sponsor assessment process, to mitigate concerns and create a safer release scenario for the UAC
  - What questions need to be answered by the discretionary home study

**Fig. 2.6 Case Manager Section of the Release Request**



3. If there is nonconcurrence between the case manager's recommendation and the case coordinator's recommendation on regarding the performance of a home study, the case coordinator **immediately** elevates the case to the FFS who will make a determination on whether or not to conduct a home study in the *Release Request* in the UAC Portal **within 1 business day** (see **2.7 Recommendations and Decisions on Release** below for more information about the *Release Request*). 🖥️🖱️

4. The case manager goes to the referral tab in the UAC Portal (See **Fig. 2.6 Case Manager Section of the Release Request** and **Fig. 2.7 Home Study Case Referral Section**) to complete the home study referral.

### Fig. 2.7 Home Study Case Referral Section

(A)



(B)

ORR prioritizes Home Study and PRS TVPRA cases. Discretionary home study referrals may not be posted in the UAC Portal until the FFS approves the home study. See **Quick Glance: FFS Approval for Discretionary Home Studies.** 📖✉️🖱️

GOV-00024852

If a case is no longer in need of a home study or PRS, the case manager goes to the Home Study Case Referral tab in the Discharge Section and chooses the option to "Cancel Case Referral" for the specific case. The case manager also needs to update the *Release Request*.

The case manager ensures that all documentation is saved in the UAC Portal. The information includes:

- *Initial Intakes Assessment*
- *UAC Assessment*
- Sponsor Assessment
- FRP
- Safety Plan, if applicable
- Background check results
- Relevant SIRs (**NOTE**: Because HS/PRS providers cannot access SIRs, the case manager must send email copies to the provider.)
- *UAC Case Review*
- *ISP*
- For category 2A/B and 3 cases, information about the biological parents' or legal guardians' consent for release and/or provision of *Letter of Designation for Care of a Minor*
- Any additional assessments, including psychological assessments, medical records, and additional documentation on the UAC related to the release assessment (e.g., juvenile delinquency records)

## Quick Glance: FFS Approval for Discretionary Home Studies

In order to recommend a discretionary homes study, the case manager and case coordinator must have a reasonable expectation that results of the home study process (i.e., home visit, face-to-face interviews with the potential sponsor and household members) will provide additional information, other than what has already been gathered via the sponsor assessment process, which will mitigate concerns. Care providers should only request home studies for potentially viable sponsors. Concerns related to moving violations and DUI/DWIs (unless there are multiple charges in a relatively short period) unconnected to a well-founded child welfare concern are not to be used as the underlying basis for a discretionary home study.

The home study must focus on potential sponsor's ability to appropriately care for the UAC and the sponsor's ability to ensure the safety and well-being of the UAC.

The case coordinator elevates the recommendation to perform a discretionary home study to the FFS after justification for the home study recommendation has been documented in the Release Request as "Conduct Home Study—Discretionary."

If the FFS or case coordinator requests additional information, the case manager and/or case coordinator must respond within **1 business day**. If needed, the FFS may staff the case with the FFS supervisor.

The FFS sends their determination in writing within **1 business day** to the case coordinator and case manager.

5. When a case has a home study referral, the navigation tab on the UAC Portal includes a HS and PRS tab which is used by the HS/PRS provider to manage cases. See **Figure 2.8 HS and PRS Tab.**

   The home study provider selects cases from the National HS/PRS Referral List by clicking the accept button in the UAC Portal's Referral Tab. (This moves the referral from the "waiting" list to the accepting provider's "active" list until the home study is completed.)

**Figure 2.8 HS and PRS Tab**



**NOTE**: Each Friday, the home study provider must submit their active HS/PRS case list to **DCS_HSPRS@acf.hhs.gov**. The home study provider reviews all cases for duplication of services on the National Network Call on Tuesdays at 2:00 p.m. EST. If duplication is found, the providers reach a consensus to determine which provider will continue with the case.

6. The home study provider contacts the care provider to confirm acceptance and request missing (if any) referral documents (including SIRs).

7. The portal automatically removes UAC who turn 18 years of age while on the referral wait list because the UAC are no longer eligible for services.

8. **Within 2 business days of the home study provider's referral acceptance**, the home study provider reviews the *Release Request* and staffs the case with the case manager, as needed.

9. **Within 10 business days of acceptance**, the HS/PRS provider uses the *Home Study Assessment Report* template to report findings of the home study and upload the template into the UAC Portal including a recommendation to the case manager. ⏱📋✓🖐

10. The HS/PRS provider must submit any requests to extend the home study due date **beyond 10 business days** or to cancel a home study to the FFS for approval via email. Possible criteria for extension can include:
    - Additional household members moved in after the referral.
    - Concerns about additional household members who were not present at the home visit.
    - Inability for the provider to schedule a home visit due to the sponsor's schedule. ⏱✉

11. If the case manager learns new information after the home study provider has submitted their final report, the FFS has the authority to request a home study addendum to the original home study provider to gather more information for an informed release decision. Care providers must go through their FFS to request a home study addendum. The FFS may request an addendum any time after the final home study report has been submitted, but in some circumstances, it may be necessary to request a new home study if the sponsor's circumstances have significantly changed or if the home study was completed over a year prior to the current date.

    Upon request by the FFS, the home study provider has **10 business days** to submit the addendum to the UAC Portal. The provider may only request one addendum per home study without FFS supervisor approval. ⏱✉✓🖐

    **NOTE:** Home studies are only **valid for one year**. ⏱

## 2.4.3 Additional Questions and Answers on This Topic

📖 **See Section 2.4.3 of the UAC Policy Guide**

## 2.5 Sponsorship Assessment Background Check Investigations

📖 **See Section 2.5 of the UAC Policy Guide**

### OVERVIEW

ORR requires background checks for all potential sponsors, adult members of the household, and adult caregivers identified in sponsor care plans (adult caregivers). This section describes the required background checks based on sponsor category and other factors, the responsible parties for completing and reporting the results, and notifications and other follow up steps to ensure safety. All potential sponsors, adult household members, and adult caregivers must undergo a public records background check of criminal history and sex offender registry databases. Sponsors in Categories 2B and 3, as well as some Category 1 and 2A sponsors, adult household members, and adult caregivers require fingerprint background checks that are processed through Federal partners.

| Key Players | Responsibilities |
|---|---|
| FFS | Reviews all fingerprint checks and provides guidance as to whether to continue assessment of a particular sponsor in light of check results. |
| Case coordinator | Makes recommendations regarding safety planning and child welfare recommendations. |
| Case manager | Conducts Public Records Checks (an Internet Criminal Public Records Check and Sex Offender Registry Check) for all potential sponsors, adult household members, and adult caregivers (individuals identified by undocumented sponsors who will take over the care of the UAC if the sponsor is deported or leaves the United States). Conducts State Criminal History Repository Checks and/or Local Police Checks, as needed. |
| HHS Program Support Center, Division of Children's Services (PSC/DCS) | Conducts all Non-Public Records Checks – FBI National Criminal History Check (Fingerprint Check), FBI Biometric Services Unit (FBI/BSU) Civil Name Check, and Child Abuse and Neglect (CA/N) Check – on behalf of ORR. |

| Related Forms/Instruments | Used By |
|---|---|
| *Authorization for Release of Information* | Case manager, lead case manager, PSC/DCS |
| *Sponsor Check Coversheet* | Case manager, lead case manager, PSC/DCS |
| *CA/N Check Coversheet* | Case manager, lead case manager, PSC/DCS |
| *CA/N Check State Instructions* | Case manager, lead case manager, PSC/DCS |
| CA/N Check State Forms | Case manager, lead case manager, PSC/DCS |

## 2.5.1 Background Check Requirements

📖 **See Section 2.5.1 of the UAC Policy Guide**

### PROCEDURES

1. The case manager notifies all potential sponsors that an Internet Criminal Public Records Check and Sex Offender Registry Check will be performed for all sponsors, adult household members, and adult caregivers. The case manager also notifies the potential sponsor of any additional background checks that are required by ORR (see **Quick Glance: Overview of Background Checks Requirements**). The case manager advises adults to be truthful about criminal backgrounds before results are obtained as a lack of information or explanation from the potential sponsor may affect the release decision.
☎/✉ 📖

   **NOTE:** Adult caregivers must be entered in the Sponsor Information section of the UAC Portal. The adult caregiver should be entered under Household Information because the UAC Portal does not have a separate area to enter adult caregivers. The case manager goes to the Sponsor Information section and 1) adds a note in the Comments box indicating the category and noting whether the individual is also a household member and 2) records the name under the Household Information section. See **Fig. 2.9 Creating a Record for the Adult Identified in the Sponsor Care Plan**.

### Fig. 2.9 Creating a Record for the Adult Identified in the Sponsor Care Plan



**Quick Glance: Overview of Background Check Requirements**

| Type of Background Check | Purpose | Persons Checked | When Performed |
|---|---|---|---|
| Public Records Check | Identifies arrests or convictions of sponsors, adult household members, or others. If a check reveals a criminal record or safety issue, it will be used to evaluate the sponsor's ability to provide for a child's physical and mental well-being. | Potential Sponsors in Categories 1-3.<br><br>Non-sponsor adult household members and adult caregivers identified in a sponsor care plan. | In all cases. |
| Sex Offender Registry Check, conducted through the U.S. Department of Justice National Sex Offender Public Website | Identifies sponsors and others that have been adjudicated as sex offenders through a national search and, if available, a local public registry search. | Potential Sponsors in Categories 1-3.<br><br>Non-sponsor adult household members and adult caregivers identified in a sponsor care plan. | In all cases. |
| FBI National Criminal History Check, based on digital fingerprints or digitized paper prints | Determines whether a sponsor or adult household member (as applicable) has a criminal history, has a profile in DHS IDENT, has been convicted of a sex crime, or has been convicted of other crimes that compromise the sponsor's ability to care for a child. | Potential Sponsors in Category 1 and 2A. | Where a public records check reveals possible disqualifying factors under 2.7.4; or where there is a documented risk to the safety of the unaccompanied alien child, the child is especially vulnerable, and/or the case is being referred for a home study. |

| | | Potential Sponsors in Categories 2B and 3. | In all cases. |
|---|---|---|---|
| | | Non-sponsor adult household members and adult caregivers identified in a sponsor care plan. | Where a public records check reveals possible disqualifying factors under 2.7.4; or where there is a documented risk to the safety of the unaccompanied alien child, the child is especially vulnerable, and/or the case is being referred for a home study. |
| Child Abuse and Neglect (CA/N) Check, obtained on a state by state basis as no national CA/N check repository exists | Checks all localities in which the sponsor or household member has resided in the past 5 years. | Potential Sponsors in Categories 1-3. | In cases that require a home study, and cases where a special concern is identified. |
| | | | |
| | | Non-sponsor adult household members and adult caregivers identified in a sponsor care plan. | In any case where a sponsor is required to undergo a CA/N check. |
| State Criminal History Repository Check and/or Local Police Check | Assists in locating police or arrest records, or other criminal offense details, as needed. | Potential Sponsors in Categories 1-3.  Non-sponsor adult household members and adult caregivers identified in a | Used on a case-by-case basis when there is an unresolved criminal arrest or issue that is still in process. |

Defendants' Prod. Vol. 5
24859

GOV-00024859

| | | sponsor care plan. | |
|---|---|---|---|

2. The potential sponsor should advise the case manager immediately if he or she has any record of criminal charges, sexual offenses, or child abuse/neglect charges and if they are aware of any record of criminal charges, sexual offenses, or child abuse/neglect charges for their adult household members and/or adult caregiver. ☎/⊠

3. Based on the information provided, the case manager determines what types of background checks are required for the potential sponsor, adult household members, and adult caregiver (See **Quick Glance: Overview of Background Checks Requirements**). The case manager should include the case coordinator and FFS in cases that involve criminal history self-disclosures. 📖⊠

   **NOTE:** If a potential sponsor, adult household member, or adult caregiver refuses to complete a required background check, the case manager elevates the case to the FFS who will staff the case with the FFS supervisor to determine whether to deny the release based on current ORR policy and any other relevant factors. FFS notifies the case manager of the final decision. ⊠

## Public Records Checks (Internet Criminal Public Records Check and Sex Offender Registry Check)

1. The case manager conducts an **Internet Criminal Public Records Check** for all potential sponsors, adult household members, and adult caregivers.

2. The case manager conducts a **national and local/state Sex Offender Registry Check** through the U.S. Department of Justice NSOPW and local/state Public Registry Sites for all potential sponsors, adult household members, and adult caregiver.

   The check must include the following:

   - Name checks (potential sponsor, adult household members, adult caregiver)

   - Address searches (using the current address that has been verified) within a one mile radius for all names – potential sponsor, household members and adult caregiver). This address search is completed to determine if there are sex offenders at the address or in close proximity to the address (**NOTE:** Some state Sex Offender Registries do not include an address check.  In these cases, document that the attempt was made and what check was accomplished.) The case manager should take the

GOV-00024860

results into consideration in assessing the safety plan and safety of the release.

Local/state Sex Offender Registry Checks for all states in which the potential sponsor, adult household members, and adult caregiver resided over their entire adult lifetime. 🖱

3. The case manager uploads the results of the public records checks (screenshots, descriptions, dates, etc.) in the UAC Documents section in the UAC Portal and completes the case manager section of the Background Check Table. The case manager staffs the case with the case coordinator in the event there is a "hit" in the search.  (See **Quick Glance: How to Document Background Checks in UAC Portal**). 🖱✉

**NOTE:** Public records check results are valid for 90 days from the date results are received, as documented in the Date Results Received column of the Background Check Table in the UAC Portal. If the UAC has not been approved for release before the public records check results expire, the case manager must reprocess the checks, update the Background Check Table in the UAC Portal, and upload the results into the UAC Documents section of the UAC Portal.

**NOTE:** ORR does not require a signed *Authorization for Release of Information* from an individual unless they are submitting fingerprints. However, many public records vendors have terms of use agreements that do require an authorization. In those instances, an *Authorization for Release of Information* should be obtained from the adult household member or adult caregiver.

### Quick Glance: How to Document Background Checks in UAC Portal

Go to the Background Check table in the Sponsor Information section of the UAC Portal; for both the sponsor and the household member(s) check off which background checks were requested.

For non-public records checks, do not enter data into the Date Requested, Results Received, and Results columns – PSC/DCS enters this information.

NOTE: If you do not check off which background checks were requested under the Check Requested column for non-public records checks, PSC/DCS will be unable to record the results of those checks.



## Non-Public Records Checks (Performed by PSC/DCS)

**NOTE:** PSC/DCS conducts regular in depth trainings related to non-public records checks and fingerprinting instructions. ORR headquarters staff work with CFS, FFS, and POs to notify programs about upcoming trainings. To request training from PSC/DCS, contact the operations specialist listed on the PSC/DCS Contact List.

### FBI NATIONAL CRIMINAL HISTORY CHECK (FINGERPRINT CHECK)

1. The case manager obtains an *Authorization for Release of Information (ARI)* and a copy of a government issued photo ID (front and back) for all relevant parties (see **Quick Glance: List of Acceptable Proof of Identity Documents**).

   **NOTE:** If needed, some ORR digital fingerprint sites offer in-person assistance completing the *FRP* and/or *ARI* (see **Appendix 2.14 Fingerprinting Requirements**). 📑

2. The case manager assists the potential sponsor, adult household member, and/or adult caregiver in scheduling a fingerprint appointment at an ORR digital fingerprint site to

occur **within 3 business days of receiving the signed** *ARI* **and government issued photo
ID** (see **Appendix 2.14 Fingerprinting Requirements**).

3. The case manager completes the Check Requested field in the Background Check table
   in the Sponsor Information section of the UAC Portal (see **Quick Glance: How to
   Document Background Checks in UAC Portal**). ⌐⏚

4. The case manager fully completes the *Sponsor Check Coversheet*. If any of the following
   conditions apply the case manager documents the condition in the comments section of
   the *Sponsor Check Coversheet*:

   - If the case manager is requesting the fingerprint check be expedited, the reason
     must be noted (see **Quick Glance: Expediting Fingerprint Check Results** for full
     requirements).

   - If the case manager believes the individual previously completed a fingerprint
     check, that must be noted and the approximate date should be included.

   - If the individual is the sponsor or household member for more than one UAC, the
     name and A# of those UAC must be included. ▤

   ▤ **Appendix 2.7** is the *Sponsor Check Coversheet*.

---

### Quick Glance: Expediting Fingerprint Check Results

Case managers may request expedited processing for Fingerprint Checks under the following
circumstances:

- Imminent age out (UAC aging out in 60 days or less)
- Legal issue
- UAC medical issue
- Cat 1 or 2A cases that require fingerprint check results before the UAC may be
  released (see **Quick Glance: Release of UAC Prior to Receiving Fingerprint Check
  Results**)

To request expedited processing and allow PSC/DCS to appropriately prioritize expedited
cases, the case manager must include "AGE OUT [age out date]:" on the subject line of the
email for any age out cases and "RESULTS REQUIRED:" for any cases that require results
before the UAC can be released. For all other cases, the case manager must include
"REQUEST TO EXPEDITE:" on the subject line of the email (see **Email Template: Fingerprint
Check Requests**). The case manager must notate the following in the Comments section of
the *Sponsor Check Coversheet*:

- Basis for the request
- Date by which results are needed

---

> - If there are other items pending (e.g., home study) that would not allow for immediate release of the UAC once fingerprint check results have been received
>
> PSC/DCS will prioritize all cases for which expedited processing is requested that fall under the circumstances listed above, but cannot guarantee results will be available by the requested date.
>
> If the case manager requests expedited processing for any circumstance not listed above, PSC/DCS will elevate the request to ORR HQ for approval.

5. The case manager reviews the *Sponsor Check Coversheet*, *ARI*, government issued photo ID, and paper fingerprint cards (if applicable) for accuracy, completeness, and legibility (see **Appendix 2.9 Background Check Submission Requirements**). 📑

6. If paper fingerprint cards are used, the case manager uses an express mail service (e.g., UPS, FedEx) to send the following to PSC/DCS for **next morning** delivery:

   - Two original fingerprint cards (ORR does not collect Social Security Numbers and this field should be blacked out – see **Appendix 2.13 Fingerprint Card**)
   - Copy of the *Sponsor Check Coversheet*
   - Copy of the *Authorization for Release of Information* (pages 1-5)
   - Copy of the subject's government issued photo ID 📑 📑

7. The case manager formally requests the Fingerprint Check using the email template below. ✉ 📑

---

✉ **Email Template: Fingerprint Check Requests**

| | |
|---|---|
| **From:** | Case Manager |
| **To:** | **SponsorCheck.os@hhs.gov** |
| **Subject:** | Fingerprint Check Request for [sponsor's initials] |
| | • If requesting expedited results for an age out, add "AGE OUT [age out date]:" |
| | • If the case requires results before the UAC may be released, add "RESULTS REQUIRED:" |
| | • If requesting expedited results for any other reason, add "REQUEST TO EXPEDITE:" |
| **Attachments:** | • *Sponsor Check Coversheet* |
| | • *Authorization for Release of Information* (pages 1-5) |

- Copy of government issued photo ID (If individual is claiming U.S. citizenship, a U.S. Birth Certificate, Certificate of Naturalization or Certificate of Citizenship, or U.S. Passport is preferable)

**NOTE:** All of the documents listed above as attachments must be submitted to PSC/DCS together. The documents must be merged into one PDF.

Case managers must password protect any Personally Identifiable Information (PII) that is sent to PSC/DCS. The *Sponsor Check Cover Sheet, ARI*, and photo ID must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately.  A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

8. The case manager determines if the UAC is eligible for release prior to receipt of background check results (see **Quick Glance: Release of UAC Prior to Receiving Fingerprint Check Results**).

   **NOTE:** The Case Manager should staff eligible cases with the FFS, or notify the FFS of an eligible case via email, as soon as possible. The Case Manager and FFS document in the *Release Request* that the case is being processed without waiting for fingerprint results because the case falls under the "December 2018 Operational Directive."

---

## Quick Glance: Release of UAC Prior to Receiving Fingerprint Check Results

A UAC may be recommended and approved for release without obtaining the Fingerprint Check <u>results</u> if:

- The sponsor is 2B
- A public records check <u>did not</u> reveal possible disqualifying factors under Section 2.7.4;
- There is <u>no</u> documented risk to the safety of the unaccompanied alien child and the child is <u>not</u> considered especially vulnerable;
- The case is <u>not</u> being referred for a home study;
- All family reunification application, assessments, documentation, and other required background check results (with the exception of CA/N Check results – see **Quick Glance: Release of UAC Prior to Receiving CA/N Check Results**) needed to approve a safe release have been received and reviewed by the case manager;
- The Fingerprint Check was requested from PSC/DCS following ORR procedures, including submission of the *Sponsor Check Coversheet, Authorization for Release of Information*, photo ID, and fingerprints (digital or paper); and
- Receipt of the Fingerprint Check results is the only step preventing a release recommendation.

GOV-00024865

**Derogatory Information Received After Release**

In any instance where a UAC is released and possible derogatory information is later discovered after Fingerprint Check results are received, the FFS makes a case-by-case determination on what follow up is required, if any. State CPS or law enforcement may be notified if there is determined to be any immediate danger to a child's welfare. The FFS may also attempt to refer the case for post-release services.

**Unclassifiable Fingerprints**

In any case where a UAC is released and the fingerprints results are unclassifiable, the case manager must make every attempt to have the individual submit a new set of fingerprints, either at an ORR digital fingerprint site or via paper fingerprint cards. The case manager must inform PSC/DCS **within two weeks of receiving the fingerprint results** whether the individual will submit new fingerprints. If the case manager informs PSC/DCS that an individual refuses to submit new fingerprints or for any case in which PSC/DCS has not received new fingerprints **within 30 days of sending fingerprint results**, PSC/DCS will rerun the original set of fingerprints. If the original set of fingerprints remain unclassifiable (this is the most probable outcome), PSC/DCS will run an FBI/BSU Civil Name Check. ⊘

**Incomplete Fingerprint Cards**

In any case where a UAC is released and an incomplete set of paper fingerprint cards was sent to PSC/DCS, the case manager must provide the missing information **within one week of receiving the request** from PSC/DCS. Fingerprint Checks cannot be run using incomplete fingerprint cards. If PSC/DCS does not receive the missing information **within 30 days of their initial request**, PSC/DCS will cancel the entire Fingerprint Check request and inform the case manage and assigned FFS via email. ⊘

9. PSC/DCS reviews incoming Fingerprint Check requests for accuracy, completeness, and legibility. If any required documents are missing or the request does not comply with the requirements noted in **Appendix 2.9 Background Check Submission Requirements**, PSC/DCS rejects the submission and informs the case manager that the request must be resubmitted. PSC/DCS processes background checks in the order in which they are received and any requests that need to be resubmitted fall to the bottom of the queue.

10. PSC/DCS completes the Date Requested, Date Results Received, and Results fields in the Background Check table in the Sponsor Information section of the UAC Portal when the Fingerprint Check is complete and, if applicable, uploads criminal history reports to ORR Connect (SharePoint website). ⌖

11. PSC/DCS emails a spreadsheet containing Fingerprint Check results to the designated ORR staff once a day. The spreadsheet includes the following:

- FBI National Criminal Check result (i.e., whether the individual **appears clear,** the case was **referred to the assigned FFS**, or the individual had **unclassifiable fingerprints**)

- Confirmation results were entered into the UAC Portal

- Whether  criminal history record was uploaded into ORR Connect

**NOTE:** For expedited cases, PSC/DCS emails results directly to the case manager and copies the FFS instead of including the results in the spreadsheet (See **Quick Glance: Expediting Fingerprint Check Results**). ⊠

12. The designated ORR staff emails the Fingerprint Check results received from PSC/DCS individually to each care provider facility and copies the assigned FFS. ⊠

13. The care provider distributes Fingerprint Check results received from the designed ORR staff to the assigned case managers. ⊠

**NOTES**:

- If the prints are unclassifiable, the case manager assists the individual in scheduling a fingerprint appointment at an ORR digital fingerprint site so that a second set of prints may be obtained, even if the UAC has already been released. If the individual is unable to travel to an ORR digital fingerprint site, then paper fingerprint cards may be used (see **Appendix 2.14 Fingerprinting Requirements**).

- ORR federal staff and PSC/DCS do not release criminal history records produced by FBI National Criminal History Checks to ORR grantees, ORR contractors, third party reviewers, outside organizations, or individuals. ORR does not confirm or deny the existence of the records and does not share the content of a record verbally or in writing**.**

- Fingerprint Check results are valid for 270 days from the date results are received, which is documented in the Date Results Received column of the Background Check Table in the UAC Portal. If the UAC is not approved for release before fingerprint check results expire, the sponsor, adult household member, and/or adult caregiver must be re-fingerprinted and a new fingerprint check must be requested from PSC/DCS. Please see **Appendix 2.9 Background Check Submission Requirements** for additional information on requesting background checks for individuals who have previously completed a background check.

### Quick Glance: Requesting Status Updates for Background Check Results

**FINGERPRINT CHECKS**
Case managers may email PSC/DCS at **SponsorCheck.os@hhs.gov** to request a status update on their Fingerprint Check request. However, unless the case has been expedited, the case

manager must wait at least seven business days from the time they emailed a complete Fingerprint Check request to PSC/DCS (or from the time when PSC/DCS received paper fingerprint cards if digital fingerprints were not taken) before asking for a status update.

During periods of influx or other circumstances where there is a delay in processing Fingerprint Checks, PSC/DCS may direct case managers to wait for a longer period of time before requesting a status update. In order to avoid exacerbating situations in which there are processing delays, case managers must follow any such guidance provided by PSC/DCS.

To request a status update, case manager must enter "Status Update Request for [sponsor/household member's initials]" in the subject line of the email and include the following information in a separate password-protected document:

- For All Requests: sponsor/household member name and date of birth, UAC name and A#
- For Digital Fingerprints: ORR digital fingerprint site name, date fingerprinted
- For Paper Fingerprints: courier name and tracking number, shipping date

**CA/N CHECKS**
<u>Lead</u> case managers (or designated care provider staff member) may email PSC/DCS at **CANchecks.os@hhs.gov** to request a status update on CA/N Check results after they receive notification the CA/N check request was accepted by PSC/DCS. However, the lead case manager must wait until after the state's processing time before asking for a status update (e.g., if the state's processing time is 45 days, the lead case manager must wait 45 days before requesting a status update). State processing times are found in the *CA/N Check State Form Instructions*.

To request a status update, the <u>lead</u> case manager (or designated care provider staff member) must enter "Status Update Request for [sponsor/household member's initials]" in the subject line of the email and include the following information in a separate password-protected document:

- Sponsor/household member name and date of birth
- UAC name and A#
- State name(s) for which the update is being requested

**FBI/BSU CIVIL NAME CHECK**

PSC/DCS automatically runs an FBI/BSU Civil Name Check if fingerprints remain unclassifiable after a second attempt.

1. PSC/DCS completes the Date Requested, Date Results Received, and Results fields in the Background Check table in the Sponsor Information section of the UAC Portal when the

Fingerprint Check is complete and, if applicable, uploads criminal history reports to ORR Connect (SharePoint website). ⤒

2.  PSC/DCS enters FBI/BSU Civil Name Check results in the Fingerprint Check results spreadsheet that is emailed to the designated ORR staff once a day. PSC/DCS indicates in the notes column of the spreadsheet that an FBI/BSU Civil Name Check was run because fingerprints were unclassifiable after a second attempt.

    **NOTE:** For expedited cases, PSC/DCS sends results directly to the case manager and copies the FFS instead of including the results in the spreadsheet (See **Quick Glance: Expediting Fingerprint Check Results**). PSC/DCS indicates in the body of the email that an FBI/BSU Civil Name Check was run because fingerprints were unclassifiable after a second attempt. ▤ ✉

3.  The designated ORR staff emails the FBI/BSU Civil Name Check results received from PSC/DCS individually to each care provider facility and copies the assigned FFS. ✉

4.  The care provider distributes FBI/BSU Civil Name Check results received from the designed ORR staff to the relevant case managers. ✉

5.  For cases in which the individual appears clear, the assigned FFS elevates the case to the FFS supervisor for approval to use FBI/BSU Civil Name Check results in lieu of fingerprint check results.

6.  If criminal history records are uploaded to ORR Connect, the assigned FFS follows procedures in the section below **Case Referrals to FFS: Case Manager and FFS Roles and Responsibilities**.

    **NOTE:** FBI/BSU Civil Name Check results are valid for 270 days from the date results are received, which is documented in the Date Results Received column of the Background Check Table in the UAC Portal. If the UAC is not been approved for release before fingerprint check results expire, the sponsor, adult household member, and/or adult caregiver must be re-fingerprinted and a new fingerprint check must be requested from PSC/DCS. Please see **Appendix 2.9 Background Check Submission Requirements** for additional information on requesting background checks for individuals who have previously completed a background check.

## CHILD ABUSE AND NEGLECT (CA/N) CHECK

PSC/DCS conducts CA/N checks in coordination with individual state and/or local child abuse and neglect central registries. The length of time it takes to receive results varies by state.

Whenever possible, the CA/N check request must be submitted to PSC/DCS concurrently with
the request for the FBI National Criminal History Check.

1. Immediately upon knowing that a CA/N check is required, the case manager completes
   the Check Requested field in the Background Check table in the Sponsor Information
   section of the UAC Portal (see **Quick Glance: How to Document Background Checks in
   UAC Portal**).

2. The case manager completes the *CA/N Check Coversheet*. The following must be noted
   in the comments section:
   - If the case manager believes the individual previously completed a CA/N Check,
     that must be noted and the approximate date should be included.
   - If the individual is the sponsor or household member for more than one UAC, the
     name and A# of those UAC must be included.

   **Appendix 2.8** is the *CA/N Check Coversheet*.

3. The case manager assists the sponsor, adult household members, and adult caregiver (if
   applicable) in completing the CA/N Check state form(s) for each state in which the
   individual has resided in the past five years (see **Quick Glance: CA/N Check State
   Forms**).

---

### Quick Glance: CA/N Check State Forms

**DO NOT SUBMIT ANY STATE FORMS DIRECTLY TO A STATE OR LOCAL ENTITY. All CA/N
checks must be requested through PSC/DCS.**

The case manager must ensure that they use the current version(s) of the relevant state
form(s) and adhere to the instructions provided in the current version of the *CA/N Check
State Instructions* document (found on the UAC Portal homepage). Note that some states:

- Only provide results directly to the subject of the check. In this case, the case
  manager, assists the potential sponsor, household member, and/or adult caregiver in
  requesting the CA/N check and obtains results directly from the subject of the request
  and emails them to PSC/DCS.

- Do not provide results at all. In these cases, the CA/N check must be requested from
  PSC/DCS.

- Require the state form to be completed online. When PSC/DCS observes these states
  listed in the five year address history section of the *ARI*, they will automatically start
  the process and contact the case manager with further instructions.

Do not change any fields in the form(s) that PSC has already completed.

---

Photographs of state forms are not acceptable. Any forms emailed to PSC must be scanned (mobile scanning apps that upload forms into pdf are acceptable). If the sponsor and/or household member does not have access to a scanner they may mail the form to their case manager.

4.  The case manager reviews the *CA/N Check Coversheet*, *ARI*, government issued photo ID, and state form(s) for accuracy, completeness, and legibility (see **Appendix 2.9 Background Check Submission Requirements** and **Quick Glance: CA/N Check State Forms**).

5.  The case manager submits the *CA/N Check Coversheet*, *ARI*, government issued photo ID, and state form(s) to the lead case manager (or designated care provider staff member) for a secondary quality control check.

6.  The lead case manager (or designated care provider staff member) reviews each CA/N check request to ensure that the request:

    - Contains all of the following documents:
        - *CA/N Check Coversheet*
        - *Authorization for Release of Information*
        - Copy of government issued photo ID
        - State form(s) for each state in which the individual resided in the past five years
    - Complies with the requirements in **Appendix 2.9 Background Check Submission Requirements** and **Quick Glance: CA/N Check State Forms**.

7.  No more than once a day, the lead case manager (or designated care provider staff member) formally requests CA/N checks for all cases they have reviewed using the email template below. ✉ 📋

| ✉ **Email Template: CA/N Check Requests** | |
|---|---|
| **From:** | Lead Case Manager (or designated care provider staff member) |
| **To:** | **CANchecks.os@hhs.gov** |
| **Cc:** | Case Manager(s) |
| **Subject:** | CA/N Check Requests for [date] from [care provider name] |
| **Body:** | • Additional information required by the state(s), if applicable<br>• If original document(s) were mailed to PSC, include:<br>  o Date mailed<br>  o Courier name (e.g., UPS, FedEx) |

24871

GOV-00024871

o   Tracking number

**Attachments:**   For each request:
- *CA/N Check Coversheet*
- *Authorization for Release of Information*
- Copy of government issued photo ID
- State form(s) for each state in which the individual resided in the past five years (includes copies any forms for which the original mailed to PSC)
- Additional documents required by the state(s), if applicable

**NOTE:** All of the documents listed as attachments above must be submitted to PSC/DCS together. The documents must be merged into a single PDF by individual subject. Documents may be further consolidated if desired (i.e., one PDF may contain documents for more than one individual).

Lead case managers (or designated care provider staff members) must password protect any Personally Identifiable Information (PII) that is sent to PSC/DCS. The *CA/N Check Cover Sheet, ARI*, photo ID, and CA/N check state form(s) must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately.  A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

8. Once the CA/N check request is submitted to PSC/DCS by the lead case manager (or designated care provider staff member), the CA/N check is considered initiated and the case manager may proceed with the release request process (see **Quick Glance: Release of UAC Prior to Receiving CA/N Check Results**).

9. PSC/DCS reviews incoming CA/N check requests for accuracy, completeness, and legibility and notifies the lead case manager (or designated care provider staff members) whether their request has been accepted or rejected. Rejected requests must be resubmitted following PSC/DCS instructions.

10. PSC/DCS submits the CA/N check requests to the applicable states.

**NOTE:** If any required documents are missing or the request does not comply with the requirements noted in **Appendix 2.9 Background Check Submission Requirements** and **Quick Glance: CA/N Check State Forms**, PSC/DCS will reject the submission and inform the lead case manager that the request must be resubmitted. PSC/DCS processes background checks in the order in which they are received and any requests that need to be resubmitted will fall to the bottom of the queue.

GOV-00024872

11. PSC/DCS notifies the lead case manager (or designated care provider staff member) when the CA/N check is complete and enters the notification date and results in the Background Check table in the Sponsor Information section of the UAC Portal. The email notification to the lead case manager (or designated care provider staff member) includes one of the following statements:

- No record — The individual does not have a history of child abuse and neglect

- Unsubstantiated allegations — The individual has been involved with CPS, but the allegations were not necessarily confirmed (the investigation history is not always saved in States Central Registries)

- Record/substantiated allegations — The sponsor has a history of child abuse or neglect (if a record is available to PSC/DCS, it will be provided)

12. The lead case manager (or designated care provider staff member) forwards the CA/N Check results to the case manager.

## Quick Glance: Release of UAC Prior to Receiving CA/N Check Results

Release of a UAC may be recommended and approved without obtaining the CA/N Check results if:

- All family reunification application, assessments, documentation, other required background check results, and home study results (if applicable) needed to approve a safe release have been received and reviewed by the case manager;

- Receipt of the CA/N Check results is the only item delaying release; and

- The CA/N Check was NOT requested because a special concern was identified.

**If the CA/N Check was requested due to a special concern, the UAC must not be released until the CA/N Check results are received.**

Note that even if the case manager anticipates that CA/N check results will not be received until after the UAC is released, they must still request the CA/N check from PSC/DCS prior to submission of the *Release Request*. This includes submission of all required paperwork (*CA/N Check Coversheet, Authorization for Release of Information,* Photo ID, and state form(s). Sending an email without paperwork is not sufficient.

## PROCESSING SUBSTANTIATED CA/N CHECK RESULTS AFTER A UAC HAS BEEN RELEASED

If a UAC is released prior to receipt of the CA/N check results and substantiated allegations are found, the case manager **immediately** emails the FFS who approved the *Release Request* based on the email template below.

| ☒ **Email Template: Substantiated CA/N Check Results After UAC Release** | |
|---|---|
| **From:** | Case Manager |
| **To:** | FFS who approved *Release Request* for UAC |
| **Cc:** | PRS Provider, if applicable |
| **Subject:** | Released UAC with CA/N Findings [last four digits of the A#] |
| | |
| **Attachments:** | <u>In a separate password protected document(s):</u><br>• UAC name and A#<br>• UAC discharge date<br>• City/state where UAC resides<br>• Care provider name UAC released from<br>• Sponsor category<br>• Word document of the original PSC/DCS CA/N check result email |

The FFS who approved the *Release Request* for the UAC reviews the finding and consults with his/her FFS supervisor to determine next steps and notifications, including those to law enforcement or to CPS. 📖☎

## Cases that Appear Clear (Not Referred to the FFS)

1. If a subject of a background check by PSC/DCS has disclosed a criminal history that is a safety concern for the UAC, but PSC/DCS did not refer the case to the FFS, the case manager elevates the case to the FFS for further guidance and review. ☒

2. The case manager uploads the email and/or Fingerprint Check results spreadsheet from PSC/DCS into the portal as documentation. ☒🖐

## Case Referrals to FFS: Case Manager and FFS Roles and Responsibilities

1. If the FBI Check column of the Fingerprint Check results spreadsheet indicates that the case was referred to the assigned FFS, **within 72 hours**, the case manager emails the FFS and copies the case coordinator using the below template:

| ☒ **Email Template: Case Referrals to FFS** | |
|---|---|
| **From:** | Case Manager |
| **To:** | FFS |
| **Cc:** | Case Coordinator |
| **Subject:** | Case Referred to FFS [sponsor's initials and last four digits of UAC A#] |
| | |
| **Attachments:** | <u>In a separate password protected document(s):</u> |

- Sponsor and UAC name
- Sponsor category and the relationship between the sponsor and the UAC
- Any criminal history self-disclosed by the sponsor and the supporting documents, if obtained
- Any criminal history found through the Internet Criminal Public Records Check or the Sex Offender Registry Check
- Word document of the original Fingerprint Check results email and/or the Fingerprint Check results Excel spreadsheet

**NOTE:** When emailing in situations where an FFS is providing temporary coverage, the case manager forwards the email to the covering FFS and copies the assigned FFS and case coordinator. 🕑✉

2. The FFS evaluates the Fingerprint Check results in conjunction with any other criminal history records, self-disclosed criminal history, and supporting documents provided by the case manager to determine how the sponsor's criminal history impacts the sponsor's ability to care for the UAC's mental and physical well-being, the overall potential risk to the UAC, and if any of the Criteria for Release Denial apply to the case (see **Section 2.7.4 UAC Policy Guide**).📖

3. Based on his/her evaluation, the FFS responds to the case manager's email as follows:

   - Instructs the case manager to proceed with the safe and timely release process with any clarifying conditions, such as additional information from the sponsor.

   - If the case meets requirements for a TVPRA mandatory home study category (See **Section 2.4.2 UAC Policy Guide**), the FFS instructs the case manager to submit the *Release Request* with a recommendation to perform a home study. **NOTE:** The FFS must not provide any information about the existence or contents of any FBI background check result to the case manager.

   - If any of the "will deny" criteria match the Criteria for Release Denial (see **Section 2.7.4 UAC Policy Guide**) or the FFS determines that a release must be denied based on the "may deny" criteria, the FFS instructs the case manager to submit the *Release Request* with a recommendation to deny release, citing the specific criteria, and to cancel any other ongoing background checks.

   - If there is insufficient information to make a recommendation to deny or to move forward with the release process, the FFS requests additional information and advises the case manager to conduct concurrent planning.
     - The FFS may not contact the potential sponsor directly for additional information.

- o The FFS may not state that the request is based on an FBI background check or mention specific charges/convictions or type of charge/conviction.
- o The FFS may cite a specific location (city, state) and date (e.g., ask the sponsor if he/she failed to mention something that happened in Houston, Texas in June 2014.)

- If the FFS, after consultation with the FFS supervisor, decides to postpone a decision as to whether to continue the process with a particular sponsor when the sponsor or adult household member has been charged with, but not convicted, of a crime until disposition has been reached on the criminal charges, then the FFS instructs the case manager to conduct concurrent planning. 📖✉

4. If the case involved an FBI/BSU Civil Name Check, the FFS determines if:

- The sponsor has submitted their fingerprints;

- The sponsor assessment process is complete;

- There are no concerns about the sponsor and the potential sponsor does not require a home study; and

- Results remain unclassifiable after a second submission/attempt.

The FFS then informs the case manager whether they have FFS approval to use the results of the FBI/BSU Civil Name Check in lieu of the FBI National Criminal History Check results. ✉

## 2.5.2 Results of Background Checks on Release Decisions

📖 **See Section 2.5.2 of the UAC Policy Guide**

## 2.5.3 Commonly Asked Questions on the ORR Background Check Process

📖 **See Section 2.5.3 of the UAC Policy Guide**

## 2.6 Sponsor Immigration Status and Release of UAC

📖 **See Section 2.6 of the UAC Policy Guide**

## 2.7 Recommendations and Decisions on Release

📖 **See Section 2.7 of the UAC Policy Guide**

### OVERVIEW

This section covers procedures for all release options for a UAC. These include 1) approve release to a sponsor 2) approve release with post-release services 3) conduct a home study before a final decision can be made 4) deny release request or 5) remand release request (decision pending).

This section also includes procedures for notifying a potential sponsor of a denial and procedures for a Category 1 sponsor to appeal the denial of release.

**NOTE:** A UAC who prevails in a *Flores* bond hearing cannot be denied release based upon the basis that the UAC is danger to the self or others. The fact that the UAC prevailed in the hearing must be included in the *Release Request*.

| Key Players | Responsibilities |
|---|---|
| Case Manager | Works with the Case Coordinator to make release recommendations, including recommendations for home study/post release services, as applicable. |
| Case Coordinator | Works with Case Manager to make release recommendations, including recommendations for home study/post release services as applicable. |
| FFS | Provides guidance on release recommendations for complex cases and reviews Case Manager and Case Coordinator recommendations and makes a final release decision. |

| Related Forms/Instruments | Used By |
|---|---|
| *Release Request* | Case Manager, Case Coordinator, FFS |
| *Release Review Completion Guidance* | Case Manager, Case Coordinator, FFS |
| *Discharge Notification* Form | Case Manager, FFS, DHS |

### PROCEDURES

1. **Within 1 calendar day** of the completion of the FRP documentation, the Case Manager uses the *Release Request Completion Guidance* to complete the requester information, sponsor information, and Case Manager recommendation in the *Release Request*. The Case Manager creates a Word version of the *Release Review Completion Guidance* and copies and pastes it into a *Release Request*. The *Release*

*Request* is generated in the Discharge tab of the UAC Portal. See **Fig. 2.10 Partial Snapshot of *Release Request***. The Case Manager emails the Case Coordinator that the *Release Request* is ready for review.

**NOTE:** Case Coordinators do not complete the *Release Request* for cases in which the Case Manager is recommending release to the Unaccompanied Refugee Minor (URM) Program. If the Case Manager is recommending release to the URM Program, the Case Manager bypasses the Case Coordinator and emails the FFS directly.

## Fig. 2.10 Partial Snapshot of *Release Request*



**Appendix 2.10** is the Release Request Completion Guidance.

The UAC Case Status page includes a section on the "Release Request" which automatically posts a date when the *Release Request* is updated. See **Fig. 2.11.**

## Fig. 2.11 UAC Case Status Page: Release Recommendation



If applicable, the Case Manager updates the *UAC Case Re*view with any safety planning recommendations and any additional information obtained from a home study. **Fig. 2.12** shows the Case Manager options for release recommendations.

**Fig. 2.12 Case Manager Release Recommendations Options in the *Release Request***

| Case Manager Recommendation: | Approve Straight Release |
| --- | --- |
| | Approve with Post-Release Only Services |
| | Approve Release Pending Completion of Conditions |
| If Applicable, Cancellation Reason: | Conduct Home Study – TVPRA |
| | Conduct Home Study – Discretionary |
| | Conduct Home Study – ORR Mandated |
| Updated User: | Conduct Home Study |
| | Deny Release |

**NOTE:** If the Case Manager needs to cancel a *Release Request* because an individual wants to withdraw his/her application or under other circumstances that occurred after the *Release Request* has been submitted, the Case Manager should click on the cancellation button on the *Release Request*. **Fig. 2.13** indicates the options for the Case Manager under the cancellation reason button. (In order for a case to move to another sponsor once the *Release Request* is withdrawn, the FFS must select the "denial" option and enter 'sponsor withdrawal' in the comments section. FFS should **NOT** "dis-assign" a sponsor because ORR wants to keep a historical record of individuals who have attempted to sponsor UAC. The "dis-assign" option (located on the Sponsor Information tab) is only for instances when an error occurred -- a sponsor was incorrectly assigned to a UAC—and is **only** used by ORR headquarters staff.)

**Fig. 2.13 Case Manager Options for Cancelling a Release Request**



The Case Manager may only move forward with the *Release Request* without obtaining the CA/N check results if:

- The *Family Reunification Application*, assessments, documentation, other background checks and home study results have been received and the Case Manager has reviewed them.

- The CA/N check result is the only outstanding item.

- The case did not involve a CA/N check as a result of a special concern. 📖

2. The Case Coordinator reviews the recommendation **within 1 business day** and updates the *Release Request* with his/her recommendation. The Case Coordinator emails the Case Manager and the FFS that the *Release Request* has been completed and uploads it into the UAC Portal. **Fig. 2.14** shows the Case Coordinator section of the *Release Request* which contains the same options as the Case Manager (including the option to cancel the *Release Request*). 🖉🖥 ⊠↰

---

**Fig. 2.14 Case Coordinator Release Recommendations in the Release Request**

---

| Case Coordinator Recommendation | | | |
|---|---|---|---|
| Case Coordinator Name: | | | |
| Comments: | | | |
| Recommendation: | Select Recommendation | Recommendation after Home Study: | Select Recommendation |
| Sponsorship Cancellation Recommendation Reason: | Select Deny Reason | | |
| Updated Date/Time: | | Updated User: | |

---

3. **Within 1 business day** of receipt of the Case Coordinator's release recommendation (**2 business days for home study cases**), the FFS reviews and makes a final release decision in the UAC Portal.  **Fig. 2.15** is the Release Options for the FFS in the *Release Request*.

   **NOTE:** The ORR Director must review any release decision denying sponsorship to a Category 1 sponsor. The FFS must first submit a recommendation through the Case Consultation process before completing the *Release Request*. **The process is contained in the ORR internal SharePoint page (ORR Connect). Care provider staff and Case Coordinators do not have access to ORR Connect and are not directly involved in the Case Consultation process. See 2.7.4 Deny Release Request.**

   For all other cases, the FFS emails notification of the final release decision based on the template email below. **NOTE:** When the FFS approves the release decision, the UAC Portal generates a "trigger report," *ORR Notification to ICE Chief Counsel Release of Unaccompanied Alien Child to Sponsor and Request to Change Address*. See **2.8 Release from ORR Custody** for procedures on this form. 🖉↰ ⊠

---

### ✉ Email Template: FFS Notification of Final Release Decision

| | |
|---|---|
| **From:** | FFS |
| **To:** | CFS, Case Manager |
| **Cc:** | Case Coordinator |
| **Subject:** | ORR Release Decision [include last four digits of UAC A#] |
| | |
| **Body:** | Password will be sent shortly. |
| | |
| **Attachments:** | Clearly written release decision |

**NOTE:** Case managers must password protect Personally Identifiable Information (PII). Attached documents must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately. A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

---

4. For cases involving review by the ORR Director, the FFS completes the FFS section of the *Release Request* **after ORR Headquarters notifies the FFS of the final decision.** The FFS then completes the email template above: FFS Notification of Final Release Decision. ⏲☝ ✉

---

### Fig. 2.15 FFS Options for Release in the Release Request



---

### Release of UAC Who Age Out

Some UAC in ORR reach the age of 18 before release. ORR does not release UAC from its care on their own recognizance (ROR). Case Managers send a memo to DHS **24 hours before the**

**youth turns 18**. The Case Manager should include a copy of the UAC's birth certificate, if available, and copy the FFS on the email.

The Case Manager should follow the process for cancelling a *Release Request* and choose the "UAC Discharge—Adult Status" option.  📖✳✉📑

**Release to URM Program**

The release request process for UAC recommended for release to the URM Program may not begin until ORR issues a URM Approval Letter. The case manager must ensure that the URM program receives any significant updates regarding the UAC, including *SIR*s, following receipt of the URM Approval Letter and prior to release.

The case manager must provide the URM program with a comprehensive copy of the UAC's case file before or at the time of the UAC's release. The following documents, which are critical to the UAC's continuity of care, must be provided to the URM program as soon as possible:

- UAC birth certificate
- Medical and immunization records
- Immigration documents
- Psychological assessments
- Education records
- Family member contact information
- Original trafficking eligibility letter, if applicable

All parties must follow the procedures for a "straight release," with the exception that the Case Coordinator does not complete the *Release Request* for cases referred to the URM Program. The Case Manager selects "Reunified (Program/Facility)" in the Type of Discharge field of the *Discharge Notification* in the UAC Portal. The care provider is responsible for escorting the UAC to the URM program.

If gaps in the minor's case file are discovered after the UAC is released to the URM program, the URM program works with the sending care provider records liaison to obtain the missing information (see **Quick Glance: Requesting Records from Other Care Provider Programs** in Section 2.2.2).

## 2.7.1 Approve Release Decisions

📖 **See Section 2.7.1 of the UAC Policy Guide**

### PROCEDURES

All parties follow the procedures described in **2.7 Recommendations and Decisions on Release** on the Release Recommendation process and the procedures described below.

1. **At the same time that the Case Manager submits the *Release Request* to the Case Coordinator for review, the Case Manager:**

   - Emails separate notices of pending release to 1) ICE Field Office Juvenile Coordinator (FOJC) and 2) the legal services provider or attorney of record based on the email template below.

   - Generates the *Discharge Notification Form* in the UAC Portal by clicking on "add new" on the Discharge Notification section which is located under the "Discharge Tab." (**Fig. 2.17** shows the discharge section under the Discharge Tab and the *Discharge Notification Form*). The *Discharge Notification Form* is continually updated throughout the release process.

---

| ✉ **Email Template: Notice of Pending Release** |
|---|

| **ICE FOJC Email** | |
|---|---|
| **From:** | Case Manager |
| **To:** | DHS/FOJC |
| **Cc:** | Case Coordinator, PRS Provider, if applicable |
| **Subject:** | [WARNING: MESSAGE ENCRYPTED] Pending Release Decision [include last four digits of UAC A#] |
| | |
| **Body:** | [Name of facility] is pending release decision for the minor mentioned above. See encrypted attachment with minor's information. |
| | |
| | Password will be sent shortly. |
| | |
| **Attachments:** | Word document that includes: |
| | • UAC Full Name |
| | • A# |
| | • DOB |
| | • COO |
| | • Facility |
| | • Release Request submitted date |
| | |
| **Legal Service Provider or Attorney of Record Email** | |
| **From:** | Case Manager |
| **To:** | Legal Service Provider or Attorney of Record, Child Advocate, if applicable |
| **Subject:** | [WARNING: MESSAGE ENCRYPTED] Pending Release Decision [include last four digits of UAC A#] |
| | |
| **Body:** | |

GOV-00024883

[Name of facility] is pending release decision for the minor mentioned above. See encrypted attachment with minor's information.

Password will be sent shortly.

**Attachments:** Word document that includes:
- UAC Full Name
- A#
- DOB
- COO
- Facility
- Release Request submitted date

**NOTE:** Case managers must password protect Personally Identifiable Information (PII). Attached documents must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately. A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

## Fig. 2.17 Discharge Section and Form

### (a) Discharge Notification Section



### (b) *Discharge Notification Form*



Defendants' Prod. Vol. 5                                                    24884

GOV-00024884

2. The care provider collaborates with the sponsor to ensure the UAC is released as quickly as possible (preferably **within 3 calendar days** after ORR approves the release). ☏☎

3. The Case Manager ensures that documents and items that will accompany the UAC at time of release are secure.  (See **2.8 Release from ORR Custody** for how the Case Manager "exits" the UAC from the program.) 🗐

## 2.7.2 Approve Release with Post-Release Services

📖 **See Section 2.7.2 of the UAC Policy Guide**

### PROCEDURES

1. **Within 1 business day** of the FFS approval of the *Release Request* in the UAC Portal, the Case Manager makes a referral for PRS using the same referral process as described under home studies and ensures that all documents in the UAC Portal are updated. ☏🖐
   **NOTE:** The UAC may be released from ORR custody before the PRS referral is accepted by a PRS Provider.

2. Once a PRS Provider accepts a referral in the UAC Portal and reviews the case information, the provider makes contact with the sponsor/UAC within **2 business days**. ☏✉

3. The Case Manager ensures that documents and items that will accompany the UAC at time of release are secure. 🗐

## 2.7.3 Conduct a Home Study before a Final Decision Can be Made

📖 **See Section 2.7.3 of the UAC Policy Guide**

### PROCEDURES

All parties follow procedures for requesting a home study that are described **2.4.2 Home Study Requirement**. If the FFS approves the release following the home study report, all parties complete the release process described above for a Release with Post Release Services (see **2.7.2 Approve Release with Post-Release Services**). 📖✏️✉️

---

## 2.7.4 Deny Release Request

📖 **See Section 2.7.4 of the UAC Policy Guide**

### PROCEDURES

The process for denying release to a sponsor varies on the sponsor category.

See **2.7.7 Notification of Denial** for additional procedures. 🕐☎️

**Denial to Category 1 Sponsors**

1. The FFS follows the procedures outlined in the "Case Consultation" tab in ORR Connect and completes the form *Recommendation to Deny Release* which includes a section summarizing the findings, such as home study results, police report results, if applicable, and other information.  The FFS includes supporting documentation, such as the home study summary, police reports, court orders, if applicable, and other information. The FFS also drafts a denial letter from the ORR Director to the Category 1 sponsor outlining the reason for the denial based on the template in ORR Connect Case Consultation tab. 📖📄

2. Once the FFS enters *the Recommendation to Deny Release* form into the ORR Connect, the request is reviewed in sequence by the FFS supervisor, the Senior Advisor for Child Well-being and Safety, the DUCO Division Director, the Deputy Director for Children's Programs, and the ORR Director. During the review step by the Senior Advisor for Child Well-being and Safety, the Senior Advisor staffs a Case Review Committee, comprised of ORR staff in headquarters, to provide additional input to the decision 📖

3. Upon notification by ORR Headquarters that the review was complete, the FFS completes the *Release Request* and sends the email based on the Email Template: Notification of Final Release Decision. 📖📄✏️✉️

4. Assigned ORR headquarters staff complete the procedures in **2.7.7 Notification of Denial** to notify the Category 1 sponsor. 📖

**Denial for Category 2A/B or 3 Sponsors**

1. The FFS determines that the case should be denied and updates the *Release Request* (documenting the justification for the denial) and notifies the Case Manager and the Case Coordinator based on the email template: Notification of Final Release Decision. 🖐✉

2. The Case Manager then notifies via email the other parties, including the legal service provider or attorney of record, and if applicable, the child advocate and home study provider. ✉🖐

# 2.7.5 Remand Release Request—Decision Pending

📖 **See Section 2.7.5 of the UAC Policy Guide**

## PROCEDURES

If the FFS determines that outstanding issues require a remand release decision, the FFS documents the date of the remand in the *Release Request* with an explanation and which party is responsible for addressing the outstanding issue.📖🖐

# 2.7.6 Issues Related to Recommendations and Decisions

📖 **See Section 2.7.6 of the UAC Policy Guide**

# 2.7.7 Notification of Denial

📖 **See Section 2.7.7 of the UAC Policy Guide**

## PROCEDURES

When ORR denies release to a potential sponsor, the procedures for notification vary depending on the sponsor category.

<u>**Notification of Denial to a Potential Category 1 Sponsor**</u>

1. **Within 30 business days** of the potential sponsor's submission of a completed application and supporting documents, the sponsor receives a formal denial decision letter from the ORR Director.  The denial letter includes the following:
   - Reason for the denial
   - Instructions on how to obtain the UAC's case file
   - Supporting materials/information that formed the basis for the decision
   - Explanation of how to appeal the decision.

   The process for notifying the sponsor is described in the steps below. 🕑

2. **As soon as the ORR Director signs the formal denial decision letter**, the designated staff in the ORR Director's office sends the formal letter with any supporting materials to the sponsor (either through an email or through expedited mail). The designated staff also notifies the FFS who submitted the case for review through the Case Consultation process based on the email template below. 🕑 ✉/🗄

| ✉ **Email Template: ORR Headquarters Category 1 Denial Notification to FFS** |
|---|
| **From:** Designated staff in the ORR Director's Office |
| **To:** FFS |
| **Subject:** Category 1 Denial [include sponsor's initials] |
| **Body:** The ORR Director has denied sponsorship for the category 1 sponsor applicant identified in the attached password protected file. The sponsor applicant will receive the formal decision letter, any supporting documentation and an explanation of how to appeal the decision from the ORR Director. <br><br> Please notify the care provider of this decision. <br> Password will be sent shortly. |
| **Attachments:** Word document that includes: <br> • Sponsor Full Name <br> • UAC Full Name <br> • A# |

**NOTE:** Case managers must password protect Personally Identifiable Information (PII). Attached documents must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately. A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

3. **Within 5 days of receiving notification of the formal denial decision,** the Case Manager notifies the UAC of a denial decision and schedules additional counseling sessions as necessary. ☺

4. If the reason for denial is based on concerns related to the UAC (i.e., the UAC was determined to be a danger to self or others), the Case Manager provides the UAC with a copy of the ORR Director's denial letter. The Case Manager schedules an appointment with the Clinician to discuss the letter with the UAC.

**Notification of Denial to a Potential Category 2A/B or 3 Sponsor**

1. **Within two business days of the FFS denial decision,** the Case Manager notifies the potential Category 2A/B or 3 sponsor verbally that they have been denied sponsorship.

2. The Case Manager notifies the UAC of the denial after notifying the potential sponsor by phone (documenting the conversations in case management notes in the UAC case file). The Case Manager may also notify the UAC's parents.

3. If the reason for denial is because the UAC was determined to be a danger to self or others), the Case Manager provides the UAC with a letter from the ORR Director. See **2.7.4 Deny Release Request,** which includes information about the UAC's ability to appeal and access to a *Flores* bond hearing. The Case Manager schedules an appointment for the clinician to discuss the letter with the UAC.

**Additional Q&As on Denial Notification**

*Q1: UAC Policy Guide Section 2.4.2 requires the potential sponsor to receive a copy of the home study report if the release request is denied. Does the care provider or ORR send the home study report?*
A1: ORR will send the home study report.

*Q2: Is the home study report sent to all denied sponsors, or only Category 1 denied sponsors?*
A2: ORR sends the report only to potential Category 1 sponsors.

*Q3: The home study report may include third party information and assessments not generated by ORR. Will this information be included when sending the home study report to the denied sponsor?*
A3: The home study report is ORR property. ORR will redact PII and other private information, as applicable. ORR may include third party information or assessments in the home study report.

*Q4: Is ORR required to secure* Authorizations of Release of Information *or consent from the UAC if the home study report contains information concerning adult household members or UAC 14 years old or older?*

A4: Adult household members will have already signed an *Authorization for Release of Information* as part of the background check process. ORR may release information related to their case as necessary, in accordance with applicable law. ORR will protect PII and other private information, as applicable.

## 2.7.8 Appeal of Release Denial

📖 **See Section 2.7.8 of the UAC Policy Guide**

### PROCEDURES

1. A parent, attorney, or child who wants to file an appeal of a release denial must request an appeal **within 30 business days of receipt of the ORR Director's denial letter** using the Appeals Request Form that is included in the Director's letter or by writing their own appeal, which must include the information requested on the form. The Appeals Request includes: the basis for the request; additional evidence, if any; and the choice of a hearing by phone, videoconferencing, or no hearing.  ⊕📄✉

2. The Assistant Secretary sends an acknowledgement letter to the requester **within 5 business days of receipt of the appeal request**. The letter includes: date stamped appeal request, confirmation of a hearing or no hearing, an explanation of the appeals process, and a notice that the requester will be contacted by the Assistant Secretary's office to schedule and arrange a hearing (if requested). Whenever possible, the Assistant Secretary completes the appeals process **within 30 days**. ⊕📄✉

3. The Assistant Secretary requests information from ORR, which it must provide **in 5 business days**, determines if ORR submitted new information that the requester doesn't have and shares that with the requester to allow for a response. The Assistant Secretary then shares the file which includes what information will be considered and protocol for presentation of arguments, testimony and evidence with all parties concerned, and sets a hearing date, if requested. ⊕📄✉

4. If no hearing is requested, the Assistant Secretary reviews the case (using *de novo* review standard) and provides a final decision to either uphold or reverse the Director's decision. The Assistant Secretary sends the written decision to the requester and to ORR **within 30 business days of the appeal request whenever possible**. ⊕📄✉

5. If a hearing is requested, the Assistant Secretary reviews the case (using a *de novo* review standard) as well as the arguments, testimony, and evidence presented at the hearing and any follow up questions asked by the Assistant Secretary after the hearing and provides a final decision to either uphold or reverse the Director's decision. The Assistant Secretary sends the decision to the requester and to **ORR within 30 business days of the appeal request whenever possible**. ⏰🖥✉

**NOTE:** The Assistant Secretary's decision is the final administrative decision of the agency.

<u>Additional Q&A on Appeal of Release Denial</u>

*Q1: According to UAC Policy Guide section 2.7.7, UACs who have been denied release solely because they are determined to be a danger to themselves or the community may appeal their release denial. Does this apply to all UAC release denials, or only to Category 1 denials?*

A1: This policy applies to all UAC regardless of category.

# 2.8 Release from ORR Custody

📖 **See Section 2.8 of the UAC Policy Guide**

## OVERVIEW

Prior to physical release, the care provider explains to the UAC and the sponsor the responsibilities, rights, and resources associated with release from care. The care provider prepares for the physical release and for exiting the UAC from the program.

| Key Players | Responsibilities |
|---|---|
| Case manager | Explains to the UAC and the sponsor their rights and responsibilities. Ensures that UAC's belongings are given to the UAC and sponsor at time of release along with documents, and informs stakeholders of the discharge date. |
| Sponsor | Agrees to provisions outlined in the Sponsor Care Agreement |

| Related Forms/Instruments | Used By |
|---|---|
| *Discharge Notification Form* | Case manager |
| *ORR Notification to ICE Chief Counsel Release of Unaccompanied Alien Child to Sponsor and Request to Change Address* | Case manager |
| *Verification of Release* | Case manager, UAC and sponsor |

| Sponsor Care Agreement | Sponsor |
|---|---|
| *EOIR Change of Venue Motion* and *EOIR Alien's Change of Address Form/Immigration Court (EOIR - 33/IC)* | Case manager, attorney of record, and sponsor |
| *SWB Call Follow Up Report* | Care provider, CFS |

## PROCEDURES

1. The case manager ensures that all the UAC's belongings and documents are collected and ready to provide to the UAC and sponsor at time of release (see **Quick Glance: Items That Accompany UAC at Release**). 🗐

### Quick Glance: Items That Accompany UAC at Release

- UAC personal belongings, including clothing, money, valuables, and items obtained during the UAC's stay at the referring care provider

- Immigration case related documents: Form I-862 Notice to Appear, other notifications, and, if applicable, original trafficking eligibility letter, I-360 approval notice, asylum letter

- Verification of Release (original copy is given to the UAC and sponsor)

- 30-day medication supply

- All health (medical, mental, and dental) records, including lab test results. immunization records, medication lists, office/ER visit notes, and Sponsor Letters (if applicable)

- Name and contact information of medical, mental health, and dental care providers so sponsor and UAC may request additional records, if needed

- Notice of any follow up medical appointments, as needed

- Original documents (birth certificates)

- Original notarized Letter of Designation for Care of a Minor, if applicable

- Educational assessments and records

- Post release safety plan as needed

- Any change of venue and change of address documents

2. **Immediately before the UAC physically leaves the program,** the case manager:
   - "Exits" the UAC from the program in the UAC Portal which generates a "trigger report," the *Verification of Release*. The case manager prints out a copy for the UAC and sponsor upon release.

- The care provider updates the discharge date and time on the *Discharge Notification Form*. 🕐📃⌐🖰

    **NOTE:** To exit the program, the case manager goes to the Discharge section of the UAC Portal and clicks on "add new" to the Program Exit form. The date of discharge will be auto-populated on the current date and the type of discharge will be populated based on the selections made in the *Discharge Notification* Form. Click "save" to discharge the UAC from the program. ⌐🖰🕐

3. The Case Manager coordinates with the legal service provider or attorney of record to ensure completion of the *EOIR Change of Venue Motion* and *EOIR Alien's Change of Address Form/Immigration Court (EOIR - 33/IC)*, and to provide the sponsor and UAC with instructions for filing Change of Venue Motions and Change of Address forms if the sponsor subsequently moves.

    Blank copies of each immigration court's Change of Address Form may be accessed here:

    **https://www.justice.gov/eoir/form-eoir-33-eoir-immigration-court-listing**

4. **Within 24 hours after the UAC's physical release from the care provider,** the case manager sends the *Discharge Notification Form* to DHS and other stakeholders based on the template below. 🕐📃✉

5. The case manager notifies the ICE Office of Chief Counsel and EOIR Immigration Court Administrator using the trigger report, *ORR Notification to ICE Chief Counsel Release of Unaccompanied Alien Child to Sponsor and Request to Change Address*, which is stored in the UAC's file in the Portal. **Fig. 2.18** is a partial snapshot of the form. There are regional variations regarding how this notice is sent, some programs send via email and mail. Other programs mail the notice. Case manager should work with their FFS if there are any questions regarding this procedure. 📃⌐🖰✉/🖃

| ✉ **Email Template: To Stakeholders Following Release** |
|---|

| **From:** | Case Manager |
|---|---|
| **To:** | ICE/FOJC |
| | ICE Office of Chief Counsel (OCC) |
| | EOIR Immigration Court Administrator |
| | UAC's Legal Service Provider or Attorney of Record |
| | VOLAG, if applicable |
| | Child Advocate, if applicable |
| | |
| **Subject:** | [WARNING: MESSAGE ENCRYPTED] Discharge Notification for [include last four digits of UAC A#] |

GOV-00024893

| | |
|---|---|
| **Body:** | Password will be sent shortly. |
| **Attachments:** | *Discharge Notification Form* |

**NOTE:** Case managers must password protect Personally Identifiable Information (PII). Attached documents must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately. A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

**Fig. 2.18 Partial Snapshot of the *ORR Notification to ICE Chief Counsel Release of Unaccompanied Alien Child to Sponsor and Request to Change Address***

ORR Release Notification

ORR NOTIFICATION TO ICE CHIEF COUNSEL RELEASE OF UNACCOMPANIED
ALIEN CHILD TO SPONSOR AND REQUEST TO CHANGE ADDRESS

ORR has determined that the below Juvenile Respondent should be released to a sponsor. The Director of the Office of Refugee Resettlement, Department of Health and Human Services requests that the Chief Counsel, Immigration and Customs Enforcement, Department of Homeland Security notify the Executive Office of Immigration Review of the change of address.

| Date of Request: | Name of Requestor | Title | Telephone Number |
|---|---|---|---|
| 08/03/2017 | | | |

Juvenile Respondent's Alien Number, complete name and aliases, date of birth and claimed country of origin:

## 2.8.1 After Care Planning

📖 **See Section 2.8.1 of the UAC Policy Guide**

## 2.8.2 Transfer of Physical Custody

📖 **See Section 2.8.2 of the UAC Policy Guide**

### PROCEDURES

In the event that a sponsor is not able to pay fees associated with commercial airfare, and a child's physical release would be otherwise delayed by 72 hours or more, care providers are authorized to use program funds to purchase airline tickets.  This includes the cost of an escort when required by the airline or ORR policy.