# EXHIBIT O

# Office of Refugee Resettlement Unaccompanied Alien Child Program

ADMINISTRATION FOR CHILDREN & FAMILIES

# ORR Background

The Office of Refugee Resettlement (ORR) is committed to helping refugees and other vulnerable populations transition into their new lives in the United States by providing benefits, services and linkages that enable them to achieve self-sufficiency and become integrated members of U.S. society.

ORR is part of the U.S. Department of Health and Human Services' (HHS) Administration for Children & Families (ACF)

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Who are UAC?



# Who are UAC?

Unaccompanied alien children or "UAC" are children and youth who enter the United States without lawful immigration status and are without a parent or legal guardian in the United States who is available to provide care and physical custody.

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Who are UAC?

| Country of Birth | FY15 | FY16 | FY17 | FY18 |
|---|---|---|---|---|
| El Salvador | 29% | 34% | 27% | 12% |
| Guatemala | 45% | 40% | 45% | 54% |
| Honduras | 17% | 21% | 23% | 26% |
| Mexico | 6% | 3% | <3% | 3% |
| All Others | 3% | 2% | 3% | 4% |

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Who are UAC?

| Age | FY15 | FY16 | FY17 | FY18 |
|-----|------|------|------|------|
| 0-12 | 17% | 18% | 17% | 15% |
| 13-14 | 14% | 14% | 13% | 12% |
| 15-16 | 38% | 37% | 37% | 37% |
| 17+ | 30% | 31% | 32% | 36% |

ADMINISTRATION FOR CHILDREN & FAMILIES

# Who are UAC?

| Gender | FY15 | FY16 | FY17 | FY18 |
|--------|------|------|------|------|
| Male | 68% | 67% | 68% | 71% |
| Female | 32% | 33% | 32% | 29% |

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Unaccompanied
# Alien Children Program

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Quick Guide to Legal Authority

- _Flores_ Settlement: Minimum standards for services; placement of UAC in State licensed shelters; access to legal representation and information; placement of UAC in least restrictive environment

- Homeland Security Act of 2002 § 462: UAC placement, care giving and release authority to ORR; data keeping; defines UAC; pro bono outreach and legal notices.

- Trafficking Victims Protection Reauthorization Act of 2008 §235: UAC transfer to HHS custody within 72 hours upon apprehension or discovery barring exceptional circumstances; releases to sponsors; home study and post-release service requirements;  further restrictions on use of secure care providers

ADMINISTRATION FOR
CHILDREN & FAMILIES

# *Flores* Settlement Agreement

"Licensed program" absent an emergency or influx

Release order preference of parents/legal guardians for those not a danger, and then other sponsors, including family and family friends, as well as licensed programs

Requires that children receive specific services and have certain rights while in the care of a licensed program

ADMINISTRATION FOR
CHILDREN & FAMILIES

# *Flores*: Minimum Standards

- Proper physical care and maintenance, living accommodations, food, clothing, personal groom items.

- Case Management and release services (formerly called "family reunification")

- Individual and Group Counseling

- Individualized needs assessments

- Medical and dental services, family planning services, immunizations

- Educational Services

- Recreation/Leisure

- Acculturation

- Access to Religious Services

- Visitation with family/communication with family

- Legal Services Orientation and access to  legal services

- Transportation / Escort



# How are UAC referred to ORR?

In most cases, UAC are apprehended by immigration officials from DHS and then referred to the care and custody of ORR.

UAC are also referred to ORR by:
- Port of Entry
- State and Local child welfare

ADMINISTRATION FOR
CHILDREN & FAMILIES

# UAC Referrals by Fiscal Year



# UAC Program

ORR has the following responsibilities while caring for UAC entering the United States:

- Making and implementing placement decisions for the UAC
- Ensuring the child's interests are considered in decisions related to the care and custody of UAC
- Providing home assessments for certain categories of UAC at risk
- Conducting follow-up services for certain categories of children

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Types of Programs

- **Shelter**: UACs age 13 and over with no or very minimal criminal history.

- **Staff-Secure**: 1.2.4 of the Policy Guide: UACs who require close supervision, but do not require placement in a secure care provider facility.

- **Secure**: 1.2.4 of Policy Guide: UAC poses a danger to self or others; or has been charged with or convicted of a criminal offense, or is chargeable with such an offense.

- **Residential Treatment Center**: 1.4.6 of the Policy Guide: UAC who has a psychiatric or psychological issue that cannot be addressed in an outpatient setting.  Licensed psychologist or psychiatrist makes finding.

- **Transitional Foster Care**: UACs under 13, related minors with one minor under 13, pregnant/parenting teens, or UACs with special needs.

- **Long Term Foster Care**: UACs who are expected to have a protracted stay in ORR custody due to a lack of viable sponsorship or due to eligibility for immigration relief.

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Care Provider Staff

- **Youth care workers** spend 24 hours a day with UAC, providing direct supervision of all UAC activities.

- **Case Managers** work to identify and screen a potential sponsor for UAC to live with while they await their immigration hearing.

- **Medical Staff** provide routine medical care for UAC, which includes an initial medical examination, appropriate follow-up care, and vaccinations.

- **Mental Health Clinicians** meet with UAC in weekly sessions. They screen for trauma, distress, and mental illness.

ADMINISTRATION FOR
CHILDREN & FAMILIES

# UAC Programming

- **Education:** Daily education activities onsite

- **Know your rights**: Presentations from legal services providers about UAC's legal rights

- **Phone calls:** Two phone calls a week to family or potential sponsor

- Access to religious services

- Access to counseling, pre-programmed phones, and legal service providers

**ADMINISTRATION FOR CHILDREN & FAMILIES**

# Length of Care

On average, UAC spend 60 days in ORR care

However, there is no time limit.

ORR's top priority is identifying an appropriate sponsor

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Sponsorship Process

| | | |
|---|---|---|
| Case Manager identifies sponsors w/UAC and UAC family | Case Manager contacts Sponsor. Sponsor files application | Sponsor background check and assessments completed. |

  

| | | |
|---|---|---|
| FFS Makes release decision *or* approves HS be performed | Case Coordinator Third Party Recommendation | Case Manager Recommendation |

 



# Sponsorship Process

Care provider staff work with the UAC's potential sponsor to complete the family reunification package.

There are four categories of sponsors:
- – Category 1
- – Category 2
- – Category 3
- – Category 4

ADMINISTRATION FOR
CHILDREN & FAMILIES



# What happens when a UAC is ready to release?

UAC shelter staff coordinate the transportation/ reunification with sponsor

UAC are released to sponsor

UAC live with their sponsor in the community and go to their immigration court hearings

ADMINISTRATION FOR CHILDREN & FAMILIES

# **Monitoring**



# ORR staff

## ORR Staff

– Federal Field Specialist (FFS)

– FFS Supervisor

– Contract Field Specialist (CFS)

– Project Officers

## Independent Third Party (non-ORR)

– Case Coordinator

ADMINISTRATION FOR
CHILDREN & FAMILIES

# Monitoring Activities

ORR monitoring is an ongoing, multi-layered process that includes the following activities:

- Desk Monitoring
- Routine site visit monitoring
- Site visits in response to a request
- Monitoring visits

Most programs are state licensed and are subject to monitoring by the state.

ADMINISTRATION FOR
CHILDREN & FAMILIES

| Team | Activities | Timeframe |
|------|-----------|-----------|
| ORR Monitoring Team | Review policy and procedures, reports, case files over a five day visit and inspection | Every two years |
| Contractor Field Specialist | Routine site visits to observe the facility. Visits may be announced or unannounced. | One or two times per month |
| ORR Project Officer | Conducts ongoing desk monitoring by reviewing all required documents and reports | Ongoing |
| ORR Federal Field Specialist | FFS are the "eyes and ears" and are in constant communication with the programs | Ongoing |

ADMINISTRATION FOR
CHILDREN & FAMILIES