# Exhibit V

ORR March 20 Field Guidance



**Frequently Asked Questions for Office of Refugee Resettlement (ORR) Programs Related to COVID-19**
Updated: March 20, 2020

**Personnel**:

*Q1: May grant funds be used to pay for unscheduled leave taken by grantee care provider (or sub-recipient) staff?*
A1: Yes, if the grantee's (or sub-recipient's) written internal policies and procedures allow for such unscheduled leave, when paid from all funding sources (both Federal and non-Federal). If a formal policy is not in place, then the grantee should adopt one as soon as possible. The policy(ies) should be in compliance generally with 45 CFR Part 75, but more specifically with 45 CFR 75.402-404 (reasonable and allowable costs); 45 CFR 75.432 Compensation – fringe benefits, and 45 CFR 75.437 Employee health and welfare costs.

*Q2: Should care provider staff be asked to use their personal leave if they have contracted or been exposed to COVID-19?*
A2: If the employee reasonably believes they have contracted or been exposed to COVID-19, ORR strongly recommends that they should NOT be required to use personal leave, but may qualify under your policies for sick or other leave and continue to be paid as normal, consistent with those policies, in order to avoid exposure to the virus. Leave policies should be in compliance generally with 45 CFR Part 75, but more specifically with 45 CFR 75.402-404 (reasonable and allowable costs); 45 CFR 75.432 Compensation – fringe benefits, and 45 CFR 75.437 Employee health and welfare costs.

*Q3: Will care providers pay the employee if their illness is COVID-19 associated (diagnosed or exposed)?*
A3: Yes, if the individual tests positive or remains quarantined due to COVID-19 exposure. If they are tested and are sick from another illness, appropriate sick or other leave must be used. Again, leave policies should be in compliance generally with 45 CFR Part 75, but more specifically with 45 CFR 75.402-404 (reasonable and allowable costs); 45 CFR 75.432 Compensation – fringe benefits, and 45 CFR 75.437 Employee health and welfare costs.

*Q4: How long may grantee staff be paid if quarantined?*
A4: Currently, ORR recommends paying quarantined staff for the CDC recommendations or for as long as a doctor recommends.

*Q5: May care providers pay their staff overtime during this period?*
A5: Yes, the care provider must contact their ORR Project Officer and Grants Management Specialist if they need to move funds in order to compensate staff for overtime.

**Unification**:

*Q6:  Are care providers able to fly unaccompanied alien children (UAC) for reunification, or should ground transportation be utilized?*
A6: At this time, care providers may still use air travel for the purpose of unifying a child with their sponsor. Before traveling, please assess the safety of the locations the minors will be traveling to.  If there is a known exposure risk or a community lockdown, please work with your Federal Field Specialist (FFS) to postpone release until it is safe for the minor to travel[1]. At the time of this writing, the White House and the Centers for Disease Control and Prevention (CDC) have not issued domestic travel restrictions within the United States. Please review the latest recommendations and guidance on the CDC's website:  https://www.cdc.gov/coronavirus/2019-ncov/travelers/index.html.

*Q7: May care providers reduce the number of staff who escort UACs who are unifying with their sponsors?*
A7: Yes, programs may reduce the number of staff who escort children on flights, as long as the ratio is reasonable. Per ORR Policy Guide 3.3.14, to the greatest extent possible under the circumstances, when transporting UAC, care providers will assign transport staff of the same gender as the child or youth.  Additionally, the CDC is not recommending individuals to self-quarantine unless exposed directly to COVID-19 per the following guidance: https://www.cdc.gov/coronavirus/2019-ncov/travelers/index.html. Care providers may also use the CDC's risk assessment guidance as a resource when arranging travel for UACs who are unifying with their sponsors: https://www.cdc.gov/coronavirus/2019-ncov/php/risk-assessment.html and https://www.cdc.gov/coronavirus/2019-ncov/community/index.html

*Q8: Is there any flexibility on the requirement to physically transfer custody of a UAC to a sponsor within 3 days of an approved release?*
A8: To the greatest extent possible, care providers should secure transportation for the child within 3 days after ORR approves release. However, if care providers are having issues securing transportation or finding an escort for the reunification, care providers must make a concerted effort to release the child as close to the required time frames as possible, and also note the reasons for the delay in relevant documentation. Alternatively, sponsors can also make arrangements to pick a UAC up directly from the care provider.  Please assess the safety of the locations the minor will be traveling to before releasing the minor to their sponsor.  If there is a known exposure risk or a community lockdown, please work with your FFS to postpone release until it is safe for the minor to travel.

**Services**:

*Q9: Will care providers still be held to the mandated timeline for certain services (i.e., an initial medical exam within 48 hours), or will there be flexibility given the strain of resources in some communities and programs during this crisis?*
A9: To the greatest extent possible, care providers should meet service requirements within ORR's required time frames. However, if constraints on resources and staffing prevent care providers from meeting the timelines for all services, care providers must make a concerted effort to meet the

---

[1] As outlined in 45 CFR Part **410.301**(a) "ORR releases a UAC to an approved sponsor without unnecessary delay, but may continue to retain custody of a UAC if ORR determines that continued custody is necessary to ensure the UAC's safety or the safety of others, or that continued custody is required to secure the UAC's timely appearance before DHS or the immigration courts."

requirements as close to the required time frames as possible, and also note the reasons for the delay in relevant documentation.

*Q10: Can Transitional Foster Care programs provide gift cards to compensate Foster Parents for the cost of the meals and snacks that children would normally eat during school hours?*
A10: It is ORR's responsibility to bear the cost of care for UAC. Keeping this in mind, care providers should renegotiate the rate at which they pay the foster parents to include the additional meals. Because the duration of these events is unknown at this time, an alternative approach is for care providers to set up a system by which foster parents can request reimbursement from the care provider for the additional meals, and the care provider can subsequently request reimbursement from ORR for these amounts.
In addition, for awareness, USDA is helping school districts across the country set up meal distribution sites where children can pick up meals and take them home. Grantees may encourage foster parents to call their local school district office or social services agency to find out about options available in their area.

*Q11: If necessary, can care providers provide remote case management and clinical services through telephone or video conferencing?*
A11: Yes, case managers and clinicians may provide remote case management and clinical services, as long as the care provider has that functionality in place. If a minor is in a crisis/emergency situation, the program is expected to provide face to face intervention.

*Q12: Can Legal Service Providers (LSPs) provide legal services through telephone or video conferencing?*
A12: Yes, LSPs may use telephone or video conferencing to provide services to UACs. Care providers should work in coordination with the LSPs to assure the continuity of legal services as a mission critical requirement to UAC.

*Q13: Can care providers still take UACs on community outings at this time?*
A13: At this time, care providers should generally avoid taking children to public spaces and should review current guidance and recommendations of "social distancing" by the White House, CDC, and state/local governments. Note: Providers must ensure minors are still going outside for exercise and fresh air as long as shelters are able to maintain social distancing. See CDC's recommended guidance: https://www.cdc.gov/coronavirus/2019-ncov/community/index.html and the White House's recommended guidance: https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf

*Q14: How long can UACs in TFC and LTFC programs remain out of school? If programs are not prepared for virtual learning are any budget modifications allowed to allow programs to obtain the necessary equipment?*
A14: Care providers should follow the educational guidance of their local communities (following recommendations provided by state/local governments, or the local board of education). At this time, if care providers require modification of their budgets to add provisions for interim educational services, they must contact their ORR Project Officer as soon as possible.

**Medical**:

Q15: *Will assistance be available for maintaining inventory of Personal Protective Equipment (PPE), if necessary?*
A15: Programs should use all commercial resources available to them to maintain an appropriate inventory of PPE, while keeping in mind the nationwide shortage for these materials.  If all other efforts have been exhausted, programs should contact the following email, UAC_COVID-19@acf.hhs.gov and the response team will attempt to assist with PPE shortfalls.

Q16:  *If a UAC is hospitalized, should the program still visit the child in the hospital?*
A16:  Staff should follow the hospital's visitation protocols and their state licensing requirements. If the hospital prohibits visitors, the care provider should be checking in with the UAC by telephone every day and connecting with supervising medical staff on a regular basis.

**Staffing and Supervision:**

Q17: *If many staff are absent due to illness, quarantine, or issues with their own childcare, to the point where they do not meet ORR minimum staffing ratios, what should the program do?*
A17: If a care provider is at risk of not maintaining required staff supervision ratios, please contact your assigned ORR Project Officer immediately to discuss next steps.

Q18: *To ease any staffing or supervision shortfalls, if a care provider has multiple programs in one concentrated area, can they consolidate children in one shelter, as long as it meets licensing requirements?*
A18: Yes, as long as the care provider still meets state licensing requirements.  The care provider should contact their ORR Project Officer, FFS, and the Intakes team to discuss.

Q19: *Will ORR consider paying for grantee employees' personal child care while they are working?*
A19: No, ORR cannot compensate grantee employees for their personal child care expenses.