# Exhibit W

ORR March 20 Stop Placement

**From:** @Vera.org>
**Sent:** Friday, March 20, 2020 3:27 PM
**To:**

**Subject:** RE: COVID-19 Stop Placements

Dear
Thank you for sharing.  We will share with our subcontractors.
On the call we were told there was a stop placement for Washington, New York and California.  I see a number of other sites outside of those states on the list below but I assume that is a safeguard given the social distancing best practice and the conditions at the program (not because of suspected infection at those sites).  Is that correct?
We see Canaan New York on the list.  Is that operational?  We had not yet been informed they were up and running.
Thank you,


**From:** @acf.hhs.gov>
**Sent:** Friday, March 20, 2020 11:08 AM
**To:** @Vera.org>; Vera.org>; @Vera.org>; @Vera.org>; @vera.org>
**Cc:**

**Subject:** COVID-19 Stop Placements


*** PLEASE NOTE: EXTERNAL EMAIL ***

Good Afternoon All:
Hope all is well.  Please see the below stop placements in place as discussed in the earlier email correspondence related to COVID-19:

Regards,

| Program Name | Location | Bed Type | Date of Stop Placement |
|---|---|---|---|
| Alba Care Services | El Centro CA | TFC | 3/9/2020 |
| Alba Care Services | Moreno Valley | TFC | 3/9/2020 |
| BCS Modesto | Modesto, CA | TFC | 3/9/2020 |
| BCFS Fairfield (Staff Secure) | Fairfield CA | Staff Secure | 3/9/2020 |
| Crittenton | Fullerton, CA | LTFC | 3/9/2020 |
| Crittenton | Fullerton, CA | Shelter | 3/9/2020 |
| David & Margaret | La Verne, CA | LTFC | 3/9/2020 |
| David & Margaret | La Verne, CA | Shelter | 3/9/2020 |
| Friends of Youth | Renton, WA | Staff Secure | 3/9/2020 |
| Friends of Youth | Renton, WA | LTFC | 3/9/2020 |
| SWK Pleasant Hill | Pleasant Hill, CA | Shelter | 3/9/2020 |
| Urban Strategies Paz Naz | Pasadena, CA | TFC | 3/9/2020 |
| Morrison Shelter | Portland, OR | Shelter | 3/13/2020 |
| Rites of Passage Sycamore | Oracle, AZ | Shelter | 3/16/2020 |
| LSS NY | Bronx, NY | TFC | 3/16/2020 |
| LSS NY Safe Haven 2 | Bronx, NY | TFC | 3/16/2020 |
| LSS of New York - Shelter | Bronx, NY | Shelter | 3/16/2020 |
| Bethany Helping Hands | Womesldorf, PA | Shelter | 3/18/2020 |
| Urban Strategies Maranata | Waco, TX | TFC | 3/18/2020 |
| Mercy First | Syossett, NY | Shelter | 3/19/2020 |
| Mercy First | Syossett, NY | RTC | 3/19/2020 |
| Abbott House - LTFC | Bronx, NY | LTFC | 3/20/2020 |
| Abbott House - Shelter | Irvington, NY | Shelter | 3/20/2020 |
| Abbott House - TFC | Bronx, NY | TFC | 3/20/2020 |
| Berkshire Farm and Youth Center | Canaan, NY | Shelter | 3/20/2020 |
| Berkshire Farm and Youth Center (NEW PROG.) | Canaan, NY | TFC | 3/20/2020 |
| Catholic Guardian Services | Bronx, NY | Shelter | 3/20/2020 |
| Catholic Guardian Services LTFC | Bronx, NY | LTFC | 3/20/2020 |
| Catholic Guardian Services Shelter | Bronx, NY | Shelter | 3/20/2020 |
| Catholic Guardian Services Shelter | Bronx, NY | Shelter | 3/20/2020 |
| Catholic Guardian Services TFC (NEW CAP.) | Bronx, NY | TFC | 3/20/2020 |
| Cayuga Home for Children DBA Cayuga Centers | Bronx, NY | TFC | 3/20/2020 |
| Cayuga Home for Children DBA Cayuga Centers | New York | LTFC | 3/20/2020 |
| Children's Home of Kingston | Kingston, NY | Shelter | 3/20/2020 |
| Children's Home of Poughkeepsie NY | Poughkeepsie, NY | Shelter | 3/20/2020 |
| Children's Village - Shelter | Dobbs Ferry, NY | Shelter | 3/20/2020 |
| Children's Village - Staff Secure | Dobbs Ferry, NY | Staff Secure | 3/20/2020 |
| Children's Village - Therapeutic | Dobbs Ferry, NY | Therapeutic | 3/20/2020 |
| JCCA | Bronx, NY | LTFC | 3/20/2020 |
| Lincoln Hall | Lincolndale, NY | Shelter | 3/20/2020 |
| Rising Ground - Shelter | Yonkers, NY | Shelter | 3/20/2020 |
| Rising Ground - TFC | Yonkers, NY | TFC | 3/20/2020 |
| Rising Ground (f.k.a. Leake & Watts) LTFC | Yonkers, NY | LTFC | 3/20/2020 |
| Rising Ground Shelter | Yonkers, NY | Shelter | 3/20/2020 |
| Rising Ground TFC (NEW CAP.) | Yonkers, NY | TFC | 3/20/2020 |

Division of Unaccompanied Children Operations
Office of Refugee Resettlement
Mary E. Switzer Building, 5th Floor
330 C Street SW, Washington, D.C. 20201
(

[acf.hhs.gov](acf.hhs.gov)