# Exhibit Y

NY Guidance



**ANDREW M. CUOMO**
Governor

**SHEILA J. POOLE**
Commissioner

Dear Provider:

The Governor's most recent Executive Order, EO 202.7, as well as the associated Guidance issued by the Empire State Development Corporation, sets forth in-person work restrictions, effective as of March 21, 2020 at 8 pm, and until further notice.

These restrictions require all businesses and nonprofit entities to utilize telecommuting and work from home procedures to the extent possible.

Please remember that an **essential business is exempt from the restrictions mentioned above.**

Essential business includes congregate care facilities operated, licensed or certified by the Office of Children and Family Services (OCFS) including programs for youth in foster care and detention, run away and homeless youth programs, domestic violence programs. child care programs and adult care facilities.  The order also identified the following entities as essential businesses:  food banks;  human services providers whose function includes the direct care of patients in state-licensed or funded voluntary programs; the care, protection, custody and oversight of individuals both in the community and in state-licensed residential facilities; those operating community shelters and other critical human services agencies providing direct care or support.  **All these entities are exempt from the restrictions mentioned above.**

We are writing to confirm that your agency, which provide services to youth and/or adults in programs as described above and are operated, licensed or certified by OCFS, qualify for this exemption and should remain in operation to the extent necessary to provide those services.  This includes your administrative offices and those employees necessary to support the essential functions of your agency's mission.

Please remember to continue to maintain good hygiene and precautionary measures, as COVID-19 can be spread from infected individuals to others through close personal contact. Providers must encourage good hygiene and social distancing within the workplace and must keep staff home if they are sick.

Providers should regularly check the NYS DOH and OCFS websites for the latest guidance on COVID-19 as the outbreak evolves.
https://www.health.ny.gov/diseases/communicable/coronavirus/providers.htm

https://ocfs.ny.gov/main/news/COVID-19/



**ANDREW M. CUOMO**
Governor

**SHEILA J. POOLE**
Commissioner

**Guidance for NYS Office of Children and Family Services Programs**

**(funded, operated, licensed, regulated, or designated providers)**

**Department of Health 24/7 Hotline: 1-888-364-3065**

Dear Staff/Providers:

The following guidance is based on the most current Centers for Disease Control and Prevention (CDC) and NYS Department of Health (DOH) recommendations for prevention of the spread the novel coronavirus of 2019 disease (COVID-19) and the management of Persons Under Investigation (PUI). Specific additional guidance for residential programs is documented below. Please review this information, including the links below, with your program's leadership and staff and make any necessary adjustments to your program policies and protocols.  This guidance is not intended to address every potential scenario that may arise as this event evolves. OCFS encourages you to also monitor your Local Health Department guidance and keep in close contact with your OCFS regional office staff who have been instructed to immediately elevate priority issues of concern.

A. **Guidance for programs funded, licensed or regulated by OCFS when making home visits (including foster boarding homes oversight):**

When preparing or scheduling appointments for home-based visits, be sure to ask all clients or applicable family members the following 3 questions:

   1. Have you traveled to a country for which the CDC has issued a Level 2 or 3 travel designation within the last 14 days?;
   2. Have you had contact with any Persons Under Investigation (PUIs) for COVID-19 within the last 14 days, OR with anyone with known COVID-19?; and
   3. Do you have any symptoms of a respiratory infection (e.g., cough, sore throat, fever, or shortness of breath)?

- If the client or family members respond "Yes" to questions 1 OR 2, but "No" to question 3 (i.e., reports no symptoms of a respiratory infection) immediately consult the provider supervisor/ treatment team to assess whether there are any potentially urgent safety risks or behavioral health needs (e.g., medications, suicide or violence risk, etc.).

- If there are urgent needs, the provider supervisor/treatment team should assess whether those needs can be safely met remotely (e.g., e-prescribing, telephone assessment, telehealth visit, etc.). If the client must be seen to meet urgent needs, including behavioral health needs, the provider supervisor/treatment team should instruct the client to remain at home and contact their medical professional immediately. Instruct the impacted client or family member to use a mask, if available, place themselves in a separate room with the door closed if possible, and get assessed by a medical professional immediately before any visitation arrangements are made. Please contact your Regional Office to discuss urgent scenarios so they can provide guidance on a case by case basis.
    - If the client does not have urgent needs or those needs can be met remotely, please instruct the family/client to stay home and to contact the NYS DOH for further guidance, which may include a recommendation for a self-imposed quarantine for 14 days. The provider supervisor/caseworker supervisor/treatment team should also contact NYS DOH directly to relay the information from question 1 and 2.
- If the client or family members responds "Yes" to questions 1 OR 2, AND 3, (i.e., reports having symptoms):
    - Instruct the client to remain at home and contact their medical professional immediately.
    - Alternatively, the client may be referred to the nearest emergency room for immediate attention.
    - In all circumstances above, please instruct the client or family member to notify the receiving medical provider and transporter in advance of potential concern for COVID-19.
    - Please contact your Regional Office to discuss any urgent service needs so they can provide guidance on a case by case basis.

B. **Guidance for screening visitors/members of the public to OCFS facilities, residential and non-residential programs funded, licensed or regulated by OCFS:**

The below protocol is applicable to any facility or program that receives visitors or members of the public as a part of its daily operations. This includes members of the public who attend in-person administrative hearings in OCFS regional offices.

- All facilities, programs and offices receiving regular in-person contact with members of the public should immediately develop policies to schedule and pre-screen over the telephone all visits by non-client/residents-or-staff entities, including families, attorneys, case managers and social workers, using the three questions above.
    - Upon screening, if a potential visitor answers "Yes" to any of the three questions above, please politely instruct them not to visit the facility, program or office until the specific scenario can be further assessed. If a member of the public is scheduled to appear before an administrative law judge for an administrative hearing, the hearing will be adjourned until further notice.

- For those potential visitors who answer "Yes" to questions 1 OR 2, but "No" to question 3 (i.e., reports no symptoms of a respiratory infection), please also instruct them to contact the NYS DOH for further direction.

- For those potential visitors who answer "Yes" to questions 1 OR 2, AND also "Yes" to question 3, (i.e., reports having symptoms) please also instruct them to immediately contact their medical provider and Local Health Department, and to call 911 if they are experiencing serious symptoms (e.g., shortness of breath).

- Please also instruct the screened individual to notify the receiving medical provider and transporter in advance of potential concern for COVID-19.

- If facilities/program providers receive unscheduled visitors, either politely instruct them to leave and call to schedule a visit, or screen them appropriately before allowing entrance into the facility/program.

    o If upon screening, the unscheduled visitor answers "Yes" to any of the questions above, provide them a mask, if available, place them in a separate room with the door closed if possible, and have them assessed by a program medical provider using appropriate [Personal Protective Equipment](#) (PPE) if possible. If no qualified program medical provider is available, ask that they contact their own medical professional immediately.

    o Alternatively, they may be referred to the nearest emergency room for immediate attention.

    o In all circumstances above, please also instruct the screened individual to notify the receiving medical provider and transporter in advance of potential concern for COVID-19.

**\* PLEASE NOTE – Screening for current residents at OCFS facilities or residential programs funded, licensed or regulated by OCFS (include Runaway and Homeless Youth, Domestic Violence shelters, and Residential Vision Rehabilitation Centers):**

All OCFS facilities and residential facilities funded, licensed or regulated by OCFS should be certain to also screen any incoming residents using the guidance above, and should respond accordingly if a resident is experiencing symptoms and responds "Yes" to questions 1 AND 2 above. If a current or incoming resident can answer "Yes" to questions 1, 2, AND 3:

   o Provide a mask for the recipient of services/resident;

   o Isolate the recipient of services/resident in a private room with the door closed if possible and ensure that they are kept separate from other tenants.

   o A program medical provider should then immediately assess the individual using appropriate PPE if possible, or if no qualified program medical provider is available, the person should be asked to contact their own medical professional immediately. The programs should also contact the NYS DOH (**1-888-364-3065**) for further recommendations including transport to their recommended medical facility if

> necessary. Please also instruct the program to notify the receiving medical provider and transporter in advance of potential concern for COVID-19.

All OCFS facilities and residential facilities funded, licensed or regulated by OCFS should continue to review their own emergency preparedness plans and assess for continued operation in case of an emergency.

- All facilities and programs should assess both their facility and workforce capacity to accommodate the potential need for an increased number of isolations rooms and the potential decrease in staffing availability.

- As a result of the above assessment, programs may need to prioritize service provision and planning.

- If the needs or the facility/program exceed current capacity or ability, please contact the relevant OCFS program lead/Regional Office for further assistance.

C. **Guidance for visitors to any childcare setting, including licensors/registrars:**

- When preparing to visit or inspect a childcare setting, all childcare licensors/registrars should immediately implement policies to schedule and pre-screen over the telephone all visits using the three questions above.

    - If licensors/registrars receive "Yes" answer to any of the questions, they should not visit the program until the specific scenario can be further assessed. If a health and safety issue necessitated the need to visit the provider, please contact your Regional Office to discuss so they can provide guidance on a case by case basis.

    - If licensors/registrars receive "Yes" to questions 1 OR 2, but "No" to question 3 (i.e., reports no symptoms of a respiratory infection), they should additionally instruct the provider to contact the NYS DOH for further direction.

    - If licensors/registrars receive "Yes" answers to questions 1 or 2, AND also "Yes" to question 3, (i.e., reports having symptoms), the licensors/registrars should instruct the provider to immediately contact their medical provider and Local Health Department, and to call 911 if they are experiencing serious symptoms (e.g., shortness of breath). Please instruct the provider to notify the medical provider and transporter in advance and inform them of potential concern for COVID-19

- In the event there is a serious health and safety need that requires an unannounced visit, licensors/registrars should screen the provider before entering the program and instruct the provider as above if answering "Yes" to any questions.

- The above protocol should be used when parents or family members request to visit a childcare program, and childcare providers should review with program leadership and staff to make any necessary adjustments to program policies and protocols.

Additionally, all the above facilities/programs/providers should contact any entities that have staff regularly visiting their programs (e.g., contracted/per diem staffing agencies, pharmacy delivery organizations, itinerant provider staff, cleaning agencies, etc.) to review and approve their screening protocols. If the protocols of outside entities do not meet these standards, providers should take responsibility for screening these visitors.

Finally, as a reminder, all Staff/Providers should follow the CDC's guidelines for infection control basics including hand hygiene:

- [Infection Control Basics](#)
- [Hand Hygiene in Health Care Settings](#)
- [Handwashing: Clean Hands Save Lives](#)



**ANDREW M. CUOMO**
Governor

**SHEILA J. POOLE**
Commissioner

## Information for Child Care Programs

In an effort to support child care programs and be responsive to the needs of the community during this time, Governor Cuomo has granted OCFS the authority to temporarily waive selective regulatory requirements. The Division of Child Care Services encourages programs who are either experiencing hardship due to COVID-19 or are in a position to assist those experiencing hardship due to COVID-19 to submit a waiver request to your licensor/registrar. Each request will be evaluated on a case-by-case basis and approval will be time limited. For example, in light of school closings, a current FDC who is at capacity (8) might be willing and able to accept two additional school-aged children for the 14 days their school is closed. The program must submit a waiver request for consideration by OCFS which indicates how the health and safety of the children in the program will be maintained. OCFS is committed to reviewing these as expediently as possible. If approval is granted, the waiver would be limited to the duration of the school closure. This program could submit another waiver request in the event the school closure is extended, or other if the program has a new circumstance requiring a waiver. This is just one example of a potential waiver request. Child care programs are encouraged to consider what scenarios (if any) are applicable to them specifically and apply as necessary throughout the duration of this health crisis. OCFS encourages innovative and entrepreneurial thinking to work together to get through this current crisis.

Below are several Frequently Asked Questions compiled to provide guidance to the child care community. OCFS will continue to add to this list as applicable. Please reach out to your regulator with questions.

## Frequently Asked Questions for Child Care Programs

**Updated 3/23/2020**

**Q.   Are child care programs being ordered to close?**

A.   Child care programs are NOT being ordered to close. In fact, quite the opposite is true. Governor Cuomo and his administration consider child care to be an essential function critical to enabling parents to go to work.

**Q.   Who can order an child care program to close due to COVID-19?**

A.   In certain circumstances, local authorities, mainly local Departments of Health, have the authority to direct programs to close under quarantine or other emergency orders. In addition, child care programs are business entities and can voluntarily close the program.

**Q. Have the requirements regarding staff/child ratios been lifted?**

**A.** OCFS has been granted the authority to waive select regulatory requirements in order to meet the need for child care services. Staff/child ratio is one such requirement. You may contact your regulator and submit a waiver request. For the duration of this emergency, there may be flexibility regarding certain regulatory requirements.

**Q. Have the regulations regarding comprehensive background clearance checks been lifted?**

**A**. OCFS has been granted the authority to waive select regulatory requirements in order to meet the need for child care services. Comprehensive background clearance checks are one such requirement. You may contact your regulator and submit a waiver request. For the duration of this emergency, there may be flexibility regarding certain regulatory requirements.

**Q. How do child care programs maintain a perimeter of 6 feet while caring for them?**

**A**. Adults must be in close proximity to young children in order to provide proper care. It is important to take universal precautions. Ensure handwashing strategies are being followed including washing with soap and water for at least 20 seconds. When soap and water are not available individual wipes may be used in combination with hand sanitizer. Also, be sure to perform routine substantial cleaning of the childcare program.

**Q. Are child care programs required to maintain a group size of 10 or less?**

**A.** The Centers for Disease Control, in its guidance on events and mass gatherings recommends group size to ten or fewer and therefore we ask providers to reconfigure space to limit overall density of rooms to ten or fewer children. See https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/index.html.
Your licensed/registered capacity, however, remains in effect unless you've been approved for a waiver by OCFS as there may be ways for you to serve a greater number of children while continuing to prioritize their health and safety and that of your employees**.**

**Q. Why haven't child care programs been closed?**

**A.** Child care is considered an essential service. In a time of crisis, other essential professionals must be able to go to work and have safe and suitable child care available to their children. If you have openings in your program, please use those openings to serve the children of employees who are unable to work from home and must continue to report to their work location. Please reach out to your local Child Care Resource and Referral agency and make them aware of any slots you have available.

**Q. How do programs limit access to the program and try to reduce exposure to COVID-19?**

**A.** Programs are encouraged to utilize these screening questions:

1. Within the last 14 days, have you traveled to a country that
the federal Centers for Disease Control and Prevention
should be avoided for nonessential travel or where travelers
should practice enhanced precautions?
(China, Iran, Italy, South Korea, Japan)

2. Have you had contact with any person with known
COVID-19 or person under investigation for COVID-19?

3. Do you have any symptoms of a respiratory infection (e.g.,
cough, sore throat, fever, shortness of breath)?

4. Are you or anyone in your home in active quarantine status?

If an individual responds "yes" to any of the above, do not allow that individual to enter the program. Where staffing allows, programs can implement strategies to reduce traffic in the program including meeting children at the door.

**3/16/2020**

**Q. Is OCFS going to close my child care program because of COVID-19?**

**A**. No. NYS Department of Health and local health departments will instruct a child care programs regarding how to respond to COVID-19.

**Q. What if my child care program is located in New York City?**

**A**. For child care programs located in NYC, including those regulated by OCFS, additional information can be obtained by going to the NYC Department of Health and Mental Hygiene website at https://www1.nyc.gov/site/doh/index.page. The New York City Health Department will let you know if you are required to close your program. For information about COVID-19 in New York City, including when to call your health care provider if you feel sick, visit: http://nyc.gov/health.

**Q. If my neighborhood school closes, is my child care program required to close?**

**A**. No, unless the program is told to by a public health official, or if it is located in the school facility.

**Q. What if my program is located in the containment bubble? What if there are new containment areas?**

**A**. If a program is in the containment area and is directed to close, you will be contacted by local DOH. At this time, group family and family day care homes are not considered places of mass gatherings. Day Care Centers and School Aged Child Care may or may not be considered places of mass gathering as it is based on their capacity. Your local department of health will direct you.

**Q. What if I am directed to close, or choose to close?**

**A**. In either case, you must inform your regulator.

**Q. Families are contacting me who are needing child care, especially for school-aged children, but my program is full.**

**A**. If you want to take the additional children, and believe your program can handle the additional children, contact your regulator and submit a waiver request. During the duration of this emergency, there may be flexibility regarding certain regulatory requirements.

**Q. What if I want to expand my license/registration to serve more children temporarily?**

**A**. Contact your regulator and submit a waiver request. During the duration of this emergency, there may be flexibility regarding certain regulatory requirements.

**Q. What If I want to bring on new assistant/staff during emergency?**

**A**. Contact your regulator and submit a waiver request.  During the duration of this emergency, there may be flexibility regarding certain regulatory requirements.

**Q. What if hospitals, schools, etc. contact me about taking on additional children?**

**A**. Contact your regulator and submit a waiver request.  During the duration of this emergency, there may be flexibility regarding certain regulatory requirements.

**Q. What if my program has too many staff absent to continue care?**

**A**. Contact your regulator. There may be possibilities to bring substitutes on board quickly and explore other possibilities in collaboration with other local programs.

**Q. What if my program is closed for a period of time? How will I get by?**

**A**. We are receiving ongoing guidance from the federal Office of Child Care and considerations are being made to support programs.

**Q. What if a program staff /volunteer is mandated to be quarantined?**

**A.** If the person tests positive for the virus, the program will be contacted by the local Department of Health (DOH) and will be directed on what steps are needed. It is likely the program will be directed to close and self-quarantine the remaining staff and children.

**Q. What if a staff person at a child care program is precautionarily quarantined?**

**A**. If a staff member has been exposed to the virus and has self-quarantined but has not tested positive, the individual must not report to work during the quarantine period. The center may continue to operate unless notified otherwise by local DOH.

**Q. What if a parent of a child is quarantined?**

**A**. In the event a parent of a child in your program must be quarantined, advise the parent they cannot enter the child care program for any reason, including picking up their child. If the parent is exhibiting signs of illness or has been tested and is positive for the virus, they must utilize an emergency contact authorized by the parent to come pick up the child.  If the parent is being quarantined as a precautionary measure, without symptoms or a positive test, child care staff should walk out or deliver the child to the parent outside the child care building.  The child must not return to the child care program for the duration of the quarantine.

**Q. What if a household member of a home-based provider is quarantined?**

**A**. The program must not operate and must contact local DOH.

**Q. What if a child is quarantined?**

**A**. Children who have been quarantined either through exposure to the virus or a positive test must not attend programs for the duration of the quarantine period. If a child has been diagnosed as positive and has attended the program within the past week, the program must contact local DOH.

**Q. What if a family seeks child care for school-aged children whose school has closed?**

**A**. When bringing on additional children, for school-aged children, please confirm what school the child attends. OCFS will distribute lists of schools that have been mandatorily closed for quarantine to the regional offices. No children with any symptoms of illness, or children from schools under mandatory quarantine should attend programs.

**Q. My program serves families who receive child care subsidy, what will happen when children are absent, or my program is forced to close?**

**A**. We are receiving ongoing guidance from the federal Office of Child Care and considerations are being made to support programs. This includes allowing counties to pay for absence and closure days.