# Exhibit AA

Cohn Declaration

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et al.*, | Case No.: 2:18-CV-5741 DMG (PLAx) |
| Plaintiffs, | |
| v. | District Judge Dolly M. Gee |
| ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*, | |
| Defendants. | |

### DECLARATION OF DR. AMANDA COHN, CHIEF MEDICAL OFFICER, NATIONAL CENTER FOR IMMUNIZATIONS AND RESPIRATORY DISEASES, CENTERS FOR DISEASE CONTROL AND PREVENTION

I, Amanda Cohn, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I am currently on detail serving as the Acting Director, National Center for Birth Defects and Developmental Disabilities. My permanent position is the Chief Medical Officer, National Center for Immunizations and Respiratory Diseases (NCIRD). I also serve as the Executive Secretary, Advisory Committee on Immunization Practices (ACIP), which sets U.S. immunization policy. Since January 3, 2020, I have served as a Deputy Incident Manager for the CDC COVID-19 response, which became a full Emergency Operations Activation the week of January 19, 2020.

2. I have held the position of Chief Medical Officer, NCIRD since early 2019. Prior to 2019, I was a Senior Advisor for Vaccines and Executive Secretary, ACIP, and served as the Deputy Director for Immunization Services Division, NCIRD. I have been a medical officer focused on vaccine-preventable diseases and respiratory diseases at CDC since 2004.

3. I received my medical degree from Emory School of Medicine in 2001. From 2001-2004, I completed an internship and residency in Pediatrics at Boston Children's Hospital and Boston Medical Center. From 2004-2006, I was an Epidemic Intelligence Service Officer at CDC, where I received specialized training in epidemiology, outbreak control, and vaccine-preventable diseases.

4. In my current role, I am responsible for the Influenza Coordination Unit and Vaccine Policy in NCIRD. In addition to my role as the Executive Secretary, ACIP, I am an internal CDC subject matter resource for cross-cutting immunization issues, including immunization in shelter settings. Additionally,

I have led and overseen planning and preparedness for pandemic influenza and other respiratory disease threats. I have been the NCIRD lead for border health issues, including supporting government agencies in prevention and control of vaccine-preventable diseases among staff and persons in custody of the U.S. government. As the Deputy Incident Manager of the CDC COVID-19 response, I am responsible for guidance related to healthcare settings, worker safety, community mitigation, and at-risk populations. I have also provided oversight on movement and monitoring guidance for persons exposed to COVID-19, as well as the guidance for mass gatherings.

5. In the course of performing my job duties, I have reviewed and am familiar with CDC's guidance regarding COVID-19, including the CDC guidance applicable to various congregate settings including institutes of higher education, detention facilities, nursing homes, and homeless shelters, all of which is available on CDC's website.

6. In addition, in the course of performing my job duties, I have consulted with the Office of Refugee Resettlement ("ORR") on multiple clinical issues over the years. As a result of those consultations, I have general familiarity with the structure and operations of ORR, the population of unaccompanied alien children ("UAC") in ORR care, and the ORR network of grantee care provider facilities.

7. In 2014, I was the Vaccines Task Force lead for the CDC's effort to support ORR's response to the influx of UAC at the Southwestern Border. I was a co-author on a report "Multistate Outbreak of Respiratory Infections Among Unaccompanied Children, June 2014-July 2014" published in the journal Clinical Infectious Diseases. I have provided technical comments on many ORR guidance documents over the years and consulted with ORR on multiple issues around immunization, vaccine-preventable disease outbreaks, and influenza prevention and control.

8. More recently, I reviewed ORR's guidance to care provider facilities on COVID-19 to confirm that it aligned with CDC's guidelines and recommendations, and the best practices for preventing and controlling the spread of COVID-19 within residential facilities. This includes guidance related to symptom and temperature monitoring of staff and children, cleaning and hygiene guidance, and ensuring the ability to isolate ill UAC and quarantine potentially exposed UAC. As part of my review, I conferred with ORR's Director of the Division of Health for Unaccompanied Children ("DHUC"), Dr. Michael Bartholomew, on how to best ensure the health and safety of UAC and staff. Over the last two weeks, I have received and responded to multiple requests from ORR for consultation to ensure their guidance is consistent with the most up to date and rapidly evolving CDC guidance.

9. My testimony in this declaration is based upon my personal knowledge; information about ORR's response to COVID-19 that I received in emails from and phone calls with the relevant ORR

personnel in the regular course of performing my job duties; and CDC guidance documents regarding COVID-19, which I obtained from the CDC's official website and reviewed in connection with the performance of my job duties. In preparing this declaration, I also reviewed the declaration of ORR Deputy Director Jallyn Sualog, and the memorandum of law and declarations submitted by the Plaintiffs in support of their request for a temporary restraining order in the *Lucas R.* case.

10. I am testifying in this declaration to the best of my knowledge, and understand that this declaration is for use in the *Lucas R.* case.

*Background Regarding COVID-19*

11. COVID-19 is a novel coronavirus that originally caused an outbreak of respiratory illness in Wuhan, China. COVID-19 is spread primarily by person-to-person contact through droplets produced when an infected person coughs or sneezes. COVID-19 may also spread through contact with contaminated surfaces or objects, and there is emerging evidence that there may be asymptomatic or pre-symptomatic transmission.

12. Since the initial outbreak in Wuhan, China, COVID-19 has spread across the globe. On January 30, 2020, the Director-General of the World Health Organization declared that COVID-19 constitutes a Public Health Emergency of International Concern. On March 11, 2020, the World Health Organization classified COVID-19 as a pandemic.

13. COVID-19 now presents a significant public health risk in the United States. On January 31, 2020, the Secretary of HHS declared that a public health emergency exists under section 319 of the Public Health Service Act. On March 13, 2020, the President issued a Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak. As of March 16, 2020, all 50 states and several local and territorial jurisdictions declared states of emergency.

14. There are currently confirmed COVID-19 infections in every state and the number of confirmed infections is increasing on a daily basis. Globally and in the United States, the groups at risk for severe disease, and a majority of the morbidity and mortality, is older adults and persons with multiple co-morbidities.

15. CDC believes that there is currently community-based transmission of COVID-19 ongoing in many communities across the United States. Several cities and states have widespread transmission where the healthcare systems and public health are overwhelmed.

*CDC Guidances to the Public and Institutions*

16. To protect the public health, CDC has issued guidance to the general public advising individuals to limit non-essential travel and social contacts, and to practice social-distancing when outside their homes (i.e., maintain a distance of at least six feet from others while in public). Essentially, this

guidance encourages all Americans to practice the shelter-in-place strategy now mandated in certain states. CDC, however, does not recommend that individuals within the same domicile, or living unit, attempt to practice social distancing unless there is a known exposure to COVID-19.

17. CDC's guidance to the general public related to limiting the size of gatherings is intended to complement, not supersede, the more detailed guidance intended for specific congregate settings such as institutions of higher education, nursing homes, prisons, and homeless shelters. In all of these guidance documents related to congregate living settings, CDC recommends institutions implement practices tailored to their particular circumstances.

18. In general, the various CDC guidance documents for specific congregate settings adopt a two-pronged approach of reducing the potential for a case to occur in a facility (prevention) and limiting the spread of cases in a facility if a case occurs (containment). Prevention refers to precautions facilities can take to prevent individuals infected with, or possibly exposed to COVID-19, from entering in the first place—thus, reducing the risk of exposure to those inside. Effective prevention measures for congregate settings include screening visitors for COVID-19 risk factors, such as travel to a heavily infected area, contact with a confirmed case of COVID-19, or exhibiting symptoms of the disease (i.e., fever, cough, shortness of breath). Prevention also entails the adoption of rigorous hygiene practices within facilities, including more frequent cleaning, particularly of high-traffic surfaces and shared spaces.

19. Containment focuses on limiting spread from any potential infections that may emerge within a facility, by regularly monitoring the population within the facility for signs of COVID-19 infection. In the event any individual exhibits possible symptoms of COVID-19 infection, the individual is to be immediately isolated and tested. In addition, any contacts that individual may have had with others should be traced, and those individuals should be monitored, and possibly isolated depending on the nature of the contact. Like any contagious disease, the risk of acquiring COVID-19 from contact with a confirmed case depends on the nature and extent of the contact.

20. ORR's current COVID-19 procedures are consistent with CDC guidances for congregate settings; they direct grantee care-provider facilities to implement both prevention and containment measures. In some respects, ORR's current COVID-19 procedures actually exceed those set forth in the CDC guidances to congregate care facilities. For example, ORR's twice-daily temperature monitoring regime goes beyond what CDC has recommended for other congregate settings. Additionally, ORR facilities have preparedness plans that ensure immediate care is provided to ill children.

21. Further, ORR's stop-placement orders in California, New York, and Washington are consistent with CDC and other public guidance recommending that non-essential travel and public movements be avoided, especially to areas in the U.S. with widespread transmission. For example, the

White House recently issued guidance that all persons who recently travelled to New York should be under home quarantine for 14 days. These three states are currently in the acceleration phase of the epidemic; the expectation is that in the next several days to weeks these areas will be in a deceleration phase and other states may be in the acceleration phase.

22. My understanding is that the Plaintiffs in this case have requested the expedited release of UAC in ORR custody to sponsors located throughout the United States. Moving UAC children outside of custody likely increases risk of exposing UAC to COVID-19 relative to remaining in custody, given that they are currently housed in well-controlled environments and may be transferred to areas where there is widespread community transmission, or to homes where there may be persons who have been exposed.

23. In addition to the prevention and containment practices ORR has already implemented, it is my understanding that ORR has adequate space within its facilities to isolate any UAC suspected of or confirmed to be infected with COVID-19, given that the ORR network of grantee care-provider facilities is currently operating at approximately 30% capacity. Moreover, the CDC's recent order prohibiting the introduction of certain aliens into the U.S. is anticipated to reduce the number of new UAC entering ORR's care. Given the amount of space within the ORR network and the relatively static nature of its current population, maintaining their current living situation and not releasing UAC to communities with widespread transmission is the most prudent measure to reduce the risk of infection among the current population of UAC. Although there is a risk of cases of COVID-19 in a UAC facility among UAC or staff, with all of the protective measures ORR has implemented and the current space available in facilities to manage ill UAC, based on currently available information the overall risk to UAC is lower in the facilities than traveling and placing children in home environments in some locations in the U.S. at this time.

24. Requiring UAC to travel significant distances (presumably, via plane, train, or bus) and enter new living environments poses a significant risk of exposing UAC to COVID-19 both in transit, and upon arrival into their sponsor's household, where it is uncertain how vigorously the occupants have avoided exposure to COVID-19 themselves. Given the high prevalence of COVID-19 in the general community, removing UAC from their current living environments presents a serious risk of exposing them to COVID-19.

25. Fortunately, the vast majority of individuals who become infected with COVID-19 will experience only mild symptoms, and there have been very few reports of serious illness among children and adolescents globally. The general advice to those with mild cases of COVID-19 is the same advice that would be given to an individual with a bad cold or flu: stay at home and avoid contact with others; rest; drink plenty of fluids; manage symptoms with over-the-counter-medications, and seek medical attention if symptoms worsen.

26. The population of UAC in ORR care are not at any significantly increased risk from COVID-19, and have access to strong medical care that is equal to or greater than what they would have in the community should they need it. UAC are primarily healthy adolescents, which currently available information indicates are not at an increased risk of experiencing serious or severe cases of COVID-19 that would require hospitalization or mechanical respiratory support.

27. CDC is committed to continuing to work with ORR to ensure that its COVID-19 procedures are informed by the latest CDC guidance, which in turn is shaped by the latest epidemiological information available about the ongoing pandemic.

Executed on March 27, 2020.

*/s/ Amanda Cohn*

_____

Amanda Cohn, MD