CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (DKT. 227)** <br><br> Hearing Set: March 27, 2020 <br> Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
       mkkelley@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: rtarneja@cooley.com
       amayhugh@cooley.com

*Attorneys for Plaintiffs*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Local Rule 7-19, Plaintiffs in the above-captioned matter hereby apply *ex parte* to this Court for leave to file a supplemental declaration in support of Plaintiffs' Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (Dkt. 227), filed March 25, 2020. This *ex parte* application is based upon this Application, the Memorandum of Points and Authorities, the concurrently-filed Declaration of Class Counsel Summer J. Wynn and any exhibits thereto, all papers on file in this action, and any oral argument of counsel the Court may hear.

The Plaintiffs bring this application on an *ex parte* basis to submit a supplemental expert declaration in response to issues raised by Defendants' Opposition (Dkt. 230) that may aid the Court in resolving Plaintiffs' *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction (Dkt. 227), at the hearing scheduled for today, March 27, 2020 at 2:00 P.M. PST.

**<u>Statement of Compliance with Rule with Civil Local Rule 7-19</u>**

Counsel for Defendants are:

> Andrew Brenner Insenga
> Ernesto Molina
> Jonathan Kevin Ross
> Woei-Tyng Daniel Shieh
> Yamileth G. Davila
> US Department of Justice
> Civil Division Office of Immigration Litigation
> P O Box 878
> Washington, DC 20044
> 202-305-7816
> Fax: 202-307-8781
> *Email: andrew.insenga@usdoj.gov*
> *Ernesto.h.molina@usdoj.gov*
> *Jonathan.k.ross@usdoj.gov*
> *Daniel.Shieh@usdoj.gov*
> *yamileth.g.davila@usdoj.gov*

1

Ex Parte Application for Leave to File Supp.
Decl. ISO Ex Parte for TRO (Dkt. 227)
Case No. 2:18-cv-05741 DMG PLA

Benjamin M. Moss
Jeffrey S. Robins
US Department of Justice
Office of Immigration Litigation - Civil Division
PO Box 868 Ben Franklin Station
Washington, DC 20044-0878
202-307-8675
Fax: 202-307-8698
*Email: benjamin.m.moss2@usdoj.gov*
*jeffrey.robins@usdoj.gov*

Marina C. Stevenson
US Department of Justice
Office of Immigration Litigation - Appellate Section
Benjamin Franklin Station
PO Box 878
Washington, DC 20044
202-305-3797
Fax: 202-307-8781
*Email: marina.c.stevenson@usdoj.gov*

Sherry Denise Soanes
United States Department of Justice
Office of Immigration Litigation
PO Box 868 Ben Franklin Station
Washington, DC 20044
202-532-4108
Fax: 202-616-8962
*Email: sherry.soanes@usdoj.gov*

Pursuant to Civil Local Rule 7-19.1, counsel for the Plaintiffs informed counsel for Defendants of the substance and date of this ex parte application via email. (Wynn Decl. ¶ 2.) Counsel for Defendants informed Plaintiffs that Defendants "take no position at this time but reserve the right to oppose it in writing, at the hearing, or otherwise." (*Id.* ¶ 2.)

Dated: March 27, 2020

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)

By: *s/ Carlos R. Holguin*
Carlos R. Holguin (90754)

By: *s/ Leecia Welch*
Leecia Welch (208741)