CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No.  2:18-CV-05741 DMG PLA |
| Plaintiffs, | |
| v. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (DKT. 227)** |
| ALEX AZAR, et al., | |
| Defendants. | |
| | Hearing Set: March 27, 2020 |
| | Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA  92121
Telephone: (858) 550-6000
Facsimile:  (858) 550-6420
Email:  swynn@cooley.com
        mkkelley@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  rtarneja@cooley.com
        amayhugh@cooley.com

*Attorneys for Plaintiffs*

1       Plaintiffs Lucas R. et al., ("Plaintiffs") file this *ex parte* application, seeking leave
2  to file the supplemental Declaration of Dr. Julie DeAun Graves, dated March 27, 2020.

3       On March 25, 2020, Plaintiffs filed an *Ex Parte* Application For Temporary
4  Restraining Order And Order To Show Cause Re: Preliminary Injunction ("TRO
5  Application"), and submitted various declarations and evidence in support of the
6  Application. (ECF No. 227.) One of the exhibits Plaintiffs submitted in support of their
7  TRO Application was the Declaration of Dr. Julie DeAun Graves, a public health
8  physician with experience with, *inter alia*, viral outbreaks and other public health
9  emergencies. (ECF No. 227-4 (Ex. B to Declaration of Carlos Holguín).)

10       The same day, the Court ordered that Defendants file a response by 9:00 am PST
11  on March 27, 2020. (ECF No 228.) On or around 9:00 am PST on March 27, 2020,
12  Defendants filed an Opposition to Plaintiffs' Ex Parte Application for a Temporary
13  Restraining Order ("Opposition"), and attached declarations. (ECF No. 230.)

14       Plaintiffs and their experts, including Dr. Graves, strongly dispute many of the
15  assertions set forth in Defendants' Opposition and evidence in support. **Plaintiffs**
16  **believe it would benefit the Court in determining the instant TRO Application to**
17  **have the supplemental rebuttal declaration of Dr. Graves, who – in her vast**
18  **expertise – refutes a number of assertions and, overall, continues to believe that**
19  **release is safer for children than congregate care.** (*See* Supplemental Graves Decl.)

20       Counsel for Defendants "take no position at this time but reserve the right to
21  oppose [this application] in writing, at the hearing, or otherwise." (Wynn Decl. ¶ 2.)

22       Plaintiffs therefore, respectfully request that the Court grant leave for Plaintiffs
23  to file, and consider, the attached supplemental declaration of Dr. Graves.

1  Dated:  March 27, 2020

CARLOS R. HOLGUIN
Center for Human Rights &
2  Constitutional Law

3  HOLLY S. COOPER
CARTER C. WHITE
4  University of California Davis School of Law

5  LEECIA WELCH
BRENDA SHUM
6  NEHA DESAI
POONAM JUNEJA
7  FREYA PITTS
CRYSTAL ADAMS
8  National Center for Youth Law

9  SUMMER J. WYNN
MARY KATHRYN KELLEY
REBECCA L. TARNEJA
10  ALEXANDRA R. MAYHUGH
Cooley LLP

11
By: *s/ Carlos R. Holguin*
12       Carlos R. Holguin (90754)

13       *s/ Leecia Welch*
14       Leecia Welch (208741)

15

16

17

18

19

20

21

22

23

24

25

26

27

28