1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page and signature
   blocks*

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

12 LUCAS R., et al.,                Case No.  2:18-CV-05741 DMG PLA

13         Plaintiffs,
                                    **DECLARATION OF SUMMER J. WYNN IN
14     v.                           SUPPORT OF EX PARTE APPLICATION
                                    FOR LEAVE TO FILE SUPPLEMENTAL
15 ALEX AZAR, et al.,               DECLARATION IN SUPPORT OF EX
                                    PARTE APPLICATION FOR TEMPORARY
16         Defendants.              RESTRAINING ORDER AND ORDER TO
                                    SHOW CAUSE RE: PRELIMINARY
17                                  INJUNCTION (DKT. 227)**

18                                  Hearing Set: March 27, 2020
                                    Judge: Hon. Dolly M. Gee
19

20

21

22

23

24

25

26

27

28

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
        mkkelley@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: rtarneja@cooley.com
        amayhugh@cooley.com

*Attorneys for Plaintiffs*

1    I, Summer Wynn, declare as follows:

2    1.    I am an attorney admitted to the bar of the United States District Court for

3    the Central District of California. I am one of the attorneys for Plaintiffs. My business

4    address is 4401 Eastgate Mall, San Diego, CA  92921. I declare that the following

5    statements are true to the best of knowledge, information, and belief, formed after a

6    reasonable inquiry of the circumstances. I have personal knowledge of the facts set forth

7    below and, if called as a witness, I could and would testify competently as follows.

8    2.    Pursuant to Civil Local Rule 7-19.1, I informed counsel for Defendants of

9    the substance and date of this ex parte application via email on March 27, 2020. The

10   same day, counsel for Defendants responded by email that Defendants "take no position

11   at this time but reserve the right to oppose it in writing, at the hearing, or otherwise."

12   3.    Attached as **Exhibit A** is a true and correct copy of the supplemental

13   Declaration of Dr. Julie DeAun Graves, dated March 27, 2020.

14   I declare under penalty of perjury that the foregoing is true and correct.

15   Executed on this 27th day of March, 2020, at San Diego, California.

16   Respectfully submitted,

17

18   *s/ Summer Wynn*

19   Summer Wynn

20

21

22

23

24

25

26

27

28

WYNN DECL. ISO EX PARTE APPLICATION
CASE NO. 2:18-CV-05741 DMG PLA