1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12   LUCAS R., et al.,                    Case No.  2:18-CV-05741 DMG PLA

13              Plaintiffs,
                                          [PROPOSED] ORDER GRANTING
14        v.                              PLAINTIFF'S EX PARTE APPLICATION
                                          FOR LEAVE TO FILE SUPPLEMENTAL
15   ALEX AZAR, et al.,                   DECLARATION IN SUPPORT OF EX
                                          PARTE APPLICATION FOR TEMPORARY
16              Defendants.               RESTRAINING ORDER AND ORDER TO
                                          SHOW CAUSE RE: PRELIMINARY
17                                        INJUNCTION (DKT. 227)

18
19                                        Hearing Set: March 27, 2020
                                          Judge: Hon. Dolly M. Gee
20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pending before the Court is Plaintiffs' Ex Parte Application for Leave to File Supplemental Declaration in Support of Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (Dkt. 227).

Finding good cause for the requested relief, the Court hereby GRANTS the application and will take under submission the supplemental declaration attached to the Declaration of Summer J. Wynn as Exhibit A.

**IT IS SO ORDERED**.

Dated: _____, 2020

_____
United States District Judge