UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 18-5741-DMG (PLAx)** | Date **March 27, 2020** |

Title *Lucas R., et al. v. Alex Azar, et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos Holguin | Scott G. Stewart, USDOJ |
| Leecia Welch | August E. Flentje, USDOJ |
| Holly S. Cooper | |
| Rebecca L. Tarneja | |
| Brenda L. Shum | |
| Daisy O. Felt | |
| Carter C. White | |
| Neha Desai | |
| Jonathan P. Mulligan | |

**Proceedings:   PLAINTIFFS'** *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [227]**

The cause is called and counsel state their appearance via videoconference and telephone. The Court invites counsel to respond to the oral tentative ruling. Following oral argument, the Court advises counsel that the *ex parte* application shall be taken under submission and a written order will issue.

:40