UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALEX AZAR, et al.,<br><br>    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION (DKT. 227) [231]** |

1 | The Court has reviewed Plaintiffs' *Ex Parte* Application for Leave to File Supplemental Declaration in Support of *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction [Doc. # 227].

Good cause appearing, the Court hereby GRANTS the application and will take under submission the supplemental declaration attached to the Declaration of Summer J. Wynn as Exhibit A.

**IT IS SO ORDERED**.

DATED: March 28, 2020

                                                        DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE