CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ALEX AZAR, et al.,<br><br>            Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**JOINT STIPULATION AND REQUEST REGARDING NON-EXPERT DISCOVERY**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Mar. 13, 2020<br>Pretrial Conference Date: Dec. 22, 2020<br>Trial Date: Jan. 19, 2021<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
CARTER C. WHITE (164149)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
       cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
       mkkelley@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: rtarneja@cooley.com
       amayhugh@cooley.com

*Attorneys for Plaintiffs*

1     WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

    WHEREAS, on or about November 2, 2018, the Court denied Defendants' motion to dismiss the FAC and certified five nationwide classes, which were modified by order entered December 27, 2018 (ECF Nos. 126, 141);

    WHEREAS, on or about January 9, 2019, Defendants answered the FAC (ECF Nos. 144, 145);

    WHEREAS, on or about March 6, 2020, the Parties filed a joint stipulation and request to continue the then-current schedule of pretrial and trial dates by approximately two to three months. (ECF No. 219.) As addressed in the stipulation, the Parties agreed there was good cause for such a continuance in light of the resources the Parties expended in an effort to settle multiple claims in the case. The stipulation did not seek a continuance of the March 13, 2020 deadline for non-expert discovery. (*Id.*);

    WHEREAS, on or about March 6, 2020, the Parties filed a second joint stipulation and request to extend the March 13, 2020 deadline for non-expert discovery for certain limited and enumerated discovery, including as relevant here: (i) two depositions of third-party witnesses from Shiloh Treatment Center; (ii) a third-party deposition of General Dynamics Information Technology ("GDIT"); (iii) the deposition of Dr. Micah Sickel or his replacement; and (iv) the deposition of plaintiff Jaime D. (ECF No. 220);

    WHEREAS, on or about March 10, 2020, the Court found good cause for both requested continuances and approved the Parties' joint requests to continue pre-trial and trial dates and extend certain non-expert discovery (ECF Nos. 221, 222);

    WHEREAS, Plaintiffs noticed the deposition of Micaela Vergara, a Federal Field Specialist with the Office of Refugee Resettlement, for March 13, 2020;

    WHEREAS, on March 12, 2020, Defendants informed Plaintiffs that Ms. Vergara was ill and would need to reschedule her March 13, 2020 deposition;

1      WHEREAS, Plaintiffs tried to serve a subpoena on Heartland Human Care Services, Inc. ("Heartland") pursuant to the Parties' Joint Stipulation for Limited Discovery After March 13, 2020 Non-Expert Discovery Deadline (ECF No. 220 & Ex. 1), but have been unable to do so in light of current lockdown conditions in Chicago, IL due to the COVID-19 pandemic;

    WHEREAS, in light of the worldwide COVID-19 pandemic and guidance issued by the Centers for Disease Control and Prevention ("CDC") and other government authorities, including the statewide "Stay At Home" Order currently and indefinitely in place in California and the "Safer At Home" Order current in place in the City of Los Angeles, counsel for Plaintiffs and Defendants are doing their best to take steps to socially isolate and restrict the spread of COVID-19, making litigation-related travel, including for depositions and hearings, difficult if not impossible;

    WHEREAS, Defendants, the Department of Health and Human Services ("HHS"), and key personnel at the Office of Refugee Resettlement ("ORR") are leading the federal effort in combatting the COVID-19 pandemic, which has significantly strained agency resources and the availability of HHS and ORR personnel for non-COVID-19 related matters;

    WHEREAS, the Secretary of HHS has directed that all HHS personnel prioritize COVID-19 related work; and

    WHEREAS, the Parties agree to work together cooperatively while travel and litigation restrictions remain in place, including on further extensions as needed to comply with applicable COVID-19-related guidance, and further agree not to use the continuances to otherwise gain any litigation advantage.

    NOW, THEREFORE, the Parties stipulate and respectfully request that the Court make and enter the following order:

    1. The April 13, 2020 deadline for the third-party depositions of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center, and Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center, is

continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Texas state guidance permits litigation-related travel to resume;

2. The April 13, 2020 deadline for the third-party deposition of GDIT is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Virginia state guidance permits litigation-related travel to resume;

3. The Parties may schedule the deposition of Dr. Sickel if he becomes available or his potential replacement is hired, and the Parties may schedule the deposition at a mutually agreeable time up through the close of expert discovery or, in the event the government still has stay-at-home orders in place, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Washington, D.C. guidance permits litigation-related travel to resume;

4. The April 13, 2020 deposition of plaintiff Jaime D. is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official guidance from plaintiff Jaime D.'s then-current state of residence permits litigation-related travel to resume;

5. The deposition of Micaela Vergara, originally noticed for March 13, 2020, is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Texas state guidance permits litigation-related travel to resume;

6. The deadline for Defendants to produce the information and documents memorialized in the parties' March 6, 2020 correspondence is continued until May 13, 2020;

7. The errata deadline for Defendants to provide corrections to all outstanding deposition transcripts is extended for 30 days from their

present due dates;

8. The deadline for Plaintiffs to seek documents from Heartland is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Illinois state guidance permits litigation-related travel to resume; and

9. To the extent Plaintiffs are required to seek court involvement in order to enforce the third-party document requests described in the Parties' Joint Stipulation for Limited Discovery After March 13, 2020 Non-Expert Discovery Deadline (ECF No. 220), the deadline for doing so is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and the applicable state guidance permits litigation-related travel to resume.

//
//
//
//
//
//
/
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  April 3, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Alexandra R. Mayhugh* |
| | | Alexandra R. Mayhugh (300446) |
| 4 | | Attorneys for Plaintiffs |
| | | Email:  amayhugh@cooley.com |
| 5 | Dated:  April 3, 2020 | JOSEPH H. HUNT |
| 6 | | Assistant Attorney General |
| | | Civil Division |
| 7 | | ERNESTO MOLINA |
| | | JEFFREY ROBINS |
| 8 | | Deputy Directors |
| | | BENJAMIN MARK MOSS |
| 9 | | W. DANIEL SHIEH |
| | | Senior Litigation Counsel |
| 10 | | MARINA STEVENSON |
| | | JONATHAN K. ROSS |
| 11 | | ANTHONY J. MESSURI |
| | | Trial Attorneys |
| 12 | | Office of Immigration Litigation |
| | | Civil Division, U.S. Department of Justice |

By: */s/ W. Daniel Shieh*
W. Daniel Shieh
Senior Litigation Counsel
United States Department of Justice
Attorneys for Official-Capacity Defendants
Email:  daniel.shieh@usdoj.gov

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  April 3, 2020                    COOLEY LLP

By: */s/ Alexandra R. Mayhugh*
Alexandra R. Mayhugh (300446)
Attorneys for Plaintiffs
Email:  amayhugh@cooley.com