1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10   WESTERN DIVISION

11

12   LUCAS R., et al.,

13              Plaintiffs,

14        v.

15   ALEX AZAR, et al.,

16              Defendants.

Case No.  2:18-CV-05741 DMG PLA

**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST REGARDING NON-EXPERT DISCOVERY**

Complaint Filed: June 29, 2018
Discovery Cutoff Date: Mar. 13, 2020
Pretrial Conference Date: Dec. 22, 2020
Trial Date: Jan. 19, 2021
Judge: Hon. Dolly M. Gee

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION**:

1. The April 13, 2020 deadline for the third-party depositions of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center, and Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center, is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Texas state guidance permits litigation-related travel to resume;

2. The April 13, 2020 deadline for the third-party deposition of GDIT is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Virginia state guidance permits litigation-related travel to resume;

3. The Parties may schedule the deposition of Dr. Sickel if he becomes available or his potential replacement is hired, and the Parties may schedule the deposition at a mutually agreeable time up through the close of expert discovery or, in the event the government still has stay-at-home orders in place, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Washington, D.C. guidance permits litigation-related travel to resume;

4. The April 13, 2020 deposition of plaintiff Jaime D. is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official guidance from plaintiff Jaime D.'s then-current state of residence permits litigation-related travel to resume;

5. The deposition of Micaela Vergara, originally noticed for March 13, 2020, is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Texas state guidance permits litigation-related travel to resume;

6. The deadline for Defendants to produce the information and documents memorialized in the parties' March 6, 2020 correspondence is continued until

1

1    May 13, 2020;

2    7.  The errata deadline for Defendants to provide corrections to all outstanding

3        deposition transcripts is extended for 30 days from their present due dates;

4    8.  The deadline for Plaintiffs to seek documents from Heartland is continued,  to be

5        completed within 30 days from the time official federal CDC guidance, official

6        California state guidance, and official Illinois state guidance permits litigation-

7        related travel to resume; and

8    9.  To the extent Plaintiffs are required to seek court involvement in order to enforce

9        the third-party document requests described in the Parties' Joint Stipulation for

10       Limited Discovery After March 13, 2020 Non-Expert Discovery Deadline (ECF

11       No. 220), the deadline for doing so is continued, to be completed within 30 days

12       from the time official federal CDC guidance, official California state guidance,

13       and the applicable state guidance permits litigation-related travel to resume.

14

15   **IT IS SO ORDERED**.

16

17   Dated: _____, 2020

18                                              _____
                                                        DOLLY M. GEE
                                                UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

2