UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No.: CV 18-5741-DMG (PLAx) |
| Plaintiffs, | |
| v. | **ORDER APPROVING JOINT STIPULATION AND REQUEST REGARDING NON-EXPERT DISCOVERY [239]** |
| ALEX AZAR, et al., | |
| Defendants. | |

Pursuant to the parties' Stipulation, and for good cause shown, the Court modifies the non-expert discovery deadline as follows:

1. The April 13, 2020 deadline for the third-party depositions of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center, and Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center, is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Texas state guidance permit litigation-related travel to resume;

2. The April 13, 2020 deadline for the third-party deposition of GDIT is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Virginia state guidance permit litigation-related travel to resume;

3. The Parties may schedule the deposition of Dr. Sickel if he becomes available or his potential replacement is hired, and the Parties may schedule the deposition at a mutually agreeable time up through the close of expert discovery or, in the event the government still has stay-at-home orders in place, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Washington, D.C. guidance permit litigation-related travel to resume;

4. The April 13, 2020 deposition of plaintiff Jaime D. is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official guidance from plaintiff Jaime D.'s then-current state of residence permit litigation-related travel to resume;

5. The deposition of Micaela Vergara, originally noticed for March 13, 2020, is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Texas state guidance permit litigation-related travel to resume;

6. The deadline for Defendants to produce the information and documents

1

memorialized in the parties' March 6, 2020 correspondence is continued until May 13, 2020;

7. The errata deadline for Defendants to provide corrections to all outstanding deposition transcripts is extended for 30 days from their present due dates;

8. The deadline for Plaintiffs to seek documents from Heartland is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and official Illinois state guidance permit litigation-related travel to resume; and

9. To the extent Plaintiffs are required to seek court involvement in order to enforce the third-party document requests described in the Parties' Joint Stipulation for Limited Discovery After March 13, 2020 Non-Expert Discovery Deadline (ECF No. 220), the deadline for doing so is continued, to be completed within 30 days from the time official federal CDC guidance, official California state guidance, and the applicable state guidance permit litigation-related travel to resume.

**IT IS SO ORDERED**.

DATED: April 6, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE