Michael J. McMahon
Cooley LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lucas R., et al.,

                                                    Plaintiff(s),
v.

Alex Azar, et al.,

                                                    Defendant(s).

CASE NUMBER

2:18-CV-05741 DMG PLA

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

McMahon, Michael J                          of    Cooley LLP
                                                  500 Boylston Street, 14th Floor
*Applicant's Name (Last Name, First Name & Middle Initial)*    Boston, MA 02116

(617) 937 - 2359          (617) 937 - 2400
*Telephone Number*        *Fax Number*

mmcmahon@cooley.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Plaintiffs, Lucas R., et al.

*Name(s) of Party(ies) Represented*        ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:* _____

**and designating as Local Counsel**

Tarneja, Rebecca L                          of   Cooley LLP
                                                 1333 2nd Street, Suite 400
*Designee's Name (Last Name, First Name & Middle Initial)*    Santa Monica, CA 90401

293461                (310) 883 - 6400    (310) 883 - 6500
*Designee's Cal. Bar No.*    *Telephone Number*   *Fax Number*

rtarneja@cooley.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

                                                  U.S. District Judge/U.S. Magistrate Judge