Michael J. McMahon
Cooley LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2300

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., et al., | **CASE NUMBER** |
| Plaintiff(s) | CV 18-5741-DMG (PLAx) |
| v. | |
| Alex Azar, et al., | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McMahon, Michael J    of    Cooley LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    500 Boylston Street, 14th Floor
(617) 937 - 2359    (617) 937 - 2400    Boston, MA 02116
*Telephone Number*    *Fax Number*
mmcmahon@cooley.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Plaintiffs, Lucas R., et al.

*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [ ] Other:

and designating as Local Counsel

Tarneja, Rebecca L    of    Cooley LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1333 2nd Street, Suite 400
293461    (310) 883 - 6400    (310) 883 - 6500    Santa Monica, CA 90401
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
rtarneja@cooley.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: _____
   [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
   [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated  April 28, 2020

*Dolly M. Gee*
Dolly M. Gee, U.S. District Judge