# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

**Case No.:** <u>CV 18-5741-DMG (PLAx)</u>　　　　　　　　　　　　　　**Date:** <u>April 29, 2020</u>

**Title:** <u>Lucas R., et al. v. Alex Azar, et al.</u>

---

**PRESENT:** THE HONORABLE　<u>PAUL L. ABRAMS</u>
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

| <u>Christianna Howard</u> | <u>courtsmart</u> | <u>N/A</u> |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**　　　　　**ATTORNEYS PRESENT FOR DEFENDANTS:**
　　Rebecca Tarneja　　　　　　　　　　　　　　　　W. Daniel Shieh
　　Brenda Shum　　　　　　　　　　　　　　　　　　Benjamin Moss
　　Carter White　　　　　　　　　　　　　　　　　　Ernesto Molina
　　Freya Pitts
　　Jonathan Mulligan
　　Daisy Felt
　　Leecia Welch
　　Monica Julian

**PROCEEDINGS:**　　　(TELEPHONIC DISCOVERY CONFERENCE)

The Court and counsel discuss the status of discovery. With respect to the potential discovery issue addressed by plaintiffs, plaintiffs may submit a letter to the Court, not to exceed 2 pages in length, setting out their position **no later than May 4, 2020**. Defendants' response, not to exceed 2 pages in length, is due **no later than May 8, 2020**. Plaintiffs' reply, not to exceed 1 page in length, is due **no later than May 12, 2020**. The Court will advise counsel when the next telephonic conference will be held.

cc:　　Counsel of Record

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 20

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk 　　ch