CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**JOINT STIPULATION AND REQUEST REGARDING EXPERT DISCOVERY AND OUTSTANDING FACT DEPOSITIONS**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Mar. 13, 2020<br>Pretrial Conference Date: Dec. 22, 2020<br>Trial Date: Jan. 19, 2021<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
CARTER C. WHITE (164149)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
　　　　ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org
　　　　fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
　　　　cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
　　　　mkkelley@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: rtarneja@cooley.com
　　　　amayhugh@cooley.com

*Attorneys for Plaintiffs*

1     WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

    WHEREAS, on or about November 2, 2018, the Court denied Defendants' motion to dismiss the FAC and certified five nationwide classes, which were modified by order entered December 27, 2018 (ECF Nos. 126, 141);

    WHEREAS, on or about January 9, 2019, Defendants answered the FAC (ECF Nos. 144, 145);

    WHEREAS, on or about March 6, 2020, the Parties filed a joint stipulation and request to continue the then-current schedule of pretrial and trial dates by approximately two to three months. (ECF No. 219.) As addressed in the stipulation, the Parties agreed there was good cause for such a continuance in light of the resources the Parties expended in an effort to settle multiple claims in the case. The stipulation did not seek a continuance of the March 13, 2020 deadline for non-expert discovery. (*Id.*);

    WHEREAS, on or about March 6, 2020, the Parties filed a second joint stipulation and request to extend the March 13, 2020 deadline for non-expert discovery for certain limited and enumerated discovery, including as relevant here: (i) two depositions of third-party witnesses from Shiloh Treatment Center; (ii) a third-party deposition of General Dynamics Information Technology ("GDIT"); (iii) the deposition of Dr. Micah Sickel or his replacement; and (iv) the deposition of plaintiff Jaime D. (ECF No. 220);

    WHEREAS, on or about March 10, 2020, the Court found good cause for both requested continuances and approved the Parties' joint requests to continue pre-trial and trial dates and extend certain non-expert discovery (ECF Nos. 221, 222);

    WHEREAS, on or about April 3, 2020, in light of the COVID-19 pandemic and related restrictions on and recommendations against travel, the Parties filed a joint stipulation and request to continue deadlines for certain remaining fact discovery to 30 days from the time that federal, state, and local guidance would permit litigation-related

travel to resume (ECF No. 239);

WHEREAS, on or about April 6, 2020, the Court found good cause for the requested continuance and approved the Parties' joint request to continue certain discovery deadlines (ECF No. 240);

WHEREAS, in light of the worldwide COVID-19 pandemic, guidance issued by the Centers for Disease Control and Prevention ("CDC") and other local government authorities continue to make litigation-related travel, including for depositions and hearings, difficult if not advisable or otherwise impossible, and those restrictions appear to remain in place for an indeterminate duration; and

WHEREAS, in light of the indeterminate duration of the COVID-19 pandemic, the Parties are working cooperatively to adjust their litigation plans to comply with the deadlines outlined in the Court's case schedule and related orders (ECF Nos. 221, 222, 240) to include the potential use of video technology to complete outstanding discovery matters.

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court make and enter the following order:

1. The May 22, 2020 deadline for Initial Expert Disclosure and Reports is extended until June 19, 2020, with the Court's remaining Schedule of Pretrial and Trial Dates (ECF No. 221) remaining unchanged;

2. The deadlines for the third-party depositions of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center, and Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center, are continued, and Plaintiffs shall make reasonable efforts to complete those depositions by no later than June 19, 2020, either in person, to the extent safe, practicable, legally permissible, and advisable, or by video deposition;

3. The Parties may schedule the deposition of Dr. Sickel if he becomes available or his potential replacement if hired, at a mutually agreeable time up through the close of expert discovery on August 14, 2020, by in-person

      deposition, to the extent safe, legally permissible, and advisable, or by video deposition;

4. The deadline for the deposition of plaintiff Jaime D. is continued, and Defendants shall make reasonable efforts to complete the deposition by no later than June 19, 2020, by in-person deposition, to the extent safe, legally permissible, and advisable, or by video deposition; and

5. The deadline for the deposition of Micaela Vergara, originally noticed for March 13, 2020, is continued, and Plaintiffs shall make reasonable efforts to complete the deposition by no later than June 19, 2020, by in-person deposition, to the extent safe, legally permissible, and advisable, or by video deposition.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: May 12, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Alexandra R. Mayhugh* |
| | | Alexandra R. Mayhugh (300446) |
| 4 | | Attorneys for Plaintiffs |
| | | Email: amayhugh@cooley.com |
| 5 | Dated: May 12, 2020 | JOSEPH H. HUNT |
| 6 | | Assistant Attorney General |
| | | Civil Division |
| 7 | | ERNESTO MOLINA |
| | | JEFFREY ROBINS |
| 8 | | Deputy Directors |
| | | BENJAMIN MARK MOSS |
| 9 | | W. DANIEL SHIEH |
| | | Senior Litigation Counsel |
| 10 | | MARINA STEVENSON |
| | | JONATHAN K. ROSS |
| 11 | | ANTHONY J. MESSURI |
| | | Trial Attorneys |
| 12 | | Office of Immigration Litigation |
| | | Civil Division, U.S. Department of Justice |
| 13 | | |
| 14 | | By: */s/ W. Daniel Shieh* |
| | | W. Daniel Shieh |
| 15 | | Senior Litigation Counsel |
| | | United States Department of Justice |
| 16 | | Attorneys for Official-Capacity |
| | | Defendants |
| 17 | | Email: daniel.shieh@usdoj.gov |

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: May 12, 2020    COOLEY LLP

By: */s/ Alexandra R. Mayhugh*
Alexandra R. Mayhugh (300446)
Attorneys for Plaintiffs
Email: amayhugh@cooley.com