UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, et al.,<br><br>        Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST REGARDING EXPERT DISCOVERY AND OUTSTANDING FACT DEPOSITIONS**<br><br>Complaint Filed: June 29, 2018<br>Discovery Cutoff Date: Mar. 13, 2020<br>Pretrial Conference Date: Sept. 22, 2020<br>Trial Date: Oct. 20, 2020<br>Judge: Hon. Dolly M. Gee |

**PURSUANT TO STIPULATION**:

1. The May 22, 2020 deadline for Initial Expert Disclosure and Reports is extended until June 19, 2020, with the Court's remaining Schedule of Pretrial and Trial Dates (ECF No. 221) remaining unchanged;

2. The deadlines for the third-party depositions of Rocio A. Lawrence, the lead case manager at Shiloh Treatment Center, and Dr. Javier Ruiz, the child psychiatrist at Shiloh Treatment Center, are continued, and Plaintiffs shall make reasonable efforts to complete those depositions by no later than June 19, 2020, either in person, to the extent safe, practicable, legally permissible, and advisable, or by video deposition;

3. The Parties may schedule the deposition of Dr. Sickel if he becomes available or his potential replacement if hired, at a mutually agreeable time up through the close of expert discovery on August 14, 2020, by in-person deposition, to the extent safe, legally permissible, and advisable, or by video deposition;

4. The deadline for the deposition of plaintiff Jaime D. is continued, and Defendants shall make reasonable efforts to complete the deposition by no later than June 19, 2020, by in-person deposition, to the extent safe, legally permissible, and advisable, or by video deposition; and

5. The deadline for the deposition of Micaela Vergara, originally noticed for March 13, 2020, is continued, and Plaintiffs shall make reasonable efforts to complete the deposition by no later than June 19, 2020, by in-person deposition, to the extent safe, legally permissible, and advisable, or by video deposition.

IT IS SO ORDERED.

Dated: _____, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE