| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.org |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following page and signature blocks* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**JOINT STIPULATION AND REQUEST REGARDING SUBSTITUTE NEXT FRIEND**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
CARTER C. WHITE (164149)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
       cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MARY KATHRYN KELLEY (170259)
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: swynn@cooley.com
       mkkelley@cooley.com

COOLEY LLP
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: rtarneja@cooley.com
       amayhugh@cooley.com

*Attorneys for Plaintiffs*

1. WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, in the First Amended Complaint, Plaintiffs identified Reyna D. as next friend to Plaintiff Jaime D., who cannot litigate his own case due to his minority. (ECF No. 81);

WHEREAS, Reyna D. is no longer able to serve in the capacity of next friend to Jaime D. and has asked to be withdrawn from that role;

WHEREAS, Plaintiffs report that they have identified an appropriate substitute, Alfredo Santiago, who understands the requirements of the role of next friend and is willing and able to serve as next friend to Jaime D. who is a class representative in this litigation;

WHEREAS, Plaintiffs report that they have worked with Jaime D.'s DHS caseworker to establish a relationship between Mr. Santiago and Jaime D. and that his caseworker is fully supportive of Mr. Santiago serving in this capacity;

WHEREAS, Plaintiffs report that Mr. Santiago understands the role and responsibilities associated with serving as a next friend, and that he is committed to advancing Jaime D.'s best interests;

WHEREAS, Plaintiffs and Defendants met and conferred, and Defendants agree with the proposed substitution of Mr. Santiago for Reyna D. as next friend to Jaime D.;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court make and enter the following order:

1. Reyna D. is hereby withdrawn as next friend to Jaime D. and Alfredo Santiago is appointed as substitute next friend to Jaime D. in her place.

//
//

| | | |
|---|---|---|
| 1 | Dated: July 8, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | By: /s/ Alexandra R. Mayhugh |
| | | Alexandra R. Mayhugh (300446) |
| 4 | | Attorneys for Plaintiffs |
| | | Email: amayhugh@cooley.com |
| 5 | Dated: July 8, 2020 | JOSEPH H. HUNT |
| 6 | | Assistant Attorney General |
| | | Civil Division |
| 7 | | ERNESTO MOLINA |
| | | JEFFREY ROBINS |
| 8 | | Deputy Directors |
| | | BENJAMIN MARK MOSS |
| 9 | | W. DANIEL SHIEH |
| | | Senior Litigation Counsel |
| 10 | | JONATHAN K. ROSS |
| | | ANTHONY J. MESSURI |
| 11 | | Trial Attorneys |
| | | Office of Immigration Litigation |
| 12 | | Civil Division, U.S. Department of Justice |
| 13 | | |
| 14 | | By: /s/ W. Daniel Shieh |
| | | W. Daniel Shieh |
| 15 | | Senior Litigation Counsel |
| | | United States Department of Justice |
| 16 | | Attorneys for Official-Capacity Defendants |
| 17 | | Email: daniel.shieh@usdoj.gov |

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: July 8, 2020          COOLEY LLP

By: /s/ Alexandra R. Mayhugh
Alexandra R. Mayhugh (300446)
Attorneys for Plaintiffs
Email: amayhugh@cooley.com