UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LUCAS R. *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>      Defendants. | Case No.: 2-18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST RE SUBSTITUTE NEXT FRIEND** |

Based upon the Parties' joint stipulation and for good cause shown, it is hereby ordered that Reyna D. is withdrawn as next friend to Jaime D. and Alfredo Santiago is appointed as substitute next friend to Jaime D. in her place.

Dated: _____, 2020

                                                                                                       _____
                                                                                                       DOLLY M. GEE
                                                                UNITED STATES DISTRICT JUDGE