UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R. *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>    Defendants. | Case No.: CV 18-5741 DMG (PLAx)<br><br>**ORDER APPROVING JOINT STIPULATION AND REQUEST RE SUBSTITUTE NEXT FRIEND [250]** |

Based upon the Parties' joint stipulation and for good cause shown,

IT IS HEREBY ORDERED that Reyna D. is withdrawn as next friend to Jaime D. and Alfredo Santiago is appointed as substitute next friend to Jaime D. in her place.

DATED: July 9, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE