CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **JOINT STIPULATION AND REQUEST TO AMEND CASE SCHEDULE PRETRIAL AND TRIAL DATES** <br><br> [Proposed Order Filed Concurrently Herewith] <br><br> Complaint Filed: June 29, 2018 <br> Pretrial Conference Date: Dec. 22, 2020 <br> Trial Date: January 19, 2021 <br> Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com

*Attorneys for Plaintiffs*

WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, on or about November 2, 2018, the Court denied Defendants' motion to dismiss the FAC and certified five nationwide classes, which were modified by order entered December 27, 2018 (ECF Nos. 126, 141);

WHEREAS, on or about January 9, 2019, Defendants answered the FAC (ECF Nos. 144, 145);

WHEREAS, on or about November 12, 2019, the Parties filed a first joint stipulation and request to continue the then-current schedule of pretrial and trial dates by approximately three months. As addressed in the stipulation, the Parties agreed that there was good cause for such a continuance in light of resources the Parties had expended in an effort to settle multiple claims in this case; the volume and complexity of discovery; the development of unanticipated issues in discovery; the Parties' good-faith efforts to cooperatively resolve those issues; and the scheduling of the Parties and witnesses for deposition (ECF No. 203);

WHEREAS, on or about November 13, 2019, the Court found that there was good cause for the continuance and approved the Parties' joint request to continue the then-current schedule of pretrial and trial dates by approximately three months (ECF No. 204);

WHEREAS, on or about March 6, 2020, after taking approximately 37 fact depositions, including a three-day deposition pursuant to Federal Rule of Civil Procedure 30(b)(6), producing voluminous discovery, and engaging in significant meet and confers to informally resolve several discovery disputes, the Parties filed a second joint stipulation and request to continue the then-current schedule of pretrial and trial dates by approximately two to three months. (ECF No. 219.) As addressed in that stipulation, the Parties agreed there was good cause for such a continuance in light of the resources the Parties expended in an effort to settle multiple claims in the case;

WHEREAS, on or about March 6, 2020, the Parties filed a third joint stipulation and request to extend the March 13, 2020 deadline for non-expert discovery for certain limited and enumerated discovery, including as relevant here: (i) two depositions of third-party witnesses from Shiloh Treatment Center; (ii) a third-party deposition of General Dynamics Information Technology ("GDIT"); (iii) the deposition of Dr. Micah Sickel or his replacement; and (iv) the deposition of plaintiff Jaime D. (ECF No. 220);

WHEREAS, on or about March 10, 2020, the Court found good cause for both requested continuances and approved the Parties' joint requests to continue pre-trial and trial dates and extend certain non-expert discovery (ECF Nos. 221, 222);

WHEREAS, on or about April 3, 2020, in light of the COVID-19 pandemic and related restrictions on and recommendations against travel, the Parties filed a fourth joint stipulation and request to continue deadlines for certain remaining fact discovery to 30 days from the time that federal, state, and local guidance would permit litigation-related travel to resume (ECF No. 239);

WHEREAS, on or about April 6, 2020, the Court found good cause for the requested continuance and approved the Parties' joint request to continue certain discovery deadlines (ECF No. 240);

WHEREAS, on or about May 12, 2020, in light of further complications brought about by the COVID-19 pandemic, the Parties filed a fifth joint stipulation and request to move the deadline for Initial Expert Disclosure and Reports from May 22, 2020 to June 19, 2020, and to also continue the deadline to complete certain fact discovery so the Parties could make reasonable efforts to complete that discovery by June 19, 2020, keeping all other Pretrial and Trial Dates unchanged (ECF No. 245);

WHEREAS, on or about May 14, 2020, the Court found good cause for the requested continuance and approved the Parties' joint request to continue certain discovery deadlines (ECF No. 247);

WHEREAS, on June 19, 2020, Plaintiffs served nine expert reports and disclosed twelve experts, and Defendants served five expert reports and disclosed five experts,

and, on July 17, 2020, Plaintiffs served an additional expert rebuttal report and Defendants served four additional expert rebuttal reports;

WHEREAS, between July 13, 2020 and August 14, 2020, the Parties took seventeen expert depositions;

WHEREAS, despite Plaintiffs' best and reasonable efforts, Plaintiffs have been unable to obtain the third-party discovery from Shiloh Treatment Center and depositions from employees thereof, and thus Plaintiffs moved to compel such discovery in the Southern District of Texas on August 7, 2020 (S.D. Tex. Case No. 4:20-mc-02319), and Plaintiffs' motion to compel remains pending. Plaintiffs also have been unable to take the deposition of Dr. Micah Sickel (or his replacement) due to his unavailability;

WHEREAS, since as early as April 2019, the Parties have engaged in extensive and productive settlement discussions, including but not limited to attending three in-person and three telephonic Settlement Conferences with Magistrate Judge Pym, the most recent occurring on February 5, 2020 (*see* ECF Nos. 169-172, 179, 196, 202, 206, 207, 214, 215);

WHEREAS, the Parties have agreed to engage in further settlement discussions in the coming weeks;

WHEREAS, in light of the Parties' intent to engage in further settlement discussions, complications caused by the ongoing COVID-19 pandemic, and Plaintiffs' pending motion to compel outstanding third-party discovery in the U.S. District Court for the Southern District of Texas, the Parties jointly propose modest extensions of most upcoming case deadlines by approximately two months;

WHEREAS, the Parties will work cooperatively with respect to the remaining case schedule in order to provide the Court with sufficient time to fully consider the pleadings and the record, and therefore agree that the Parties' cross-motions for summary judgment[1], should they be needed, will be filed no later than ten weeks before

---

[1] The Parties have met and conferred, and agree that only the step-up, unfit-custodian,

the December 11, 2020 amended hearing-date (on October 2, 2020), the Parties' oppositions will be filed no later than five weeks before the December 11, 2020 amended hearing-date (on November 6, 2020), and the Parties' replies will be filed no later than three weeks before the December 11, 2020 amended hearing-date (on November 20, 2020);

WHEREAS, for the foregoing reasons, the Parties submit that they have diligently conducted discovery and litigation of the case, and that good cause exists for the modest extensions requested, and such relief will not significantly delay trial in this action, but rather allow for efficient resolution of the claims;

NOW, THEREFORE, the Parties stipulate and respectfully request that the Court adjust the current schedule as follows, or as the Court's calendar permits:

| Schedule | | |
|---|---|---|
| Matter | Existing Date | Proposed New Date |
| **TRIAL**  [ x ] Court [ ] Jury<br>Duration Estimate: 6 Weeks | 1-19-21 at 9:30 a.m. | 3-22-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 weeks before trial | 12-22-20 at 2 p.m. | 2-22-21 at 2 p.m. |

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | Completed |
| Early Mediation Deadline | 8-5-19 | Completed |
| Joint Report re Results of Early Mediation | 8-19-19 | |
| Initial Expert Disclosure & Report Deadline | 6-19-20 | Completed |

---

and legal-representation claims are suitable for disposition through summary judgment.

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Rebuttal Expert Disclosure & Report Deadline | 7-17-20 | Completed |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-13-20 | Completed[2] |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-14-20 | Completed |
| Settlement Conference Completion Date | 9-18-20 | 12-18-20 |
| Joint Status Report re Settlement | 9-25-20 | 11-20-20 |
| Motion Cut-Off (filing deadline) | 9-18-20 | 10-30-20 |
| Last hearing date for dispositive motions | 10-23-20 at 2pm | 12-11-20 |
| Motions in Limine Filing Deadline | 11-6-20 | 1-15-21 |
| Opposition in Motion in Limine Filing Deadline | 11-20-20 | 1-29-21 |
|  |  |  |
| Proposed Pretrial Conference Order | 12-11-20 | 2-12-21 |
| Pretrial Exhibit Stipulation | 12-11-20 | 2-12-21 |
| Joint Exhibit List | 12-11-20 | 2-12-21 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 12-11-20 | 2-12-21 |
| Witness Declarations or Marked Depositions | 12-22-20 | 2-26-21 |
| Objections to Witness Declarations/Marked Depositions | 1-5-21 | 3-12-21 |
| Proposed Findings of Fact and Conclusions of Law | 12-22-20 | 2-23-21 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 1-5-21 | 3-12-21 |

---

[2] The Parties agree that the current deadline for non-expert discovery should remain in place except for the third-party discovery from Shiloh Treatment Center that is the subject of litigation in the Southern District of Texas and the outstanding deposition of Dr. Micah Sickel or his replacement, as set forth in the Joint Stipulation and Request Regarding Expert Discovery and Outstanding Fact Depositions (ECF Nos. 245, 247).

The Parties FURTHER REQUEST that the Court set a status conference, at the Court's convenience, to discuss the revised schedule proposed herein and logistics for the upcoming trial.

Dated: August _21, 2020      COOLEY LLP

By: */s/ Alexandra R. Mayhugh*
Alexandra R. Mayhugh (300446)
Attorneys for Plaintiffs
Email: amayhugh@cooley.com

Dated: August __21, 2020      ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO MOLINA
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
Deputy Director
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice

By: */s/ W. Daniel Shieh*
W. Daniel Shieh
Senior Litigation Counsel
United States Department of Justice
Attorneys for Official-Capacity Defendants
Email: daniel.shieh@usdoj.gov

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  August 21, 2020                COOLEY LLP


                                       By: */s/ Alexandra R. Mayhugh*
                                           Alexandra R. Mayhugh (300446)
                                           Attorneys for Plaintiffs
                                           Email:  amayhugh@cooley.com