UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No.  2:18-CV-05741 DMG PLA |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER APPROVING JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULE OF PRETRIAL AND TRIAL DATES** |
| ALEX AZAR, et al., | |
| Defendants. | |

Having read and considered the Parties' Joint Stipulation and Request Regarding Schedule of Pretrial and Trial Dates, and for good cause appearing, the Court hereby APPROVES the Stipulation and adopts the following stipulated case schedule:

| Schedule | | |
|---|---|---|
| **Matter** | **Existing Date** | **Proposed New Date** |
| **TRIAL**   [ x ] Court [  ] Jury<br>Duration Estimate: 6 Weeks | 1-19-21 at 9:30 a.m. | 3-22-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 weeks before trial | 12-22-20 at 2 p.m. | 2-22-21 at 2 p.m. |

| **Matter** | **Existing Date** | **Proposed New Date** |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | Completed |
| Early Mediation Deadline | 8-5-19 | Completed |
| Joint Report re Results of Early Mediation | 8-19-19 | |
| Initial Expert Disclosure & Report Deadline | 6-19-20 | Completed |
| Rebuttal Expert Disclosure & Report Deadline | 7-17-20 | Completed |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-13-20 | Completed[1] |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-14-20 | Completed |
| Settlement Conference Completion Date | 9-18-20 | 12-18-20 |
| Joint Status Report re Settlement | 9-25-20 | 11-20-20 |
| Motion Cut-Off (filing deadline) | 9-18-20 | 10-30-20 |

---

[1] Except for the third-party discovery from Shiloh Treatment Center that is the subject of litigation in the Southern District of Texas and the outstanding deposition of Dr. Micah Sickel or his replacement, as set forth in the Joint Stipulation and Request Regarding Expert Discovery and Outstanding Fact Depositions (ECF Nos. 245, 247).

[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST RE: SCHEDULE CASE NO. 2:18-CV-05741 DMG PLA

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Last hearing date for dispositive motions | 10-23-20 at 2pm | 12-11-20 |
| Motions in Limine Filing Deadline | 11-6-20 | 1-15-21 |
| Opposition in Motion in Limine Filing Deadline | 11-20-20 | 1-29-21 |
|  |  |  |
| Proposed Pretrial Conference Order | 12-11-20 | 2-12-21 |
| Pretrial Exhibit Stipulation | 12-11-20 | 2-12-21 |
| Joint Exhibit List | 12-11-20 | 2-12-21 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 12-11-20 | 2-12-21 |
| Witness Declarations or Marked Depositions | 12-22-20 | 2-26-21 |
| Objections to Witness Declarations/Marked Depositions | 1-5-21 | 3-12-21 |
| Proposed Findings of Fact and Conclusions of Law | 12-22-20 | 2-23-21 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 1-5-21 | 3-12-21 |

IT IS SO ORDERED.

IT IS FURTHER ORDERED that a status conference is set for _____ , 2020 to discuss the revised schedule and logistics for the upcoming trial.

DATED: _____, 2020          _____
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT COURT JUDGE