NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No.: CV 18-5741-DMG (PLAx) <br><br> **ORDER APPROVING JOINT STIPULATION AND REQUEST TO MODIFY SCHEDULE OF PRETRIAL AND TRIAL DATES [252]** |

Having read and considered the Parties' Sixth Joint Stipulation and Request Regarding Schedule of Pretrial and Trial Dates, and for good cause appearing, the Court hereby APPROVES the Stipulation and adopts the following amended case schedule:

| Amended Schedule | | |
|---|---|---|
| **Matter** | **Previous Date** | **New Date** |
| **TRIAL**  [ x ] Court [ ] Jury<br>Duration Estimate:  6 Weeks | 1-19-21 at 9:30 a.m. | 3-30-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 weeks before trial | 12-22-20 at 2 p.m. | 3-2-21 at 2 p.m. |

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 5-17-19 | N/A |
| Early Mediation Deadline | 8-5-19 | N/A |
| Joint Report re Results of Early Mediation | 8-19-19 | |
| Initial Expert Disclosure & Report Deadline | 6-19-20 | N/A |
| Rebuttal Expert Disclosure & Report Deadline | 7-17-20 | N/A |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 3-13-20 | N/A[1] |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-14-20 | N/A |
| Motion Cut-Off (filing deadline) | 9-18-20 | 10-30-20 |
| Last hearing date for dispositive motions | 10-23-20 | 12-11-20 |

---

[1] Except for the third-party discovery from Shiloh Treatment Center that is the subject of litigation in the Southern District of Texas and the outstanding deposition of Dr. Micah Sickel or his replacement, as set forth in the Joint Stipulation and Request Regarding Expert Discovery and Outstanding Fact Depositions (ECF Nos. 245, 247).

| Matter | Existing Date | Proposed New Date |
|---|---|---|
| Settlement Conference Completion Date | 9-18-20 | 12-18-20 |
| Joint Status Report re Settlement | 9-25-20 | 1-8-20 |
| Motions in Limine Filing Deadline | 11-6-20 | 1-15-21 |
| Opposition in Motion in Limine Filing Deadline | 11-20-20 | 1-29-21 |
| | | |
| Proposed Pretrial Conference Order | 12-11-20 | 2-19-21 |
| Pretrial Exhibit Stipulation | 12-11-20 | 2-19-21 |
| Joint Exhibit List | 12-11-20 | 2-19-21 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 12-11-20 | 2-19-21 |
| Witness Declarations or Marked Depositions | 12-22-20 | 2-26-21 |
| Objections to Witness Declarations/Marked Depositions | 1-5-21 | 3-12-21 |
| Proposed Findings of Fact and Conclusions of Law | 12-22-20 | 2-23-21 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 1-5-21 | 3-12-21 |

The parties shall comply with the Court's Scheduling and Case Management Order for Court Trial [Doc. # 151], except to the extent modified herein.

The parties shall appear for a telephonic status conference on **September 4, 2020 at 12:00 p.m.** to provide the Court with a status update regarding their mediation efforts.

IT IS SO ORDERED.

DATED: August 24, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE