UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 18-5741-DMG (PLAx)** | Date **September 4, 2020** |

Title  *Lucas R., et al. v. Alex Azar, et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos Holguin | W. Daniel Shieh, USDOJ |
| Leecia Welch | |
| Brenda L. Shum | |
| Daisy O. Felt | |
| Summer Wynn | |
| Michael J. McMahon | |

**Proceedings: TELEPHONIC STATUS CONFERENCE**

    The cause is called and counsel state their appearance. The parties inform the Court of the status of the action. A further joint status report is due by November 20, 2020.

:24