1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page and signature
   blocks*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | LUCAS R., et al.,            | Case No. 2:18-CV-05741 DMG PLA
13 |         Plaintiffs,          | **JOINT STIPULATION AND REQUEST TO MODIFY BRIEFING SCHEDULE AND ENLARGE PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY ADJUDICATION**
14 |    v.                        |
15 | ALEX AZAR, et al.,            |
16 |         Defendants.           |
17                                 | [Proposed Order Filed Concurrently Herewith]
18
19                                 | Complaint Filed: June 29, 2018
                                    | Pretrial Conference Date: March 2, 2021
20                                 | Trial Date: March 30, 2021
                                    | Judge: Hon. Dolly M. Gee
21

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com

*Attorneys for Plaintiffs*

1  WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, on or about November 2, 2018, the Court denied Defendants' motion to dismiss the FAC and certified five nationwide classes, which were modified by order entered December 27, 2018 (ECF Nos. 126, 141);

WHEREAS, on or about January 9, 2019, Defendants answered the FAC (ECF Nos. 144, 145);

WHEREAS, on or about August 24, 2020, the Court granted the Parties' Sixth Joint Stipulation and Request Regarding Schedule of Pretrial and Trial Dates, setting the Motion Cut-Off filing deadline as October 30, 2020, and last hearing date for dispositive motions as December 11, 2020 (ECF No. 253);

WHEREAS, the Parties met and conferred and, in their Sixth Joint Stipulation and Request Regarding Schedule of Pretrial and Trial Dates, informed the Court that the Parties had agreed:

> that the Parties' cross-motions for summary judgment, should they be needed, will be filed no later than ten weeks before the December 11, 2020 amended hearing date (on October 2, 2020), the Parties' oppositions will be filed no later than five weeks before the December 11, 2020 amended hearing date (on November 6, 2020), and the Parties' replies will be filed no later than three weeks before the December 11, 2020 amended hearing date (on November 20, 2020).

(ECF No. 252 at 3-4).

WHEREAS, the Parties wish to modify the schedule of pre-trial dates to include the Parties' agreed-upon briefing schedule for motions for summary judgment or partial summary adjudication, should they be needed;

WHEREAS, the Parties' agreed-upon briefing schedule would provide more than the minimum 28-day notice for motions set forth in the Court's Standing Order;

WHEREAS, the Parties jointly assert that good cause exists for the proposed

modification to the briefing schedule because both Parties intend to file their complex dispositive motions simultaneously;

WHEREAS, this Court's Standing Order and Local Rules provide that, subject to this Court approving an enlargement of the page limit, memoranda of points and authorities in support of or in opposition to motions "shall not exceed 25 pages" (ECF No. 17 at 4; Civ. L.R. 11-6);

WHEREAS, the Parties jointly assert that good cause exists to exceed the page limitations and extend the briefing schedule set by the Standing Order and Local Rules because of the number of claims at issue, the substantial volume of evidence that must be described to lay the factual predicate for summary judgment on each claim on a classwide basis, and the differing case law and the legal arguments applicable to each claim;

WHEREAS, without additional pages, and given the number of claims at issue, the Parties believe that their ability to fully brief the issues would be severely compromised without the requested accommodation on page length; and

WHEREAS, in order to address more fully and comprehensively their respective arguments, the Parties request the Court allow an enlargement of the page limitations to 60 pages for initial and opposition briefs, and 25 pages for reply briefs.

///
///
///

|    |    |
|---|---|
| 1  | NOW, THEREFORE, the Parties hereby stipulate and respectfully request that |
| 2  | the Court make and enter the following order: |

1. Modify the schedule of pre-trial dates (ECF No. 253) to include the agreed-upon briefing schedule for the Parties' intended motions for summary judgment or partial summary adjudication as follows:

   a. Motions for summary judgment or partial summary adjudication shall be filed no later than October 2, 2020;

   b. Opposition briefs shall be filed no later than November 6, 2020;

   c. Reply briefs shall be filed no later than November 20, 2020; and

2. Enlarge the page limitations for summary judgment briefing as follows:

   a. 60 pages for all initial memoranda in support of motions for summary judgment or partial summary adjudication;

   b. 60 pages for all briefs in opposition; and

   c. 25 pages for all reply briefs.

| | | |
|---|---|---|
| 1 | Dated: September 18, 2020 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Rebecca Tarneja* |
| | | Rebecca Tarneja (293461) |
| 4 | | Attorneys for Plaintiffs |
| | | Email: rtarneja@cooley.com |
| 5 | | |
| | | JOSEPH H. HUNT |
| 6 | | Assistant Attorney General |
| | | Civil Division |
| 7 | | ERNESTO MOLINA |
| | | JEFFREY ROBINS |
| 8 | | Deputy Directors |
| | | BENJAMIN MARK MOSS |
| 9 | | W. DANIEL SHIEH |
| | | Senior Litigation Counsel |
| 10 | | MARINA STEVENSON |
| | | JONATHAN K. ROSS |
| 11 | | ANTHONY J. MESSURI |
| | | Trial Attorneys |
| 12 | | Office of Immigration Litigation |
| | | Civil Division, U.S. Department of Justice |
| 13 | | |
| 14 | | By: */s/ W. Daniel Shieh* |
| | | W. Daniel Shieh |
| 15 | | Senior Litigation Counsel |
| | | United States Department of Justice |
| 16 | | Attorneys for Official-Capacity |
| | | Defendants |
| 17 | | Email: daniel.shieh@usdoj.gov |

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: September 18, 2020    COOLEY LLP

By: */s/ Rebecca Tarneja*
Rebecca Tarneja (293461)
Attorneys for Plaintiffs
Email: rtarneja@cooley.com