1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LUCAS R., et al.,

                Plaintiffs,

    v.

ALEX AZAR, et al.,

                Defendants.

Case No.  2:18-CV-05741 DMG PLA

**[PROPOSED] ORDER APPROVING JOINT STIPULATION AND REQUEST TO MODIFY BRIEFING SCHEDULE AND ENLARGE PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY ADJUDICATION**

1   Having read and considered the Parties' Joint Stipulation and Request to Modify

2   Briefing Schedule and Enlarge Page Limits for Motions for Summary Judgment or

3   Partial Summary Adjudication, and for good cause appearing, the Court hereby

4   APPROVES the Stipulation and it is

5   ORDERED that motions for summary judgment or partial summary adjudication

6   shall be filed no later than October 2, 2020, opposition briefs shall be filed no later than

7   November 6, 2020, and reply briefs shall be filed no later than November 20, 2020; and

8   FURTHER ORDERED that the page limit for all initial memoranda in support

9   of the Parties' motions for summary judgment or partial summary adjudication shall be

10  60 pages, the page limit for all opposition briefs shall be 60 pages, and the page limit

11  for all reply briefs shall be 25 pages.

12  IT IS SO ORDERED.

13

14  DATED: _____, 2020      _____

15                                  DOLLY M. GEE
                                    UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2