UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>           Plaintiffs,<br><br>   v.<br><br>ALEX AZAR, et al.,<br><br>           Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER APPROVING JOINT STIPULATION AND REQUEST TO MODIFY BRIEFING SCHEDULE AND ENLARGE PAGE LIMITS FOR MOTIONS FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY ADJUDICATION [259]** |

Having read and considered the Parties' Joint Stipulation and Request to Modify Briefing Schedule and Enlarge Page Limits for Motions for Summary Judgment or Partial Summary Adjudication, and for good cause appearing, the Court hereby APPROVES the Stipulation.

IT IS HEREBY ORDERED that motions for summary judgment or partial summary adjudication shall be filed no later than October 2, 2020, opposition briefs shall be filed no later than November 6, 2020, and reply briefs shall be filed no later than November 20, 2020; and

FURTHER ORDERED that the page limit for all initial memoranda in support of the Parties' motions for summary judgment or partial summary adjudication shall be 60 pages, the page limit for all opposition briefs shall be 60 pages, and the page limit for all reply briefs shall be 25 pages.

IT IS SO ORDERED.

DATED: September 23, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE