JEFFREY B. CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>　　　　*Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.C.P. 56.**<br>Hearing Date: December 11, 2020<br>Time: 3:00 p.m. PT<br>350 West 1st Street<br>Los Angeles, CA 90012<br><br>Honorable Dolly M. Gee<br>United States District Judge |

PLEASE TAKE NOTICE that on or before December 11, 2020, or as soon thereafter as the matter may be heard, in Courtroom 8C of the above-entitled Court located at the First Street United States Courthouse, 350 West First Street, Los Angeles, California, the Honorable Dolly M. Gee presiding, Defendants Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, et al., *et al.*, will, and hereby do, move for summary judgment pursuant to Federal Rule of Civil Procedure 56(b). *See* Dkt. No. 253.

This Motion is based on this Notice, Defendants' Memorandum of Points and Authorities, Defendants' Statement of Uncontroverted Facts and Conclusions of Law, the evidentiary record in this case as set forth in Defendants' Exhibits, and such other evidence or argument as the Court may consider.

This Motion is made following multiple conferences of counsel under Local Rule 7-3 that spanned June 16 through September 22, 2020.

2
Notice of Motion for Summary Judgment

PLEASE TAKE NOTICE that on or before December 11, 2020, or as soon thereafter as the matter may be heard, in Courtroom 8C of the above-entitled Court located at the First Street United States Courthouse, 350 West First Street, Los Angeles, California, the Honorable Dolly M. Gee presiding, Defendants Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, et al., *et al.*, will, and hereby do, move for summary judgment pursuant to Federal Rule of Civil Procedure 56(b). *See* Dkt. No. 253.

This Motion is based on this Notice, Defendants' Memorandum of Points and Authorities, Defendants' Statement of Uncontroverted Facts and Conclusions of Law, the evidentiary record in this case as set forth in Defendants' Exhibits, and such other evidence or argument as the Court may consider.

This Motion is made following multiple conferences of counsel under Local Rule 7-3 that spanned June 16 through September 22, 2020.

| | | |
|---|---|---|
| 1 | Dated: October 2, 2020 | Respectfully submitted, |

JEFFREY B. CLARK
Acting Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

ERNESTO H. MOLINA
Deputy Director

CHRISTOPHER A. BATES
Senior Counsel to the
Assistant Attorney General

*/s/ W. Daniel Shieh*
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Email: Daniel.Shieh@usdoj.gov

*Counsel for Defendants*

3
Notice of Motion for Summary Judgment