JEFFREY B. CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. <br><br> *Defendants*. | Case No.: 18-cv-05741-DMG-PLA <br><br> **DECLARATION OF W. DANIEL SHIEH IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1
Declaration of W. Daniel Shieh in Support of Motion for Summary Judgment

# DECLARATION OF W. DANIEL SHIEH, ESQ.

I, W. Daniel Shieh, declare and state as follows:

1.     I am an attorney in good standing and admitted to practice before this Court and a Senior Litigation Counsel at the United States Department of Justice, Civil Division, Office of Immigration Litigation, Appellate Litigation Section. I am a member of the State Bar of New York. I am counsel of record for Defendants Alex M. Azar, Secretary of the United States Department of Health and Human Services, et al. I make this Declaration in support of Defendants' Motion for Summary Judgment. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows. Because I submit this Declaration for a limited purpose, it does not contain all information I know about the above-captioned matter.

2.     Attached hereto as Defendants' Exhibit 1 is a true and correct copy of the Excerpts from the Deposition Transcript of Stephen Antkowiak, October 28, 2019.

3.     Attached hereto as Defendants' Exhibit 2 is a true and correct copy of the Rule 30(b)(6) Deposition of Toby Biswas, February 18-19, 2020.

4.     Attached hereto as Defendants' Exhibit 3 is a true and correct copy of the Excerpts from the Deposition Transcript of Judette Padilla, March 3, 2020.

5.     Attached hereto as Defendants' Exhibit 4 is a true and correct copy of the Excerpts from the Deposition Transcript of Jallyn Sualog, August 21, 2019.

6.     Attached hereto as Defendants' Exhibit 5 is a true and correct copy of the Excerpts from the Deposition Transcript of Micaela Vergara, June 9, 2020.

7.     Attached hereto as Defendants' Exhibit 6 is a true and correct copy of the Excerpts from the Deposition Transcript of Dr. Ilze Earner, August 10, 2020.

8.     Attached hereto as Defendants' Exhibit 7 is a true and correct copy of the Excerpts from the Deposition Transcript of Dr. Sid Mohn, August 5, 2020.

9. Attached hereto as Defendants' Exhibit 8 is a true and correct copy of the Excerpts from the Deposition Transcript of Dr. Joseph Ryan, July 31, 2020.

10. Attached hereto as Defendants' Exhibit 9 is a true and correct copy of the Declaration of Stephen Antkowiak, September 17, 2020.

11. Attached hereto as Defendants' Exhibit 10 is a true and correct copy of the Declaration of Toby Biswas, September 15, 2020.

12. Attached hereto as Defendants' Exhibit 11 is a true and correct copy of the ORR Juvenile Coordinator Annual Report, *previously filed Flores v. Barr*, Case No. 85-cv-04544, ECF No. 837, Attachment C.

13. Attached hereto as Defendants' Exhibit 12 is a true and correct copy of the Excerpts from the Deposition Transcript of Karen Husted, April 25, 2019.

14. Attached hereto as Defendants' Exhibit 13 is a true and correct copy of the Expert Report of Dr. Ilze Earner, June 19, 2020.

15. Attached hereto as Defendants' Exhibit 14 is a true and correct copy of the Expert Report of Rev. Dr. Sid Mohn, June 17, 2020.

16. Attached hereto as Defendants' Exhibit 15 is a true and correct copy of the Excerpts from the Deposition Transcript of Toby Biswas, November 13, 2019.

17. Attached hereto as Defendants' Exhibit 16 is a true and correct copy of the Excerpts from the Deposition Transcript of James De La Cruz, March 10, 2020.

18. Attached hereto as Defendants' Exhibit 17 is a true and correct copy of the Excerpts from the Deposition Transcript of Shannan Meyerstein, February 11, 2020.

19. Attached hereto as Defendants' Exhibit 18 is a true and correct copy of the Excerpts from the Deposition Transcript of Stephanie Trevino, March 5, 2020.

20. Attached hereto as Defendants' Exhibit 19 is a true and correct copy of the Excerpts from the Deposition Transcript of David Fink, February 12, 2020.

21. Attached hereto as Defendants' Exhibit 20 is a true and correct copy of the Excerpts from the Deposition Transcript of Natasha David, October 24, 2019.

22. Attached hereto as Defendants' Exhibit 21 is a true and correct copy of the Excerpts from the Deposition Transcript of Melissa Cook, November 18, 2019.

23. Attached hereto as Defendants' Exhibit 22 is a true and correct copy of the Excerpts from the Deposition Transcript of Carina Contreras, January 23, 2020.

24. Attached hereto as Defendants' Exhibit 23 is a true and correct copy of the Excerpts from the Deposition Transcript of Whitney Eich, February 27, 2020.

25. Attached hereto as Defendants' Exhibit 24 is a true and correct copy of the Excerpts from the Deposition Transcript of Ruth Esther Vasquez, March 2, 2020.

26. Attached hereto as Defendants' Exhibit 25 is a true and correct copy of the Excerpts from the Deposition Transcript of Nidia Murray, December 17, 2019.

27. Attached hereto as Defendants' Exhibit 26 is a true and correct copy of the Excerpts from the Deposition Transcript of Yesenia Heath, February 26, 2020.

28. Attached hereto as Defendants' Exhibit 27 is a true and correct copy of the Excerpts from the Deposition Transcript of Captain Marivic Fields, February 24, 2020.

Declaration of W. Daniel Shieh in Support of Motion for Summary Judgment

29. Attached hereto as Defendants' Exhibit 28 is a true and correct copy of the Excerpts from the Deposition Transcript of Elicia Smith, November 22, 2019.

30. Attached hereto as Defendants' Exhibit 29 is a true and correct copy of the Excerpts from the Deposition Transcript of Nithya Nathan-Pineau, August 20, 2019.

31. Attached hereto as Defendants' Exhibit 30 is a true and correct copy of the Expert Report of Dr. Joseph P. Ryan, June 19, 2020.

32. Attached hereto as Defendants' Exhibit 31 is a true and correct copy of the Expert Rebuttal Report of Dr. Joseph P. Ryan, June 19, 2020.

33. Attached hereto as Defendants' Exhibit 32 is a true and correct copy of the Excerpts from the Deposition Transcript of Dr. Roy Lubit, August 4, 2020.

34. Attached hereto as Defendants' Exhibit 33 is a true and correct copy of the Excerpts from the Deposition Transcript of Faith Ray, October 23, 2019.

35. Attached hereto as Defendants' Exhibit 34 is a true and correct copy of the Excerpts from the Deposition Transcript of Jose Castaneda, November 21, 2019.

36. Attached hereto as Defendants' Exhibit 37 is a true and correct copy of the Excerpts from the Deposition Transcript of Bernadine Leslie Wood, April 26, 2019.

37. Attached hereto as Defendants' Exhibit 38 is a true and correct copy of the Excerpts from the Deposition Transcript of Megan Stuart, July 9, 2019.

38. Attached hereto as Defendants' Exhibit 39 is a true and correct copy of the Excerpts from the Deposition Transcript of Justin Mixon, January 18, 2019.

39. Attached hereto as Defendants' Exhibit 40 is a true and correct copy of the Excerpts from the Deposition Transcript of Lorelei Williams, July 2, 2019.

Declaration of W. Daniel Shieh in Support of Motion for Summary Judgment

40. Attached hereto as Defendants' Exhibit 42 is a true and correct copy of Plaintiff Lucas R.'s Responses to Defendants' Revised First Set of Interrogatories, July 24, 2019.

41. Attached hereto as Defendants' Exhibit 45 is a true and correct copy of Plaintiff Jaime D.'s Responses to Defendants' Revised First Set of Interrogatories, July 29, 2019.

42. Attached hereto as Defendants' Exhibit 48 is a true and correct copy of Plaintiff Daniela Marisol T.'s Responses to Defendants' Revised First Set of Interrogatories, July 25, 2019.

43. Attached hereto as Defendants' Exhibit 53 is a true and correct copy of Plaintiff Gabriela N.'s Responses to Defendants' Revised First Set of Interrogatories, June 29, 2019.

44. Attached hereto as Defendants' Exhibit 57 is a true and correct copy of the Excerpts from the Deposition Transcript of Eduardo P., November 4, 2019.

45. Attached hereto as Defendants' Exhibit 60 is a true and correct copy of the Excerpts from the UAC Manual of Procedures, which was produced in discovery by Defendants and bears Bates Nos. GOV-00016596, GOV-00016603-16604, GOV-00016607-16611, GOV-00016628-16663, GOV-00016637-16639, GOV-00207375, GOV-00207384-207393, GOV-00207412-207417, GOV-00207438-00207443, GOV-00016812, and GOV-00016817-16823.

46. Attached hereto as Defendants' Exhibit 61 is a true and correct copy of page 9 from the Expert Report of Dr. Emily Ryo, June 16, 2020.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed October 2, 2020 in Washington, D.C.

                                       */s/ W. Daniel Shieh*
                                       W. DANIEL SHIEH
                                       Senior Litigation Counsel
                                       Office of Immigration Litigation
                                       United States Department of Justice

Declaration of W. Daniel Shieh in Support of Motion for Summary Judgment