# DX-01

Deposition of Stephen Antkowiak, October 28, 2019

CONFIDENTIAL

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3                  WESTERN DIVISION

4

5    _____

                                    )

6    LUCAS R., et al.,              )

                                    )

7         Plaintiffs,               )

                                    )   Case No.

8    vs.                            )

                                    )   2:18-cv-05741

9    ALEX AZAR, Secretary of U.S. ) DMG-PLA

     Department of Health and       )

10   Human Services, et al.,        )

                                    )

11        Defendants.               )

     _____)

12

13

14                  CONFIDENTIAL

15

16       DEPOSITION OF STEPHEN ANTKOWIAK

17              Washington, DC

18             October 28, 2019

19

20

21

22

23

24   Reported by:  John L. Harmonson, RPR

25   Job No. 170113

CONFIDENTIAL

Page 63

1    of the typical descriptions?

2         A.    I mean, one of them is you have to be

3    state licensed.  You have to obtain state

4    licensing.  I haven't looked at the cooperative

5    agreement since I got there, so it's been a

6    couple of months.  I would have to look at one

7    again to give you some further detail.  I don't

8    know what else is in there.

9              There is some guidance in there about

10   budgets, how to structure your budgets on

11   allowable costs, things like that.

12        Q.    Anything about staffing levels?

13        A.    Yes, there is some stuff in there

14   about staffing levels in terms of ratios that ORR

15   requires.

16        Q.    Do the ratios and staffing levels

17   apply to case managers?

18        A.    Yes.

19        Q.    What is a case manager?

20        A.    A case manager is a person who is

21   responsible for a variety of things.  One of

22   those things is the reunification process,

23   ensuring that the information necessary to

24   reunify a child is received in a timely manner,

25   following up with the sponsor, engaging with the

CONFIDENTIAL

Page 64

1    sponsor.  They'll also engage with the youth as

2    well to make sure that they are able to access

3    services while in the facility.

4         Q.    Are there any other things that a case

5    manager is responsible for?

6         A.    They may also engage with the FFS as

7    well, just generally speaking, in terms if the

8    FFS has questions about what's happening with a

9    case.

10        Q.    So going back to sort of the

11   monitoring responsibilities of project officers,

12   we talked about there are budgetary

13   responsibilities, sort of managing or ensuring

14   compliance with the cooperative agreement.  We

15   talked about some day-to-day monitoring, I guess,

16   of significant incident reports.

17             Anything else that project officers do

18   on the monitoring role?

19        A.    They'll meet with the grantee about

20   their schedule for bringing beds on line, so

21   they'll be collecting information from the

22   grantee about that process.

23        Q.    What do you mean by "beds on line"?

24        A.    So if a grantee is funded for 500 or

25   so beds, the grantee often doesn't provide 500

CONFIDENTIAL

Page 146

1        A.     It's my understanding usually runaways

2   will often result in that.  Staff secure, which I

3   didn't know this until I got to ORR, is really

4   just a greater level of supervision of staff.  So

5   it's a lower ratio of staff to kid.  That's the

6   only distinction between that and a shelter.  If

7   a kid has run away, they may just need to have

8   more eyes on them, essentially be better engaged

9   with the program staff.

10            So I would say generally runaways.

11  Sometimes if they are maybe getting into fights

12  with other kids, they likely may be moved that

13  way.  But I would expect it wouldn't be normal

14  everyday roughhousing.  It might be something

15  more significant, like repeated actions like

16  that.

17       Q.     Are you familiar with the phrase

18  "significant incident report"?

19       A.     Yes.

20       Q.     Sometimes called an SIR.  Is that

21  right?

22       A.     Yes.

23       Q.     Can you tell me what that is?

24       A.     It's a report of an incident that may

25  have occurred in the facility.  It's usually

CONFIDENTIAL

Page 157

1      Q.    Do you know what any of those rates
2  are for any of the facility types?
3      A.    No, I don't.  For staff secure, it's
4  just more staff essentially, so it can be a
5  little bit higher than a regular shelter.
6      Q.    Now I don't have to ask you that five
7  more times.
8      A.    Thank you.  I appreciate that.
9      Q.    So kind of moving on to the next sort
10  of facility, I want to talk about residential
11  treatment centers or RTCs.
12      A.    Okay.
13      Q.    Do you know what the criteria are for
14  placement in an RTC?
15      A.    Not specifically.  I haven't had much
16  experience with that since I've been in this job.
17      Q.    Do you know approximately how many
18  children are currently placed in RTCs?
19      A.    Currently, no.  I understand -- I
20  believe we have 40 or so beds in RTCs.  It's my
21  understanding that generally they're usually
22  full, or close to being full.
23      Q.    Is there a policy that establishes the
24  criteria for placement in an RTC?
25      A.    I believe so.  I believe it would be

CONFIDENTIAL

1  region to another or identify trends over time.

2  So we finally have access to more robust software

3  packages that are allowing us to do that now.

4      Q.    Is it the policy of ORR to ensure the

5  prompt and continuous efforts to release children

6  to sponsors?

7      A.    Yes, in a safe manner.

8      Q.    And what do you do to make that

9  happen?

10     A.    We set goals with staff.  I try to

11  ensure staff are aware of what their priorities

12  are and that safety is always of paramount

13  concern.  I express to them that expediency does

14  not come first; safety comes first.  So if they

15  have any questions about the relative safety of a

16  particular release, that they're to question it;

17  that they're to do their due diligence; that

18  they're to hold the facilities accountable as

19  well in moving that process forward.

20          We'll also pull data specifically, and

21  I'll ask program staff to focus on this

22  particular subset of kids during a period of

23  time.

24          And during influx we also, when we had

25  Homestead open, we were looking to release kids

CONFIDENTIAL

Page 225

1          A.     The FFSs, they are responsible for

2    that.  And the CFSs also may do some oversight

3    work there as well.

4          Q.     Are you familiar with how FFSs or CFSs

5    conduct their oversight of case managers?

6          A.     Generally.

7          Q.     Could you tell me how they do that?

8          A.     They participate in the case

9    staffings.  They ask for status updates on cases.

10   They monitor the stay, the length of care.  They

11   have a weekly census that they're constantly

12   monitoring to make sure that cases are moving

13   quickly.

14              I think we have specific requirements

15   in the policy about category 1 cases are supposed

16   to move within a certain amount of time towards

17   release.  The same thing with the remaining ones.

18   So they're trying to do goal setting with case

19   managers to make sure that those cases are moving

20   promptly.

21         Q.     Are there reports that they use to

22   track the performance of case managers?

23         A.     Yes.

24         Q.     What are those reports?

25         A.     So Jim provides, I think, weekly or

CONFIDENTIAL

1           C E R T I F I C A T E

2

3    DISTRICT OF COLUMBIA

4           I, JOHN L. HARMONSON, a Notary Public

5    within and for the District of Columbia, do

6    hereby certify:

7           That STEPHEN ANTKOWIAK, the witness

8    whose deposition is hereinbefore set forth, was

9    duly sworn or affirmed by me and that such

10   deposition is a true record of the testimony

11   given by such witness.

12          That if the foregoing pertains to a

13   federal case, before completion of the

14   proceedings, review and signature of the

15   transcript [x] was [ ] was not requested.

16          I further certify that I am not related

17   to any of the parties to this action by blood or

18   marriage; and that I am in no way interested in

19   the outcome of this matter.

20          IN WITNESS WHEREOF, I have hereunto set

21   my hand this 7th day of November, 2019.

22

23                        *John L. Harmonson*

                    _____

24                   JOHN L. HARMONSON, RPR

                    My commission expires: 11/14/20

25