# DX-03

Deposition of Judette Padilla, March 3, 2020

Page 1

1    IN THE UNITED STATES DISTRICT COURT
     FOR THE CENTRAL DISTRICT OF CALIFORNIA
2              WESTERN DIVISION
3
4    LUCAS R., et al.,
5
                Plaintiffs,
6
                                    Case No.
7       vs.                         2:18-CV-05741
                                    DMG PLA
8
     ALEX AZAR, Secretary of US
9    Department of Health and
     Human Services, et al.,
10
11              Defendants.
12
13
14         C O N F I D E N T I A L
15       DEPOSITION OF JUDETTE PADILLA
16
17    TAKEN ON BEHALF OF THE PLAINTIFFS
18
19             March 3, 2020
20
21
22
23
24
25   JOB NO. 177836

Page 76

1  Q. Is anyone else involved in that
2  five-day assessment?
3  A. No.
4  Q. And do case managers or clinicians
5  develop a case plan for the child in terms of
6  reunification?
7  A. No.
8  Q. No case plan is developed for the child
9  regarding reunification?
10 A. Not an official case plan.
11 Q. Is there an unofficial case plan?
12 A. The idea is we'll get them to the
13 sponsor as quickly as possible, as soon as a
14 sponsor's identified.
15 Q. And that identification, again, happens
16 during intake?
17 A. We hope, yes.
18 Q. Who do you discuss this -- I'll call it
19 unofficial case plan?
20 A. Sure.
21 Q. Who is this discussed with?
22 A. Case manager and clinician, and usually
23 the lead case manager and lead clinician.
24 Q. Does the child have input into the
25 plan?

1           A.      Yes.

2           Q.      Does the child's family have input?

3           A.      Yes.

4           Q.      Does anyone else have input?

5           A.      Sponsor.

6           Q.      Do you ever refer children for
7    additional evaluations?

8           A.      Yes.

9           Q.      What kinds of evaluations?

10          A.      Usually medical.

11          Q.      And this is in addition to the medical
12   provider's initial exam?

13          A.      Correct.

14          Q.      And those medical evaluations, are
15   those provided at The Villages?

16          A.      No.

17          Q.      Who generally makes the recommendation
18   for an additional medical evaluation?

19          A.      The doctor that does the initial
20   medical exam.

21          Q.      Are there any other types of
22   evaluations that take place or occur?

23          A.      We have had a couple of psychological
24   evaluations completed.

25          Q.      And who makes the recommendation for

1    A.   I was in discussion with the case
2 managers of the cases to determine whether or not we
3 felt it was necessary to step-up a child from our
4 care.
5    Q.   And did that happen -- were you
6 involved in every decision?
7    A.   Yes.
8    Q.   And did you make recommendations for or
9 against stepping up a child?
10   A.   Yes.
11   Q.   Who did you make those recommendations
12 to as lead case manager?
13   A.   They would just be to case managers and
14 clinicians.
15   Q.   And what factors did you consider in
16 making a recommendation about whether or not a child
17 should be stepped up?
18   A.   The safety and wellbeing of that child
19 and other children that were at The Villages.
20   Q.   Are there any standards that apply to
21 determinations about whether they should be stepped
22 up?
23   A.   Yes.
24   Q.   What are those standards?
25   A.   I would have to look them up for you.

CONFIDENTIAL

Page 117

1  A. No.
2  Q. What issues usually delay the process,
3  if any?
4  A. The biggest delay usually is sponsors
5  providing us with proper information.
6  Q. You mentioned background checks and
7  fingerprints --
8  A. Correct.
9  Q. -- and home study, correct?
10  Can you tell me -- so for background
11  checks, how long does that take?
12  A. That's very quick. We do those
13  internally, but we need sponsors' IDs, household
14  member IDs to run those.
15  Q. So how long is very quick?
16  A. They can be run in five minutes.
17  Q. You mentioned fingerprints as well, how
18  long does that take?
19  A. That can take anywhere from a week to
20  two weeks to get an appointment set up for the
21  sponsor, and then depending on the category, whether
22  we have to wait for the results or not.
23  Q. Does a sponsor set that up, the
24  fingerprints?
25  A. Pardon?

1  policy where The Villages will require a sponsor to
2  participate in a home study?
3       A.   No.
4       Q.   If a home study evaluator provides a
5  negative recommendation, is a sponsor notified of
6  that recommendation?
7       A.   Yes.
8       Q.   Are they notified about that
9  recommendation before they're denied?
10      A.   It doesn't necessarily mean they're
11 getting denied.
12      Q.   Can you -- so that's actually a great
13 point.  So if a sponsor is denied, then what
14 happens?
15      A.   If the sponsor is denied --
16      Q.   I'm sorry, if we have a negative home
17 study evaluation, then what happens?
18      A.   It comes back to the case manager, who
19 then, if it's possible, works with the sponsor to
20 alleviate what the negative concerns were.
21      Q.   Can you give me examples of some of
22 those concerns that can be alleviated?
23      A.   One was like the place where the person
24 lived, the fire escape was rickety, so they were
25 concerned that there was no way out of the place

1  A. Yeah.
2  Q. So once the evaluator puts the
3  result -- the home study in the system and it's a
4  negative result, at that point the case manager has
5  the final say on whether or not that sponsor is
6  approved; is that correct, for The Villages?
7  A. I don't know that we say that they're
8  approved. We look at whether the report, if there
9  was things that we can help with in the report so
10 they can continue to be the sponsor.
11 Q. Okay.
12 A. It's not -- we don't just look at it
13 and go, okay, it's negative and make a negative
14 recommendation. That's not -- I mean, it's about
15 helping the sponsor fix whatever the home study
16 person found negative in the household if we can.
17 Q. Okay. So at the point that the case
18 manager decides to -- let's say the case manager
19 decides that they're going to deny the sponsor at
20 that point, then what is the next step that happens?
21 A. Then we make a recommendation to deny
22 release to sponsor to case coordinator.
23 Q. GDIT, correct?
24 A. Correct.
25 Q. And is the sponsor notified of the

CONFIDENTIAL

Page 144

1   denial --

2         A.   Yes.

3         Q.   -- before or after that recommendation?

4         A.   Before.

5         Q.   How soon before?

6         A.   Probably same day.  I mean, case
7   managers are in constant contact with them, so...

8         Q.   And is the sponsor given an opportunity
9   to address any issue that the evaluator identified
10  in the report?

11        A.   Yes.

12        Q.   How is the sponsor informed of this
13  opportunity?

14        A.   Verbally.

15        Q.   Who informs them?

16        A.   Case manager.

17        Q.   How much time is the sponsor provided
18  to address any issues in the report?

19        A.   It depends on what the issues are.

20        Q.   Can you give me an example?

21        A.   Like the fire escape, that wasn't
22  really the sponsor's -- she couldn't go out and, you
23  know, attach the fire escape to the building, so we
24  had to wait on the landlord to actually do that, so
25  there was -- you know, and there's no set timeframe

1  negative?

2      A.  Yeah, I'm sorry.

3  BY MR. MOSS:

4      Q.  Let me try it this way, because we

5  definitely want to be clear.

6          At the time of placement, in your

7  experience, has The Villages always been able to

8  meet the child's needs?

9      A.  At this point, yes.

10     Q.  And if there ever comes a point when

11 The Villages feels that it cannot meet the child's

12 needs, will it explore next steps --

13     A.  Yes.

14     Q.  -- with ORR?

15     A.  (No verbal response.)

16     Q.  And I see you're nodding your head, so

17 that's a yes?

18     A.  Yes.

19     Q.  You were asked about sponsorship.  If a

20 proposed sponsor wants to submit evidence in support

21 of reunification with that sponsor, can the proposed

22 sponsor contact The Villages' case manager?

23     A.  Yes.

24     Q.  And if the proposed sponsor submits

25 evidence in support of reunification, will The

Page 247

1   Villages case manager look at that evidence?
2          A.   Yes.
3          Q.   And will The Villages' case manager
4   consider whatever information the proposed sponsor
5   might provide?
6          A.   Yes.
7          Q.   And will the case manager take that
8   into account in deciding whether to recommend
9   release?
10         A.   Yes.
11         Q.   You were asked about whether the length
12  of a child's time in The Villages' care impacts
13  efforts to release the child, and I believe you
14  testified that it does not; is that correct?
15         A.   It does not.
16         Q.   Why is that the case, why not?
17         A.   Because we don't determine how long a
18  kid stays with us, the sponsor really does as far as
19  how proactive they are.  And if we've identified a
20  sponsor -- I mean, if a kid's with us longer, it's
21  not because we haven't been trying to find somebody
22  for them to go to, it's because we have nobody to
23  send them to, or we recommended them to legal and
24  there's no legal relief so they're just stuck with
25  us, but we always continue to try to find sponsors.

Page 248

1  Q.  You testified that there has been just
2  one single instance at The Villages when a sponsor
3  was denied.
4      Did I get that right?
5  A.  Yes.
6  Q.  Do you remember why the sponsor was
7  denied?
8  A.  Negative home study.
9  Q.  Is that a serious thing for The
10 Villages to deny a sponsor?
11 A.  Yes.
12 Q.  Why is that?
13 A.  Because a lot of time and effort go
14 into making sure it is a safe place for the child to
15 be released to. A lot of work goes into that.
16 Q.  And in your experience, is The Villages
17 required to deny release when release would not be
18 safe for the child?
19 A.  Yes.
20 Q.  Why is that?
21 A.  ORR policy says it is our job to make
22 sure that it's a safe and timely release, and safe
23 being the operative word there.
24 Q.  In your experience, if releasing a
25 child to the given sponsor would be unsafe for the

1  child, is The Villages required to deny release even
2  if that would make the children sad?
3      A.   Yes.
4      Q.   Why is that?
5      A.   Because you need to be looking at the
6  overall wellbeing of the child and they may not see
7  what we see as far as, you know, that that
8  sponsor -- you know, the negative home study doesn't
9  mean anything to them, that was still her uncle, but
10 it doesn't -- you know, but it was our job to
11 explain why we didn't feel it was a safe place for
12 her to go.
13     Q.   And zooming out, why is it important to
14 assess whether a sponsor is appropriate?
15     A.   We want to make sure they're not being
16 trafficked.
17     Q.   Are there any other reasons why it may
18 be important to assess whether a sponsor is
19 appropriate?
20     A.   Well, we don't want to send them to a
21 child abuser either, someone that's been convicted
22 or otherwise.
23     Q.   Well, you were testifying earlier, I
24 believe the word "suffering" came up.
25          Do you recall that?

Page 257

1                    CERTIFICATE

2    STATE OF KANSAS           )
                               ) ss.
3    CITY OF TOPEKA            )

4

5             I, Sarah A. Davison, a Certified Court
6    Reporter, within and for the State of Kansas, do
7    hereby certify that the witness whose testimony
8    appears in the foregoing deposition was duly sworn
9    by me; that the testimony of said witness was taken
10   by me to the best of my ability and thereafter
11   reduced to typewriting under my direction; that I am
12   neither counsel for, related to, nor employed by any
13   of the parties to the action in which this
14   deposition was taken, and further that I am not a
15   relative or employee of any attorney or counsel
16   employed by the parties thereto, nor financially or
17   otherwise interested in the outcome of the action.
18   DATED: 3-13-2020

19                      _____
20                      Sarah A. Davison
                        CCR #1397-MO  #1589-KS
21
22
23
24
25