# DX-21

Deposition of Melissa Cook, November 18, 2019

Page 1

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
***********************************************************

LUCAS R., et al.,

        Plaintiffs,
   v.                              Case Number
                                  2:18-CV-05741 DMG PLA
ALEX AZAR, Secretary of U.S.
Department of Health and Human
Services, et al.,
        Defendants.
***********************************************************

Confidential pursuant to the protective order
DEPOSITION OF
MELISSA COOK
November 18, 2019
9:10 a.m. - 5:06 p.m.
Harrisonburg, Virginia

REPORTED BY:  GWENDA E. APPLEGATE, RPR, CRR
Job #:171764

Page 49

1  about?
2      A    Not off the top of my head.
3      Q    Was it about individual children?
4      A    No.
5      Q    Was it about general policies or practices?
6      A    Possibly.
7      Q    Okay.  Circling back to Natasha, your FFS,
8  what's your understanding of the role and
9  responsibilities of an FFS?
10     A    She makes decisions and she gives guidance.
11     Q    What kinds of decisions does she make?
12     A    She may make -- to my understanding, she
13 makes placement decisions and those type of
14 decisions.
15     Q    What do you mean by placement decisions?
16     A    If a child should be stepped down or
17 released.
18     Q    And what kind of guidance does she provide?
19     A    What kind of guidance does she provide?
20 She sends e-mails, is involved in conference calls at
21 times.
22     Q    On what topics?
23     A    She could provide guidance on any topic,
24 mainly with case managers.
25     Q    About specific children?

Case 2:18-cv-05741-DMG-PLA   Document 263-24   Filed 10/02/20   Page 4 of 8   Page ID #:6502
Confidential pursuant to the protective order

Page 109

1    higher level of secure, security.
2        Q    And what does higher level of secure mean?
3        A    It mean -- it would mean the most -- it
4    would mean whatever level that youth needs to be in
5    to be maintained in a safe manner for themself or
6    others.
7        Q    Is Shenandoah, to your understanding, the
8    highest level of security that ORR --
9        A    Yes.
10       Q    -- uses?  Yes.
11            And it's called a secure facility?
12       A    Yes.
13       Q    What does it mean to be a secure facility?
14       A    It means that the youth have 24-hour
15   supervision.  It means that they are in a locked
16   facility.  They cannot come and go as they please.
17       Q    Anything else?
18       A    I'm sure there are other things, but I
19   can't think of specifics.
20       Q    Do children have any privacy at Shenandoah?
21       A    Yes.
22       Q    When?
23       A    They have their own bedrooms.
24       Q    Are there windows out to the hallway?
25       A    Are there windows out to the hallway?

Page 113

1     A    I've been in the buildings before.
2     Q    The name of the staff secure facility you
3  said you visited was Youth For Tomorrow?
4     A    Uh-huh.
5     Q    As a clinician, how would you describe the
6  differences between the secure setting at Shenandoah
7  and the staff secure setting at Youth For Tomorrow?
8     A    A secure setting is like a juvenile, is a
9  juvenile detention center type setting, and the staff
10 secure is like a locked group home.
11    Q    A locked group home?
12    A    Right, which means that they have more
13 freedom but they can't leave the facility without
14 having eyes-on supervision as a group.
15    Q    And how would you describe the difference
16 between a secure setting like Shenandoah and an RTC
17 like Shiloh?
18    A    An RTC is a residential therapeutic
19 treatment center.  Their goal is to provide
20 therapeutic services, so they're going to be working
21 more closely with psychologists and psychiatrists.
22 They're going to have mental health treatment plans
23 because there is typically a mental health goal that
24 they are working on.
25    Q    So the children at Shenandoah would not

Case 2:18-cv-05741-DMG-PLA   Document 263-24   Filed 10/02/20   Page 6 of 8   Page ID #:6504
Confidential pursuant to the protective order

Page 114

1   have a mental health goal?
2        A    Not that we would be pursuing and working
3   on.  A residential treatment facility is much more
4   long term than we are.
5        Q    How long do kids typically stay at
6   Shenandoah?
7        A    Could be a couple weeks to a couple months.
8   It depends on the case.  It depends on the behavior
9   and -- yeah.
10       Q    Could it be more than a couple months?
11       A    It could be.
12       Q    Can you recall situations where children
13  have been there longer than a couple months?
14       A    Not -- not from the past few years.
15       Q    But before then?
16       A    Before then, a couple kids had very complex
17  cases.
18       Q    What's the longest you remember a child
19  staying at Shenandoah?
20       A    Possibly a year.
21       Q    In your experience, where do most of the
22  children who are stepped up to Shenandoah arrive
23  from?
24       A    Arrive from as within the context of the
25  system or --

Page 124

1  A    I don't know.
2  Q    Okay. Based on your knowledge, do you know
3  approximately what percentage of children at
4  Shenandoah have legal representatives, have
5  attorneys?
6  A    Have attorneys?
7  Q    Uh-huh. (Indicating in the affirmative).
8  A    The type of attorney, I don't know. But
9  they all have legal -- some type of legal access.
10 Q    All of them?
11 A    Have access, yes.
12 Q    What do you mean by access?
13 A    They have a right to have the legal
14 services. But aside from that, I don't know what
15 their interactions are.
16 Q    Okay. You don't know how many of them are
17 represented?
18 A    I don't -- I don't deal with the legal --
19 legal stuff.
20 Q    In your experience, why are children
21 typically stepped up to Shenandoah?
22 A    For being a danger to themselves or others.
23 Q    More commonly a danger to themselves or
24 more commonly a danger to others?
25 A    A mixture of both.

Confidential pursuant to the protective order

Page 294

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:
2         I, Gwenda E. Applegate, Court Reporter,
3  Notary Public in and for the Commonwealth of Virginia
4  at Large, and whose commission expires November 30,
5  2021, do certify that the aforementioned appeared
6  before me, was sworn by me, and was thereupon examined
7  by counsel; and that the foregoing is a true, correct,
8  and full transcript of the testimony adduced.
9         I further certify that I am neither
10 related to nor associated with any counsel or party
11 to this proceeding, nor otherwise interested in the
12 event thereof.
13        Given under my hand and notarial seal at
14 Palmyra, Virginia, this 3rd day of December 2019.
15
16
17
18
19 *Gwenda E. Applegate*
   _____
20    Gwenda E. Applegate, Notary Public
21    Commonwealth of Virginia at Large
22    Notary Registration Number 115863
23
24
25