# DX-24

Deposition of Ruth Esther Vasquez, March 2, 2020

```
 1              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
 2                   WESTERN DIVISION

 3    _____
                             )
      LUCAS R., et al.,       )
 4                            )
                Plaintiffs,   )
 5                            )
             -vs-             )   Case No. 2:18-CV-05741 DMG PLA
 6                            )
      ALEX AZAR, Secretary of )
 7    U.S. Department of      )
      Health and Human        )
 8    Services, et al.,       )
                             )
 9              Defendants.   )
      _____ )

10

11

12            SAUL EWING ARNSTEIN & LEHR LLP
      CENTRE SQUARE WEST - 1500 MARKET STREET, 38TH FLOOR
13            PHILADELPHIA, PENNSYLVANIA   19102
                    MARCH 2, 2020
14                    9:40 A.M.

15

16

                   ORAL DEPOSITION
17                       OF
               RUTH ESTHER VASQUEZ
18

19

20

21

22

23    REPORTED BY:

24    DEBRA SAPIO LYONS, RDR, CRR, CRC, CCR, CLR, CPE

25    JOB NO. 177835
```

Page 78

1    the children?

2           A.    When needed.

3           Q.    And when, for example, would that

4    be needed?

5           A.    If a Case Manager requires support

6    to speak to the identified person.

7           Q.    Okay.  And when you were a Case

8    Manager, did you more regularly speak with --

9           A.    Yes.

10          Q.    -- families or -- or sponsors?

11          A.    Yes.

12          Q.    How often would you say you spoke

13   with a sponsor or the family members of a

14   specific child?

15          A.    For a sponsor, typically almost

16   every day.  If it was home country, typically

17   once a week.

18          Q.    Once a week.  Okay.  And what

19   would you talk to them about?

20          A.    I would provide them with case

21   updates to let them know why the child was

22   still in care or how close I was to maybe

23   submitting the case; or if I needed to --

24   like, additional documents, I would provide

25   them with what I needed so that, like,

1    everybody would work together to get what I

2    needed.

3            Q.    And would you say that now as the

4    Lead Case Manager, the Case Managers under you

5    also communicate with sponsors or family

6    members on a daily basis if they're in the

7    United States?

8            A.    Yes.

9            Q.    And if they're in home country,

10   approximately every week?

11           A.    Yes.

12           Q.    And are those communications

13   documented anywhere?

14           A.    Yes.

15           Q.    Where are they documented?

16           A.    In case management notes as well

17   as the portal.

18           Q.    Okay.  And so -- and the case

19   management notes are in the binder that we

20   spoke about earlier?

21           A.    Yes.

22           Q.    All right.  And is there a

23   requirement for -- at KidsPeace for Case

24   Managers on how regularly they update

25   sponsors?

1          A.    Yes.

2          Q.    What is the requirement?

3          A.    Minimum once a week.

4          Q.    Minimum once a week.  And if -- if

5     a Case Manager is not updating a sponsor or

6     family member once a week, what happens?

7          A.    They would then receive

8     disciplinary action.

9          Q.    And what type of disciplinary

10    action?

11         A.    It would first be, like, a

12    documented just to let them know this is what

13    we need from you, this is not what we're

14    doing.  It would also be a training moment.

15    And then from there, a disciplinary action

16    could mean a write-up up to termination.

17         Q.    And where are those disciplinary

18    documents kept?

19         A.    That would be in the file for

20    the -- for each Case Manager.

21         Q.    Okay.  All right.  And then is it

22    the -- who is it that reviews files to make

23    sure that Case Managers are contacting

24    sponsors every week?

25         A.    It would be the Supervisor or

```
 1    refer the step-up request to the Case
 2    Coordinator --
 3          A.   Correct.
 4          Q.   -- in that instance?
 5          A.   Correct.
 6          Q.   Okay.  Do you know once a decision
 7    is made to step up a child, how does the child
 8    learn of that decision?
 9          A.   Typically the Case Manager and the
10    clinician will inform the child.
11          Q.   Do they both inform the child?
12          A.   Together, correct.
13          Q.   In a in-person meeting?
14          A.   In a in-person meeting at the
15    housing unit.
16          Q.   Okay.  And are there any policies
17    about what they need to tell the child
18    during --
19          A.   Not that --
20          Q.   -- that meeting?
21          A.   -- I am aware.
22          Q.   Are you aware of whether or not
23    they explain the reasons for the -- for the
24    step up?
25          A.   The reasons are explained.
```

Page 146

```
 1          Q.   Okay.  And does this conversation

 2    occur be -- in -- does it only occur after the

 3    decision has been made?

 4                MS. ROGIN:  Objection.

 5                THE WITNESS:  Yes.

 6    BY MS. ROBERTSON:

 7          Q.   Okay.  And is the child able to

 8    contest the decision or challenge the

 9    decision?

10          A.   I'm not sure.

11          Q.   Has a child ever asked if there

12    was a way that they could not be stepped up

13    after the decision has been made?

14          A.   To my knowledge, no.

15          Q.   And did they under -- and then do

16    children understand -- to your knowledge, have

17    they -- has the step-up process been explained

18    to the children?

19          A.   Yes.

20          Q.   Okay.  And are you aware of a

21    process where children can ask for a review of

22    their placement?

23          A.   Yes.

24          Q.   What is that process?

25          A.   There is a form.  The name of the
```

1          Q.    More than half did not have home

2     studies conducted.

3                Okay.  And are you aware of how

4     many cases that are currently at KidsPeace are

5     in the process of getting home studies?

6          A.    I don't have an exact number.

7          Q.    Would you say that it is more than

8     half?

9          A.    Less than half.

10         Q.    Less than half that are getting

11    home studies?

12         A.    Correct.

13         Q.    Okay.  And what happens if a home

14    study evaluator gives a negative

15    recommendation?

16         A.    Typically that recommendation

17    comes with qualifications, meaning it's

18    something that the sponsor can work towards to

19    rectify.

20         Q.    Okay.  And how is the sponsor

21    informed of the qualifications?

22         A.    In my experience, it has been the

23    Case Manager to inform the sponsor.

24         Q.    Okay.  So the -- does the provider

25    prepare a written report?

1          A.    I'm -- I don't know.

2          Q.    All right.  To your knowledge, is

3    there a policy about contacting sponsors after

4    a negative home study?

5          A.    I don't know.

6          Q.    And generally, in your experience,

7    how soon does that -- does it happen that the

8    sponsors are contacted?

9          A.    Typically within 24 hours.

10          Q.    Okay.  And then what happens after

11    the sponsor is contacted?

12          A.    The Case Manager works with the

13    sponsor in order to find ways to correct

14    whatever qualifications may have been

15    recommended in the home study.

16          Q.    And based on your experience, what

17    are some common qualifications that are given?

18          A.    Some things might be that the

19    sponsor had a room that was locked, so it

20    would be that they remove that lock and in the

21    next follow-up visit the home study provider

22    can go inside.

23          Q.    Okay.  So when the sponsor is

24    given information about the qualifications,

25    do -- does the sponsor have a certain amount

Page 210

```
1    of time to make changes?

2            A.   I don't think there's a deadline,

3    no.

4            Q.   And what happens -- did -- let's

5    see.

6                 And then after that initial

7    conversation between the Case Manager and the

8    sponsor about the report, does the Case

9    Manager follow up with the sponsor again?

10           A.   Yes.

11           Q.   And when does that happen?

12           A.   As soon as possible.

13           Q.   And do they -- and what is the

14   reason for the follow-up?

15           A.   The follow-up would be to see if

16   the sponsor needs help in rectifying whatever

17   was outlined, or if they need more time, or if

18   it's been completed.

19           Q.   And does the -- the Case Manager

20   assist the sponsor in making any of the

21   changes or corrections?

22           A.   Depending on what it is.

23           Q.   Okay.  And how would a Case

24   Manager help?

25           A.   So if one of the qualifications,
```

1    for example, would be that a sponsor provide a

2    court document or something, just for an

3    example, the Case Manager would help the

4    sponsor locate where to go get the document.

5           Q.   Okay.  And are there ever

6    instances where a sponsor is not able to make

7    changes to whatever the qualification was?

8           A.   There have been.

9           Q.   And what types of issues have

10   those been?

11          A.   In my experience, it has been when

12   the sponsor is renting a place to live and the

13   landlord has a locked door or something that's

14   blocked, things like that.

15          Q.   Okay.  And what has happened in

16   those cases?

17          A.   In those cases, sponsors have

18   spoken to the landlords.  Some of them have

19   complied with opening a door or the sponsor

20   has decided to relocate.

21          Q.   And does the Case Manager help

22   with any of those conversations?

23          A.   Yes.

24          Q.   Okay.  Are they required to -- to

25   do that?

Page 282

```
1                        CERTIFICATE

2    COMMONWEALTH OF PENNSYLVANIA        )

3                            ) ss:

4    COUNTY OF PHILADELPHIA              )

5            I, Debra Sapio Lyons, a Registered
     Diplomat Reporter, a Certified Realtime Reporter,
6    a Certified Realtime Captioner, an Approved
     Reporter of the United States District Court for
7    the Eastern District of Pennsylvania, a Certified
     Court Reporter for the State of New Jersey; and
8    Notary Public within and for the States of New
     Jersey, New York and the Commonwealth of
9    Pennsylvania do hereby certify:

10           That Ruth Esther Vasquez, the witness
     whose deposition is hereinbefore set forth, was
11   duly sworn by me and that such deposition is a
     true record of the testimony given by such
12   witness, to the best of my ability and thereafter
     reduced to typewriting under my direction.

13
             I further certify that I am not related
14   to any of the parties to this action by blood or
     marriage and that I am in no way interested in
15   the outcome of the matter.

16           In witness whereof, I have hereunto set
     my hand this 12th day of March, 2020.

17

18

19   _____
     DEBRA SAPIO LYONS
20   CRR, RDR, CRC, CCR, CPE

21

22

23

24

25
```