# DX-27

Deposition of Captain Marivic Fields, February 24, 2020

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                   WESTERN DIVISION

 4

 5
     LUCAS R., et al.,              )
 6                                  )
                     Plaintiffs     )
 7                                  )
             vs.                    ) Case 2:18-CV-
 8                                  ) 05741 DMG PLA
     ALEX AZAR, Secretary of        )
 9   U.S. Department of Health      )
     And Human Services, et al.,    )
10                                  )
                     Defendants.    )
11   ---------------------------x

12

13                    CONFIDENTIAL

14      PURSUANT TO PROTECTIVE ORDER 101-19

15   DEPOSITION OF CAPTAIN MARIVIC FIELDS, MSW

16

17                  Washington, D.C.

18             Monday, February 24, 2020

19

20

21

22   Reported by:

23   Lori J. Goodin, RPR, CLR, CRR,

24   RSA, California CSR #13959

25   JOB NO. 175375
```

Page 73

1  supervisors and leaders within the ORR
2  headquarters.
3          So, rather than like making changes
4  to the policy, but looking at, you know, some
5  of the issues that could prolong a child's stay
6  in the program.
7      Q.   And when you were talking about
8  length of care, you are talking specifically
9  about the children that were separated from
10 their parents?
11     A.   Not necessarily.  Well, that is
12 also -- I also looked at that and also just
13 children in the UAC in general.
14          You know, we had a discussion about
15 some of those children who have been in care
16 for a long period of time for example.  What
17 would be the barriers for that children
18 reunifying with a sponsor, or being released,
19 for example.
20     Q.   And, what did you conclude about
21 length of care barriers?
22     A.   Well, some of them, some of the
23 children don't have sponsors.
24          Some of the children had sponsors
25 but they withdrew from sponsorship.

1          Some of the children, the sponsors
2   were denied sponsorship because of maybe some
3   criminal history.  Some children are -- but,
4   you know, for the most part, they -- you know,
5   those are the things that I can pretty much
6   tell you, they either withdrew, they don't
7   have any sponsors, or sponsors are denied
8   sponsorship.
9        Q.   You think those are the reasons that
10  children have longer length in care?
11       A.   Those are the things that I have
12  seen.  Not necessarily depicting the true
13  picture of why children stay in care.
14       Q.   And did you prepare a report on the
15  length of care issues that you saw?
16       A.   No.
17       Q.   How did that information get
18  communicated?
19       A.   Through meetings.  Like, you know,
20  some of the discussion with colleagues or a
21  supervisor who is in charge of all of the
22  different programs and things like that.
23            Because, you know, I know that one
24  time length in care was a concern.
25            So, our, you know, we want the

1        A.    I am, I am not familiar.  But, I
2   know of it.
3        Q.    But, it is not a document that you
4   would ordinarily use?
5        A.    No, it was just for placement
6   purposes.
7        Q.    And how frequently are you involved
8   in the process for stepping down a child to a
9   less restrictive setting?
10       A.    I'm only involved whenever they feel
11  they need a fresh pair of eyes to review the
12  case.
13       Q.    Can you estimate how often a month
14  that happens?
15       A.    Maybe once a month.  Once a quarter.
16       Q.    Do you play a role in decision-
17  making regarding release of children to their
18  sponsors?
19       A.    Yes.
20       Q.    And what is that role?
21       A.    If the recommendation is to deny a
22  sponsor, a Category 1 sponsor, that means the
23  parents, from releasing a child, then that
24  recommendation is sent to me for further
25  review.  Only for denials.

```
 1                C E R T I F I C A T E

 2   UNITED STATES OF AMERICA    )
                                 ) ss.:
 3   DISTRICT OF COLUMBIA        )

 4

 5            I, Lori J. Goodin, a Notary Public

 6   within and for the District of Columbia, do

 7   hereby certify:

 8            That CAPTAIN MARIVIC FIELDS, the

 9   witness whose deposition is hereinbefore set

10   forth, was duly sworn by me and that such

11   deposition is a true record of the testimony

12   given by such witness.

13            I further certify that I am not

14   related to any of the parties to this action by

15   blood or marriage; and that I am in no way

16   interested in the outcome of this matter.

17            IN WITNESS WHEREOF, I have hereunto

18   set my hand this 5th day of March, 2020.

19                     Lori Goodin
20            _____

21            Lori J. Goodin, RPR, CLR, CRR

22            RSA, California CSR #13959

23

24   My Commission Expires:

25   May 14, 2021
```