# DX-35

Expert Report of Dr. Roy Lubit, June 19, 2020

** Filed Under Partial Seal