# DX-36

Expert Rebuttal Report of Dr. Roy Lubit, July 17, 2020

**Filed Under Partial Seal