# DX-37

Deposition of Bernadine Leslie Wood, April 26, 2019

Page 1

```
 1           UNITED STATES DISTRICT COURT
        CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
 2
 3              CASE NO. 2:18-CV-05741-DMG-PLA
 4
 5    LUCAS R., et al.,
 6                Plaintiffs,
 7         v.
 8    ALEX AZAR, Secretary of U.S.
      Department of Health and Human
 9    Services, et al.,
10                Defendants.
11    - - - - - - - - - - - - - - - - - - -x
12
13                          701 Brickell Avenue
                            Miami, Florida
14                          Friday, April 26, 2019
                            10:00 a.m.- 2:52 p.m.
15
16
17
18
19        DEPOSITION OF BERNADINE LESLIE WOOD
20
21
22         Taken before Edward Varkonyi, Registered
23    Merit Reporter and Notary Public for the State of
24    Florida at Large, pursuant to Notice of Taking
25    Deposition filed in the above cause.
```

Page 76

1  BY MR. HOLGUIN:
2      Q.  Does Homestead permit them to speak with
3  case coordinators?
4      A.  I don't manage case coordinators.
5      Q.  I'm sorry.  How about case managers?
6      A.  No.
7      Q.  I'm sorry.  No, meaning they are not
8  permitted to speak with the case managers?
9      A.  It's not that they are permitted or not
10 permitted to.  We're a large facility and if they
11 send an e-mail to over 200 case managers, they would
12 never get the information they need so we filter that
13 through the managers to ensure that they are being
14 responsive to AIJ.
15     Q.  Does a child at Homestead have more than
16 one case manager?
17     A.  No.
18     Q.  So is an AIJ lawyer permitted to speak
19 freely with a case manager overseeing his or her
20 client?
21         MR. RAY:  Object to the form.
22         THE WITNESS:  They have a distribution
23    list of people that they can ask about their
24    specific case and they will get a response to.
25    They are always responded to, whatever question

Page 77

1       they have.
2    BY MR. HOLGUIN:
3       Q.   So if I were representing a child at
4    Homestead, I would be able to speak with his or her
5    case manager or would I send questions through
6    management?
7       A.   You would send your questions through
8    management.
9       Q.   And the form of response I would get
10   would be an e-mail, a letter?  How would I get the
11   response to my question?
12      A.   So AIJ is on site, they are always
13   allowed to -- permitted to meet with myself or the
14   program director, which they do almost on a weekly
15   basis.  Their staff also meets with our staff.
16           They send e-mails daily requesting
17   things.  We have a barrage of e-mails on a daily
18   basis asking for case status, asking for documents,
19   so we have a single point of contact to ensure that
20   they are being responsive to AIJ.
21      Q.   Okay.  Do you have face-to-face meetings
22   with AIJ?
23      A.   Yes.
24      Q.   And who typically attends those meetings?
25      A.   Jennifer Anzardo Valdes, Brenda Corrales,

1  possibly has to your first amended complaint.
2          MR. HOLGUIN: Well, the witness
3  represented that there was, you know, free
4  access to the facility to do monitoring and I'm
5  simply testing her testimony in that regard. I
6  didn't bring that up.
7          MR. RAY: That's not what she
8  represented. She answered your question and now
9  you're delving into a line of questioning that's
10 way beyond the scope of why she's here today and
11 certainly beyond the scope of your complaint.
12         MS. DAVILA: The Government would also
13 like to preserve the objection that the judge in
14 this matter has already ordered that plaintiffs
15 are not to proceed on any cause of action
16 seeking enforcement of the Flores Agreement and
17 that is pursuant to the Court's order at ECF
18 Number 126, so we object to this entire line of
19 questioning about visits.
20 BY MR. HOLGUIN:
21     Q. In terms of telephone calls to lawyers,
22 what is Homestead facility's policy with allowing
23 children to make those types of phone calls?
24     A. If the children want to call a lawyer,
25 they are permitted to call a lawyer. If they want to

1  speak to the AIJ attorneys, which are the ones on
2  site, then we send a legal referral over to them,
3  letting them know that the child wants to speak to
4  them.
5        Q.   Are children permitted to speak with any
6  lawyer they wish?
7        A.   Yes.
8        Q.   Are children at Homestead provided a list
9  of free legal service providers in the area?
10       A.   They are given a list of free legal
11 services upon discharge.  AIJ meets with them.  They
12 can give them a list of free legal providers in the
13 area or give them their number.  The children are
14 permitted to call counsel any time they wish.
15       Q.   But the list is provided only upon
16 discharge?
17       A.   I don't know if AIJ provides one in their
18 orientation.
19       Q.   But Homestead staff does not?
20       A.   No, we provide AIJ so that they can give
21 that to them.
22       Q.   Are children at Homestead provided any
23 written explanation as to why they are at Homestead?
24       A.   AIJ gives them that orientation.
25       Q.   Do you know whether they are given

1  CERTIFICATE OF REGISTERED PROFESSIONAL REPORTER

3  I, EDWARD VARKONYI, and Registered Professional Reporter and a Notary Public for the
4  State of Florida at Large, do hereby certify that I reported the deposition of BERNADINE LESLIE WOOD;
5  that the foregoing pages, numbered from 1 to 179, inclusive, constitute a true and correct
6  transcription of my shorthand report of the deposition by said witness on this date.
7  I further certify that I am not an attorney or counsel of any of the parties, nor a
8  relative or employee of any attorney or counsel connected with the action, nor financially interested
9  in the action.
    WITNESS my hand and official seal in the
10 City of Miami, County of Dade, State of Florida, this 29th day of April 2019.

*Edward Varkonyi*

_____
17  Notary Public, State of Florida at
18  Large; my commission expires
19  February 26, 2023.  Bonded through
20  Troy Fain Insurance, Inc.