# DX-38

Deposition of Megan Stuart, July 9, 2019

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
CAUSE NO. 2:18-CV-05741 DMG PLA

LUCAS R., et al.,                )
                                 )
            Plaintiffs,          )
                                 )
       vs.                       )
                                 )
ALEX AZAR, Secretary of U.S.     )
Department of Health and         )
Human Services, et al. ,         )
                                 )
            Defendants.          )

THE DEPOSITION UPON ORAL EXAMINATION OF

M E G A N  S T U A R T,
the deponent produced and sworn before me,
Lindsay N. Bola, Notary Public in and for
the County of Hamilton, State of Indiana, taken
on behalf of the defendants, at the Office of
the U.S. Attorney, 10 West Market Street, Suite
2100, Indianapolis, Marion County, Indiana, on the
9th day of July 2019, commencing at approximately
9:30 a.m., pursuant to the Indiana Rules of Trial
Procedure, with written notice as to the
time and place.

Magna Legal Services
866-624-6221
www.MagnaLS.com



Page 75

```
 1            Catholic Charities and later Lutheran Social
 2            Services, which at a later date got a contract
 3            to be one of the Vera-funded providers, no
 4            attorney to my knowledge at those
 5            organizations ever entered an appearance or
 6            did advocacy for a kid in ORR detention.
 7     Q.     To your knowledge, was this representation
 8            required under the contract?
 9     A.     I don't know.
10     Q.     Did anyone at Vera tell you that you could not
11            advocate for a child?
12     A.     No.  I never -- I was -- I had no occasion to
13            interact with Vera.
14     Q.     Your --
15     A.     It was with the organization who told me that
16            they were not allowed to refer me cases
17            because they were told they would lose their
18            funding, and that was Catholic Charities.
19     Q.     Who told them that?
20     A.     I don't know who told them that they would
21            lose their funding.
22     Q.     Oh, my gosh.  This is becoming the telephone.
23     A.     I don't know -- I was told by Catholic
24            Charities.  I don't remember if it was Mario
25            who was like their head of their immigration
```



```
                                                              Page 119
 1        STATE OF INDIANA      )
                                )   SS:
 2        COUNTY OF HAMILTON    )
 3
 4        I, Lindsay N. Bola, Notary Public in Hamilton
   County, Indiana, do hereby certify that the
 5 deponent was by me sworn to tell the truth in the
   aforementioned matter;
 6        That the deposition was taken on behalf of the
   defendants at the time and place heretofore
 7 mentioned with counsel present as noted;
          That the deposition was taken down by means of
 8 Stenograph notes, reduced to typewriting under my
   direction and is a true record of the testimony
 9 given by said deponent and was thereafter presented
   to the deponent for signature.
10        I do further certify that I am a disinterested
   person in this cause of action; that I am not a
11 relative or attorney of any of the parties  or
   otherwise interested in the event of this action
12 and am not in the employ of the attorneys for the
   respective parties.
13
14        IN WITNESS WHEREOF, I have hereunto set my
   hand and affixed my notarial seal this _____ day
15 of July 2019.
16
17
18
19                         _____
                           Lindsay N. Bola, Notary Public
20
21        County of Residence:  Hamilton
22        My Commission Expires:  March 16, 2024
23
24
25
```

