# DX-39

Deposition of Justin Mixon, January 18, 2019

Page 1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:18-CV-05741 DMG PLA
----------------------------------
LUCAS R., Et Al.,

    Plaintiffs,

-vs-

ALEX AZAR, Secretary of U.S.
Department of Health and
Human Services, Et al.,

    Defendants.
----------------------------------
                -------
         Thursday, July 18, 2019
                -------

  Oral deposition of JUSTIN MIXON, was taken on behalf of Defendants, held at the offices of United States Attorney's Office, 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania 19106, commencing at 9:30 a.m., on the above date, before Lisa J. Brill, a Court Reporter and Notary Public, there being present:

        MAGNA LEGAL SERVICES
           866.624.6221
          WWW.MAGNALS.COM



Page 133

```
 1   and I wasn't in the system when that all
 2   happened when it finally happened.  So my
 3   understanding after I left in June 2017 is
 4   that -- you know, I think some providers
 5   are representing children in a bond hearing
 6   but that bond hearing really just
 7   establishes that they're not a flight risk
 8   or a safety risk, and it doesn't really
 9   effect the placement decision.  So I think
10   it's true to this day that the Vera
11   providers are prohibited from getting
12   involved in ORR's release, placement
13   decisions, or challenging ORR's release and
14   placement decisions.  That's my
15   understanding.
16      Q.    To your knowledge, has the Vera
17   Institute denied funding to a legal service
18   provider on the basis that legal service
19   providers had taken action against ORR?
20      A.    I don't think that's happened.  I
21   don't think they are discouraged.  I don't
22   -- no, I don't that's happened, but I don't
23   know.  I don't have access to that all of
24   that information.  I know more about HIAS
```



Page 150

1  Q.    What was the basis of that belief?
2  A.    The belief that I had about their
3  interpretation or their interpretation.
4  Q.    You said that they believed that it
5  was outside CLIN 1, 2 and 3 for example?
6  A.    They would have stated directly to
7  me.
8  Q.    Who would have stated that?
9  A.    My supervisor Elizabeth Yaeger
10 would have stated that directly to me that
11 your -- your funding doesn't do that,
12 doesn't allow you to do that yourself, and
13 finding a pro bono attorney to do that
14 endangers our funding.
15 Q.    And they told you that
16 specifically?
17 A.    That would have been said to me
18 directly specifically.  There may be an
19 e-mail.  I don't know.
20 Q.    Have you ever filed a legal
21 challenge against ORR?
22 A.    No.
23 Q.    Has Vera ever threatened to cut off
24 HIAS's funding to your knowledge?



Page 151

```
 1     A.     Not to my knowledge.
 2     Q.     Has Vera ever threatened to cut off
 3  your funding?
 4     A.     No.
 5     Q.     Have you ever been sanctioned or
 6  disciplined by Vera for pursuing legal
 7  challenges?
 8     A.     No.  I would say I have been
 9  sanctioned at HIAS for pursuing legal
10  challenges.
11     Q.     Can you explain that a little bit
12  more?
13     A.     So on a few occasions Elizabeth
14  Yaeger told me that I needed to be careful
15  about my relationship with the shelter
16  director and to come to her with things
17  were more controversial, like more
18  confrontational, like any sort of complaint
19  about the license, or the complaint about
20  the kid on the psychotropics or the access
21  to files.  Things like that.
22     Q.     When you said Ms. Yaeger told you
23  to be careful about your relationship with
24  the shelter director about things that are
```



Page 154

1    A.    Okay.
2    Q.    You state that Vera at the behest
3  of the ORR blocks the majority of the
4  qualified and available representatives
5  from children affirmed by ORR's custody and
6  placement decisions?
7    A.    Yeah.  I'm not in the room when ORR
8  negotiates the contract with Vera.  I don't
9  really know to what extent is ORR creating
10  CLIN 1, CLIN 2, CLIN 3.  To what extent is
11  it Vera.  To what extent is it both.  For
12  some reason getting involved in placement
13  decisions on behalf of children who want a
14  different result, I don't know anybody ever
15  doing that successfully.
16    Q.    Have you ever seen a Vera contact?
17    A.    I have.  In 2015 I think I got a
18  hold of the contract when it was renewed,
19  October 1st, 2015.  I don't remember much
20  about it honestly.
21    Q.    What is the basis of the statement
22  that Vera blocks the majority of the
23  qualified and available representatives
24  from representing children affirmed by



Page 245

1        C E R T I F I C A T I O N
2
3    I, Lisa J. Brill, a Court Reporter and
     Notary Public in and for the Commonwealth
4    of Pennsylvania, do hereby certify the
     foregoing to be a true and accurate
5    transcript of my original stenographic
     notes taken at the time and place
6    hereinbefore set forth.
7
8
9    _____
10
     Lisa J. Brill, Court Reporter-Notary Public
11   in and for the Commonwealth of Pennsylvania
12   DATED:_____
13
14
15
16     (The foregoing certification of this
     transcript does not apply to any
17   reproduction of the same by any means,
     unless under the direct control and/or
18   supervision of the certifying shorthand
     reporter.)
19
20
21
22
23
24

