# DX-40

Deposition of Lorelei Williams, July 2, 2019

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN

DIVISION

------------------------------------

LUCAS R, et al,

        Plaintiffs,

    vs.                Index No. 2:18-CV-05741 DMG PLAx

ALEX AZAR, et al,

        Defendants.

------------------------------------

CONFIDENTIAL DEPOSITION OF LORILEI WILLIAMS
New York, New York
Tuesday, July 2, 2019

MAGNA LEGAL SERVICES
Magnals.com
(866) magna21

Reported by:
Jeremy Frank, MPM
JOB NO. 489369



Page 96

1                       Williams
2        A.    No, I have not seen anything in
3    writing.
4        Q.    You're also not aware of whether
5    there are such any written communications; is
6    that correct?
7        A.    Correct, I am not aware.
8        Q.    To your knowledge why would Vera
9    have informally or formally discouraged
10   Vera-funded lawyers from taking legal action
11   against ORR?
12       A.    If it is true that ORR could have
13   or would have or has in the past taken away
14   these contracts from legal service providers
15   who engage in litigation against ORR, then we
16   are talking about millions and millions of
17   dollars.  So I cannot say with specific
18   reasons would be and wouldn't be, but I can
19   say there was lot of money at stake.
20       Q.    To your knowledge, has Vera
21   Institute denied funding to a legal services
22   provider on the basis that the providers or
23   one of its attorneys took legal action against
24   ORR?
25       A.    No, I don't have any knowledge of



```
 1                    Williams
 2   an incident like that.
 3       Q.    To your knowledge, has the Vera
 4   Institute revoked a prior grant of funding to
 5   a legal service provider on the basis that the
 6   legal services provider took legal action
 7   against ORR?
 8       A.    No, I do not have any knowledge of
 9   any instance like that.
10       Q.    Is it your contention that Vera
11   currently discourages Vera-funded lawyers from
12   taking legal action against ORR?
13       A.    I do not know that because I have
14   not been involved with Vera since January
15   2016.
16       Q.    We have used the word discouraged,
17   what about the word prohibit?  More
18   specifically is it your contention that when
19   you interacted with Vera and were engaged with
20   that is it your contention Vera prohibited
21   Vera-funded lawyers from taking legal action
22   against ORR?
23       A.    I --
24             MS. DUONG:  Objection, vague.
25       A.    Could you repeat the question?
```



Page 122

1                    Williams
2        Q.    Is it generally your practice to
3    file legal challenges against ORR when you
4    believe the case warrants it?
5              MR. ELBAUM:  Object to form.
6        A.    I couldn't so no, it was not my
7    practice because I wasn't allowed to.
8        Q.    It was again not allowing you that
9    was your supervisors?
10       A.    Correct.
11       Q.    How many, if any challenges
12   against ORR legal challenges have you been a
13   part of?
14       A.    If you will legal challenges as an
15   attorney of record, I would say zero because I
16   was not allowed to do so.
17       Q.    The not allowed to do so was by
18   your supervisors?
19       A.    Correct.
20       Q.    Have you ever had Vera funding cut
21   off?
22       A.    Not that I'm aware.
23       Q.    Have you ever been sanctioned or
24   disciplined by Vera for pursuing legal
25   challenges against ORR?



Page 123

```
 1                    Williams
 2        A.    No, I have not.
 3              MS. DUONG:  Objection as to
 4        relevance.
 5        Q.    Do you know of anyone who has ever
 6   been sanctioned or challenged, disciplined by
 7   Vera for pursuing legal challenges against
 8   ORR?
 9        A.    I'm not aware of anyone.
10              MS. DUONG:  Objection as to
11        relevance for both.
12        Q.    Have you ever been sanctioned or
13   disciplined by ORR for pursuing legal
14   challenges against ORR?
15              MS. DUONG:  Objection as to
16        relevance.
17        A.    I would consider ORR not allowing
18   Catholic Charities New York to refer cases to
19   me as a form of discipline, so I would say
20   yes.
21        Q.    That not allowing Catholic
22   Charities New York to refer cases to you, does
23   that refer back to your earlier testimony
24   about the staff attorney who told you what the
25   supervisor had told her about what ORR had
```



```
                                              Page 160
 1                    Williams
 2            C E R T I F I C A T E
 3   STATE OF NEW YORK     )
 4                         : ss.
 5   COUNTY OF NEW YORK    )
 6
 7        I, Jeremy Frank, a Notary Public within
 8   and for the State of New York, do hereby
 9   certify:
10        That LORILEI WILLIAMS, the witness whose
11   deposition is hereinbefore set forth, was duly
12   sworn by me and that such deposition is a true
13   record of the testimony given by the witness.
14        I further certify that I am not related
15   to any of the parties to this action by blood
16   or marriage, and that I am in no way
17   interested in the outcome of this matter.
18        IN WITNESS WHEREOF, I have hereby
19   set my hand on the 4th day of July, 2019.
20
21                              _____
22                              JEREMY FRANK, MPM
23
24
25
```

