# DX-41

Declaration of James De La Cruz re Class Representative Lucas R.,

September 18, 2020

** Filed Under Partial Seal