# DX-43

Lucas R., Case File Excerpts

** Filed Under Seal