# DX-44

Declaration of David Fink re Class Representative Jaime D.

September 16, 2020

** Filed Under Partial Seal