# DX-46

Jaime D., Case File Excerpts

** Filed Under Seal