# DX-47

Declaration of Micaela Vergara re Class Representative Daniela Marisol T., September 18, 2020

** Filed Under Partial Seal