# DX-49

Daniela Marisol T., Case File Excerpts

** Filed Under Seal