# DX-50

Declaration of David Fink re Class Representative Miguel Angel S.,

September 16, 2020

** Filed Under Partial Seal