# DX-51

Miguel Angel S., Case File Excerpts

** Filed Under Seal