# DX-52

Declaration of Micaela Vergara re Class Representative Gabriela N.,

September 23, 2020

** Filed Under Partial Seal