# DX-54

Gabriela N., Case File Excerpts

** Filed Under Seal