# DX-55

Declaration of James De La Cruz re Class Representative Sirena P.,

September 22, 2020

** Filed Under Partial Seal