# DX-56

Sirena P., Case File Excerpts

** Filed Under Seal