# DX-57

Deposition of Eduardo P., November 4, 2019

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUCAS R., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 2:18-CV-05741-DMG-PLA |
| ) | |
| ALEX AZAR, et al., ) | |
| ) | |
| Defendants. ) | |

DEPOSITION OF EDUARDO P.

Monday, November 4, 2019

Santa Monica, California

Reported by: Elizabeth Panta, CSR #13163



Page 29

1    Q    That's fine.
2         Did you ever tell ORR to take your daughter
3    off of any medications or stop treating her
4    psychologically?
5    A    No.  At that time I did not think of anything
6    like that.
7    Q    During this time, were you dissatisfied with
8    the treatment your daughter was receiving?
9    A    No.
10   Q    Through family counseling, did you learn that,
11   because of your daughter's harming herself, they were --
12   ORR was attempting to place her at Shiloh Residential
13   Treatment Center in Texas?
14   A    Can you repeat the question?
15   Q    Were you aware that, because of your
16   daughter's harming herself, she was being considered for
17   transfer to Shiloh Residential Treatment Center in
18   Texas?
19   A    They got in touch -- no.  Excuse me.
20        They did not ask for our authorization to move
21   my daughter to Texas.  It was either me or my wife.  I
22   don't remember.  Called this office of relocation --
23   what's the name of it? -- the one that is here in
24   Arizona to inquire about the situation of my daughter.
25        And they told me that my daughter was -- had



Page 30

```
 1   been transported to Shiloh in Texas.  That was when I
 2   found out.
 3        Q    Did they not tell you prior that they were
 4   seeking a placement for her?
 5        A    No, not as far as I can remember.
 6        Q    Is it possible they told your wife?
 7        A    No.  Because we always communicate with each
 8   other when my daughter was in that situation.
 9        Q    Do you know if they told Sirena that she was
10   being considered for transfer to Shiloh Residential
11   Treatment Center?
12        A    No.
13        Q    Okay.  Turning to Sirena's time in Mexico very
14   quickly --
15        A    Yes.
16        Q    -- who did she live with when she was there?
17        A    With her grandparents.
18        Q    Were they close?
19        A    Yes.
20        Q    Like, her de facto parents?
21        A    That is correct.
22        Q    Were you familiar with any of Sirena's friends
23   in Mexico?
24        A    No.
25        Q    Has she talked to you about them at all?
```



Page 43

1        I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3        That the foregoing proceedings were taken before

4    me at the time and place herein set forth; that any

5    witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings were made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is a true record of the

10   testimony given.

11       Further, that if the foregoing pertains to the

12   original transcript of a deposition in a Federal Case,

13   before completion of the proceedings, review of the

14   transcript [X] was [ ] was not requested.

15       I further certify I am neither financially

16   interested in the action nor a relative or employee of

17   any attorney or party to this action.

18       IN WITNESS WHEREOF, I have this date subscribed

19   my name.

20

21   Dated: _____

22

23

24                              _____
                                Elizabeth Panta
25                              CSR No. 13163

