# DX-58

Declaration of James De La Cruz re Class Representative Benjamin F.,

September 21, 2020

\*\* Filed Under Partial Seal