# DX-59

Benjamin F., Case File Excerpts

** Filed Under Seal