# DX-60

Excerpts from The UAC Manual of Procedures



ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of Refugee Resettlement | 330 C Street, S.W., Washington, DC 20201
www.acf.hhs.gov/programs/orr

# The UAC Manual of Procedures

## (UAC MAP)

### *For ORR Staff, Contractors, and Grantees*

# Section 1: Placement in ORR Care Provider Facilities

**Office of Refugee Resettlement**
**Office of the Director**
**The Division of Policy and Procedures**
**2018 (Version 2)**

Not Confidential

GOV-00016596

# 1.2 ORR Standards for Placement and Transfer

📖 See Section 1.2 of UAC Policy Guide (ORR Guide to Children Entering the United States Unaccompanied) (UAC Policy Guide).

## 1.2.1 Placement Considerations

📖 See Section 1.2.1 of the UAC Policy Guide.

## 1.2.2 Children with Special Needs

📖 See Section 1.2.2 of the UAC Policy Guide.

## 1.2.3 Safety Issues

📖 See Section 1.2.3 of the UAC Policy Guide.

## 1.2.4 Secure and Staff Secure Care Provider Facilities

**PROCEDURES**

Notice of Placement in a Restrictive Setting (Secure, Staff Secure and non-Treatment Authorization Request (TAR) Residential Treatment Center (RTC) facilities)

**Within the 48 hours of initial placement** of a UAC into a secure, staff secure, or non-TAR RTC setting (as discussed in Section 1.4.6), the case manager notifies the UAC in a language he or she understands during the explanation of their placement in a restrictive setting:

- That the UAC has an opportunity to request a *Flores* bond hearing (see 2.9).

Not Confidential                                                                                                          GOV-00016603

- Provides the *Notice of Placement in a Restrictive Setting*. The care provider marks the appropriate box(es) noting the reason for the placement, provides a summary of the placement decision based on the evidence provided to the care provider by ORR .

- The UAC signs and dates the form.  (If the UAC refuses to sign the form the care provider notes "UAC refused to sign" on the signature page of the document).  The care provider scans and uploads the *Notice of Placement in a Restrictive Setting* into the UAC Portal. A copy of the *Notice of Placement in a Restrictive Setting* is maintained in the UAC's case file, and another copy is provided to the UAC to keep with their personal belongings.

- Reviews the UAC's placement **within 30 days** and at least every 30 days thereafter.

- **If the UAC is in a secure facility or RTC,** informs the UAC that they can request the ORR Director to reconsider their placement if after the 30 day case review they are not stepped-down. (See section 1.4.7.) 🕐🛡📖

## 1.2.5 UAC Who Pose a Risk of Escape

📖 See Section 1.2.5 of the UAC Policy Guide.

## 1.2.6 Long Term Foster Care

📖 See Section 1.2.6 of the UAC Policy Guide.

## 1.2.7 Placing Family Members

📖 See Section 1.2.7 of the UAC Policy Guide.

## 1.3 Referrals to ORR and Initial Placements

Not Confidential                                                                                                                    GOV-00016604

the child before ORR will designate placement. In its discretion, ORR may designate placement for UAC who are pending medical clearance.

- Whether the child has any medication or prescription information, including how many days' supply of the medication will be provided with the child or youth when transferred into ORR custody.
- Biographical and biometric information, such as name, gender, alien number, date of birth, country of birth and nationality, date(s) of entry and apprehension, place of entry and apprehension, manner of entry, and the child's current location.
- Any information concerning whether the child or youth is a victim of trafficking or other crimes.
- Whether the UAC was apprehended with a sibling or other relative.
- Identifying information and contact information for a parent, legal guardian, or other related adult providing care for the child or youth prior to apprehension, if known.
- If the UAC was apprehended in transit to a final destination, what the final destination was and who the child or youth planned to meet or live with at that destination, if known.
- Whether the UAC is an escape risk, and if so, the escape risk indicators.
- If the UAC was previously in ORR custody and subsequently released to a sponsor and re-apprehended by DHS on suspicion of gang affiliation (but only on gang affiliation), a copy of the Immigration Judge's *Saravia* order finding DHS had sufficient evidence to justify the arrest.
- Any information on a history of violence, juvenile or criminal background, or gang involvement known or suspected, risk of danger to self or others, state court proceedings, and probation.

## 1.3.2 ORR Designates Placement

### PROCEDURES

1. **Within 3 hours if possible but no more than 24 hours**, ORR Intakes uses placement considerations to identify a care provider. ORR Intakes attempts to place the UAC in a care provider facility as close as possible to the point of apprehension while considering the individual needs of the UAC. ORR Intakes consults with FFS

Not Confidential                                                                      GOV-00016607

supervisor and/or DHUC in special cases (such as a UAC with mental health or medical issues, UAC with criminal or violent background).

2. ORR Intakes identifies available and appropriate bed space at a care provider by reviewing the "Capacity Management" tab in the UAC Portal which automatically updates available beds by state, facility, and types of facilities.  **See Fig. 1.4.**

## Fig. 1.4 Capacity Management Tab



**NOTE:** Care provider MUST verify information in their facility on a **daily basis by 9 a.m.** so that the UAC Portal will generate an accurate report of the number of UAC in care, and number of open beds.  **See Fig. 1.5**.

## Fig. 1.5 Verification Tab for Care Providers



3. ORR Intakes uses the *Intakes Placement Checklist* If the UAC has:
   - A juvenile or adult criminal history, including involvement in human trafficking or smuggling.
   - Prior acts of violence or threats in government custody
   - Gang/cartel involvement

UAC MAP: Section 1: Placement in ORR Care Provider Facilities                **13 | P a g e**

- Prior escape(s) or attempted escape(s) from government custody
- Mental health concerns
- Sexual predatory behavior



 **Appendix 1.2** is a copy of the UAC's *Intakes Placement Checklist.*

4. ORR Intakes inputs all available information on the UAC's criminal history or behavioral concerns into the *Intakes Placement Checklist.*

5. The on-call FFS supervisor must approve all placements when Intakes uses the *Intakes Placement Checklist* to designate placement. The FFS supervisor decides if the recommended care provider type associated with the *Intakes Placement Checklist* is a suitable placement for the UAC. Each placement is assessed on a case-by-case basis.

6. Intakes emails the completed *Intakes Placement Checklist* to the Care Provider.

7. After receiving the *Intakes Placement Checklist* the care provider scans and uploads the form into the UAC Portal after electronically admitting the UAC into the program.

8. The care provider generates the *Notice of Placement in a Restrictive Setting* and populates the UAC biographical information and the care provider facility information.

The care provider:

- Marks the appropriate box noting the reason for the placement

- Provides a summary of the placement decision based on the evidence provided to the care provider by ORR and DHS (this will be a summary of the *Intakes Placement Checklist* and any information DHS provides with the initial referral)

- Prints out a copy of the form, which is provided to the UAC at admission into the facility. (For more information, see section 3.)

Not Confidential

GOV-00016609

**Fig. 1.6** is a snapshot of the *Notice of Placement in a Restrictive Setting.* See, section 1.2.4.

**Translations of the *Notice of Placement in a Restrictive Setting***

- The *Notice of Placement in a Restrictive Setting* is available in English and Spanish. At the UAC's option, the minor is provided a Spanish version of the form.  However, any summary of their placement must be provided in English and Spanish if using the Spanish version of the form.

- If the child speaks a language other than English or Spanish, the care provider facility utilizes a language line or other translator that translates the relevant English portions of the form into the UAC's preferred language. This includes translation of the form's summary of placement section.

**Appendix 1.3** is the *Notice of Placement in a Restrictive Setting*.

---

## Fig. 1.6 Notice of Placement in a Restrictive Setting



---

9.   ORR Intakes provides **prior notification to care provider staff** in these cases:

Not Confidential

GOV-00016610

- **Shelter Designation:**  If UAC has special health concerns in order to determine if the care provider is able to accept the designation
- **Transitional Foster Care:** In all cases
- **RTC:** In all cases
- **Staff Secure:** In all cases
- **Secure Care**: In all cases ☎/✉ ⊕

## 1.3.3 Care Provider Accepts Placement

### PROCEDURES

1. ORR Intakes contacts care provider on placement. ✉

2. The care provider must accept placement unless UAC does not meet established facility specific criteria. 📖 ✉

3. ORR Intakes contacts DHS or other referring agency and provides the name and contact information of the designated care provider using the Placement Notification Summary email template below. ✉

---

**✉ Email Template from ORR Intakes to DHS (or Other Referring Federal Agency) Contact**
**Placement Notification Summary Email Template**

To: DHS (or other referring federal agency contact)
CC: [insert Care Provider intakes contact]
Subject line: "Placement Notification for UAC [include the UAC's last four digits of the "A" number]"

Please see the attached password protected document for the UAC identified above.
The password will be sent separately.
**Separate password protected document includes the following applicable fields:**
 [Insert UAC name, A number; date of birth and country of origin] who was referred to ORR by [insert DHS sector or other referring federal agency] has been assigned to [insert designated care provider].
This individual has the following medical, mental health or other special concerns [insert].

UAC MAP: Section 1: Placement in ORR Care Provider Facilities                    **16 |** P a g e

GOV-00016611

- If the sending and receiving care providers cannot agree on transfer logistics, the sending case manager elevates the issue to the FFS and Project Officer, documenting the disagreement and the eventual solution in the Transfer Request.

| Quick Glance: Accessing Records for UAC Who Have Been Transferred | |
|---|---|
| **1** In UAC Portal, click on **Case Management tab** and list of UAC in program will display (NOTE: Health information, such as immunizations, diagnoses, etc., are located under the **Health tab** in the UAC Portal.) | **2** Select the transferred UAC by clicking on the A#. |
| **3** Under UAC Basic Information section, see drop down menu which displays all programs in which the UAC has been admitted. | **4** Use the drop down box to change the program selection to one of the previous programs to view the documents. |
| **5** Check for documents in all previous programs. | |
| For Technical Assistance: Call UAC Help Desk at 210-858-8304 or uchelpdesk@ap-in.com. | |

# 1.4.1 Least Restrictive Setting

📖 See **Section 1.4.1** of the UAC Policy Guide.

# 1.4.2 30 Day Restrictive Placement Case Review

## OVERVIEW

ORR requires secure, RTC, and staff secure care providers, together with the case coordinator and FFS, to staff and review placement of UAC in their facilities **at least every 30 days after initial placement**.

UAC MAP: Section 1: Placement in ORR Care Provider Facilities                    **33 |** P a g e

GOV-00016628

Care providers may conduct a review sooner than 30 days if new information makes clear an alternate placement is more appropriate so that the UAC may be transferred to a more appropriate care setting without delay.

The *Notice of Placement in a Restrictive Setting* is available in English and Spanish. At the UAC's option, the minor is provided a Spanish version of the form.  However, any summary of their placement must be provided in English and Spanish if using the Spanish version of the form. If the child speaks a language other than English or Spanish, the care provider facility utilizes a language line or other translator that translates the relevant English portions of the form into the UAC's preferred language. This includes translation of the form's summary of placement section.

## PROCEDURES

<u>Review of Restrictive Placements</u>

*The Following 30 day Case Review is conducted for UAC in Secure, Staff Secure and RTCs. If the UAC is in an RTC as a result of a TAR placement the child's case manager at the "base" facility work with clinical staff at the RTC facility to extend the child's placement beyond 30 days.*

1. **Over the 30 day period following placement <u>or</u> during the 30 day period following the previous 30 Day Restrictive Placement Case Review**, ORR grantees, contractors and ORR staff perform the following:

   - Clinicians continue weekly or biweekly counseling sessions that focus, in part, on the UAC's dangerousness, threats to self, others or the community and risk of escape. The information collected or reported by the clinician, includes:

     o Clinical and psychological reports and documents, including those by medical and/or mental health providers. The Ohio Youth Assessment System is included, as applicable. See, Section 3 for more information.

     o Clinical notes maintained by the clinician, documented in accordance with ORR policy and procedure.

   - Case managers working in coordination with the FFS, obtain the following information, as applicable:

     o Attestations from law enforcement.

UAC MAP: Section 1: Placement in ORR Care Provider Facilities                    **34** | P a g e

- o Criminal history, including but not limited to police records, arrest records, court records (including *Saravia* and *Flores* hearings), probation records, etc. This may include documents retrieved from foreign governments.

- o Records pertaining to a UAC's dangerousness obtained from non-law enforcement entities, including schools, child welfare agencies or other government institutions.

- o Interviews with the UAC's family or other caregivers.

- o Track behavioral SIRs indicative of dangerousness or flight risk, this includes destruction of property and SA SIRs in which the UAC is a perpetrator.

- o Information that indicates a UAC may not be a danger, including reports from schools, counselors (including from the UAC's current placement).

2. **Prior to UAC's 30th day of placement in a secure, staff secure, or RTC facility or prior to their 30th day Case Review**, the clinician, case manager, FFS and case coordinator staff the UAC's 30 day Case Review using the information provided at the UAC's referral/transfer request and the information gathered by the case manager/FFS as described in the proceeding step, and determine whether the UAC requires continued placement in a restrictive setting.

- The case manager, clinician and case coordinator make recommendations regarding the UAC's placement to the FFS during the 30 day Case Review staffing.

- After considering recommendations from the UAC's clinician, case manager and case coordinator, the FFS makes a final restrictive placement case review decision regarding the UAC's placement.

- If the UAC has resided in a secure or RTC facility for over 90 straight calendar days the FFS consults with Supervisory ORR staff on the case regarding the reasons for the UAC's continued placement, and thereafter after every 30 day restrictive placement case review (unless the UAC is stepped down or discharged).

Not Confidential                                                                                                    GOV-00016630

- If a restrictive placement case review is not completed prior to the 30 day mark, the case manager records the reasons for the delay in summary notes regarding the placement.

- The summary notes maintained by the case manager include the following information:

  o UAC's basic biographical information.

  o Background information on the case.

  o Summary of case review discussion.

  o Summary of evidence.

  o The care provider's recommendation, including names and titles of those making recommendations, and basis for it.

  o The case coordinator's name, recommendation and basis for it.

  o The FFS's name, decision and basis for it.

  o Signature of Note Taker (typically the case manager).

  **NOTE:** ORR has provided a Summary Notes Template that care providers may use. If care providers develop their own template it must include, at a minimum, the information described above and must be signed. 🕐📑

📑 **Appendix 1.6 is the Summary Case Notes Template.**

3. FFS Decision:

- **Continued placements:** If the FFS decision is to continue the UAC's placement the information justifying the UAC's placement in a restrictive setting is summarized by the case manager and provided in a new *Notice of Placement in a Restrictive Setting*, with a date stamp within the "summary of placement decision or case review" section of the form. **Fig. 1.12** is the snapshot of the Summary of Placement Decision or Case Review Section of the Notice of Placement in a Restrictive Setting. The case manager marks the appropriate box noting the reason for the placement. If the case manager is unclear what the rationale for the FFS decision is, the case manager contacts the FFS for clarification and assistance in drafting language into the summary portion of the form.

UAC MAP: Section 1: Placement in ORR Care Provider Facilities                **36 |** P a g e

- **Step ups:**  If the FFS decision is to step up the child to a more restrictive environment, the case manager working with the FFS justify the decision in the *UAC Case Review* and include this information in the *Transfer Request*. Transfers follow standard transfer policies and procedures.

- **Step downs:** If the FFS decisions is to step down the child to a less restrictive environment, the case manager works with the FFS to justify the decision in the *UAC Case Review* and include this information in the *Transfer Request*. Transfers follow standard transfer policies and procedures.

  **NOTE:** If a step down to a less restrictive environment is not completed **within 7 days** due to problems finding a suitable care provider to transfer the UAC to, the case manager explains what efforts have been undertaken to transfer the UAC in writing in updates to the *UAC Case Review* notes. The case manager provides these updates to the UAC, attorney of record, LSP and/or Child Advocate, on demand. 🕐📄✉️

---

**Fig. 1.12 Summary of Placement Decision or Case Review Section of the Notice of Placement in a Restrictive Setting**



4. The case manager uploads all information used in assessing the restrictive placement case review (including the signed Summary Notes) in the UAC Portal. All information used in assessing a 30-day Case Review decision is considered evidence. This information must be shared with the UAC's attorney of record, LSP or Child Advocate, on demand and does not require a prior *Authorization for Release of Records* only proof of representation. 📖📄👆✉️

5. Notice to the UAC of the 30 day Case Review:

Not Confidential

GOV-00016632

- **Continued placements:** The UAC signs and dates the new *Notice of Placement in a Restrictive Setting* form if placement continues in the current restrictive placement. (If the UAC refuses to sign the form the care provider notes "UAC refused to sign" on the signature page of the document.  The care provider scans and uploads the *Notice of Placement in a Restrictive Setting* into the UAC Portal.) After the UAC signs the form, a copy is uploaded into the UAC Portal, and copies are maintained in the UAC's case file and provided to the UAC to keep with their personal belongings.

- **Step ups:**  The UAC is notified **at the time of transfer** that they are being stepped up pursuant to ORR policy. The UAC is provided specific information regarding the placement decision in a language he or she understands upon arrival at the receiving care provider facility, which is included in the summary portion of the *Notice of Placement in Restrictive Setting.*

- **Step downs:** The UAC is provided notice that they are prepared for step down and given updates by their case manager on efforts made to transfer the UAC to a less restrictive environment. A summary of the information contained in the *UAC Case Review* justifying the step down is **provided to the UAC on demand** and signed and dated by the case manager.

  **NOTE:** If a step down to a less restrictive environment is not completed **within 7 days** due to problems finding a suitable care provider to transfer the UAC to, the case manager explains what efforts have been undertaken to transfer the UAC in writing in updates to the *UAC Case Review* notes. The case manager provides these updates to the UAC, attorney of record, LSP and/or Child Advocate, on demand. 🕐📠🗓️✉️

6. Restrictive placement case review is not required to be expedited prior to 30 days based on a UAC's anticipated age out. However, FFS and care providers may initiate a restrictive placement case review prior to the 30-day mark at their discretion. 📖🕐

## 1.4.3 Long Term Foster Care

📖 See Section 1.4.3 of the UAC Policy Guide.

Not Confidential

GOV-00016633

**NOTE**: If the group transfer is due to a program closing, the sending case manager sends it to his or her ORR project officer (PO).

2.  FFS:
    - Reviews the proposed Transfer Manifest to ensure that it complies with ORR policies and procedures.
    - Notifies the sending case coordinator and case manager of the final approved Transfer Manifest. 📖 📑✉

3.  The sending case manager:
    - Updates the *UAC Case Review* and *ISP* for each child, and completes the *Transfer Request* and *Discharge Notification Form* in the UAC Portal, documenting the need for transfer and recommendations for placement.
    - Sends notification to the FFS that all of the approved UAC on the Transfer Manifest have been entered into the UAC Portal. 📑✉👆

4.  The FFS enters the transfer approval into the UAC Portal. **See Fig. 1.10**.👆

5.  If FFS approves the transfer the sending case manager notifies the following of the transfer approval for each child in the group:
    - ICE FOJC
    - UAC's Legal Service Provider or Attorney of Record, if applicable
    - Child Advocate, if applicable
    - Potential Sponsor of Record. ✉

# 1.4.6 Transfer to a Residential Treatment Center (RTC)

📖 See Section 1.4.6 of the UAC Policy Guide.

## PROCEDURES

1.  If a UAC exhibits significant mental health issues, the sending case manager arranges for an evaluation by a licensed psychologist or psychiatrist. 📖

Not Confidential

GOV-00016637

2. If a licensed clinical psychologist or psychiatrist determines that the UAC requires residential treatment level of care, the care provider sends the written report and Transfer Request File to the sending case coordinator and copies the FFS. ✉🗐

3. The case coordinator reviews the Transfer Request File (which includes case management, clinical, health, and educational information) and elevates the request for RTC placement to the FFS. ✉🗐

   **NOTE:** If the FFS has any concerns about the recommendation, he/she elevates it to the FFS supervisor who may consult with the DHUC to arrange a second opinion, if necessary.

4. The sending case coordinator finds a suitable RTC placement, and sends the Transfer Request File to the receiving case coordinator. The receiving case coordinator sends the Transfer Request File to the RTC point of contact. ✉🗐

5. **Within 5 business days of receipt of the RTC transfer request**, the RTC point of contact notifies the receiving case coordinator of acceptance or denial of RTC placement. The receiving case coordinator notifies the sending case coordinator, who then notifies all parties of the decision. For accepted placements, follow standard transfer procedures.

   When accepting transfer, the RTC point of contact's email indicates the method of funding for the placement: 1) Treatment Authorization Request (TAR), or 2) ORR funded bed.

   If the RTC denies placement, the care provider must provide written justification to the receiving and sending case coordinators, and to the receiving and sending FFS. If an RTC refuses to accept the child or if there are no available beds, the case coordinator elevates the issue to the FFS and FFS supervisor and the FFS contacts DHUC. ✉🗐

   **NOTE:** Any disagreements between an RTC, a sending or receiving case coordinator are elevated to the FFS. The receiving and sending FFS would consult and resolve any issues through a staffing phone call for all involved parties. ✉☎

6. *Notification of Placement in a Restrictive Setting*
   **Non-TAR placements:** Non-TAR placements will follow the procedures set forth in the previous sub-section 1.4.2 for secure and staff secure placements, however the RTC provider marks the appropriate box in the "RTC" section of the first page of the form justifying placement into the RTC.

Not Confidential

GOV-00016638

**TAR Placements:** UAC placed in an RTC not affiliated with ORR through a Cooperative Agreement or contract, do not fill out the *Notice of Placement in a Restrictive Setting* form. The Clinician at the UAC's "base" care provider facility working with the FFS, mental health professionals (including those at the TAR approved RTC facility) marks the appropriate box in the "RTC" section of the first page of the form. The clinician or case manager signs the form and indicates in a parenthetical which "base" care provider they represent. The clinician provides a summary of the justification for placement in the summary section on the form and provides the form to the UAC.

- The *Notice of Placement in a Restrictive Setting* is provided to the UAC by the clinician at the "base" care provider facility prior to the UAC's transfer or by staff at the TAR approved RTC facility after the UAC's transfer.

- Clinical staff at the RTC explain the reasons for the UAC's placement at the time of admission in a language the UAC understands. 📑

7. The sending care provider arranges transfer logistics. If a psychologist or psychiatrist recommends that a UAC travel with emergency medications for treating a mental health crisis (commonly known as PRN medications) that the UAC may experience during the transfer, the case manager at the sending care provider makes arrangements for a mental health professional to accompany UAC during transport and the receiving RTC may be asked to assist with transport.

8. The RTC reviews the UAC placement **every 30 days, at a minimum**. The case manager and the clinician provide the clinical updates and placement recommendations to the case coordinator and FFS to evaluate the need for continued stay or transfer. The case manager follows the procedures set forth in 1.4.2.

   The case manager:

   - Updates the *UAC Case Review* and *Individual Service Plan* and the treatment/discharge recommendations in the UAC Portal.
   - Notifies the case coordinator that the records are ready for review. ⏲️✉️✓📑

9. If the RTC recommends a transfer, the FFS reviews the transfer recommendation and notifies the case coordinator of the transfer decision and all parties follow the steps for transfer. If there are any disagreements as to the time in care or transfer recommendations, the FFS must elevate to the FFS supervisor for resolution. ✉️

Not Confidential

GOV-00016639



ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of Refugee Resettlement | 330 C Street, S.W., Washington, DC 20201
www.acf.hhs.gov/programs/orr

# The UAC Manual of Procedures
# (UAC MAP)

***For ORR Staff, Contractors, and Grantees***

# Section 2: Safe and Timely Release from ORR Care

**Office of Refugee Resettlement**
**Office of the Director**
**Division of Policy and Procedures**
**July 2019 – Version 4.1**

GOV-00207375

- Identifies any safety concerns for the UAC if he/she were to have contact with the family in country of origin or the potential sponsor.

- Contacts the UAC's parent or legal guardian (following safety protocols in regard to trafficking, smuggling, abuse or neglect concerns, criminal history information, or any other safety concerns) to notify them of the UAC's placement, identify family members or close friends who reside in the United States and who may have been expecting the UAC, and requests that they send the UAC's birth certificate immediately.

- Advises the UAC's parent or legal guardian that ORR may release the UAC to a qualified sponsor in the United States who completes the application process and provides documentation to show proof of the sponsor's identify and the sponsor's relationship to the UAC. 🌐☎️📖

## 2.2.2 Contacting Potential Sponsors

📖 See Section 2.2.2 of the UAC Policy Guide

### PROCEDURES

1. **Within 24 hours of identification of a potential sponsor**, the case manager explains to the potential sponsor the requirements of the sponsorship process by:

   - <u>Providing an overview of ORR's function, principal tasks and participants, and the ORR connection to U.S. immigration proceedings by</u>:

     o Stressing the fact that ORR is a federal agency within the U.S. Department of Health and Human Services and is dedicated to the welfare of unaccompanied alien children and that ORR is not an enforcement nor an immigration agency;

     o Advising that the UAC has been placed in immigration proceedings while in ORR care;

     o Explaining the role of the care provider's organization and that all services are free of charge to the UAC and to the sponsor;

     o Explaining the  role of the case manager in assisting the potential sponsor with the family reunification process (include the case manager's contact information);

     o Emphasizing that the sponsor should be aware of potential fraud schemes (See <u>Quick Glance: Protecting Sponsors from Fraud Schemes</u>)

GOV-00207384

- Informing the sponsor of the ORR family reunification process and the potential sponsor's responsibilities by:
  - Reviewing the Family Reunification Packet (FRP) and all forms that are included in the packet;
  - Explaining  other documentation requirements that are part of the packet, such as proof of address, proof of relationship, etc.;
  - Explaining the importance of listing all household members on the application;
  - Explaining the process for fingerprinting, if applicable. This includes notifying the sponsor that ORR will submit fingerprint information to the FBI for criminal history checks and explaining the restrictions on DHS' ability to target the subject of a fingerprint check for immigration enforcement purposes using information obtained from ORR (see Quick Glance: DHS Restrictions on Use of Information Obtained from ORR).
  - Explaining other background checks, including that internet criminal public records checks and sex offender registry checks **will** be performed for all sponsors, adult household members, and adult caregivers identified in a sponsor care plan;
  - Explaining that assistance from an attorney or any other paid representative is not required for completion of the packet;
  - Advising the sponsor to be wary of fraudulent phone calls asking for money to get the UAC released to him or her and directing their attention to the *Fraud Warning* flyer in the FRP (See Quick Glance: Protecting Sponsors from Fraud Schemes).
  - Explaining the importance of obtaining a *Letter of Designation for Care of Minor* from the UAC's parent or guardian if the potential sponsor is not a parent or legal guardian (and documenting efforts to obtain the letter if unsuccessful).
- Emphasizing the timeframes for returning the packet by:
  - Immediately submitting the *Authorization for Release of Information*;
  - Immediately submitting the sponsor's government issued photo ID;
  - Submitting the complete FRP within 7 calendar days (noting that the case manager can assist if the sponsor is unable to read or write in English or Spanish).
  - Scheduling fingerprinting within 3 business days
- Explaining ORR expectations for the potential sponsor if the UAC is released to the sponsor by:

GOV-00207385

○ Explaining that the sponsor must attend a Legal Orientation Program for Custodians (see 2.2.5 Legal Orientation Program for Custodians).

○ Noting that the UAC may receive post-release services while in the care of the sponsor, should such services be warranted, and that participation in the service provision is voluntary. ☏☎

### Quick Glance: DHS Restrictions on Use of Information Obtained from ORR

Case managers must convey the following information in correspondence and conversations with any potential sponsor required to undergo a fingerprint check and instruct the potential sponsor to share this information with any adult household members or adult caregivers who are also required to undergo a fingerprint check.

*"Your fingerprints and other information, such as your name and date of birth, are shared DHS as part of the ORR background check process. DHS is restricted from using your information for immigration enforcement actions, including placing you in detention, removing you from the United States, referring you for a decision on removal, or starting removal proceedings. However, there are some exceptions. DHS may be able to use your information for immigration enforcement actions if you were convicted of, charge with, or are pending charges for a serious felony; if you have ever associated with a business that employs minors and does not pay a legal wage or prevents the minor from going to school; or if you have ever had an association with prostitution. Serious felonies include child abuse; sexual violence or abuse; child pornography; and aggravated felonies as defined in the U.S. Code of Laws.*

*Congress wrote this restriction into the Consolidate Appropriations Act of 2019, which is in effect until September 30, 2019. ORR does not know if the restrictions will continue beyond that date. Congress may impose these same restrictions, different restrictions, or not restrict DHS in the future.*

*ORR recommends that anyone who is concerned that DHS may be able to use their information for immigration enforcement actions speak with an attorney about whether their criminal history falls under these exceptions."*

The case manager must offer to send the below links to the potential sponsor.

- U.S. Code section that contains the definition of an aggravated felony – 8 U.S.C. 1101(a)(43) http://uscode.house.gov/view.xhtml?path=&req=1101&f=treesort&fq=true&num=371&hl=true&edition=prelim

- Consolidated Appropriations Act, 2019. Pub. L. 116-6, Division A, Title II, §224. https://www.congress.gov/bill/116th-congress/house-joint-resolution/31/text

GOV-00207386

## Quick Glance: Protecting Sponsors from Fraud Schemes

Case managers and clinicians who contact potential sponsors must convey the following information in correspondence and conversations with potential sponsors to protect them from fraud schemes.

*"There are no fees associated with the processing or reunification of an unaccompanied alien child. You do not need to pay money. No one should contact you and ask you for money, your bank account number, your credit card number, or ask you to send payment or a money order to another person or account.*

*However, you are responsible for the cost of your child's transportation and, if the care provider is escorting the child, for the care provider's transportation costs. If an airline escort is used, you are responsible for paying the airline's unaccompanied minor service fee. Travel costs should only be paid directly to a company, usually the airline or the care provider facility. You are not required to use a travel agent used by the care provider. No one should ask you to pay travel costs to an individual or to a personal account.*

*If you are contacted and asked to pay or wire money for any cost other than transportation and escort fees, or if you are asked to pay or wire money to an individual or personal account, please immediately call [insert phone number of your care provider program's licensed administrator] or the ORR National Call Center Help Line at (800) 203-7001."*

See Appendix 2.2 How to Report Potential Fraud Schemes

---

2. **Within 24 hours of identification of a potential sponsor**, the case manager sends the Family Reunification Packet (FRP) to the potential sponsor by email or by sending the UAC Portal home page link (https://ucportal.acf.hhs.gov) which features the FRP. The case manager updates the UAC Portal Case Status page with the date the FRP was sent to sponsor. **NOTE:** Emailing the FRP or sending the UAC Portal link is preferred whenever possible, but case managers may send the FRP by expedited mail or fax if necessary. 🖥️📧 ☎️✉️/📠/📪

3. **Within 1 business day of emailing or providing the UAC Portal link** to the FRP for the potential sponsor (**within 5 business days** if the FRP is mailed), the case manager contacts the potential sponsor to:

   - Confirm receipt of the FRP.

   - Provide the potential sponsor with help in filling out the packet, if needed.

GOV-00207387

- Remind the potential sponsor and adult household members to immediately return the *Authorization for Release of Information* and a copy of the sponsor's and adult household members' government issued ID, as applicable.

- Assist the potential sponsor in scheduling an appointment for the Legal Orientation Program for Custodians (see 2.2.5 Legal Orientation Program for Custodians). **NOTE:** The case manager should capture the information about the appointment in either the *UAC Assessment* or *UAC Case Review*, depending on when the information was obtained. 📋 ✉️ 🖐️📖

4. Within the same 1 business day timeframe, the case manager creates a new sponsor record or updates an existing record in the UAC Portal. Prior to creating a new record, the case manager searches for the potential sponsor's name and address in the UAC Portal to check if the sponsor has previously applied for sponsorship or if the address was previously used for sponsorship (see Quick Glance: How to Check for Previous Sponsorship). A UAC may have multiple potential sponsors, but the case manager must designate one sponsor as the "primary sponsor" in the Sponsor Information section of the UAC Portal.

   **NOTES:**
   - Creating the sponsor record initiates the sponsor assessment process used to evaluate a sponsor. Unless there are unexpected delays (such as a wait list for fingerprint checks or a case that requires the completion of a home study), ORR expects the care provider to complete the evaluation process within these timeframes:
     - **Cat 1 and Cat 2A:** 10 calendar days
     - **Cat 2B:** 14 calendar days
     - **Cat 3:** 21 calendar days 👪🖐️

   - At this time the UAC Portal does not distinguish between Cat 2A or Cat 2B. Case managers should continue to designate these sponsors as Cat 2 for the dropdown designations but specify in the *Release Request* and other narrative documents whether the Cat 2 sponsor is designated a 2A or 2B.

### Quick Glance: How to Check for Previous Sponsorship

To check if a sponsor or adult household member had previously sponsored another UAC, go to the Case Management section of the UAC Portal, select the UAC by clicking on the A # of the UAC.  On the UAC Basic Information page click on "Go to Assessments" and the subsection "Sponsor Information" which includes a "Sponsor" button.

GOV-00207388

Clicking on the sponsor button takes you to a screen where you can search for a sponsor prior to adding a new sponsor to the system.



Fill in the name of the potential sponsor or the potential sponsor's adult household members and then click "Search Sponsor" at the bottom. You can also do partial name searches, such as "Mig" for Miguel under First Name.  (You should try various combinations of the name, including upper and lower case versions).

When you click on "search sponsor," a table will populate that shows all matches. Look at all the records and see if the sponsor already exists in the UAC Portal.



In the table, the "P" counter (P = Potential) tracks the number of UAC that the sponsor has attempted to sponsor as a "potential sponsor." The "A" counter (A = Actual) tracks the number of UAC who were "actually sponsored" by that sponsor. Clicking on the number below P or A will show you the UAC associated with the sponsor. (Note: In the sponsor information section, the number is to the right of the P and A counter. Screen shot below.)



If you need to flag a sponsor, select the sponsor and in the sponsor information section, check "flag" and in the note specify the reason. (See the Quick Glance: When to Flag a Sponsor, Other Adult, or Address.)

GOV-00207389



Conduct a separate search of the address provided.

The address flag is located directly under the section on the sponsor name under the "Sponsor Information" section described above:

This search may also reveal matches with previous sponsorship. (Try various combinations of streets (i.e., "St.", St, street, and Street"), city, and state.) Flag an address by clicking on the "address flag" and adding a corresponding note.



GOV-00207390

**NOTE:** This search should be repeated as new information is obtained from the potential sponsor, including addresses, names of other adults in the household or adult identified in the sponsor care plan (i.e., the individual who is identified to take over the care of the UAC if the sponsor is deported, leaves the United States, or is unable to care for the UAC for another reason).

This search should also include searches of different combinations of the last names/surnames with the first names, and should include all versions of the name that the potential sponsor uses in the FRA and on their identification documents. Search all versions of the addresses that the potential sponsor uses in the FRA, identification documents, and in the proof of address documents. See **Section 2.2.3** for more information about additional checks.

5. If the potential sponsor already exists in the UAC Portal, the case manager clicks "assign sponsor" on the screen that appears following "search sponsor" and continues to search the record as new information is collected regarding sponsor's address, household members, criminal background check, etc. If the sponsor has a new address, the case manager should update the address but should not create a new sponsor entry. See Fig. 2.2. 🖱

## Fig. 2.2 Assign Sponsor



6. If the sponsor is not in the system, the case manager creates a new sponsor record in the UAC Portal for each potential sponsor to whom an FRP is sent and enters the required sponsor information. See Figure 2.3. The case manager continues to update the record as new information is received. If the case manager identifies fraud or other identified safety concerns at this time, he/she should elevate this to the FFS to determine if the person should be added to the UAC Portal in the event that the person attempts to sponsor a UAC in the future. ✉🖱

GOV-00207391

**Figure 2.3 Add New Sponsor**



7. If a check for previous sponsorship indicates that a potential sponsor has previously sponsored or previously attempted to sponsor a UAC in ORR care, the case manager assesses the sponsor's compliance:

- For successful sponsorships, by obtaining proof that the previously sponsored UAC continues to reside with the sponsor (if still a minor), was registered in school as a minor or in accordance with state laws, attended his/her immigration court hearings (if scheduled), and the resources that the sponsor used to meet the UAC's needs.

- In all cases, by obtaining the following records from the care provider where the previously sponsored UAC was in care: the sponsor's *FRA* and supporting documentation; the *Sponsor Assessment*; background checks; Home Study report, if applicable; *Release Request;* and safety and well-being follow-up call notes (or related information) and whether the case was referred for post release services (PRS) and the name of the PRS provider. See the <u>Quick Glance: Requesting Records from Other Care Provider Programs</u>.

The case manager reviews the information provided and compares the information to the current case noting any discrepancies or red flags and then documents the findings in the *UAC Case Review*. 🌐📑👆✉

GOV-00207392

## Quick Glance: Requesting Records from Other Care Provider Programs

**REQUESTING CARE PROVIDER**

**For Operational Care Provider Programs**
If a care provider program needs to obtain documents from another care provider program in order to review records related to a previous sponsorship or attempted sponsorship, the case manager emails a separate password protected document to the care provider from which the records are being requested that include the UAC name and A#, the name of the care provider program from which the records are being requested, the reason for the request, and the documents that are requested. Care providers may use the template located in Appendix 2.15 Prior Sponsorship Information Request – contact your assigned CFS for a Word version.

The subject line should read: [Name of Care Provider storing the file] File Request: [UAC's last 4 A#] for [Name of Care Provider requesting the file].

Care providers may also contact other programs directly with questions regarding a UAC's case.

**For Closed Care Provider Programs**
The case manager follows the directions above for requesting documents from another care provider, but instead of emailing the request to the program the case manager emails the request to the CFS, who forwards the request to the designated point of contact listed in the most recent version of the *Closed Program Case Files* list.

**RESPONDING CARE PROVIDER**
Within 24 hours of receiving the request, the care provider from which the documents were requested replies to all parties on the email with the requested records attached.

# 2.2.3 The Family Reunification Application

📖 See Section 2.2.6 of the UAC Policy Guide

## PROCEDURES

1. The sponsor returns the *FRA*, preferably within 7 calendar days of receipt. The case manager updates the Case Status page with the date the *FRA* was received and uploads the *FRA* into the UAC Portal under the UAC Documents tab. See Fig. 2.1.
   ⊕📑 ✉⌖

GOV-00207393

at any time in the *UAC Case Review* (simply click the "yes" or "no" button in the sponsor information page for each sponsor). 🖱

6. The case manager must complete the sponsor assessment process before:

   - The case manager submits a home study referral.
   - The case manager submits a release recommendation.

## 2.4.2 Home Study Requirement

📖 See Section 2.4.2 of the UAC Policy Guide

## PROCEDURES

1. The case manager continuously consults with the case coordinator using information collected during the UAC's initial assessment and throughout his/her stay in conjunction with the sponsor assessment process to determine if a home study of the potential sponsor is required. Home studies are **only** requested for potentially viable sponsors. ✉🕐

2. Within 2 business days of the completion of the FRA and after consultation with the case coordinator, the case manager submits the *Release Request* with a recommendation to perform a home study and summarizes the following in the comments section (Fig. 2.6 shows a partial snapshot of the *Release Request*):

   - *Initial Intakes Assessment*
   - *UAC Assessment*
   - FRA
   - Safety Plan, if applicable
   - Background check results
   - Relevant SIRs
   - *UAC Case Review*
   - *ISP*
   - For category 2A/B and 3 cases, information about the biological parents' or legal guardians' consent for release and/or provision of *Letter of Designation* for Care of a Minor
   - Any additional assessments, including psychological assessments, and additional documentation on the UAC related to the release assessment (e.g., juvenile delinquency records)
   - For discretionary home studies:

GOV-00207412



      ○   What additional information will a discretionary home study be able to provide, other than what has already been gathered via the sponsor assessment process, to mitigate concerns and create a safer release scenario for the UAC

      ○   What questions need to be answered by the discretionary home study

## Fig. 2.6 Case Manager Section of the Release Request



3.  If there is nonconcurrence between the case manager's recommendation and the case coordinator's recommendation on regarding the performance of a home study, the case coordinator immediately elevates the case to the FFS who will make a determination on whether or not to conduct a home study in the *Release Request* in the UAC Portal **within 1 business day** (see 2.7 Recommendations and Decisions on Release below for more information about the *Release Request*).

4.  The case manager goes to the referral tab in the UAC Portal (See Fig. 2.6 Case Manager Section of the Release Request and Fig. 2.7 Home Study Case Referral Section) to complete the home study referral.

GOV-00207413

### Fig. 2.7 Home Study Case Referral Section

**(A)**

**(B)**



ORR prioritizes Home Study and PRS TVPRA cases. Discretionary home study referrals may not be posted in the UAC Portal until the FFS approves the home study. See Quick Glance: FFS Approval for Discretionary Home Studies. 📖✉️🖰

If a case is no longer in need of a home study or PRS, the case manager goes to the Home Study Case Referral tab in the Discharge Section and chooses the option to "Cancel Case Referral" for the specific case. The case manager also needs to update the *Release Request*.

The case manager ensures that all documentation is saved in the UAC Portal. The information includes:

- *Initial Intakes Assessment*
- *UAC Assessment*
- Sponsor Assessment
- FRP

GOV-00207414

- Safety Plan, if applicable
- Background check results
- Relevant SIRs (**NOTE**: Because HS/PRS providers cannot access SIRs, the case manager must send email copies to the provider.)
- *UAC Case Review*
- *ISP*
- For category 2A/B and 3 cases, information about the biological parents' or legal guardians' consent for release and/or provision of *Letter of Designation for Care of a Minor*
- Any additional assessments, including psychological assessments, medical records, and additional documentation on the UAC related to the release assessment (e.g., juvenile delinquency records) ⊕▤⌂⊠

## Quick Glance: FFS Approval for Discretionary Home Studies

In order to recommend a discretionary homes study, the case manager and case coordinator must have a reasonable expectation that results of the home study process (i.e., home visit, face-to-face interviews with the potential sponsor and household members) will provide additional information, other than what has already been gathered via the sponsor assessment process, which will mitigate concerns. Care providers should only request home studies for potentially viable sponsors. Concerns related to moving violations and DUI/DWIs (unless there are multiple charges in a relatively short period) unconnected to a well-founded child welfare concern are not to be used as the underlying basis for a discretionary home study.

The home study must focus on potential sponsor's ability to appropriately care for the UAC and the sponsor's ability to ensure the safety and well-being of the UAC.

The case coordinator elevates the recommendation to perform a discretionary home study to the FFS after justification for the home study recommendation has been documented in the Release Request as "Conduct Home Study—Discretionary."

If the FFS or case coordinator requests additional information, the case manager and/or case coordinator must respond within 1 business day. If needed, the FFS may staff the case with the FFS supervisor.

The FFS sends their determination in writing within 1 business day to the case coordinator and case manager.

5. When a case has a home study referral, the navigation tab on the UAC Portal includes a HS and PRS tab which is used by the HS/PRS provider to manage cases. See <u>Figure 2.8 HS and PRS Tab</u>.

GOV-00207415

The home study provider selects cases from the National HS/PRS Referral List by clicking the accept button in the UAC Portal's Referral Tab. (This moves the referral from the "waiting" list to the accepting provider's "active" list until the home study is completed.)

**Figure 2.8 HS and PRS Tab**



**NOTE**: Each Friday, the home study provider must submit their active HS/PRS case list to DCS_HSPRS@acf.hhs.gov. The home study provider reviews all cases for duplication of services on the National Network Call on Tuesdays at 2:00 p.m. EST. If duplication is found, the providers reach a consensus to determine which provider will continue with the case.

6. The home study provider contacts the care provider to confirm acceptance and request missing (if any) referral documents (including SIRs).

7. The portal automatically removes UAC who turn 18 years of age while on the referral wait list because the UAC are no longer eligible for services.

8. **Within 2 business days of the home study provider's referral acceptance,** the home study provider reviews the *Release Request* and staffs the case with the case manager, as needed.

9. **Within 10 business days of acceptance,** the HS/PRS provider uses the *Home Study Assessment Report* template to report findings of the home study and upload the template into the UAC Portal including a recommendation to the case manager.

10. The HS/PRS provider must submit any requests to extend the home study due date beyond 10 business days or to cancel a home study to the FFS for approval via email. Possible criteria for extension can include:
    - Additional household members moved in after the referral.
    - Concerns about additional household members who were not present at the home visit.
    - Inability for the provider to schedule a home visit due to the sponsor's schedule.

GOV-00207416

11. If the case manager learns new information after the home study provider has submitted their final report, the FFS has the authority to request a home study addendum to the original home study provider to gather more information for an informed release decision. Care providers must go through their FFS to request a home study addendum. The FFS may request an addendum any time after the final home study report has been submitted, but in some circumstances, it may be necessary to request a new home study if the sponsor's circumstances have significantly changed or if the home study was completed over a year prior to the current date.

Upon request by the FFS, the home study provider has 10 business days to submit the addendum to the UAC Portal. The provider may only request one addendum per home study without FFS supervisor approval. ⊕⊠↰

**NOTE:** Home studies are only valid for one year. ⊕

## 2.4.3 Additional Questions and Answers on This Topic

📖 See Section 2.4.3 of the UAC Policy Guide

## 2.5 Sponsorship Assessment Background Check Investigations

📖 See Section 2.5 of the UAC Policy Guide

### OVERVIEW

ORR requires background checks for all potential sponsors, adult members of the household, and adult caregivers identified in sponsor care plans (adult caregivers). This section describes the required background checks based on sponsor category and other factors, the responsible parties for completing and reporting the results, and notifications and other follow up steps to ensure safety. All potential sponsors, adult household members, and adult caregivers must undergo a public records background check of criminal history and sex offender registry databases. Sponsors in Categories 2B and 3, as well as some Category 1 and 2A sponsors, adult household members, and adult caregivers require fingerprint background checks that are processed through Federal partners.

| Key Players | Responsibilities |
|---|---|
| FFS | Reviews all fingerprint checks and provides guidance as to whether to continue assessment of a particular sponsor in light of check results. |

GOV-00207417

## 2.5.3 Commonly Asked Questions on the ORR Background Check Process

📖 See Section 2.5.3 of the UAC Policy Guide

## 2.6 Sponsor Immigration Status and Release of UAC

📖 See Section 2.6 of the UAC Policy Guide

## 2.7 Recommendations and Decisions on Release

📖 See Section 2.7 of the UAC Policy Guide

### OVERVIEW

This section covers procedures for all release options for a UAC. These include 1) approve release to a sponsor 2) approve release with post-release services 3) conduct a home study before a final decision can be made 4) deny release request or 5) remand release request (decision pending).

This section also includes procedures for notifying a potential sponsor of a denial and procedures for a Category 1 sponsor to appeal the denial of release.

**NOTE:** A UAC who prevails in a *Flores* bond hearing cannot be denied release based upon the basis that the UAC is danger to the self or others. The fact that the UAC prevailed in the hearing must be included in the *Release Request*.

| Key Players | Responsibilities |
|---|---|
| Case Manager | Works with the Case Coordinator to make release recommendations, including recommendations for home study/post release services, as applicable. |
| Case Coordinator | Works with Case Manager to make release recommendations, including recommendations for home study/post release services as applicable. |
| FFS | Provides guidance on release recommendations for complex cases and reviews Case Manager and Case Coordinator recommendations and makes a final release decision. |

GOV-00207438

| Related Forms/Instruments | Used By |
|---|---|
| *Release Request* | Case Manager, Case Coordinator, FFS |
| *Release Review Completion Guidance* | Case Manager, Case Coordinator, FFS |
| *Discharge Notification* Form | Case Manager, FFS, DHS |

## PROCEDURES

1. **Within 1 calendar day** of the completion of the FRP documentation, the Case Manager uses the *Release Request Completion Guidance* to complete the requester information, sponsor information, and Case Manager recommendation in the *Release Request*. The Case Manager creates a Word version of the *Release Review Completion Guidance* and copies and pastes it into a *Release Request*. The *Release Request* is generated in the Discharge tab of the UAC Portal. See Fig. 2.10 Partial Snapshot of *Release Request*. The Case Manager emails the Case Coordinator that the *Release Request* is ready for review.

   **NOTE:** Case Coordinators do not complete the *Release Request* for cases in which the Case Manager is recommending release to the Unaccompanied Refugee Minor (URM) Program. If the Case Manager is recommending release to the URM Program, the Case Manager bypasses the Case Coordinator and emails the FFS directly.

## Fig. 2.10 Partial Snapshot of *Release Request*



Appendix 2.10 **is the Release Request Completion Guidance.**

The UAC Case Status page includes a section on the "Release Request" which automatically posts a date when the *Release Request* is updated. See Fig. 2.11. 

GOV-00207439

### Fig. 2.11 UAC Case Status Page: Release Recommendation

| Release Recommendations | | | |
|---|---|---|---|
| Case Manager Release Request: | Last Updated: | | |
| Case Coordination Release Request: | Last Updated | | |
| ORR Release Request Decision: | Last Updated: | 11/01/2017 | Release Approved: |

If applicable, the Case Manager updates the *UAC Case Review* with any safety planning recommendations and any additional information obtained from a home study. Fig. 2.12 shows the Case Manager options for release recommendations.

### Fig. 2.12 Case Manager Release Recommendations Options in the *Release Request*

| Case Manager Recommendation: | Select Recommendation |
|---|---|
| | Approve Straight Release |
| | Approve with Post-Release Only Services |
| If Applicable, Cancellation Reason: | Approve Release Pending Completion of Conditions |
| | Conduct Home Study – TVPRA |
| Updated User: | Conduct Home Study – Discretionary |
| | Conduct Home Study – ORR Mandated |
| | Conduct Home Study |
| | Deny Release |

**NOTE:**  If the Case Manager needs to cancel a *Release Request* because an individual wants to withdraw his/her application or under other circumstances that occurred after the *Release Request* has been submitted, the Case Manager should click on the cancellation button on the *Release Request*. Fig. 2.13 indicates the options for the Case Manager under the cancellation reason button. (In order for a case to move to another sponsor once the *Release Request* is withdrawn, the FFS must select the "denial" option and enter 'sponsor withdrawal' in the comments section. FFS should **NOT** "dis-assign" a sponsor because ORR wants to keep a historical record of individuals who have attempted to sponsor UAC. The "dis-assign" option (located on the Sponsor Information tab) is only for instances when an error occurred -- a sponsor was incorrectly assigned to a UAC—and is **only** used by ORR headquarters staff.) 🖩🖱

GOV-00207440

**Fig. 2.13 Case Manager Options for Cancelling a Release Request**



2. The Case Coordinator reviews the recommendation **within 1 business day** and updates the *Release Request* with his/her recommendation. The Case Coordinator emails the Case Manager and the FFS that the *Release Request* has been completed and uploads it into the UAC Portal. Fig. 2.14 shows the Case Coordinator section of the *Release Request* which contains the same options as the Case Manager (including the option to cancel the *Release Request*).

**Fig. 2.14 Case Coordinator Release Recommendations in the Release Request**



3. **Within 1 business day** of receipt of the Case Coordinator's release recommendation **(2 business days for home study cases)**, the FFS reviews and makes a final release decision in the UAC Portal. Fig. 2.15 is the Release Options for the FFS in the *Release Request*.

   **NOTE:** The ORR Director must review any release decision denying sponsorship to a Category 1 sponsor. The FFS must first submit a recommendation through the Case Consultation process before completing the *Release Request*. **The process is contained in the ORR internal SharePoint page (ORR Connect). Care provider staff and Case Coordinators do not have access to ORR Connect and are not directly involved in the Case Consultation process. See** 2.7.4 Deny Release Request**.**

GOV-00207441

For all other cases, the FFS emails notification of the final release decision based on the template email below. **NOTE:** When the FFS approves the release decision, the UAC Portal generates a "trigger report," *ORR Notification to ICE Chief Counsel Release of Unaccompanied Alien Child to Sponsor and Request to Change Address.* See 2.8 Release from ORR Custody for procedures on this form. ⏺✏️ ✉️

---

⊠ **Email Template: FFS Notification of Final Release Decision**

| | |
|---|---|
| **From:** | FFS |
| **To:** | CFS, Case Manager |
| **Cc:** | Case Coordinator |
| **Subject:** | ORR Release Decision [include last four digits of UAC A#] |
| | |
| **Body:** | Password will be sent shortly. |
| | |
| **Attachments:** | Clearly written release decision |

**NOTE:** Case managers must password protect Personally Identifiable Information (PII). Attached documents must be password protected. The body of the email includes the message that the password for the attached documents will be sent separately. A second email should include the universal UAC Password which should be used by all care providers and ORR staff and contractors. Do not include PII in follow up emails.

---

4. For cases involving review by the ORR Director, the FFS completes the FFS section of the *Release Request* after **ORR Headquarters notifies the FFS of the final decision.** The FFS then completes the email template above: FFS Notification of Final Release Decision. ⏺✏️ ✉️

---

## Fig. 2.15 FFS Options for Release in the Release Request

| ORR Decision Comments: | | |
|---|---|---|
| **ORR Decision:** | Select Decision | **Home Study Status:** |
| **ORR Decision after Home Study:** | Approve Straight Release<br>Approve with Post-Release Only Services<br>Approve Release Pending Completion of Conditions | |
| **Updated Date/Time:** | Conduct Home Study – TVPRA | **Updated User:** |
| **Program Release Dates** | Conduct Home Study – Discretionary | |
| **Release Approved Date:** | Conduct Home Study – ORR Mandated | |
| **Release Approved by:** | Conduct Home Study | **Release Scheduled Date:** |
| **The Next Scheduled Court** | Remand<br>Deny Release | |
| Date Sponsor was Notified that They Must Inform the Immigration Court Directly of any Further Change of Address: | | |

---

GOV-00207442

**Release of UAC Who Age Out**

Some UAC in ORR reach the age of 18 before release. ORR does not release UAC from its care on their own recognizance (ROR). Case Managers send a memo to DHS 24 hours before the youth turns 18. The Case Manager should include a copy of the UAC's birth certificate, if available, and copy the FFS on the email.

The Case Manager should follow the process for cancelling a *Release Request* and choose the "UAC Discharge—Adult Status" option.  📖⊕✉📋

**Release to URM Program**

The release request process for UAC recommended for release to the URM Program may not begin until ORR issues a URM Approval Letter. The case manager must ensure that the URM program receives any significant updates regarding the UAC, including *SIR*s, following receipt of the URM Approval Letter and prior to release.

The case manager must provide the URM program with a comprehensive copy of the UAC's case file before or at the time of the UAC's release. The following documents, which are critical to the UAC's continuity of care, must be provided to the URM program as soon as possible:

- UAC birth certificate
- Medical and immunization records
- Immigration documents
- Psychological assessments
- Education records
- Family member contact information
- Original trafficking eligibility letter, if applicable

All parties must follow the procedures for a "straight release," with the exception that the Case Coordinator does not complete the *Release Request* for cases referred to the URM Program. The Case Manager selects "Reunified (Program/Facility)" in the Type of Discharge field of the *Discharge Notification* in the UAC Portal. The care provider is responsible for escorting the UAC to the URM program.

If gaps in the minor's case file are discovered after the UAC is released to the URM program, the URM program works with the sending care provider records liaison to obtain the missing information (see Quick Glance: Requesting Records from Other Care Provider Programs in Section 2.2.2).

GOV-00207443



ADMINISTRATION FOR
CHILDREN & FAMILIES
Office of Refugee Resettlement | 330 C Street, S.W.  Washington, DC 20201
www.acf.hhs.gov/programs/orr

# The UAC Manual of Procedures

# (UAC MAP)

## For ORR Staff, Contractors, and Grantees

# Section 3: Services

**Office of Refugee Resettlement**
**Office of the Director**
**The Division of Policy and Procedures**
**January 2019 – Version 1.0**

# 3.2 Care Provider Admissions and Orientation for UAC

📖 See Section 3.2 of the UAC Policy Guide.

## OVERVIEW

Care provider services begin when the care provider takes physical custody of the UAC. At that point, the care provider admits the UAC into the care provider program via the UAC Portal, provides food and beverages and other services, and notifies and informs UAC of his or her rights and responsibilities. The care provider gives the UAC an orientation within **48 hours of admission**.

| Key Players | Responsibilities |
|---|---|
| Designated care provider staff | Admits UAC into program, provides placement authorization form and required notifications to UAC, conducts an initial medical exam, and provides a standard orientation to all UAC. |

| Related Forms/Instruments | Used By |
|---|---|
| *Placement Authorization Form* | Designated care provider staff |
| *Authorization for Medical, Dental, and Mental Health Care* | Designated care provider staff |
| *Initial Intakes Assessment* and *Interviewing Guidance for Clinicians and Caseworkers* | Designated care provider staff |
| *Notice of Placement in a Restrictive Setting* | Designated care provider staff |
| *Notice to Juvenile Aliens in Federal Facilities Funded by DHS or HHS by Reason of Their Immigration Status* | Designated care provider staff |
| *Legal Resource Guide for UAC* | Designated care provider staff |
| *Initial Medical Exam* | Designated care provider staff |

# 3.2.1 Admissions for UAC

📖 See Section 3.2.1 of the UAC Policy Guide.

Not Confidential

GOV-00016817

## PROCEDURES

1. **Upon arrival at the care provider facility**, the designated staff admits the UAC to the care provider program in the UAC Portal by completing the following steps:
   - Go to the Admission tab of their specific program. **NOTE:** ORR care providers with more than one facility must designate the correct program from the list. (See **Fig. 3.1 UAC Portal Admission Navigation Tab**).

**Fig. 3.1 UAC Portal Admission Navigation Tab**



- Enter the UAC case file by clicking on the Alien number on the left-hand side which brings the user to the Admission screen (See **Fig. 3.2 Admission Screen.**)
- Select "admit" under status.
- If the UAC did not arrive at the program, contact ORR Intakes to confirm the status of the UAC and ask ORR Intakes if "cancel" should be selected for the status of the UAC (do not select the status "pending").
- Answer "yes" to the question "By selecting "Yes" in this field……" and fill in the date and time, and click "save."
- Upload all DHS documents and forms given to the facility at placement.

**NOTE:** UAC MAP Section 1: Placement in ORR Care Provider Facilities **Section 1.3.4 UAC Transferred to ORR Custody** includes a "Quick Glance: How to Admit UAC to Program" as well as additional guidance on reviewing and uploading DHS records in the UAC Portal.

Not Confidential                                                                          GOV-00016818

## Fig. 3.2 Admission Screen



**NOTE:** Foster parents are not responsible for admitting UAC.

2. **Within 2 hours of admission and within 4 hours of admission into an HPC or Influx Care Facility**, the designated staff:
   - Provides food and beverage to the UAC (asking about any food allergies and/or dietary restrictions);
   - Allows the UAC to shower or bathe, with assistance if required due to disability or young age;
   - Provides the UAC with clean clothing, clean bedding, and personal hygiene items and documents this in the UAC case file;
   - Ensures, to the extent practical under the circumstances, that the UAC does not come into contact with other UAC currently placed at the program until he or she has showered/bathed and eaten;
   - Creates an inventory list for all cash and other property obtained at admission. The UAC must sign the inventory sheet and the care provider must provide the UAC with a copy of the inventory, retaining the original document in the UAC case file. See the **Quick Glance: UAC Personal Property.** 🕐🗐

---

## Quick Glance: UAC Personal Property

Care providers must conduct an inventory of all UAC cash and property upon admission into the care provider's care. UAC belongings that are stored must be kept in a secure location to be returned to the UAC at release or transfer. Care providers must prevent mishandling, loss, or theft of the UAC's personal cash and property. UAC

---

Not Confidential

GOV-00016819

UAC's personal property should be thoroughly cleaned and sanitized before storage or use by the UAC. UAC should have access to their personal property upon request, if safety allows, during normal business hours or other reasonable time during the weekends or holidays.

Care providers must develop a waiver for UAC who wish to keep certain pre-approved items, such as religious bracelets or prayer books or materials, in their possession while in care. The inventory must be updated to include any additional property the UAC received during the UAC's stay with the care provider.

In the event that a UAC runs away, the care provider must keep any property the UAC leaves behind for 90 days. If the UAC does not contact the care provider to claim their property within 90 days, gently used clothing or other similar items may be donated to a local charity or shelter. If the UAC leaves items of value ($25 or more in cash, jewelry), the care provider must try to contact the parent or family either in home country or in the United States for their preference (mail the property or donate).  If the care provider is unable to reach the parent or family, items of value may be donated to a local charity or shelter. The care provide may recycle or dispose of any items that are unable to be donated

3. **Within 24 hours of admission**, the designated care provider staff:
   - Verifies that all DHS documents that accompanied the UAC are complete and accurate. If the UAC's reported name or date of birth is incorrect, the designated staff attempts to verify the information on the UAC birth certificate through school records and/or the UAC's parents, if possible (see also step 4 below).
   - Takes the UAC's photograph and uploads it to the UAC portal. (**Note**: Care providers may take photographs and record videotapes of UAC in care for purposes of identification or for the child's personal use. ORR prohibits release of any photographs or videotapes of any UAC for public use, including for training purposes or for promotional materials without written authorization from ORR.)
   - Determines if it is safe to allow the UAC to contact family members or other relatives, following ORR policy and procedures and the care provider's internal safety procedures. Provides UAC an opportunity with assistance, as necessary, to contact family members, or other relatives, or the UAC's consulate.
   - Uploads the following into the UAC Portal and saves a copy in the UAC case file case file with appropriate signatures:
     - *Placement Authorization* form
     - *Authorization for Medical Dental and Mental Health Care* form
     - *Page 2 of Legal Resource Guide – Legal Service Provider List for UAC*

Not Confidential

       ○ Supporting documents from referring federal agency (e.g. DHS)

**NOTE**: If there are concerns that the UAC may be 18 years of age or older, the designated staff follows the procedures outlined in Section 1: Placement in ORR Care Provider Facilities **Section 1.6.2.**

4. **Within 24 hours of obtaining the UAC birth certificate** and the name and age of the UAC doesn't match the DHS records, the designated care provider staff notifies the local DHS FOJC about the discrepancy in information and includes information about how the discrepancy was identified and the attempts made to verify the information, such as verification from Consulate. The notification includes a request to DHS FOJC for an updated Notice to Appear (NTA) to reflect the correct name and A number. If the UAC has an attorney, cc the attorney in the correspondence. (See also **UAC MAP Section 1.3.4.**) The designated staff makes changes to the name and/or DOB in the UAC Portal.

5. **Within 24 hours of admission**, care provider staff trained in the use of the *Initial Intakes Assessment* form
   - Interviews the UAC in a private setting using all questions in the assessment to identify any immediate needs and/or issues.
   - Completes all sections of the *Initial Intakes Assessment* in the UAC Portal.
   - Saves a copy in the UAC case file.
   - If the UAC responses raise suspicions that the UAC's health or life is at imminent risk or his/her condition places the safety of others at imminent risk, calls 9-1-1 for crisis response and transportation to the nearest emergency room; follows significant incident reporting procedures (See **Section 5.7.3 Significant Incidents**).
   - Determines if the UAC's responses indicate that he/she falls under any of the criteria for trafficking under TVPRA.

       See **Quick Glance: Tips for Completing the Initial Intakes Assessment.**

**Appendix 3.2 is the Initial Intakes Assessment.**

**NOTE:** Care providers must complete a new *Initial Intakes Assessment* after each transfer within the ORR network.

Not Confidential                                                                                          GOV-00016821

**Quick Glance: Tips for Completing the Initial Intakes Assessment**

The Initial Intakes Assessment allows the care provider to identity any immediate needs or issues, identity the severity of any medical or mental health needs and ensure that the needs are met; facilitate gathering of basic identifying information, and inform the UAC's initial housing/bed assignment.

Phrase questions in a child-friendly and culturally appropriate manner to engage the UAC. Inform the UAC that self-disclosures of previously unreported criminal history or violent behavior to any other children, care provider staff, ORR, or others may result in the child's transfer to another care provider facility and may affect their release.

**UAC Basic Information**—Auto-populates in the UAC Portal
**Family Information**—Document any relative or non-relative contracts in the United States as well as the name and contact information of anyone that the UAC wishes to inform of their placement.
**Medical**—Document any observable or reported medical needs and immediately report them to the clinician, lead case manager, program director, or other supervisor designated for follow-up care, and/or any on-call medical staff member for further guidance on the need to seek immediate medical care.
**Mental Health**--Document any observable or reported mental health questions in this section and/or if any concerning behaviors or emotions were observed or reported and immediately report them to the clinician, lead case manager, program director, or other supervisor designated for follow-up care for further guidance on the need to seek mental health care.
**Safety Assessment**--Document any observations and/or concerns that the UAC has regarding his/her safety. If the UAC answers "yes" to any of the safety assessment concerns, immediately report them to the clinician, lead case manager, program director, or other supervisor designated for follow-up care for further guidance.
**Interviewer Summary of Critical Issues that Need Immediate Attention** and **Action Taken**—Summarize critical issues and note the steps taken to address identified critical issues as well as any actions for the immediate future.
**Certification**—Enter name, title, and date and time the assessment was completed. If a translator was used, enter the translator's, name, language translated, and the date and time.

**See also ORR Policy Guide Section 5.8 Significant Incident Reports and Notification Requirements for information gathered at intakes that may require an SIR.**

6. **Within 48 hours of admission**, for secure, staff-secure or non-TAR (Treatment Authorization Request) residential treatment center programs **only**, the care provider staff:
   - Provides the UAC with the *Notice of Placement in a Restrictive Setting* and ensures that the UAC signs or marks the notice. The original signed form is

Not Confidential

GOV-00016822

placed in the UAC case file and a copy uploaded to the UAC Portal.  (If the UAC refuses or declines to sign the form, the staff member should note that on the form and complete the staff section).

- Notifies the UAC of the opportunity to request a *Flores* bond hearing. (See **UAC MAP Section 2: Subsection 2.9.**)

7. **Within 2 business days**, the designed staff ensures that UAC receives an initial medical exam and uploads the *Initial Medical Exam* form and any prior medical evaluations (for UAC transfers) into the UAC Portal and saves a copy into the Health tab. (See below S**ubsection 3.4.2**) the UAC case file.

# 3.2.2 Orientation

## PROCEDURES

### Quick Glance: Orientation Accessibility

The care provider must present the orientation in a way that is appropriate for the age, culture, and language of the child or youth. The orientation must be provided in formats that are accessible to UAC with limited English proficiency, visual or audio impairments, or other type of disability, as well as those with limited literacy skills.
--If the UAC is not literate, the care provider must verbally explain all the documents in the UAC's native or preferred language.

--If forms are not translated into a language that the UAC can read, the care provider staff must verbally translate the document for the child or youth and document in the UAC's case file that the form was verbally translated.

--Care providers lacking staff who speak a UAC's native or preferred language must make every attempt to utilize a professional translation service for the UAC's orientation.
In cases where no such service exists or is unavailable, care providers must consult with the FFS, PO and other relevant stakeholders to create and implement a strategy for communicating with the UAC as effectively as possible. One possible strategy may be to create a written translation of the orientation information and documents.

1. **Within 48 hours of admission**, the care provider provides a standardized orientation for all UAC that, at a minimum(See **Quick Glance: Orientation Accessibility** above), includes the following topics:

Not Confidential

GOV-00016823