# DX-61

Expert Report of Dr. Emily Ryo, June 16, 2020, p. 9

### D. Data cleaning relating to discharge types

In July 2018, several data columns were mis-labeled by ORR. The column labeled as discharge type in July 2018's discharges spreadsheet actually contained the program type, and the discharge type was not provided elsewhere. For this month only, I assumed that the presence of sponsor data (first name, last name, and state) indicates that the UAC was reunified with an individual sponsor. This is a reasonable assumption given that in the other monthly data that do not contain this data error (i.e., omission of discharge type), 95.9% of final discharges that contain sponsor information are designated as individual reunifications.

### E. Outcome of data cleaning measures

The ORR Data described in Section II.A. represents all UACs who were initially admitted to ORR, regardless of whether they were placed in-network or out-of-network, on or after November 1, 2017 and discharged on or before February 29, 2020. Incorporating the data cleaning measures described in Sections III.A-D, and excluding 2 UACs who were recorded as being transferred from one ORR facility to another but were missing all subsequent records, generates a clean dataset for my analysis ("Clean Dataset"). This Clean Dataset is composed of 123,743 custody periods relating to 123,573 unique A-Numbers.

## IV. Summary of Findings

Question 1. How long is a UAC typically detained by ORR before the first step-up occurs? I found that the average length of time to the first step-up was 67.3 days.[12] I also found that increasing lengths of custody are associated with higher percentage of custody periods with step-ups.

Question 2. How is step-up associated with detention length before reunification? The average time to reunification was higher for custody periods with step-ups (i.e., average of 183.8 days) than custody periods without step-ups (i.e., average of 52.6 days).

Question 3. How is placement type associated with detention length before reunification? I found that among the custody periods without step-ups, the average time to reunification was higher for custody periods that included a stint at a therapeutic group home (i.e. average of 184.6 days) compared to custody periods that took place only in shelters (i.e. average of 52.9 days). I also found that among custody periods that included step-ups, the average times to reunification increased in this order: staff secure (i.e., average of 176.5 days); secure (i.e. average of 185.9 days); residential treatment center (i.e., average of 236.3 days); therapeutic staff secure (i.e., average of 246.3 days); and out-of-network facilities (i.e., average of 327.2 days).

Question 4. How does the prevalence of reunification vary by length of detention among UACs who reunified, and how does the prevalence of voluntary departure vary by length of detention among UACs who elected voluntary departure? Among the custody periods resulting in reunification, I found that increasing detention length is generally associated with a lower

---

[12] All references to "average" in this report refer to mean values. Wherever relevant, I also provided median values in the appendix section.