# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar, <br> Secretary of U.S. Dep't of Health and Human Services, *et al*. <br><br> *Defendants*. | Case No.: 18-cv-05741-DMG-PLA <br><br> **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Location: Courtroom 8C, 8th Floor <br> Hearing: December 11, 2020 <br> Time: 3:00 p.m. PT <br> 350 West 1st Street <br> Los Angeles, CA 90012 <br> Honorable Dolly M. Gee <br> United States District Judge |

1

IT IS HEREBY ORDERED that the Motion for Partial Summary Judgment submitted by Defendants Alex M. Azar, Secretary of U.S. Department of Health and Human Services, *et al.*, is granted:

1. Summary judgment is granted for Defendants on the step-up class, comprised of "all minors in ORR custody pursuant to 6 U.S.C. section 279 and/or 8 U.S.C. section 1232 who are or will be placed in a secure, medium-secure facility, or RTC, or to whom ORR will continue to detain in any such facility for more than 30 days, without being afforded notice and an opportunity to be heard before a neutral and detached decisionmaker regarding the grounds for such placement"—Plaintiffs' step-up claim is barred by *res judicata*, and in the alternative, ORR's policies and procedures for the step-up class satisfy due process, the Trafficking Victims Protection Reauthorization Act (TVPRA), and the Administrative Procedure Act (APA) as a matter of law.

2. Summary judgment is granted for Defendants on the unfit-custodian class, comprised of "all minors in ORR custody pursuant to 6 U.S.C. section 279 and/or 8 U.S.C. section 1232 whom ORR is refusing or will refuse to release to parents or other available custodians within 30 days of the proposed custodian's submission of a complete family reunification packet on the ground that the proposed custodian is or may be unfit"—Plaintiffs' unfit-custodian claim is barred by *res judicata*, and in the alternative, ORR's policies and procedures for the unfit-custodian class satisfy due process, the TVPRA, the APA, and the First Amendment as a matter of law.

3. Summary judgment is granted for Defendants on the legal-representation class, comprised of "all minors in ORR custody pursuant to 6 U.S.C. section 279 and/or 8 U.S.C. section 1232 who are natives of non-contiguous countries and to whom ORR is impeding or will impede legal assistance in legal matters or proceedings involving their custody, placement, release, and/or administration of psychotropic drugs"—Plaintiffs' legal-representation claim is

barred by *res judicata*, and in the alternative, ORR's policies and procedures for the legal-representation class satisfy due process, the TVPRA, the Homeland Security Act, federal immigration regulations, and the APA as a matter of law.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment over the step-up, unfit-custodian, and legal-representation classes is entered for Defendants.

DATED: _____, 2020.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE