JEFFREY B. CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | |
| *Defendants*. | |

1

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5, and the Court's Order granting leave to use pseudonyms (Dkt. No. 18), Defendants submit this Application seeking leave to file under seal certain evidence in support of their Motion for Summary Judgment. Pursuant to the Court's request and Local Rule 79-5.2.2(a), Defendants submit concurrently with this application (1) redacted versions of Defendants' Exhibits 35, 36, 41, 44, 47, 50, 52, 55, and 58, (2) unredacted versions of Defendants' Exhibits 35, 36, 41, 43, 44, 46, 47, 49, 50, 51, 52, 54, 55, 56, 58, and 59 (3) the Declaration of Jonathan K. Ross, and (4) a proposed order.

The materials that Defendants seek to seal include:

- Exhibit 35, the Expert Report of Dr. Roy Lubit (portions)
- Exhibit 36, the Expert Rebuttal Report of Dr. Roy Lubit (portions)
- Exhibit 41, Declaration of James De La Cruz re Lucas R. (portions)
- Exhibit 44, Declaration of David Fink re Jaime D. (portions)
- Exhibit 47, Declaration of Micaela Vergara re Daniela Marisol T. (portions)
- Exhibit 50, Declaration of David Fink re Miguel Angel S. (portions)
- Exhibit 52, Declaration of Micaela Vergara re Gabriela N. (portions)
- Exhibit 55, Declaration of James De La Cruz re Sirena P. (portions)
- Exhibit 58, Declaration of James De La Cruz re Benjamin F. (portions)
- Exhibits 43, 46, 49, 51, 54, 56, and 59, case file excerpts of minor UAC (entirety)

Defendants seek to seal portions of Exhibits 35, 36, 41, 44, 47, 50, 52, 55, and 58 because they contain personally identifiable information of Unaccompanied Alien Children ("UAC") in ORR custody, who are also minors. Given the potentially sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the privacy of the minor individuals identified in these records.

2
Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment

Further, Defendants seek to seal Exhibits 43, 46, 49, 51, 54, 56, and 59 in their entirety as these exhibits consist of case files, which contain detailed sensitive information that cannot be separated from other information therein.[1]

## I. ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons support sealing these portions of Defendants' exhibits because they contain personal information regarding class members and ORR staff. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Therefore, there is compelling reason to seal these materials to protect the privacy interests of class members and staff at ORR facilities.

## II. CONCLUSION

For the reasons set forth above, Defendants respectfully requests leave to file the entirety of Exhibits 43, 46, 49, 51, 54, 56, and 59 under seal, and to file portions of Exhibits 35, 36, 41, 44, 47, 50, 52, 55, and 58 under seal.

---

[1] On September 29, 2020, the parties agreed not to oppose the filing of ORR case files or portions thereof entirely under seal.

| | |
|---|---|
| Dated October 2, 2020 | Respectfully submitted, |
| | JEFFREY B. CLARK<br>Acting Assistant Attorney General |
| | ERNESTO H. MOLINA<br>Deputy Director |
| | <u>/s/ W. Daniel Shieh</u><br>BENJAMIN M. MOSS<br>W. DANIEL SHIEH<br>Senior Litigation Counsel |
| | NANCY K. CANTER<br>JONATHAN K. ROSS<br>ANTHONY J. MESSURI<br>Trial Attorneys<br>Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 878<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-9802<br>Email: Daniel.Shieh@usdoj.gov |
| | *Counsel for Defendants* |