# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar, <br> Secretary of U.S. Dep't of Health and Human Services, *et al*. <br><br> *Defendants*. | Case No.: 18-cv-05741-DMG-PLA <br><br> **[PROPOSED] ORDER ON APPLICATION TO SEAL** <br><br> **[HON. DOLLY M. GEE]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Exhibit 35, the Expert Report of Dr. Roy Lubit (portions)
- Exhibit 36, the Expert Rebuttal Report of Dr. Roy Lubit (portions)
- Exhibit 41, Declaration of James De La Cruz re Lucas R. (portions)
- Exhibit 44, Declaration of David Fink re Jaime D. (portions)
- Exhibit 47, Declaration of Micaela Vergara re Daniela Marisol T. (portions)
- Exhibit 50, Declaration of David Fink re Miguel Angel S. (portions)
- Exhibit 52, Declaration of Micaela Vergara re Gabriela N. (portions)
- Exhibit 55, Declaration of James De La Cruz re Sirena P. (portions)
- Exhibit 58, Declaration of James De La Cruz re Benjamin F. (portions)
- Exhibits 43, 46, 49, 51, 54, 56, and 59, case file excerpts of class members (entirety)

**IT IS SO ORDERED.**

DATED: _____, 2020.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE