JEFFREY B. CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **DECLARATION OF DR. ROY H. LUBIT IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | |
| *Defendants*. | |

## DECLARATION OF DR. ROY H. LUBIT

I, Roy H. Lubit, declare and state as follows:

1.    I am a licensed physician with expertise and board certification in psychiatry, child and adolescent psychiatry, and forensic psychiatry.  I received my M.D. from the New York University School of Medicine.  I did my residency in psychiatry at Yale University School of Medicine, a residency in Child and Adolescent Psychiatry at Boston Children's Hospital, and a fellowship in forensic psychiatry at St. Vincent's Hospital in New York City.  I have held academic positions and have published and lectured on the issue of emotional trauma. I make this Declaration in support of Defendants' Motion for Summary Judgment.

2.    Counsel for Defendants contacted me to provide expert opinion and testimony on the policies and procedures of United States Department of Health and Human Services, Office of Refugee Resettlement ("ORR") with respect to the care and supervision of unaccompanied alien children.  Counsel asked me to review certain materials and thereafter render my opinions, which I did in a June 19, 2020 Expert Report.  On August 4, 2020, I appeared for a deposition and testified regarding the contents of my June 19, 2020 Expert Report.

3.    If called as a witness to this action, I could and would testify competently to the facts and opinions set forth herein, including my June 19, 2020 Expert Report and my August 4, 2020 deposition.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this September __18__ , 2020 at New York, New York.

_____
Roy H. Lubit, M.D., Ph.D.
Declarant

Declaration of Dr. Roy H. Lubit in Support of Defendants' Motion for Summary Judgment