
1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10                  WESTERN DIVISION
11

| | |
|---|---|
| 12  LUCAS R., et al., | Case No.  2:18-CV-05741 DMG PLA |
| 13          Plaintiffs, | **[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND EXHIBITS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| 14      v. | |
| 15  ALEX AZAR, et al., | |
| 16          Defendants. | |
| 17 | |
| 18 | Complaint Filed: June 29, 2018 |
| 19 | Pretrial Conference Date: March 2, 2021<br>Trial Date:  March 30, 2021 |

Having read and considered (1) Application for Leave to File Under Seal Portions of Their Statement of Uncontroverted Facts and Conclusions of Law and Exhibits in Support of Their Motion for Partial Summary Judgment (the "Application"); (2) the Declaration of Jayme B. Staten; (3) any papers filed by Defendants in response to the Application; and (5) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court rules as follows:

**Documents Plaintiffs Seek to Seal**

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 47 | A true and correct copy of the document produced by Defendants bearing Bates range GOV-00033320–GOV-00033330, and marked as "Exhibit 162" at the December 17, 2019 deposition of Nidia Murray. | Entirely under seal | |
| 48 | A true and correct copy of the document produced by Defendants bearing Bates range GOV-00106019–GOV-00106032, and marked as "Heath Exhibit 170" at the February 26, 2020 deposition of Yesenia Heath. | Entirely under seal | |
| 49 | A true and correct copy of the document produced by Defendants bearing Bates range GOV-00038758–GOV-00038761, and marked as "Heath Exhibit 171" at the February 26, 2020 deposition of Yesenia Heath. | Entirely under seal | |
| 50 | A true and correct copy of the documents produced by Defendants bearing Bates range GOV-00097174–GOV-00097177, and marked as "Heath Exhibit 172" at | Entirely under seal | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| | the February 26, 2020 deposition of Yesenia Heath. | | |
| 99 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00013693–GOV-00014370. | Entirely under seal | |
| 100 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00152255–GOV-00152512. | Entirely under seal | |
| 101 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00019452–GOV-00019453. | Entirely under seal | |
| 102 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00019541–GOV-00019542. | Entirely under seal | |
| 103 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00033320–GOV-00033330. | Entirely under seal | |
| 104 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00034550–GOV-00034596. | Entirely under seal | |
| 105 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00034703–GOV-00034704. | Entirely under seal | |
| 106 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00036088-GOV- | Entirely under seal | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| | 00036156. | | |
| 107 | A true and correct copy of an excerpt of the family of documetns produced by Defendants, bearing Bates range GOV-00038505–GOV-00038543. | Entirely under seal | |
| 108 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00040470–GOV-00040471. | Entirely under seal | |
| 109 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00047099–GOV-00047119. | Entirely under seal | |
| 110 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00048192-GOV-00048603. | Entirely under seal | |
| 111 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00063391–GOV-00063401. | Entirely under seal | |
| 112 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00083666–GOV-00083672. | Entirely under seal | |
| 113 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00092688–GOV-00092801. | Entirely under seal | |
| 114 | A true and correct copy of an excerpt of the family of documents | Entirely under seal | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
|  | produced by Defendants, bearing Bates range GOV-00096028–GOV-00096087. |  |  |
| 115 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00101516–GOV-00101546. | Entirely under seal |  |
| 116 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00153955–GOV-00154576. | Entirely under seal |  |
| 117 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00154802–GOV-00154924. | Entirely under seal |  |
| 118 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00198697–GOV-00198741. | Entirely under seal |  |
| 119 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00200372–GOV-00200399. | Entirely under seal |  |
| 120 | A true and correct copy of the document produced by Defendants, bearing Bates GOV-00204143. | Entirely under seal |  |
| 121 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00204640–GOV-00204647. | Entirely under seal |  |
| 122 | A true and correct copy of an | Entirely under seal |  |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
|  | excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00238520–GOV-00239043. |  |  |
| 123 | A true and correct copy of an exceprt of the family of documents produced by Plaintiffs, bearing Bates range Lucas R._00404–Lucas R._00477. | Entirely under seal |  |
| 124 | A true and correct copy of an excerpt of the family of documents produced by Plaintiffs, bearing Bates range Lucas R._01398–Lucas R._01616. | Entirely under seal |  |
| 125 | A true and correct copy of an excerpt of the family of documents produced by Plaintiffs, bearing Bates range Lucas R._03888–Lucas R._04195. | Entirely under seal |  |
| 126 | A true and correct copy of an excerpt of the family of documents produced by Plaintiffs, bearing Bates range Lucas R._Experts_04962–Lucas R._Experts_05312. | Entirely under seal |  |
| 127 | A true and correct copy of an excerpt of the family of documents produced by Plaintiffs, bearing Bates range Lucas R._Experts_11794–Lucas R._Experts_11818. | Entirely under seal |  |
| 128 | A true and correct copy of the document produced by third party Melissa Cook,[1] produced as Bates range COOKCVJC0026456–COOKCVJC0026459. | Entirely under seal |  |

---

[1] Documents produced by third party Melissa Cook contained Bates ranges in the file name, rather than bearing Bates labels on each document page.

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 129 | A true and correct copy of the document produced by third party Melissa Cook, produced as Bates range COOKCVJC0026703–COOKCVJC0026705. | Entirely under seal | |
| 130 | A true and correct copy of the document produced by third party Melissa Cook, produced as Bates range COOKCVJC0026706–COOKCVJC0026711. | Entirely under seal | |
| 140 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00003991–GOV-00006110. | Entirely under seal | |
| 141 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00007212–GOV-00007213. | Entirely under seal | |
| 142 | A true and correct copy of an excerpt of the family of documents produced by Defendants, bearing Bates range GOV-00009218–GOV-00010017. | Entirely under seal | |
| 143 | A true and correct copy of the document produced by Defendants, bearing Bates GOV-00010019. | Entirely under seal | |
| 15 | A true and correct copy of excerpts of the Deposition Transcript of A.C., Lucas R.'s brother, taken on October 30, 2019. | Yellow highlighted portions | |
| 21 | A true and correct copy of excerpts of the Deposition Transcript of Isabella F., taken on November 23, 2019. | Yellow highlighted portions | |
| 28 | A true and correct copy of excerpts of the Deposition Transcript of Nidia | Yellow highlighted portions | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| | Murray, taken on December 17, 2019. | | |
| 43 | A true and correct copy of a document produced by Defendants bearing Bates range GOV-00022074–GOV-00022075, and marked as "Ray Exhibit 117" at the October 23, 2019 deposition of Faith Ray. | Yellow highlighted portions | |
| 45 | A true and correct copy of a document produced by Defendants bearing Bates GOV-00023206, and marked as "Ray Exhibit 120" at the October 23, 2019 deposition of Faith Ray. | Yellow highlighted portions | |
| 46 | A true and correct copy of an excerpt of the family of documents produced by Defendants bearing Bates GOV-00034289–GOV-00034291, and marked as "Heath Exhibit 169" at the February 26, 2020 deposition of Yesenia Heath. | Yellow highlighted portions | |
| 58 | A true and correct copy of the document produced by Plaintiffs, bearing Bates Lucas R._Experts_11626–11629. | Yellow highlighted portions | |
| 59 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11630–Lucas R._Experts_11632. | Yellow highlighted portions | |
| 60 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11715–Lucas R._Experts_11720. | Yellow highlighted portions | |
| 61 | A true and correct copy of the | Yellow highlighted | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| | document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11680–Lucas R._Experts_11684. | portions | |
| 62 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11613–Lucas R._Experts_11616. | Yellow highlighted portions | |
| 63 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11623–Lucas R._Experts_11625. | Yellow highlighted portions | |
| 64 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11749–Lucas R._Experts_11752. | Yellow highlighted portions | |
| 65 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11666–Lucas R._Experts_11670. | Yellow highlighted portions | |
| 66 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11671–Lucas R._Experts_11675. | Yellow highlighted portions | |
| 67 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11757–Lucas R._Experts_11759. | Yellow highlighted portions | |
| 68 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas | Yellow highlighted portions | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
|  | R._Experts_11475–Lucas R._Experts_11478. |  |  |
| 69 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11472–Lucas R._Experts_11474.. | Yellow highlighted portions |  |
| 70 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11617–Lucas R._Experts_11619. | Yellow highlighted portions |  |
| 71 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_ 11653–Lucas R._Experts_11655. | Yellow highlighted portions |  |
| 72 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11637–Lucas R._Experts_11639. | Yellow highlighted portions |  |
| 73 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11620–Lucas R._Experts_11622. | Yellow highlighted portions |  |
| 74 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._ Experts_11760–Lucas R._Experts_11767. | Yellow highlighted portions |  |
| 75 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11550–Lucas R._Experts_11551. | Yellow highlighted portions |  |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 76 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11552–Lucas R._Experts_11553. | Yellow highlighted portions | |
| 77 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11647–Lucas R._Experts_11649. | Yellow highlighted portions | |
| 78 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11600–Lucas R._Experts_11602. | Yellow highlighted portions | |
| 79 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11772–Lucas R._Experts_11776. | Yellow highlighted portions | |
| 80 | A true and correct copy of the document produced by Plaintiffs, bearing range Bates Lucas R._Experts_11447–Lucas R._Experts_11450. | Yellow highlighted portions | |
| 81 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11562–Lucas R._Experts_11564. | Yellow highlighted portions | |
| 82 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11603–Lucas R._Experts_11612. | Yellow highlighted portions | |
| 93 | A true and correct copy of the document produced by Plaintiffs, | Yellow highlighted portions | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
|  | bearing Bates Lucas R._Experts_18292. |  |  |
| 94 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00021881–GOV-00021885. | Yellow highlighted portions |  |
| 97 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00049414–GOV-00049415. | Yellow highlighted portions |  |
| 137 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R_Experts_11676–Lucas R._Experts_11679. | Yellow highlighted portions |  |
| 138 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R_Experts_11464–Lucas R._Experts_11468. | Yellow highlighted portions |  |
| 139 | A true and correct copy of a document produced by Defendants bearing Bates GOV-00023078, and marked as "Ray Exhibit 118" at the October 23, 2019 deposition of Faith Ray. | Yellow highlighted portions |  |
|  | Statement of Uncontroverted Facts and Conclusions of Law in Support of Plaintiffs' Motion for Partial Summary Judgment. | Yellow highlighted portions |  |

**Documents Plaintiffs Submitted Under Seal on Behalf of Defendants**

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 23 | A true and correct copy of excerpts of the Depositon Transcript of David Fink, taken on February 12, 2020. | Red highlighted portions | |
| 33 | A true and correct copy of excerpts of the Deposition Transcript of Faith Ray, taken on October 23, 2019. | Red highlighted portions | |
| 40 | A true and correct copy of a document produced by Defendants bearing Bates range GOV-00021838–GOV-00021841, and marked as "Ray Exhibit 113" at the October 23, 2019 deposition of Faith Ray. | Red highlighted portions | |
| 41 | A true and correct copy of the document marked as "Ray Exhibit 115" at the October 23, 2019 deposition of Faith Ray. | Red highlighted portions | |
| 42 | A true and correct copy of the document marked as "Ray Exhibit 116" at the October 23, 2019 deposition of Faith Ray. | Red highlighted portions | |
| 43 | A true and correct copy of a document produced by Defendants bearing Bates range GOV-00022074–GOV-00022075, and marked as "Ray Exhibit 117" at the October 23, 2019 deposition of Faith Ray. | Red highlighted portions | |
| 44 | A true and correct copy of a document produced by Defendants bearing Bates GOV-00021741, and marked as "Ray Exhibit 119" at the October 23, 2019 deposition of Faith Ray. | Red highlighted portions | |
| 45 | A true and correct copy of a | Red highlighted | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
|  | document produced by Defendants bearing Bates GOV-00023206, and marked as "Ray Exhibit 120" at the October 23, 2019 deposition of Faith Ray. | portions |  |
| 46 | A true and correct copy of an excerpt of the family of documents produced by Defendants bearing Bates GOV-00034289–GOV-00034291, and marked as "Heath Exhibit 169" at the February 26, 2020 deposition of Yesenia Heath. | Red highlighted portions |  |
| 94 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00021881–GOV-00021885. | Red highlighted portions |  |
| 95 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00022879–GOV-00022880. | Red highlighted portions |  |
| 96 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00023056–GOV-00023058. | Red highlighted portions |  |
| 97 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00049414–GOV-00049415. | Red highlighted portions |  |
| 98 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00199998-GOV-00200002. | Red highlighted portions |  |
| 139 | A true and correct copy of a document produced by Defendants bearing Bates GOV-00023078, and marked as "Ray Exhibit 118" at the | Red highlighted portions |  |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| | October 23, 2019 deposition of Faith Ray. | | |

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Hon. Dolly M. Gee
United States District Court Judge