| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS |
| 2 | & CONSTITUTIONAL LAW<br>CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.email |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following pages* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Complaint Filed: June 29, 2018 |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | Pretrial Conference Date: March 2, 2021<br>Trial Date: March 30, 2021<br>Judge: Hon. Dolly M. Gee |
| Defendants. | |

1  HOLLY S. COOPER (197626)
   Co-Director, Immigration Law Clinic
2  CARTER C. WHITE (164149)
   Director, Civil Rights Clinic
3  DAISY O. FELT (307958)
   JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
4  MONICA J. JULIAN (265075)
   University of California Davis School of Law
5  One Shields Ave. TB 30
   Davis, CA 95616
6  Telephone: (530) 754-4833
   Email: hscooper@ucdavis.edu
7         ccwhite@ucdavis.edu
          dofelt@ucdavis.edu
8         jmulligan@ucdavis.edu
          mjulian@ucdavis.edu
9
   NATIONAL CENTER FOR YOUTH LAW
10 LEECIA WELCH (208741)
   NEHA DESAI (CAL. RLSA NO. 803161)
11 POONAM JUNEJA (300848)
   FREYA PITTS (295878)
12 MISHAN WROE (299296)
   MELISSA ADAMSON (319201)
13 1212 Broadway, Suite 600
   Oakland, CA 94612
14 Telephone: (510) 835-8098
   Email:  lwelch@youthlaw.org
15         ndesai@youthlaw.org
           pjuneja@youthlaw.org
16         fpitts@youthlaw.org
           mwroe@youthlaw.org
17         madamson@youthlaw.org

18 NATIONAL CENTER FOR YOUTH LAW
   BRENDA SHUM *(ADMITTED PRO HAC VICE)*
19 CRYSTAL ADAMS (308638)
   1313 L St. NW, Suite 130
20 Washington, DC 20005
   Telephone: (202) 868-4785
21 Email:  bshum@youthlaw.org
           cadams@youthlaw.org
22
23
24
25
26
27
28

```
 1  COOLEY LLP
    SUMMER J. WYNN (240005)
 2  MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
    REBECCA L. TARNEJA (293461)
 3  ALEXANDRA R. MAYHUGH (300446)
    JAYME B. STATEN (317034)
 4  1333 2nd Street, Suite 400
    Santa Monica, CA  90401
 5  Telephone: (310) 883-6400
    Facsimile:  (310) 883-6500
 6  Email:  swynn@cooley.com
            mmcmahon@cooley.com
 7          rtarneja@cooley.com
            amayhugh@cooley.com
 8          jstaten@cooley.com
 9  Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                  PROOF OF SERVICE
                                              CASE NO. 2:18-CV-05741 DMG PLA
```

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California 90401. On the date set forth below I served the documents described below in the manner described below:

- **DECLARATION OF JAYME B. STATEN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND EXHIBITS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT**

- **UNREDACTED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

- **UNREDACTED EXHIBITS 15, 21, 23, 28, 33, 40–50, 58–82, 93–130, 137–143 IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

[x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| JEFFREY B. CLARK | Attorneys for Defendants |
| Acting Assistant Attorney General | |
| SCOTT G. STEWART | |
| Deputy Assistant Attorney General | |
| ERNESTO H. MOLINA, JR. | |
| Deputy Director | |
| CHRISTOPHER A. BATES | |
| Senior Counsel to the Assistant Attorney General | |
| W. DANIEL SHIEH | |

BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
    andrew.insenga@usdoj.gov
    Anthony.Messuri@usdoj.gov
    benjamin.m.moss2@usdoj.gov
    Daniel.Shieh@usdoj.gov
    david.pinchas@usdoj.gov
    ernesto.h.molina@usdoj.gov
    jeffrey.robins@usdoj.gov
    jonathan.k.ross@usdoj.gov
    michael.heyse@usdoj.gov
    nancy.k.canter@usdoj.gov
    russell.verby@usdoj.gov
    scott.g.stewart@usdoj.gov
    sherry.soanes@usdoj.gov
    steven.stassi@usdoj.gov
    yamileth.g.davila@usdoj.gov

Executed on October 2, 2020, at Los Angeles, California.

_____
Jeremy Ra