# Exhibit 15

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 15
Page 706

```
                                                    Page 1
          UNITED STATES DISTRICT COURT
          CENTRAL DISTRICT OF CALIFORNIA


LUCAS R., by his next friend
MADELYN R.; DANIELA MARISOL T.,
by her next friend KATHERINE L.;
et al.,
                                       No. 2:18-CV-05741
         Plaintiffs,                      DMG-PLA

vs.

ALEX AZAR, Secretary of U.S.
Department of Health and Human
Services; E. SCOTT LLOYD,
Director, Office of Refugee
Resettlement of the U.S.
Department of Health & Human
Services,

         Defendants.
_____


         CONFIDENTIAL UNDER PROTECTIVE ORDER
            DEPOSITION OF [REDACTED]
                 OCTOBER 30, 2019
                    9:45 a.m.


            1333 2nd Street, Suite 400
              Santa Monica, California


          Diana Janniere, CSR-10034


Magna Legal Services
866-624-6221
www.MagnaLS.com
```



Exhibit 15
Page 707

Page 12

1     A    Yes.
2     Q    Thank you.  We are done with that document.
3          Are you aware of the person whose alias in
4     this case is Lucas R.?
5     A    Yes.
6     Q    Without disclosing that person's true name,
7     who is Lucas R.?
8     A    My brother.
9     Q    Sometime in 2018, Lucas R. was in a U.S.
10    government program in Texas; is that correct?
11    A    Yes.
12    Q    And then, later in 2018, Lucas R. was
13    released from the government program and came into
14    your care; is that correct?
15    A    Yes.
16    Q    Do you believe that the U.S. government
17    harmed Lucas R. in some way?
18         MS. WELCH:  Objection.  Vague.
19         THE WITNESS:  Can I talk to my attorney
20    about that?
21         MR. MOSS:  Yes.  You are welcome to consult
22    with counsel.  We will be off the record while you do
23    that.
24         (Discussion held off the record.)
25         MR. MOSS:  We are back on the record after



Exhibit 15

Page 707_001

Page 31

```
 1                 THE WITNESS:  Yes.
 2     BY MR. MOSS:
 3          Q    Is Lucas R. currently taking any
 4     medications?
 5          A    No.
 6          Q    Do you know if Lucas R. is currently having
 7     any trouble sleeping?
 8                 MS. WELCH:  Objection.  Vague.  Calling for
 9     speculation.
10                 THE WITNESS:  At the present time, no.
11     BY MR. MOSS:
12          Q    In a previous time, while Lucas R. was in
13     your care, did you ever know if he had trouble
14     sleeping?
15          A    Yes.
16          Q    So previously while in your care, Lucas R.
17     had trouble sleeping, but now, he is doing okay; is
18     that right?
19                 MS. WELCH:  Objection.  It mischaracterizes
20     his earlier testimony.  Vague.
21                 THE WITNESS:  Now, he is fine, but when he
22     was at the housing facility, he was not.
23     BY MR. MOSS:
24          Q    Did Lucas R. ever have trouble sleeping
25     while he was in your care?
```



Page 44

1          (Discussion held off the record.)
2    BY MR. MOSS:
3        Q    Sir, your counsel has pointed out to me that
4    it might be helpful if I ask questions in a slightly
5    different way.
6        A    All right.
7        Q    Thinking about the present time, has Lucas
8    R. given you any reason to believe that he is having
9    any emotional challenges?
10           MS. WELCH:  Objection.  Vague.  Vague as to
11   time.  Lacks foundation.  Calls for expert testimony.
12           THE WITNESS:  Now, that he is living with
13   me, no.
14   BY MR. MOSS:
15       Q    And now, thinking about the time that Lucas
16   R. was in the government program, to your knowledge,
17   did Lucas R. have any emotional problems then?
18           MS. WELCH:  Same objections.
19           THE WITNESS:  When he was in the housing
20   facility, yes.
21   BY MR. MOSS:
22       Q    And now, thinking about the period of time
23   before Lucas R. came to the United States, to your
24   knowledge, did Lucas R. have any emotional problems
25   then?



Exhibit 15
Page 709

Page 51

```
 1                    REPORTER'S CERTIFICATION
 2
 3       I, Diana Janniere, a Certified Shorthand Reporter,
 4    in and for the State of California, do hereby certify:
 5
 6       That the foregoing witness was by me duly sworn;
 7    That the deposition was then taken before me at the
 8    time and place herein set forth; that the testimony
 9    and proceedings were reported stenographically by me
10    and later transcribed into typewriting under my
11    direction; and that the foregoing is a true record of
12    the testimony and proceedings taken at that time.
13
14       IN WITNESS WHEREOF, I subscribed my name
15    this 8th day of November, 2019.
16
17
18
19
20                          _____
21                          Diana Janniere, CSR No. 10034
22
23
24
25
```



Exhibit 15
Page 710

Page 52

1       CERTIFICATE OF READER-INTERPRETER

2

3     I, _____, whose address is

4  _____,

5  a person who speaks the language of the deponent;

6  namely, Spanish, do hereby certify that on the _____

7  day of _____, 20___,

8  I did translate the foregoing deposition from the

9  English language into the Spanish language, reading

10 same to the deponent in his/her native tongue, to the

11 best of my ability;

12    That all corrections and changes requested by the

13 deponent were made and initialed by the deponent;

14    That upon completion of said reading, the

15 deponent did confirm to me that he/she had understood

16 the reading.

17

18

19

20

21                          _____

22                                 READER-INTERPRETER

23

24

25



Exhibit 15
Page 711

Page 53

```
 1                    DECLARATION ERRATA SHEET
 2
 3
 4     Our Assignment No. 515762
 5     Case Caption:  Lucas R.
 6     vs. Alex Azar, et al.
 7
 8             DECLARATION UNDER PENALTY OF PERJURY
 9               I declare under penalty of perjury that I
10     have read the foregoing transcript of my deposition
11     taken in the above-captioned matter or the same has
12     been read to me, and the same is true and accurate,
13     save and except for the changes and/or corrections, if
14     any, as indicated by me on the DEPOSITION ERRATA SHEET
15     hereof, with the understanding that I offer these
16     changes as if still under oath.
17               Signed on the _____ day of
18     _____, 2019.
19
20
21
                              _____
22
                              [redacted]
23
24
25
```



Exhibit 15
Page 712