# Exhibit 21

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 21
Page 821

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., by his next friend
MADELYN R.; DANIELA MARISOL T.,
by her next friend KATHERINE L.;
et al.,

                                             No. 2:18-CV-05741
        Plaintiffs,                 DMG-PLA

vs.

ALEX AZAR, Secretary of U.S.
Department of Health and Human
Services; E. SCOTT LLOYD,
Director, Office of Refugee
Resettlement of the U.S.
Department of Health & Human
Services,

        Defendants.
_____

CONFIDENTIAL UNDER PROTECTIVE ORDER

DEPOSITION OF ISABELLA F.

(NON-HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY)

NOVEMBER 23, 2019

9:32 a.m.

1333 2nd Street, Suite 400
Santa Monica, California

Diana Janniere, CSR-10034

Magna Legal Services
866-624-6221
www.MagnaLS.com



Exhibit 21
Page 822

Page 56

1            If you recall, he asked you something to the
2   effect of how the U.S. government harmed Benjamin F.,
3   and you responded -- and this isn't a direct quote --
4   but that he fainted while he was in the U.S.
5   government's custody.
6        A    Yes.
7        Q    And I just wanted to ask you a few more
8   questions.
9            Benjamin F. was really close to his mother
10  in El Salvador; is that correct?
11       A    Yes.
12       Q    And was Benjamin F. separated by -- from his
13  mother?
14       A    Yes.
15       Q    And was it the U.S. government that
16  separated him from his mother?
17       A    Yes.
18       Q    And did that separation harm Benjamin F.?
19            MR. MOSS:  Objection.
20            THE WITNESS:  Yes.
21  BY MS. TARNEJA:
22       Q    And how did it harm Benjamin F.?
23            MR. MOSS:  Objection.
24            THE WITNESS:  It harmed him in the way
25  that -- well, the child had never been separated from



Exhibit 21
Page 823

Case 2:18-cv-05741-DMG-PLA   Document 266-5   Filed 10/02/20   Page 4 of 12   Page ID
 #:7848

Page 57

```
 1   his mother, and the other harm that they caused was
 2   once that he was apart from his mother, he wouldn't
 3   eat everyday.  He wouldn't eat the food that was given
 4   to him.
 5           And due to that, that he didn't eat food
 6   everyday, that he wouldn't try any food, and they had
 7   to go far where they would give them food; and my
 8   daughter would carry the child on her back.
 9           And one day when they were about to get
10   breakfast, my daughter said that the child fell and he
11   fainted.
12   BY MS. TARNEJA:
13       Q   And Benjamin F. was close to his brother as
14   well; is that correct?
15       A   Yes.
16       Q   And was Benjamin F. separated from his
17   brother?
18       A   Yes, they separated him.
19       Q   And was it the U.S. government that
20   separated him from his brother?
21       A   Yes, the government separated him.
22       Q   And is it your opinion that that separation
23   harmed Benjamin F.?
24           MR. MOSS:  Objection.
25           THE WITNESS:  It caused him a lot of harm.
```



Exhibit 21
Page 824

NON-HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 67

1           REPORTER'S CERTIFICATION

2

3       I, Diana Janniere, a Certified Shorthand Reporter,

4   in and for the State of California, do hereby certify:

5

6       That the foregoing witness was by me duly sworn;

7   That the deposition was then taken before me at the

8   time and place herein set forth; that the testimony

9   and proceedings were reported stenographically by me

10  and later transcribed into typewriting under my

11  direction; and that the foregoing is a true record of

12  the testimony and proceedings taken at that time.

13

14      IN WITNESS WHEREOF, I subscribed my name

15  this 4th day of December, 2019.

16

17

18

19

20                          _____

21                          Diana Janniere, CSR No. 10034

22

23

24

25



Exhibit 21
Page 825

NON-HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 68

1        CERTIFICATE OF READER-INTERPRETER

2

3     I, _____, whose address is

4     _____,

5     a person who speaks the language of the deponent;

6     namely, Spanish, do hereby certify that on the _____

7     day of _____, 20___,

8     I did translate the foregoing deposition from the

9     English language into the Spanish language, reading

10    same to the deponent in his/her native tongue, to the

11    best of my ability;

12       That all corrections and changes requested by the

13    deponent were made and initialed by the deponent;

14       That upon completion of said reading, the

15    deponent did confirm to me that he/she had understood

16    the reading.

17

18

19

20

21                        _____

22                              READER-INTERPRETER

23

24

25



Exhibit 21
Page 826

NON-HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 69

```
 1                DECLARATION ERRATA SHEET
 2
 3
 4    Our Assignment No. 523953
 5    Case Caption:  Lucas R.
 6    vs. Alex Azar
 7
 8          DECLARATION UNDER PENALTY OF PERJURY
 9             I declare under penalty of perjury that I
10    have read the foregoing transcript of my deposition
11    taken in the above-captioned matter or the same has
12    been read to me, and the same is true and accurate,
13    save and except for the changes and/or corrections, if
14    any, as indicated by me on the DEPOSITION ERRATA SHEET
15    hereof, with the understanding that I offer these
16    changes as if still under oath.
17          Signed on the _____ day of
18    _____, 2019.
19
20
21
                                _____
22
                                    ISABELLA F.
23
24
25
```



Exhibit 21
Page 827

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., by his next friend
MADELYN R.; DANIELA MARISOL T.,
by her next friend KATHERINE L.;
et al.,

                                     No. 2:18-CV-05741
        Plaintiffs,              DMG-PLA

vs.

ALEX AZAR, Secretary of U.S.
Department of Health and Human
Services; E. SCOTT LLOYD,
Director, Office of Refugee
Resettlement of the U.S.
Department of Health & Human
Services,

        Defendants.
_____

CONFIDENTIAL UNDER PROTECTIVE ORDER

DEPOSITION OF ISABELLA F.

(HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY)

NOVEMBER 23, 2019

9:32 a.m.

1333 2nd Street, Suite 400
Santa Monica, California

Diana Janniere, CSR-10034

Magna Legal Services
866-624-6221
www.MagnaLS.com



Exhibit 21
Page 828

Page 59

```
 1    BY MS. TARNEJA:
 2        Q    And could you explain how that harmed
 3    Benjamin F.?
 4             MR. MOSS:  Objection.
 5             THE WITNESS:  It harmed him because the
 6    child would cry every morning.  He would cry because
 7    he wanted his brother.
 8             And the other boy, same thing, he didn't
 9    want to let them take his brother away.  And up to a
10    certain moment, [REDACTED] wanted to go with him, but
11    the nurse said, "I don't think it is good for you to
12    go to where your brother is going because you are a
13    normal child, and the other children are like your
14    brother."
15             (Whereupon, the following testimony
16             is nonconfidential/attorneys' eyes
17             only.)
18
19
20
21
22
23
24
25
```



Exhibit 21
Page 829

HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 67

1  REPORTER'S CERTIFICATION

2

3     I, Diana Janniere, a Certified Shorthand Reporter,

4  in and for the State of California, do hereby certify:

5

6     That the foregoing witness was by me duly sworn;

7  That the deposition was then taken before me at the

8  time and place herein set forth; that the testimony

9  and proceedings were reported stenographically by me

10 and later transcribed into typewriting under my

11 direction; and that the foregoing is a true record of

12 the testimony and proceedings taken at that time.

13

14    IN WITNESS WHEREOF, I subscribed my name

15 this 4th day of December, 2019.

16

17

18

19

20                    _____

21                    Diana Janniere, CSR No. 10034

22

23

24

25



Exhibit 21
Page 830

Page 68

1            CERTIFICATE OF READER-INTERPRETER

2

3    I, _____, whose address is

4 _____,

5 a person who speaks the language of the deponent;

6 namely, Spanish, do hereby certify that on the _____

7 day of _____, 20____,

8 I did translate the foregoing deposition from the

9 English language into the Spanish language, reading

10 same to the deponent in his/her native tongue, to the

11 best of my ability;

12    That all corrections and changes requested by the

13 deponent were made and initialed by the deponent;

14    That upon completion of said reading, the

15 deponent did confirm to me that he/she had understood

16 the reading.

17

18

19

20

21                             _____

22                              READER-INTERPRETER

23

24

25



HIGHLY CONFIDENTIAL/ATTORNEYS' EYES ONLY

Page 69

1                 DECLARATION ERRATA SHEET

2

3

4   Our Assignment No. 523953

5   Case Caption:  Lucas R.

6   vs. Alex Azar

7

8         DECLARATION UNDER PENALTY OF PERJURY

9         I declare under penalty of perjury that I

10 have read the foregoing transcript of my deposition

11 taken in the above-captioned matter or the same has

12 been read to me, and the same is true and accurate,

13 save and except for the changes and/or corrections, if

14 any, as indicated by me on the DEPOSITION ERRATA SHEET

15 hereof, with the understanding that I offer these

16 changes as if still under oath.

17         Signed on the _____ day of

18 _____, 2019.

19

20

21

22                      _____

23                          ISABELLA F.

24

25



Exhibit 21
Page 832