# Exhibit 40

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

**From:** Ray, Faith (ACF)
**Sent:** Wednesday, January 16, 2019 4:55:20 PM
**To:** Fink, David (ACF)
**Subject:** FW: Shenandoah update

Hi David – FYI. You may have heard this before me, but I ran into ▓▓▓ in the hall today and she said she's no longer on the FFS squad.

--Faith

---

**From:** Ray, Faith (ACF)
**Sent:** Wednesday, January 16, 2019 4:54 PM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>
**Cc:** ▓▓▓ (ACF) (CTR) <▓▓▓>; ▓▓▓ (ACF) <▓▓▓>
**Subject:** RE: Shenandoah update

Hi All-

Just a short note to say that ▓▓▓ has accepted a position on a new UAC case management team and is no longer the FFS for Shenandoah. ▓▓▓ said that Natasha David will be the new FFS for Shenandoah. I'll reach out to her shortly to introduce the compliance order and our work on it to date.

Best,
Faith

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201

---

**From:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Sent:** Wednesday, January 16, 2019 2:58 PM
**To:** Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>
**Cc:** ▓▓▓ (ACF) (CTR) ▓▓▓; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; ▓▓▓ (ACF) <▓▓▓>
**Subject:** RE: Shenandoah update

Thanks Aurora!

EXHIBIT 113
WIT: RAY
DATE: 10/23/19
REPORTER: J. HARMONSON



-Toby

Toby R. M. Biswas, ESQ.
Unaccompanied Alien Children Policy Supervisor

U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures

(202) 205-4440 (O)
(301) 356-5470 (C)
(202) 401-1022 (F)

---

**From:** Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>
**Sent:** Tuesday, January 15, 2019 11:37 AM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** ███████████ (ACF) (CTR) <███████████████>; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; ███████ (ACF) <███████████>
**Subject:** RE: Shenandoah update

Hi Toby,

[redacted]

I arrived earlier to the facility to meet the Director and two of the clinicians and after some information provided about some of the UAC, they selected three for me to interview. (They advised there were 9 UAC currently in the facility.)

I interviewed two male UAC and one female UAC and all three advised they understood their rights, they understood the NOP they had signed and were aware of their rights to question their placement there. One UAC does not want to leave the facility and staff advised he prefers the confined setting and would act out and exhibit behavior issues if the notion of moving him out is discussed.

Overall, they all advised being treated well by all staff and had no issues or concerns. This as you know, was my first time interviewing UAC and it went very well with the questions that we had compiled before the interviews. Please advise if you have any questions or concerns and I welcome your feedback and comments as I continue to interview UAC in different facilities.

Thank you,

Aurora
520-444-8170

---

**From:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Sent:** Friday, January 11, 2019 3:05 PM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; ▓▓▓▓ (ACF) (CTR) <▓▓▓▓▓▓▓▓>; ▓▓▓▓ (ACF) <▓▓▓▓▓▓▓▓>; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>; Fink, David (ACF) <David.Fink@acf.hhs.gov>; Volovar, Jill (ACF) <Jill.Volovar@ACF.hhs.gov>
**Subject:** Shenandoah update

Hi Toby,

Overall, the meeting yesterday with staff at Shenandoah went well. The clinicians and case managers asked good questions to clarify what is expected of them to be compliant with Flores. They also offered a few suggestions of what would help them. After the meeting, we took a lengthy tour of the facility, including sleeping cells, recreational areas, classrooms, the gym, outside basketball court, staff offices, kitchen, etc.

▓▓▓ and I also interviewed two youth, with ▓▓▓ providing interpretation. Aurora interviewed several youth as well and will be sending us notes on that.

A few things of note:

- The two youth we interviewed said that some staff at their previous placements harassed and discriminated against them (sharing specific examples) and one minor seemed to say there was a case of physical abuse against him. (I will follow up separately with you and Jessi about this.) They did not cite any issues against Shenandoah staff.
- No staff were aware of a minor's right to challenge secure placement either through a review by the ORR Director or by bringing suit in a federal court. No one has been communicating this right to minors at Shenandoah. During the interviews ▓▓▓ and I did with two youth, this was confirmed. Both youth said they were not aware of any such right to challenge their placement.
    - Staff recommended updating the NOP form to include a section where that states the two ways in which a minor can challenge his/her placement, so that the case manager can document that that was discussed.
- They requested that ORR update the NOP form to make it Spanish/English bilingual. (Some minors have issues with signing a form in a language they can understand yet are asked to sign the form in English – not trusting that both forms say the same thing.)
- Kelsey Wong and that procedures on *when* to upload documentation into the Portal are needed. It seems that staff do have updated NOPs but were not uploading them. (Though ▓▓▓ said that she has communicated with the program that documentation should be uploaded into the Portal as soon as possible, after it is completed by

program staff.)
- Staff confirmed that they will include 7-day updates for recommended step downs/releases into the UAC Case Review.

[redacted] Please let me know if you have any immediate questions before we debrief early next week.

Thanks,
Faith

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201

Confidential - Subject to Protective Order