# Exhibit 41

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 41
Page 1222



# Office of Refugee Resettlement
## Office of the Director
## Division of Policy & Procedures

# Flores Settlement Agreement Compliance

EXHIBIT 115
WIT: RAY
DATE: 10/23/19
REPORTER: J. HARMONSON

Exhibit 41
Page 1223

## Objectives

Why is ORR reviewing placements at secure facilities?

What is involved in the compliance review process?

What is my role in complying with the court order?

Exhibit 41
Page 1224

# *Motion to Enforce*
# Flores Settlement Agreement

## BASIS FOR PLACEMENT and NOTICE OF PLACEMENT

|  | Secure Facilities |
|---|---|
| *Weekly* | Placement Criteria |
| *Monthly* | Notice of Placement |

Exhibit 41
Page 1225

# Basis for Placement

Court ORDERED that a minor shall not be placed in a secure facility *solely* because s/he is or was gang/cartel affiliated or involved in a gang/cartel without probable cause (i.e., evidence) that a crime was committed; or because s/he "may be chargeable" with an offense.

Exhibit 41
Page 1226

# Notice of Placement

Court: Purpose of the *Notice of Placement* is to provide formal notice to the minor of the justification for their placement in a restrictive care provider facility, which a minor may challenge placement with the ORR Director or file suit in federal court to challenge the decision in certain instances.

Not providing *Notice of Placement* in language a minor understands is a breach of the Flores Settlement Agreement.

Exhibit 41
Page 1227

# Notice of Placement

Court ORDERED that ORR provide each minor with a *written\** *Notice of Placement* within a reasonable time* of ORR's placement decision.

*Notice of Placement* must be in a language the minor understands*.

Exhibit 41
Page 1228



Exhibit 41
Page 1229

## Compliance Document Review

| (Weekly Review) | Direct Placement | Transfer | Eligible for Step-Down/Release |
|---|---|---|---|
| Intakes referral notes | X | X | |
| **Notice of Placement** | X | X | X |
| UAC Secure Review | | X | X |
| **UAC Case Review** | | X | X* |

\* For minors eligible for step-down or release, the UAC Case Review must be updated **every seven days** with information on why the minor remains in secure custody.

Exhibit 41
Page 1230

# Placement Criteria

*Was the minor placed in a secure facility based <u>solely</u> on one or more of the following?*

1. Whether the minor *may be* chargeable (as opposed to *is chargeable*) with an offense;

2. Whether the minor reported gang affiliation while in care, and ORR lacks probable cause (i.e. evidence) to believe that the individual committed any other specified offense; or

3. Whether the minor self-disclosed gang involvement prior to placement in ORR custody that does not give rise to probable cause to believe that the individual has committed a specified offense.

YES = Not Compliant

Exhibit 41
Page 1231

# Notice of Placement Requirements

1. Provided <u>within 48 hours of placement</u> and be *written* in minor's preferred language.

    *If minor speaks a language uncommon to general UAC population (e.g., Hindi, Ixil), a translator may be used and this must be documented in the NOP.*

2. Use updated NOP form (10/26/18) in Spanish **and** English (where applicable)

3. *Summary of Placement Decision* in the NOP:

    Written in minor's preferred language (**and** English, if different).

    Clear description of placement basis. Avoid vague language.

### Example:

*Reason for secure placement is that minor is chargeable with an offense.* (Not enough information.)

*Minor was convicted of possession of a controlled substance in California juvenile court & sentenced to detention, according to ICE report, found in the Intakes section of the Portal.*

Exhibit 41
Page 1232

# Non-Compliant Case Example 1

Janice Doe, who is monolingual in Spanish, was admitted to secure facility mid-October 2018 as a direct placement. She was placed into secure on a basis that she "may be chargeable" with an offense, but no specifics were given. Per the UAC Case Review, Janice has complied with directions from staff and has had good behavior since placement.

- Only one NOP for this case; filled out on 10/17/18
- NOP form used is outdated (2/05/18) and in English only. Minor signed in language she doesn't understand.
- No staff signature on form.
- Initial placement basis in NOP: "May be chargeable" (not compliant)

Exhibit 41
Page 1233

# Non-Compliant Case Example 2

**Summary of Placement Decision:**

*Per ORR Intakes:*

*Minor:* John Smith, A# 123456789

*Criminal Charges: N/A*

*Adjudicated: N/A*

*Detention Center: N/A*

*Gang Affiliation:* **No gang affiliation reported**
Previous ORR Care: SWK Casa Padre (2/01/18 – 2/21/18) ran away on **1/09/17**

Additional Information: Minor was a collateral arrest during a raid. US Marshall **has decided not to press charges** since he was not in possession of any drugs.

Exhibit 41
Page 1234

# Thank You!

**Faith Ray**
*Policy Analyst*
Faith.Ray@acf.hhs.gov

*Policy Analyst*

**Exhibit 41**
**Page 1235**