# Exhibit 43

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 43
Page 1260

| | |
|---|---|
| From: | Ray, Faith (ACF) |
| Sent: | Friday, February 15, 2019 5:29:17 PM |
| To: | Smith, Elicia (ACF) |
| CC: | Fink, David (ACF); Thomas, Debra (ACF); Biswas, Toby R M (ACF); Moomaw, Sara (ACF); ▇▇▇▇ (ACF) (CTR); Miranda-Maese, Aurora (ACF) (CTR) |
| Subject: | RE: Case inquiry |

Hi Elicia,

Thanks for your quick response. A ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Is there another reason why he should be in secure that you are aware of?

--Faith

---

**From:** Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>
**Sent:** Friday, February 15, 2019 5:18 PM
**To:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Cc:** Fink, David (ACF) <David.Fink@acf.hhs.gov>; Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; ▇▇▇▇▇▇ (ACF) (CTR) <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** RE: Case inquiry

Hi Faith,

I will ask Yolo CM to update the Case Review in the UACP. Minor was placed at Yolo Secure by intakes on 01/24/19, he has been in care for 22 days.

Per intake referral youth was charged with possession of a forged instrument. This youth was adjudicated and detained in Suffolk County Detention. Intakes also provided the following information, "Minor has been arrested and charged with possession of a firearm and discharge of a firearm on school property in Miami, FL on 01/12/2017. These charges were dropped by the prosecutor. No further details could be given about this charge. Minor was arrested and charged with possession of forged instrument and possession of a controlled substance (Marijuana) on ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Amount of Marijuana could not be provided by ICE."

He was previously in ORR care 4/27/2016-5/13/2016 when he was released to sponsor.

Best,
Elicia

**Elicia Smith**
Federal Field Specialist
U.S. Department of Health & Human Services
Administration for Children & Families
Office of Refugee Resettlement
Division of Unaccompanied Children Operations
San Francisco, CA

EXHIBIT 117
WIT: RAY
DATE: 10/23/19
REPORTER: J. HARMONSON

Email: elicia.smith@acf.hhs.gov
Mobile: (202) 746-4477
Monday-Friday 8:30AM-5PM PST (Excluding Official Federal Holidays)

For after hours, weekend and holiday concerns that require immediate assistance please contact ORR/DUCO Hotline-Intakes 202-401-5709.

---

**From:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Sent:** Friday, February 15, 2019 1:46 PM
**To:** Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>
**Cc:** Fink, David (ACF) <David.Fink@acf.hhs.gov>; Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; [redacted] (ACF) (CTR) <[redacted]>
**Subject:** Case inquiry
**Importance:** High

Hi Elicia,

Could you please look into minor A# [redacted]? He's remains at Yolo due to a marijuana/forged instrument possession charge from back in June of 2018. There is no UAC case review in the Portal, so I cannot find information or evidence that points to him being a danger to self or others. Please let me know what you can find out as soon as possible.

Thank you,
Faith

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures| Office of the Director
Work Cell: 202.365.0048
Landline: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201