# Exhibit 44

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 44
Page 1263

| From: | Ray, Faith (ACF) |
| --- | --- |
| Sent: | Monday, January 14, 2019 12:52:37 PM |
| To: | Biswas, Toby R M (ACF) |
| CC: | Fink, David (ACF); [redacted] (CTR); Moomaw, Sara (ACF) |
| Subject: | For corrective actions meeting |

Toby,

In preparation of our meeting with Sarah Viola, I've included a list (below) of the policies and/or procedures that correspond to the compliance issues I've seen with the secure facilities. Note that most of these issues are now being addressed by the FFS and care provider staff.

| Non-Compliance Issue | Policy/Procedure Reference |
| --- | --- |
| Not providing a Notice of Placement (NOP) within 48 hours of initial placement in secure. | MAP 1.2.4 |
| Care provider not uploading NOP into Portal after it is signed/dated by minor. | MAP 1.2.4 |
| Placement in secure based on risk of escape. | ORR Policy Guide 1.2.5; ORR Policy 1.2.4 |
| Not providing a NOP every 30 days. | MAP 1.2.4 and 1.4.2; ORR Policy 1.2.4 |
| Not providing a NOP written in a language the minor understands. | MAP 1.2.4 and 1.4.2 |
| Not providing a summary in the NOP. | MAP 1.2.4 |
| Not providing a summary in the NOP in a language the minor understands. | MAP 1.4.2 |
| Provider not signing NOP form. | |
| Placement on the basis of suspected gang membership or affiliation *only*. | ORR Policy 1.2.4 |
| Placement based on the arrest and subsequent dismissal of charges. | ORR Policy 1.2.4 |
| Not citing evidence for placement basis on NOP. | MAP 1.2.4 and 1.4.2 |
| No 7-day update on minors recommended for step-down or release. | MAP 1.4.2 |
| UAC Case Review not completed every 30 days. | MAP 1.4.2 |

--Faith

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201

EXHIBIT 119
WIT: RAY
DATE: 10/23/19
REPORTER: J. HARMONSON

Confidential - Subject to Protective Order

Exhibit 44
Page 1264

GOV00021741