# Exhibit 45

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 45
Page 1265

| | |
|---|---|
| From: | Ray, Faith (ACF) |
| Sent: | Wednesday, November 28, 2018 3:45:53 PM |
| To: | ▓▓▓▓▓▓▓ (ACF) |
| CC: | Biswas, Toby R M (ACF); ▓▓▓▓▓▓▓ (ACF) |
| Subject: | SVJC case |

Hello Jessie,

▓▓▓▓▓▓▓ and I are now going to be reviewing all cases at Shenandoah on a weekly basis for compliance on placement, per a recent court order.

As we start to go through each case, we'll contact you about individual cases that you will need to follow-up on. We really appreciate your help in this process.

The first case is minor A# ▓▓▓▓▓▓▓

- Last UAC Secure Review was conducted on 6/30/18; please upload a new review to the Portal
- Minor is monolingual in Spanish; please give the minor a NOP form in Spanish to sign, then upload to the Portal
- Minor needs an updated ISP (last one was completed 10/02/18)
- According to minor's case review, it seems that he may be eligible to be stepped down; we'll be looking next week at his case for any recommendation that you may have for him.

Please let me know if you have questions about this case. Also, I'd like to set up a time to talk to you about this new court-ordered ongoing compliance review. **Is there a good time that would work for you this week?**

Thanks again,
Faith

Faith Ray, Program Analyst
*On detail with ORR Division of Policy & Procedures*
Office of Refugee Resettlement | Administration for Children & Families
330 C Street SW, Room 5123 | Washington DC 20201
Direct: 202.205.3982

EXHIBIT 620
WIT: RAY
DATE: 12/23/19
REPORTER: J. HARMONSON