# Exhibit 46

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 46
Page 1267

FILE PRODUCED NATIVELY



Confidential - Subject to Protective Order

Exhibit 46
Page 1268
GOV-00034290

## UC with Status Adjustments

| A# | Name of UC | Program | Name of the State legal | LOC | Type of Status | Date Status was Granted | Efforts that has been made to release the UC | Update 3/7/17 | FFS |
|---|---|---|---|---|---|---|---|---|---|
| | | Tumbleweed Desert Cove | Arizona | 279 | I-360 | 2/13/2017 | Had a sponsor but there was no contact between UC and sponsor only through social media. Transferred due to no LTFC beds. Program will be working on URM and post-18 plan. | Aged out 2/26/17. Ct admin closed case on 2/24/17. Atty working on I-485 and URM application | Yesenia Heath |
| | | Tumbleweed Willetta | Arizona | 436 | I-360 | 1/13/2017 | Had two viable sponsors and did not complete the FR process. | Transferred to SWK Sol. Applied for URM. Eligible for SIJ. | Debbie Thomas |
| | | SWK Campbell | Arizona | 443 | pending adjustment for I-360 | Pending | CM has attempted reunification with two sponsors that withdrew from sponsorship. Due to no additional sponsorships, UC was referred to FIRRP where it was identified that UC qualified for legal services | FFS not sure if SIJS was ever filed, another sponsor has appeared, going through process. FU with this one. | Debbie Thomas |
| | | SWK Campbell | Arizona | 247 | pending adjustment for I-360 | Pending | CM has attempted reunification with two sponsors that withdrew from sponsorship. Due to no additional sponsorships, UC was referred to FIRRP where it was identified that UC qualified for legal services | State hearing completed for SIJS, not sure date the I-360 was filed | Debbie Thomas |
| | | SWK Campbell | Arizona | 191 | pending adjustment for I-360 | Pending | CM has attempted reunification with one sponsors that withdrew from sponsorship. Due to no additional sponsorships, UC was referred to FIRRP where it was identified that UC qualified for legal services | Pending admin close to file I-360 app-atty working on it | Debbie Thomas |
| | | SWK Las Palmas | Arizona | 481 | I-360 (SIJS) | 1/13/2017 | Sponsors have been denied or unable to sponsor due to many reasons. Pending URM Aceptance | I-485 filed 2/6/17 | |
| | | SWK Las Palmas | Arizona | 317 | UC with a Trafficking Eligibility Letter | 5/10/2016 | No initial sponsor upon arrival and family in COO has not identidied any family or friend in the US. ORR has approved URM placement | Released to URM on 2/21/17 Lansing, MI | |
| | | Morrison Downtown Shelter | Oregon | 208 | Trafficking Eligibility Letter | 2/16/2016 | Minor does not have any reunification options (this has been assessed by DT Shelter and all past programs). Minor has been pending acceptance into URM since 8/23/16 and LTFC since 10/11/16. | Past placement in Staff Secure. Has been stepped down and URM will reconsider when he has 90 days stable behavior (mid March). Ages out 17. | |

Exhibit 46
Page 1269

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | Morrison PASO | Oregon | 429 | T-VISA Non-immigrant status | 1/9/2017 | Minor is pending temporary custody to DHS order. Attorney is requesting the order this week. Foster placement has been identified recently. Currently a ward of the court. We cannot move him until we have the order for Temporary custody. | Discharged on 2/21/1■ |
| ■ | Friends of Youth Colin-Ferguson | Washington | 1042 | Approved I-485 | 4/13/2016 | Youth has no sponsorship options. Youth's URM application has been submitted three times since his arrival to Colin-Ferguson in June (9.19.16, 12.19.16, and 2.6.17). There has been no response from URM other than to say they cannot expedite a youth's case. Youth is not able to be entered onton the Washington State housing list until he is within 6 months of turning 18. Youth turned 16 in December. At this time youth is looking at options with his soccer coach and friends. Updates will be provided in staffing as available. | Began in therapeutic staff secure then moved to therapeutic foster care. Looking at concurrent planning. KIND attys fighting for URM but not good fit. State won't take him since not turning 18. No SIR for a year. **LAWSUIT WAITING TO HAPPEN. Won't age out until ■ 18.** Yesenia Heath |
| ■ | Selma R. Carson Home | Washington | 263 | Recevied Interim Assistance Letter from OTIP (good for 90 days) | 11/23/2016 | Original FRP and HS was approved then sponsor moved out of state, she discontinued the process. HH member then completed the FRP. A new HS was required. The referral was submitted on 2/10/17. H | Received trafficking eligibility letter on 2/21/17. New HS completed, just waiting for release recommendation to new sponsor. Yesenia Heath |
| ■ | Selma R. Carson Home | Washington | 538 | Form I-797 Approval of I-360 status (approval of his SIJS; This is will uploaded in the portal) | 1/23/2017 | Alexis has been in ORR care since 8/28/15. He has no FRP options. Working on a POST 18 plan. Attempted to move him to FOY and then into a POST 18 placement on his birthday (■ 17) but due to behavior issues he was not moved. He is signed up for community placment, but this will not be available at the time he turns 18. He is aware that he will go to the adult facility. Once an opening has occurred, KIND will contact ICE to release him to the program (KIND have done this before with other kids). | Accepted at Post 18 facility where he will continue to have case management services. Yesenia Heath |
| ■ | Selma R. Carson Home | N/A | 27 | Mother is in the U.S. (Not a U.S. citizen, She is married and to a U.S. citizen and he is completing the FRP. | | Prior to arriving to the Carson Home, his HS referral was submitted on 1/20/17. Minor is on the H.S. waitlist. On 2/13/17 I asked the HSPRS referral team to please expedite this request as he turns 18 years old on ■/17. I haven't heard back from them yet. | KS asked Julia to expedite case and she agreed. Sponsor is in Laredo, TX. Yesenia Heath |

Exhibit 46
Page 1270

| | | Program | State | ID | Document | Date | Notes | Status | Case Manager |
|---|---|---|---|---|---|---|---|---|---|
| | | Friends of Youth McEachern | Washington | 275 | Trafficking Eligibility Letter | 8/9/2016 | No sponsors identified, URM application has been submitted and updates have been provided. Pending URM placement. | Has trafficking eligibility letter, URM application sent 12/17 and 2/17. Drug history and in staff secure therapeutic so not likely to get URM. State won't look at him until 30 days before he ages out | Yesenia Heath |
| | | Friends of Youth McEachern | Washington | 204 | Extension of Interim Assistance Letter | 10/14/2016 | No sponsors identified. Completed Housing intake for Post 18 options; OTIP staffing scheduled for today; Sent email to Case Coordinator in order to receive approval to be re-referred to URM | Final letter of eligibility on 2/17/17. waiting for URM. | Yesenia Heath |
| | | Friends of Youth McEachern | Washington | 454 | Trafficking Eligibility Letter | 12/23/2015 | No sponsors identified. Denied from LTFC; Pending URM placement | URM won't accept due to mental health needs. Ages out ▇ 17. Post 18 plan set up with state, waiting to see if church member would sponsor him. | Yesenia Heath |
| | | Friends of Youth McEachern | Washington | 417 | I-360 | 12/27/2016 | No sponsors identified. Pending LTFC, now that step down referral has been made, will be referred to URM before transfer | Dependency order granted; Got placed in URM 2/28/17 in Michigan | Yesenia Heath |
| | | Friends of Youth LTFC | Washington | 704 | I-360 | 6/27/2016 | No sponsor options.<br><br>LTFC team was informed that placement information could be sent to Tacoma. CM will discuss the matter with minor and respond promptly.<br><br>Minor has not been doing well in her coursework. LTFC team will support minor to improve her grades and maintain her status within her Gateway to College Program. | Attending college prep, met with pro bono attys for dependency hearing. URM app still open. | Yesenia Heath |
| | | Crittenton LTFC | California | 573 | SIJ | 8/30/16 | Applying for URM (application date: 1/23/17) and currenlty pending review regarding previous reunification attempt with mother. In 9/2015 a home study was conducted and submitted to GDIT Case Coordinator with a negative recommendation due to sponsor not able to relocate. | SIJS predicate order approved 8/30/16. I-360 approved 12/2/16. Can't file I-485 since no visas available for Mexican nationals | |

Exhibit 46
Page 1271

| Facility | State | # | Type | Date | Notes | Status | Worker |
|---|---|---|---|---|---|---|---|
| Crittenton LTFC | California | 572 | SIJ | 8/30/16 | In 9/2015 a home study was conducted and submitted to GDIT Case Coordinator with a negative recommendation due to sponsor not able to relocate. Parents are still attempting to a residence that they can afford. Family Reunification is still being explored. URM application will be submitted for review. | Working on reunification with parents | |
| Crittenton LTFC | California | 707 | SIJ | 6/15/2016 | Application will be submitted on 2/15/17. | Approved for URM 2/23/17 | |
| Crittenton LTFC | California | 607 | Asylum | 12/12/2016 | UAC does not have any identified sponsors. UAC's guardianship is pending, once secured, a URM application will be submitted. | Crittenton in San Bernandino County is guardian. She has had status since 12/12/16. | |
| Crittenton LTFC | California | 632 | SIJ | 11/14/16 | Currently applying for URM. URM Application is anticipated to be submitted on 2/15/17 to URM Program. | URM approved 2/24/17 | |
| Crittenton LTFC | California | 647 | SIJ | 12/1/2016 | Pending the sij approval, the URM application will be submitted. There are no identified sponsors. | I-360 received 12/1/16, still pending | |
| Crittenton LTFC | California | 497 | SIJ | 5/3/2016 | There were no identified sponsors for UC. Currently applying for URM. URM Application will be submitted on 2/17/17 to URM Program. | I-360 approved in prior placement. No huardianship yet- hearing 4/6/17 | |
| Crittenton LTFC | California | 220 | Trafficking Eligibility Letter | Eligibility letter received on February 7, 2017 | URM Application is in progress of being finalized to submit to the URM Program by 02/28/2017. | URM approved 3/3/17 | |
| Crittenton LTFC | California | 358 | SIJ | 1/25/2017 | Currently applying for URM. URM Application will be submitted on 2/16/17 to URM Program. There were no identified sponsors. | URM designation 3/3/17 | |
| Crittenton LTFC | California | 215 | SIJ | 2/14/2017 | Currently applying for URM. URM Application is anticipated to be submitted on 2/16/17 to URM Program. Sponsor discontinued on 12/11/15. On 12/11/15 FFS recommended to seek another sponsor furthermore to contact family back home and request minor seek reunification with a verified family member. . | SIJS approved 2/4/17 URM designation 2/17/17. I-485 app filed? | |
| BCFS Fairfield | California | 125 | Trafficking Eligibilty LetterL: pending | 2/3/2017 | Minor does not have any family residing in the United States therefore Reunification efforts were never inititated. Minor was referred to Legal Services for Children and was found to be Eligible for a T-VISA. LSC is currently in the process of finishing the T-Visa application, Minor was alos referred to OTIP as a possible victim of Trafficking and was issued an interim letter of eligillity. Possible step down will be initiated after minor has been incident free for 30 days. | Pending final Letter of eligibility from OTIP and possible step down SS | Elicia Smith |

Exhibit 46
Page 1272

| | Facility | State | Days | Case Type | Date | Notes | Status | Worker |
|---|---|---|---|---|---|---|---|---|
| | BCFS Fairfield | California | 114 | Trafficking Eligibilty Letter | 2/3/2017 | Reunification efforst were initiated at prior placement. (SWK Nueva Esperanza). Minor arrived to BCFS Fairfield as a new intake on 2/07/17. Reunification efforts have begun, information regarding homestudy was requested from prior placement to be able to proceed accordingly. | HS interview with UC took place 3/9. Report from HS should be done 3/16/17. Sponsor moved states. | Elicia Smith |
| | Yolo Secure | California | 333 | Asylum | 1/10/2017 | The UC was back and forth on repatation. | Huckleberry House has turned him down. State of CA doesn't want to take him since he is in ORR custody. Yolo County can't provide for mental needs. Lawsuit waiting to happen. | Elicia Smith |
| | Yolo Secure | California | 322 | Trafficking Eligibility Letter | 9/23/2016 | The UC was back and forth on repatriation. | Repatriated on 2/27/17 | elicia Smith |
| | Yolo Secure | California | 453 | Trafficking Eligibility Letter | 9/28/2016 | No identified sponsor. | Requesting repatriation, MCH 6/6/17. Not eligible for step down. | Elicia Smith |
| | A New Leaf- Peterson Residence | Arizona | 264 | Trafficking Letter | Received trafficking letter in November 2016, court is on 5/5/17 | Clients initial sponsor did not go through with completing the sponsorship process. Client referred to LTFC. Client applied to URM program. | Reunified on 3/2/17 | Debbie Thomas |
| | A New Leaf- Peterson Residence | Arizona | 114 | Mother born in US | no status granted, court is on 3/17/17 | Client has had no potential sponsors since in care. Has had a legal screening by attorney. Mother (US Citizen) left to Mexico to avoid criminal prosecution for felony. | MCH 3/17/17. No asylum has been filed. Dad is ICE custody, Mom in Mexico. Possible SIJS case based on mom's abandonment? Child advocate meeting on 3/12 | Debbie Thomas |
| | A New Leaf- Peterson Residence | Arizona | 114 | Mother born in US | no status granted, court is on 3/17/17 | Client has had no potential sponsors since in care. Has had a legal screening by attorney. Mother (US Citizen) left to Mexico to avoid criminal prosecution for felony. | MCH 3/17/17. No asylum has been filed. Dad is ICE custody, Mom in Mexico. Possible SIJS case based on mom's abandonment? Child advocate meeting on 3/12 | Debbie Thomas |

Exhibit 46
Page 1273

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ■ | A New Leaf- Peterson Residence | Arizona | 114 | Mother born in US | no status granted, court is on 4/7/17 | Client has had no potential sponsors since in care. Has had a legal screening by attorney. Mother (US Citizen) left to Mexico to avoid criminal prosecution for felony. | MCH 4/27/17.. No asylum has been filed. Dad in ICE custody, Mom in Mexico. Explore SIJS based on Mom abandonment. Child advocate meeting on 3/12    Debbie Thomas |
| ■ | A New Leaf-Dorothy Mitchell | Arizona | 480 | I-360 | 1/13/2017 | Client had a potential sponsor initially when put into care, sponsor could not take care of client's baby's medical needs. Client referred to LTFC | URM app filed 2/24/17. LTFC denied many times due to baby's severe medical needs. Asylum app filed. State foster care might take both if asylum granted and then baby would get health benefits    Debbie Thomas |

1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  
1  

Exhibit 46
Page 1274