# Exhibit 59

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 59
Page 1413

I, ███████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 14 years old. I came to the United States from Honduras in August 2017 with my mom. When I arrived at the border, I was taken to a Southwest Key shelter in Arizona, where I was detained for four months.

3. I took three medications per day when I was at the shelter. I think they were all supposed to help with anxiety. I told the staff that I didn't want to take them because they made me tired, dizzy, and nauseous, and I gained weight when I took them. The staff just said that I had to take them because it was for my own good. I was scared. I felt like I had to keep taking the medication to help my case.

4. Then, one morning around 5:00am, I was transferred to Shiloh. I didn't know I was leaving the shelter until the day before the transfer. The staff told me that they were taking me somewhere else, but I didn't know where. I was sad when they told me that I was leaving. I told the staff that I didn't want to leave; I had friends at the shelter and had gotten used to being there. The staff just told me that I had no choice and had to leave.

5. I take three medications per day at Shiloh. When I got here, the doctor changed the prescription, but I don't know why. I would prefer not to take the medications, but if I don't take them, then I won't be released. I don't feel like I'm able to refuse to take them.

6. I liked the shelter much more than Shiloh. At the shelter, I got to participate in more activities, go outside more often, and spend time with more kids. I also liked that we learned how to speak English. We don't have English classes at Shiloh.

7. I want to live with my sister. She lives in Miami, Florida and applied to be my sponsor. We talk once a week on the phone. We lived together in Honduras, and we were really close. She moved to the United States when I was nine. She started sending

1  the paperwork when I was detained at the shelter. She has done everything the
2  government has asked her to. She just completed a home study this past Sunday, June 3,
3  2018, but I don't know how it went. I have asked my case worker how much longer I
4  will have to wait until I can live with my sister, and my case worker tells me that
5  everything is fine with my sister's paperwork. We have to wait for the doctor to release
6  me. The doctor says that he will approve my release when the home study is approved.
7  Then two federal government officials have to review my file and approve my release.
8  8.    I am ready to live with my sister now. I want to leave Shiloh. I miss my sister and
9  know that I will be happier and healthier when I finally get to live with her.

11  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
12  8th day of June, 2018, at Manvel, Texas.

CERTIFICATE OF TRANSLATION

I, __KARINA MARQUEZ__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▓▓▓▓▓▓▓▓ in its entirety in Spanish on __June 8, 2018__.

_____
Karina Marquez

Plaintiff's Confidential
Personal Information/Confidential