# Exhibit 60

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 60
Page 1417

I, [redacted], declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I came to the United States from Honduras in May 2018. When I arrived at the border, I believe I was taken to a shelter in Harlingen, Texas, where I remained for approximately 18 days. I was then transferred to Tornillo in Texas, where I stayed for about 31 days. From Tornillo, I was sent to Casa Franklin in El Paso, Texas, where I remained for roughly six months. During my time at Casa Franklin, I was sent to two different psychiatric hospitals: one for two weeks and the second for two months. From the second hospital, I was sent to MercyFirst RTC in Syosset, New York. I stayed in the RTC program for about three months, and now I am in MercyFirst's shelter program in Syosset, New York, where I have been detained for about two months.

Transfer to Different Facilities

3. My case manager told me that I was being moved from the shelter in Harlingen to Tornillo because the facility in Harlingen was running out of bed space. My case manager said that my reunification process would be completed more quickly at Tornillo.

4. At Tornillo, most of the kids there were reunited with their family members really quickly because the paperwork process was more streamlined, and the government did not require home studies for those sponsors. For some reason, though, my reunification process did not move forward in a significant way while I was there.

5. At Tornillo, there was a young man who was very confrontational and trying to bother me a lot. The staff at Tornillo decided to transfer me to Casa Franklin in El Paso so I could escape the confrontation with my peer. I felt that my peer should have left Tornillo because he was the one causing the problem. I didn't want to leave Tornillo because I had friends there and got along with the staff well. I also thought that I might

Plaintiff's Confidential
Personal Information/Confidential

be able to be released to my family more quickly if I stayed there because so many other kids were being released.

6. Each time I was transferred to a new facility, I was told that I had to leave. I was not given an option to disagree with or appeal the transfer decision.

Transfer to MercyFirst RTC

7. After spending roughly six months in Casa Franklin, I started becoming very depressed and frustrated with how long I had already been in ORR custody. When I was at Casa Franklin, my dad had informed me that he was no longer going to be my sponsor, and once I heard that, I became incredibly upset because I had really been looking forward to living with him. As a result, I was admitted to a psychiatric hospital. My case manager and counselor at Casa Franklin and the doctor at the hospital all explained that I needed to go to an RTC. I didn't know the name of the RTC. I did not want to go to the RTC, but I had no chance to appeal or disagree with the decision.

8. My counselor at MercyFirst has shown me a written document explaining why I continue to remain here. My doctor has told me that I need to stay at MercyFirst until I am not as anxious anymore.

9. After a few months, I was allowed to be in the MercyFirst shelter program. My counselor told me that I was stepped down to the shelter program because my behavior had improved. My case manager told me that my reunification process would move more quickly now that I am in the shelter.

Mental Health Services

10. When I first arrived MercyFirst, I took two pills, one in the evening and one at night. I believe the pills are supposed to treat depression. The medications make me extremely tired. Now, I just take the one pill in the morning, so I'm not as tired every single day.

Plaintiff's Confidential
Personal Information/Confidential

11. If it were up to me, I would not take the pills. I don't want to become dependent on medicine. I know I may need some help, but I would prefer to get help through some means other than medication first.

12. When I was in the RTC program, I met with the psychiatrist every two weeks. The psychiatrist had initially predicted that I would need to be in the RTC program for three to six months; I felt like that was a really long amount of time, and that made me feel even more anxious.

13. When I feel really upset, and I feel like I might want to hurt myself, the staff do not help me. It would be helpful if I could talk with someone when I feel this way, but there is no communication with anyone. I don't feel like I'm able to talk with anyone or get the help that I need.

14. I am so desperate to leave this place. I want to leave and live my family. This place is terrible; there are consequences for everything we do.

Access to Counsel

15. I do not recall receiving a list of free attorneys at any of the shelters, but I know that I did not receive the list at MercyFirst.

Lack of Private Phone Calls

16. When I speak to my family on the phone, I am not in a private room. There is no door to the room, so staff or my peers can hear my conversations. I would prefer to make phone calls in a private room with a door so no one else can listen to my conversations. I am allowed to make two phone calls per week. Each phone call is about 10-15 minutes long.

Sponsorship Process

17. I have had multiple sponsor since I arrived in the United States.

Plaintiff's Confidential
Personal Information/Confidential

18. First, my aunt began the process. While I was at Tornillo, my aunt traveled to the Dominican Republic, and her trip slowed down the reunification process. My case manager told me that the government was waiting to receive my aunt's mother's birth certificate. By the time I arrived at Casa Franklin, my aunt was still struggling to produce the birth certificate – in the meantime, her fingerprints expired.

19. My dad, who lives in San Antonio, TX, was considering serving as a sponsor. But on the day that my dad was scheduled to get his fingerprints taken, my dad called me at Casa Franklin to explain that he was no longer interested in serving as my sponsor. I was devastated by this news and became very depressed. Then I was transferred to the psychiatric hospital. Once I arrived at the hospital, the doctor there told me that my reunification process would stop moving while I was there. I'm not exactly sure why the reunification process stopped, but I think it was because of certain government procedures.

20. After my dad withdrew as a potential sponsor, my aunt tried to move her application forward once again. However, she stopped the process after her husband explained that he was afraid to submit fingerprints.

21. Recently, my uncle told me that he is trying to apply to be my sponsor, but I do not know much about the status of this application. My case manager confirmed with me that my uncle is in the process of applying. My uncle told me that he was looking for a new place to live because his household members did not want to submit fingerprints. I believe once my uncle finds his new home, the government will conduct a home study.

22. My counselor at MercyFirst told me that the reunification process was generally much slower, if not completely halted, when you are in the RTC program because you are receiving treatment. They told me that the law required that I complete my RTC and then step back down to a shelter before I could be reunited with family.

23. Now I have been in the shelter level for the past two months, but I have still not been released to my family. I am so desperate to leave. I just want to live with my loved ones. I am so frustrated and wish I didn't have to wait any longer to reunite with them. I

Plaintiff's Confidential
Personal Information/Confidential

am certain that when I am finally able to leave here, I will be traumatized from the experience I have had in detention.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of September, 2019, at Syosset, New York.

Plaintiff's Confidential
Personal Information/Confidential

CERTIFICATE OF TRANSLATION

I, Glykeria Tsiokanou, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to [REDACTED] in its entirety in Spanish on September 25, 2019.

Glykeria Tsiokanou

Plaintiff's Confidential
Personal Information/Confidential