# Exhibit 61

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 61
Page 1424

I, ███████████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I came to the United States from Guatemala in December 2018. When I arrived at the border, I believe I was taken to the Southwest Key Brownsville shelter in Texas, where I remained for approximately two months. I am currently detained at MercyFirst RTC in Syosset, New York, where I have been detained for about seven months.

Transfer to MercyFirst RTC

3. My clinician and case manager at Southwest Key noticed that I was cutting myself, and they recommended that I be sent to a psychiatric hospital, where I stayed for about 24 days. The doctor at the psychiatric hospital recommended that I come to a residential treatment center and receive necessary treatment. I don't remember seeing a written document that explained why I was being transferred to the psychiatric hospital and to MercyFirst. I was not given an opportunity to disagree with or appeal the transfer. If I had refused to leave Southwest Key, I knew the staff would call the police to forcibly remove me from the shelter. I knew that this would happen because I had seen other kids refuse transfers, and then the police would come and force other kids to go to the airport. So I knew that I should not try to resist the transfer; I was scared that if I did, the police would come for me.

Mental Health Services

4. I have not noticed much of a difference between the services I received at Southwest Key and those I have been receiving at MercyFirst.

5. At Southwest Key, I met with my counselor once a week. I found the counseling sessions helpful because we talked about how I could improve my behavior. My

Plaintiff's Confidential
Personal Information/Confidential

counselor gave good advice on how to act in a better way. After I met with my counselor, I usually felt better. Every 15 days, I also met with a psychiatrist at Southwest Key.

6. At Southwest Key, I took psychotropic medications, but I am unable to remember how many different medications I took – I think I took between three and five per day. The medications were supposed to help me with my depression, anxiety, and bad thoughts. The medications made me sleepy.

7. Here at MercyFirst, I take psychotropic medications as well. My doctor at MercyFirst told me that I am taking the same medications that I received at Southwest Key. The medications I take here also make me very tired, especially in the morning. If I were able to decide for myself, I would not take the medications. Once I leave ORR custody, I will be working or studying, and I won't need to take the medications because I won't be anxious anymore. I am anxious *because* I am in ORR custody.

8. At MercyFirst, I meet with a counselor once a week. These sessions are very similar to the counseling sessions I had in Southwest Key. I also meet with a psychiatrist every month. My sessions with the psychiatrist at Southwest Key were very similar to the sessions I have with the psychiatrist here.

9. The main difference between the psychiatric sessions at the shelter compared to here is I met with the psychiatrist more frequently at the shelter than I do now. I liked seeing the psychiatrist more frequently, and I preferred being at Southwest Key for that reason. The psychiatrist at MercyFirst has told me that I must remain in the RTC program until I finish my treatment. The psychiatrist says that I will have completed my RTC treatment once I have been able to go an entire month without misbehaving.

10. About fifteen days ago, I was punished because I was trying to take a shower and one of my peers jumped the line before me and forced me to wait; so I got angry and acted out. Now I am being punished for that incident and I am forced to be in a room all by myself without being allowed to participate in any activities. I am not allowed to watch the television or play video games, and I am not allowed to speak with my peers. I

Exhibit 61
Page 1426
Plaintiff's Confidential Personal Information/Confidential
Lucas R._Experts_11681

am not allowed to go to the cafeteria; I have to eat alone in my room. I can only go out for a walk alone, go to school and attend my counselor meetings. I also have a hard time communicating with the staff because now that I am being punished, I am mainly around English-speaking staff. The Spanish-speaking staff spend most of their time with my peers. Because I am separated from my peers, I have a hard time interacting with the English-speaking staff because we don't really understand each out. It isn't fair. I have been punished this way for the past fifteen days. The peer who upset me and led me to act out wasn't punished at all; the staff just separated us.

11. Today, I am supposed to meet with my counselor, my case manager, other senior program staff, and security supervisors to talk about my behavior. During the meeting, the staff will decide whether I will be allowed to return to participating in activities like I used to or whether I will continue to be punished for a longer period of time. The staff told me that I might be punished like this for an additional 25 days if I don't improve my behavior. I have seen other kids punished this way as well. For example, one of my friends got in trouble for making noise and banging on the wall of his unit sometimes. He was separated from the rest of us, and he was later transferred to a more secure facility in Florida.

12. I would feel more supported here if the staff were a bit more understanding and gave me and my peers more detailed guidance about how we can improve our behavior.

Access to Counsel

13. I do not recall receiving a list of free attorneys either at the shelter or at MercyFirst.

Lack of Private Phone Calls

14. When I speak to my family on the phone, I am not in a private room. There is no door to the room, so staff or my peers can hear my conversations. I would prefer to make phone calls in a private room with a door so no one else can listen to my conversations. I

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11682

am allowed to make three phone calls per week. Each phone call is about 10-20 minutes long.

Sponsorship Process

15. My cousin in Florida applied to be my sponsor, but there were issues with the process, and he was denied. I don't know why my cousin was denied. I don't know very much about his application or what the issues were. Before my cousin was denied, I asked my case manager about the status of the application, and she said that my cousin needed to complete a home study and provide the fingerprints of his household members.

16. I think I would be happier and healthier if I were living with my cousin. I have known him my entire life. We are close; I trust him and know that he would take good care of me. When he still lived in Guatemala, the two of us would work together every week. My mom wants me to live with my cousin as well, and she told my case managers at Southwest Key and MercyFirst that she wants me to live with him. She has known him her whole life. My case managers told me and my mom that they would do everything they could to make sure that I could live with my cousin, but for some reason, that wasn't possible.

17. My case manager has talked to me about long-term foster care, and I would like to apply so I can leave MercyFirst. My case manager says that I first need to step down to the shelter level before I can apply for long-term foster care. I want to step down as soon as I can because I am so tired of being here.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___25th___ day of September, 2019, at Syosset, New York.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11683

## CERTIFICATE OF TRANSLATION

I, <u>Glykeria Tsiokanou</u>, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▮▮▮▮▮▮▮▮▮▮ in its entirety in Spanish on September 25, 2019.

_____
Glykeria Tsiokanou

5

Exhibit 61
Page 1429
Plaintiff's Confidential Personal Information/Confidential
Lucas R._Experts_11684