# Exhibit 62

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 62
Page 1430

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 13 years old. I am from El Salvador. I am currently being held in ORR custody in the Shiloh Residential Treatment Facility.

3. I was taken into the Office of Refugee Resettlement ("ORR") custody in about August of 2017. I was held at a Southwest Key shelter in Texas for about two months.

4. I was verbally told about my transfer to Shiloh Residential Treatment Facility approximately one day before my transfer. I was also told that I was going to a place that was better for me, but no one explained why they thought it was better. I did not receive any papers that explained why I was transferred to Shiloh. I did not want to leave the Southwest Key shelter, but I was told that the government had already made a decision. I don't remember receiving any document that explained that I had the right to challenge the government's decision to send me to Shiloh. If I had, I would have challenged the decision.

5. I have spent approximately one month and half at the Shiloh Residential Treatment Center. During this time, I have not been told about, and I have not received a 30-day review.

6. In the three months I have been living in the U.S., I have not had a court hearing. No one has told me who my attorney is or when I will be going to court.

7. I take pills every morning and night. I take four pills in the morning and about four to six pills in the evening. I don't know what all the pills are for, but I think the ones I take at night are for depression and anxiety. When I have asked about the additional medication, I have been told that the pills are vitamins. I am also told that the pills are recommended by my doctor. As far as I know, ORR did not ask my mother for permission before they gave me the medication.

1

8. I do not want to take the pills because I don't think they help me and they make me sleepy. I have not refused taking the pills because I was told that the doctor will see that I refused the medication and that would make my stay at Shiloh longer because it would make it harder for the doctor to release me.

9. I don't feel safe here because the staff are mainly men and because sometimes the staff scream at me. I feel afraid all the time. My father was abusive and I was bullied a lot by other boys in the past, so it is hard for me to be around men all day long. I have asked to spend less time around men, but I have been told that it is not possible.

10. My worst experience at Shiloh Residential Treatment Center occurred at the end of October 2017. I gathered things inside a bag and I tried to escape from the center. The Shiloh staff stopped me before I could escape. They told me to not try to escape because if I did, I would be sent to jail. The Shiloh staff then told me to go to my room. They called a supervisor. The staff pulled my arms behind my back. Eventually I was taken to my room. Once inside my room I tried to open the window. The supervisor saw me do this, and in response, he violently threw me against the door. I felt faint. At some point the supervisor placed me against the wall, but the top of my head touched the wall, so from my head to my back, my body was in a backwards C-shape. The supervisor pushed me against the wall with all of his weight and this caused my neck to compress. This made me feel like I was choking and it was hard for me to breathe. I told the supervisor to stop because I couldn't breathe. All I could hear the supervisor say was "No stop." I don't remember for how long I was held in this painful position, but it was a long time. I briefly fainted. As I recovered consciousness a staff person violently threw me on my bed and this caused my head to bang against the wall. I did not receive medical attention to my head. The doctor checked for fractures in my arms but I did not have fractures. I had purple bruises on my arms.

11. After the doctor came, the supervisor told me I was going to get a medication injection to calm me down. Before they gave me the injection, I was feeling dizzy and was still having a hard time breathing. I was in a lot of pain with bruises all over, and I

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11614

did not want the injection. Two staff grabbed me, and the doctor gave me the injection despite my objection and left me there on the bed.

12. I miss my mother, and I really want to be reunited with her. My mother lives in Los Angeles, and is in the process of trying to reunify with me. My sister and my niece were reunited with my mother recently, and I want to be with them, too. I think my mother is doing a home study. I want to be sent to a shelter in California so that I can be closer to her. I hope to soon reunify with her, but I have not been told how long it will take. I haven't seen her in three months, and it is very hard for me not to know when I will be able to see her again.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of November, 2017, at Manvel, Texas.



3

Exhibit 62
Page 1433
Lucas R._Experts_11615

Plaintiff's Confidential Personal Information/Confidential

# CERTIFICATE OF TRANSLATION

I certify that I am fluent in the Spanish and English languages and that I truthfully and accurately translated the above declaration from English to Spanish from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, before he signed the declaration.

Dated: November 30, 2017

_Maria Martinez Campos_
Maria Jose Martinez Campos

4

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 62
Page 1434
Lucas R._Experts_11616