# Exhibit 63

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 63
Page 1435

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 16 years old. I am from Mexico. I came to the United States when I was twelve or thirteen years old with my father. He was detained when we arrived and I was sent to BCFS. I am currently being held in ORR custody in the Shiloh Residential Treatment Facility.

3. I am not sure, but I think I came to Shiloh Residential Treatment Facility in June 2017. They told me I had to come here because I had tried to hurt myself.

4. I think I have spent approximately five months at the Shiloh Residential Treatment Center.

5. At Shiloh I have to take pills in the morning, afternoon, and night. I take 4 or 5 pills in the morning, 1 pill in afternoon, and 1 pill at night. In the morning, one of the pills is for anxiety. I don't know what the other pills are for. I don't like taking the medicine because it makes me sleepy and dizzy. But, if I don't take the pills, they will give me a report and I will have to stay at Shiloh longer. I do not know if they have talked to anyone in my family about the medications.

6. Sometimes they give me forced injections. The last time was a few weeks ago. I have been given injections many times. When I get upset, one or two staff hold my arms and the nurse gives me an injection. I think the injection has trazedone and Benadryl, but I am not sure. The injection makes me tired.

7. They told me that if I am good, I can have a phone call with my family. I haven't talked to my family in a long time. I really want to talk to them.

Plaintiff's Confidential
Personal Information/Confidential

8.     I miss my Dad and want to live with him. He lives in Arkansas. I think my grandmother is in Texas.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of December, 2017, at Manvel, Texas.

[signature redacted]

2

**Exhibit 63**
**Page 1437**

Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11624

## CERTIFICATE OF TRANSLATION

I certify that I am fluent in the Spanish and English languages and that I truthfully and accurately translated the above declaration from English to Spanish.

Dated: December 1, 2017

_Karina Marquez_
3

Exhibit 63 — Page 1438

Plaintiff's Confidential Personal Information/Confidential — Lucas R._Experts_11625