# Exhibit 64

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 64
Page 1439

I, ████████████████████████████████ declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 14 years old. I came to the United States from Honduras. First, I was placed in Southwest Key Kokopelli in Phoenix, Arizona. I am currently detained at Children's Village staff secure in Dobbs Ferry, New York.

<u>Transfer from Kokopelli to Children's Village</u>

3. One day, the staff told me that I would be leaving Kokopelli and going to a different facility. I didn't know the name or location of the facility, and I didn't know whether the facility was a shelter or a more secure facility. I was transferred to Children's Village the day after I was told that I would be leaving.

4. I was not provided any written explanation explaining why I was being transferred, but my case manager from Kokopelli told me that I was going to Children's Village because of the language that I had used while at Kokopelli.

5. I didn't want to leave Kokopelli, but I was not given the opportunity to disagree with or appeal the transfer decision. I just had to leave right away.

<u>Discipline at Children's Village</u>

6. When I arrived at Children's Village, a staff member explained that there were different behavior levels that corresponded to different colors. The first two weeks of my arrival, I was automatically placed in the worst behavior level, which is red. In the red level, I was not allowed to go outside or go to the activity center; buy items at the store; and I had to stay in my room for long periods of time. I've also been placed on restriction, which lasts for seven days in a row. Restriction was awful. I wasn't allowed to leave my room all day. I had to eat in my room, and I couldn't talk to any of my peers. I feel like I've been treated unfairly here.

1

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 64
Page 1440
Lucas R._Experts_11749

7. The staff make you prove that you can behave well before they decide whether to move you to the middle level, which is yellow. I was then required to spend two weeks in the yellow level before the staff lowered me to the best level: green.

Sponsorship Process

8. I wanted to live with my stepdad, who lives in Florida. He wanted me to live with him, as well, as did my mom, who is in Honduras, but his sponsor application was denied. My case manager told me that my stepdad was automatically unqualified because I haven't met him in person. He and I have spoken to each other on a roughly weekly basis over the past few years, but that didn't matter; he was not allowed to move forward with the application process.

9. My uncle is now trying to have me live with him in Florida. He and I are very close. I've known him my entire life; we used to spend time together when he lived in Honduras. Everyone in my family, including my parents, wants me to live with my uncle.

10. I'm not sure what the status of my uncle's application process is. My case manager has told me some details about the process, but I don't really understand what needs to happen.

Phone Calls

11. I am allowed to make two phone calls per week. Each phone call is about 20 minutes long. When I speak to my family on the phone, I am not in a private room. There is no door to the room, so staff or my peers can hear my conversations. I would prefer to make phone calls in a private room with a door so no one else can listen to my conversations.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11750

<u>Access to Counsel</u>

12.   I do not recall receiving a list of free attorneys either at the shelter or at Children's Village.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___27th___ day of September, 2019, at Dobbs Ferry, New York.

3

Exhibit 64
Page 1442
Lucas R._Experts_11751

Plaintiff's Confidential
Personal Information/Confidential

CERTIFICATE OF TRANSLATION

I, *Katy Alvarado Hernandez*, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ███████████ in its entirety in Spanish on September 27, 2019.

_____
Katy Alvarado Hernandez

4

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 64
Page 1443
Lucas R._Experts_11752