# Exhibit 65

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 65
Page 1444

DECLARATION OF ███████████

I, ███████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I came to the United States from Guatemala about 11 months ago. When I arrived at the border, I was taken to Southwest Key in Brownsville, Texas, where I was detained for six months. I then was taken to another smaller Southwest Key program, where I lived for two weeks, and then I was transferred to Mercy First.

3. I am currently detained Mercy First in Syosset, NY, and I have been here for five months.

### Transfer to Mercy First

4. When I was at the shelter in Texas, I struggled with depression. I was cutting myself on my arms and having thoughts of trying to kill myself. The shelter staff at Southwest Key told me that I was going to be moved to somewhere else that would help me. I was told that I was going to be transferred a few days before I was actually moved, but I did not receive anything in writing about why I was being transferred and no one told me that I could appeal the transfer decision. They said that I had to be transferred – it wasn't a choice.

5. Since being transferred to Mercy First, I have been hospitalized seven times for different things. I haven't cut myself for three months. The staff here told me that if I cut myself then I would have to go to the hospital, so I stopped cutting myself. The staff says that I have to follow the rules in order to leave Mercy First RTC.

6. I have never had a thirty-day review to review my custody classification since I have been here. No one has formally sat down with me and reviewed whether I should be stepped down to a lower level of security.

1

Exhibit 65
Page 1445
Lucas R._Experts_11666

Plaintiff's Confidential
Personal Information/Confidential

7. I have known since I was eight years old that I am not male, but I couldn't tell anyone in my village in Guatemala about it. I never saw any transgender people so I didn't really know what it meant to be transgender. After I came to the United States, I told my family that I am really a woman and not a man. After I told them this, they said that I was no longer part of the family.

8. After I came to the United States I started my change my voice and my clothes to be more feminine. Mercy First doesn't have placement for girls, so I am forced to live with boys. I feel uncomfortable all the time here. The staff make me wear clothes that doesn't match my gender identity. I have asked for a wig, but they won't give me a wig to wear. Once I tried to wear women's shoes, but I got into trouble for it. I would like to wear tights, but staff say that I cannot wear tights even though I have seen other girls wearing them.

9. When I started wearing fake breasts, the staff were really mean to me. They made fun of me and told me that I should go live with girls. One day, when a staff member made fun of my breasts, I felt so upset that I ended up hitting the staff member. After that, I spent two weeks in the hospital and then they placed me on "black" security level. I have to be stepped down to green before I can be placed back in shelter.

10. The other boys here bully me all the time. Once I explained to them that I am a woman and not a man, they started to harass me. They grope my breasts, touch me inappropriately, and one of them even exposed his genitalia to me. The staff has separated me from the other boys because it wasn't safe to be around them. Now I'm not allowed to participate in activities and I feel so alone. I don't have any friends and I don't have anyone that I can talk to. I feel discriminated against because of my gender identity.

11. This program doesn't have any support for me. There is nothing for me to do with my mind, I feel shut in all the time. One time, a staff member told me that I could go on a trip, but then later told me the trip was cancelled. I felt that the staff member had lied to me and got really upset and scratched the staff member on the neck. Staff then held me

down for twenty minutes until the police arrived and they filed criminal charges against me.

12. It has been really hard here, but what scares me the most is that if I am forced to return to Guatemala, I cannot be myself because I cannot be a woman there. My father would hit me if I dressed like a woman.

Sponsorship Process

13. My family is not supportive of my gender identity, and so I do not currently have anyone that is applying to be my sponsor.

14. My case manager has talked to me about foster care placement, but I don't know how long it will take for me to be released.

15. When I was in Texas, the staff told me that I would be released to foster care in a month, but that didn't happen. I am really upset and frustrated because I feel that no one is telling me the truth. A month ago, I signed some papers to get the foster family process started, but nothing has changed.

Psychotropic Medications

16. When I lived in Guatemala, I did not take any medications. When I was in the shelter in Texas, I was prescribed medication but I don't know what it was called.

17. Here at Mercy First, I take three or four medications every day. I don't know all their names, but I know that one is Zoloft. One medication is for anxiety, one is for depression, one is for bad dreams, and I don't know what the other one is for.

18. One time, I told the staff that I felt fine and that I didn't want to take the medications any longer. Four days later, when I was still not taking my medications, the staff sent me to the hospital. When I asked why I was being sent to the hospital, the staff told me that it was because I refused to take my medication. They said that medication is part of my treatment and that I need to follow the rules in my treatment plan. If I told the doctor I didn't want to take the medications any longer, they would send me to the hospital and make me take them.

Exhibit 65
Page 1447
Lucas R._Experts_11668
Plaintiff's Confidential
Personal Information/Confidential

19. I feel that the medications make me feel worse. Once, I asked the staff if I could stop taking the medication for a week or a month to see how it would feel, but they said that I couldn't.

20. As far as I know, my parents and family members have not given permission for me to take the medication. As far as I know, ORR did not go to a judge or court to obtain permission to prescribe the medication.

21. As far as I know, I have never been given an official mental health diagnosis.

Counsel

22. I have never received a list of free lawyers that I could call for help.

23. I had an attorney when I was in the shelter in Texas. I have been told that I have an attorney here, but I have never met them. I would like to contact them for help, but I don't know how. I really need help from someone who will help me to get out of here.

Other

24. I have always wanted to be a police officer. I want to be a police officer because I want to defend and protect people who are harassed by other people. I want to make sure children's parents aren't hurting them.

25. I want to leave Mercy First because I think I will be much happier in another placement that supports my gender identity.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of October, 2018, at Syosset, New York.



Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11669

CERTIFICATE OF TRANSLATION

I, Paula Garcia-Salazar, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ██████████ in its entirety in Spanish on 10/24/18.

_____
Paula Garcia-Salazar

Plaintiff's Confidential
Personal Information/Confidential