# Exhibit 66

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 66
Page 1450

DECLARATION OF ▮

I, ▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 15 years old. I came to the United States from Honduras about six months ago. I left Honduras because it was very unsafe there. When I was eleven I left home and went to live with my uncle. I felt very alone and had to take care of myself. There were a lot of gangs in my area and it was hard to defend myself. I knew that if I stayed in Honduras, I would die, so I decided to come to the United States. I walked with a caravan of people; it was a difficult journey and at times I was very cold and hungry, but we supported and protected each other.

3. When I arrived at the border, I was taken to a Southwest Key shelter in Phoenix, Arizona. I was then sent to another Southwest Key shelter.

4. I am currently detained Mercy First in Syosset, NY, and I have been here for almost two months.

Transfer to Mercy First

5. I liked the Southwest key shelters in Arizona; there were always a lot of daily activities planned and I was able to learn English. Sometimes there were talent shows where everyone could share their talents. Sometimes I felt depressed, but I behaved myself and participated in all of the shelter programs.

6. One day, I told another girl at the Southwest Key shelter that I wanted to cut myself and she told the staff. The staff then sent me to the hospital, where I told them that I felt fine and I was allowed to return to the shelter. About a month after I got back from the hospital, my case manager told me that I was going to be sent to Mercy First. She said that I had to be transferred out of the shelter because of my depression. I was very confused because I had felt fine for the past month and I hadn't expressed wanting to cut

Plaintiff's Confidential
Personal Information/Confidential

myself or feeling depressed. On the same day that I was told that I was going to be transferred, I was moved from the facility at 2:00 pm.

7. I did not receive anything in writing about why I was being transferred and no one told me that I could appeal the transfer decision.

8. I don't like being at Mercy First. There aren't enough staff here to properly supervise the children – one day, there were only two staff members to twelve kids and there were fights. One day, right after I had my wisdom teeth removed, another kid hit me in the face and it was really painful. There aren't enough activities to do here and we get bored. I have only been to church once since I have been here. This makes me really upset because I am Evangelical, I take my religion seriously, and I like going to church.

9. I don't feel that I need to be in this level of care. I am hopeful that I will be stepped down to shelter level next month because I have been well behaved. I was told that if I behaved well, I would be stepped down to a shelter. My case manager has told me that being placed in an RTC is not the appropriate level of care for me any longer, and that I should be stepped down to shelter. I am disappointed because I was told that being transferred here was supposed to help me, but I actually feel much worse.

10. I have never had a thirty-day review to review my custody classification since I have been here. No one has formally sat down with me and reviewed whether I should be stepped down to a lower level of security. Any time that I have talked to a staff member about being stepped down, I have initiated the conversation. I have to find my counselor or case manager and ask them what is going on with my case and when I can be stepped down.

11. When I was in Arizona, I met with my counselor twice a week and my case manager twice a week. It makes me frustrated and mad that now I don't have as much support here at Mercy First.

Sponsorship Process

12. I want my cousin to be my sponsor. Her name is ███ and she lives in North Carolina. She is the only person that I want to be released to,

Plaintiff's Confidential
Personal Information/Confidential

because she has always helped me with everything and I know that she would take good care of me.

13. My cousin started the process to be my sponsor immediately after I arrived in the United States. She has submitted all of her paperwork, her fingerprints, and has received a positive home study recommendation. She has done everything that she needs to do in order to be my sponsor. My cousin is a legal permanent resident.

14. I have been told that the only reason that I haven't been released yet is because I do not have a back-up sponsor. When I was in Arizona, at first my case manager didn't say anything about needing a back-up sponsor. But then, about a month after I arrived, the case manager said that I needed a back-up sponsor in order to be released.

15. My cousin has been trying to find a back-up sponsor to submit their fingerprints, but she has not been able to find anyone that is willing to be my back-up sponsor. She has been looking for a back-up sponsor for two months.

16. The delay in my case makes me feel very desperate, anxious, and worried. I am worried that if my cousin is unable to sponsor me, then I will be released to a foster family that I don't know. I know my cousin and I know that she would be a great caregiver for me.

Psychotropic Medications

17. I was first given medication when I was at the Southwest Key Shelter in Arizona. I don't know what the medication was for, but it made me feel very sleepy and very hungry.

18. Here at Mercy First, I take one medication every day. I don't know the name of the medication, but I know that it is for depression.

19. I do not want to take the medications. I take the pills because I know I have to take them, not because I want to take them. If I refused to take the medication, the staff would give me a "report," or a penalty, and I would get into trouble.

20. There were three days that I didn't take the medication, and I felt normal. I'm not sure why they didn't give me the medication for three days, but I felt fine without it.

Exhibit 66
Page 1453
Lucas R._Experts_11673
Plaintiff's Confidential
Personal Information/Confidential

21. As far as I know, my family has not given permission for me to take the medication. As far as I know, ORR did not go to a judge or court to obtain permission to prescribe the medication.

Counsel

22. I have never received a list of free lawyers that I could call for help.

23. When I was in Arizona, someone from the Florence Project was helping me with my case, but then I was transferred here.

24. Now, I think I have an attorney from Catholic Charities but I don't know their name. I think I'm supposed to have a *Flores* bond hearing this Friday but I'm not sure. I think my attorney is helping me apply for asylum and SIJS. My attorney is not helping me reunify with my cousin.

25. I would like to be a deejay or a radio host when I grow up. I absolutely love music. I like all kinds of music, but I mostly like slow, old-fashioned romantic songs. I play the piano and the drums, but the thing I love best is to sing. When I sing, I am happy. I also like to write my own songs, because when my mind is occupied, I don't feel as worried about my case. I think music is good therapy for me.

26. I am ready to live with my cousin right now. I know that I would be happier and healthier if I lived with her.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of October, 2018, at Syosset, New York.

[signature redacted]

4

Exhibit 66
Page 1454
Lucas R._Experts_11674
Plaintiff's Confidential
Personal Information/Confidential

CERTIFICATE OF TRANSLATION

I, Paula Garcia-Salazar, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▓▓▓▓▓▓▓▓▓▓▓▓ in its entirety in Spanish on 10/24/18.

_____
Paula Garcia-Salazar

5