# Exhibit 67

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 67
Page 1456

I, ███████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.
2. I am 16 years old. I am from Honduras. I am currently being held in ORR custody detained at the Shiloh Residential Treatment Center. I have been here for about two months. Shiloh is a locked facility with 24-hour surveillance and monitoring. The children are detained here and no one is free to leave.
3. My mom lives in Houston and comes to see me when she can, but she has to complete a lot of requirements before I can live with her. I talk to my mom about two times a week. They have already checked my mom's house and she passed the home study. I was told that my case is finished and once the doctor says I'm ready, I can be released. The doctor has said I can't leave until I can control myself. He hasn't told me a time frame for how long it will be before I'm ready.
4. I was taken into immigration custody in Texas about six months ago in May 2017.
5. My dad was assassinated with 16 gunshots in front of me at age 5. I was also raped when I was 5. It was so traumatic that since that time I suffer from extreme anxiety. I also have epilepsy and asthma.
6. I still dream though. I one day I dream of being a pilot and flying. I don't want to fail my mom. I know that one day I will realize my dreams.
7. I was first detained in Southwest Key, a shelter facility. I suffered an anxiety attack there and was sent to this psychiatric facility called the "Shiloh." My heart beats very fast and hands sweat when I have an anxiety attack. I think the anxiety would be better if I was with my mother.
8. I don't remember ever being told or reading that I could appeal or challenge the government's decision to put me into this treatment facility, or that I could go to court about it.

1

9. I have never had a thirty-day review while I've been at Shiloh to review my custody classification since I have been here. No one has formally sat down with me and reviewed whether I should be stepped down to a lower level of security or told me how I'm doing here or what I have to do in order to step down.

10. I was supposed to have a court date on November 8th but it was cancelled.

11. A lawyer named "Juana" comes to our facility once a month, but not sure what the progress is on my immigration case or my release. I really want a lawyer who can help me.

12. At Shiloh, I am given seven pills every day. In the morning, I take 4 pills and then 3 in the evening. The medicine is supposed to help with epilepsy and anxiety. The doctor has changed my pills a couple of times. The medicine makes me feel dizzy and sometimes makes it hard to concentrate. I have no appetite.

13. I talk to a therapist two times a week.

14. I have seen another youth get an injection that he didn't want. A staff member had to grab him first and then give him the injection.

15. I don't like to be around other kids because of my anxiety. I smile with a fake smile so everyone thinks I'm ok.

16. Sometimes I have no desire to do anything. I try and keep a diary of my days.

17. I just want to be with my mother.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of December, 2017, at Manvel, Texas.

CERTIFICATE OF TRANSLATION

Plaintiff's Confidential Personal Information/Confidential

1  My name is Karina Marquez and I swear that I am fluent in both the English and Spanish
2  languages and I translated the foregoing declaration from English to Spanish to the best
3  of my abilities.

5  Dated: December 1st 2017

_____
Karina Marquez

3