# Exhibit 70

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 70
Page 1469

# Declaration of ▮

I, ▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I was born in Honduras in 2006. I am 11 years old. I have been in the United States since I was 8 years old. My alien # is ▮. I speak Spanish and some English. I have been detained at the Shiloh Regional Treatment Center in Manvel, Texas ("Shiloh"), since October 24, 2017. Shiloh is a locked facility, and none of the people who live here are free to leave. I have not been told how long I will be here or why I am being detained here. I do not want to be in this shelter. I was here once before and I don't want to be here again. I also once stayed at a foster home which was much better than here. The staff at Shiloh scream and get mad easily, they say bad words, they go crazy. I do not feel safe here.

3. Before I was detained at Shiloh, I was at Saint PJ's Children's Home in San Antonio, Texas. While at Saint PJ's, the doctor there had me on only three medications. I took all three of these medications at night.

4. At Shiloh, Dr. Ruiz has me on many more medications, and I have to take them during the day and at night. I take 4 pills in the morning, I do not know what they are for. I take another pill at 4pm and then I have to take 5 more pills at night. I have not been told why I am required to take all this medication.

5. When I was in Honduras, I did not take any pills and I was good. I was a normal kid. When I take medicine, I do not have any mood. It is disgusting. I do not like being on this many medications and I have suffered side effects including headaches, loss of appetite and nausea. I have complained about receiving too many medications and Dr. Ruiz says it is not within his control but because of another doctor that I am receiving all these medications. The doctor is another female doctor who works in the facility.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11617

6. When other girls refuse to take the medication, they get threatened by staff members. They threaten to "give then a report." The report is similar to a write up and every time I receive one, my time in this facility gets extended by 30 days.

7. To the best of my knowledge I have never signed any informed consent or other form granting permission to the doctors to give me medication. I don't think anyone in my family was asked if it was okay for me to take medicine.

8. Also, I witnessed staff members forcefully give medication four times. Today, one of the girls was upset and someone was trying to calm her down but then the teacher said don't talk to her, just give her a shot. Once I saw staff give an injection by force, two staff members pinned down the girl while she was sitting down and a doctor gave her one or two injections in the arm. The injections were given against their will.

9. One time I was in the bathroom crying and I didn't want to come out, and then one of the staff members pulled me out forcefully and it really hurt.

10. I always feel really sad here. I feel so sad that I want to hurt myself; I want to kill myself; and I want to cut myself, but I haven't learned how to cut myself.

11. Staff members say bad words here. When the girls are crying, the staff says things like, "I'm going to fuck her up" or "I'm going to kick your little ass." And then if we say bad words, we get in trouble.

12. On at least two occasions staff members have tried to hurt me. One time a staff member put her two thumbs up to my throat and her hands around my neck. It hurt and I was gasping for breath. The staff member said she was just "playing" but I felt scared.

### Education Issues

13. At Shiloh, we attend school on week days. My teacher is a man we call "Mister George." Mr. George does not treat me well and he has been verbally abusive to me the entire time he has been my teacher. He repeatedly tells me "shut up." On at least ten occasions he has called me a "dumb ass" and "you're stupid." He also tells me, "no one likes you here."

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11618

14. When I have complained to other staff at Shiloh about the way Mr. George treats me, they tell me that he treats everyone that way. I know that this is not true; that he treats me worse than the others because I have not heard him call anyone else a "dumb ass."

## Communication with family

15. When I was at Saint PJ's, I was allowed regular telephone calls to my family. Since I have been at Shiloh, the staff has repeatedly told me that my family is not answering the phone and I have only had one call with them. I have only seen them call my family members three times, and I have not been allowed to call them myself.

16. I have no idea why I'm here or why I've been here for so long when other kids get to go with their families. I would rather go back to Honduras and live on the streets than be at Shiloh.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of November, 2017, at Manvel, Texas.

I certify that I am fluent in the Spanish and English languages and that I truthfully and accurately translated the above declaration from English to Spanish for ▮▮▮▮ ▮▮▮▮▮▮ before she signed the declaration.

Dated: November 30th, 2017



Saira Salazar

Plaintiff's Confidential
Personal Information/Confidential