# Exhibit 71

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 71
Page 1473

I, ███████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 9 years old. My grandma and I came to the United States from Guatemala in April 2018. When we arrived at the border, I was separated from my grandma, and I was taken to the Southwest Key El Presidente shelter in Brownsville, Texas, where I was detained for about two months.

3. At the shelter, the staff were really strict. Certain things staff members did really bothered me, and I began to act out. I would throw things at the staff. When I started misbehaving, the staff would grab me so hard that I couldn't breathe. Each time the staff grabbed me, I was in more and more pain.

4. One night, the staff told me to get in the car because we were going to go look at the stars outside. It was really late at night, and I was tired and fell asleep. When I woke up, I was furious because I realized that they had lied to me. They had taken me to Shiloh and left all my personal belongings behind at the shelter. No one had told me that I would be transferring to a new facility. I had no prior notice of the transfer and neither did my family.

5. I have been at Shiloh since July, and I have no idea when I'll be allowed to leave.

6. I want to live with my uncle. He lives in Houston and applied to be my sponsor once I arrived at the other shelter. We usually speak on the phone twice a week and we get along really well. These phone calls are not in private; my case manager is always in the room.

7. My grandma, aunt, and cousins live with my uncle too. They've all come to visit me here many times.

8. As far as I know, my uncle has done everything the government has asked him to. He completed a home study and received a positive recommendation.

1

Exhibit 71
Page 1474
Lucas R._Experts_11653

Plaintiff's Confidential
Personal Information/Confidential

9. I am still waiting for the doctor to approve my release. I've been told that I behave badly, and I won't be allowed to live with uncle until I improve my behavior.

10. I take multiple medications in the morning, afternoon, and night. I don't know what they're for or how many I take. Sometimes, I feel like I've been given twenty pills in one day. As far as I know, my uncle and other family members have not given permission for me to take the medication.

11. Since July 30, 2018, I do not remember receiving a psychiatric evaluation to determine whether I am at risk of harming myself or others.

12. I miss the field trips we used to take at the shelter. I enjoyed getting out into the community. At Shiloh, we only take trips to the store.

13. I am ready to live with my uncle right now. I'm so unhappy here. I know I would be happier and healthier if I lived with him.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of October, 2018, at _____Manvel_____, Texas.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11654

# CERTIFICATE OF TRANSLATION

I, __Lexie Villa__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▮▮▮▮▮▮ in its entirety in Spanish on __October 18, 2018__.

_Lexie V. Villa_
Lexie Villa

3

Exhibit 71
Page 1476

Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11655