# Exhibit 72

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Exhibit 72
Page 1477

I, ███████████████████, declare as follows:

1.     This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about these facts.

2.     I am 13 years old.  I came to the United States from Mexico in December 2017.  When I arrived at the border, I was taken to a Southwest Key shelter in Arizona, where I was detained for two months.

3.     One day, the staff at the shelter said that they were taking me to a new place in Texas.  I cried and told them that I didn't want to leave.  I had friends in Southwest Key, and I had gotten used to being there.  The staff just told me that I had to leave.  The next morning, the staff woke me up around 3:00am and took me to Shiloh.

4.     I want to live with my sister.  She lives in Alabama and applied to be my sponsor when I was detained in the shelter.  We usually speak on the phone twice a week and we get along really well.  These phone calls are not in private; my case manager is in the room.  She has done everything the government has asked her to.  She had a home study, and my case manager told me that it went well, but my case manager says that she needs to have another home study and I don't know why.  My sister still lives in the same place where she had the first home study.  My case manager says that the doctor has to approve my release, but I don't know when the doctor will let me leave.

5.     At Shiloh, I take one medication in the morning and three medications at night.  I don't know what the one in the morning is for.  One of the medications at night is supposed to help me sleep, but I don't know what the other two at night are supposed to help with.  As far as I know, my sister has not given permission for me to take the medication.  If I didn't have to take the medication, I wouldn't.

6.     Since July 30, 2018, I do not remember receiving a psychiatric evaluation to determine whether I am dangerous.

1

Exhibit 72
Page 1478

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11637

7.      I liked the shelter much more than Shiloh.  I could talk to everyone at the shelter, and I could go outside more often.  There were more activities; for example, I could take classes to learn English.  At Shiloh, I don't learn anything.  I was happier at the shelter.

8.      I am ready to live with my sister right now.  I miss her very much, and I know I would be happier and healthier if I lived with her.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 24th day of August , 2018, at ____Manvel____, Texas.

2

Exhibit 72
Page 1479

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11638

1

## CERTIFICATE OF TRANSLATION

2

3  I, _____Lexie Villa_____, hereby certify that I am proficient in both

4  Spanish and English, and that I accurately translated the foregoing statement and read it

5  back to ████████████ in its entirety in Spanish on __8/24/2018__ .

6

7  _Lexie V. Villa_

8  Lexie Villa

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**Exhibit 72**
**Page 1480**

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11639