# Exhibit 73

## REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exhibit 73**
**Page 1481**

I, ███████████████████ declare as follows:

1.    This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2.    I am 16 years old. I am from Mexico. I am currently being held in ORR custody in the Shiloh Residential Treatment Facility, in Texas.

3.    I first entered the United States when I was approximately 7 years old.

4.    Until I was approximately 12 years old, I lived with my aunt and my sister in San Jacinto, California. I ran away from home because my aunt hit me with a belt and she tied me to the gate for about one to two hours. I explained to a friend my reasons for running away. My friend then told the school's principal about my aunt and the police came to my aunt's house.

5.    I do not remember how I came to be under the custody of the Office of Refugee Resettlement ("ORR"). It was a very confusing time.

6.    In total, I have been in ORR custody for almost 4 years. I spent approximately two years at a shelter in Santa Fe, New Mexico. I then went to live at Crittenton in Los Angeles. I was then transferred to the Shiloh Residential Treatment Center. I was told that they were sending me to live with my mom. I was not told that they were sending me to a treatment center. I was also not told that they were sending me outside California.

7.    I arrived at the Shiloh in about June of 2016. During this time, I was not told about, and I did not receive a 30-day review.

8.    At Shiloh, I take medication every morning and night. In the morning, I take seven pills. I think there are four vitamins, a trazedone, and two other pills. At night, I take 7 pills: one to sleep and I'm told that the other six are vitamins. The evening medications make me feel sleepy. I don't like taking the medicine because it makes me feel angry. It makes me feel like hitting a wall or ripping up paper. I was told that I cannot refuse to take the medication because an incident report would be written up. I'm told that each

1

Exhibit 73
Page 1482
Lucas R._Experts_11620

Plaintiff's Confidential
Personal Information/Confidential

1  time I refuse, it would mean I have to spend a couple more days at Shiloh. So, I take the
2  pills every time.
3  9.      During my time in ORR custody, my aunt was identified as a potential sponsor.
4  However, I told ORR that I did not want my aunt to sponsor me because this was the
5  same aunt who used to abuse me. I do not have any potential sponsors.
6  10.     I have been in ORR custody for four years. That is far too long, and I want to be
7  free again. My dream is to live with my mom.
8
9  I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
10  30th day of November, 2017, at Manvel, Texas.
11
12  
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**Exhibit 73**
**Page 1483**
Lucas R._Experts_11621

Plaintiff's Confidential
Personal Information/Confidential

1

## CERTIFICATE OF TRANSLATION

2    I certify that I am fluent in the Spanish and English languages and that I truthfully

3    and accurately translated the above declaration from English to Spanish for ▮▮▮▮

4    ▮▮▮▮▮▮▮▮▮ before she signed the declaration.

5

6    Dated: November 30, 2017                *Maria Martis Campos*

7                                      Maria Jose Martinez Campos

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 73
Page 1484
Lucas R._Experts_11622