# Exhibit 74

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 74
Page 1485

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am currently 17 years old. I was born on ███████ 2002 in San Marcos Ocotepeque, Honduras. I am currently being detained in ORR custody at the Yolo Secure Facility in Woodland, California ("Yolo").

3. I arrived in the U.S. on or about May 2, 2019 in El Paso, Texas. They took me to an immigration facility where they took everything that we had, just left us with the close we had on. Then they took me to an *hielera* for about 2 hours, then I went to a *perrera* for two days. There were lots of us there, almost on top of each other. They gave us thin mattresses to lay on, but I didn't sleep at all. I ate terribly; they would only give us a cookie and jell-o for dinner. While I was there, they asked me to sign a paper to see a judge, but it was only in English and I didn't want to sign it. They told me I needed to sign it in order to see a judge and to know if I could stay or if I would be deported.

4. After the two days in *perrera,* they told me I was going to a shelter where I would get clothes and shoes and everything I needed. They told me I would be going to Miami, but I was still nervous about the papers I had signed. I thought they would be deporting me.

5. When I arrived at the Homestead facility, at first I liked it. There were clothes, but the food was terrible. I only ate the French fries and sometimes the fish. During the day, I mostly ate the fruit that they offered us. It was strange to living with so many people in one space too. There were around 150 kids in the room where I slept. Some kids went around saying they were part of the gangs, and I was scared when I heard that because the gangs were the reason I left Honduras. No pens were allowed, but many kids had pens and while they could be used to write, they can also hurt people.

6. I would get upset with the Youth Care workers at Homestead because many kids were bullying me while I was there and they wouldn't do anything. I would say, "you're

1

supposed to be here to help us and take care of us and you do nothing." Then they would write a report about it. I never did anything but speak my mind and ask for more help.

7. One day, after my case worker had been telling me for several days that I was close to be released to my sister, things changed. She told me that the government would not accept my sister as my sponsor because we did not have the same last name and they didn't believe that she was my sister. The case worker was on the computer, through video, from Texas and I was in a trailer talking with her. When I heard the news about my sister, I told her I was leaving and I walked quickly out of the trailer, upset. The staff was following me and told me to stop and try to relax. I told them I just needed to be alone and kept walking.

8. The security people saw me and stopped me. I found out the next day that they told the staff workers that I was trying to escape, but because the security people only spoke English, I couldn't defend myself and I didn't know what they were saying. They next day when I met with my counselor, I found out that they had written a report about me trying to escape. After that, I was put on one-on-one for two days so that I was never alone because they said I was trying to escape, but I wasn't. I just wanted to get away for a minute after I got the bad news about my sister.

9. On another day, a staff member got upset with me because I told him he wasn't good at solving problems, just for writing reports. He held up his two fists and said "This is the cemetery and this is the hospital... which one do you want?" That same staff member later got fired for trying to make a kid take off his pants so he could check if he was stealing food from the cafeteria.

10. There were several times that I made a complaint. Another day, a staff member told me that if I didn't get out of bed, he would write a report and they would send me back to my country. Many of the reports that I was written up for were times that I was being bullied and I believe the reports make it seem like I was instigating or involved in the bad behavior.

Exhibit 74
Page 1487
Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11761

11. After Homestead closed, two immigration officials came to pick me up. They said that I needed an escort to the airport because I had tried to escape. They told me I was going to a facility where kids were released really quickly to their sponsors. I thought I was already going to be released to my sister so I was disappointed to go to another facility, but I was glad that I would be released soon.

12. It wasn't until I arrived in San Antonio that I released I was now at a staff secure facility and that it was more restrictive. At BCSF San Antonio, because I was new most of the other kids picked on me. They would make fun of me and try to make my life difficult. None of the staff would take my side. When I asked to call my mother, they said I couldn't and I got upset, "why do you have a *pinche* phone if I can't use it?"

13. Later, one youth played a joke by stealing someone's clothes and putting it on top of my closet while I was in the shower. I told the youth that it wasn't me, that I wasn't a thief. The next day, a staff member told me that the youth had accused me of masturbating in front of him. I told the staff that I would never do that and that the youth was mad about the misunderstanding about the clothes. The staff member said they believed me and they would change the report.

14. Not long after that, I had an incident with the same youth. He lifted up his shirt and told me that he had a knife and was going to cut me. I saw something sharp and reported it to the staff. They looked at the video and saw that it was true. I kept having problems with that youth, who would insult me and my mother. Still, the staff moved him into the room directly in front of mine. I told them they couldn't do that, after saying he would kill me and all the insults—but they said that same youth had problems with other youths and it was the only place to put him. I got upset and told the staff that they weren't good for anything and they wrote me up in a report.

15. Then, later that day, I was sitting in a seat and a staff member sat next to me, very close, right by my elbow. I spoke to another staff member and said "Look how close he's sitting next to me," and they both laughed. So I got up to move and when I got up, I tripped over the staff member's foot. I apologized and the staff member laughed and said

3

"That's all I need." I thought he had accepted my apology and went to my room. A few hours later, close to midnight, the police showed up after I'd already gone to sleep. The told me to tell them what had happened. I told them that the staff member was mad that I had insulted him about not doing anything when the youth was moved to the room in front of me and that the staff member had invaded my private space, and I had tripped over his foot. None of the police officers spoke Spanish and so when I was done talking, they put me in handcuffs and took me away. I didn't know where they were taking me or what had happened.

16. After that, I spent twelve days in jail. They took me in front of a judge. An attorney was appointed to represent me and this attorney read the report. The report said that I had kicked the staff very hard in the leg and that he had a serious injury to his leg. He told me that I could spend up to a year in jail and be fined $4,000, or I could accept the blame and everything would go away. I said the report wasn't true. I asked if I would get deported and the attorney said ICE meant come for me. The next day, they let me out because I accepted the blame, even if it wasn't true, because I couldn't be there any longer. The judge accepted what I said. Then immigration came for me and put me in handcuffs and leg shackles and I was taken to a holding cell. I spent a day there and then two officials came to get me; one of them told me that I should write a book when I get back to Honduras to tell everyone that nobody should come here to break the laws and that I didn't have a case and neither did anyone that was just fleeing gang violence.

17. Those two officials took me to the airport and I got on a plane. When I landed, they handed me over to another official who asked if he had a gun and that he should be prepared to use it.

18. After I arrived at Yolo, there were several youth that were bullying me. The staff thought it was funny and they would laugh and say "No, they are just joking around with you." From then on, the staff never believed anything I said. When I told the case workers, they said that I had traumas and that I couldn't go around thinking that everyone was making fun of me.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11763

19. One day, I started to try and cover up my windows as a form of protest—if they weren't going to listen to me, I would not listen to them. One of the staff members started filming me with a camera and laughing at me. Then we went outside and I asked to go to the bathroom, and I had to go to the bathroom really badly so I started walking quickly towards the door. One staff member grabbed my arm and another one grabbed me and they twisted my arm so hard that I thought it would break. They dragged me to the room and then wrote a report saying I was being physically aggressive.

20. I went to my room and started covering the window again with papers as a form of protest. After thirty minutes or so, I calmed down. Then it was time to shower. I saw everyone going to take their showers and I asked the staff members if I would be taking a shower because no one had opened my door. The staff said no, I wouldn't be getting out because of my attitude and for being a jerk. I went back to try and cover up my window and I said something else to the staff member. Then, three or four staff came into my room and took everything out of my room. I was upset so I threw a cup of water at them and an orange that I had in my room. The staff members then grabbed me roughly and one slammed me against a wall. They started hitting me, including in sensitive areas. After that, they left me in my room without offering me help. After a few hours, I couldn't stand the pain in my groin any more and I asked the staff to help me but they wouldn't. When the nurse came at 7:15 in the morning [might] to give out medication, I asked her to help me, but because she didn't speak English [Spanish], the staff told her that I didn't want any help. About ten o'clock at night, after crying of pain ~~all day~~, they finally took me to a hospital where they took x-rays and they gave me medication. The doctor asked what happened and because the doctor didn't speak English [Spanish], the staff member said some things that I couldn't understand.

21. When I got back to the facility, I asked to be changed to a different pod because I had a problem with a youth that was threatening me. Two days after the incident with the water and the orange, one of my shoes had broken and I was going to throw it into a trash can. One of the staff members saw it and grabbed my arm and asked what I was doing.

5

Exhibit 74
Page 1490
Lucas R._Experts_11764
Plaintiff's Confidential
Personal Information/Confidential

Another staff member that speaks Spanish came up to us and I explained I was just trying to throw away my shoe, but still they grabbed both my arms and twisted them hard again.

22. The next day, on September 25, 2019, there was another misunderstanding when they twisted my arms again and then they threw the handcuffs on me. My arms were hurting and hands were pulling against the handcuffs. They told me they were trying to help me but I yelled at them, how could they be helping me?

23. The day after that, I was told that someone had filed charges against me again in criminal court. They told me it was for throwing water and urine at the guards and the orange too. I had to go back to criminal court again, but this time my public defender had my interests at heart and the charges were dismissed after a restorative justice process.

24. While I was at Homestead, my sister applied to be my sponsor. She filled out all the paperwork, but the government said they wouldn't accept her as my sponsor because we had different last names. Before I could work with the case manager on getting this changed and explained, Homestead closed and I was sent to the staff secure in San Antonio. I started the process again with my sister, but then the issue with the staff member where I was sent to jail happened and I was sent to Yolo. Here at Yolo, I am told that they are working on it, but that it has been delayed because of my behavior. Now they say that all that is left is to put fingerprints and do a home study. They are asking her what kind of disciplinary measures she will implement if I don't want to go to school and other things as well. They also asked her for a backup sponsor because she is in immigration court proceedings; she found one and now we are just waiting on fingerprints and the home study to take place.

25. About two months ago, they started giving me medication. I had never taken medication before until I had come to Yolo. They told me I need the medication to not be aggressive and impulsive; they gave me another for anxiety and two other for sleeping and my stomach. Now I'm only taking the one for impulsivity and to sleep. Since I've been taking them, I've been feeling really strange and without the will to do many things. I want to be taken off of these medications.

6

26. The counselors here tell me that my mother gave them permission over the phone to give me these medications, but I don't know when that happened. I haven't asked my mother about that.

27. I want to leave here as soon as possible, whether that's to be with my sister or to go to a staff secure facility. Everyday I try to write because I want to be a writer. A lot has happened to me and it helps me to write about these things.

28. I swear under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of November, 2019, at Woodland, California.

7

Exhibit 74
Page 1492
Lucas R._Experts_11766

Plaintiff's Confidential
Personal Information/Confidential

## CERTIFICATE OF TRANSLATION

My name is Jonathan Mulligan and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: November 15, 2019

Jonathan Mulligan

8

Exhibit 74
Page 1493
Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11767