# Exhibit 76

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 76
Page 1497

I, █████████████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 16 years old and from Honduras. I have been detained for 8 months and am desperate to get out of detention. I am currently being held in ORR custody detained at the David & Margaret Center and have been here since around February 17, 2018. This is a shelter facility, but I am not free to leave. Prior to this, I was detained at the Shiloh Residential Treatment Center in Texas. Shiloh was a locked facility with 24-hour surveillance and monitoring. I was transfered from Shiloh to David & Margaret because they said I was getting better.

3. My sister, █████████, who is 31 or 32 years old, lives in Minnesota, but ORR told me I couldn't live with her. I don't fully understand why ORR won't let me live with my sister, but I think it is because ORR thinks she doesn't have enough money. I would prefer to live with my sister or family over foster care, and I believe even poor families have the right to live together. ████ and I lived in Honduras for 15 years, and I consider her like a second mother.

4. ORR is still giving me medication for depression and anxiety. I receive 3 pills a day.

5. I have met with a lawyer here in La Verne, California at the David & Margaret Shelter, but not sure what her name is. I haven't been told by her that she is helping me with my release or to secure any immigration defense. I don't remember any lawyer helping me during the transfer or helping me get released. I would very much like for a lawyer to help me get released to my sister and to help me if ORR wants to send me back to Shiloh or some other place that is not a shelter.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11 day of May, 2018, at La Verne, California.

## CERTIFICATE OF TRANSLATION

My name is _Holly Cooper_ and I swear that I am proficient in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: May 11, 2018

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 76
Page 1499
Lucas R._Experts_11553