# Exhibit 77

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 77
Page 1500

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I came to the United States from Guatemala over a year ago. When I arrived at the border, I was taken to a Southwest Key shelter in Brownsville, Texas, where I was detained for about seven months. I have now been living at Shiloh for seven months.

3. One day, the staff at the Southwest Key shelter said that they were taking me to a new place in Texas because I was hurting myself. I was sad because I didn't want to leave. I had friends in Southwest Key, and I had gotten used to being there. The staff told me that I had to leave because they could not help me. One morning, the staff woke me up around 3:00 a.m. and took me to Shiloh. They had not told me the night before that I would be leaving that morning.

4. I want to live with my mom. She lives in Indiana and applied to be my sponsor when I was detained in the shelter. My mom has done everything the government has asked her to do. She has had two home studies, and has received a positive recommendation both times. I guess the first home study expired. My case manager has told me that they are waiting on the fingerprints for my twenty-year-old brother to clear because he lives with my mother. It has been a month since they had the fingerprinting done. I am not sure why they didn't do my brother's fingerprints sooner.

5. I speak on the phone twice a week with my mom. These phone calls are not in private; my case manager is in the room. My case manager doesn't give me the choice to speak to my mom in private, which I would prefer. I don't think any kids here are having private phone conversations.

6. At Shiloh, I take three medications in the morning, one at noon, and three at night. One in the morning is for anxiety and one at night is to help me sleep, but I don't know what the others are for. I have been told that the medications are supposed to help me,

1

Exhibit 77
Page 1501
Lucas R._Experts_11647

Plaintiff's Confidential
Personal Information/Confidential

but I don't remember why. My stomach hurts almost every day. I don't know if it is related to the medication. I also think the medication makes me feel tired and unmotivated. As far as I know, my mom has not given permission for me to take the medication. If I were able to live with my mom and not have to take the medications any more, I wouldn't take them.

7. I used to see the psychiatrist, Dr. Ruiz, every week, but now I see him once a month. A couple weeks ago, the doctor told me that I was dropping to a lower level and that I was ready to be released. The doctor has told me that as soon as my brother's fingerprints clear, he will give his permission for me to leave. But I don't know when my brother's fingerprints will be ready. I know that many other youth are also here because they are waiting on fingerprints.

8. Since July 30, 2018, I have not received a psychiatric evaluation to determine whether I am a risk to myself or others. I do not believe I am either. It has been a long time since I felt like I wanted to hurt myself, and more than two months since I cut myself.

9. I am ready to live with my mom right now. I miss her very much, and I know I would be happier and healthier if I lived with her. I love school, and look forward to studying a lot. I would like to be a doctor. I want to help my mom so that she doesn't have to work so hard.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of October, 2018, at Manvel, Texas.



Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11648

# CERTIFICATE OF TRANSLATION

I, __KARINA MARQUEZ__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ███████████ in its entirety in Spanish on __10-18-18__.

Karina Marquez

3

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 77
Page 1503
Lucas R._Experts_11649