# Exhibit 78

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 78
Page 1504

I, ████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 14 years old and am currently detained at Shiloh Residential Treatment Center, where I have been locked up since early June 2018.

3. I came to the United States from Mexico in April 2018 with my siblings. When I arrived at the border, I was taken to a Southwest Key shelter in Arizona, where I was detained for about two months.

4. One day, the staff at the shelter said that they were taking me to a new place in Texas. I was sad because I didn't want to leave. I had friends in Southwest Key, and I had gotten used to being there. My case manager and counselor just told me that I had to leave. The staff woke me up around 3:00am one morning and took me to Shiloh.

5. I want to live with my mom and dad. They live in California and applied to be my sponsor when I was still detained in the shelter. We speak on the phone twice a week and we get along really well. These phone calls are not in private; my case manager sits in the room with me. My parents have done everything the government has asked them to. They had a home study before I arrived at Shiloh, and they received a positive recommendation. I remain locked up at Shiloh because my case manager says that the doctor has to approve my release. I don't know when the doctor will let me leave. My siblings already live with my parents, and I want to be released so we can all be reunited.

6. At the shelter and at Shiloh, I take one medication. I don't know what it's called or what it's for. I think it might be for anxiety, but I'm not sure. The medication makes me feel tired. As far as I know, my parents have not given permission for me to take the medication.

7. Since July 30, 2018, I have not received a psychiatric evaluation to determine whether I am dangerous.

Plaintiff's Confidential
Personal Information/Confidential

8. I liked the shelter much more than Shiloh. I liked the staff, my case manager, my counselor. They were funny and tell me jokes. They were nice and gave me good advice. I could go outside more often; we would go on field trips. There were more activities and classes; for example, I could take classes to learn English. At Shiloh, the classes are only okay. I was a lot happier at the shelter.

9. I am ready to live with my parents and siblings right now. I miss them very much, and I know I would be happier and healthier if I lived with them.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of August, 2018, at Manvel, Texas.



Plaintiff's Confidential
Personal Information/Confidential

Exhibit 78
Page 1506
Lucas R._Experts_11601

# CERTIFICATE OF TRANSLATION

I, __Lexie Villa_____, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▮▮▮▮▮▮▮▮▮▮ in its entirety in Spanish on __August 24, 2018__.

*Lexie V. Villa* (signature)

Lexie Villa

3

Exhibit 78
Page 1507

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11602