# Exhibit 79

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 79
Page 1508

I, ▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I turn 18 on ▮▮▮▮ 2019. I came to the United States from Mexico in July 2018. When I arrived at the border, I spent four months living homeless in Texas. One day, I made a mistake, and the police found me and asked me for my identification documents. When the police found out that I did not have any documentation, they picked me up, and I eventually arrived at a BCFS shelter in Texas, where I remained for approximately four months. I am currently detained at MercyFirst RTC in Syosset, New York, where I have been for approximately three months.

## Transfer to MercyFirst RTC

3. I was told that I was transferred from the BCFS shelter to MercyFirst RTC because I behaved badly. I broke a lot of glass, such as windows and picture frames. I would cut myself with the broken glass. One of the reasons I cut myself is because I was angry that the staff at BCFS would not let me live with my family. I remember my clinician at the shelter showed me a written document that explained that I was being transferred to a different facility because I had various mental traumas.

4. I did not want to leave the shelter. Two police officers came and physically forced me to leave. I felt terrible. I told the shelter supervisor that I did not want to come here, but they said that I had to come because it was a treatment center. I was not given an opportunity to appeal or dispute the reasons for my transfer to MercyFirst RTC.

## Mental Health Services

5. I was not treated well at the BCFS shelter, and the staff at MercyFirst RTC treat me even worse.

1

Exhibit 79
Page 1509
Lucas R._Experts_11772

Plaintiff's Confidential
Personal Information/Confidential

6. At MercyFirst RTC, there are too many restrictive and unfair rules. There is a three-strike system – after your third strike, you are no longer allowed to participate in field trips or activities, and you have to go to bed earlier than your peers.

7. All of my teachers yell at me all the time and treat me like a dog. It makes me feel terrible. Sometimes I fear that my teacher is going to hit me. I worry about how I might respond if my teacher actually hit me.

8. Every school day, three other staff members join my teacher in class. The staff enforce the class homework policies, and they give me a score of zero on assignments that I fail to complete in English. I feel nervous about writing or speaking English because I don't want to embarrass myself. One staff member noticed that I was submitting assignments in Spanish instead of English, and she asked, "Why did you come to the U.S. if you won't learn English? It's the country's native language." I feel like I'm being discriminated against because I don't speak English. The staff don't offer to help me understand any of the lessons.

9. If you behave very poorly at MercyFirst RTC, you could be sent to the psychiatric hospital, and those hospital trips can have a negative consequence on your case. For example, if they take me to the hospital, then I won't be able to leave the RTC program and transfer to some kind of foster care program. The foster care program is so much better because the young people have a lot more independence and freedom. I have been to the psychiatric hospital about six times. My longest stay in the hospital was about one month; I don't remember how short my shortest stay was. The longest a kid can stay at the hospital is roughly two months.

10. One time, I was in the psychiatric hospital, and I was supposed to return to MercyFirst, but the doctor at the hospital told me that there was an insufficient number of staff at the RTC facility at the time, so I had to stay at the hospital for a longer period of time.

11. At BCFS, I took one psychotropic medication. I believe it was supposed to help me think positively and calm down.

Plaintiff's Confidential
Personal Information/Confidential

12. At MercyFirst, I also take one psychotropic medication, but it is different than the one I took at BCFS. My psychiatrist told me that the medication is intended to address my mental health needs. I am so tired of taking this medication. The medication makes me feel weird and very tired. I have told my clinician, doctor, and the supervising staff of my living unit that I do not want to take the medication. All three staff members have explained to me that I need to take the medication because the medication is a requirement of the RTC program, and I would get in trouble if I refused to take the medication.

13. My family knows that I take the medication; I know this because I heard the supervising staff of my living unit speak to my family about the medication. My family does not want me to take the medication. None of my family members ever consented for me to take the medication. I am old enough to decide whether I should take medication or not. I don't think that I need to take the medication.

14. At the BCFS shelter, I met with my clinician once a week, and we talked about my wellbeing. At MercyFirst, I also meet with a counselor, and we have similar conversations as the ones I had at BCFS. At BCFS, whenever I wanted to speak with a counselor, I could. At MercyFirst, when I want to see my counselor, my counselor does not seem to want to meet with me. She seems to only want to meet with me when I don't want to meet with her.

15. I would probably feel a little better at MercyFirst if the staff stopped yelling at me all time. If the staff didn't make the rules so strict, and if I didn't have to keep taking the medicine, I would feel a little bit healthier and happier. This place makes me so angry.

16. When I came to the U.S., I thought that I would be free. I have never been incarcerated like this in my life. I'm not allowed to use the phone or the computer. If it were up to me, I would live in a place where I can be free. I want my freedom so badly. I want to go to school and work and have a life outside of this facility. I don't want to spend my entire life confined. I felt anxious in the BCFS shelter, and I continue to feel anxious here.

Plaintiff's Confidential Personal Information/Confidential

Exhibit 79
Page 1511
Lucas R._Experts_11774

17. I know that the staff, and maybe some of my peers, think that I'm crazy. I feel like I'm discriminated against because people here think that I am a crazy. I have heard staff talk to my peers about me; the staff say, "Don't act like ▓▓▓. He's a bad kid." All of this makes me feel terrible. No one should say those things about anyone else.

Sponsorship Process

18. Originally, my uncle considered sponsoring me, but he told me that he needed to stop participating in the application process because his wife did not want to complete certain paperwork; she is afraid that if she participates in the reunification process that she will be deported.

19. I don't have any other family in the United States.

20. I would like to try to be accepted into a foster care program. My case worker and my lawyer from Catholic Charities have been working with me on this. I think that we have submitted my application, and we are waiting to hear back from the foster care program.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of September, 2019, at Syosset, New York.

Plaintiff's Confidential
Personal Information/Confidential

## CERTIFICATE OF TRANSLATION

I, _Glykeria Tsiokanou_, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▮▮▮▮▮▮ in its entirety in Spanish on September 25, 2019.

_[signature]_

Glykeria Tsiokanou

5

Exhibit 79
Page 1513
Lucas R._Experts_11776

Plaintiff's Confidential
Personal Information/Confidential