# Exhibit 81

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 81
Page 1519

I, ▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 12 years old. In February 2018, I came to the United States from Guatemala by myself.

3. When I got to the border, I was taken to a shelter in Arizona, where I was detained for three months.

4. At the shelter, I took one pill in the morning and two pills at night. I think they were supposed to help with anxiety and sleeping. The doctor said I had to take the pill in the morning so I wouldn't be so emotional. I told the staff that I didn't want to take the medication, but they told me that I had to, that the medication was important for me. I refused to take the medication two or three times, and I think it probably hurt my case.

5. I was unhappy at the shelter. My case was getting complicated, and I was upset. I didn't want to be detained. I told a staff member that I was thinking of hurting myself, and the staff member told his supervisor. They sent me to a hospital. The staff at the hospital told me that I was going to be taken to a new detention center in Texas. I told my case worker that I didn't want to leave, but my case worker said that someone else had already approved the transfer and I had to go. The day of the transfer, I was woken up at 1:00am and brought to Shiloh.

6. At Shiloh, I take two pills: one in the morning and one a night. I think one is supposed to help with anxiety and the other is supposed to help me sleep. As far as I know, the staff never asked my family for permission to give me the medication. If I didn't have to take the medication in order to be released, I wouldn't. I don't feel like I need the medication.

7. I liked the shelter better than Shiloh. There were more activities at the shelter. We were allowed to go in and out to the patio, and we took classes to learn how to speak English. I had more freedom at the shelter.

1

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 81
Page 1520
Lucas R._Experts_11562

8. I want to live with my brother. He lives in California and applied to be my sponsor when I was at the shelter. We speak to each over the phone once or twice a week. He moved to a new place so that he could qualify to be my sponsor. My case manager says that my brother has sent all the paperwork that he has been asked to. About two or three weeks ago, the staff told me that I have to be at Shiloh for about two or three more months before I can be transferred to a different detention center or be released to live with my brother. The staff say my release depends on my behavior and the medications I'm taking. They tell me that I need to take the medication when I'm asked to. I don't know why my release depends on my behavior – I don't misbehave or get in trouble.

9. Before my brother applied to be my sponsor, my sister applied. She lives in California and received a negative home study. I'm not exactly sure why the home study was negative. I think it might be because when the government official came to conduct the home study, my sister had visitors at her house, and the official thought that they were living with my sister. For this reason, I think my sister was denied the ability to be my sponsor.

10. I don't want to be at Shiloh anymore. If I could leave Shiloh tomorrow to live with my brother, I would.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 8th day of June, 2018, at Manvel, Texas.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11563

## CERTIFICATE OF TRANSLATION

I, __Karina Marquez__, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to █████████ in its entirety in Spanish on __June 8, 2018__.

_Karina Marquez_ (signature)
Karina Marquez

Plaintiff's Confidential
Personal Information/Confidential