# Exhibit 82

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 82
Page 1523

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and I was born on ▮▮▮ 2000 in Agua Blanca, Jutiapa, Guatemala. I speak Spanish and am unable to fluently speak, or read English. I began my journey to the United States around January 6, 2016 to escape child abuse, forced child labor, and forced recruitment from gangs in Guatemala. I was only 15 years old when I began my journey. My father severely beat me from the time that I was a young child, and I wanted to find safety, hope, and a new life in the United States. The journey up through Mexico took about 10 days. I traveled on buses all the way to the U.S. border. I was scared, but I hoped to seek safety and a better life in the U.S.

3. On January 16, 2016, the U.S. Border Patrol apprehended me as I crossed the Rio Grande along the Texas border. I spent one night in the custody of Border Patrol (CBP). The following day, the Office of Refugee Resettlement ("ORR") picked me up in Houston, Texas. I was detained in a place called "Southwest Key," which is located in Houston, Texas.

4. I have been in custody for almost two years. During that time I have been forced to take medication that I do not want to take, handcuffed, and experienced long delays in the reunification process.

**Southwest Key**

5. I spent approximately 6 months at Southwest Key. This was the first time in my life I was ever detained. It was a completely new experience. I felt so desperate to get out. I could not sleep at night because I thought about getting out, and I thought about my family and how they were doing. After approximately 1 month of detention, I spoke with my brother and told him that I was going to ask for deportation because I was desperate to get out of detention. My brother told me to stay strong and that the process is not easy

1

to get out of detention. I took my brother's advice to heart. I decided to stay and fight for my case.

6. On ████ 2016, I had my birthday in the detention center. It was very sad to be alone. Some of my family called me from Guatemala and sang to me for my birthday. I wanted so bad to cry but the Southwest Key staff was watching me on the phone and I tried to hold back my tears.

7. Around May 2016, a counselor informed me that my mother was seriously sick back in Guatemala. Because my mom has cholesterol and heart problems I believed that my mom suffered a heart attack. In reaction to the news, I fainted and had a breakdown, to the point where I urinated on myself. I became conscious at a hospital and did not have any idea how I got there. At the hospital, a staff person from Southwest Key told me that my reaction to my mom's illness was not normal. When she said my reaction was not normal I felt confused. I was worried about my mom. I asked her to not tell my mom about my hospitalization because I was afraid that the news would worsen my mother's illness. Someone told my mom that I was hospitalized and I talked with her over the phone. My mom cried during our phone call.

8. A Southwest Key staff member stayed with me at the hospital day and night. The Southwest Key staff member translated for the doctor. Unfortunately, I do not recall what the doctor told me. I felt scared and confused because I did not understand what was happening to me. I spent approximately one week at the hospital, which was located in Texas. My blood pressure was checked and I was connected to an IV drip - which I was told contained a saline solution. I recall seeing the hospital staff inject substances into the IV drip but I didn't know what they were.

9. I was placed in a wheelchair and transferred to another location by ambulance. A Southwest Key staff member was with me and I asked them why I was being transferred but the person told me they didn't know why I was being transferred. There were American children and I saw many with cuts on their wrists. I was sad because this was

Plaintiff's Confidential
Personal Information/Confidential

Exhibit 82
Page 1525
Lucas R._Experts_11604

the first time I was detained and surrounded by strangers. I missed my family. I usually sat on the sofa and listened to the radio. I could not tell if it was night or day.

10. I asked the staff at the psychiatry center why I was moved there, but they did not give me an answer. Instead they told me that I was at a psychiatry hospital. My case manager, Pedro, informed me that I would return to Southwest Key. Instead, I was taken to Shiloh in the city of Manvel, in Texas. I later learned that Shiloh is a residential treatment center.

**Shiloh**

11. I hated being at Shiloh, it was an awful place. I wanted to return to Southwest Key. Instead, I remained at Shiloh for approximately 6 months and there I became more depressed and anxious. I was forced to take medication that I did not want to take. The staff was very aggressive. On one of the most awful occasions, they threw me down to the ground, held me down for approximately 30 minutes, and injured my elbow.

12. When I arrived at Shiloh I was told to sign a document. No one explained the document and I did not understand what I signed.

13. Shiloh was different from Southwest Key, because it seemed like it was just kids who were being medicated. It included houses for males and females. Each house had 4 rooms; each room had approximately 8 beds. All the children at Shiloh received medication. All of us were angry because the staff forced us to take medication.

14. We were told that the medication consisted of vitamins and that we had to take them in order to grow. Staff said that we would not develop normally if we did not take them.

15. In my case, I was forced to take medication twice a day – in the morning and in the afternoon. Most days I received 4 pills and sometimes more. The staff threatened to throw me on the ground and force me to take the medication. I also saw staff throw another youth to the ground, pry his mouth open and force him to take the medicine.

16. They told me that if I did not take the medicine I could not leave, that the only way I could get out of Shiloh was if I took the pills. I only took the medication because I

Plaintiff's Confidential
Personal Information/Confidential

wanted to leave the facility. I understood them to mean that I may be detained there forever if I didn't obey them. I never knew exactly what the pills were and was only told they were "vitamins" but I was sure this was not true.

17. My throat hurt from the daily intake of pills. On one occasion, I refused to take the daily dose of medication. That day, the staff forced my mouth open to get me to take the medication. On other occasions, the staff indicated that if I did not take the medication, they would force my mouth open like they did that time. I felt like I had no one to help me and no option but to take the daily medication.

18. After taking the medication, I was more tired, I felt sad and my eyes got teary. I thought more about my family and I felt alone. I felt depressed and stressed. I began to gain a lot of weight. At the beginning of my stay in Shiloh, I weighed 140 pounds. In approximately 60 days, I gained 45 pounds. I noticed that my shirts were tighter. In an attempt to lose weight, I ran frequently. However, that did not help and it is my belief that the medication I was being given caused my drastic weight gain.

19. I talked to a clinician at Shiloh about my feelings of sadness but she did not help. When I asked her why I was being forced to take the medication, she said that she could not answer my questions because she was not a doctor.

20. About once a week a doctor came to Shiloh. I tried to ask him why I was being forced to take the medications but he would ignore my questions ask to move on to the next youth he needed to meet with. I wasn't told of any way that I could challenge the decision to be on the medications. As far as I know, no judge or anyone else ever reviewed the decision to have me on the medications.

21. Even outside of forcing us to take medication, the staff at Shiloh was very aggressive. For example, there was one staff person in particular who forcibly denied us access to water. There was water located in the living room and the staff person would not allow us to go there; he said we had to stay up front where we could be seen. If we attempted to leave the area to go and get water, the staff person pushed us.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11606

22. On one occasion, I was inside my room and I wanted water. The water was located outside my room so I asked a staff member if I could go get some water but he said no. I attempted to leave my room three times. Each time he pushed me back inside my room. The third time I held my ground and in response he grabbed me, threw me on the ground, and held me down. While he held me down another staff member came and he put his foot on my face. When the first staff member threw me on the ground I scrapped my elbow very badly and bled a lot. The staff members called a nurse so that she could inject me, because according to them, I needed to calm down. The nurse arrived thirty minutes later and during that time I was held down. After she injected me, I didn't receive treatment for my elbow. After I was injected I went to the bathroom. A staff member pushed the bathroom door open and as I quickly pulled my pants up I hit my elbow on the door. This aggravated my injury. The injury on my elbow left a scar, and whenever I see it, the scar reminds me of this incident.

23. Another example of the aggressiveness of the staff members occurred when a phone call I had with my parents went over my allotted time. I think the phone call went over my allotted time for about 3 minutes. A staff member told me to hang up the phone. The staff member grabbed the phone so roughly that the phone broke.

24. I even saw a staff member once push a 12-year-old so hard that the plaster on the walls cracked. That happened on the last day that the 12-year-old was at Shiloh. I washed a power drink bottle and used it to hold water. The 12-year-old was asking for water so I gave him my bottle.

25. In addition, the Shiloh staff used crude and offensive language when they addressed me and the other children. The staff said to us "fuck you bitch." The staff told me that they would marry my mother and have sexual relations with her. One of these occasions occurred when I found out my mother was ill. I became angry because of the emotions I was feeling from my mother's illness and confronted the staff.

Exhibit 82
Page 1528
Plaintiff's Confidential
Personal Information/Confidential
Lucas R._Experts_11607

26. I had many concerns and complaints against staff at Shiloh but I was not aware of a mechanism, such as a confidential locked box, at Shiloh for us to file complaints against the staff.

**Yolo**

27. I arrived at the Yolo County Juvenile Detention Center in December 2016 and have been detained here ever since. It has been 11 months of misery. My experience at Yolo County Detention Center is even worse than Shiloh. Yolo County Detention is a juvenile jail where we are kept in cells, forced to wear uniforms and treated like criminals. The detention center makes me feel like an animal.

28. The conditions at the detention center are terrible. The food is bad and it is not uncommon to find hair in the food. When we take showers, the water runs too hot and burns us. If we run out of toilet paper and request more, the staff frequently ignores us or takes a couple of hours to give us the toilet paper. If we request medication for headaches, or other injuries, we are ignored.

29. I sleep in a locked jail cell. The beds are thin mattresses on top of a block of cement and we don't get pillows. I have a make-shift pillow that I make out of my sweaters or other clothes. When I am sitting at the tables in the common areas I am required to ask permission before I can stand up.

30. We are allowed outside to see the sun one hour per day, in the morning from approximately 8:00 a.m. to 9:00 a.m. The teachers arrive around 12:15 p.m. School is then in session until approximately 3:00 p.m. Then we spend about half an hour in our rooms until dinner. There is a recess that is supposed to occur at 6:15 p.m, however, frequently the recess is pushed until 7:30 p.m. or 8:00 p.m. The guards rob us of our recess time.

31. The guards also push us, pepper spray us, and place the handcuffs excessively tight – to the point that wrist injuries frequently occur. If we do not want to go into our rooms, the guards push us into our rooms. I asked the guards why they use pepper spray and I was told that it is for their protection. Although the guards have not used pepper spray on

Plaintiff's Confidential
Personal Information/Confidential

me, the other children that experienced it tell me that they would rather die than experience the burning in their eyes. I live in constant fear that I will be pepper sprayed, especially because I saw the severe effect it has on other children at the detention center.

32. On three different occasions, the guards handcuffed me. My hands were handcuffed behind my back. The guards pushed me down without the opportunity to break my fall. On one occasion, I asked for water. I stretched my leg and the guard pushed me. I banged my head on my way down to the ground. On a different occasion the guards injured my elbow and then handcuffed me despite my injury. I have a scar from this incident and whenever I see it, the scar reminds me of the incident.

33. I and the other children are given $25 per week to place phone calls. I use my allotted money to speak with my brother and my mother. The phone calls are extremely important to me because I derive my strength from my family. I want to eventually work and help my mom.

34. When I speak with my brother on the phone I feel comfortable telling him about my detention conditions. Usually I can only call my brother at 8:00 p.m., however, because my brother is in New York, that is 11:00 p.m. for my brother. I feel bad when I call my brother at 8:00 p.m. because my brother wakes up early to go to work. I asked the guards if I can call my brother at an earlier time, but the guards have not accommodated me.

35. In contrast, when I speak with my mother I am both happy and sad. I am happy to speak with her because my mother raised me and so I feel more trust with her. I feel sad because I miss her. I do not tell her about my detention conditions. I lie to my mother and tell her that everything is okay because I do not want to worry her. My mother always cries and tells me that she does not believe me. I want to work and in turn help my mother. My dream is to study and become an attorney. I want to help children that are also in juvenile detention.

36. In ■■■ 2017, I turned 17 years of age. It was my second birthday that I celebrated while in detention. I mentioned in passing my birthday to a friend that is also detained

Plaintiff's Confidential
Personal Information/Confidential

with me. My friend remembered my birthday and told the teacher. To celebrate my birthday my teacher then brought pizza for everyone. I received two slices of pizza and everyone else received one slice of pizza. I thanked my teacher, especially because not everyone would do something like this for me. I was also happy because I had not had pizza in a long time. Although the pizza and celebration was nice, it was still hard for me to have another birthday away from my family.

37. The guards frequently yell "cover" which indicates to the rest of us that we have to get on the ground face down with our hands on our heads. The number of times the guards yell "cover" varies on each day, and there were times when the guards yelled "cover" twice in one day.

38. One "cover" incident occurred in the last week of August 2017. The guards also use the chokehold on one of the children. The other children and I laid on the floor face down. We complained, but we could not do much because we feared the use of pepper spray. The guards stated that the use of the chokehold was to keep the child calm.

39. I witnessed another scary "cover" incident that occurred in first week of September 2017. A child was getting books when the guard asked the child to go to his room. The incident escalated to the point that the child received injuries on his elbow and on one of his eyes. The rest of us heard the screams of the child. This incident contributed to my fear and the feeling that I will also be thrown down and that the guards will use force against me.

<u>Court Process</u>

40. Throughout the 6 months that I spent at Southwest Key, I never saw a judge. I was not permitted to attend the one hearing I did have, scheduled for May 23, 2016, because I was hospitalized after my counselor informed me that my mom was seriously ill. My hearing was then rescheduled for approximately 3 months later. Although I entered into ORR custody in January 2016, it was not until August 2016 – after approximately seven months of detention passed – that I first saw an immigration judge.

Plaintiff's Confidential
Personal Information/Confidential

41. Although I told the Yolo County Juvenile Detention Center staff that I wanted to see a judge, it was not until after I spent approximately 3 months at the detention center that I appeared before an Immigration Judge in San Francisco. So, since the Border Patrol apprehended me in January 2016, I appeared before an Immigration Judge a handful of times.

42. While I have been detained at Yolo County Juvenile detention center, the ORR has not provided me with the opportunity to review my detention classifications every 30 days as provided by law and they have not allowed my lawyer to participate. At the beginning of my detention, I went two months without a report. I speak with my ORR case manager about why I am here, but I have never gone to a more formal proceeding regarding my detention classification. I have never been told why I am here, had a chance to present any evidence on why I should not be here, or been given any notice of any classification review. Any 30-day review afforded on the basis of Flores Settlement or law has not and is not provided in any way, shape, or form to me.

43. In total, my detention constitutes approximately 1 year and 11 months. During that time: I appeared before an Immigration Judge a handful of times, I had 3 attorneys, I celebrated two birthdays and one Christmas away from my family.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13 day of November, 2017, at Woodland, California.

Plaintiff's Confidential
Personal Information/Confidential

# CERTIFICATE OF TRANSLATION

I, Gladys Hernandez, certify that I am fluent in the Spanish and English languages and hereby certify that the above information is a true, complete and accurate translation of ▬▬▬▬▬▬▬▬▬▬ Declaration.

Dated: 11/13/2017

Gladys Hernandez

Exhibit 82
Page 1533
Lucas R._Experts_11612
Plaintiff's Confidential Personal Information/Confidential