# Exhibit 94

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 94
Page 1747

**From:** Ray, Faith (ACF)
**Sent:** Tuesday, December 18, 2018 9:08:57 AM
**To:** Fink, David (ACF)
**Subject:** FW: Weekly Secure Placements Review

Hi David,

Looping you in on this thread about a case at Yolo where mechanical restraints and OC spray were used on a minor.

Best,
Faith

---

**From:** Ray, Faith (ACF)
**Sent:** Tuesday, December 18, 2018 9:08 AM
**To:** ███████ (ACF) ███████████████████; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>
**Cc:** ███████ (ACF) (CTR) ███████████
**Subject:** RE: Weekly Secure Placements Review

Hi ███

[redacted]

Faith

---

**From:** ███████ (ACF) <███████████████>
**Sent:** Monday, December 17, 2018 4:49 PM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Cc:** ███████ (ACF) (CTR) <███████████>
**Subject:** RE: Weekly Secure Placements Review

███, Marivic, Kirsten, and Emma.

[redacted]

---

**From:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Sent:** Monday, December 17, 2018 3:59 PM
**To:** ███████ (ACF) ███████████████; Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Cc:** ███████ (ACF) (CTR) ███████████
**Subject:** RE: Weekly Secure Placements Review

███ who else is on the ART?

Exhibit 94
Page 1748

Toby R. M. Biswas, ESQ.
Unaccompanied Alien Children Policy Supervisor

U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures

(202) 205-4440 (O)
(301) 356-5470 (C)
(202) 401-1022 (F)

---

**From:** ▓▓▓▓▓▓▓ (ACF) ▓▓▓▓▓▓▓
**Sent:** Monday, December 17, 2018 3:31 PM
**To:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** ▓▓▓▓▓▓▓ (ACF) (CTR) <▓▓▓▓▓▓▓>
**Subject:** RE: Weekly Secure Placements Review

Hi Sara,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks,
▓▓▓

---

**From:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>
**Sent:** Monday, December 17, 2018 3:24 PM
**To:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; ▓▓▓▓▓▓▓ (ACF) <▓▓▓▓▓▓▓>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** ▓▓▓▓▓▓▓ (ACF) (CTR) <▓▓▓▓▓▓▓>
**Subject:** RE: Weekly Secure Placements Review

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

If so, how do I do that?

Sara Moomaw
Director, Division of Budget and Data Analysis
Acting Director, Division of Policy and Procedures
Office of Refugee Resettlement
Administration for Children and Families
U.S. Department of Health and Human Services
(202) 401-4656

Exhibit 94
Page 1749

Confidential - Subject to Protective Order

GOV-00021882

(202) 875-1980 (mobile)
sara.moomaw@acf.hhs.gov
www.acf.hhs.gov

*Deliberative and pre-decisional communication*

---

**From:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Sent:** Monday, December 17, 2018 3:20 PM
**To:** ▮▮▮▮ (ACF) <▮▮▮▮>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; ▮▮▮▮ (ACF) (CTR) <▮▮▮▮>
**Subject:** RE: Weekly Secure Placements Review

Hi ▮▮▮,

The A# for the youth is: ▮▮▮▮. At the time of my weekly review for placement compliance in secure facilities last week, this case did not have a NOP nor other documentation to support his placement in the secure facility (note that I just re-checked his file today and there is now a NOP for him). During my review last week, I read through the **UAC Case Review** notes to try to find any information on why he was placed at Yolo, and that's where I came across this sentence: 11.29.18 – "Youth was involved in a code where mechanical restraints and OC spray was used," in the medical notes.

Thanks for looking into this.

Faith

---

**From:** ▮▮▮▮ (ACF) <▮▮▮▮>
**Sent:** Monday, December 17, 2018 2:08 PM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Cc:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; ▮▮▮▮ (ACF) (CTR) <▮▮▮▮>
**Subject:** RE: Weekly Secure Placements Review

Thanks, Toby. You're right that this would fall under the ART.

Faith, can you send me the information so we can take a look?

---

**From:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Sent:** Monday, December 17, 2018 2:03 PM
**To:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Cc:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; ▮▮▮▮ (ACF) (CTR) <▮▮▮▮>; ▮▮▮▮ (ACF) <▮▮▮▮>
**Subject:** RE: Weekly Secure Placements Review

Thanks Faith. I missed this (sorry Friday was crazy ▮▮▮▮

As for your concern regarding the use of pepper spray. ORR's restraints policy generally applies to RTCs and when ORR care providers are ordered by an immigration court or DHS to restrain a child during proceedings. ▮▮▮▮

Exhibit 94
Page 1750

Abuse Review Team

Thanks,
Toby

Toby R. M. Biswas, ESQ.
Unaccompanied Alien Children Policy Supervisor

U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures

(202) 205-4440 (O)
(301) 356-5470 (C)
(202) 401-1022 (F)

---

**From:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Sent:** Friday, December 14, 2018 10:48 AM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** Moomaw, Sara (ACF) <Sara.Moomaw@ACF.hhs.gov>; ▮▮▮▮▮ (ACF) (CTR) <▮▮▮▮▮>
**Subject:** Weekly Secure Placements Review

Hi Toby,

Attached is the tracker for the Flores compliance review of secure facilities, for the week of 12/10/18. This update represents the weekly review of _placement_ criteria (first tab only in spreadsheet); there are **19 non-compliant cases**, out of 35. (Note that there are 18 cases out of 35 that are not compliant with the Notice of Placement requirement; some of these cases overlap.)

There are a few issues I want to bring to your attention:

- Some minors have been in secure for more than a month without receiving their first Notice of Placement.
- A few minors were placed in secure and did not meet the criteria for such placement.
- Some minors are eligible for transfer, but there is no updated documentation as to why they continue to remain in secure.
- One child entered Yolo on 11/03/18 and there is still no NOP as to why he's there. I looked through the limited documentation that available on him in the Portal to see if I could find out the basis for placement in secure. There is not enough information to support this placement, but more concerning is that I found, buried in the medical notes in the Case Review, is a reference to staff using OC spray (pepper spray) on him on 11/29/18.

I've encrypted the spreadsheet w▮▮▮▮▮

**Exhibit 94**
**Page 1751**

Confidential - Subject to Protective Order

GOV-00021884

Thanks,
Faith

<< File: 11.14.18 COPY Compliance Review_Secure_Staff Secure_RTC Populations.xlsx >>

Faith Ray, Program Analyst
*On detail with ORR Division of Policy & Procedures*
Office of Refugee Resettlement | Administration for Children & Families
330 C Street SW, Room 5123 | Washington DC 20201
Direct: 202.205.3982

Exhibit 94
Page 1752

Confidential - Subject to Protective Order    GOV-00021885