# Exhibit 95

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 95
Page 1753

| | |
|---|---|
| From: | Biswas, Toby R M (ACF) |
| Sent: | Tuesday, February 12, 2019 11:51:27 AM |
| To: | Fink, David (ACF); Ray, Faith (ACF); ▮▮▮▮ (ACF) (CTR) |
| Subject: | RE: out of network |

David:

See MAP section 1.4.6 which explains the procedures for administering and documenting the *NOP* in the case of out-of-network (TAR based) placements. We have not addressed COV as it relates to out-of-network placements but I would advise filing a COV in the jurisdiction where the out-of-network placement is.

Thanks,
Toby

Toby R. M. Biswas, ESQ.
Unaccompanied Alien Children Policy Supervisor

U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures

(202) 205-4440 (O)
(301) 356-5470 (C)
(202) 401-1022 (F)

---

**From:** Fink, David (ACF) <David.Fink@acf.hhs.gov>
**Sent:** Tuesday, February 12, 2019 10:52 AM
**To:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; ▮▮▮▮ (ACF) (CTR) <▮▮▮▮>
**Cc:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Subject:** FW: out of network

Morning,

See below. Can you provide me feedback? I'm assuming if we go out of network, we would have to change venue and that the NOP would have to confirm the minor is out of network, correct?

David Fink
Federal Field Specialist Supervisor
U.S. Department of Health and Human Services
Administration of Children and Families
Office of Refugee Resettlement
Division of Unaccompanined Children Operations
Atlanta, Ga
David.Fink@acf.hhs.gov

---

**From:** Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>
**Sent:** Monday, February 11, 2019 10:18 PM
**To:** Fink, David (ACF) <David.Fink@acf.hhs.gov>
**Subject:** out of network

Exhibit 95
Page 1754

Confidential: Subject to Protective Order

GOV-00022879

Hi David,

It was good to see you last week. My jabber is not working again with the new computer. I tried setting it up and it won't allow me to connect.

I have a question about out of network as I am not sure about legal. Elicia reached out.

What happens to the UAC's immigration case and legal service provider when the UAC is out of network in a different state and different venue... Especially, a cat. 4 case?

Also, the NOP and how it this completed?

I know you saw the run away for the recent arrival at Millcreek. Yolo will have to do the SIR and with the portal down, it hasn't been completed. Will you be talking to Acadia about this run away concern?

Thank you,

Debra Thomas
FFS Supervisor
West Coast – CA, OR, WA
Office of Refugee Resettlement
Division of Unaccompanied Children's Operations
202-253-8399
Debra.Thomas@acf.hhs.gov

Exhibit 95
Page 1755

Confidential: Subject to Protective Order

GOV-00022880