# Exhibit 96

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 96
Page 1756

| | |
|---|---|
| From: | Ray, Faith (ACF) |
| Sent: | Friday, January 25, 2019 2:49:12 PM |
| To: | Thomas, Debra (ACF); Smith, Elicia (ACF) |
| CC: | Fink, David (ACF); Biswas, Toby R M (ACF); Miranda-Maese, Aurora (ACF) (CTR); ▮▮▮▮ (ACF) |
| Subject: | RE: Yolo: 1/25/19 Weekly Flores Compliance Review |
| Attachments: | For Yolo_Secure Facilities Flores Compliance 01.14.19 - Copy.pptx |

Hi Debra,

Thank you for your email. And it does sound like there are some significant issues between Yolo and ORR.

A couple of things: One of the purposes of this intensive compliance review process is to determine whether or not the minors in secure actually belong there or not. Based on Policy's findings, Julie is partly correct: some of the minors were inappropriately placed in secure, but others are not.

As for the case manager's role: It's clearly stated in ORR's policy and procedures that the program (case manager) is responsible for filling out the NOP, in coordination with the FFS. But as you know, the FFS does not fill out the NOP herself.

We've discussed with Sarah Viola and the monitoring team the need to issue corrective action(s) to any program that does not come into compliance with the Court order. From the policy perspective, if the internal issues with the Yolo team continue to affect compliance with the Court order, ORR will have to issues corrective actions to them (we are still determining the deadline for the program to come into compliance – I've recommended the beginning of February.)

It's important to continue documenting these issues, via email or notes (noting that we're in a litigation hold), so we can have as full a picture as possible. Don't hesitate to reach out again if you or Elicia need anything from the Flores compliance team (including David Fink).

Attached is the PPT from yesterday to share with Yolo staff.

Best,
Faith


**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201

---

**From:** Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>
**Sent:** Friday, January 25, 2019 2:22 PM
**To:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>
**Cc:** Fink, David (ACF) <David.Fink@acf.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Miranda-Maese,

Exhibit 96
Page 1757

Confidential: Subject to Protective Order

GOV-00023056

Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>; ▓▓▓▓▓ (ACF) <▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** RE: Yolo: 1/25/19 Weekly Flores Compliance Review

Hello,

Thank you for the call yesterday with Yolo.

I think what was not clearly communicated and what remains a major issue is that Yolo does not believe they have to make any placement recommendation. They state they "spoonfeed" Elicia the information for the NOP which is a word Julie has used multiple times in her frustration with the NOP and with ORR. However, Elicia has requested more information as well as what they are recommending for placement, "is this UAC eligible for step down or ready for step down or do they believe he needs to remain in secure". They refuse to provide her this. The case coordinator piece is missing still from this so we are looking at setting up an actual NOP staffing weekly with Yolo to complete it that way, but it seems that Yolo continues to separate themselves from ORR. Julie does not believe the kids belong in secure anyway, which is what Julie stated on the call yesterday with all of us. There are bigger issues here.

▓▓▓, Elicia, and I have a calls scheduled with Yolo regularly and will address these issues.

Yolo is also asking us if we received the PPT from yesterday and would like that from us asap.

Thank you,

Debra Thomas
FFS Supervisor
Western Region (CA, OR, WA)
Office of Refugee Resettlement
Division of Unaccompanied Children's Operations
Debra.Thomas@acf.hhs.gov
202-253-8399

---

**From:** Ray, Faith (ACF)
**Sent:** Friday, January 25, 2019 9:41 AM
**To:** Smith, Elicia (ACF)
**Cc:** Thomas, Debra (ACF); Fink, David (ACF); Biswas, Toby R M (ACF); Miranda-Maese, Aurora (ACF) (CTR); ▓▓▓▓▓ (ACF)
**Subject:** Yolo: 1/25/19 Weekly Flores Compliance Review

Hi Elicia,

Attached is the weekly compliance review for Yolo. There are **five non-compliant cases** in the following areas:

- No 30-day NOP
- No initial NOP
- Not enough documentation in Portal to support secure placement (refer to minors' NOP)

Please communicate with the program about these individual non-compliant cases, so that the case manager can make those corrections.

**Exhibit 96**
**Page 1758**

Confidential: Subject to Protective Order

GOV-00023057

And please let me know if you have any questions.

Thanks,
Faith

<< File: 1.25.19 Yolo Compliance Reivew.xlsx >>

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201

**Exhibit 96**
**Page 1759**

Confidential: Subject to Protective Order

GOV-00023058