# Exhibit 97

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 97
Page 1760

**To:** De LA Cruz, James (ACF)[James.DeLACruz@acf.hhs.gov]; Smith, Elicia (ACF)[Elicia.Smith@acf.hhs.gov]; White, Jonathan (ACF)[Jonathan.White@ACF.hhs.gov]
**From:** ▇▇▇▇▇▇ (ACF)
**Sent:** Sat 4/15/2017 2:43:06 AM
**Subject:** FW: UC RDEC ▇▇

Please see the correspondence below which was received today from URM.

It may provide some additional assistance in the review of this case.

Sincerely,

▇▇▇▇

▇▇▇▇▇

Federal Field Specialist Supervisor, South Texas
HHS ACF ORR DUCO
▇▇▇▇▇▇
▇▇▇▇▇▇@acf.hhs.gov


**From:** ACF Urmprogram (ACF)
**Sent:** Friday, April 14, 2017 4:06 PM
**To:** ▇▇▇▇▇▇ (ACF); Mullooly, Anne (ACF); ACF Urmprogram (ACF)
**Cc:** De LA Cruz, James (ACF); Bellevue Ed.D., Elsie (ACF)
**Subject:** RE: UC RDEC ▇▇

Good afternoon,

We currently have no information on possible placements for this minor through the URM program. I have requested another update from the placement providers and will update you again as soon as I hear from them.

The youth was referred to the placement providers on 2/9/17 but placement has not yet been identified, likely due to his level of placement and needs. ORR is rarely able to place minors into the URM program out of a staff secure placement and therefore it is often necessary for a youth to stabilize and step down in care with an extended period of time with stability. However, since he has legal status, we understand there is not time for him to step down to demonstrate readiness for community-based placement. We are aware the UC program is also looking at other placement options in order to discharge him from ORR custody.

Please let me know if anything further is needed from us.

Kindly,
▇▇▇▇

▇▇▇▇▇▇, MSW, LGSW
Case Specialist
GDIT Contractor
Office of Refugee Resettlement
Unaccompanied Refugee Minors Program
▇▇▇▇▇▇ (p); ▇▇▇▇▇▇ (f)
▇▇▇▇▇▇@acf.hhs.gov

**From:** ▇▇▇▇▇▇ (ACF)
**Sent:** Friday, April 14, 2017 4:23 PM
**To:** Mullooly, Anne (ACF); ACF Urmprogram (ACF)
**Cc:** De LA Cruz, James (ACF); Bellevue Ed.D., Elsie (ACF)
**Subject:** UC RDEC 915

Exhibit 97
Page 1761

It would be greatly appreciated if an update could be provided regarding the status of the requested URM placement for the following minor:

███████████████████████ #A███████

The minor has been granted legal immigration status and ORR DUCO is seeking to place the minor in an appropriate setting as promptly as is possible.

Thank you,

███

████████

Federal Field Specialist Supervisor, South Texas
HHS ACF ORR DUCO

███████@acf.hhs.gov

**Exhibit 97**
**Page 1762**

Confidential - Subject to Protective Order

GOV-00049415