# Exhibit 98

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Message

**From:** Fields, Marivic (Maria) (ACF) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1C431157E76644449B009E353355B110-FIELDS, MAR]
**Sent:** 11/29/2018 5:25:55 PM
**To:** [REDACTED] (HHS/OGC/CFAD) [victor.suh@hhs.gov]; Smith, Elicia (ACF) [elicia.smith@acf.hhs.gov]; David, Natasha (ACF) [natasha.david@acf.hhs.gov]; De LA Cruz, James (ACF) [james.delacruz@acf.hhs.gov]
**CC:** Thomas, Debra (ACF) [debra.lagrow@acf.hhs.gov]; Volovar, Jill (ACF) [jill.volovar@acf.hhs.gov]; Biswas, Toby R M (ACF) [toby.biswas@acf.hhs.gov]; [REDACTED]@GDIT.com]
**Subject:** Re: BDAC habeas case

Thanks [REDACTED]. Will do.

v/r

Marivic Fields, MSW
CAPT, USPHS
Senior Advisor for Child Well-being and Safety
Administration for Children and Families
(202) 795-7566 - office
(202) 617-0801 - cell
Maria.Fields@acf.hhs.gov

---

On: 29 November 2018 12:24, [REDACTED] (HHS/OGC/CFAD)" <[REDACTED]@hhs.gov> wrote:

Hi all,

[REDACTED]

Thanks all!
[REDACTED]

[REDACTED]

---

**From:** Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>
**Sent:** Friday, November 23, 2018 6:46 PM
**To:** [REDACTED] (HHS/OGC/CFAD) <[REDACTED]@hhs.gov>; David, Natasha (ACF) <Natasha.David@acf.hhs.gov>; Fields, Marivic (Maria) (ACF) <Maria.Fields@acf.hhs.gov>
**Cc:** Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>; Volovar, Jill (ACF) <Jill.Volovar@ACF.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; [REDACTED]@GDIT.com>
**Subject:** RE: BDAC habeas case

Hello [REDACTED],

[REDACTED]

Regards,
Elicia

Exhibit 98
Page 1764

**Elicia Smith**
Federal Field Specialist
U.S. Department of Health & Human Services
Administration for Children & Families
Office of Refugee Resettlement
Division of Unaccompanied Children Operations
San Francisco, CA
Email: elicia.smith@acf.hhs.gov
Mobile: (202) 746-4477

**For after hours, weekend and holiday concerns that require immediate assistance please contact ORR/DUCO Hotline-Intakes 202-401-5709.**

---

**From:** [redacted] (HHS/OGC/CFAD)
**Sent:** Wednesday, November 21, 2018 8:34 AM
**To:** David, Natasha (ACF) <Natasha.David@acf.hhs.gov>; Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>; Fields, Marivic (Maria) (ACF) <Maria.Fields@acf.hhs.gov>
**Cc:** Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>; Volovar, Jill (ACF) <Jill.Volovar@ACF.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; [redacted]@GDIT.com>
**Subject:** RE: BDAC habeas case

Hi all,

[redacted]

Thank you (and happy Thanksgiving!),
[redacted]

---

**From:** David, Natasha (ACF)
**Sent:** Thursday, November 15, 2018 6:41 PM
**To:** [redacted] (HHS/OGC/CFAD) [redacted]@hhs.gov>; Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>
**Cc:** Fields, Marivic (Maria) (ACF) <Maria.Fields@acf.hhs.gov>; Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>; Volovar, Jill (ACF) <Jill.Volovar@ACF.hhs.gov>
**Subject:** RE: BDAC habeas case

Hello [redacted]

[redacted]

Thank you

Natasha



Confidential - Subject to Protective Order

**From:** [redacted] (HHS/OGC/CFAD)
**Sent:** Thursday, November 15, 2018 4:14 PM
**To:** Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>; David, Natasha (ACF) <Natasha.David@acf.hhs.gov>
**Cc:** Fields, Marivic (Maria) (ACF) <Maria.Fields@acf.hhs.gov>; Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>
**Subject:** RE: BDAC habeas case

Thank you, Elicia.

[redacted]



**From:** Smith, Elicia (ACF)
**Sent:** Thursday, November 15, 2018 12:31 PM
**To:** [redacted] (HHS/OGC/CFAD) <[redacted]@hhs.gov>; David, Natasha (ACF) <Natasha.David@acf.hhs.gov>
**Cc:** Fields, Marivic (Maria) (ACF) <Maria.Fields@acf.hhs.gov>; Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>
**Subject:** RE: BDAC habeas case

Hi [redacted]



Regards,

Exhibit 98
Page 1767

Elicia

**Elicia Smith**
Federal Field Specialist
U.S. Department of Health & Human Services
Administration for Children & Families
Office of Refugee Resettlement
Division of Unaccompanied Children Operations
San Francisco, CA
Email: elicia.smith@acf.hhs.gov
Mobile: (202) 746-4477

**For after hours, weekend and holiday concerns that require immediate assistance please contact ORR/DUCO Hotline- Intakes 202-401-5709.**

---

**From:** ██████ (HHS/OGC/CFAD)
**Sent:** Wednesday, November 14, 2018 4:48 PM
**To:** Smith, Elicia (ACF) <Elicia.Smith@acf.hhs.gov>; David, Natasha (ACF) <Natasha.David@acf.hhs.gov>
**Cc:** Fields, Marivic (Maria) (ACF) <Maria.Fields@acf.hhs.gov>
**Subject:** BDAC habeas case

Hi Elicia and Natasha,



Thanks,
████

Exhibit 98
Page 1768