# Exhibit 137

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 137
Page 2016

DECLARATION OF FRANKLIN RODRIGUEZ ALFARO

I, ██████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I came to the United States from El Salvador in 2014. I was detained for about two weeks and then I was released to my mom and lived with her and my siblings in Charlotte, North Carolina. Then in February 2018 I was in a car that my friend was driving when the police stopped and arrested us. I spent seven days in criminal custody then I was sent to Yolo Juvenile Detention Center in California.

3. . In June I was stepped down to staff secure at Children's Village in Dobbs Ferry, New York and then about a month ago I was stepped down again to shelter.

## MEDICATION AT YOLO

4. I had not taken medication before I got to Yolo. But the psychiatrist there prescribed me different pills. For about a month, I was taking four pills each day. I am not sure of the names but I took one to sleep, another for depression, one for nightmares. I did not want to take all of those pills so after a while I stopped taking them when the nurse came to the unit each night to give them out. Then I told the psychiatrist I wanted to stop and he took me off all but one of them.

5. No one asked my mom's permission to give me all those pills, the psychiatrist just prescribed them to me.

6. The only pill I kept taking was to sleep. I don't know what it is called but I know it is the most powerful drug for sleeping. The first time I took *me puse mariada*.

7. I wanted the pill because after I was arrested, I started to have nightmares. I never had nightmares outside but I started to have them because of where I was and how worried I was, I was always scared something would happen. In Yolo you really have to

1

be careful. Kids get into fights and hit the staff and hit the other kids. I didn't get into fights but one time I didn't want to go into my room because we had only been out 15 minutes. A staff yelled "cover" at me, which means you have to get on the ground and cover your head with your hands and not move. I didn't do it so they threw me on the ground and handcuffed me.

8. Another time I saw a kid restrained and his arm twisted so hard behind his back that the staff broke his arm. He was crying from the pain and afterwards his arm was in a cast.

9. That's why I took the pills, because in my sleep I would dream I was doing something wrong and they were going to punish me or that another resident was attacking me.

10. It is also very loud at Yolo and they never turn out the lights. The lights stay on all night so you have to cover your head to try to sleep, and people can listen to music on the the radios on the intercom so it's really loud. Also some kids bang on the doors of their cells. It's always loud there, all day and all night.

## CHILDREN'S VILLAGE

11. After I got to Children's Village, I started to sleep better because they turn the lights off at night here. Now I don't have nightmares as much and I have started to take less of the sleeping pill. I only take part of a pill now each night. The psychiatrist said I have to stop bit by bit but also if I want to take more he will prescribe it to me.

12. It's kind of like with smoking, after a while you feel like you need them. And now when I take less, it is harder for me to sleep. But I think it's better for me. I want to stop taking it all together when I get out.

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11677

SPONSORSHIP

13. My mom is sponsoring me again. She waited to fill out the paperwork until recently because at first the case managers told me I needed a new sponsor, since I had lived with her before. Now she has done all the paperwork but she is waiting to get fingerprinted. She was fingerprinted once before but those have expired.

14. After she is fingerprinted she has to do a home study. I don't know how much longer it will be but I hope I get out soon because being locked up is really hard. It's very strict here and the food is not good at all. I want to be with my family and to study and finish high school. My dream is to join the U.S. Army.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 25th day of October, 2018, at Dobbs Ferry, New York.



3

Exhibit 137
Page 2019
Lucas R._Experts_11678

Plaintiff's Confidential
Personal Information/Confidential

CERTIFICATE OF TRANSLATION

I, Paige Austin, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ███ in its entirety in Spanish on Oct. 25, 2018.

_____
PAIGE AUSTIN

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11679