# Exhibit 139

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 139
Page 2027

| | |
|---|---|
| From: | Ray, Faith (ACF) |
| Sent: | Friday, February 15, 2019 5:10:23 PM |
| To: | Smith, Elicia (ACF) |
| CC: | Fink, David (ACF); Thomas, Debra (ACF); Biswas, Toby R M (ACF); Moomaw, Sara (ACF); ▇ (ACF) (CTR) |
| Subject: | Secure Case inquiry 2 |

Elicia:

Could you also please look into minor A# ▇. He's a new secure placement at Yolo but the NOP was so vague and did not contain enough information to know if he is an actual danger to self or others. I reviewed some of his SIRs from his previous care provider, but from what I can tell, he was more of an annoyance than an actual danger.

Please let me know what you can find out about this minor as soon as possible to justify his placement.

Many thanks,
Faith

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Work Cell: 202.365.0048
Landline: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201



EXHIBIT 118
WIT: RAY
DATE: 10/23/19
REPORTER: J. HARMONSON

Confidential - Subject to Protective Order

GOV-00023078

Exhibit 139
Page 2028