1    CENTER FOR HUMAN RIGHTS
     & CONSTITUTIONAL LAW
2    CARLOS R. HOLGUÍN (90754)
     256 South Occidental Boulevard
3    Los Angeles, CA 90057
     Telephone: (213) 388-8693
4    Email: crholguin@centerforhumanrights.email

5    *Attorneys for Plaintiffs*

6    *Additional counsel listed on following pages*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                         WESTERN DIVISION

11

12   LUCAS R., et al.,                    Case No.  2:18-CV-05741 DMG PLA

13              Plaintiffs,               **DECLARATION OF ALEXANDRA R.
                                          MAYHUGH IN SUPPORT OF PLAINTIFFS'
14       v.                               MOTION FOR PARTIAL SUMMARY
                                          JUDGMENT**
15   ALEX AZAR, et al.,
                                          Date:      Dec. 11, 2020
16              Defendants.               Time:      3:00 p.m.
                                          Place:     Courtroom 8C, 8th Floor
17
18                                        Complaint Filed: June 29, 2018
19                                        Pretrial Conference Date: March 2, 2021
                                          Trial Date:  March 30, 2021
20                                        Judge: Hon. Dolly M. Gee
21
22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES
                                          MAYHUGH DECL. ISO MOTION FOR
                                          PARTIAL SUMMARY JUDGMENT
                                          CASE NO. 2:18-CV-05741 DMG PLA

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        dofelt@ucdavis.edu
        jmulligan@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
       mmcmahon@cooley.com
       rtarneja@cooley.com
       amayhugh@cooley.com
       jstaten@cooley.com

*Attorneys for Plaintiff*

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

I, Alexandra R. Mayhugh, hereby declare:

1.      I am an attorney licensed to practice law before the Courts of the State of California. I am an associate with the law firm Cooley LLP, counsel of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Motion for Partial Summary Judgment. I declare that the following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2.      On Sept. 27, 2020, I accessed the Office of Refugee Resettlement's ("ORR") webpage titled "Guide to Children Entering the United States Unaccompanied." ORR, *Guide to Children entering the United States Unaccompanied*, (last reviewed Dec. 20, 2019), available at https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied, from which I downloaded in PDF the following sections of ORR's Policy Guide: Introduction, Guide to Terms, Section 1, and Section 2. A true and correct copy of these excerpts is attached hereto as Exhibit 1.

3.      On Sept. 27, 2020, I accessed ORR's webpage titled "Facts and Data." ORR, *Facts & Data* (last reviewed Mar. 12, 2020), https://www.acf.hhs.gov/orr/about/ucs/facts-and-data, which I downloaded in PDF.  A true and correct copy is attached hereto as Exhibit 131.

4.      On Sept. 29, 2020, I accessed ORR's webpage titled "Children Entering the United States Unaccompanied: Record of Posting and Revision Dates." ORR, *Children Entering the United States Unaccompanied: Record of Posting and Revision Dates* (last reviewed Sept. 19, 2019), https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-record-of-posting-and-revision-dates, which I downloaded in PDF. A true and correct copy is attached hereto as Exhibit 132.

5.      From June 16, 2020 – Sept. 22, 2020, the parties met and conferred on by phone regarding their respective motions for partial summary judgment.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES
1
MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

**Exhibits**

6.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of ORR's Policy Guide from ORR's website. These excerpts include true and correct copies of the Introduction, Guide to Terms, Section 1: Placement in ORR Care Provider Facilities, and Section 2: Safe and Timely Relase from ORR Care.

7.      Attached hereto as **Exhibit 2** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00016556–GOV-00017030.

8.      Attached hereto as **Exhibit 3** is a true and correct copy of the document produced by Defendants at Bates GOV-00207375–GOV-00207517.

9.      Attached hereto as **Exhibit 4** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00016556–GOV-00017030.

10.      Attached hereto as **Exhibit 5** is a true and correct copy of excerpts of Defendants' First Set of Responses to Plaintiffs' Requests for Admission, Set One, served on Plaintiffs on March 14, 2019.

11.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts of Defendants' Second Set of Responses to Plaintiffs' Requests for Admission, Set One, served on Plaintiffs on April 4, 2019.

12.      Attached hereto as **Exhibit 7** is a true and correct copy of excerpts of Defendants' Supplemental Objections and Responses to Plaintiffs' Requests for Admissions, served on Plaintiffs on July 10, 2019.

13.      Attached hereto as **Exhibit 8** is a true and correct copy of the Settlement filed in *Flores v. Reno et al.*, No. CV 85-4544-RJK (Px) (C.D. Cal. Jan. 1, 1997).

14.      Attached hereto as **Exhibit 9** is a true and correct copy of excerpts of the Deposition Transcript of Stephen Antkowiak, taken on October 28, 2019.

15.      Attached hereto as **Exhibit 10** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Michael Bartholomew, taken on December 3, 2019.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

16.     Attached hereto as **Exhibit 11** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Michael Bartholomew, Rule 30(b)(6) designated representative for ORR, taken on February 28, 2020.

17.     Attached hereto as **Exhibit 12** is a true and correct copy of excerpts of the Deposition Transcript of Toby Biswas, taken on November 13, 2019.

18.     Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of the Deposition Transcript of Toby Biswas, Rule 30(b)(6) designated representative for ORR, taken on February 18 & 19, 2020.

19.     Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of the Deposition Transcript of Jose Castaneda, taken on November 21, 2019.

20.     Attached hereto as **Exhibit 15** is a true and correct copy of excerpts of the Deposition Transcript of A.C., Lucas R.'s brother, taken on October 30, 2019.

21.     Attached hereto as **Exhibit 16** is a true and correct copy of excerpts of the Deposition Transcript of Carina Contreras, taken on January 23, 2020.

22.     Attached hereto as **Exhibit 17** is a true and correct copy of excerpts of the Deposition Transcript of Melissa Cook, taken on November 18, 2019.

23.     Attached hereto as **Exhibit 18** is a true and correct copy of excerpts of the Deposition Transcript of James De La Cruz, taken on March 10, 2020.

24.     Attached hereto as **Exhibit 19** is a true and correct copy of excerpts of the Deposition Transcript of Natasha David, taken on October 24, 2019.

25.     Attached hereto as **Exhibit 20** is a true and correct copy of excerpts of the Deposition Transcript of Whitney Eich, taken on February 27, 2020.

26.     Attached hereto as **Exhibit 21** is a true and correct copy of excerpts of the Deposition Transcript of Isabella F., taken on November 23, 2019.

27.     Attached hereto as **Exhibit 22** is a true and correct copy of excerpts of the Deposition Transcript of Captain Marivic Fields, taken on February 24, 2020.

28.     Attached hereto as **Exhibit 23** is a true and correct copy of excerpts of the Depositon Transcript of David Fink, taken on February 12, 2020.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

3

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

29.     Attached hereto as **Exhibit 24** is a true and correct copy of excerpts of the Deposition Transcript of Yesenia Heath, taken on February 26, 2020.

30.     Attached hereto as **Exhibit 25** is a true and correct copy of excerpts of the Deposition Transcript of Karen Husted, taken on April 25, 2019.

31.     Attached hereto as **Exhibit 26** is a true and correct copy of excerpts of the Deposition Transcript Dr. Donna Lynn Londino, taken on August 3, 2020.

32.     Attached hereto as **Exhibit 27** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Shaanan Meyerstein, taken on February 11, 2020.

33.     Attached hereto as **Exhibit 28** is a true and correct copy of excerpts of the Deposition Transcript of Nidia Murray, taken on December 17, 2019.

34.     Attached hereto as **Exhibit 29** is a true and correct copy of excerpts of the Deposition Transcript of Nithya Nathan-Pineau, taken on August 20, 2019.

35.     Attached hereto as **Exhibit 30** is a true and correct copy of excerpts of the Despotion Transcript of Michelle Ortiz, taken on August 22, 2019.

36.     Attached hereto as **Exhibit 31** is a true and correct copy of excerpts of the Deposition Transcript of Judette Padilla, taken on March 3, 2020.

37.     Attached hereto as **Exhibit 32** is a true and correct copy of excerpts of the Deposition Transcript of Mae C. Quinn, taken on July 27, 2020.

38.     Attached hereto as **Exhibit 33** is a true and correct copy of excerpts of the Deposition Transcript of Faith Ray, taken on October 23, 2019.

39.     Attached hereto as **Exhibit 34** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Emily Ryo, taken on Augsut 13, 2020.

40.     Attached hereto as **Exhibit 35** is a true and correct copy of excerpts of the Deposition Transcript of Elicia Smith, taken on November 22, 2019.

41.     Attached hereto as **Exhibit 36** is a true and correct copy of excerpts of the Deposition Transcript of Megan Stuart, taken on July 9, 2019.

42.     Attached hereto as **Exhibit 37** is a true and correct copy of excerpts of the Deposition Transcript of Jallyn Sualog, taken on August 21, 2019.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

4

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

43. Attached hereto as **Exhibit 38** is a true and correct copy of excerpts of the Deposition Transcript of Stepanie Treviño, taken on March 5, 2020.

44. Attached hereto as **Exhibit 39** is a true and correct copy of excerpts of the Deposition Transcript of Micaela Vergara, taken on June 9, 2020.

45. Attached hereto as **Exhibit 40** is a true and correct copy of a document produced by Defendants bearing Bates range GOV-00021838–GOV-00021841, and marked as "Ray Exhibit 113" at the October 23, 2019 deposition of Faith Ray.

46. Attached hereto as **Exhibit 41** is a true and correct copy of the document marked as "Ray Exhibit 115" at the October 23, 2019 deposition of Faith Ray.

47. Attached hereto as **Exhibit 42** is a true and correct copy of the document marked as "Ray Exhibit 116" at the October 23, 2019 deposition of Faith Ray.

48. Attached hereto as **Exhibit 43** is a true and correct copy of a document produced by Defendants at Bates GOV-00022074–GOV-00022075, and marked as "Ray Exhibit 117" at the October 23, 2019 deposition of Faith Ray.

49. Attached hereto as **Exhibit 44** is a true and correct copy of a document produced by Defendants at Bates GOV-00021741, and marked as "Ray Exhibit 119" at the October 23, 2019 deposition of Faith Ray.

50. Attached hereto as **Exhibit 45** is a true and correct copy of a document produced by Defendants at Bates GOV-00023206, and marked as "Ray Exhibit 120" at the October 23, 2019 deposition of Faith Ray.

51. Attached hereto as **Exhibit 46** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00034289–GOV-00034291, and marked as "Heath Exhibit 169" at the February 26, 2020 deposition of Yesenia Heath.

52. Attached hereto as **Exhibit 47** is a true and correct copy of the document produced by Defendants at Bates GOV-00033320–GOV-00033330, and marked as "Exhibit 162" at the December 17, 2019 deposition of Nidia Murray.

53. Attached hereto as **Exhibit 48** is a true and correct copy of the document

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES
5
MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

1  produced by Defendants at Bates GOV-00106019–GOV-00106032, and marked as
2  "Heath Exhibit 170" at the February 26, 2020 deposition of Yesenia Heath.

3      54.    Attached hereto as **Exhibit 49** is a true and correct copy of the document
4  produced by Defendants at Bates GOV-00038758–GOV-00038761, and marked as
5  "Heath Exhibit 171" at the February 26, 2020 deposition of Yesenia Heath.

6      55.    Attached hereto as **Exhibit 50** is a true and correct copy of the documents
7  produced by Defendants at Bates GOV-00097174–GOV-00097177, and marked as
8  "Heath Exhibit 172" at the February 26, 2020 deposition of Yesenia Heath.

9      56.    Attached hereto as **Exhibit 51** is a true and correct copy of excerpts of the
10 Expert Report of Drs. Keith Cruise and Andrew Rasmussen, served on Defendants on
11 June 19, 2020.

12     57.    Attached hereto as **Exhibit 52** is a true and correct copy of excerpts of the
13 Expert Report of Dr. Ilze Earner, served on Plaintiffs on June 19, 2020.

14     58.    Attached hereto as **Exhibit 53** is a true and correct copy of excerpts of the
15 Expert Report of Judge Leonard Edwards, served on Defendants on June 19, 2020.

16     59.    Attached hereto as **Exhibit 54** is a true and correct copy of excerpts of the
17 Expert Report of Professor Jessica Heldman, served on Defendants on June 19, 2020.

18     60.    Attached hereto as **Exhibit 55** is a true and correct copy of excerpts of the
19 Expert Rebuttal Report of Dr. Donna Londino, served on Plaintiffs on July 17, 2020.

20     61.    Attached hereto as **Exhibit 56** is a true and correct copy of excerpts of the
21 Expert Report of Drs. Ryan Matlow and Nancy E. Wang, served on Defendants on June
22 19, 2020.

23     62.    Attached hereto as **Exhibit 57** is a true and correct copy of excerpts of the
24 Expert Report of Dr. Emily Ryo, served on Defendants on June 19, 2020.

25     63.    Attached hereto as **Exhibit 58** is a true and correct copy of the document
26 produced by Plaintiffs at Bates Lucas R._Experts_11626–Lucas R._11629.

27     64.    Attached hereto as **Exhibit 59** is a true and correct copy of the document
28 produced by Plaintiffs at Bates Lucas R._Experts_11630–Lucas R._Experts_11632.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

6

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

65.     Attached hereto as **Exhibit 60** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11715–Lucas R._Experts_11720.

66.     Attached hereto as **Exhibit 61** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11680–Lucas R._Experts_11684.

67.     Attached hereto as **Exhibit 62** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11613–Lucas R._Experts_11616.

68.     Attached hereto as **Exhibit 63** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11623–Lucas R._Experts_11625.

69.     Attached hereto as **Exhibit 64** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11749–Lucas R._Experts_11752.

70.     Attached hereto as **Exhibit 65** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11666–Lucas R._Experts_11670.

71.     Attached hereto as **Exhibit 66** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11671–Lucas R._Experts_11675.

72.     Attached hereto as **Exhibit 67** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11757–Lucas R._Experts_11759.

73.     Attached hereto as **Exhibit 68** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11475–Lucas R._Experts_11478.

74.     Attached hereto as **Exhibit 69** is a true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11472–Lucas R._Experts_11474.

75.     Attached hereto as **Exhibit 70** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11617–Lucas R._Experts_11619.

76.     Attached hereto as **Exhibit 71** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_ 11653–Lucas R._Experts_11655.

77.     Attached hereto as **Exhibit 72** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_11637–Lucas R._Experts_11639.

78.     Attached hereto as **Exhibit 73** is a true and correct copy of the document

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

7

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

1    produced by Plaintiffs at Bates Lucas R._Experts_11620–Lucas R._Experts_11622.

2         79.    Attached hereto as **Exhibit 74** is a true and correct copy of the document

3    produced by Plaintiffs at Bates Lucas R._ Experts_11760–Lucas R._Experts_11767.

4         80.    Attached hereto as **Exhibit 75** is a true and correct copy of the document

5    produced by Plaintiffs at Bates Lucas R._Experts_11550–Lucas R._Experts_11551.

6         81.    Attached hereto as **Exhibit 76** is a true and correct copy of the document

7    produced by Plaintiffs at Bates Lucas R._Experts_11552–Lucas R._Experts_11553.

8         82.    Attached hereto as **Exhibit 77** is a true and correct copy of the document

9    produced by Plaintiffs at Bates Lucas R._Experts_11647–Lucas R._Experts_11649.

10        83.    Attached hereto as **Exhibit 78** is a true and correct copy of the document

11   produced by Plaintiffs at Bates Lucas R._Experts_11600–Lucas R._Experts_11602.

12        84.    Attached hereto as **Exhibit 79** is a true and correct copy of the document

13   produced by Plaintiffs at Bates Lucas R._Experts_11772–Lucas R._Experts_11776.

14        85.    Attached hereto as **Exhibit 80** is a true and correct copy of the document

15   produced by Plaintiffs at Bates Lucas R._Experts_11447–Lucas R._Experts_11450.

16        86.    Attached hereto as **Exhibit 81** is a true and correct copy of the document

17   produced by Plaintiffs at Bates Lucas R._Experts_11562–Lucas R._Experts_11564.

18        87.    Attached hereto as **Exhibit 82** is a true and correct copy of the document

19   produced by Plaintiffs at Bates Lucas R._Experts_11603–Lucas R._Experts_11612.

20        88.    Attached hereto as **Exhibit 83** is a true and correct copy of the document

21   produced by Defendants at Bates GOV-00054457–GOV-00054481.

22        89.    Attached hereto as **Exhibit 84** is a true and correct copy of an excerpt of

23   the family of documents produced by Defendants at Bates GDIT_00000001–

24   GDIT_00000194.

25        90.    Attached hereto as **Exhibit 85** is a true and correct copy of an excerpt from

26   the family of documents produced by Defendants at Bates GDIT_00000389–

27   GDIT_00000456.

28        91.    Attached hereto as **Exhibit 86** is a true and correct copy of an excerpt from

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

8

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

the family of documents produced by Defendants at Bates GOV-00031045–GOV-00031085.

92.    Attached hereto as **Exhibit 87** is a true and correct copy of excerpt from the family of documents produced by Defendants at Bates GOV-00045900–GOV-00045946.

93.    Attached hereto as **Exhibit 88** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00083211–GOV-00083234.

94.    Attached hereto as **Exhibit 89** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00097846–GOV-00097868.

95.    Attached hereto as **Exhibit 90** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00105512–GOV-00105728.

96.    Attached hereto as **Exhibit 91** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00201109–GOV-00201147.

97.    Attached hereto as **Exhibit 92** is a true and correct copy of the document produced by Defendants at Bates GOV-00228057–GOV-00228086.

98.    Attached hereto as **Exhibit 93** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R._Experts_18292.

99.    Attached hereto as **Exhibit 94** is a true and correct copy of the document produced by Defendants at Bates GOV-00021881–GOV-00021885.

100.    Attached hereto as **Exhibit 95** is a true and correct copy of the document produced by Defendants at Bates GOV-00022879–GOV-00022880.

101.    Attached hereto as **Exhibit 96** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00023056–GOV-00023058.

102. Attached hereto as **Exhibit 97** is a true and correct copy of the document produced by Defendants at Bates GOV-00049414–GOV-00049415.

103. Attached hereto as **Exhibit 98** is a true and correct copy of the document produced by Defendants at Bates GOV-00199998-GOV-00200002.

104. Attached hereto as **Exhibit 99** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00013693–GOV-00014370.

105. Attached hereto as **Exhibit 100** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00152255–GOV-00152512.

106. Attached hereto as **Exhibit 101** is a true and correct copy of the document produced by Defendants at Bates GOV-00019452–GOV-00019453.

107. Attached hereto as **Exhibit 102** is a true and correct copy of the document produced by Defendants at Bates GOV-00019541–GOV-00019542.

108. Attached hereto as **Exhibit 103** is a true and correct copy of the document produced by Defendants at Bates GOV-00033320–GOV-00033330.

109. Attached hereto as **Exhibit 104** is a true and correct copy of an excerpt from the family of documents produced by Defendants at Bates GOV-00034550–GOV-00034596.

110. Attached hereto as **Exhibit 105** is a true and correct copy of the document produced by Defendants at Bates GOV-00034703–GOV-00034704.

111. Attached hereto as **Exhibit 106** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00036088-GOV-00036156.

112. Attached hereto as **Exhibit 107** is a true and correct copy of an excerpt of the family of documetns produced by Defendants at Bates GOV-00038505–GOV-00038543.

113. Attached hereto as **Exhibit 108** is a true and correct copy of the document

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

1    produced by Defendants at Bates GOV-00040470–GOV-00040471.

2        114.   Attached hereto as **Exhibit 109** is a true and correct copy of an excerpt of

3    the family of documents produced by Defendants at Bates GOV-00047099–GOV-

4    00047119.

5        115.   Attached hereto as **Exhibit 110** is a true and correct copy of an excerpt of

6    the family of documents produced by Defendants at Bates GOV-00048192-GOV-

7    00048603.

8        116.   Attached hereto as **Exhibit 111** is a true and correct copy of an excerpt of

9    the family of documents produced by Defendants at Bates GOV-00063391–GOV-

10   00063401.

11       117.   Attached hereto as **Exhibit 112** is a true and correct copy of an excerpt of

12   the family of documents produced by Defendants at Bates GOV-00083666–GOV-

13   00083672.

14       118.   Attached hereto as **Exhibit 113** is a true and correct copy of an excerpt of

15   the family of documents produced by Defendants at Bates GOV-00092688–GOV-

16   00092801.

17       119.   Attached hereto as **Exhibit 114** is a true and correct copy of an excerpt of

18   the family of documents produced by Defendants at Bates GOV-00096028–GOV-

19   00096087.

20       120.   Attached hereto as **Exhibit 115** is a true and correct copy of an excerpt of

21   the family of documents produced by Defendants at Bates GOV-00101516–GOV-

22   00101546.

23       121.   Attached hereto as **Exhibit 116** is a true and correct copy of an excerpt of

24   the family of documents produced by Defendants at Bates GOV-00153955–GOV-

25   00154576.

26       122.   Attached hereto as **Exhibit 117** is a true and correct copy of an excerpt of

27   the family of documents produced by Defendants at Bates GOV-00154802–GOV-

28   00154924.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

11

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

123. Attached hereto as **Exhibit 118** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00198697–GOV-00198741.

124. Attached hereto as **Exhibit 119** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00200372–GOV-00200399.

125. Attached hereto as **Exhibit 120** is a true and correct copy of the document produced by Defendants at Bates GOV-00204143.

126. Attached hereto as **Exhibit 121** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00204640–GOV-00204647.

127. Attached hereto as **Exhibit 122** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00238520–GOV-00239043.

128. Attached hereto as **Exhibit 123** is a true and correct copy of an excerpt of the family of documents produced by Plaintiffs, bearing Bates range Lucas R._00404–Lucas R._00477.

129. Attached hereto as **Exhibit 124** is a true and correct copy of an excerpt of the family of documents produced by Plaintiffs at Bates Lucas R._01398–Lucas R._01616.

130. Attached hereto as **Exhibit 125** is a true and correct copy of an excerpt of the family of documents produced by Plaintiffs at Bates Lucas R._03888–Lucas R._04195.

131. Attached hereto as **Exhibit 126** is a true and correct copy of an excerpt of the family of documents produced by Plaintiffs at Bates Lucas R._Experts_04962–Lucas R._Experts_05312.

132. Attached hereto as **Exhibit 127** is a true and correct copy of an excerpt of the family of documents produced by Plaintiffs at Bates Lucas R._Experts_11794–

1 | Lucas R._Experts_11818.

2 |     133.    Attached hereto as **Exhibit 128** is a true and correct copy of the document

3 | produced by third party Melissa Cook,[1] produced as Bates COOKCVJC0026456–

4 | COOKCVJC0026459.

5 |     134.    Attached hereto as **Exhibit 129** is a true and correct copy of the document

6 | produced by third party Melissa Cook, produced as Bates range COOKCVJC0026703–

7 | COOKCVJC0026705.

8 |     135.    Attached hereto as **Exhibit 130** is a true and correct copy of the document

9 | produced by third party Melissa Cook, produced as Bates range COOKCVJC0026706–

10 | COOKCVJC0026711.

11 |     136.    Attached hereto as **Exhibit 131** is a true and correct copy of a PDF version

12 | of the webpage titled "Facts and Data" dowloaded from ORR's website on September

13 | 27, 2020.

14 |     137.    Attached hereto as **Exhibit 132** is a true and correct copy of a PDF verison

15 | of the webpage titled "Children Entering the United States Unaccompanied: Record of

16 | Posting and Revision Dates" downloaded from ORR's website on September 29, 2020.

17 |     138.    Attached hereto as **Exhibit 133** is a true and correct copy of excerpts of

18 | the report published by the Office of Inspector General, "Care Provider Facilities

19 | Described Challenges Addressing Mental Health Needs of Children in HHS Custody."

20 | Joanne M. Chiedi, OFFICE OF INSPECTOR GENERAL (Sept. 2019), available at

21 | oig.hhs.gov/oei/reports/oei-09-18-00431.asp.

22 |     139.    Attached hereto as **Exhibit 134** is a true and correct copy of excerpts of

23 | the memorandum published by the Administration for Children and Families titled

24 | "High Quality Legal Representation for All Partites in Child Welfare Proceedings."

25 | U.S. DEP'T OF HEALTH AND HUMAN SERVS. (Jan. 17, 2017).

26 |     140.    Attached hereto as **Exhibit 135** is a true and correct copy of excerpts of

27 |

28 | [1] This production contained Bates ranges in the file name but not on the document pages.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

13

MAYHIGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

the article published by Julie M. Linton in 2017 titled "Detention of Immigrant Children." Julie M. Linton et al, *Detention of Immigrant Children*, PEDIATRICS (Mar. 13 2017), avalable at http://pediatrics.aappublications.org/content/139/5/e20170483.

141.   Attached hereto as **Exhibit 136** is a true and correct copy of the document produced by Defendants at Bates GOV00027573–GOV-00027585.

142.   Attached hereto as **Exhibit 137** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R_Experts_11676–Lucas R._Experts_11679.

143.   Attached hereto as **Exhibit 138** is a true and correct copy of the document produced by Plaintiffs at Bates Lucas R_Experts_11464–Lucas R._Experts_11468.

144.   Attached hereto as **Exhibit 139** is a true and correct copy of the document produced by Defendants at Bates GOV-00023078, and marked as "Ray Exhibit 118" at the October 23, 2019 deposition of Faith Ray.

145.   Attached hereto as **Exhibit 140** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00003991–GOV-00006110.

146.   Attached hereto as **Exhibit 141** is a true and correct copy of the document produced by Defendants at Bates GOV-00007212–GOV-00007213.

147.   Attached hereto as **Exhibit 142** is a true and correct copy of an excerpt of the family of documents produced by Defendants at Bates GOV-00009218–GOV-00010017.

148.   Attached hereto as **Exhibit 143** is a true and correct copy of the document produced by Defendants at Bates GOV-00010019.

149.   Attached hereto as **Exhibit 144** is a true and correct copy of excerpts of the Expert Report of Mae Quinn served on Plaintiffs on June 19, 2020.

//
//
//
//

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

14

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA

1  I declare under penalty of perjury of the laws of the United States that the
2  foregoing is true and correct.

3      Executed on October 2, 2020, in Santa Monica, CA.

4
5                                                      _____
6                                                      Alexandra R. Mayhugh
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

MAYHUGH DECL. ISO MOTION FOR
PARTIAL SUMMARY JUDGMENT
CASE NO. 2:18-CV-05741 DMG PLA