JEFFREY B. CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**DEFENDANTS' NOTICE OF ERRATA TO THEIR APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: March 2, 2021<br>Trial Date: March 30, 2021<br>Honorable Dolly M. Gee<br>United States District Judge |

**Notice of Errata**

Defendants respectfully submit this errata to their Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment ("Application") (ECF No. 264). This errata is being filed to correct an inadvertent clerical error that resulted in the filing of Defendants' Sealed Documents (ECF No. 265) without the proof of service required under L.R. 79-5.3. Defendants respectfully request that the Court consider the attached Proof of Service as filed at the time of Defendants' Application, thereby satisfying Defendants' obligations under L.R. 79-5.3.

Dated: October 4, 2020         Respectfully submitted,

JEFFREY B. CLARK
Acting Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

ERNESTO H. MOLINA
Deputy Director

CHRISTOPHER A. BATES
Senior Counsel to the
Assistant Attorney General

W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel

/s/ Nancy K. Canter
NANCY K. CANTER
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7234
Email: Nancy.K.Canter@usdoj.gov

*Counsel for Defendants*

**Notice of Errata**

**PROOF OF SERVICE**

On October 2, 2020, I caused to be served upon the following individuals a copy of Defendants' Sealed Declaration in Support of Application to file Documents in Support of Motion for Summary Judgment Under Seal (ECF No. 265) and all attached documents (#1-16) via electronic mail to their address of record.

- Alexandra Rex Mayhugh
- Brenda L Shum
- Carlos Holguin
- Carter C White
- Crystal Adams
- Daisy Ocampo Felt
- Freya E K Pitts
- Holly S Cooper
- Jayme B Staten
- Jonathan P Mulligan
- Leecia Welch
- Mary Kathryn Kelley
- Melissa Ann Adamson
- Michael J McMahon
- Mishan Raini Wroe
- Monica J Julian
- Neha Desai
- Poonam Juneja
- Rebecca L Tarneja
- Summer J Wynn

| | | |
|---|---|---|
| 1 | | /s/ Nancy K. Canter |
| 2 | | NANCY K. CANTER (263198) |
| | | Trial Attorney |
| 3 | | Office of Immigration Litigation |
| 4 | | United States Department of Justice |
| | | P.O. Box 878, Ben Franklin Station |
| 5 | | Washington, D.C. 20044 |
| 6 | | Telephone: (202) 305-7234 |
| | *Counsel for Defendants* | Email: Nancy.K.Canter@usdoj.gov |