1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11 | Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| 12 | | |
| 13 | *Plaintiffs*, | **ORDER ON DEFENDANTS'** |
| 14 | | **APPLICATION TO SEAL [264]** |
| 15 | v. | |

Lucas R., *et. al.*,

          *Plaintiffs*,

      v.

Alex M. Azar,
Secretary of U.S. Dep't of Health and
Human Services, *et al*.

         *Defendants*.

Case No.: 18-cv-05741-DMG-PLA

**ORDER ON DEFENDANTS'**
**APPLICATION TO SEAL [264]**

1

The Court has reviewed and considered Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS the following documents to be filed under seal:

- Exhibit 41, Declaration of James De La Cruz re Lucas R. (portions)
- Exhibit 44, Declaration of David Fink re Jaime D. (portions)
- Exhibit 47, Declaration of Micaela Vergara re Daniela Marisol T. (portions)
- Exhibit 50, Declaration of David Fink re Miguel Angel S. (portions)
- Exhibit 52, Declaration of Micaela Vergara re Gabriela N. (portions)
- Exhibit 55, Declaration of James De La Cruz re Sirena P. (portions)
- Exhibit 58, Declaration of James De La Cruz re Benjamin F. (portions)
- Exhibits 43, 46, 49, 51, 54, 56, and 59, case file excerpts of class members (entirety)

The Court does not find good reason at this time to redact portions of Exhibit 35, the Expert Report of Dr. Roy Lubit and Exhibit 36, the Expert Rebuttal Report of Dr. Roy Lubit.  Defendants do not explain why the entirety of Addendum 4 and Addendum 5 to Exhibit 35 requires redaction, whereas there is no effort to redact certain sensitive information—including medical information Defendants propose to redact in Exhibits 50, 52, 55, and 58—in Addendum 6 of Exhibit 35.  Similarly, Defendants do not explain why the entirety of Dr. Lubit's rebuttal of one of Plaintiffs' expert's reports requires redaction in Exhibit 36.

In order to protect minors' sensitive medical information contained in Addendum 6 of Exhibit 35, the Court *sua sponte* **SEALS** Doc. # 264-3 and **ORDERS** Defendants to file a new application to seal Exhibits 35 and 36 in accordance with Local Rule 79-5.2.2 by **October 8, 2020** that addresses the concerns described in this Order.  Defendants may propose different redactions

and/or explain the necessity for and propriety of the already-proposed redactions. Defendants need not re-file the sealed, unredacted versions of Exhibits 35 and 36 proposed to be sealed.  [Doc. # 265.]  Defendants shall file forthwith the sealed, unredacted versions of Exhibits 41, 44, 47, 50, 52, 55, 58, 43, 46, 49, 51, 54, 56, and 59 in accordance with Local Rule 79-5.2.2(c).

**IT IS SO ORDERED.**

DATED:  October 5, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE