UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, et al.,<br><br>        Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW AND EXHIBITS IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT [266]** |

1  Having read and considered (1) Plaintiffs' Application for Leave to File Under
2  Seal Portions of Their Statement of Uncontroverted Facts and Conclusions of Law and
3  Exhibits in Support of Their Motion for Partial Summary Judgment (the "Application");
4  (2) the Declaration of Jayme B. Staten; and (3) the documents in both their redacted and
5  unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court
6  **GRANTS** Plaintiffs' application to file entirely under seal Exhibits 47-50 and Exhibits
7  99-143 and to file in redacted and unredacted forms the exhibits for which the parties
8  have proposed redactions.  Plaintiff shall file the sealed documents on the docket in
9  accordance with Local Rule 79-5.2.2(c) forthwith.

**IT IS SO ORDERED.**

DATED:  October 5, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1