JEFFREY B. CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | |
| *Defendants*. | |

1

Application for Leave to File Under Seal Documents Submitted in Support of
Motion for Summary Judgment

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5, the Court's Order granting leave to use pseudonyms (Dkt. No. 18), and the Court's Order on Defendant's Application to Seal (Dkt. No. 274), Defendants submit this Application seeking leave to file under seal certain evidence in support of their Motion for Summary Judgment.  Pursuant to the Court's request and Local Rule 79-5.2.2(a), Defendants submit concurrently with this application redacted versions of Defendants' Exhibits 35 and 36. Defendants seek to seal portions of Exhibit 35 (Expert Report of Dr. Roy Lubit) and portions of Exhibit 36 (Expert Rebuttal Report of Dr. Roy Lubit), because they contain personally identifiable information of unaccompanied alien children in ORR custody, who are also minors. Given the sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the privacy of the minor individuals identified in these records.[1]

## I.   ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons support sealing these portions of Defendants' exhibits because they contain personal information regarding class members. Courts have recognized individuals' interest in the protection of such information. *See Doe v.*

---

[1] On October 8, 2020, Plaintiff's counsel informed undersigned counsel that Plaintiffs take no position on whether Defendants have consistently redacted in accordance with the Court's October 6, 2020 Order (ECF No. 274).

Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment

*Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases).
Therefore, there is compelling reason to seal these materials to protect the privacy
interests of class members and staff at ORR facilities.

## II.    CONCLUSION

For the reasons set forth above, Defendants respectfully requests leave to file
portions of Exhibits 35 and 36 under seal.

Dated October 8, 2020                     Respectfully submitted,

                                          JEFFREY B. CLARK
                                          Acting Assistant Attorney General

                                          ERNESTO H. MOLINA
                                          Deputy Director

                                          BENJAMIN M. MOSS
                                          W. DANIEL SHIEH
                                          Senior Litigation Counsel


                                          */s/ Nancy K. Canter*
                                          NANCY K. CANTER
                                          JONATHAN K. ROSS
                                          ANTHONY J. MESSURI
                                          Trial Attorneys
                                          Office of Immigration Litigation
                                          United States Department of Justice
                                          P.O. Box 878
                                          Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 305-9802
                                          Email: Daniel.Shieh@usdoj.gov

                                          *Counsel for Defendants*

Application for Leave to File Under Seal Documents Submitted in Support of
Motion for Summary Judgment