1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **[PROPOSED] ORDER ON APPLICATION TO SEAL** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | **[HON. DOLLY M. GEE]** |
| *Defendants*. | |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Exhibit 35, the Expert Report of Dr. Roy Lubit (portions)
- Exhibit 36, the Expert Rebuttal Report of Dr. Roy Lubit (portions)

**IT IS SO ORDERED.**

DATED: _____, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE