CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>        Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: March 2, 2021<br>Trial Date:  March 30, 2021<br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu
         dofelt@ucdavis.edu
         jmulligan@ucdavis.edu
         mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
         ndesai@youthlaw.org
         pjuneja@youthlaw.org
         fpitts@youthlaw.org
         mwroe@youthlaw.org
         madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (ADMITTED PRO HAC VICE)
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
         cadams@youthlaw.org

1    COOLEY LLP
     SUMMER J. WYNN (240005)
2    MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
     REBECCA L. TARNEJA (293461)
3    ALEXANDRA R. MAYHUGH (300446)
     JAYME B. STATEN (317034)
4    1333 2nd Street, Suite 400
     Santa Monica, CA  90401
5    Telephone: (310) 883-6400
     Facsimile:  (310) 883-6500
6    Email:  swynn@cooley.com
              mmcmahon@cooley.com
7             rtarneja@cooley.com
              amayhugh@cooley.com
8             jstaten@cooley.com
9    *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California 90401. On October 8, 2020, I served the documents described below in the manner described below:

- **UNREDACTED STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (RE-FILED PURSUANT TO ORDER GRANTING APPLICATION TO FILE UNDER SEAL)**

- **UNREDACTED EXHIBITS 15, 21, 23, 28, 33, 40–50, 58–82, 93–130, 137–143 IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (RE-FILED PURSUANT TO ORDER GRANTING APPLICATION TO FILE UNDER SEAL)**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

JEFFREY B. CLARK                                   Attorneys for Defendants
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI

JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
      andrew.insenga@usdoj.gov
      Anthony.Messuri@usdoj.gov
      benjamin.m.moss2@usdoj.gov
      Daniel.Shieh@usdoj.gov
      david.pinchas@usdoj.gov
      ernesto.h.molina@usdoj.gov
      jeffrey.robins@usdoj.gov
      jonathan.k.ross@usdoj.gov
      michael.heyse@usdoj.gov
      nancy.k.canter@usdoj.gov
      russell.verby@usdoj.gov
      scott.g.stewart@usdoj.gov
      sherry.soanes@usdoj.gov
      steven.stassi@usdoj.gov
      yamileth.g.davila@usdoj.gov


Executed on October 9, 2020, at Los Angeles, California.


_____
               Jeremy Ra