**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>          *Defendants*. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER ON APPLICATION TO SEAL [278]** |

1    The Court has reviewed and considered Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Motion for Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS the following documents to be filed under seal:

- Exhibit 35, the Expert Report of Dr. Roy Lubit (portions)
- Exhibit 36, the Expert Rebuttal Report of Dr. Roy Lubit (portions)

Defendants shall file forthwith the sealed, unredacted versions of Exhibits 35 and 36 in accordance with Local Rule 79-5.2.2(c).

**IT IS SO ORDERED.**

DATED:  October 13, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE