JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>Defendants. | Case No.: 18-cv-05741-DMG-PLA<br><br>**DECLARATION OF W. DANIEL SHIEH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1
Declaration of W. Daniel Shieh in Support of Defendants' Opposition to Plaintiffs'
Motion for Partial Summary Judgment

**DECLARATION OF W. DANIEL SHIEH, ESQ.**

I, W. Daniel Shieh, declare and state as follows:

1. I am an attorney in good standing and admitted to practice before this Court and a Senior Litigation Counsel at the United States Department of Justice, Civil Division, Office of Immigration Litigation, Appellate Litigation Section. I am a member of the State Bar of New York. I am counsel of record for Defendants Alex M. Azar, Secretary of the United States Department of Health and Human Services, et al. I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment. I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows. Because I submit this Declaration for a limited purpose, it does not contain all information I know about the above-captioned matter.

2. Attached hereto as Defendants' Exhibit 62 is a true and correct copy of the Expert Report of Dr. Donna Londino, June 19, 2020.

3. Attached hereto as Defendants' Exhibit 63 is a true and correct copy of Excerpts from the Deposition Transcript of Dr. Ryan Matlow, July 30, 2020.

4. Attached hereto as Defendants' Exhibit 64 is a true and correct copy of the Expert Rebuttal Report of Dr. Ilze Earner, July 17, 2020.

5. Attached hereto as Defendants' Exhibit 65 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Yesenia Heath, February 26, 2020.

6. Attached hereto as Defendants' Exhibit 66 is a true and correct copy of Excerpts from the Deposition Transcript of Michelle Ortiz, August 22, 2019.

7. Attached hereto as Defendants' Exhibit 67 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of the Rule 30(b)(6) Deposition of Toby Biswas, February 18-19, 2020.

8. Attached hereto as Defendants' Exhibit 68 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Jallyn Sualog, August 21, 2019.

9. Attached hereto as Defendants' Exhibit 69 is a true and correct copy of Supplemental Excerpts of the Deposition Transcript of Dr. Ilze Earner, August 10, 2020.

10. Attached hereto as Defendants' Exhibit 70 is a true and correct copy of Excerpts of the Deposition Transcript of Prof. Jessica Heldman, July 13, 2020.

11. Attached hereto as Defendants' Exhibit 71 is a true and correct copy of Supplemental Excerpts of the Deposition Transcript of James De La Cruz, March 10, 2020.

12. Attached hereto as Defendants' Exhibit 72 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Nidia Murray, December 17, 2019.

13. Attached hereto as Defendants' Exhibit 73 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Jose Castaneda, November 21, 2019.

14. Attached hereto as Defendants' Exhibit 74 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of David Fink, February 12, 2020.

15. Attached hereto as Defendants' Exhibit 75 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Nathan-Pineau, August 20, 2019

16. Attached hereto as Defendants' Exhibit 76 is a true and correct copy of Excerpts from the Deposition Transcript of Rocio Lawrence, October 1, 2020.

3
Declaration of W. Daniel Shieh in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment

17. Attached hereto as Defendants' Exhibit 77 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Dr. Emily Ryo, August 13, 2020.

18. Attached hereto as Defendants' Exhibit 78 is a true and correct copy of the Expert Rebuttal Report of Dr. Donna Londino, July 17, 2020.

19. Attached hereto as Defendants' Exhibit 79 is a true and correct copy of Excerpts from the Deposition Transcript of Dr. Javier Ruiz, September 25, 2020.

20. Attached hereto as Defendants' Exhibit 80 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Toby Biswas, November 13, 2019.

21. Attached hereto as Defendants' Exhibit 81 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Captain Marivic Fields, February 24, 2020.

22. Attached hereto as Defendants' Exhibit 82 is a true and correct copy of the Report of Prof. Jessica Heldman, June 19, 2020.

23. Attached hereto as Defendants' Exhibit 83 is a true and correct copy of ORR UAC case file excerpts.

24. Attached hereto as Defendants' Exhibit 84 is a true and correct copy of ORR UAC case file excerpts.

25. Attached hereto as Defendants' Exhibit 85 is a true and correct copy of the ORR Vera legal services contract excerpts.

1  I declare under penalty of perjury under the laws of the United States that
2  the forgoing is true and correct.

4  Executed November 6, 2020 in Washington, D.C.

*/s/ W. Daniel Shieh*
W. DANIEL SHIEH
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice