# DX-63

Deposition of Dr. Ryan Matlow, July 30, 2020
(Excerpts)

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA


LUCAS R., an individual,

                                 No. 2:18-CV-05741-

     Plaintiff,         DMG-PLA

vs.

ALEX AZAR, et al.

     Defendants.

_____


CONFIDENTIAL

REMOTE DEPOSITION OF RYAN MATLOW, Ph.D.

JULY 30, 2020

9:10 a.m.


Diana Janniere, CSR-10034


Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 132

```
 1             peer-reviewed study conducted on
 2             the impacts of detention in ORR
 3             custody, it is our expert opinion
 4             that the findings on institutional
 5             care would apply."
 6             Did I read that accurately?
 7       A     Yes.
 8       Q     In this section that I just read, what do
 9  you mean by "findings on institutional care"?
10       A     Essentially, the findings that are
11  summarized in the subsequent paragraphs that
12  demonstrate harm, psychological impacts of
13  child-rearing in government-institution-sponsored
14  congregate care facilities.
15       Q     And so the findings on institutional care
16  are based on, as you said, the materials that are
17  cited below and that are also cited in Appendix A;
18  correct?
19       A     Correct.
20       Q     Anything outside of this universe of
21  documents that you relied upon?
22       A     Nothing I relied upon.  I imagine there is
23  more out there, but as far as what I relied upon, I
24  think it is all contained here.
25       Q     Are there any ways the studies conducted in
```



Page 264

1       REPORTER'S CERTIFICATION

2

3    I, Diana Janniere, a Certified Shorthand Reporter,

4  in and for the State of California, do hereby certify:

5

6    That the foregoing witness was by me remotely duly

7  sworn; that the remote deposition was then taken

8  before me at the time and place herein set forth; that

9  the remote testimony and remote proceedings were

10 reported stenographically by me and later transcribed

11 into typewriting under my direction; and that the

12 foregoing is a true record of the remote testimony and

13 remote proceedings taken at that time.

14

15    IN WITNESS WHEREOF, I subscribed my name

16 this 10th day of August, 2020.

17

18

19

20

21                            _____

22                            Diana Janniere, CSR No. 10034

23

24

25

