# DX-65

Deposition of Yesenia Heath, February 26, 2020
(Supplemental Excerpts)

```
                                                              Page 1
 1           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
 2                 WESTERN DIVISION
 3
     LUCAS R., et al.,       )
 4                           )
                             )
 5       Plaintiffs,         )
                             )      CASE NO.
 6       vs.                 )      2:18-cv-05741 DMG PLA
                             )
 7   ALEX AZAR, Secretary    )      CONFIDENTIAL
     of U.S. Department of   )
 8   Health and Human        )
     Services, et al.,       )
 9                           )
         Defendants.         )
10
11
12
13
14                 DEPOSITION
15                     OF
16               YESENIA HEATH
17    1700 7th Avenue, Seattle, Washington
18              FEBRUARY 26, 2020
19
20
21                 CONFIDENTIAL
22
23
24   Reported by:
     Monna J. Nickeson, CRR, CLR, RPR, CRR
25   Job No. 176785
```

Page 49

1      A.    No.  There is a clinician at each
2  facility whose role has to be a master's in
3  clinical work and see the kids once a week, and
4  they provide an assessment that let us know
5  about the welfare.
6           So I see the assessments, but I
7  don't meet with the clinicians.  And when the
8  child is deemed that he needs more than just
9  ongoing counseling, they make their
10 recommendations to send the kid to a
11 psychologist or a psychiatrist, and then we get
12 the assessment.
13          I never speak with the psychiatrist
14 or the psychologist directly.
15     Q.    Do you ever speak to prospective
16 sponsors?
17     A.    No.
18     Q.    You've never spoken to a potential
19 sponsor?
20     A.    No.
21     Q.    Have you ever spoken to a child's
22 attorney?
23     A.    Yes.
24     Q.    About how many times do you recall
25 in the last ten years?

Page 50

1  A.  I don't know. They come to my
2  stakeholder's meetings. So a few times. I
3  mean, it's not like, you know.
4  Q.  What are the stakeholder's meetings?
5  A.  The stakeholder meeting is where we
6  get all the stakeholders together that are
7  vested in working with the children and care at
8  ORR. So the program directors, the consulates,
9  the children attorneys, the immigration
10 officers, representatives, we all come
11 together, court administrator for immigration,
12 we all come together every three or four months
13 to talk about how to best serve our children
14 and get them moving through the process, what
15 are the hiccups that we're seeing, what are the
16 trends; and to communicate to each other in a
17 manner that's very friendly as to how to be
18 able to kind of work together and help make
19 each others' jobs easier.
20 Q.  Have you ever spoken to an attorney
21 about a specific child?
22 A.  No. I don't -- I can't call and
23 say, you know, "Oh, tell you" -- that's -- no.
24 Q.  Have they ever reached out to you
25 regarding a child's case?

Page 51

1      A.    I've had attorneys ask me about --
2  via email, like, "Can you tell me why it's
3  taking this -- this is taking so long to
4  unify?"  Yes.
5      Q.    How often has that happened?
6      A.    Maybe three times, three, four
7  times.
8      Q.    Three or four times in the last ten
9  years?
10     A.    Yes.
11     Q.    And do you ever respond to those
12 emails?
13     A.    I do sometimes.  But first I let my
14 supervisor know to make sure that I can.
15     Q.    Do you ever speak to the children at
16 the facilities?
17     A.    Not often.  I do, but not often.
18     Q.    How often would you say?
19     A.    I want to say recently, I started
20 interviewing them.  So in the last two months,
21 I've probably spoken to them twice, not every
22 single kid, just two or three kids just to see
23 how they are doing.
24            But prior to that, it's -- it's a
25 client-by-client as-needed basis.

1            C E R T I F I C A T E

2   STATE OF WASHINGTON          )
                                 )
3   COUNTY OF BENTON             )

4           I, Monna J. Nickeson, a Certified
5   Court Reporter within and for the State of
6   Washington, do hereby certify:
7           YESENIA HEATH, the witness whose
8   deposition is hereinbefore set forth, was duly
9   sworn by me and that such deposition is a true
10  record of the testimony given by such witness.
11          I further certify that I am not
12  related to any of the parties to this action by
13  blood or marriage; and that I am in no way
14  interested in the outcome of this matter.
15          IN WITNESS WHEREOF, I have hereunto
16  set my hand this day, March 11th, 2020.
17
18
                    *Monna Nickeson*
19
20  _____
        MONNA J. NICKESON, CRR, CLR, RPR, CCR 3322
21
22
23
24
25