# DX-69

Deposition of Dr. Ilze Earner, August 10, 2020
(Supplemental Excerpts)

```
 1            UNITED STATES DISTRICT COURT

 2            CENTRAL DISTRICT OF CALIFORNIA

 3                 WESTERN DIVISION

 4          Case No. 2:18-cv-05741 DMG PLA

 5   ---------------------------------------x

 6   LUCAS R., et al.,

 7                      Plaintiffs,

 8         v.

 9   ALEX AZAR, Secretary of U.S. Department

10   of Health and Human services, et al.,

11                      Defendants.

12   ---------------------------------------x

13

14        TELEPHONIC DEPOSITION OF ILZE EARNER

15          Monday, August 10, 2020

16

17

18

19

20

21   Reported by:

22   Amy A. Rivera, CSR, RPR, CLR

23   JOB NO. 182276

24

25
```

1    your experience when you say that getting

2    attorneys involved increases length of stay?

3         A.    I'm citing my experience.  I'm citing

4    the fact that child welfare -- and I'm talking

5    about domestic child welfare -- has tried to move

6    away from putting cases into court just simply

7    because it ridiculously prolonged the process, and

8    there's absolutely no benefit to the child.

9         Q.    Okay.  So two points there.

10              So how does getting lawyers involved

11   ridiculously prolong the proceeding?

12        A.    Okay.  I don't want to be glib about

13   this, but I think lawyers like to argue and they

14   like to be adversarial, and when you're talking

15   about kids and families, that's not the place

16   where you need necessarily adversarial,

17   contentious arguments.

18              What you need is to get consensus

19   about what is best for the child, and I think

20   keeping lawyers out of that process works a lot

21   better.

22        Q.    Other than lawyers, is there somebody

23   else that could advocate for the needs of a UAC,

24   in your opinion?

25        A.    Well, there could be a child advocate.

Page 135

 1    There could be a third-party mediator.  There

 2    could be any number of individuals who can play

 3    that role as an advocate, but I don't think that,

 4    as I said, hearing -- hearings, attorneys, I see

 5    absolutely no benefit.

 6         Q.   In the ORR context, are there child

 7    advocates for every child?

 8         A.   There are -- I -- my understanding is

 9    that child advocates are available, but not all --

10    not always and not in every case.

11              Again, in terms of how it's determined

12    when they're available, I really have no clarity

13    on that, and I think that that can be certainly

14    improved.

15              But, again, I think that in terms of

16    what I saw in -- with the UACs, that the -- that

17    the path of the process that they have, I think it

18    was a very thorough process, and I think that

19    there was certainly -- certainly a lot of room in

20    those reviews to -- for the safety of children and

21    to also facilitate the process of unification or

22    reunification.

23         Q.   Did you observe a review?

24         A.   I'm sorry, what?

25         Q.   Did you observe a review relating to

1               CERTIFICATE

2        I, AMY A. RIVERA, a Certified Shorthand

3 Reporter, Registered Professional Reporter,

4 Certified LiveNote Reporter, and Notary Public of

5 the State of New York, do hereby certify that prior

6 to the commencement of the examination ILZE EARNER,

7 was duly sworn by me to testify the truth, the whole

8 truth and nothing but the truth.

9        I DO FURTHER CERTIFY that the foregoing is

10 a true and accurate transcript of the testimony as

11 taken stenographically by and before me at the time,

12 place and on the date hereinbefore set forth.

13       I DO FURTHER CERTIFY that I am neither a

14 relative nor employee nor attorney nor counsel of

15 any of the parties to this action, and that I am

16 neither a relative nor employee of such attorney or

17 counsel, and that I am not financially interested in

18 the action.

19 _____

20          Amy Rivera

21          Notary Public of the State of New York

22          My commission expires December 6, 2021

23          License No. XI00939

24 Dated: August 20, 2020

25