# DX-70

Deposition of Prof. Jessica Heldman, July 13, 2020
(Excerpts)

Page 1

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., an individual,

         Plaintiff,

vs.

ALEX AZAR, et al.

         Defendants.

_____

No. 2:18-CV-05741-DMG-PLA

CONFIDENTIAL

REMOTE DEPOSITION OF PROFESSOR JESSICA HELDMAN

JULY 13, 2020

9:05 a.m.

Diana Janniere, CSR-10034

Magna Legal Services

866-624-6221

www.MagnaLS.com



Page 16

1  reviewed, which is related to the placement of
2  children in secure facilities and staff secure
3  facilities.
4      Q   Did your opinions have -- let me rephrase
5  that.
6          Did you express any expert opinions on the
7  release of children from OR care?
8      A   The release of children from ORR care?
9      Q   To sponsors or other --
10     A   No, I did not.
11     Q   -- guardian?
12         Okay.  Did you render any expert opinion on
13 the placement of children in the residential treatment
14 centers?
15     A   No, I did not.
16     Q   And are any of your opinions in this case
17 tentative?
18     A   No.
19     Q   Okay.  Let's begin with your first opinion
20 on OR policy of alignment with child welfare and
21 juvenile justice in the states.
22         You said you had conducted research on that
23 issue.  What kind of research did you conduct to come
24 to that first conclusion?
25     A   I conducted a review of law and policy



Page 25

1     A    Correct.
2     Q    And how did you reach this conclusion?
3     A    Both by a review of Federal statute and
4  Federal case law.
5     Q    Did you rely on any facts to rely -- to
6  support this opinion?
7     A    Only the review of Federal statutes and case
8  law, that is the basis of that opinion.
9     Q    And what Federal statutes did you review?
10    A    The key statutes within the child welfare
11 and juvenile justice realm, several from child
12 welfare, including the Social Security Act; and then
13 specific acts, such as the Child Abuse Prevention and
14 Treatment Act, and the Adoption and Safe Families Act;
15 and on the juvenile justice side, the Juvenile Justice
16 Delinquency Prevention Act.
17    Q    Anything else on the juvenile justice side,
18 other than the Juvenile Justice Delinquency and
19 Protection Act?
20    A    Just the Supreme Court decision of
21 In re Gault.
22    Q    Any other Supreme Court case law that you
23 reviewed, besides that case, besides Gault?
24    A    No.  Sorry.
25    Q    Any Ninth Circuit case law you reviewed?



Page 104

BY MR. SHIEH:

    Q   Second full paragraph, under "Definitions," you provide definitions for secure and staff secure; is that correct?

    A   Yes.

    Q   That second-to-last sentence, "Staff secure is used to describe residential facilities in which physical restriction is provided solely by staff."

    Is that your definition of what a staff secure facility is?

    A   That's my definition for this report, yeah. As used in this report, yes.

    Q   Do you know what the differences are between an OR staff secure facility and an OR shelter?

    A   The staff secure facility would be one in which staff are primarily -- or staff are given the ability to physically restrain children from leaving, and I would assume that that means, at a set shelter, that ability does not exist.

    Q   And this is your understanding for OR staff secure facilities?

    A   That's -- yeah, this is the assumption that I have, yes.

    Q   Where did you get this assumption from?



Case 2:18-cv-05741-DMG-PLA   Document 283-12   Filed 11/06/20   Page 6 of 6   Page ID #:13441

```
                                                            Page 194
 1                    REPORTER'S CERTIFICATION
 2
 3        I, Diana Janniere, a Certified Shorthand Reporter,
 4    in and for the State of California, do hereby certify:
 5
 6        That the foregoing witness was by me remotely duly
 7    sworn; that the remote deposition was then taken
 8    before me at the time and place herein set forth; that
 9    the remote testimony and remote proceedings were
10    reported stenographically by me and later transcribed
11    into typewriting under my direction; and that the
12    foregoing is a true record of the remote testimony and
13    remote proceedings taken at that time.
14
15        IN WITNESS WHEREOF, I subscribed my name
16    this 26th day of July, 2020.
17
18
19
20
21                          _____
22                          Diana Janniere, CSR No. 10034
23
24
25
```



MAGNA LEGAL SERVICES