# DX-71

Deposition of James De La Cruz, March 10, 2020
(Supplemental Excerpts)

Page 1

                    UNITED STATES DISTRICT COURT

                    CENTRAL DISTRICT OF CALIFORNIA

                        WESTERN DIVISION

- - - - - - - - - - - - - - - x

LUCAS R., et al.,                    :

           Plaintiffs,               :

vs.                          : Case No.

ALEX AZAR, Secretary of U.S.  : 2:18-cv-05741 DMG PLA

Department of Health and Human

Services, et al.,                    :

           Defendants.               :

- - - - - - - - - - - - - - - x




            DEPOSITION OF JAMES DE LA CRUZ

                    Washington, D.C.

                    March 10, 2020







Reported by:

Misty Klapper, RMR, CRR

Job No.: 176920

1    Q.    Okay.

2    A.    So it would be licensed juvenile

3  detention centers, residential treatment

4  centers.  Then we would have staff secure

5  programs.  Then we would have shelters.  Then we

6  would have long-term foster care, short-term

7  foster care.  And then we would have -- let me

8  think -- I think I'm missing somebody, but I'll

9  say that's -- that's what I can recall right

10 now.

11   Q.    Is a licensed juvenile detention

12 center the same thing as a secure facility?

13   A.    Yes, ma'am.

14   Q.    Where does therapeutic staff secure

15 fall in the spectrum?

16   A.    Therapeutic staff secure would be --

17 I wouldn't say it's -- it's completely linear.

18 I would say it could be where it is an outlier

19 from either staff secure or from -- okay, staff

20 secure with more therapeutic services.  So it

21 would be just to the left or right horizontally.

22   Q.    And what about therapeutic group

23 homes?

24   A.    Therapeutic group homes would be more

25 closely aligned with long-term foster care, but

1  with a -- more of a therapeutic setting or

2  milieu, M-I-L-E-U.  If it's incorrectly spelled,

3  that's on me.

4      Q.    When you say more therapeutic, does

5  that mean mental health services?

6      A.    Yes, ma'am.

7      Q.    What about disability services?

8      A.    Could you --

9      Q.    I'm trying to differentiate between

10 someone who may need -- who has mental health

11 needs and someone who may have physical needs.

12 Maybe they're not as mobile.

13     A.    Sure.  I'm trying to understand.  I

14 want to answer you correctly.  I just don't

15 quite understand, I guess, the context of the

16 question.

17     Q.    I'm just trying to understand the --

18 I mean, you said that the difference, I believe,

19 between staff secure and therapeutic staff

20 secure is that therapeutic staff secure would

21 have more therapeutic services.

22     A.    Yes, ma'am.

23     Q.    Which makes sense, based on the name,

24 and I'm just trying to flesh out what those

25 services would actually be.  Would it be to

1    are -- are limits as far as the kind of kids

2    that they can place and the needs that they can

3    treat.   So -- so there's -- there's discretion,

4    but it's not -- there is -- there is some

5    structure to that that's inherent just by us

6    having programs that are licensed.

7         Q.    And is it your understanding that the

8    state licensing authorities implement the

9    regulations and rules with immigrant children in

10   mind?

11        A.    Not all of them.

12        Q.    Working within that framework that,

13   of course, state licensing has to apply for the

14   facilities, is it similarly discretionary if an

15   FFS supervisor elevates a step-up decision to

16   you?

17        A.    Yes.

18        Q.    Is a child's attorney involved in the

19   decision to step up the child to a more secure

20   facility?

21        A.    They're given notification.

22        Q.    Before or after the decision is made?

23        A.    It should be before.

24        Q.    And do they have an opportunity to

25   challenge that decision?

1      A.     I would say so, yes.

2      Q.     How do you know that?

3      A.     Well, experience with attorneys.  And

4    also, I know that the staff have asked.  And I

5    think the majority of time when an attorney is

6    notified they're going to express concern,

7    especially if the kid has a case, a pending

8    immigration case.

9           But the bottom line is this, is that

10   sometimes we have to make a decision if that

11   child's safety is going to be compromised if we

12   don't transfer.  You know, I do know that -- I

13   know one case in Illinois, I mean, we tried 100

14   different facilities to try to place that one

15   particular child and the attorneys had a lot of

16   say-so in that.

17     Q.     Is it written in ORR's policy that a

18   child's attorney would be provided notice and an

19   opportunity to challenge a step-up decision

20   before it takes place?

21     A.     I could say that I'm aware of the

22   language that it's there for the notification,

23   but exclusively or -- well, specifically would

24   participate in making that decision?  I'd have

25   to look at the policy, but I don't believe

Page 257

    CERTIFICATE OF NOTARY

1        I, MISTY KLAPPER, the officer before

2   whom the foregoing deposition was taken,

3   do hereby certify that the witness whose

4   testimony appears in the foregoing

5   deposition was duly sworn by me; that the

6   testimony of said witness was taken by me

7   in shorthand and thereafter reduced to

8   typewriting by me; that said deposition is

9   a true record of the testimony given by

10  said witness; that I am neither counsel

11  for, related to, nor employed by any of

12  the parties to the action in which this

13  deposition was taken; and, further, that I

14  am not a relative or employee of any

15  attorney or counsel employed by the

16  parties hereto, nor financially or

17  otherwise interested in the outcome of

18  this action.

19  Dated: 3-17-2020

20

21              *Misty Klapper*
                _____

22              Misty Klapper
                Notary Public in and for

23              the District of Columbia

24

25