# DX-72

Deposition of Nidia Murray, December 17, 2019
(Supplemental Excerpts)

Page 1

1              UNITED STATES DISTRICT COURT

2          IN THE CENTRAL DISTRICT OF CALIFORNIA

3

4    --------------------------------x

5    LUCAS R., et al

6                 Plaintiffs,          CASE NO:

7           v.                         2:18-CV-05741-

8    ALEX AZAR, SECRETARY OF U.S.      DMGPLA

9    DEPARTMENT OF HEALTH AND HUMAN

10   SERVICES, INC.

11                Defendants.

12   --------------------------------x

13

14                  CONFIDENTIAL

15      TELEPHONIC DEPOSITION OF NIDIA MURRAY

16                 Houston, Texas

17                   9:14 a.m.

18

19

20

21

22

23   Reported by:

24   Paula J. Eliopoulos

25   JOB NO. 170999

1  secure," the current therapeutic staff secure does
2  not have -- does not have walls.  It's an open
3  campus and will not accept children who have
4  aggressive behaviors or run risk.  It is truly
5  just a child who is willing to participate and
6  accept the treatment and be in a facility with
7  open doors.  No locks.
8           All three of them provide -- usually
9  have access to a psychiatrist, where they can go
10 see a psychiatrist in the community, or that may
11 come to their facility and have clinicians.
12 They're just a little bit better equipped to
13 provide services to a minor that has any special
14 needs or mental health issues.
15      Q.   So how does a therapeutic staff secure
16 differ from a therapeutic -- say a therapeutic
17 group home?
18      A.   There's a therapeutic group home and
19 then there's a therapeutic shelter.
20      Q.   So how does a therapeutic staff secure
21 differ from a therapeutic group home?
22      A.   I don't see much of a difference,
23 honestly.  The name "staff secure," again, is --
24 it's a little misleading in this case.  Because
25 this also is considered a staff secure.  And a

Page 139

1  staff secure is somewhere where a minor might be
2  referred if they had aggressive behaviors or were
3  a run risk.
4           The therapeutic staff secure that I'm
5  thinking is the only one -- it's Friends of Youth
6  therapeutic staff secure.  It really is for
7  children who need treatment and are going to
8  participate.  They will not accept a child that
9  has aggressive behaviors or is a run risk.
10          So I really don't see too much of a
11 difference between the two, even though the
12 classification is there.
13     Q.    All right.  Can you think of any --
14 other than what you've just mentioned, are there
15 any factors that would determine whether a child
16 would be placed in a therapeutic staff secure or a
17 therapeutic group home?
18     A.    It would be -- a child from where?
19     Q.    From -- I mean, if the child is going
20 to be placed at either a therapeutic staff secure
21 or a therapeutic group home, what factors
22 regarding that child would determine which of
23 those two facilities the child will be transferred
24 to?
25     A.    I think much of it would be what the

Page 140

1  facility -- I'm trying to figure out where the
2  child would be coming from here.
3      Q.   Okay.  Well --
4      A.   So let's say that the child was in a
5  shelter and we were looking for a therapeutic
6  placement because the minor did not meet criteria
7  to go and be placed in a residential treatment
8  center.  They did not have a recommendation from a
9  psychiatrist.  That psychiatrist or psychologist
10 may have recommended therapeutic placement.  And
11 so that's when a therapeutic placement would be
12 sought.  So it would be that therapeutic group
13 home.
14           So therapeutic staff secure, again,
15 just -- because of the minors that they're able to
16 accept, it just -- the staff secure part almost
17 doesn't even meet the criteria for staff secure.
18     Q.   Do therapeutic staff secure facilities
19 and therapeutic group homes have the same
20 staff-to-child ratio generally?
21     A.   I don't know what the ratios are.
22 Sorry.
23     Q.   Which would you say is more
24 restrictive?
25     A.   Out of therapeutic --

Page 287

1              CERTIFICATE

2   STATE OF NEW JERSEY    )

3   COUNTY OF MORRIS       )

4          I, JANET HAMILTON, a Registered

5   Professional Reporter and New Jersey Notary

6   Public, do hereby certify that:

7          I joined this deposition telephonically

8   after the lunch recess, at 12:41 p.m. CST, and

9   ended my reporting at 5:45 p.m. CST, at which time

10  the deposition was concluded.

11         I further certify that I am not related

12  to any of the parties to this action by blood or

13  marriage and that I am in no way interested in the

14  outcome of this matter.

15         In witness whereof, I have hereunto set

16  my hand this 2nd day of January, 2020.

17

18

19
              _____
              JANET HALL, RPR, CRC, FPR, NJCCR
20            NJCCR License 30X100240200
              Expires 6/30/2020

21

22

23

24

25