# DX-73

Deposition of Jose Castaneda, November 21, 2019
(Supplemental Excerpts)

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4

 5   LUCAS R. , et al.,

 6
                     Plaintiffs,
 7
     vs.                           NO. 2:18-CV-05741 DMG PLA
 8
     ALEX AZAR, Secretary of U.S.
 9   Department of Health and Human
     Services, et al.,
10
                     Defendants.
11   _____/

12

13

14

15

16             DEPOSITION OF JOSE CASTANEDA

17         Thursday, November 21, 2019, 9:37 a.m.

18                   Woodland, California

19

20

21

22   Reported By:

23   PEGGY A. PORTER, RDR, CRR, CSR No. 6086

24   Job No. 172051

25   PAGES 1 - 196
```

1    to it.

2         So, I mean, if there's some sort of hesitation

3    from ORR, there will be more of a conversation as to

4    why, what's the reason for it, what they're looking for

5    us to do before we can reach that point.

6    Q    Do you recall a specific instance in which you

7    disagreed with an FFS's decision not to step a child

8    down?

9    A    I can't remember any specific incident.

10   Q    Do you remember any reasons that FFS has decided

11   not to step a child down that you thought they should be

12   stepped down?

13   A    Concerns with their behavior within that time

14   frame that we're submitting something.  There may be

15   multiple incident reports.  It may be just concern with

16   their overall behavior.

17   Q    So if that's the case and the FFS decides not to

18   step the child down, would they remain in your care even

19   though in your opinion they are not eligible for a

20   secured placement?

21   A    They would remain here with us until we can get

22   them to the next level of care.

23   Q    And I guess kind of the same question, but with

24   respect to GDIT.  Have you ever disagreed with GDIT's

25   recommendation not to step a child down?

1    A       Their physical file has an actual portion that

2   they can file a grievance once they've been addressed.

3    Q       And would that file go to a different facility

4   if, for example, the child was stepped down?

5    A       When we have record of it, the file is sent over

6   to them and that would be included in there.

7    Q       What would be the consequences for a staff

8   member mistreating a youth?

9    A       I am not aware.

10   Q       Does Yolo ever use pepper spray on youth?

11   A       Have they used pepper spray on youth?

12   Q       Yes.

13   A       They've been deployed during incidents, yes.

14   Q       Do you know how often it's used?

15   A       I don't have an actual number.

16   Q       Does Yolo have policies concerning the use of

17   pepper spray?

18   A       Yes.

19   Q       What are the permissible reasons for the use of

20   pepper spray?

21   A       It's the last resort.

22   Q       Is Yolo required to document the use of pepper

23   spray?

24   A       Yes.

25   Q       And when was the last time pepper spray was used

1              REPORTER'S CERTIFICATE

2         I, PEGGY A. PORTER, do hereby certify:

3      That the witness named in the foregoing deposition,

4                     JOSE CASTANEDA

5    was present at the time and place therein specified;

6         That the said proceeding was taken before me at

7    the said time and place, and was taken down in shorthand

8    writing by me;

9         That I am a Certified Shorthand Reporter of the

10   State of California;

11        That the said proceeding was thereafter, under

12   my direction, transcribed into computer-assisted

13   transcription; and that the foregoing transcript

14   constitutes a full, true, and correct report of the

15   proceedings which then and there took place; that I am a

16   disinterested person to the said action.

17        IN WITNESS WHEREOF, I have hereunto subscribed

18   my hand this 5th day of December 2019.

19

20   _____

     PEGGY A. PORTER, CSR 6086

21

22

23

24

25