# DX-75

Deposition of Nithya Nathan-Pineau, August 20, 2019
(Supplemental Excerpts)

Page 1

1               UNITED STATES DISTRICT COURT

2      CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

3

4           Case No.  No. 2:18-CV-05741-DMG-PLA

5

6    _____

7    LUCAS R., et al.,                    )

8            Plaintiffs,                  )

9         v.                              )

10   ALEX AZAR, Secretary of U.S.         )

11   Department of Health and             )

12   Human Services, et al.,              )

13           Defendants.                  )

14   _____

15

16                  ***CONFIDENTIAL***

17       DEPOSITION OF NITHYA NATHAN-PINEAU, ESQ.

18                   Washington, D.C.

19                   August 20, 2019

20

21

22

23

24   Reported by: BARBARA DE VICO

25   Job No.166052

Page 54

1  force policy, but for children to be put into
2  isolation.
3      Q.   What about the use of pepper spray,
4  chemical restraints?
5      A.   I don't believe it allows for the
6  use of pepper spray, and I haven't heard a report
7  of that at Shenandoah.
8      Q.   You have heard of reports of
9  children being placed in isolation there?
10     A.   Yes, I have heard that.
11     Q.   Have any of CAIR clients been placed
12  in isolation?
13     A.   Yes they have.
14     Q.   So what is the length of time, we'll
15  say the longest time that a CAIR client was placed
16  in isolation?
17     A.   We've heard of basically two kinds
18  of confinement in isolation.  One in a specific
19  room that's used for youth who are believed to be
20  experiencing suicidal ideation.  We've heard
21  clients report to us that they've been in that room
22  for several days.
23          We have also heard of clients who were kept
24  in isolation in their own sleeping room within
25  their pod and that their sheet and mattress were

Confidential

Page 144

1

2    C E R T I F I C A T E

3

4  LUCAS right.        )
5        v.           )
6  ALEX AZAR, et al.  )

7

8

9        I, BARBARA DeVICO, a Notary Public within and
10  for the District of Columbia, do hereby certify:
11        That NITHYA NATHAN-PINEAU, ESQ., the witness
12  whose deposition is hereinbefore set forth, was
13  duly sworn by me and that such deposition is a
14  true record of the testimony by such witness.
15        I further certify that I am not related to
16  any of the parties to this action by blood or
17  marriage; and that I am in no way interested in
18  the outcome of this matter.
19        IN WITNESS WHEREOF, I have hereunto set my
20  hand this 30th of August, 2019.
21
22
23        _____
24            BARBARA DeVICO
25