# DX-76

Deposition of Rocio Lawrence, October 1, 2020
(Excerpts)

```
                                                          Page 166
 1            ROCIO LAWRENCE - 10/1/2020

 2         UNITED STATES DISTRICT COURT

 3         CENTRAL DISTRICT OF CALIFORNIA

 4               WESTERN DIVISION

 5       Case No. 2:18-cv-05741 DMG PLA

 6  -------------------------------------x

 7  LUCAS R., et al.,

 8                      Plaintiffs,

 9        V.

10  ALEX AZAR, Secretary of U.S. Department

11  Of Health and Human services, et al.,

12                      Defendants.

13  -------------------------------------x

14

15

16             ORAL DEPOSITION OF

17                ROCIO LAWRENCE

18          (Via Remote Teleconference)

19         Thursday, October 1, 2020

20                   VOLUME 2

21

22

23  Reported by:

24  KIM A. McCANN, RMR, CRR, CSR

25  JOB NO. 184610
```

1      ROCIO LAWRENCE - 10/1/2020

2      Q.   And do you know whether the
3  recommending facility is complying with ORR
4  policies and procedures when they are obtaining
5  consent for psychotropic medications?
6      A.   Yeah, I wouldn't know.  I wouldn't
7  know what their procedures are.
8      Q.   Do you know whether the family and
9  child are told that they can withhold consent
10 prior to being referred to Shiloh?
11     A.   I'm not aware of that.
12     Q.   Once a child is admitted to Shiloh,
13 may the family member or the child withdraw the
14 consent that they previously provided regarding
15 psychotropic medication?
16     A.   Absolutely, at any time.
17     Q.   And how is the child informed that
18 they may withdraw their prior consent for
19 psychotropic medications?
20     A.   So when they arrive to Shiloh, they
21 receive an orientation, and that would be part of
22 the orientation.
23     Q.   Who provides the orientation?
24     A.   The case manager.
25     Q.   Is the child told that they can

Page 193

1        ROCIO LAWRENCE - 10/1/2020

2   types of medication that can be taken?

3        A.   Yeah.  I mean, if it's appropriate to

4   -- to that case and that medication and that --

5   you know, I mean, I think a lot of things are

6   taken into consideration, or sometimes it's the

7   age of the minor that kind of -- I think the

8   doctor chooses one medication over the other.

9   But, yeah, if the -- if it's appropriate, then

10  other medications would be discussed as

11  alternatives.

12       Q.   Are any other nonmedication

13  alternatives discussed with guardians?

14       A.   The only other thing would just be

15  therapy, individual therapy, which, again, the

16  minors have that opportunity to -- to participate

17  in.

18       Q.   Are youth at Shiloh administered

19  psychotropic medications before written informed

20  consent has been obtained?

21       A.   No.

22       Q.   Has that ever occurred?

23       A.   No, not to my knowledge.

24       Q.   So before September 2018, there was

25  always written informed consent before a child

1       ROCIO LAWRENCE - 10/1/2020

2       A.  I know -- I mean, I think it would --
3   I think it would -- I don't -- I don't -- I just
4   think it's important.  I don't know -- I actually
5   think there is -- I think the -- I'm sorry, I'm
6   trying to think of -- I know there's somewhere
7   where the medical office documents it.  But for
8   case management, really that would be one of the
9   main places we have to document or, you know, on
10  the UC Portal.  But as far as for case managers,
11  you know, a Significant Incident Report is done.
12      Q.  Do you recall whether the FFS told
13  you why she was recommending that you document
14  the refusal in a Significant Incident Report as
15  opposed to in some other way?
16      A.  I don't remember.  It was a few
17  months ago.  I -- I don't remember why.
18      Q.  Did anyone besides Dr. Ruiz inform
19  children that they have the right to refuse to
20  take psychotropic medications?
21      A.  I don't know -- I'm not aware if
22  maybe the LVN's say that when they're -- if
23  they're administering the medications.  I'm not
24  aware.
25      Q.  Do you know whether staff are

```
                                                           Page 198
1            ROCIO LAWRENCE - 10/1/2020

2    permitted to use restraints in order to give

3    medications to youths who do not want to take

4    medications?

5          A.  No.  The medication isn't forced.

6          Q.  Are you aware of any circumstances in

7    which a child has been forcibly medicated at

8    Shiloh?

9          A.  No.  If there is occasion where the

10   minor is just not -- I know there -- there --

11   they've been given oral PRN's, but that would be

12   for their consent.  I mean, they have to, you

13   know, take the oral PRN's.  If there's an

14   instance where the minor, you know, if he's

15   fighting or if he's fighting with another minor

16   or -- but that would just be an oral PRN.

17         Q.  And who obtains consent for the minor

18   to obtain the oral PRN?

19         A.  So usually, I mean, a lot of minors

20   come in with -- with medication consent for oral

21   PRN's, but, again, for the oral PRN's, I believe

22   it would just be the minor who provides.  I

23   honestly don't know.  I'm not there when the PRN

24   is given.  Again, you know, we just deal with

25   case management stuff.  That would be more the
```

Page 262

1         ROCIO LAWRENCE - 10/1/2020

2              C E R T I F I C A T E

3              I, Kim A. McCann, RMR, CRR, CSR in and
4    for the State of Texas, do hereby certify:
5              That ROCIO LAWRENCE, the witness
6    whose deposition is hereinbefore set forth, was
7    duly sworn by me and that such deposition is a
8    true record of the testimony given by such
9    witness;
10             That pursuant to FRCP Rule 30,
11   signature of the witness was not requested by the
12   witness or other party before the conclusion of
13   the deposition;
14             I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage; and that I am in no way
17   interested in the outcome of this matter.
18             IN WITNESS WHEREOF, I have hereunto
19   set my hand this October 15, 2020.
20
21
22   _____
23        Kim A. McCann, RMR, CRR, CSR
24
25