# DX-79

Deposition of Dr. Javier Ruiz, September 25, 2020
(Excerpts)

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              CENTAL DISTRICT OF CALIFORNIA

 3                    WESTERN DIVISION

 4

 5   LUCAS R., et al.,              §
                                    §
 6              Plaintiffs,         §
                                    §
 7        VS.                       §    CIVIL ACTION NO.:
                                    §    2:18-cv-05741 DMG PLA
 8   ALEX AZAR, Secretary of        §
     U.S. Department of Health      §
 9   and Human Services, et al.,    §
                                    §
10              Defendants.         §

11

12

13

14            DEPOSITION OF DR. JAVIER RUIZ

15                    Houston, Texas

16            Friday, September 25, 2020

17                (REPORTED REMOTELY)

18

19

20

21

22

23   REPORTED BY:

24   Linda Russell, CSR

25   JOB NO:  184383
```

Page 190

1    be obtained?
2         A.  The answer would be no.  But we've
3    not run into that situation.  Thank God we've
4    always -- after multiple attempts, we get
5    somebody.
6         Q.  And are you able to, or must you
7    under your policies, obtain informed consent from
8    a parent or guardian prior to prescribing a
9    psychotropic medication?
10        A.  Absolutely.  That's what we do prior
11   to giving the medication, yes.
12        Q.  And is that -- I mean, I understand
13   that you have policies that are stringent.  Do
14   you know if ORR has a policy that requires you to
15   obtain informed consent prior to prescribing a
16   psychotropic medication?
17        A.  I'm almost sure yes.  But, again,
18   that's we use is what -- you know.
19        Q.  And in your experience, has Shiloh
20   staff ever signed a psychotropic medication
21   consent form for a minor at Shiloh?
22        A.  No.  No.
23            Well, let me clarify that.  Before
24   2018, with the ruling in the Flores council, yes.
25   And there was a designation of who would be the

Page 197

1      A.   Or --

2      Q.   Oh, go ahead.

3      A.   Or like, for example, what would

4  happen if they're not on medications, for

5  example, you know.

6      Q.   And does it include the right to

7  refuse consent?

8      A.   Yes.  That's part of definitely their

9  right.  And it's documented and there's a form --

10  there's a statement of form that would say that.

11  But they have the right to refuse medications.

12      Q.   And then do they include the right to

13  withdraw consent in the future?

14      A.   Yes.  Yes.

15      Q.   And is there -- I'm sorry if you've

16  answered this, but is there kind of like -- for

17  when this information is being communicated to

18  the consenter is there like a checklist that's

19  used in -- I know you talked about the AMA form

20  that has the, you know, meds and the potential

21  side effects, but is there a checklist that has

22  these are the things you need to make sure to

23  communicate or do they just know --

24      A.   Right, that's right.  You follow the

25  page and it's like -- and then the last entries

Page 272

1  discharge soon.
2      Q.  And was there ever a time in the past
3  where there was a policy that a child needed to
4  maintain 30 days of good behavior before you
5  would recommend step down?
6      A.  No, no, no.
7      Q.  And is --
8      A.  No, that would be based on clinical
9  information and how they're doing.
10     Q.  And is that step down determination,
11 is that ultimately made by you?
12     A.  Yes, uh-huh.
13     Q.  Are you familiar with the 30-day
14 placement reviews of ORR?
15     A.  Not really.  I think I've probably
16 heard of it, but not -- not really.
17     Q.  So you're not -- you don't know what
18 a 30-day placement review is?
19     A.  No, no.
20     Q.  And when you -- when you make a
21 determination that a child is ready to step down
22 from Shiloh, what -- what are the steps that you
23 follow?  How is that communicated to ORR?
24     A.  I mean, it's documented in my notes.
25 And then in the treatment team it's discussed

CERTIFICATE

STATE OF TEXAS )
)
COUNTY OF HARRIS )

I, LINDA RUSSELL, a Certified Court Reporter within and for the State of Texas, do hereby certify:

That JAVIER RUIZ, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I certify that review of the transcript by the deponent was requested.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of October, 2020.

_____
LINDA RUSSELL, Texas CSR #2965
Expiration Date: 4/30/2021

TSG Reporting, Inc.
Firm Registration No. 615
228 E. 44th Street, Suite 810
New York, New York 10017
(212) 702-9580