# DX-80

Deposition of Toby Biswas, November 13, 2019
(Supplemental Excerpts)

Page 1

Confidential

FOR THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Case No. 2:18-CV-05741-MG-PLA

_____
LUCAS R., et al.,                    )
         Plaintiffs,                 )
    v.                               )
ALEX AZAR, Secretary of U.S.         )
Department of Health and             )
Human Services, et al.,              )
         Defendants.                 )
_____

CONFIDENTIAL

DEPOSITION OF TOBY BISWAS

Washington, D.C.

November 13, 2019

REPORTED BY: Barbara DeVico, CRR, RMR

JOB NO. 170311

1  Confidential
2      Q.    Are these the folks that were, we
3  talked release earlier, that that were sort of
4  indirectly involved in the home study process?
5      A.    Yes.  They can recommend home study.
6      Q.    And I'm sorry, I probably didn't
7  listen well enough when you explained that.  But
8  when a home study is recommended, that's contracted
9  out as well; correct?
10     A.    It's under a grant, but yes.
11     Q.    Okay.  What's the difference
12 between, in your mind, between a grant and a
13 contract?
14     A.    Grants are -- the grants ORR has are
15 operated under a cooperative agreement vehicle,
16 similar to a contract, but it doesn't fall under
17 the terms of the federal acquisition regulations.
18 It's just a different vehicle for funding.
19     Q.    Okay.  Who performs the actual home
20 studies?
21     A.    A grantee with a grant to perform
22 home studies.
23     Q.    So these grantees, that's something
24 different than GDIT?
25     A.    Correct.  They're nonprofit

Page 55

1                Confidential
2    organizations that are performing the home studies.
3         Q.    All the home studies are performed
4    by nonprofit organizations?
5         A.    Yes.  To my knowledge.
6         Q.    Okay.  So when a home study is
7    performed, there's usually just one person from the
8    nonprofit that actually goes and conducts the home
9    studies; is that right?
10        A.    Correct.
11        Q.    Do you have occasion to have any
12   involvement in these home studies now in your job?
13        A.    No.
14        Q.    Okay.  So your understanding of this
15   is based on prior work that you've done?
16        A.    Prior work and then with
17   interactions with the project officer who oversees
18   the home studies.
19        Q.    Who is that?
20        A.    Gail, and I can't pronounce her last
21   name.  It starts with an R.
22        Q.    With an R?
23        A.    Yeah.
24        Q.    Okay.  So the employee or person
25   that works for the nonprofit organization that

Page 274

Confidential

# CERTIFICATE

LUCAS R., et al.,            )
    v.                       )
ALEX AZAR, et al.,           )

    I, BARBARA DeVICO, a Notary Public within and for the District of Columbia, do hereby certify:

    That TOBY BISWAS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 27th of November, 2019.

_____
BARBARA DeVICO