# DX-81

Deposition of Captain Marivic Fields, February 24, 2020
(Supplemental Excerpts)

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                   WESTERN DIVISION

 4

 5
    LUCAS R., et al.,            )
 6                               )
                Plaintiffs       )
 7                               )
           vs.                   ) Case 2:18-CV-
 8                               ) 05741 DMG PLA
    ALEX AZAR, Secretary of      )
 9  U.S. Department of Health    )
    And Human Services, et al.,  )
10                               )
                Defendants.      )
11  -----------------------------x

12

13                    CONFIDENTIAL

14     PURSUANT TO PROTECTIVE ORDER 101-19

15    DEPOSITION OF CAPTAIN MARIVIC FIELDS, MSW

16

17                Washington, D.C.

18           Monday, February 24, 2020

19

20

21

22  Reported by:

23  Lori J. Goodin, RPR, CLR, CRR,

24  RSA, California CSR #13959

25  JOB NO. 175375
```

Page 123

1  facilities.
2            So, they get referred to out of
3  network.  And I know I have seen some children
4  do well in out of network placements.
5       Q.   Are you aware of any children who
6  have a mental health need and also a behavioral
7  problem that have been referred to a secure
8  facility?
9       A.   Yes, I have encountered some of
10 those.
11      Q.   Do you remember any examples?
12      A.   Yes.  There was a child who had
13 severe mental health issues and also had
14 conduct disorder issues and something that the
15 Shenandoah at that time is not able to handle
16 because it is a secure facility.
17           So, they are not able to meet a lot
18 of the mental health needs and that child was
19 referred to the network, out of network care.
20 I think Devereux, who is able to handle both
21 because it is important for the mental health
22 component to also be served on top of the
23 behavioral.
24           So, when it gets to a point where
25 the child's needs are not being met, and the

Page 172

 1   population.

 2        Q.   And do you see under, on 101936 the

 3   third bullet that Shenandoah prepared?  It

 4   says, "Currently 36 percent of UCN care are in

 5   need of a secure RTC."

 6        A.   Uh-huh, I see that.

 7        Q.   In the bullet point above that, it

 8   says, "SVJC," which stands for Shenandoah

 9   Valley Juvenile Center, "cannot meet mental

10   health needs of over a third of its current

11   population."

12        A.   I see that.

13        Q.   Do you agree with that bullet?

14        A.   At that time, there was a, that was

15   a concern at that time.

16        Q.   Do you think that concern has been

17   addressed?

18        A.   Yes.

19        Q.   And how has that concern been

20   addressed?

21        A.   Kids are screened better if they are

22   referred to staff secure, especially if the

23   presenting problem is mental health issue.

24        Q.   So, you think that currently

25   Shenandoah is meeting the mental health needs

Page 173

1   of its population?

2        A.    For its population right now, yes.
3   And if they require a higher level of treatment
4   on top, that is not being met, then they are
5   referred to a facility that would accommodate
6   that need.

7        Q.    And which facility would that be?

8        A.    Well it all depends.

9              So, I remember that there was a case
10  in Shenandoah, there was, the child had severe
11  mental health needs.

12             And, that child was referred to
13  Devereux, because it was clear at that time
14  that that child did not belong in a secure
15  setting.  So, he was eventually moved out.

16       Q.    So, what steps did ORR take to
17  ensure that the children at Shenandoah are
18  being provided with mental health care that
19  they need?

20       A.    If it is clear that it is a mental
21  health issue, absent of a, let's say whatever
22  the requirement is for secure, then ORR tries,
23  to, you know, meet the mental health needs
24  elsewhere rather than stepping them up right
25  away to a secure.

Page 247

```
 1                C E R T I F I C A T E

 2   UNITED STATES OF AMERICA  )
                               ) ss.:
 3   DISTRICT OF COLUMBIA      )

 4

 5           I, Lori J. Goodin, a Notary Public

 6   within and for the District of Columbia, do

 7   hereby certify:

 8           That CAPTAIN MARIVIC FIELDS, the

 9   witness whose deposition is hereinbefore set

10   forth, was duly sworn by me and that such

11   deposition is a true record of the testimony

12   given by such witness.

13           I further certify that I am not

14   related to any of the parties to this action by

15   blood or marriage; and that I am in no way

16   interested in the outcome of this matter.

17           IN WITNESS WHEREOF, I have hereunto

18   set my hand this 5th day of March, 2020.

19                      _Lori Goodin_

20   _____

21           Lori J. Goodin, RPR, CLR, CRR

22           RSA, California CSR #13959

23

24   My Commission Expires:

25   May 14, 2021
```