# DX-83

Case File Excerpts

**Filed Under Seal