# DX-84

Case File Excerpts for Fact Response ¶¶ 84, 133, 134, 136, 148, 156, 189

\*\*Filed Under Seal