# DX-85

Vera Contract for Fact Response ¶ 270

C- Description/Specifications

*Title: Legal Service Providers*

C. 1.   Background

On March 1, 2002, the Homeland Security Act of 2002, §462, 6 U.S.C. § 279, transferred the functions under U.S. immigration laws regarding the care and placement of unaccompanied alien children (UC) from the former Immigration and Naturalization Service to the Director of the Office of Refugee Resettlement (ORR). The Division of Unaccompanied Children's Services (DUCS) was created within ORR to serve this purpose, in 2011 ORR reorganized and the UC program was brought under the newly formed Division of Children's Services (DCS). The UC population includes those who: (1) have no lawful immigration status in the United States; (2) have not attained 18 years of age; and (3) with respect to whom - (i) there is no parent or legal guardian in the United States; or (ii) no parent or legal guardian in the United States is available to provide care and physical custody.

On December 23, 2008, the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) was passed. The law modified and expanded HHS' role in the care of UC. Relevant to this Statement of Work, section 235(c)(5) of the (TVPRA), 8 U.S.C. § 1232(c)(5) states, "[t]he Secretary of Health and Human Services shall ensure, to the greatest extent practicable and consistent with section 292 of the Immigration and Nationality Act (8 U.S.C. 1362), that all unaccompanied alien children who are or have been in the custody of the Secretary [of HHS] or the Secretary of Homeland Security... have counsel to represent them in legal proceedings… To the greatest extent practicable, the Secretary of Health and Human Services shall make every effort to utilize the services of pro bono counsel who agree to provide representation to such children without charge."

ORR identifies care options and placements for UC in licensed shelters, group homes, secure facilities, or foster care, according to their specific needs. In making placements, ORR is guided by the principles that all UC should be treated with dignity, respect, and special concern for their particular vulnerability, all UC must be placed in the least restrictive setting that is in the best interest of the UC, and each UC shall be provided care and services free from discrimination based on race, religion, national origin, sex, handicap, or political belief.

UC are particularly vulnerable, having faced traumatic situations in their home countries, such as dire poverty, war, forced military or gang recruitment, human trafficking, domestic violence, abuse, familial separation and government neglect. Some are also very young, most have little or no formal education, and are primarily non-English speaking. After apprehension by the Department of Homeland Security (DHS) and transfer to ORR, these children face a complicated legal system.

Over 90% of UC were released to the custody of a sponsor in FY14 while awaiting their immigration proceedings; most UC immigration cases are not resolved until after they are released from ORR. Therefore, in addition to the legal services provided while in custody, post-release pro-bono and direct representation are an essential part of the continuity of legal services

12

to be performed by the contractor. Professional legal counsel assists in educating the children of their rights, determining if the children qualify for any immigration relief from removal back to their home countries, and applying for identified relief. Continuity of legal representation for UC improves efficiency in ORR facilities and in the immigration court system. It also increases the ability of UC to obtain the relief for which they qualify.

**C. 2.    Purpose**

The U.S. Department of Health and Human Services (HHS), Administration for Children and Families (ACF), Office of Refugee Resettlement (ORR) requires Contractors to implement regional programs providing legal services to unaccompanied alien children (UC). The Contractor will provide legal services directly to UC within region(s) in order to ensure comprehensive and efficient delivery of legal services within the region(s). The Contractor will be required to coordinate with ORR and with other Contractors from different regions to ensure seamless, consistent, quality legal services across the nation. The UC legal services to be delivered in each region will include the following activities for UC who are either in ORR custody or formerly were in ORR custody:

- Pro Bono legal representation to the greatest extent practicable;
- Direct representation to the greatest extent practicable;
- Screenings for legal relief and for human trafficking concerns;
- Friends of the court services where applicable and allowed under local immigration court rules; and
- Know Your Rights (KYR) presentations.

In addition, the Contractor shall collaborate with the Executive Office For Immigration Review (EOIR) in providing legal orientation presentations to sponsors' of UC.

The Office of Refugee Resettlement (ORR) is acquiring legal support services for:

- Region E: Region E covers the states with HHS Region 3. This includes Delaware, Virginia, West Virginia, Washington D.C. Maryland, and Pennsylvania.

**C. 3.    Statement Of Work**

The Contractor shall provide direct legal representation to unaccompanied alien children. The Contractor shall successfully recruit and train pro bono attorneys to the greatest extent possible. The Contractor shall also facilitate the continuation of legal representation once a UC is released to a sponsor and moves across regions.

**C.4    General Requirement**

The Contractor shall have locations in the following areas, within its regions, to provide services to ORR-funded care provider facilities within a 100 mile radius for the estimated bed capacity.

13

| Location | Estimated Bed Capacity | Maximum # of Children |
|---|---|---|
| Alexandria, VA | 90 | 730 |
| Staunton, VA | 35 | 284 |
| Bethlehem, PA | 60 | 487 |

**C.5    Specific Task**

*TASK 1: Know Your Rights Presentation and Legal Screening*

The Contractor shall:

i. Provide legal screening and "Know Your Rights" presentation to UC in HHS custody within 7-10 days of UC admission into ORR care.
ii. Submit an implementation plan with policies and procedures it would take to accomplish i above. This plan shall be submitted to the Contracting Officer's Representative (COR) within 30 days of award.

*TASK 2:* Provide courtroom assistance or preparation, where allowed, for UC in HHS custody who are required to attend court while in HHS custody.

*Task 3: Direct Representation*

The Contractor shall provide direct representation to UC who:

a) Were released in the following immigration court jurisdictions:

   - Baltimore, Maryland
   - Arlington, Virginia

b) Are without reunification options (regardless of being identified with or without legal relief).
c) Enter immigration proceedings while in HHS custody.
d) Have been released locally from an ORR-funded facility.

The Contractor shall submit an implementation plan inclusive of the policies and procedures it would take to accomplish a-d above. This plan shall be submitted to the COR within 30 days of award.

*TASK 4:* The Contractor shall assist UC in HHS custody, care provider managers, or others with filing paperwork with the DHS or Department of Justice (DOJ) as required by immigration court practice and procedures.

*TASK 5: Pro Bono*

14

The Contractor shall:

a) Protocol for screening each Pro Bono Attorney to ensure that each has the appropriate training or experience; adequate resources; and the skills to work appropriately with children.
b) Training for Pro Bono Attorneys to enter information for the children into the Contractor's designed case management system.
c) Submit an implementation plan with policies and procedures it would take to accomplish a) and b) above. This plan shall be submitted to the Contracting Officer's Representative (COR) within 60 days of award.

*TASK 6:* The Contractor shall coordinate assignment of Pro Bono Attorneys for UC in and formerly in HHS custody, including for children transferred within ORR's network of care.

*TASK 7:* The Contractor shall coordinate with UC attorneys and/or child advocates to provide UC with legal services, including:

a) Referrals for service, including direct representation;
b) Data collection and statistics; and
c) Other assistance as approved by the COR.

*TASK 8:* The Contractor shall track scheduled immigration court dates and immigration judge decisions for UC in its region.  The Contractor shall--

a) Track UC cases, whether active, pending or closed;
b) Track disposition of cases, and maintain statistics on those cases;
c) Identify applications for relief sought; requests for voluntary departure; or other information by UC; and
d) Identify applications for relief sought; requests for voluntary departure; or other information by immigration court location.

*TASK 9:* The Contractor shall perform on-site record keeping, maintenance and monitoring of the case management system created or used by the Contractor. This must include, at a minimum:

a) Children screened;
b) Types of relief individual children are found eligible for;
c) Attorneys recruited (pro bono; attorneys providing courtroom assistance to UC in care); and
d) Children directly represented by Pro Bono Attorneys.

*TASK 10:* The Contractor shall conduct training on immigration law and procedures for newly recruited attorneys, utilizing a variety of delivery methods including live instructions, video conferencing, etc.  The Plan for delivery must be submitted within 30 days of award. Plan must be implemented within 14 days of approval by the COR.

15

*TASK 11:* Thirty (30) days upon request from the COR, the Contractor shall provide attorneys and recruit Pro Bono representation that will provide legal services to UC at emergency reception centers.

*TASK 12:* The Contractor shall submit, within 5 business days of the month to the COR, a status report of the following:

a) Number of children screened for legal relief;
b) Number of children screened for legal relief, after release from HHS custody;
c) Number of children provided legal assistance in immigration court while in HHS custody;
d) Length of time to secure legal representation (Pro Bono, or direct representation) for children in HHS custody and upon release from HHS custody;
e) Number of children receiving legal representation;
f) Relief identified for children screened;
g) Applications for relief, voluntary departure or other immigration court actions taken;
h) Running cost of representation on a per capita and per case basis;
i) Number of cases, including averages and other metrics, for attorneys representing children in HHS custody and out of HHS custody; and
j) Qualitative analysis related to the effectiveness of the legal services access within their region. This may include any information gathered from site visits, legal screenings of UC and technical assistance.

### C.6   Quality Assurance Surveillance Plan (QASP)

The Government intends to utilize a Quality Assurance Surveillance Plan (QASP) to monitor the quality of the Contractor's performance. The oversight provided for in the contract and in the QASP will help to ensure that service levels reach and maintain the required levels throughout the contract term. Further, the QASP provides the COR with a proactive way to avoid unacceptable or deficient performance, and provides verifiable input for the required Past Performance Information Assessments. The QASP is a living document and may be updated by the Government as necessary.

16

Confidential - Subject to Protective Order

| Required Tasks | Task Standard | Method of Surveillance | Standard to be Met | Incentive (Positive and/or Negative) |
|---|---|---|---|---|
| Legal Screening & Know Your Rights | The Contractor shall create a plan regarding implementation of legal screenings, Know your Rights Presentations and court room assistance to UC within 30 days of award and adhere to this implementation plan throughout the contract period. | COR verification through review of monthly report, random observation and customer complaint. | 100% compliance to SOW | Approval of plan allows for implementation.<br><br>No invoice for services without an approved plan. |
| Legal Screening & Know Your Rights Presentations | The Contractor shall provide legal screenings and Know your Rights Presentations | COR verification through review of monthly report, random observation and customer complaint. | 90% compliance to SOW | 20% reduction of fixed price. |
| Courtroom assistance | The Contractor shall provide courtroom assistance to UC in ORR care | COR verification through review of monthly report, random observation and customer complaint. | 90% compliance to SOW | Payment will only be authorized for Time & Material of courtroom assistance provided. |

17

Confidential - Subject to Protective Order  GOV-00123804

| | | | | |
|---|---|---|---|---|
| Direct Representation | The Contractor shall create a plan regarding implementation of direct representation to UC within 30 days of award and adhere to this implementation plan throughout the contract period. | COR verification through review of monthly report, random observation and customer complaint. | 100% compliance to SOW | Approval of plan allows for implementation.<br><br>No invoice for services without an approved plan. |
| Direct Representation | The Contractor shall provide direct representation to UC Released from ORR care and UC in long-term foster placement | COR verification through review of monthly report, random observation and customer complaint. | 90% compliance to SOW | Payment will only be authorized for Time &Material of direct representation provided. |
| Outreach | The Contractor shall create a plan regarding implementation of outreach conducted to legal communities to screen and train potential Pro Bono Attorneys within 60 days of award and adhere to this implementation plan throughout the contract period. | COR verification through review of monthly report, random observation and customer complaint. | 100% compliance to SOW | Approval of plan allows for implementation.<br><br>No invoice for services without an approved plan. |

18

| Training | The Contractor create a plan regarding conducting training on immigration law and procedures for newly recruited attorneys timely | COR verification through review of monthly report, random observation and customer complaint. | 100% compliance to SOW | Approval of plan allows for implementation.<br><br>No invoice for services without an approved plan. |
|---|---|---|---|---|
| Staffing | The Contractor shall have the ability to hire attorneys and recruit Pro Bono representation to provide legal services to UC at emergency facilities within 30 days of initial COR approval. | COR verification through review of monthly report, random observation and customer complaint. | 90% compliance to SOW | Up to 5% reduction in payment if representation is not provided within 30 days. |
| Reporting | The Contractor shall provide a status report as per the Statement of Work to the COR by the 5th business day of the month. | COR verification through review of monthly report. | 95% compliance to SOW | Status report will be used to approve invoice. |

19

Confidential - Subject to Protective Order

GOV-00123806