JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*<br><br>    *Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1

Application for Leave to File Under Seal Documents Submitted in Support of
Opposition to Plaintiff's Motion for Partial Summary Judgment

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5 and the Court's Order granting leave to use pseudonyms (Dkt. No. 18), Defendants submit this Application seeking leave to file under seal certain documents in support of their Opposition to Plaintiffs' Motion for Partial Summary Judgment. Pursuant to Local Rule 79-5.2.2(a), Defendants submit concurrently with this application redacted versions of (1) Defendants' Statement of Genuine Disputes of Material Fact and Additional Material Facts and (2) Defendants' Exhibit DX-62, Expert Report of Dr. Donna Londino. Defendants also submit concurrently with this application unredacted versions of (1) Defendants' Statement of Genuine Disputes of Material Fact and Additional Material Facts, (2) Defendants' Exhibit DX-62, Expert Report of Dr. Donna Londino, and (3) Defendants' Exhibits DX-83 and DX-84, case file excerpts of minor children.[1]

## I.    ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons support sealing these portions of Defendants' exhibits because they contain personal information regarding class members and non-supervisory non-federal employees previously designated as confidential. Courts have recognized individuals' interest in the protection of such information. *See*

---

[1] On September 29, 2020, the parties agreed not to oppose the filing of ORR case files or portions thereof entirely under seal. On November 3, 2020, Plaintiffs agreed to Defendants' proposed redaction on page 9 of Defendants' EX-62.

*Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Defendants seek to seal portions of (1) Defendants' Statement of Genuine Disputes of Material Fact and Additional Material Facts and (2) Defendants' Exhibit DX-62, Expert Report of Dr. Donna Londino because they contain personally identifiable information of unaccompanied alien children in ORR custody, who are also minors, and personal identifying information of "nonsupervisory federal and non-federal employees, including names and contact information," designated as confidential under Paragraph 5 of the Stipulated Protective Order (Dkt. No. 158). Given the sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the privacy of the individuals identified in these records.

Further, Defendants seek to seal Defendants' Exhibits DX-83 and DX-84, in their entirety as these exhibits consists of case files, which contain detailed sensitive information that cannot be separated from other information therein. Therefore, there is compelling reason to seal these materials to protect the privacy interests of class members and staff at ORR facilities.

## II.   CONCLUSION

For the reasons set forth above, Defendants respectfully requests leave to file portions of (1) Defendants' Statement of Genuine Disputes of Material Fact and Additional Material Facts and (2) Defendants' Exhibit DX-62, Expert Report of Dr. Donna Londino under seal, and to file the entirety of (3) Defendants' Exhibits DX-83 and DX-84, case file excerpts of minor children, under seal.

| | |
|---|---|
| Dated November 6, 2020 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| | ERNESTO H. MOLINA<br>Deputy Director |
| | BENJAMIN MARK MOSS<br>W. DANIEL SHIEH<br>Senior Litigation Counsel |
| | */s/ Nancy K. Canter*<br>NANCY K. CANTER<br>JONATHAN K. ROSS<br>ANTHONY J. MESSURI<br>Trial Attorneys<br>Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 878<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 305-9802<br>Email: Daniel.Shieh@usdoj.gov |
| | *Counsel for Defendants* |

Application for Leave to File Under Seal Documents Submitted in Support of
Opposition to Motion for Partial Summary Judgment