# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **[PROPOSED] ORDER ON APPLICATION TO SEAL** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | **[HON. DOLLY M. GEE]** |
| *Defendants*. | |

1

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

    (1) Defendants' Statement of Genuine Disputes of Material Fact and Additional Material Facts (portions);

    (2) Defendants' Exhibit DX-62, Expert Report of Dr. Donna Londino (portions); and

    (3) Defendants' Exhibits DX-83 and DX-84, case file excerpts of minor children (entirety).

**IT IS SO ORDERED.**

DATED: _____, 2020.

                                    _____
                                    THE HONORABLE DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE