1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>ALEX AZAR, et al.,<br><br>             Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:      Dec. 11, 2020<br>Time:      3:00 p.m.<br>Place:     Courtroom 8C, 8th Floor<br><br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: March 2, 2021<br>Trial Date:  March 30, 2021 |

Having read and considered (1) Application for Leave to File Under Seal Portions of Their Exhibits in Support of Their Opposition to Defendants' Motion for Summary Judgment (the "Application"); (2) the Declaration of Jayme B. Staten; (3) any papers filed by Defendants in response to the Application; and (4) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court rules as follows:

### **Documents Plaintiffs Seek to Seal**

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 172 | A true and correct copy of the document bearing Bates range GOV-00009306–GOV-00009309, and marked as "Lawrence Deposition Exhibit 338" during the deposition of Rocio Lawrence, taken on September 22, 2020 and continued on October 1, 2020. | Entirely under seal | |
| 182 | A true and correct copy of excerpts of the Expert Report of Dr. Anthony Joseph Urquiza, Ph.D., served on Defendants on June 19, 2020. | Entirely under seal | |
| 192 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00000008–GOV-00000678. | Entirely under seal | |
| 193 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00007212–GOV-00008517. | Entirely under seal | |
| 194 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00010640–GOV-00011304. | Entirely under seal | |

1

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 195 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00241631–GOV-00241661. | Entirely under seal | |
| 196 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00033303–GOV-00033308. | Entirely under seal | |
| 197 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00239155–GOV-00239255. | Entirely under seal | |
| 162 | A true and correct copy of excerpts of the Deposition Transcript of Nidia Murray, taken on December 17, 2019. | Yellow highlighted portions | |
| 169 | A true and correct copy of the document bearing Bates range GOV-00124713–GOV-00124714, and marked as "Fields Deposition Exhibit 184" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Yellow highlighted portions | |
| 170 | A true and correct copy of the document marked as "Fields Deposition Exhibit 185" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Yellow highlighted portions | |
| 183 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11705–Lucas R._Experts_11707. | Yellow highlighted portions | |

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 184 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11743–Lucas R._Experts_11745. | Yellow highlighted portions | |
| 191 | A true and correct copy the document produced by Defendants, bearing Bates range GOV-00030423–GOV-00030428. | Yellow highlighted portions | |
| 149 | A true and correct copy of excerpts of the Deposition Transcript of Toby Biswas, taken on November 13, 2019. | Red highlighted portions | |
| 156 | A true and correct copy of the Deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Red highlighted portions | |
| 169 | A true and correct copy of the document bearing Bates range GOV-00124713–GOV-00124714, and marked as "Fields Deposition Exhibit 184" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Red highlighted portions | |
| 171 | A true and correct copy of the document marked as "Fink Deposition Exhibit 175" during the deposition of David Fink, taken on February 12, 2020. | Red highlighted portions | |
| 173 | A true and correct copy of the document bearing Bates range GOV-00022450–GOV-00022452, and marked as "Ray Deposition Exhibit 121" during the deposition of Faith Ray, taken on October 23, 2019. | Red highlighted portions | |

3

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 190 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-0023036. | Red highlighted portions | |

**IT IS SO ORDERED.**


Dated: _____, 2020      _____
                                   Hon. Dolly M. Gee
                              United States District Court Judge