# Exhibit 149

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 149
Page 66

1      Confidential

2      FOR THE UNITED STATES DISTRICT COURT

3   CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

4           Case No.  2:18-CV-05741-MG-PLA

5

6   _____

7   LUCAS R., et al.,                         )

8           Plaintiffs,                       )

9        v.                                   )

10  ALEX AZAR, Secretary of U.S.              )

11  Department of Health and                  )

12  Human Services, et al.,                   )

13          Defendants.                       )

14  _____

15                  CONFIDENTIAL

16          DEPOSITION OF TOBY BISWAS

17             Washington, D.C.

18             November 13, 2019

19

20

21

22

23

24  REPORTED BY:  Barbara DeVico, CRR, RMR

25  JOB NO. 170311

Page 247

1 Confidential

2 principles?

3     A.    Yes.

4     Q.    And you think that even if a kid who
5 is going to be transferred to an RTC that that kid
6 also is a run risk?

7     A.    Yes.

8     Q.    Why is that?

9     A.    Because I don't think most children
10 want to be at RTC --

11     Q.    Because.

12     A.    -- or a secure provider. They just
13 want to stay where they are.

14     Q.    Do the kids in the RTC want to stay
15 where they are?

16     A.    Some do.

17         MR. WHITE: We're going to take a
18     five-minute break.

19         (Recess)

20         (Exhibit 132, email, was
21         marked for identification.)

22 BY MR. WHITE:

23     Q.    Have you looked at 132?

24     A.    Yes.

25     Q.    Is that an email to ▇▇ ▇▇▇▇▇ that

1  Confidential

2  Q. So where is this provision in the
3  policy guide that states that ORR provides that
4  once the FFS denies a sponsor or release to a
5  sponsor that the change in circumstance can be
6  considered?
7  A. I'm trying to look it up. But I
8  can't find it at this moment.
9  Q. But you're convinced, you believe
10 that's in the policy guide?
11 A. It's either in the policy guide, the
12 MAP or one of our corresponding guidance that we
13 provided in the past.
14 Q. That would be of the FAQs?
15 A. Yes.
16 Q. So to the extent that there's emails
17 that document this case that you remembered when
18 Mr. Molina was asking you about it, that -- would
19 that refer to the particular section of policy that
20 allows that?
21 A. I believe so. There's also nothing,
22 to my knowledge, prohibiting it.
23 Q. Right. But then similarly like the
24 other time you answered that way, there's nothing
25 that would alert a denied sponsor of their ability

1        Confidential

2   to present the evidence of change of circumstances,
3   correct?
4           A.      Correct.
5           Q.      So does ORR require that denied
6   sponsors be informed in writing of their ability to
7   present information about a change of
8   circumstances?
9           A.      ORR doesn't notify sponsors in
10  writing except for their parent or legal guardian.
11          Q.      Okay.  So if they're a parent or
12  legal guardian, what they're given in writing does
13  or does not, or is or is not required to include
14  their right or ability to present information about
15  a change of circumstances in the case of a denial?
16          A.      It tells them how they can appeal a
17  decision.
18          Q.      Which is different than what you're
19  talking about, right?  An appeal is different than
20  presenting a change of circumstance to get the FFS
21  to reconsider their choice, right?
22          A.      Yes.
23          Q.      So that's not given in writing in
24  the notice of denial, is it?
25          A.      I don't recall.

Page 274

1        Confidential

2       C E R T I F I C A T E

3

4 LUCAS R., et al.,     )

5   v.         )

6 ALEX AZAR, et al.,     )

7

8

9   I, BARBARA DeVICO, a Notary Public within and

10 for the District of Columbia , do hereby certify:

11   That TOBY BISWAS, the witness whose

12 deposition is hereinbefore set forth, was duly

13 sworn by me and that such deposition is a true

14 record of the testimony by such witness.

15   I further certify that I am not related to

16 any of the parties to this action by blood or

17 marriage; and that I am in no way interested in the

18 outcome of this matter.

19   IN WITNESS WHEREOF, I have hereunto set my

20 hand this 27th of November, 2019.

21

22          *[signature]*

23        _____

24         BARBARA DeVICO

25