# Exhibit 169

**<u>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL</u>**

Exhibit 169
Page 257

**Message**

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=D405522C35EF4B90A7C40BA649BD9D82-SUH, GA-YOO]
**Sent:** 8/2/2018 10:10:30 PM
**To:** Fields, Marivic (Maria) (ACF) [mariavictoria.fields@acf.hhs.gov]
**Subject:** RE: Review of Shiloh Cases
**Attachments:** 20180802 Shiloh Placements.xlsx

EXHIBIT 184
WIT:
DATE: 2/24/20
Lori Goodin, CRR

With attachment

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, August 02, 2018 6:10 PM
**To:** Fields, Marivic (Maria) (ACF) <MariaVictoria.Fields@acf.hhs.gov>
**Subject:** RE: Review of Shiloh Cases

Hi Marivic,

Here's the updated table for your review. On the phone, we discussed you (1) filling in the information for the missing minor ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and (2) inputting your opinion on whether the minors should continue to be placed at RTC.

Thanks!

▮▮▮

**From:** Fields, Marivic (Maria) (ACF)
**Sent:** Thursday, August 02, 2018 4:52 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Review of Shiloh Cases

Sure. Please call me on my cell.

v/r

Marivic Fields, LMSW, BCD
CAPT, United States Public Health Service
Senior Advisor for Child Well-being and Safety
Unaccompanied Alien Children Program
Administration for Children and Families
(202) 795-7566 (office)
(202) 617-0801 (cell)
maria.fields@acf.hhs.gov

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, August 02, 2018 4:52 PM
**To:** Fields, Marivic (Maria) (ACF) <MariaVictoria.Fields@acf.hhs.gov>
**Cc:** Sualog, Jallyn (ACF) <Jallyn.Sualog@ACF.hhs.gov>; Bena, Anna Marie (HHS/OGC) (ACF) <Annamarie.Bena@HHS.GOV>; De LA Cruz, James (ACF) <James.DeLACruz@acf.hhs.gov>
**Subject:** RE: Review of Shiloh Cases

Marivic, are you available to discuss your findings? I want to make sure I understand what this table is saying.

Thanks,

Confidential - Subject to Protective Order

**From:** Fields, Marivic (Maria) (ACF)
**Sent:** Thursday, August 02, 2018 4:34 PM
**To:**
**Cc:** Sualog, Jallyn (ACF) <Jallyn.Sualog@ACF.hhs.gov>; Bena, Anna Marie (HHS/OGC) (ACF) <Annamarie.Bena@HHS.GOV>; De LA Cruz, James (ACF) <James.DeLACruz@acf.hhs.gov>
**Subject:** Review of Shiloh Cases

Hi ,

I completed the review of Shiloh cases, it appears that placement of these UACs to a residential treatment facility is appropriate based on case notes and recommendations that I read from licensed providers. Please note that not all UACs are referred to Shiloh or any RTC for reasons that they pose a risk to self or others and it shouldn't be just for these reasons but primarily for safety reasons and these UACs require a higher level of care. Some UACs were referred because of Autism, Psychosis (which can potentially be classified as a risk to self or others) but their primary diagnosis is due to presentation of psychotic symptoms, i.e., auditory/visual hallucination.

Here is the summary of what I found:

1. There is no consent form signed by a legal guardian authorizing administration of psychotropic medication to UAC. The only thing that is consistent in all cases is the Authorization for Medical, Dental, Mental Health Care form signed by Scott Lloyd. There was one case with an authorization from parent.
2. Recommendation for an RTC placement is referenced in case review notes but I did not see anything in the UAC documents. It's probably in the portal somewhere but it's not readily available to access for review.
3. There are a couple cases where I am somewhat concerned with the number of psychotropic medications but this will have to be reviewed by a prescribing provider, i.e., psychiatrist or psychiatric nurse practitioner who understands psychotropic medications.
4. One case that I am also concerned about is the sibling of a UAC with down syndrome. It looks like reunification is being worked on but the sibling does not present any psychological concerns unless he is in Shiloh to be with the sibling with Down Syndrome. I will ask FFS about the reason for this UAC's placement.
5. Another concern is a UAC who has been in Shiloh for a year, perhaps this is warranted but will ask the FFS for reason for his extended length of stay in RTC.

Overall, the UACs in Shiloh receives a monthly evaluation/medication management by the psychiatrist and some receive more frequent follow-ups depending on their psychological state/condition and level of functioning. Based on the psychiatrist notes, there seems to be improvement in psychological functioning and there is proper monitoring of symptoms and there is appropriate recommendation for reunification, lower level of care or release to shelter if warranted.

I hope I captured everything that is required pertaining to judge's order. Please let me know if you have questions.

v/r

Marivic Fields, LMSW, BCD
CAPT, United States Public Health Service
Senior Advisor for Child Well-being and Safety
Unaccompanied Alien Children Program
Administration for Children and Families
(202) 795-7566 (office)
(202) 617-0801 (cell)
maria.fields@acf.hhs.gov

Confidential - Subject to Protective Order

GOV-00124714

Exhibit 169
Page 259