# Exhibit 170

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 170
Page 260

| S.# | A # | First Name | Last Name | DOB | COB | Admitted Date | UAC Assess. Date | RTC Recommendation Received? | Initial Recommender for RTC Placement | Reason for Placement | Initial Psych assessment at Shiloh? | Current Shiloh Recommendation | Current Medications | Authorization for Psychotropic Meds | ORR Notes/Recommendation regarding continued placement | Child Psychiatrist's Comments and Recommendations |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | /2002 | El Salvador | 7/24/2018 | 7/27/2018 | Yes | Psychologist | Physical Aggression; Danger to others ("DTO") | Yes | Continued Treatment | Trazodone | ORR General Authorization for Medical Treatment | UAC new to RTC; Concur with Shiloh recommendation | |
| | | | | /2008 | El Salvador | 7/23/2018 | 7/25/2018 | Yes | Psychiatrist | Autistic; Aggressive; Develpmental Delay; No Suicidal Ideation/Homicidal Ideation ("SI/HI") | Yes | Continued Treatment | Inruniv; Risperdal | ORR General Authorization for Medical Treatment | UAC new to RTC; Concur with Shiloh recommendation | Pervasive developmental disorder is listed as an initial diagnosis--this is an old term. It is updated in subsequent psychiatric progress notes. No baseline labs or EKG. |
| | | | | 2003 | Honduras | 7/19/2018 | 7/24/2018 | Somewhat | Psychiatrist | Auditory/Visual Hallucinations ("A/V/H"); DTO; Anxiety, SI | Yes | Continued Treatment | Abilify, | MD | UAC new to RTC; Concur with Shiloh recommendation | |
| | | | | 2010 | Guatemala | 7/17/2018 | 7/23/2018 | Yes | PMHNP | 7 yrs old; Aggression; DTO | Yes | Continued Treatment | Risperadol | ORR General Authorization for Medical Treatment | UAC new to RTC; Once UAC is stable, reunification with mother is recommended; I would recommend pursuing reunification. This minor is too young to be in an RTC placement. | Has baseline labs, has EKG. No mood or ADHD rating scales. |
| | | | | /2009 | Guatemala | 7/5/2018 | 7/10/2018 | No written documentation found; appears to have been a telephonic recommendation | Psychiatrist | HI/SI | Yes | Continued Treatment | Prozac, Adderall | ORR General Authorization for Medical Treatment | UAC still needs to stablize, concur with Shiloh recommendation | ADHD rating scale. No other rating scales in chart including at intake. Does have baseline labs, does have baseline EKG. |
| | | | | /2007 | Honduras | 6/27/2018 | 7/27/2018 | Yes | Psychiatrist | Aggression; Self-harm | Yes | Continued Treatment | Abilify, Focalin, Intuniv | ORR General Authorization for Medical Treatment | UAC still not stable; concur with Shiloh recommendation | has baseline labs, has EKG. No rating scales. Last 3 psychiatric progress notes do not have diagnoses listed. Initial evaluation does have diagnoses listed. |
| | | | | /2007 | Guatemala | 6/21/2018 | 6/27/2018 | Yes | Nurse Practitioner | Aggression; Self-harm; Anxiety | Yes | Continued Treatment | Lexapro, Risperidal | ORR General Authorization for Medical Treatment | UAC continues to be anxious, father deported and UAC wants to go back to home; no identified sponsor so once UAC is stable, recommend returning to family in home country | No diagnosis listed on most recent progress note. No symptom specific rating scale. Does have baseline labs and baseline EKG. |
| | | | | /2001 | Guatemala | 6/13/2018 | 6/18/2018 | Yes | Psychiatrist | SI with Hx of Suicidal Attempts ("SA") | Yes | Continued Treatment | Lexapro, Zyprexa | ORR General Authorization for Medical Treatment | Reunification with uncle is being explored; Due to history of suicidal attempts, continued treatment is warranted; concur with Shiloh recommendation | |
| | | | | /2008 | Mexico | 6/6/2018 | 6/11/2018 | Yes | Border Medical | Down Syndrome | Yes | Step-down or reunification | Intuniv | ORR General Authorization for Medical Treatment | Need to get status of reunification with father; per notes, UAC can be stepped down; UPDATE: Same as sibling | Does have EKG in cart. Does have baseline labs. Do not see a r/o adhd diagnosis on subsequent progress notes and no rating scales. |
| | | | | /2008 | Mexico | 6/6/2018 | 6/11/2018 | Yes | Border Medical | Sibling to UAC w/ down syn drome; No SI/HI; worried about family and anger issues and minor has heart murmur | Yes | Step-down or reunification | None | ORR General Authorization for Medical Treatment | Does not meet critieria for RTC; needs to be either stepped down or reunified with sponsor; UPDATE: MO has open CPS case, FA has negative home study | No baseline rating scales. |
| | | | | /2003 | Mexico | 6/4/2018 | 6/8/2018 | Yes; Didn't see document but indicated in the Case Review and Transfer Request | PMHNP | SI; self-harm | Yes | Step-down or reunification | Hydroxyzine, Welbutrin | ORR General Authorization for Medical Treatment | Concur with stepdown or reunification; UPDATE 8/6/18: reunification in progress; HS completed 8/3/18 | |
| | | | | /7000 | Guatemala | 6/4/2018 | 6/7/2018 | Yes | | SI w/ plan; Seizures | Yes | Continued Treatment | Lexapro | ORR General Authorization for Medical Treatment | Needs continued stablization with psych symptoms; concur with Shiloh recommendation | |
| | | | | /2002 | Honduras | 5/29/2018 | 6/22/2018 | Yes | | SI; aggression | Yes | Continued Treatment | | ORR General Authorization for Medical Treatment | Will need psychiatrist to review this record due to six psychotropic medications prescribed. This UAC has been in ORR care since 2013. | 1. Medical record alludes to cardiologist clearing EKG/cardiac results, but no documentation of that original cardiology eval. 2. Topamax-unclear justification. 3. Cogentin-unclear justification. Appears to be a holdover from when individual was treated with injectable risperidone. 4. On 07/11/18 thorazine IM documented as 50mg when first given. What is rationale for dose higher than 25mg IM when first given? 5. Could not find documentation in the medication record that the thorazine was administered except for the psychiatrist progress note. The IM emergency medication report was found in the case file. 6. Documentation of real-time follow up is not found in medical notes section. There is a follow up noted in the next day physician note but nothing with a time stamp either written out or with a computerized time stamp. 7. Should have repeat psychoeducational testing as last comprehensive testing documented is 2015. Did have a brief assessment on 05/25/18. |
| | | | | /2001 | Honduras | 5/24/2018 | 5/29/2018 | Yes | Psychiatrist | SI; Self-harm | Yes | Continued Treatment | Trazodone, Zoloft | ORR General Authorization for Medical Treatment | Concur with Shiloh recommendation | |
| | | | | /2005 | Guatemala | 5/21/2018 | 5/30/2018 | Yes per case review | Unknown | SI w/ plan; Hx SA | Yes | Continued Treatment | Lexapro | ORR General Authorization for Medical Treatment | Concur with Shiloh recommendation | No depression rating scales. |
| | | | | /2001 | Guatemala | 5/2/2018 | 5/7/2018 | Yes | PMHNP | SI/Self-harm; aggression | Yes | Step down | Zoloft | ORR General Authorization for Medical Treatment | UAC is eligible for step-down | |
| | | | | /2001 | Guatemala | 4/30/2018 | 5/3/2018 | Yes | PMHNP | SI;SA | Yes | Step-down or Reunification | Ability, Lexapro, Prazosin | ORR General Authorization for Medical Treatment | Step-down or reunification; UPDATE 8/6/18: reunification in progress - waiting on HS | |

EXHIBIT 85
WIT:
DATE: 2/24/20
Lori Goodin, CRR

Exhibit 170
Page 261

| | | | Country | DOB intake | Admission date | Mental health assessment done | Assessment by | Diagnosis/Symptoms | Psychotropic meds | Disposition | Medications | Authorization | Notes | Additional Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2001 Mexico | 4/19/2018 | 4/24/2018 | Yes per Case Review | | SI; SA; Chemical Dependency ("CD") | Yes | Continued Treatment | Ability, Zoloft, Prazosin | ORR General Authorization for Medical Treatment | Concur with Shiloh recommendation | |
| | | | 2002 Guatemala | 4/5/2018 | 4/17/2018 | Yes per Case Review | PMHNP | AH/VH; Self-Harm | Yes | Continued Treatment | Abilify, Zolof | ORR General Authorization for Medical Treatment | Concur with Shiloh recommendation | |
| | | | 2001 Guatemala | 3/16/2018 | | f Yes per Case Review | Psychiatrist | SI; Self-harm; hx A/H | Yes | Step down | Abilify, Clonidine | ORR General Authorization for Medical Treatment | UAC is eligible for step-down since 7/17/18 | |
| | | | 2002 Guatemala | 2/28/2018 | 3/2/2018 | Yes | Psychiatrist | A/H, DTO per voices | Yes | Reunification | Cogentin, Lithium, Zyprexa, | ORR General Authorization for Medical Treatment | Reunification is recommended; UPDATE 8/6/18: reunification is in progress | |
| | | | /2004 Mexico | 2/19/2018 | 2/26/2018 | YES | BHMP/NP | Self-harm; DTS | Yes | Step down | Lexapro, Prozosin | ORR General Authorization for Medical Treatment | Step down or lower level of care recommended since 7/17/18; UPDATE 8/6/18: Per FFS, working on step-down. | |
| | | | /2001 El Salvador | 1/18/2018 | 1/23/2018 | Yes | Psychologist | Self-harm; SI; Anxiety | Yes | Step-down or Reunification | Abilify, Zoloft | ORR General Authorization for Medical Treatment | Step-down or reunification recommended since 7/17/18; UPDATE 8/6/18: pending post release services | |
| | | | /2000 Honduras | 1/4/2018 | 1/9/2018 | Yes | NP/Psychiatrist | A/H; Self-harm | Yes | Step-down or Reunification | Zoloft | ORR General Authorization for Medical Treatment | Reunification is in progress | |
| Reunification | | | /2004 Honduras | 12/19/2017 | 12/27/2017 | Yes | PMHNP | A/H; SI; Self-harm | Yes | Reunification | Abilify, Lexapro | ORR General Authorization for Medical Treatment | Reunification is possible; UPDATE 8/6/18: Per FFS, case approved for reunifcation pending TVPRA post release services | |
| | | | /2002 Mexico | 11/30/2017 | 12/4/2017 | Yes per case notes | Unknown | Sexual Assault -Perp; A/H; SI w/ plan | Yes | Continued Treatment | Adderall | ORR General Authorization for Medical Treatment | Concur with Shiloh recommendation; will need psychosexual evaluation for treatment and risk to other children | Does have baseline labs and EKG. ADHD rating scale in chart, but no PTSD or depression rating scales. |
| | | | /2002 Mexico | 8/8/2017 | 8/11/2017 | No recommendation found | Unknown | DTO-Assaultive | Yes | Continued Treatment | Adderall, Seroquel | ORR General Authorization for Medical Treatment | This UAC has been in RTC for 360 days; will need to inquire with FFS reason for extreme length of care in RTC setting; UPDATE 8/6/18: FFS waiting on legal update for URM referral or LTFC referral. Per FFS moving to another shelter is detrimental to his mental health. Doing extremely well in Shiloh and poorly in secure/staff placements. MO has withdrawn reunification. | Does have baseline labs and EKG. No follow up fasting glucose (should be q6months when taking a secondary generation antipsychotic like seroquel which ▇ is taking. Is due for follow up lipid next month--annual. No rating scales in chart (f |

Exhibit 170
Page 262