# Exhibit 171

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 171
Page 263

| | |
|---|---|
| From: | ▌▌▌▌▌▌▌ (ACF) (CTR) |
| Sent: | Wednesday, January 9, 2019 11:43:42 AM |
| To: | Biswas, Toby R M (ACF) |
| CC: | Ray, Faith (ACF); Fink, David (ACF); Moomaw, Sara (ACF); ▌▌▌▌▌▌ (ACF); Miranda-Maese, Aurora (ACF) (CTR) |
| Subject: | January NOP Compliance Review: Staff Secure and RTC Facilities |
| Attachments: | Jan 2019 Compliance Review_Staff Secure_RTC Populations.xlsx |

Hi All,

I have completed the monthly review for Staff Secure and RTC facilities for the Month of January.

- 93 out of 128 cases were Non-Compliant
- There were 40 Discharges from Staff Secure and RTC facilities
- There were 39 Step ups, down, or placements into Staff Secure or RTC

As a reminder, all minors in ORR custody in Staff Secure and RTC facilities must have a monthly Notice of Placement for why they are in a Staff Secure or RTC facility. This NOP must be conducted in a language of the minor's preference, and the written form must be completed in the minor's preferred language as well. In the event that the minor's preferred language is not available via ORR standard form, Staff Secure and RTC personnel may use an interpreter, but this must be noted on the NOP form.

▌▌▌▌▌▌▌▌▌▌▌▌▌▌▌ applies to this spreadsheet.

I will be reaching out to the FFS for these facilities individually.

▌▌▌▌▌▌▌
**Policy Analyst**
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures

EXHIBIT: 175
NAME: Fink
DATE: 2-12-20
J Leitz Moran

Exhibit 171
Page 264