# Exhibit 173

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 173
Page 270

**From:** Ray, Faith (ACF)
**Sent:** Tuesday, January 22, 2019 12:54:03 PM
**To:** David, Natasha (ACF)
**Subject:** RE: Flores Compliance Review for Shenandoah, 1/18/19

Hi Natasha,

My Outlook calendar is up-to-date, so please choose a date/time to meet that works best for you.

Best,
Faith

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building
330 C Street SW, Room 5123
Washington DC 20201

---

**From:** David, Natasha (ACF) <Natasha.David@acf.hhs.gov>
**Sent:** Monday, January 21, 2019 12:59 PM
**To:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Cc:** Shireena, Tanzeena (ACF) <Tanzeena.Shireena@ACF.hhs.gov>; Volovar, Jill (ACF) <Jill.Volovar@ACF.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Fink, David (ACF) <David.Fink@acf.hhs.gov>; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>; [redacted]
**Subject:** RE: Flores Compliance Review for Shenandoah, 1/18/19

Hello Faith,

I would like to follow up with you this week to better understand this process and areas that may not be outlined in P & P. I will be in PA all of this week. Please let me know your availability this next and next week.

Thank you

Natasha David, MSW
Federal Field Specialist
U.S. Department of Health & Human Services
Administration for Children & Families
Office of Refugee & Resettlement
Division of Unaccompanied Children Operations

202-205-4949 (Office)
202-779-2957 (Cell)
natasha.david@acf.hhs.gov

EXHIBIT 121
WIT: RAY
DATE: 10/23/19
REPORTER: J. HARMONSON

Confidential - Subject to Protective Order

GOV-00022450

Exhibit 173
Page 271

<< OLE Object: Picture (Device Independent Bitmap) >>
* In case of emergency, after hours please contact the DUCO hotline at (202) 401-5709

---

**From:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Sent:** Friday, January 18, 2019 1:24 PM
**To:** David, Natasha (ACF) <Natasha.David@acf.hhs.gov>
**Cc:** Shireena, Tanzeena (ACF) <Tanzeena.Shireena@ACF.hhs.gov>; Volovar, Jill (ACF) <Jill.Volovar@ACF.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Fink, David (ACF) <David.Fink@acf.hhs.gov>; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>; [redacted]
**Subject:** Flores Compliance Review for Shenandoah, 1/18/19

Hi Natasha,

It was nice meeting you yesterday at the office. I've attached the weekly compliance review that I do for Shenandoah (I also do a weekly review for Yolo, which I email out separately).

This compliance review is in its 7th week and is a response to a Court order (U.S. District Court, Central District of California) where Plaintiffs claimed that ORR was out of compliance with several elements of the Flores Settlement Agreement. So the judge issued a Motion to Enforce certain elements of the FSA, which is why ORR is now reviewing the secure facilities (as well as the staff secures & RTCs).

For my part, I review the **basis for placement** *every week* and the **Notice of Placement** forms *every month*, for all secure cases.

This week, Shenandoah had three non-compliant cases, due to a lack of a 7-day update for each of these minors (who have been recommended for step down). Please let the program know of these compliance issues, so they will be corrected by the time I check again next week, **but note that this spreadsheet is for ORR internal use only**. (Use [redacted] password to view the spreadsheet.)

Also, I wanted to let you know that this week the Policy team working on the Flores compliance court order met with Sarah Viola and the UAC monitoring team to discuss corrective actions for programs not fully in compliance by the start of March (secure, staff secure, and RTCs). You should know that Shenandoah has worked hard to come into compliance over the past seven weeks, so continued support will really help them.

If you have any questions, don't hesitate to reach out. We can set up a meeting to talk more in person if that would be helpful. Looking forward to working with you!

Thanks,
Faith

<< File: 01.18.19 Shenandoah Flores Compliance Review.xlsx >>

**Faith Ray,** *Policy Analyst*
Division of Policy & Procedures | Office of the Director
Direct: 202.205.3982

**Office of Refugee Resettlement**
Administration for Children & Families
U.S. Dept. of Health & Human Services
Mary E. Switzer Building

Confidential - Subject to Protective Order                                                                                                              GOV-00022451

Exhibit 173
Page 272

330 C Street SW, Room 5123
Washington DC 20201

Confidential - Subject to Protective Order			GOV-00022452

Exhibit 173
Page 273