# Exhibit 183

**<u>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL</u>**

Exhibit 183
Page 349

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts. This declaration is an update to the declaration I provided in June 2018.

**Yolo**

2. I have been in detention since the summer of 2017. I was previously at Casa Padre and NoVa and am currently at Yolo. I hated Casa Padre and NoVa but Yolo is even worse. A male staff member has hit on my back three times, each time in my room. I do not know why he hit me.

3. Once, I was pepper sprayed outside on the soccer field. The staff threw me on the ground and then pepper sprayed me. My shoulder was hurt and my eyes were burning. I felt so awful and I started crying. I couldn't see and couldn't open my eyes the whole day and throughout the night. I asked staff for help, but no one helped me. They didn't even bring me water or anything to help my eyes. Some of my friends tried to help by splashing water in my eyes but it didn't help.

4. I have never spoken to a therapist here or anyone else to help me with my emotions or about the many difficult experiences I have had.

**Transfer from Casa Padre**

5. I was miserable at Casa Padre because I missed my family so much. I had a lot of intense emotions because I missed my family. Sometimes, I cut myself. Sometimes my feeling made me feel aggressive and led to fights. I never spoke to a therapist. No one at Casa Padre tried to help me with my feelings. I was transferred directly from Casa Padre to NoVa. They didn't warn me that I was being moved and they didn't tell me why I was being moved.

1

**NoVa**

6. When I was at NoVa I didn't want to leave my room. I missed my family so much and was upset all the time. The staff at NoVa didn't help me with these feelings. They did not provide me with a therapist. I don't know why I was transferred from NoVa to Yolo.

**Family**

7. All I want is to be with my mother and sister in Ohio. I haven't seen my family in over a year and I miss them terribly. I know they are doing everything they can to have me released to them. No one has provided me with updates on the reunification process.

8. I talk to my mom and sister on the phone only once a month. I want to speak with them every day, twice a day – once in the morning and once in the evening.

9. I don't know why I haven't been released, I think I have to wait to talk to a doctor first, but I don't know why.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21 day of September 2018, at woodland, California.

[signature redacted]

2

# CERTIFICATE OF TRANSLATION

I, _Karen Pedraza_, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to [redacted] in its entirety in Spanish on _September 21st, 2018_.

_Karen Pedraza_ (signature)

Karen Pedraza

3