# Exhibit 184

**<u>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL</u>**

Exhibit 184
Page 353

1           DECLARATION OF ███████████████████████

3 I, ███████████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I came to the United States from Honduras about 8 months ago. When I arrived at the border, I was taken to a Southwest Key shelter in California, where I was detained for 2 months.

3. I am currently detained in the Children's Village Therapeutic Group Home in Dobbs Ferry, NY, and I have been here for 6 months.

Transfer to Children's Village Therapeutic Group Home

4. I was told that I was transferred to Children's Village because I needed more help with my mental health. This was the only explanation I was given.

5. I see my therapist once a week here. This is the same as at Southwest Key, but my therapist at Southwest Key helped me more. I would have liked to receive more therapy at Southwest Key, but nobody offered that option to me.

6. I preferred the Southwest Key shelter to being here at Children's Village. The staff at Southwest Key treated me better and I had more freedom. There was no color system to measure behavior and we could wear our own clothes. At Children's Village I feel like I am locked up. There are rules for everything and there is more security. We are not allowed to leave the house by ourselves. I am so bored here.

7. When I first arrived at Children's Village I was placed on 1 to 1 supervision for a month and a half. A staff member followed me at all times. I was very frustrated by this because I had no privacy. I am not crazy, but I feel like the staff treat me as if I am crazy.

8. In order to get stepped down to a shelter, I was told that I need to behave well all the time. I do not remember any review of my placement here.

1

## Psychotropic Medications

9. I take medication to calm my nerves. I started taking this medication at Children's Village.

10. I once refused to take medication, and the staff put this in a report and told the government that I did not want to take the medication. I think refusing medication could hurt my case.

## Sponsorship Process

11. I do not have family in the United States able to sponsor me. I have good friends in the United States willing to sponsor me and I want to live with them. But my case manager told me this is not possible because they are not family.

12. I have been waiting for a long-term foster care placement for 7 months and have not yet heard back. I have been waiting so long and I am so tired of being in detention that I am considering giving up and going back to my country.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of December, 2019, at Dobbs Ferry, New York.

[signature redacted]

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11744

Exhibit 184
Page 355

CERTIFICATE OF TRANSLATION

I, _Amy Rivadeneira_, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ▇▇▇▇▇▇▇▇▇ in its entirety in Spanish on December 11, 2019.

_Amy Rivadeneira_

3

Plaintiff's Confidential
Personal Information/Confidential

Lucas R._Experts_11745

Exhibit 184
Page 356