# Exhibit 190

**<u>REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL</u>**

Exhibit 190
Page 426

**From:** Biswas, Toby R M (ACF)
**Sent:** Friday, December 7, 2018 9:24:37 AM
**To:** Ray, Faith (ACF)
**CC:** ███████████████; ███████████; Moomaw, Sara (ACF)
**Subject:** RE: Week 1: Secure compliance review

Thanks for working on this, I know this was a big pull.

I agree that the FFS should be approached after the meeting.

Toby R. M. Biswas, ESQ.
Unaccompanied Alien Children Policy Supervisor

U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures

(202) 205-4440 (O)
(301) 356-5470 (C)
(202) 401-1022 (F)

---

**From:** Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>
**Sent:** Thursday, December 06, 2018 4:49 PM
**To:** Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>
**Cc:** ████████████████████████████████; ████████████████████
**Subject:** Week 1: Secure compliance review

Hi Toby,

We've completed week one of the secure facilities compliance review. (I've attached the spreadsheet in case you want to see it.) <u>Eighteen out of 34 cases</u> were not compliant in the placement criteria and/or the Notice of Placement requirement.

Our next step is to email the FFs, after the Wednesday meeting, about these individual compliance issues. (If you think we should email the FFSs earlier, please let me know, but there's a lot we're going to need to cover in the compliance review meeting next week with the supervisors and the FFSs on this.)

Please let me or Aaron know if you have any questions about the initial review we conducted this week.

Thanks,
Faith


<< File: Compliance Review_Secure Populations.xlsx >>

Faith Ray, Program Analyst
*On detail with ORR Division of Policy & Procedures*
Office of Refugee Resettlement | Administration for Children & Families
330 C Street SW, Room 5123 | Washington DC 20201
Direct: 202.205.3982