# Exhibit 191

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE
FILED UNDER SEAL**

Exhibit 191
Page 428

| | |
|---|---|
| **Message** | |
| **From**: | Vergara, Micaela (ACF) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5A23FD4A08FD40759BA2F28D91A18248-VERGARA, MI] |
| **Sent**: | 6/5/2018 7:25:34 PM |
| **To**: | Hogle, Olivia (ACF) [olivia.hogle@acf.hhs.gov]; Gonzalez, Jose (ACF) [jose.gonzalez@acf.hhs.gov] |
| **CC**: | De LA Cruz, James (ACF) [james.delacruz@acf.hhs.gov]; ACF Orrducs_Intakes (ACF) [orrducs_intakes@acf.hhs.gov]; Acevedo, Sathya (ACF) [sathya.acevedo@acf.hhs.gov] |
| **Subject**: | RE: Expedited Placement |

Good afternoon,

Shiloh did an internal review of their licensing standards/requirements and they reported that they would be able to accept him (justify placement to licensing) based on medical necessity of the sister due to the sister being non-verbal and the brother being the only person UC can communicate with.

Thank you,

*Micaela Vergara MSW, LCSW*
*Federal Field Specialist -- Houston*
*DHHS/Administration of Children and Families*
*Office of Refugee and Resettlement*
*Division of Unaccompanied Children Operations*
*202-450-8917*

---

**From:** Hogle, Olivia (ACF)
**Sent:** Tuesday, June 05, 2018 2:18 PM
**To:** Vergara, Micaela (ACF); Gonzalez, Jose (ACF)
**Cc:** De LA Cruz, James (ACF); ACF Orrducs_Intakes (ACF); Acevedo, Sathya (ACF)
**Subject:** RE: Expedited Placement

Hi everyone,

Just discussing this case with Jim and Shaanan, and wanted to make sure there are no concerns related to their licensing in accept the sibling who appears to have no special needs?

Thanks,
**Olivia Hogle, MSW**
Lead Intakes Program Specialist
Office of Refugee Resettlement
Division of Unaccompanied Children Operations
330 C Street SW
Washington, DC 20447
Desk: (202) 260-0962
Cell: (202) 823-3005
Fax: (202) 401-1022
Olivia.Hogle@acf.hhs.gov

*\*Please note: I telework on Fridays and can be reached by email or cell.*

---

**From:** Vergara, Micaela (ACF)
**Sent:** Tuesday, June 05, 2018 11:47 AM
**To:** Hogle, Olivia (ACF) <Olivia.Hogle@acf.hhs.gov>; Gonzalez, Jose (ACF) <Jose.Gonzalez@ACF.hhs.gov>

**Cc:** De LA Cruz, James (ACF) <James.DeLACruz@acf.hhs.gov>; ACF Orrducs_Intakes (ACF) <Orrducs_Intakes@acf.hhs.gov>; Acevedo, Sathya (ACF) <Sathya.Acevedo@acf.hhs.gov>
**Subject:** RE: Expedited Placement

Hi everyone,

We have two females at Shiloh that will be seeing the psychiatrist and will likely receive a recommendation for step-down. SWK Casa Houston had one female bed available and has not arrived yet. The program will be sending an e-mail to you to see if the female can be placed at another program so SWK Casa Houston can receive the step-down from Shiloh opening up female bed at Shiloh.

Hope this makes sense.

Thank you,

*Micaela Vergara MSW, LCSW*
*Federal Field Specialist – Houston*
*DHHS/Administration of Children and Families*
*Office of Refugee and Resettlement*
*Division of Unaccompanied Children Operations*
*202-450-8917*

---

**From:** Hogle, Olivia (ACF)
**Sent:** Tuesday, June 05, 2018 9:57 AM
**To:** Vergara, Micaela (ACF); Gonzalez, Jose (ACF)
**Cc:** De LA Cruz, James (ACF); ACF Orrducs_Intakes (ACF)
**Subject:** RE: Expedited Placement

Thank you Micaela. Jose, I believe you reached out to Bokenkamp TFC, and we have requested some additional information for them regarding the minor's ability to perform ADLs.

Mpinga is also exploring if there is any other capacity in the network that may be able to take these kiddos. We will let you know if anyone else looks able to accept.

**Olivia Hogle, MSW**
Lead Intakes Program Specialist
Office of Refugee Resettlement
Division of Unaccompanied Children Operations
330 C Street SW
Washington, DC 20447
Desk: (202) 260-0962
Cell: (202) 823-3005
Fax: (202) 401-1022
Olivia.Hogle@acf.hhs.gov

*\*Please note: I telework on Fridays and can be reached by email or cell.*

---

**From:** Vergara, Micaela (ACF)
**Sent:** Tuesday, June 05, 2018 10:50 AM
**To:** Hogle, Olivia (ACF) <Olivia.Hogle@acf.hhs.gov>; Gonzalez, Jose (ACF) <Jose.Gonzalez@ACF.hhs.gov>
**Cc:** De LA Cruz, James (ACF) <James.DeLACruz@acf.hhs.gov>; ACF Orrducs_Intakes (ACF) <Orrducs_Intakes@acf.hhs.gov>
**Subject:** RE: Expedited Placement

Placement for minors is not possible at SWK Casa Reliant, they received 6 intakes yesterday and were trying to rearrange beds and were unable to accommodate. I believe they only had 2 boy and 1 girl bed available as of yesterday.

*Micaela Vergara MSW, LCSW*
*Federal Field Specialist – Houston*
*DHHS/Administration of Children and Families*
*Office of Refugee and Resettlement*
*Division of Unaccompanied Children Operations*
*202-450-8917*

---

**From:** Hogle, Olivia (ACF)
**Sent:** Monday, June 04, 2018 3:00 PM
**To:** Gonzalez, Jose (ACF); Vergara, Micaela (ACF)
**Cc:** De LA Cruz, James (ACF); ACF Orrducs_Intakes (ACF)
**Subject:** RE: Expedited Placement

Hi all-

I've seen the long chain of emails- thank you for looking into placement for these kids! To make sure I understand correctly, Shiloh cannot take the minors and Micaela is looking into if they can be placed together at Casa Reliant.  Is there any update as to the feasibility of placement there? If it is not possible, we need to utilize those beds for other minors.

Thanks,

**Olivia Hogle, MSW**
Lead Intakes Program Specialist
Office of Refugee Resettlement
Division of Unaccompanied Children Operations
330 C Street SW
Washington, DC 20447
Desk: (202) 260-0962
Cell: (202) 823-3005
Fax: (202) 401-1022
Olivia.Hogle@acf.hhs.gov

*\*Please note: I telework on Fridays and can be reached by email or cell.*

---

**From:** Gonzalez, Jose (ACF)
**Sent:** Monday, June 04, 2018 1:04 PM
**To:** Vergara, Micaela (ACF) <Micaela.Vergara@ACF.hhs.gov>
**Cc:** De LA Cruz, James (ACF) <James.DeLACruz@acf.hhs.gov>; Hogle, Olivia (ACF) <Olivia.Hogle@acf.hhs.gov>
**Subject:** Re: Expedited Placement

Jim and intakes. Mica is looking for a back up for the twins. We have open beds at swk casa reliant so please allow Mica to work some magic and get twins in at casa reliant.

On: 04 June 2018 11:41,
"Douglas Plaeger" <dplaeger@shilohtreatmentcenter.com> wrote:

Jose,

Due to Shiloh being at capacity for female beds, we reached out to our PO for approval to adjust the number of girl to boy beds. In response from the PO, *"I corresponded with Bernard at OGM and he stated that it would be allowable, but is an extenuating process since it would be a OPDIV or grantee-initiated Change of Scope depending on how all of this was brought up. Shiloh would need to provide an application describing this alteration and ORR would have to submit deviation memos for approval. So, even if we initiated this process Shiloh would not be able to take the girl in today since it would not be a simple modification of activities. And the same process would have to be used to revert back to 16 females and 16 males at a later date (or to any different capacity)."*

I will keep you updated on the progress. In the meantime, the minor and brother may need to go to a shelter placement in the interim before being transferred to Shiloh.


Douglas Plaeger MA, LPC
Program Director
Shiloh Treatment Center
713-417-8218

CONFIDENTIALITY NOTICE:  This email and any files transmitted with it may be legally privileged and confidential and is intended solely for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any review, dissemination or copying of this email, or taking any action in reliance on the contents of this information is strictly prohibited.  If you received this transmission in error, please notify us immediately by e-mail or telephone to arrange for the return of this email and any files to us or to verify it has been deleted from your system.

**From:** Luis Valdes [mailto:lvaldes@shilohtreatmentcenter.com]
**Sent:** Monday, June 04, 2018 10:41 AM
**To:** Gonzalez, Jose (ACF) <Jose.Gonzalez@acf.hhs.gov>
**Cc:** Doug Plaeger <dplaeger@shilohtreatmentcenter.com>; De LA Cruz, James (ACF) <james.delacruz@acf.hhs.gov>; Hogle, Olivia (ACF) <Olivia.Hogle@acf.hhs.gov>
**Subject:** Re: Expedited Placement

I was able to get through. The nurse is getting some additional information for us. She also said the brother communicates for her because she is non-verbal. She stresses when she is not with him. She is on 0.1 clonidine for sleep and anxiety. Nurse suggested sending both because he understands and can communicate her needs and she is more comfortable with him. They are twins. We are agreeable to having them both. We can bring him in for evaluation. A lot information that needs to be gathered on both.

Is it ok to bring them both in?

Thanks,

On Mon, Jun 4, 2018, 10:23 AM Gonzalez, Jose (ACF) <Jose.Gonzalez@acf.hhs.gov> wrote:

> Sir this number answered me. Sandra is waiting.
> 956-632-8007
>
> ---
>
> On: 04 June 2018 10:19,
> "Luis Valdes" <lvaldes@shilohtreatmentcenter.com> wrote:

I called both numbers and neither one of them picked up or went to voicemail I will try again shortly

On Mon, Jun 4, 2018, 10:15 AM Gonzalez, Jose (ACF) <Jose.Gonzalez@acf.hhs.gov> wrote:

> Dr Valdez. The CBP pic is listed below. Please call her and let us know the out come of your call.
>
> ---
>
> On: 04 June 2018 10:09,
> "SOLIS, LUIS A" <LUIS.A.SOLIS@cbp.dhs.gov> wrote:
>
> The POC is Sandra (medical Staff at the RGV CPC) 956-632-8007. She will be standing by for the call.
>
> Thank you,
>
> Luis A. Solis
> Operations Officer
> RGV Juvenile Coordinator
> Rio Grande Valley Centralized Processing Center
> 3700 W. Ursula Ave
> McAllen, Texas 78503
> Luis.a.solis@cbp.dhs.gov
> (O) 956-928-4060
> (C) 956-632-8071
>
> ---
>
> **From:** Gonzalez, Jose (ACF) [mailto:Jose.Gonzalez@ACF.hhs.gov]
> **Sent:** Monday, June 04, 2018 9:52 AM
> **To:** SOLIS, LUIS A <LUIS.A.SOLIS@cbp.dhs.gov>
> **Subject:** Re: Expedited Placement
>
> Luis can you call me. I may have found a bed.
> 2026313777
>
> ---
>
> On: 04 June 2018 09:27,
> "SOLIS, LUIS A" <LUIS.A.SOLIS@cbp.dhs.gov> wrote:
>
> ORR, requesting expedited local placement for below UAC siblings
>
> Subject ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a 10 year old Mex juvy with Down syndrome.
>
> Mother listed below is being held as material witness for a smuggling case being presented in Corpus Christi, Texas Magistrate Court.
>
> ▮▮▮▮▮▮▮▮▮▮
> MEXICO
> ▮▮▮▮

Thank you,

Luis A. Solis
Operations Officer
RGV Juvenile Coordinator
Rio Grande Valley Centralized Processing Center
3700 W. Ursula Ave
McAllen, Texas 78503
Luis.a.solis@cbp.dhs.gov
(O) 956-928-4060
(C) 956-632-8071