**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: CV 18-5741-DMG (PLAx) |
| *Plaintiffs*, | **ORDER ON APPLICATION TO SEAL [284]** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | |
| *Defendants*. | |

1

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Opposition to Plaintiffs' Motion for Partial Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby GRANTS the Application and ORDERS the following documents to be filed under seal forthwith, under Local Rule 79-5.2.2(c):

    (1) Defendants' Statement of Genuine Disputes of Material Fact and Additional Material Facts (portions);

    (2) Defendants' Exhibit DX-62, Expert Report of Dr. Donna Londino (portions); and

    (3) Defendants' Exhibits DX-83 and DX-84, case file excerpts of minor children (entirety).

**IT IS SO ORDERED.**

DATED:  November 6, 2020

                                                                   DOLLY M. GEE
                                                                   UNITED STATES DISTRICT JUDGE