CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **DECLARATION OF ALEXANDRA R. MAYHUGH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** <br><br> Date: Dec. 11, 2020 <br> Time: 3:00 p.m. <br> Place: Courtroom 8C, 8th Floor <br><br> Complaint Filed: June 29, 2018 <br> Pretrial Conference Date: March 2, 2021 <br> Trial Date: March 30, 2021 <br> Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
 ccwhite@ucdavis.edu
 dofelt@ucdavis.edu
 jmulligan@ucdavis.edu
 mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
 ndesai@youthlaw.org
 pjuneja@youthlaw.org
 fpitts@youthlaw.org
 mwroe@youthlaw.org
 madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
 cadams@youthlaw.org

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

MAYHUGH DECL. ISO OPP. TO
DEFENDANTS' MSJ
CASE NO. 2:18-CV-05741 DMG PLA

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiff*

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

MAYHUGH DECL. ISO OPP. TO
DEFENDANTS' MSJ
CASE NO. 2:18-CV-05741 DMG PLA

I, Alexandra R. Mayhugh, hereby declare:

1. I am an attorney licensed to practice law before the Courts of the State of California. I am an associate with the law firm Cooley LLP, counsel of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. I declare that the following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2. On November 2, 2020, I accessed the Office of Refugee Resettlement's ("ORR") webpage titled "Guide to Children Entering the United States Unaccompanied." ORR, *Guide to Children entering the United States Unaccompanied*, (last reviewed Dec. 20, 2019), available at https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied, from which I downloaded in PDF the following sections of ORR's Policy Guide: Sections 3 and 4. A true and correct copy of Section 3 is attached hereto as **Exhibit 145**. A true and corerct copy of Section 4 is attached hereto as **Exhibit 146.**

## Exhibits

3. Attached hereto as **Exhibit 145** is a true and correct copy of ORR's Policy Guide: Section 3, available on ORR's webpage titled "Guide to Children Entering the United States Unaccompanied." ORR, *Guide to Children entering the United States Unaccompanied*, (last reviewed Dec. 20, 2019), available at https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied.

4. Attached hereto as **Exhibit 146** is a true and correct copy of ORR's Policy Guide: Section 4, available on ORR's webpage titled "Guide to Children Entering the United States Unaccompanied." ORR, *Guide to Children entering the United States Unaccompanied*, (last reviewed Dec. 20, 2019), available at https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

1

MAYHUGH DECL. ISO OPP. TO
DEFENDANTS' MSJ
CASE NO. 2:18-CV-05741 DMG PLA

5. Attached hereto as **Exhibit 147** is a true and correct copy of excerpts of Set One, Plaintiffs' Requests for Production of Docuemnts to Alex Azar, Secretary of U.S. Department of Health and Human Services, served on Defendants on February 12, 2019.

6. Attached hereto as **Exhibit 148** is a true and correct copy of excerpts of the Deposition Transcript of Stephen Antkowiak, taken on October 28, 2019

7. Attached hereto as **Exhibit 149** is a true and correct copy of excerpts of the Deposition Transcript of Toby Biswas, taken on November 13, 2019.

8. Attached hereto as **Exhibit 150** is a true and correct copy of excerpts of the Deposition Transcript of Toby Biswas, Rule 30(b)(6) designated representative for ORR, taken on February 19, 2020.

9. Attached hereto as **Exhibit 151** is a true and correct copy of excerpts of the Deposition Transcript of Jose Castaneda, taken on November 21, 2019.

10. Attached hereto as **Exhibit 152** is a true and correct copy of excerpts of the Deposition Transcript of Carina Contreras, taken on January 23, 2020.

11. Attached hereto as **Exhibit 153** is a true and correct copy of excerpts of the Deposition Transcript of Melissa Cook, taken on November 18, 2019.

12. Attached hereto as **Exhibit 154** is a true and correct copy excerpts of the Deposition Trancript of James De La Cruz, taken on March 10, 2020.

13. Attached hereto as **Exhibit 155** is a true and correct copy of excerpts of the Deposition Transcript of Whitney Eich, taken on February 27, 2020.

14. Attached hereto as **Exhibit 156** is a true and correct copy of excerpts of the Deposition Transcript of Captain Marivic Fields, MSW, taken on February 24, 2020.

15. Attached hereto as **Exhibit 157** is a true and correct copy of excerpts of the Deposition Transcript of David Fink, taken on February 12, 2020.

16. Attached hereto as **Exhibit 158** is a true and correct copy of excerpts of the Deposition Transcript of Yesenia Heath, taken on February 26, 2020.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

2

MAYHUGH DECL. ISO OPP. TO
DEFENDANTS' MSJ
CASE NO. 2:18-CV-05741 DMG PLA

17. Attached hereto as **Exhibit 159** is a true and correct copy of excerpts of the Deposition Transcript of Professor Jessica Heldman, taken on July 13, 2020.

18. Attached hereto as **Exhibit 160** is a true and correct copy of excerpts of the Deposition Transcript of Rocio Lawrence, taken on September 22, 2020 and continued on October 1, 2020.

19. Attached hereto as **Exhibit 161** is a true and correct copy of excerpts of the Deposition Transcript of Shaanan Meyerstein, M.D., taken on February 11, 2020.

20. Attached hereto as **Exhibit 162** is a true and correct copy of excerpts of the Deposition Transcript of Nidia Murray, taken on December 17, 2019.

21. Attached hereto as **Exhibit 163** is a true and correct copy of excerpts of the Deposition Transcript of Dr. Javier Ruiz, taken on September 25, 2020.

22. Attached hereto as **Exhibit 164** is a true and correct copy of exerpcts of the Deposition Transcript of Joseph Ryan, Ph.D, taken on July 31, 2020.

23. Attached hereto as **Exhibit 165** is a true and correct copy of excerpts of the Deposition Transcript of Stephanie Treviño, taken on March 5, 2020.

24. Attached hereto as **Exhibit 166** is a true and correct copy of excerpts of the Deposition Transcript of Anthony J. Urquiza, Ph.D, taken on August 11, 2020.

25. Attached hereto as **Exhibit 167** is a true and correct copy of excerpts of the Deposition Transcript of Ruth Vasquez, taken on March 2, 2020.

26. Attached hereto as **Exhibit 168** is a true and correct copy of excerpts of the Deposition Transcript of Micaela Vergara, taken on June 9, 2020.

27. Attached hereto as **Exhibit 169** is a true and correct copy of the document produced by Defendants bearing Bates range GOV-00124713–GOV-00124714, and marked as "Fields Deposition Exhibit 184" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020.

28. Attached hereto as **Exhibit 170** is a true and correct copy of the document marked as "Fields Deposition Exhibit 185" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020.

29. Attached hereto as **Exhibit 171** is a true and correct copy of the document marked as "Fink Deposition Exhibit 175" during the deposition of David Fink, taken on taken on February 12, 2020.

30. Attached hereto as **Exhibit 172** is a true and correct copy of the document produced by Defendants bearing Bates range GOV-00009306–GOV-00009309, and marked as "Lawrence Deposition Exhibit 338" during the deposition of Rocio Lawrence, taken on September 22, 2020 and continued on October 1, 2020.

31. Attached hereto as **Exhibit 173** is a true and correct copy of the document produced by Defendants bearing Bates range GOV-00022450–GOV-00022452, and marked as "Ray Deposition Exhibit 121" during the deposition of Faith Ray, taken on October 23, 2019.

32. Attached hereto as **Exhibit 174** is a true and correct copy of excerpts of the Expert Report of Dr. Paul Block and John Farley, Esq., served on Defendants on June 19, 2020.

33. Attached hereto as **Exhibit 175** is a true and correct copy of excerpts of the Expert Report of Drs. Keith Cruise and Andrew Rasmussen, served on Defendants on June 19, 2020.

34. Attached hereto as **Exhibit 176** is a true and correct copy of excerpts of the Expert Report of Dr. Ilze Earner, served on Plaintiffs on June 19, 2020.

35. Attached hereto as **Exhibit 177** is a true and correct copy of excerpts of the Expert Report of Judge Leonard Edwards, served on Defendants on June 19, 2020.

36. Attached hereto as **Exhibit 178** is a true and correct copy of excerpts of the Expert Report of Professor Jessica Heldman, served on Defendants on June 19, 2020.

37. Attached hereto as **Exhibit 179** is a true and correct copy of excerpts of the Expert Report of Drs. Ryan Matlow and Nancy E. Wang, served on Defendants on June 19, 2020.

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

4

MAYHUGH DECL. ISO OPP. TO
DEFENDANTS' MSJ
CASE NO. 2:18-CV-05741 DMG PLA

38. Attached hereto as **Exhibit 180** is a true and correct copy of excerpts of the Expert Report of Professor Mae Quinn, served on Defendants on June 19, 2020.

39. Attached hereto as **Exhibit 181** is a true and correct copy of excerpts of the Expert Report of Dr. Emily Ryo, served on Defendants on June 19, 2020.

40. Attached hereto as **Exhibit 182** is a true and correct copy of excerpts of the Expert Report of Dr. Anthony Joseph Urquiza, served on Defendants on June 19, 2020.

41. Attached hereto as **Exhibit 183** is a true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11705–Lucas R._Experts_11707.

42. Attached hereto as **Exhibit 184** is a true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11743–Lucas R._Experts_11745

43. Attached hereto as **Exhibit 185** is a true and correct copy of the Declaration of Anthony Enriquez, Esq., executed on October 30, 2020.

44. Attached hereto as **Exhibit 186** is a true and correct copy of the Declaration of Dr. Emily Ryo, executed on November 2, 2020.

45. Attached hereto as **Exhibit 187** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-00025108–GOV-00025127.

46. Attached hereto as **Exhibit 188** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-00111109–GOV-00111110.

47. Attached hereto as **Exhibit 189** is a true and correct copy of an excerpt of a family of documents produced by Defendants, bearing Bates range GOV-00126305–GOV-00126535.

48. Attached hereto as **Exhibit 190** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-0023036.

49. Attached hereto as **Exhibit 191** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-00030423–GOV-00030428.

Cooley LLP
Attorneys At Law
Los Angeles

5

Mayhugh Decl. iso Opp. to Defendants' MSJ
Case No. 2:18-cv-05741 DMG PLA

50. Attached hereto as **Exhibit 192** is a true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00000008–GOV-00000678.

51. Attached hereto as **Exhibit 193** is a true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00007212–GOV-00008517.

52. Attached hereto as **Exhibit 194** is a true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00010640–GOV-00011304.

53. Attached hereto as **Exhibit 195** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-00241631–GOV-00241661.

54. Attached hereto as **Exhibit 196** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-00033303–GOV-00033308.

55. Attached hereto as **Exhibit 197** is a true and correct copy of the document produced by Defendants, bearing Bates range GOV-00239155–GOV-00239255.

56. Attached hereto as **Exhibit 198** is a true and correct copy of the Deposition Transcript of Lorilei Williams, taken on July 2, 2019.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on November 6, 2020, in Santa Monica, CA.

_Alexandra R. Mayhugh_