| | |
|---|---|
| 1<br>2<br>3<br>4 | CENTER FOR HUMAN RIGHTS<br>& CONSTITUTIONAL LAW<br>CARLOS R. HOLGUIN (90754)<br>256 South Occidental Boulevard<br>Los Angeles, CA 90057<br>Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.email |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following pages* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | Complaint Filed: June 29, 2018<br>Pretrial Conference Date: March 2, 2021<br>Trial Date: March 30, 2021<br>Judge: Hon. Dolly M. Gee |
| Defendants. | |

| | |
|---|---|
| 1 | HOLLY S. COOPER (197626) |
| | Co-Director, Immigration Law Clinic |
| 2 | CARTER C. WHITE (164149) |
| | Director, Civil Rights Clinic |
| 3 | DAISY O. FELT (307958) |
| | JONATHAN P. MULLIGAN (CAL RLSA NO. 803383) |
| 4 | MONICA J. JULIAN (265075) |
| | University of California Davis School of Law |
| 5 | One Shields Ave. TB 30 |
| | Davis, CA 95616 |
| 6 | Telephone: (530) 754-4833 |
| | Email: hscooper@ucdavis.edu |
| 7 | ccwhite@ucdavis.edu |
| | dofelt@ucdavis.edu |
| 8 | jmulligan@ucdavis.edu |
| | mjulian@ucdavis.edu |
| 9 | |
| | NATIONAL CENTER FOR YOUTH LAW |
| 10 | LEECIA WELCH (208741) |
| | NEHA DESAI (CAL. RLSA NO. 803161) |
| 11 | POONAM JUNEJA (300848) |
| | FREYA PITTS (295878) |
| 12 | MISHAN WROE (299296) |
| | MELISSA ADAMSON (319201) |
| 13 | 1212 Broadway, Suite 600 |
| | Oakland, CA 94612 |
| 14 | Telephone: (510) 835-8098 |
| | Email: lwelch@youthlaw.org |
| 15 | ndesai@youthlaw.org |
| | pjuneja@youthlaw.org |
| 16 | fpitts@youthlaw.org |
| | mwroe@youthlaw.org |
| 17 | madamson@youthlaw.org |
| 18 | NATIONAL CENTER FOR YOUTH LAW |
| | BRENDA SHUM *(ADMITTED PRO HAC VICE)* |
| 19 | CRYSTAL ADAMS (308638) |
| | 1313 L St. NW, Suite 130 |
| 20 | Washington, DC 20005 |
| | Telephone: (202) 868-4785 |
| 21 | Email: bshum@youthlaw.org |
| | cadams@youthlaw.org |

1  COOLEY LLP
2  SUMMER J. WYNN (240005)
   MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
3  REBECCA L. TARNEJA (293461)
   ALEXANDRA R. MAYHUGH (300446)
4  JAYME B. STATEN (317034)
   1333 2nd Street, Suite 400
5  Santa Monica, CA  90401
   Telephone: (310) 883-6400
6  Facsimile:  (310) 883-6500
   Email:  swynn@cooley.com
7          mmcmahon@cooley.com
           rtarneja@cooley.com
8          amayhugh@cooley.com
           jstaten@cooley.com
9  *Attorneys for Plaintiff*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**
**CASE NO. 2:18-CV-05741 DMG PLA**

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California 90401. On the date set forth below I served the documents described below in the manner described below:

- **DECLARATION OF JAYME B. STATEN IN SUPPORT OF PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

- **UNREDACTED EXHIBITS 149, 156, 162, 169–173, 182–184, 190-197 IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

[x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| JEFFREY B. CLARK | Attorneys for Defendants |
| Acting Assistant Attorney General | |
| SCOTT G. STEWART | |
| Deputy Assistant Attorney General | |
| ERNESTO H. MOLINA, JR. | |
| Deputy Director | |
| CHRISTOPHER A. BATES | |
| Senior Counsel to the Assistant Attorney General | |
| W. DANIEL SHIEH | |
| BENJAMIN M. MOSS | |
| Senior Litigation Counsel | |
| NANCY K. CANTER | |
| ANTHONY J. MESSURI | |

|    |                                                    |
|----|----------------------------------------------------|
| 1  | JONATHAN K. ROSS                                   |
| 2  | Trial Attorneys                                    |
|    | Office of Immigration Litigation                   |
| 3  | U.S. Department of Justice                         |
| 4  | P.O. Box 878, Ben Franklin Station                 |
|    | Washington, D.C. 20044                             |
| 5  | Telephone: (202) 305-9802                          |
| 6  | Emails:                                            |

JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
andrew.insenga@usdoj.gov
Anthony.Messuri@usdoj.gov
benjamin.m.moss2@usdoj.gov
Daniel.Shieh@usdoj.gov
david.pinchas@usdoj.gov
ernesto.h.molina@usdoj.gov
jeffrey.robins@usdoj.gov
jonathan.k.ross@usdoj.gov
michael.heyse@usdoj.gov
nancy.k.canter@usdoj.gov
russell.verby@usdoj.gov
scott.g.stewart@usdoj.gov
sherry.soanes@usdoj.gov
steven.stassi@usdoj.gov
yamileth.g.davila@usdoj.gov

Executed on November 6, 2020, at Los Angeles, California.

_____
Jeremy Ra

237676906