UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>                    Plaintiffs,<br><br>         v.<br><br>ALEX AZAR, et al.,<br><br>                    Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR EXHIBITS IN SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [286]** |

Having read and considered (1) Plaintiffs' Application for Leave to File Under Seal Portions of Their Exhibits in Support of Their Opposition to Defendants' Motion for Summary Judgment (the "Application"); (2) the Declaration of Jayme B. Staten; and (3) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court **GRANTS** the Application and **ORDERS** the following documents to be filed under seal forthwith, under Local Rule 79-5.2.2(c):

## Documents Plaintiffs Seek to Seal

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal |
|---|---|---|
| 172 | A true and correct copy of the document bearing Bates range GOV-00009306–GOV-00009309, and marked as "Lawrence Deposition Exhibit 338" during the deposition of Rocio Lawrence, taken on September 22, 2020 and continued on October 1, 2020. | Entirely under seal |
| 182[1] | A true and correct copy of excerpts of the Expert Report of Dr. Anthony Joseph Urquiza, Ph.D., served on Defendants on June 19, 2020. | Entirely under seal |
| 192 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00000008–GOV-00000678. | Entirely under seal |
| 193 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00007212–GOV-00008517. | Entirely under seal |
| 194 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00010640–GOV-00011304. | Entirely under seal |
| 195 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00241631–GOV-00241661. | Entirely under seal |
| 196 | A true and correct copy of the | Entirely under seal |

---

[1] Plaintiffs mistakenly label this document "Ex. 174." *See* Doc. # 287-9.

1

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal |
|---|---|---|
|  | document produced by Defendants, bearing Bates range GOV-00033303–GOV-00033308. |  |
| 197 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00239155–GOV-00239255. | Entirely under seal |
| 162 | A true and correct copy of excerpts of the Deposition Transcript of Nidia Murray, taken on December 17, 2019. | Yellow highlighted portions |
| 169 | A true and correct copy of the document bearing Bates range GOV-00124713–GOV-00124714, and marked as "Fields Deposition Exhibit 184" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Yellow highlighted portions |
| 170 | A true and correct copy of the document marked as "Fields Deposition Exhibit 185" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Yellow highlighted portions |
| 183 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11705–Lucas R._Experts_11707. | Yellow highlighted portions |
| 184 | A true and correct copy of the document produced by Plaintiffs, bearing Bates range Lucas R._Experts_11743–Lucas R._Experts_11745. | Yellow highlighted portions |
| 191 | A true and correct copy the document produced by Defendants, bearing Bates range GOV-00030423–GOV-00030428. | Yellow highlighted portions |

2

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal |
|---|---|---|
| 149 | A true and correct copy of excerpts of the Deposition Transcript of Toby Biswas, taken on November 13, 2019. | Red highlighted portions |
| 156 | A true and correct copy of the Deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Red highlighted portions |
| 169 | A true and correct copy of the document bearing Bates range GOV-00124713–GOV-00124714, and marked as "Fields Deposition Exhibit 184" during the deposition of Captain Marivic Fields, MSW, taken on February 24, 2020. | Red highlighted portions |
| 171 | A true and correct copy of the document marked as "Fink Deposition Exhibit 175" during the deposition of David Fink, taken on February 12, 2020. | Red highlighted portions |
| 173 | A true and correct copy of the document bearing Bates range GOV-00022450–GOV-00022452, and marked as "Ray Deposition Exhibit 121" during the deposition of Faith Ray, taken on October 23, 2019. | Red highlighted portions |
| 190 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-0023036. | Red highlighted portions |

**IT IS SO ORDERED.**

DATED: November 9, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

3