JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>                    *Plaintiffs*,<br><br>            v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>                    *Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**DECLARATION OF W. DANIEL SHIEH IN SUPPORT OF DEFENDANTS' REPLY TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

### DECLARATION OF W. DANIEL SHIEH, ESQ.

I, W. Daniel Shieh, declare and state as follows:

1.      I am an attorney in good standing and admitted to practice before this Court and a Senior Litigation Counsel at the United States Department of Justice, Civil Division, Office of Immigration Litigation, Appellate Litigation Section.  I am a member of the State Bar of New York.  I am counsel of record for Defendants Alex M. Azar, Secretary of the United States Department of Health and Human Services, et al.  I make this Declaration in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.  I have personal knowledge of the following facts and if called upon to testify, would and could do so competently as follows.  Because I submit this Declaration for a limited purpose, it does not contain all information I know about the above-captioned matter.

2.      Attached hereto as Defendants' Exhibit 86 is a true and correct copy of Supplemental Excerpts from the Deposition Transcript of Melissa Cook, November 18, 2019.

3.      Attached hereto as Defendants' Exhibit 87 is a true and correct copy of Excerpts from the Deposition Transcript of Lorilei Williams, July 2, 2019.

4.      Attached hereto as Defendants' Exhibit 88 is a true and correct copy of Excerpts from the Report of Mae Quinn, June 19, 2020.

5.      Attached hereto as Defendants' Exhibit 89 is a true and correct copy of Excerpts from the Deposition Transcript of Mae Quinn, July 27, 2020.

6.      Attached hereto as Defendants' Exhibit 90 is a true and correct copy of the redacted Supplemental Excerpts from the Deposition Transcript of David Fink, February 12, 2020.

7.      Attached hereto as Defendants' Exhibit 91 is a true and correct copy of Excerpts from the Deposition Transcript of Dr. Javier Ruiz, September 25, 2020.

8.      Attached hereto as Defendants' Exhibit 92 is a true and correct copy of the Declaration of Dr. Joseph P. Ryan, November 18, 2020.

9.      Attached hereto as Defendants' Exhibit 94 is a true and correct copy of the redacted Yolo County Probation Department Budget Narrative, Bates stamped Yolo-00466 through Yolo-00468.

10.      Attached hereto as Defendants' Exhibit 95 is a true and correct copy of the Shiloh Cooperative Agreement, Bates stamped Shiloh 000091 through Shiloh 000122.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed November 20, 2020, in Washington, D.C.

*/s/ W. Daniel Shieh*
W. DANIEL SHIEH
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice

Declaration of W. Daniel Shieh in Support of Defendants' Reply