# DX-87

Deposition of Lorilei Williams, July 2, 2019 (Excerpts)

Page 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN

DIVISION

------------------------------------
LUCAS R, et al,

            Plaintiffs,

     vs.                Index No.
                            2:18-CV-
ALEX AZAR, et al,       05741 DMG
                            PLAx
            Defendants.
------------------------------------

CONFIDENTIAL DEPOSITION OF LORILEI WILLIAMS
New York, New York
Tuesday, July 2, 2019

MAGNA LEGAL SERVICES
Magnals.com
(866) magna21

Reported by:
Jeremy Frank, MPM
JOB NO. 489369



Page 84

1              Williams
2    who had done that and they lost their funding,
3    and that's when the contract was then awarded
4    to Raices, R-A-I-C-E-S, which is a nonprofit
5    in that area.
6              I did not confirm any of this
7    information, but I then heard this warning of
8    do not sue ORR because you can lose your
9    funding, an organization had gone through that
10   from multiple sources throughout my time as a
11   detained UAC attorney from September 2012 to
12   January 2016.
13        Q.   I would like to learn more about
14   what you just said.
15             You mentioned a supervisor who
16   told you that your organization would lose
17   funding if you, I believe you said something
18   to the effect of challenged ORR decisions.
19             Is that right?
20        A.   It was more specific to engaging
21   in litigation against ORR.
22        Q.   You had a supervisor who said that
23   if you engage in litigation against ORR that
24   that would put your Vera funding at risk.
25             Is that right?



Page 160

1                    Williams
2             C E R T I F I C A T E
3  STATE OF NEW YORK     )
4                       : ss.
5  COUNTY OF NEW YORK    )
6
7        I, Jeremy Frank, a Notary Public within
8  and for the State of New York, do hereby
9  certify:
10       That LORILEI WILLIAMS, the witness whose
11 deposition is hereinbefore set forth, was duly
12 sworn by me and that such deposition is a true
13 record of the testimony given by the witness.
14       I further certify that I am not related
15 to any of the parties to this action by blood
16 or marriage, and that I am in no way
17 interested in the outcome of this matter.
18       IN WITNESS WHEREOF, I have hereby
19 set my hand on the 4th day of July, 2019.
20
21                              _____
22                              JEREMY FRANK, MPM
23
24
25

