# DX-90

Deposition of David Fink, February 12, 2020 (Supplemental Excerpts)

**REDACTED**

```
 1              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
 2                    WESTERN DIVISION


 3


 4   LUCAS R., et al.,              )
                                    )
 5            Plaintiffs,           )     CASE NO.
                                    )
 6        vs.                       ) 2:18-CV-05741 DMG PLA
                                    )
 7   ALEX AZAR, Secretary of        )
     U.S. Department of Health      )
 8   and Human Services, et al.,    )
                                    )
 9            Defendants.           )
     _____)
10


11


12         *** C O N F I D E N T I A L ***


13


14         DEPOSITION OF DAVID R. FINK


15              Atlanta, Georgia


16         Wednesday, February 12, 2020


17


18


19


20   Reported by:


21   Judith Leitz Moran


22   CCR, RPR, RSA


23   JOB NO.: 175989


24


25
```

Page 264

```
 1       Q    Okay.  All right.
 2            MS. SHUM:  I don't have any further
 3  questions.
 4            MS. STEVENSON:  I have just a few
 5  questions.
 6                    EXAMINATION
 7  BY MS. STEVENSON:
 8       Q    I wanted to very quickly -- because we
 9  just talked about it.  Do you recall talking about
10  notice of placements compliance reviews?
11       A    Yes.
12       Q    I want to turn your attention to
13  Exhibit 175 which does not have the Bates number
14  but it's the single page email from ████████.
15       A    Here it is.  Okay.
16       Q    And I want to clarify.
17            Do you see where it says "93 out of 128
18  cases were Non-Compliant"?
19       A    Yes.
20       Q    Does this mean there were 93 improperly
21  placed UACs?
22       A    No.
23       Q    What does that mean 93 out of 128 cases
24  were noncompliant?
25       A    In some way they were noncompliant with
```

Page 265

1    the notice of placement.  That could be they didn't
2    -- the child didn't sign the form, the form wasn't
3    uploaded within the 30-day time frame, the form
4    might have been not explained, the form might not
5    have been explained to him in the language, his
6    native language, her native language, that kind of
7    thing.
8         Q    So that did not mean an improperly placed
9    child?
10        A    Correct.
11        Q    Okay.  I just wanted to be clear on that.
12             Have you noticed a trend as to whether
13   the number of noncompliant for administrative
14   purposes cases have increased or declined since
15   January of 2019?
16        A    They've declined.
17        Q    Are you able to attribute that decline to
18   anything?
19        A    To training and accountability measures.
20   Like, holding them in compliance and utilizing
21   corrective actions.
22        Q    And those are ORR implemented corrective
23   actions?
24        A    Yes.
25        Q    Thank you.

Page 283

1          CERTIFICATE OF COURT REPORTER

2

3    STATE OF GEORGIA      )

4    COUNTY OF DEKALB      )

5

6        I hereby certify that the foregoing deposition was reported as stated in the caption, and the
7    questions and answers thereto were reduced to writing by me; that the total transcript pages 1
8    through 281 represent a true, correct, and complete transcript of the evidence given on February 12,
9    2020, by the witness, DAVID R. FINK, who was first duly sworn by me.
10

11       I further certify that I am not related to any of the parties to this action by blood or marriage;
12   and that I am in no way interested in the outcome of this matter.
13

14       I certify that I am not disqualified for a relationship of interest under O.C.G.A. Section
15   9-11-28(c); I am a Georgia Certified Court Reporter here as a representative of TSG Reporting; I was
16   contacted by TSG Reporting to provide court reporting services for this deposition; I will not
17   be taking this deposition under any contract that is prohibited by O.C.G.A. Sections 15-14-37(a) and
18   (b) or Article 7.C. of the Rules and Regulations of the Board of Court Reporting.
19

20       This 25th day of February 2020.

21

22       _____
         Judith L. Leitz Moran, B-2312
23       Georgia Certified Court Reporter

24

25