# DX-91

Deposition of Dr. Javier Ruiz, September 25, 2020 (Excerpts)

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              CENTAL DISTRICT OF CALIFORNIA

 3                   WESTERN DIVISION

 4

 5   LUCAS R., et al.,                §
                                      §
 6              Plaintiffs,           §
                                      §
 7       VS.                          §    CIVIL ACTION NO.:
                                      §    2:18-cv-05741 DMG PLA
 8   ALEX AZAR, Secretary of          §
     U.S. Department of Health        §
 9   and Human Services, et al.,      §
                                      §
10              Defendants.           §

11

12

13

14           DEPOSITION OF DR. JAVIER RUIZ

15                  Houston, Texas

16           Friday, September 25, 2020

17               (REPORTED REMOTELY)

18

19

20

21

22

23     REPORTED BY:

24     Linda Russell, CSR

25     JOB NO:  184383
```

Page 96

1  not even finding it.
2           Oh, the next page. Admission
3  Criteria 1.3.1, part of the admission criteria is
4  that -- I'm not able to see this. Here we go.
5           Part of the exclusionary criteria is
6  that the child, or client, may be safely cared
7  for in a less restrictive setting. And I -- I
8  understand why that's part of the exclusionary
9  criteria, but if you could maybe help me
10 understand how as part of Shiloh's admission
11 process it ensures that that criteria is being
12 met?
13      A.  All right. So once, for example, a
14 case is presented -- and I'm almost sure this is
15 what it means, that if a patient comes in and we
16 deem that being in an acute care or subacute care
17 like Shiloh wouldn't be necessary because he
18 wouldn't meet the criteria, then obviously by
19 regulation we have to keep the patient in the
20 least restrictive environment. So they wouldn't
21 be admitted -- for example, like they don't need
22 to be in a residential or subacute setting, they
23 need to be an outpatient. And if they don't meet
24 criteria for acuities, then for sure that patient
25 would not benefit from being in a facility.

Page 301

1                           CERTIFICATE

2    STATE OF TEXAS    )
                       )
3    COUNTY OF HARRIS  )

4

5           I, LINDA RUSSELL, a Certified Court

6    Reporter within and for the State of Texas, do

7    hereby certify:

8           That JAVIER RUIZ, the witness whose

9    deposition is hereinbefore set forth, was duly

10   sworn by me and that such deposition is a true

11   record of the testimony given by such witness.

12          I certify that review of the transcript by

13   the deponent was requested.

14          I further certify that I am not related to

15   any of the parties to this action by blood or

16   marriage; and that I am in no way interested in

17   the outcome of this matter.

18          IN WITNESS WHEREOF, I have hereunto set my

19   hand this 7th day of October, 2020.

20
                    *[signature: Linda Russell]*

21          _____
            LINDA RUSSELL, Texas CSR #2965
22          Expiration Date:  4/30/2021

23          TSG Reporting, Inc.
            Firm Registration No. 615
24          228 E. 44th Street, Suite 810
            New York, New York 10017
25          (212) 702-9580