# DX-92

Declaration of Dr. Joseph P. Ryan, November 18, 2020

# DECLARATION OF DR. JOSEPH P. RYAN

I, Joseph P. Ryan, declare and state as follows:

1. I have expertise in the care and supervision of children in substitute care settings (e.g., foster care, congregate care) in the United States. I have an M.S.W. from the University of Michigan and a Ph.D. from the University of Chicago. I am a tenured professor at the University of Michigan School of Social Work, and the founder and director of the Child and Adolescent Data Lab. I make this Declaration in support of Defendants' Motion for Summary Judgment.

2. Counsel for Defendants contacted me to provide expert opinion and testimony on the policies and procedures of the United States Department of Health and Human Services, Office of Refugee Resettlement ("ORR") with respect to the care and supervision of unaccompanied alien children. Counsel asked me to review certain materials and thereafter render my opinions, which I did in a June 19, 2020 Expert Report. I also prepared a July 17, 2020 Expert Rebuttal Report which responded to opinions made by several of Plaintiffs' experts, including Dr. Emily Ryo.  On July 31, 2020, I appeared for a deposition and testified regarding the contents of my June 19, 2020 Expert Report and my July 17, 2020 Expert Rebuttal Report.

3. I read the declaration submitted by Dr. Emily Ryo signed on November 2, 2020. In this declaration, Dr. Ryo notes that I misinterpreted data presented in her original expert report – specifically as it relates to the time (days) between intake and step-up.  Dr. Ryo is correct in that I read the percentages in Figure 2 as cumulative.  The correct estimates are that 62.8% of children experienced a step-up after approximately one month (30 days) and 43.3% of children experienced a step-up after approximately two months (60 or more days) in the care and custody of ORR.  This declaration does not change the overall argument made in my rebuttal report.  First, both Dr. Ryo and I agree that very few children are stepped-up.  Second, and perhaps equally if not more important, step-up does not happen automatically.  Despite some differences in denominator counts, Dr. Ryo notes that the average time to step up is 67.3 days (page 10 of Dr. Ryo expert report) and I note that the median time to step up is 60 days.

4. If called as a witness to this action, I could and would testify competently to the facts and opinions set forth herein, including my June 19, 2020 Expert Report, my July 17 Expert Rebuttal Report, my July 31, 2020 deposition and this November 18, 2020 declaration.

I declare under penalty of perjury under the laws of the United States that the forgoing is true and correct.

Executed this November 18, 2020 at Ann Arbor, Michigan.

Joseph P. Ryan, MSW, Ph.D.

Declarant