# DX-93

Case File Excerpts

**\*\*FILED UNDER SEAL**