# DX-96

Staff Secure Addendum to Cooperative Agreement

**Staff Secure Addendum to Cooperative Agreement**

This Addendum to the Cooperative Agreement between the U.S. Department of Health and Human Services, Administration for Children and Families (ACF), Office of Refugee Resettlement (ORR), Division of Children Operations (DUCO) and BCFS Health and Human Services is entered into this 14 day of April, 2017.

All requirements outlined in this Addendum are specific to the care provider program type and are supplemental to the requirements listed in *Section IV: Description of Activities* of the Cooperative Agreement. This Addendum, in addition to the Cooperative Agreement and the Terms and Conditions, listed in BCFS Health & Human Services Notice of Grant Award (NGA), establish the responsibilities for providing BCFS Health & Human Services residential services to UC.

**Management of Personnel and Volunteers**

1.  In addition to the requirements outlined in *Part C. Management of Personnel and Volunteers, Number 1, Sub Section A*, **BCFS Health & Human Services** must implement and maintain staff children ratios at a minimum of:

    - One (1) on-duty Youth Care Worker for every four (4) children or youth during waking hours; and

    - One (1) on-duty Youth Care Worker for every twelve (12) children or youth during sleeping hours.

Confidential - Subject to Protective Order