JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
NANCY K. CANTER (263198)
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION GOR SUMMARY JUDGMENT** |

1

Application for Leave to File Under Seal Documents Submitted in Support of
Defendants' Reply in Support of Defendants' Motion for Summary Judgment

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5, and the Court's Order granting leave to use pseudonyms (Dkt. No. 18), Defendants submit this Application seeking leave to file under seal certain documents in support of their Reply in Support of Defendants' Motion for Summary Judgment.  Pursuant to Local Rule 79-5.2.2(a), Defendants submit concurrently with this application redacted versions of (1) Defendants' Exhibit DX-94, Yolo County Probation Department Budget Narrative for 24 Secure Beds (YOLO-00466 through 468), (2) Defendants' Exhibit DX-90, Fink Deposition Transcript Page.  Defendants also submit concurrently with this application unredacted versions of Defendants' Exhibits DX-93, case file excerpts of minor children.[1]

I. **ARGUMENT**

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons support sealing these portions of Defendants' exhibits because they contain personal information regarding class members and non-supervisory non-federal employees previously designated as confidential. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Defendants seek to seal portions of (1) Defendants' Exhibit DX-94, Yolo County

---

[1] On September 29, 2020, the parties agreed not to oppose the filing of ORR case files or portions thereof entirely under seal.  On November 16, 2020, Plaintiffs agreed to Defendants' proposed redaction on DX-XX and DX-XX.

Probation Department Budget Narrative for 24 Secure Beds (YOLO-00466 through 468) and (2) Defendants' Exhibit DX-90, Fink Deposition Transcript Page, because these exhibits contain personal identifying information of "nonsupervisory federal and non-federal employees, including names and contact information" and "confidential commercial or financial information" designated as confidential under Paragraph 5 of the Stipulated Protective Order (Dkt. No. 158). Given the sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the privacy of the information identified in these records.

Further, Defendants seek to seal Defendants' Exhibit DX-93, in its entirety as this exhibit consists of case files, which contain detailed sensitive information that cannot be separated from other information therein.  Therefore, there is compelling reason to seal these materials to protect the privacy interests of class members and staff at ORR facilities.

## II. CONCLUSION

For the reasons set forth above, Defendants respectfully requests leave to file portions of (1) Defendants' Exhibit DX-94, Yolo County Probation Department Budget Narrative for 24 Secure Beds (YOLO-00466 through 468), (2) Defendants' Exhibit DX-90, Fink Deposition Transcript Page, and to file the entirety of (3) Defendants' Exhibit DX-93, case file excerpts of minor children, under seal.

Dated November 20, 2020                    Respectfully submitted,

                                           JEFFREY BOSSERT CLARK
                                           Acting Assistant Attorney General

                                           ERNESTO H. MOLINA
                                           Deputy Director

                                           CHRISTOPHER A. BATES

3

Application for Leave to File Under Seal Documents Submitted in Support of
Defendants' Reply in Support of Defendants' Motion for Summary Judgment

Senior Counsel to the Assistant Attorney General

BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel

*/s/ Nancy K. Canter*
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Email: Daniel.Shieh@usdoj.gov

*Counsel for Defendants*