# DX-90

Deposition of David Fink, February 12, 2020 (Supplemental Excerpts)

**REDACTED**

Confidential

Page 1

```
 1           UNITED STATES DISTRICT COURT
             CENTRAL DISTRICT OF CALIFORNIA
 2                   WESTERN DIVISION

 3

 4   LUCAS R., et al.,             )
                                   )
 5              Plaintiffs,        )     CASE NO.
                                   )
 6        vs.                      ) 2:18-CV-05741 DMG PLA
                                   )
 7   ALEX AZAR, Secretary of       )
     U.S. Department of Health     )
 8   and Human Services, et al.,   )
                                   )
 9              Defendants.        )
     _____)
10

11

12        *** C O N F I D E N T I A L ***

13

14        DEPOSITION OF DAVID R. FINK

15              Atlanta, Georgia

16      Wednesday, February 12, 2020

17

18

19

20   Reported by:

21   Judith Leitz Moran

22   CCR, RPR, RSA

23   JOB NO.: 175989

24

25
```

```
                                                                  Page 264
 1        Q    Okay.  All right.
 2             MS. SHUM:  I don't have any further
 3   questions.
 4             MS. STEVENSON:  I have just a few
 5   questions.
 6                      EXAMINATION
 7   BY MS. STEVENSON:
 8        Q    I wanted to very quickly -- because we
 9   just talked about it.  Do you recall talking about
10   notice of placements compliance reviews?
11        A    Yes.
12        Q    I want to turn your attention to
13   Exhibit 175 which does not have the Bates number
14   but it's the single page email from ████████.
15        A    Here it is.  Okay.
16        Q    And I want to clarify.
17             Do you see where it says "93 out of 128
18   cases were Non-Compliant"?
19        A    Yes.
20        Q    Does this mean there were 93 improperly
21   placed UACs?
22        A    No.
23        Q    What does that mean 93 out of 128 cases
24   were noncompliant?
25        A    In some way they were noncompliant with
```

Page 265

1   the notice of placement.  That could be they didn't
2   -- the child didn't sign the form, the form wasn't
3   uploaded within the 30-day time frame, the form
4   might have been not explained, the form might not
5   have been explained to him in the language, his
6   native language, her native language, that kind of
7   thing.
8        Q    So that did not mean an improperly placed
9   child?
10       A    Correct.
11       Q    Okay.  I just wanted to be clear on that.
12            Have you noticed a trend as to whether
13  the number of noncompliant for administrative
14  purposes cases have increased or declined since
15  January of 2019?
16       A    They've declined.
17       Q    Are you able to attribute that decline to
18  anything?
19       A    To training and accountability measures.
20  Like, holding them in compliance and utilizing
21  corrective actions.
22       Q    And those are ORR implemented corrective
23  actions?
24       A    Yes.
25       Q    Thank you.

Page 283

CERTIFICATE OF COURT REPORTER

STATE OF GEORGIA     )

COUNTY OF DEKALB     )

    I hereby certify that the foregoing deposition was reported as stated in the caption, and the questions and answers thereto were reduced to writing by me; that the total transcript pages 1 through 281 represent a true, correct, and complete transcript of the evidence given on February 12, 2020, by the witness, DAVID R. FINK, who was first duly sworn by me.

    I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

    I certify that I am not disqualified for a relationship of interest under O.C.G.A. Section 9-11-28(c); I am a Georgia Certified Court Reporter here as a representative of TSG Reporting; I was contacted by TSG Reporting to provide court reporting services for this deposition; I will not be taking this deposition under any contract that is prohibited by O.C.G.A. Sections 15-14-37(a) and (b) or Article 7.C. of the Rules and Regulations of the Board of Court Reporting.

    This 25th day of February 2020.

_____
Judith L. Leitz Moran, B-2312
Georgia Certified Court Reporter