# DX-94

Yolo Budget Narrative

**REDACTED**

**Yolo County Probation Department**
**Budget Narrative for 24 Secure Beds**
**February 1, 2019 – January 31, 2020**

This budget narrative explains the cost of maintaining 24 Secure ORR beds at the Yolo County Juvenile Detention Facility for the period of February 1, 2019 through January 31, 2020.

### I. PERSONNEL

**Staff**

A. Administration and Program Support – **Total of** ▮▮▮▮▮▮
  1. *Superintendent of the Juvenile Detention Facility (*▮▮▮▮▮▮*)* – The Superintendent of the Juvenile Detention Facility is responsible for policy, operational and administrative functions concerning the facility. The incumbent in this position is responsible for implementing and maintaining standards related to state and federal regulations and is responsible for administering transports of UC in Yolo County's care. The cost of this position represents 34% of the current full-time cost. The current incumbent in this position is Oscar Ruiz.
  2. *Yolo Secure Program Director/ Probation Division Manager (*▮▮▮▮▮▮*)* – The ORR Program Director is responsible for all administrative aspects of the ORR secure placement program, facility programs, and oversight of case management and clinical services. The incumbent will monitor team member's performance and ensure ORR case management and clinical expectations and standards are met. This cost represents 75% of the full-time cost. The current incumbent in this position is Julie Burns, LCSW.
  3. *Probation Division Manager, Facility Operations and Transportation (*▮▮▮▮▮▮*)* – The Probation Division Manager assigned to facility operations is responsible for direct oversight of operational functions within the facility, as well as oversees the transportation division. The incumbent in this position assists the Superintendent of the Juvenile Detention Facility to ensure standards related to state and federal regulations are met. This position also directly oversees the staff who provide transports of UC in Yolo County's care. The cost of this position represents 33% of the current full-time cost. The current incumbent in this position is Alejandro Martinez.
  4. *Administrative Assistant (*▮▮▮▮▮*0)* – The Administrative Assistant is responsible for providing and overseeing the provision of clerical support for Juvenile Detention Facility operations and for supporting the JDF Superintendent and ORR Program Director. This position will focus on administrative/clerical duties and technical support services to the grant program, including fulfilling grant reporting requirements, medical services coordination and transport services coordination. The cost of this position represents 50% of the full-time cost.
  5. *Secretary II (*▮▮▮▮▮▮ – The Secretary II provides clerical support for Juvenile Detention Facility operations. This position facilitates front desk activity, processing UC professional and personal visitors, funds UC phone accounts and troubleshoots issues, and processes paperwork and records from the day-to-day operations concerning UC. The cost of this position represents 50% of the full-time cost and includes bilingual compensation.
  6. *Program Coordinator/ Social Worker (*▮▮▮▮▮▮*)* – The Program Coordinator is responsible for coordinating and administering recreational, socialization, and therapeutic programs and activities offered to the UC as well as coordinating over 100

1

volunteers who support the YCJDF. The cost of this position represents 50% of the full-time cost and includes bilingual compensation.

7. *PREA Standards & Compliance Training Officer/ Sr. Detention Officer (*▉*)* – The incumbent in the position will monitor complaints, prepare and file compliance reports, coordinate PREA training for staff and volunteers, and is responsible for ensuring PREA standards are met in the facility at all times. Additionally, this staff is tasked with coordinating and/or providing initial and ongoing training to all detention officers, to ensure proper orientation and ongoing competency in duties related to the detention officer position. The amount budgeted for this position represents 85% of the full-time cost.

B. Direct Care Case Management Staff – **Total of $**▉

1. *Lead Case Manager/ Senior Detention Officer (1.0 FTE) ($*▉*)* – The Lead Case Manager is responsible for providing oversight for and carrying out case management duties with UC. The Lead Case Manager provides a higher level of program support and oversight of case management operations, acting as liaison between the Yolo ORR program and detention and educational services. This position may carry a small caseload at times, but primary duties include direct oversight of case management services and the work of other case managers, and monitoring the provision of individualized, appropriate services for each UC in care. This position will be trained to assist with transports of UC as well. This is one (1) dedicated full-time, sworn position fully charged to ORR that includes bilingual compensation.

2. *Case Manager/ Social Worker (4.5 FTE) ($*▉*)* – The Case Managers are responsible for carrying out case management duties with UC under the general direction of the Lead Case Manager. In addition to work with sponsors, Case Managers provide UC with frequent support in settings and situations including the classroom, transportation accompaniment, and facility support during crisis incidents. This item includes one FTE Administrative Case Manager, who will continue to process SIRs, conduct chart audits, complete file requests, and monitor compliance with programmatic administrative tasks. One part-time Case Manager (0.5 FTE) will provide staff relief, facilitate video calls for youth with their families and sponsors, and will assist with processing SIRs and with facility activities as needed. These are 4.5 dedicated full-time positions fully charged to ORR, some of which include bilingual compensation.

C. Direct Care Clinical Staff – **Total of** ▉

1. *Lead Clinician/ Supervising Clinician (1.0 FTE) (*▉*)* – The Lead Clinician is responsible for providing oversight for and the coordination of quality therapeutic services for UC. The Lead Clinician trains and provides clinical supervision for Clinicians, pursuant to California Board of Behavioral Sciences licensing requirements. This staff provides a high level of program support and comprehensive review of clinical services, treatment plans, and clinical documentation. The Lead Clinician will work with the Lead Case Manager to review all referrals to and from Yolo Secure. The incumbent in this position provides significant support to the Program Director.

2. *Clinician (5.0 FTE) (*▉*)* – Clinicians are responsible for delivering therapeutic services through group and individual counseling, conducting initial and ongoing mental health and risk assessments, and coordinating and/or providing additional

treatment services. Clinicians will facilitate Interactive Journaling, and group counseling for substance use disorder treatment, anger management, and social skills development. Four clinicians will operate at a 1:6 ratio to provide comprehensive assessment, increased individualized treatment planning, facilitating family services through phone and video conferencing, and providing direct therapeutic services. One (1) clinician will be tasked with providing group treatment and will primarily work in the UC living units to provide ongoing de-escalation of youth and crisis prevention. These are five (5) dedicated full-time positions fully charged to ORR, with cost including bilingual compensation.

D. Facility Supervision & Security Staff (Sup DO, DO, JSA, EH, OT) – **Total of**
   1. *Supervising Detention Officers* (2.5 FTE) –
      Supervising Detention Officers are responsible for supervising each shift in the Juvenile Detention Facility. Their responsibility includes supervising the Detention Officers assigned to monitor and supervise UC, and the Juvenile Services Aide(s) responsible for operating the facility's central control. There are four full-time Supervising Detention Officers, and one newly added Administrative Supervising Detention Officer. The Administrative Supervising Detention Officer position was added due to significant increases in data tracking and reporting requirements directly related to the ORR program. The Administrative Supervising Detention Officer is also responsible to oversee staff training and staff scheduling. Each Supervising Detention Officer will have 50% of their time charged to ORR for a total equivalent of 2.5 FTE.
   2. *Detention Officer* (20.35 FTE) –
      Detention Officers are responsible for the supervision, direction, housing and safety of all youth housed at the Juvenile Detention Facility. This staffing level exceeds staff ratio standards required by the ORR program, as Yolo County has determined additional staff are necessary to promote safety and facilitate programming for the high-needs UC population placed in Secure. The staffing ratios support day and swing shift ratios of 1:4, and adds a peak-hours rover position to assist with escorting UC to legal visits and activities throughout the facility, running programming, and processing visitors. There are 12 FTE Detention Officers 100% assigned to the ORR budget (plus transportation, as described below). Those additional Detention Officers required to run the facility at BSCC standard ratios will have 50% of their time charged to ORR. This item also includes the cost of a 1.0 FTE staff to provide UC transportation services to and from placement facilities, immigration and local court, biometrics and medical appointments. This totals the equivalent of 20.35 FTE. Added capacity has been added to this line item, the extra help line item, and the travel line item in order to enhance Yolo Secure's ability to transport youth who are entering Secure placement as well.
   3. *Juvenile Services Aide* (1.5 FTE) –
      Juvenile Services Aides are responsible for operating the facility's central control room. From this room, the movement of all youth, staff, and visitors in the facility is controlled and monitored. Juvenile Services Aides are trained in operating security monitoring, facility control operations, and radio dispatching. Yolo County utilizes three FTE Juvenile Services Aides as well as Extra Help staff (accounted for in the line item below) to operate central control around the clock. Each Juvenile Services Aide will have 50% of their time charged to ORR for a total equivalent of 1.5 FTE.