1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **[PROPOSED] ORDER ON APPLICATION TO SEAL** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | **[HON. DOLLY M. GEE]** |
| *Defendants*. | |

1

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

    (1) Defendants' Exhibit DX-94, Yolo County Probation Department Budget Narrative for 24 Secure Beds (YOLO-00466 through 468) (portions);

    (2) Defendants' Exhibit DX-90, Fink Deposition Transcript Page (portions); and

    (3) Defendants' Exhibit DX-93, case file excerpts of minor children (entirety).

**IT IS SO ORDERED.**

DATED: _____, 2020.

                                        _____
                                        THE HONORABLE DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE