1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALEX AZAR, et al.,<br><br>        Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND RESPONSES TO OBJECTIONS TO EVIDENCE AND OBJECTIONS TO OPPOSITION**<br><br>Date:    Dec. 11, 2020<br>Time:   3:00 p.m.<br>Place:  Courtroom 8C, 8th Floor<br><br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: March 2, 2021<br>Trial Date: March 30, 2021 |

Having read and considered (1) Application for Leave to File Under Seal Portions of their Response to Defendants' Statement of Genuine Disputes of Material Fact and Responses to Objections to Evidence and Objections to Opposition (the "Application"); (2) the Declaration of Jayme B. Staten; (3) any papers filed by Defendants in response to the Application; and (4) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court rules as follows:

### Documents Plaintiffs Seek to Seal

| Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|
| Plaintiffs' Response to Defendants' Statement of Genuine Disputes of Material Fact | Yellow highlighted portions | |
| Responses to Objections to Evidence and Objections to Opposition | Yellow highlighted portions | |

**IT IS SO ORDERED.**

Dated: _____, 2020

_____
Hon. Dolly M. Gee
United States District Court Judge