1  CENTER FOR HUMAN RIGHTS
   & CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following pages*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12  LUCAS R., et al.,                    Case No.  2:18-CV-05741 DMG PLA

13            Plaintiffs,                **DECLARATION OF ALEXANDRA R.
                                         MAYHUGH IN SUPPORT OF PLAINTIFFS'
14      v.                               REPLY IN SUPPORT OF PARTIAL
                                         MOTION FOR SUMMARY JUDGMENT**
15  ALEX AZAR, et al.,
                                         Date:      Dec. 11, 2020
16            Defendants.                Time:      3:00 p.m.
                                         Place:     Courtroom 8C, 8th Floor
17

18                                       Complaint Filed: June 29, 2018
19                                       Pretrial Conference Date: March 2, 2021
                                         Trial Date:  March 30, 2021
20                                       Judge: Hon. Dolly M. Gee

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
LOS ANGELES

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
       cadams@youthlaw.org

1

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

2

3

4

5

6

7

8

9

*Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Alexandra R. Mayhugh, hereby declare:

1.      I am an attorney licensed to practice law before the Courts of the State of California. I am an associate with the law firm Cooley LLP, counsel of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Reply in Support of their Motion for Partial Summary Judgment. I declare that the following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

### Exhibits

2.      Attached hereto as **Exhibit 199** is a true and correct copy of excerpts of the Expert Report of Dr. Ilze Earner, served on Plaintiffs on June 19, 2020.

3.      Attached hereto as **Exhibit 200** is a true and correct copy of excerpts of the Deposition Transcript of Yesenia Heath, taken on February 26, 2020.

4.      Attached hereto as **Exhibit 201** is a true and correct copy of excerpts of the Deposition Transcript of Nidia Murray, taken on December 17, 2019.

5.      Attached hereto as **Exhibit 202** is a true and correct copy of excerpts of the Deposition Transcript of Michelle Ortiz, taken on August 22, 2019.

6.      Attached hereto as **Exhibit 203** is a true and correct copy of excerpts of the Deposition Transcript of Donna Lynn Londino, taken on August 3, 2019.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 20, 2020, in Santa Monica, CA.

Alexandra R. Mayhugh

Cooley LLP
ATTORNEYS AT LAW
LOS ANGELES

1

MAYHUGH DECL. ISO REPLY ISO PARTIAL MSJ
CASE NO. 2:18-CV-05741 DMG PLA