CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>ALEX AZAR, et al.,<br><br>      Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**FURTHER JOINT STATUS REPORT**<br><br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: March 2, 2021<br>Trial Date: March 30, 2021<br>Judge: Hon. Dolly M. Gee |

1  HOLLY S. COOPER (197626)
   Co-Director, Immigration Law Clinic
2  CARTER C. WHITE (164149)
   Director, Civil Rights Clinic
3  DAISY O. FELT (307958)
   JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
4  MONICA J. JULIAN (265075)
   University of California Davis School of Law
5  One Shields Ave. TB 30
   Davis, CA 95616
6  Telephone: (530) 754-4833
   Email:  hscooper@ucdavis.edu
7          ccwhite@ucdavis.edu
           dofelt@ucdavis.edu
8          jmulligan@ucdavis.edu
           mjulian@ucdavis.edu
9
   NATIONAL CENTER FOR YOUTH LAW
10 LEECIA WELCH (208741)
   NEHA DESAI (CAL. RLSA NO. 803161)
11 POONAM JUNEJA (300848)
   FREYA PITTS (295878)
12 MISHAN WROE (299296)
   MELISSA ADAMSON (319201)
13 1212 Broadway, Suite 600
   Oakland, CA 94612
14 Telephone: (510) 835-8098
   Email:  lwelch@youthlaw.org
15 ndesai@youthlaw.org
           pjuneja@youthlaw.org
16         fpitts@youthlaw.org
           mwroe@youthlaw.org
17         madamson@youthlaw.org

18 NATIONAL CENTER FOR YOUTH LAW
   BRENDA SHUM *(ADMITTED PRO HAC VICE)*
19 CRYSTAL ADAMS (308638)
   1313 L St. NW, Suite 130
20 Washington, DC 20005
   Telephone: (202) 868-4785
21 Email: bshum@youthlaw.org
           cadams@youthlaw.org
22

23

24

25

26

27

28

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone:  (310) 883-6400
Facsimile:   (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiff*

The parties respectfully submit this further status report to the Court regarding the status of settlement discussions to date.

In late-2019 and early-2020, the parties participated in extensive discussions and mediation conferences with the Honorable Sheri Pym, and the parties have since exchanged multiple settlement proposals, but at this time have not reached agreement with respect to any class or claim.

**Plaintiffs' Position**: Plaintiffs remain amenable to continued discussions that would resolve the issues raised by the litigation in the best interests of the Plaintiff Classes. Earlier this year, the parties had made substantial progress towards an agreement as to a majority of the material substantive terms impacting two of the five certified classes, until Defendants raised a fundamental road block. Since the last status conference with this Court on September 4, 2020, Plaintiffs offered to again meet with Judge Pym. Defendants, however, declined to participate in a mediation conference.

**Defendants' Position**: Based on the discussions with Plaintiffs' counsel and developments over the course of the litigation, and based on the differences between the parties on the settlement, the Defendants do not believe that Plaintiffs' claims are amenable to settlement at this time. Defendants remain amenable to settlement before Judge Pym, but in light of the current impasse between the parties over settlement, Defendants believe that mediation with Judge Pym is not suitable at this time. However, with respect to at least two issues (those not currently subject to the motions for partial summary judgment), the matters are still under review and may prove amenable to settlement at a later time.

Dated: November 20, 2020

COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
ERNESTO MOLINA
Deputy Director
BENJAMIN MARK MOSS
W. DANIEL SHIEH
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
NANCY CANTER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice

By: */s/ Ernesto Molina*
Ernesto Molina
Deputy Director
United States Department of Justice
Attorneys for Official-Capacity Defendants
Email: Ernesto.H.Molina@usdoj.gov

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: November 20, 2020

COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com