# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LUCAS R., et al.<br><br>Plaintiff(s), | CASE NUMBER:<br><br>2:18−cv−05741−DMG−PLA |
| v.<br><br>ALEX AZAR, et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  ___11/20/2020___

Document Number(s):  ___295___

Title of Document(s):  ___Defendants' Reply to Plaintiffs' Response to Defendants' Motion for Partial Summary Judgment___

**ERROR(S) WITH DOCUMENT:**

Local Rule 11−6 Memorandum/brief exceeds 25 pages.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: November 23, 2020    By: _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS