JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov
Counsel for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br>**DEFENDANTS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE CONFORMING REPLY BRIEF**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Honorable Dolly M. Gee<br>United States District Judge |

After Defendants' sincere but mistaken belief that the parties had agreed to 30 rather than 25 pages for the reply brief, and having sought but not obtained Plaintiffs' consent to correct this mistake and ask the Court to approve the filing of a conforming brief, Defendants respectfully seek the Court's leave *ex parte*. *See* L.R. 7-19.

On September 23, 2020, the Court (ECF 261) ordered that for summary judgment briefing, "the page limit for all opposition briefs shall be 60 pages, and the page limit for all reply briefs shall be 25 pages." On November 20, 2020, Defendants mistakenly remembered that the parties had agreed to 30 pages for the reply brief (half of the parties' agreed upon 60 pages for the cross-motions and oppositions), and filed a reply brief (ECF 295) that was 30 pages in length. On November 23, 2020, the Clerk's office called attention to the brief's length (ECF 302), and counsel for Defendants contacted Plaintiffs' counsel, apologized, and sought Plaintiffs' consent to ask the Court to approve the filing of a conforming brief. *See* Nov. 23, 2020 Decl. of W. Daniel Shieh, attached. Plaintiffs responded that they did not consent.

Thereafter, on November 23, 2020, Defendants lodged a proposed conforming brief (ECF 304) and prepared this *ex parte* application. Good cause supports Defendants' request. The over-limit filing occurred in good faith, was unintentional, and rapidly cured. Defendants have made no new substantive arguments in the conforming reply brief, and instead have made cuts throughout the reply brief—Defendants' November 23, 2020 proposed conforming reply brief is simply a shorter version of Defendants' November 20, 2020 over-limit reply brief. *Compare* Defs.' Reply Br. (ECF 295), *with* Defs.' Conform. Reply Br. (ECF 304).

# **CONCLUSION**

For these reasons, Defendants respectfully request that the Court grant Defendants' *ex parte* application and order as follows: (1) Defendants' November 20, 2020 reply brief (ECF 295) shall be struck; and (2) Defendants' November 23, 2020 conforming reply brief (ECF 304) shall be accepted for filing.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERNESTO H. MOLINA
Deputy Director

CHRISTOPHER A. BATES
Senior Counsel to the
Assistant Attorney General

*/s/ W. Daniel Shieh*
W. DANIEL SHIEH
BENJAMIN MARK MOSS
Senior Litigation Counsel

NANCY K. CANTER
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Email: Daniel.Shieh@usdoj.gov

Counsel for Defendants

# STATEMENT OF IDENTITY OF OPPOSING COUNSEL

Under L.R. 7-19, contact information for Plaintiffs' counsel is as follows:

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
    ccwhite@ucdavis.edu
    mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
    ndesai@youthlaw.org
    pjuneja@youthlaw.org
    fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org

1  COOLEY LLP
   SUMMER J. WYNN (240005)
2  MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
   REBECCA L. TARNEJA (293461)
3  ALEXANDRA R. MAYHUGH (300446)
   JAYME B. STATEN (317034)
4  1333 2nd Street, Suite 400
   Santa Monica, CA  90401
5  Telephone: (310) 883-6400
   Facsimile:  (310) 883-6500
6  Email:  swynn@cooley.com
           mmcmahon@cooley.com
7          rtarneja@cooley.com
           amayhugh@cooley.com
8          jstaten@cooley.com

9

10

11                                    Respectfully submitted,

12                                    */s/ W. Daniel Shieh*
                                      W. DANIEL SHIEH
13                                    Senior Litigation Counsel
14                                    Office of Immigration Litigation
                                      United States Department of Justice
15

16

17 ///

18 ///

19 ///

20

21

22

23

24

25

26

27

28

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 23, 2020, I electronically transmitted the forgoing document to the Clerk for the United States District Court for the Central District of California using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

Respectfully submitted,

*/s/ W. Daniel Shieh*
W. DANIEL SHIEH
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice

Defendants' Ex Parte Application for Leave to File Conforming Reply Brief