JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar, <br> Secretary of U.S. Dep't of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No.: 18-cv-05741-DMG-PLA <br><br> **DECLARATION OF W. DANIEL SHIEH IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE CONFORMING REPLY BRIEF** <br><br><br> Honorable Dolly M. Gee <br> United States District Judge |

**DECLARATION OF W. DANIEL SHIEH, ESQ.**

I, W. Daniel Shieh, declare and state as follows:

1. I am an attorney in good standing and authorized to practice before this Court and a Senior Litigation Counsel at the United States Department of Justice, Civil Division, Office of Immigration Litigation, Appellate Section. I am a member of the State Bar of New York. I am counsel of record for Defendants Alex M. Azar, Secretary of the United States Department of Health and Human Services, et al. I make this Declaration in support of Defendants' *Ex Parte* Application for Leave to File Conforming Reply. I have personal knowledge of the following facts and if called upon to testify, would do so competently as follows. Because I submit this Declaration for a limited purpose, it does not contain all information I know about the above-captioned matter.

2. On September 23, 2020, the Court (ECF 261) ordered that for summary judgment briefing, "the page limit for all opposition briefs shall be 60 pages, and the page limit for all reply briefs shall be 25 pages."

3. On November 20, 2020, Defendants' counsel misremembered the page limit for the reply as being 30 pages (half of the parties' agreed upon 60 pages for the cross-motions and oppositions), and filed the 30-page reply brief (ECF 295).

4. On November 23, 2020, the Clerk's office called attention to the brief's length (ECF 302) at 10:53AM PT. At 11:41AM PT, Counsel for Defendants emailed Plaintiffs' counsel to ask whether Plaintiffs would consent to Defendants filing a corrected reply brief conforming to the 25-page limit. Separately, Defendants also called Plaintiffs' counsel at 12:30PM PT, apologized and explained the inadvertent mistake, and sought Plaintiffs' consent to seek leave of the Court to approve the filing of a conforming reply brief.

5. On November 23, 2020 at 3:18PM PT, Plaintiffs' counsel emailed and stated, "Plaintiffs do not consent to the filing. The Court's order does not request a filing."

6. On November 23, 2020 at 3:28PM PT, Defendants wrote back to Plaintiffs' counsel: (1) advising that, consistent with the Court's rules, Defendants would be filing an *ex parte* application for leave to file a conforming reply brief, for the reasons the Parties had previously discussed; (2) soliciting Plaintiffs' position; and (3) inviting Plaintiffs' counsel to confer further if necessary. At 3:40PM PT, Plaintiffs' counsel emailed back and stated, "Yes, Plaintiffs are opposed. The Court did not request a filing."

7. Thereafter, on November 23, 2020, Defendants lodged a proposed conforming brief (ECF 304).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed November 23, 2020 in Washington, D.C

*/s/ W. Daniel Shieh*
W. DANIEL SHIEH
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice