1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **[PROPOSED] ORDER ON DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE CONFORMING REPLY BRIEF** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al.* | **[HON. DOLLY M. GEE]** |
| *Defendants*. | |

1  THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for Leave to File Conforming Reply Brief.

Good cause appearing therefore, the Court hereby GRANTS the application and ORDERS that:

(1) Defendants' November 20, 2020 reply brief (ECF 295) shall be struck;

(2) Defendants' November 23, 2020 conforming reply brief (ECF 304) shall be accepted for filing.

**IT IS SO ORDERED.**

DATED: _____, 2020.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE