# DX-89

Deposition of Mae C. Quinn, July 27, 2020 (Excerpts)

Page 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

CASE NO. 2:18-CV-05741-DMG-PLA

LUCAS R., et al.,                        )
                                         )
            Plaintiffs,                  )
                                         )
vs.                                      )
                                         )
ALEX AZAR, et al.,                       )
                                         )
            Defendants.                  )
_____)
CONFIDENTIAL

DEPOSITION OF
MAE C. QUINN

Taken on Behalf of the Defendants

DATE TAKEN:   July 27, 2020
TIME:         9:30 AM - 5:15 PM
PLACE:        VIA ZOOM

MAGNA LEGAL SERVICES
(866) 624-6221
www.magnaLS.com



Page 81

```
 1     A.    No.
 2     Q.    Okay.  For purposes of your report, did you
 3   interview any children who are or have been in ORR
 4   care?
 5     A.    Not for purposes of this report.
 6     Q.    Have you in the past interviewed any children
 7   who have been in ORR care?
 8     A.    I spoke to one child in my experience as an
 9   attorney.
10     Q.    And when was that?
11     A.    Two years ago.  A year and a half ago.
12     Q.    Okay.  And do you recall what facility the
13   child was housed at?
14     A.    I do not.
15     Q.    Okay.  Do you recall how long they were
16   housed at the ORR facility?
17     A.    I do not.
18     Q.    Professor Quinn, for purposes of your report
19   did you visit any ORR facilities?
20     A.    No.
21     Q.    Have you ever visited an ORR facility?
22     A.    Not that I'm aware of.  Again, as we
23   discussed maybe they had some of your kids out back,
24   but I wasn't going there with the view of this is an
25   ORR visit.
```



```
 1                CERTIFICATE OF REPORTER
 2
 3    STATE OF FLORIDA          )
 4    COUNTY OF BROWARD         )
 5
 6            I, Michele Anzivino, Court Reporter, do
      hereby certify that I was authorized to and did
 7    stenographically report the deposition of MAE C. QUINN,
      that a review of the transcript was not requested; and
 8    that the foregoing transcript, pages 1 through
      {End page}, is a true and correct record of my
 9    stenographic notes.
10
              I FURTHER CERTIFY that I am not a relative,
11    employee, or attorney, or counsel of any of the
      parties, nor am I a relative or employee of any of the
12    parties' attorney or counsel connected with the action,
      nor am I financially interested in the action.
13
14          DATED this 27th day of July, 2020.
15
16
17
18
19
20         _____
           MICHELE ANZIVINO, Court Reporter
21         Notary Public - State of Florida
           My Commission Expires: 02/23/2023
22         My Commission No.: GG-304081
23
24
25
```

