# DX-91

Deposition of Dr. Javier Ruiz, September 25, 2020 (Excerpts)

```
                                                                    Page 1
 1                    UNITED STATES DISTRICT COURT

 2                    CENTAL DISTRICT OF CALIFORNIA

 3                         WESTERN DIVISION

 4

 5    LUCAS R., et al.,              §
                                     §
 6              Plaintiffs,          §
                                     §
 7       VS.                         §    CIVIL ACTION NO.:
                                     §    2:18-cv-05741 DMG PLA
 8    ALEX AZAR, Secretary of        §
      U.S. Department of Health      §
 9    and Human Services, et al.,    §
                                     §
10              Defendants.          §

11

12

13

14              DEPOSITION OF DR. JAVIER RUIZ

15                      Houston, Texas

16              Friday, September 25, 2020

17                   (REPORTED REMOTELY)

18

19

20

21

22

23    REPORTED BY:

24    Linda Russell, CSR

25    JOB NO:  184383
```

1  not even finding it.

2          Oh, the next page.  Admission

3  Criteria 1.3.1, part of the admission criteria is

4  that -- I'm not able to see this.  Here we go.

5          Part of the exclusionary criteria is

6  that the child, or client, may be safely cared

7  for in a less restrictive setting.  And I -- I

8  understand why that's part of the exclusionary

9  criteria, but if you could maybe help me

10 understand how as part of Shiloh's admission

11 process it ensures that that criteria is being

12 met?

13      A.  All right.  So once, for example, a

14 case is presented -- and I'm almost sure this is

15 what it means, that if a patient comes in and we

16 deem that being in an acute care or subacute care

17 like Shiloh wouldn't be necessary because he

18 wouldn't meet the criteria, then obviously by

19 regulation we have to keep the patient in the

20 least restrictive environment.  So they wouldn't

21 be admitted -- for example, like they don't need

22 to be in a residential or subacute setting, they

23 need to be an outpatient.  And if they don't meet

24 criteria for acuities, then for sure that patient

25 would not benefit from being in a facility.

Page 301

CERTIFICATE

STATE OF TEXAS    )
                  )
COUNTY OF HARRIS  )

    I, LINDA RUSSELL, a Certified Court Reporter within and for the State of Texas, do hereby certify:

    That JAVIER RUIZ, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

    I certify that review of the transcript by the deponent was requested.

    I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of October, 2020.

*[signature: Linda Russell]*

_____
LINDA RUSSELL, Texas CSR #2965
Expiration Date: 4/30/2021

TSG Reporting, Inc.
Firm Registration No. 615
228 E. 44th Street, Suite 810
New York, New York 10017
(212) 702-9580