UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>        *Plaintiffs*,<br><br>    v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>        *Defendants*. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER ON APPLICATION TO SEAL [296]** |

1

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby GRANTS the Application and ORDERS Defendants to file the following documents under seal forthwith, under Local Rule 79-5.2.2(c):

    (1) Defendants' Exhibit DX-94, Yolo County Probation Department Budget Narrative for 24 Secure Beds (YOLO-00466 through 468) (portions);

    (2) Defendants' Exhibit DX-90, Fink Deposition Transcript Page (portions); and

    (3) Defendants' Exhibit DX-93, case file excerpts of minor children (entirety).

**IT IS SO ORDERED.**

DATED:  November 23, 2020

                                                          DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE