# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*<br><br>*Defendants*. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR RESPONSE TO DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND RESPONSES TO OBJECTIONS TO EVIDENCE AND OBJECTIONS TO OPPOSITION [298]** |

1

1    Having read and considered (1) Plaintiffs' Application for Leave to File
2 Under Seal Portions of their Response to Defendants' Statement of Genuine
3 Disputes of Material Fact and Responses to Objections to Evidence and Objections
4 to Opposition (the "Application"); (2) the Declaration of Jayme B. Staten; and (3)
5 the documents in both their redacted and unredacted form; and good cause
6 appearing pursuant to Local Rule 79-5.2.2, the Court **GRANTS** the Application
7 and **ORDERS** Plaintiffs to e-file the unredacted versions of the documents in
8 question [Doc. ## 299-1, 299-2] under seal consistent with this Order within three
9 (3) court days of this Order.

11 **IT IS SO ORDERED.**

12 DATED:  November 23, 2020

13                                                  DOLLY M. GEE
14                                                  UNITED STATES DISTRICT JUDGE