1  CENTER FOR HUMAN RIGHTS
   & CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following pages*

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN

11

12 LUCAS R., et al.,                    Case No.  2:18-CV-05741 DMG PLA

13            Plaintiffs,               **PROOF OF SERVICE**

14       v.
                                        Complaint Filed: June 29, 2018
15 ALEX AZAR, SECRETARY OF U.S.         Pretrial Conference Date: March 2, 2021
   DEPARTMENT OF HEALTH AND             Trial Date:  March 30, 2021
16 HUMAN SERVICES, et al.,              Judge: Hon. Dolly M. Gee

17            Defendants.

18

19

20

21

22

23

24

25

26

27

28

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        dofelt@ucdavis.edu
        jmulligan@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
      mmcmahon@cooley.com
      rtarneja@cooley.com
      amayhugh@cooley.com
      jstaten@cooley.com

*Attorneys for Plaintiff*

## PROOF OF SERVICE
### (FRCP 5)

I am a citizen of the United States and a resident of the State of California.  I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California  90401.  On the date set forth below I served the documents described below in the manner described below:

- **UNREDACTED PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT**

- **UNREDACTED PLAINTIFFS' RESPONSES TO OBJECTIONS TO EVIDENCE AND OBJECTIONS TO OPPOSITION**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

JEFFREY B. CLARK                                     Attorneys for Defendants
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice

1

P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
        andrew.insenga@usdoj.gov
        Anthony.Messuri@usdoj.gov
        benjamin.m.moss2@usdoj.gov
        Daniel.Shieh@usdoj.gov
        david.pinchas@usdoj.gov
        ernesto.h.molina@usdoj.gov
        jeffrey.robins@usdoj.gov
        jonathan.k.ross@usdoj.gov
        michael.heyse@usdoj.gov
        nancy.k.canter@usdoj.gov
        russell.verby@usdoj.gov
        scott.g.stewart@usdoj.gov
        sherry.soanes@usdoj.gov
        steven.stassi@usdoj.gov
        yamileth.g.davila@usdoj.gov


        Executed on November 24, 2020, at Los Angeles, California.

_____
                            Jeremy Ra

238827054

PROOF OF SERVICE
CASE NO. 2:18-CV-05741 DMG PLA