**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>                    *Plaintiffs*,<br><br>          v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>                    *Defendants*. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER ON DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE CONFORMING REPLY BRIEF [303]** |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for Leave to File Conforming Reply Brief.

Good cause appearing therefor, the Court hereby GRANTS the application and ORDERS that:

(1) Defendants' November 20, 2020 reply brief [Doc. # 295] shall be struck;

(2) Defendants' November 23, 2020 conforming reply brief [Doc. # 304] shall be accepted for filing.

**IT IS SO ORDERED.**

DATED:  November 24, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE