UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5741-DMG (PLAx) | Date | December 8, 2020 |
|---|---|---|---|
| Title | LUCAS R., et al. v. ALEX AZAR, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:           Attorneys Present for Defendant:

**Proceedings:**     **(In Chambers) Order Setting Further Settlement Conference**

On June 12, 2019, September 25, 2019, and December 11, 2019, the court held settlement conferences in this matter, and also held follow up telephonic conferences. The court now sets a further settlement conference for December 22, 2020 at 9:30 a.m. In light of the ongoing COVID-19 pandemic, the settlement conference will be held via Zoom. Counsel shall communicate with the courtroom deputy clerk regarding procedures for joining the conference.

Since it has been some time since the last settlement conference, no later than five court days prior to the settlement conference, the parties shall submit supplemental settlement conference statements (and supplemental confidential addenda) updating the court on the status of their settlement efforts and their settlement positions, following the procedures set forth in paragraphs 10 and 12 of the April 30, 2019 Order re Settlement Conference. The parties and counsel excused from attending the prior conferences are likewise excused from attending the December 22, 2020 conference. All other terms of the court's Order re Settlement Conference remain in effect.