UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 18-5741-DMG (PLAx) | Date | December 8, 2020 |
|---|---|---|---|
| Title | *Lucas R., et al. v. Alex Azar, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER CONTINUING HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT [263, 271]**

On October 2, 2020, Plaintiffs and Defendants each filed a motion for summary judgment currently set for hearing on December 11, 2020 at 3:00 p.m. [Doc. ## 263, 271.]

The Court *sua sponte* **CONTINUES** the hearing on the pending motions to **December 22, 2020, at 11:00 a.m.** No other date in the Court's Scheduling and Case Management Order for Court Trial, as modified by the parties' stipulation [Doc. # 253], is affected by this continuance.

**IT IS SO ORDERED**.