CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No.  2:18-CV-05741 DMG PLA |
| Plaintiffs, | **FURTHER JOINT STATUS REPORT** |
| v. | Complaint Filed: June 29, 2018 |
| ALEX AZAR, et al., | Pretrial Conference Date: March 2, 2021 |
| Defendants. | Trial Date:  March 30, 2021 |
| | Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email:  hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        dofelt@ucdavis.edu
        jmulligan@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
        cadams@youthlaw.org

1  COOLEY LLP
   SUMMER J. WYNN (240005)
2  MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
   REBECCA L. TARNEJA (293461)
3  ALEXANDRA R. MAYHUGH (300446)
   JAYME B. STATEN (317034)
4  1333 2nd Street, Suite 400
   Santa Monica, CA  90401
5  Telephone:   (310) 883-6400
   Facsimile:    (310) 883-6500
6  Email:  swynn@cooley.com
           mmcmahon@cooley.com
7          rtarneja@cooley.com
           amayhugh@cooley.com
8          jstaten@cooley.com

9  *Attorneys for Plaintiffs*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FURTHER JOINT STATUS REPORT
CASE NO. 2:18-CV-05741 DMG PLA

The Parties respectfully submit this Further Joint Status Report to supplement the Joint Status Report filed November 20, 2020 (ECF No. 301) and further update the Court regarding the status of the Parties' settlement discussions to date.

For the two (2) claims and certified classes **not** at issue in the Parties' respective cross motions for summary judgment (specifically, the Third and Fifth Claims for Relief for Unlawful Administration of Psychotropic Drugs and Discrimination on the Basis of Disability), the Parties have agreed to resume settlement discussions at this time and have requested a further settlement conference with the Honorable Sheri Pym.

A further settlement conference was scheduled for December 22, 2020, at 9:30 AM (ECF No. 311). However, because the hearing on the Parties' respective cross motions for summary judgment was also continued to that same morning at 11:00 AM (ECF No. 312), the Parties have requested a different date with Judge Pym to allow the Parties more than an hour and a half to engage in mediated discussions.

The Parties have contacted Judge Pym's chambers to request another date for the further settlement conference to discuss the two (2) claims not at issue in the Parties' respective cross motions. In the meantime, the Parties intend to continue to participate in direct negations with respect to these two claims, and wanted to update this Court as to the status of the Parties' discussions.

///

///

///

**FURTHER JOINT STATUS REPORT**
**CASE NO. 2:18-CV-05741 DMG PLA**

1   Dated:  December 14, 2020          COOLEY LLP

2

3                                      By:  */s/ Summer J. Wynn*
                                            Summer J. Wynn (240005)
4                                           Attorneys for Plaintiffs
                                            Email:  swynn@cooley.com
5

6                                      JEFFREY BOSSERT CLARK
                                       Acting Assistant Attorney General
7                                      Civil Division
                                       ERNESTO MOLINA
8                                      Deputy Director
                                       BENJAMIN MARK MOSS
9                                      W. DANIEL SHIEH
                                       Senior Litigation Counsel
10                                     JONATHAN K. ROSS
                                       ANTHONY J. MESSURI
11                                     NANCY CANTER
                                       Trial Attorneys
12                                     Office of Immigration Litigation
                                       Civil Division, U.S. Department of Justice
13

14                                     By:  */s/ Ernesto Molina*
                                            Ernesto Molina
15                                          Deputy Director
                                            United States Department of Justice
16                                          Attorneys for Official-Capacity
                                            Defendants
17                                          Email:  Ernesto.H.Molina@usdoj.gov

18

19                        <u>C**ERTIFICATION**</u>

20        Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories

21   concur in this filing's content and have authorized the filing.

22

23   Dated:  December 14, 2020          COOLEY LLP

24

25                                     By:  */s/ Summer J. Wynn*
                                            Summer J. Wynn (240005)
26                                          Attorneys for Plaintiffs
                                            Email:  swynn@cooley.com
27

28