UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5741-DMG (PLAx) | Date | December 14, 2020 |
|---|---|---|---|
| Title | LUCAS R., et al. v. ALEX AZAR, et al. | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

**Proceedings:** **(In Chambers) Order Continuing Further Settlement Conference Date**

The further settlement conference set for December 22, 2020 is hereby continued to January 11, 2021 at 9:30 a.m. All other terms of the court's December 8 order setting this further settlement conference remain in effect.