UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 18-5741-DMG (PLAx) | Date December 22, 2020 |

Title *Lucas R., et al. v. Alex Azar, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos Holguin | W. Daniel Shieh, AUSA |
| Alexandra R. Mayhugh | Christopher Bates, AUSA |
| Leecia Welch | |
| Brenda L. Shum | |
| Daisy O. Felt | |
| Holly S. Cooper | |
| Summer J. Wynn | |
| Jonathan P. Mulligan | |

**Proceedings:** **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FRCP 56 [263]**

**PLAINTIFFTS' MOTION FOR PARTIAL SUMMARY JUDGMENT [269] [271]**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court invites counsel to respond to the oral tentative ruling. Following oral argument, the Court advises counsel that the motions shall be taken under submission and a written order will issue.

The parties shall meet and confer and submit a joint status report by February 1, 2021. The Court VACATES the amended schedule of pretrial and trial. [Doc. # 253.] New dates and deadlines shall be reset after the parties meet and confer and submit their joint status report re new dates.

1:32