UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 18-5741 DMG (PLAx)** | Date | December 22, 2020 |
|---|---|---|---|

| Title | *Lucas R., et al. v. Alex Azar, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER RE SUPPLEMENTAL SUBMISSIONS, PRETRIAL DATES AND DEADLINES, AND JOINT STATUS REPORT**

On December 22, 2020, the Court held a hearing on the parties' cross-Motions for Summary Judgment and issued its tentative oral ruling regarding Plaintiffs' step-up class, unfit custodian class, and legal representation class claims.  [Doc. ## 263, 271.]  In light of the matters discussed at the hearing, the Court hereby **ORDERS**:

1. By **January 5, 2020**, the parties shall file a joint supplemental submission with the current version of the form Notice of Placement ("NOP") given to minors stepped-up to more restrictive placements, to be filed publicly, as well as a representative example of a completed NOP issued within the last year for minors in ORR custody in juvenile detention facilities and residential treatment centers, to be filed under seal.
2. By **January 5, 2020**, Plaintiffs shall file a supplemental submission describing any incidents where a stepped-up minor was incorrectly found to be a danger to self or others that occurred *after* the Court's Order in *Flores v. Sessions*, No. CV 85-4544-DMG (AGRx), 2018 WL 10162328 (C.D. Cal. July 30, 2018).
3. Because the parties have another mediation scheduled for January 11, 2021, and the parties' current pretrial and trial dates and deadlines are infeasible, all scheduled dates are **VACATED**.
4. The parties shall meet and confer regarding their claims in light of the Court's tentative oral ruling and submit a Joint Status Report on the status of those meetings by **February 1, 2021**.  The Joint Status Report shall also contain proposed new pretrial and trial dates and deadlines.
5. A written order on the pending motions shall issue, if necessary, after the Joint Status Report is filed.

**IT IS SO ORDERED**.