CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | NOTICE OF *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL SUBMISSIONS |
| v. | |
| ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al., | |
| Defendants. | |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        dofelt@ucdavis.edu
        jmulligan@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiffs*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs hereby make this *ex parte* application for a **three (3) day extension of time to January 8, 2021**, to file the supplemental submissions ordered by the Court in its December 22, 2020 Order re Supplemental Submissions, Pretrial Dates and Deadlines, and Joint Status Report. (*See* ECF No. 320.)

This Application is based on this Notice of *Ex Parte* Application and *Ex Parte* Application, all records and papers on file in this action, and any evidence or oral argument offered at any hearing on this Application that the Court may order.

This Application is made following a conference of counsel, which took place on December 31, 2020, following meet and confer communications initiated by Plaintiffs on December 28, 2020. As of the filing of this *ex parte* application, Ernesto Molina, counsel for Defendants, indicated that Defendants take no position on the Application.

Pursuant to Local Rule 7-19, Plaintiffs identify the following attorneys as certain representative counsel for Defendants:

**Benjamin M. Moss**
Department of Justice
PO Box 868, Ben Franklin Station
Washington, DC 20044
202-307-8675
Fax: 202-307-8698
Email: benjamin.m.moss2@usdoj.gov

**Ernesto Molina**
Department of Justice
PO Box, 878 Ben Franklin Station
Washington, DC 20044
202-616-9358
Fax: 202-307-8781
Email: ernesto.h.molina@usdoj.gov

**Nancy K. Canter**
Department of Justice
PO Box 878, Ben Franklin Station
Washington, DC 20044

202-616-9132
Fax: 202-305-4829
Email: nancy.k.canter@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Woei-Tyng Daniel Shieh**
Department of Justice
PO Box 878, Ben Franklin Station
Washington, DC 20044
202-305-9802
Fax: 202-305-1890
Email: Daniel.Shieh@usdoj.gov

Dated:  December 31, 2020        COOLEY LLP

/s/ *Summer Wynn*
Summer Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com

2.

**PLAINTIFFS'** *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO FILE SUPP. SUBMISSIONS**
**CASE NO. 2:18-CV-05741 DMG PLA**

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL SUBMISSIONS** |
| v. | |
| ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al., | |
| Defendants. | |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

```
1   COOLEY LLP
    SUMMER J. WYNN (240005)
2   MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
    REBECCA L. TARNEJA (293461)
3   ALEXANDRA R. MAYHUGH (300446)
    JAYME B. STATEN (317034)
4   1333 2nd Street, Suite 400
    Santa Monica, CA  90401
5   Telephone: (310) 883-6400
    Facsimile:  (310) 883-6500
6   Email:  swynn@cooley.com
            mmcmahon@cooley.com
7           rtarneja@cooley.com
            amayhugh@cooley.com
8           jstaten@cooley.com
```

*Attorneys for Plaintiffs*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

PLAINTIFFS' *EX PARTE* APPLICATION FOR
EXTENSION OF TIME TO FILE SUPP. SUBMISSIONS
CASE NO. 2:18-CV-05741 DMG PLA

Pursuant to Local Rule 7-19, Plaintiffs make this *Ex Parte* Application seeking a three (3) day extension of time—from January 5, 2021 to **January 8, 2021**—to file the supplemental submissions ordered by the Court in its December 22, 2020 Order re Supplemental Submissions, Pretrial Dates and Deadlines, and Joint Status Report. (*See* ECF No. 320.)

## I.   RELEVANT HISTORY

Following a hearing on the parties' Cross Motions for Summary Judgment, the Court Ordered: (1) the parties to file a joint supplemental submission with the current version of the form Notice of Placement ("NOP") given to minors stepped-up to more restrictive placements, as well as a representative example of a completed NOP issued within the last year for minors in ORR custody in juvenile detention facilities and residential treatment centers by January 5, 2021 (the "Joint Supplemental Submission"); and (2) Plaintiffs to file a supplemental submission describing any incidents where a stepped-up minor was incorrectly found to be a danger to self or others that occurred after the Court's Order in *Flores v. Sessions*, No. CV 85-4544-DMG (AGRx), 2018 WL 10162328 (C.D. Cal. July 30, 2018), by January 5, 2021 ("Plaintiffs' Supplemental Submission," collectively the "Supplemental Submissions"). (*See* ECF No. 320; *see also* Decl. of Summer Wynn ¶ 2.)

On December 28, 2020, Plaintiffs' counsel contacted Defendants' counsel to request a three (3) day extension of time to file the Supplemental Submissions—from January 5, 2021 to January 8, 2021. (Decl. of Summer Wynn ¶ 3.) Plaintiffs' counsel explained that most of the attorneys on the team are currently out of office for the holidays, and that two of Plaintiffs' counsel's offices (University of California Davis School of Law and the National Center for Youth Law) are closed until January 4, 2021, due to the holidays or mandatory furloughs. (*Id.*)

Plaintiffs' counsel and Defendants' counsel conferred on December 31, 2020. (*Id.* ¶ 5.) Defendants' counsel stated that Defendants take no position with respect to this *ex parte* application. (*Id.*)

## II. ARGUMENT

"The use of [an *ex parte* application] is justified [where] . . . the party seeks a routine procedural order that cannot be obtained through a regularly noticed motion." *Horne v. Wells Fargo Bank, N.A.*, 969 F. Supp. 2d 1203, 1205 (C.D. Cal. 2013); *see also In re Intermagnetics Am., Inc.*, 101 B.R. 191, 193–94 (C.D. Cal. 1989). Federal Rule of Civil Procedure 6(b), moreover, allows the Court to extend deadlines for good cause. *See* Fed. R. Civ. P. 6(b).

Plaintiffs have good cause for seeking a short extension, and an *ex parte* application is warranted here. Due to pre-planned holiday vacations and unavoidable administrative closures caused in part by mandatory furloughs, unless an extension of time is granted, Plaintiffs will be forced to compile the Supplemental Submissions with limited staff. Moreover, Plaintiffs' Supplemental Submission will include descriptions and evidence of incidents where a minors have been erroneously stepped-up due to a failure to find that the child is a danger to self or others (or a failure to properly document such finding). The attorneys most well-versed in Plaintiffs' step-up claims and the relevant evidence responding to the Court's request will be unavailable until January 4, 2021. (*See* Decl. of Summer Wynn ¶ 4.)

## III. CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this *ex parte* application and grant a three (3) day extension to file the Supplemental Submissions.

Dated:  December 31, 2020                COOLEY LLP

/s/ *Summer Wynn*
Summer Wynn (240005)
Attorneys for Plaintiffs
Email:  swynn@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

PLAINTIFFS' *EX PARTE* APPLICATION FOR
EXTENSION OF TIME TO FILE SUPP. SUBMISSIONS
CASE NO. 2:18-CV-05741 DMG PLA