1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **DECLARATION OF SUMMER WYNN IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL SUBMISSIONS** |
| v. | |
| ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al., | |
| Defendants. | |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiffs*

## DECLARATION OF SUMMER WYNN

I, Summer Wynn, declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am an attorney with the law firm of Cooley LLP, and one of the attorneys of record for Plaintiffs in this action. I make this declaration in support of Plaintiffs' *Ex Parte* Application for Extension of Time to File Supplemental Submissions. As an attorney for Plaintiffs, I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify, I could and would testify competently thereto.

2. On December 22, 2020, in light of matters discussed at a hearing on the parties' Cross Motions for Summary Judgment, the Court ordered: (1) the parties to file a joint supplemental submission with the current version of the form Notice of Placement ("NOP") given to minors stepped-up to more restrictive placements, as well as a representative example of a completed NOP issued within the last year for minors in ORR custody in juvenile detention facilities and residential treatment centers by January 5, 2021 (the "Joint Supplemental Submission"); and (2) Plaintiffs to file a supplemental submission describing any incidents where a stepped-up minor was incorrectly found to be a danger to self or others that occurred after the Court's Order in *Flores v. Sessions*, No. CV 85-4544-DMG (AGRx), 2018 WL 10162328 (C.D. Cal. July 30, 2018) by January 5, 2021 ("Plaintiffs' Supplemental Submission"). *See* ECF No. 320.

3. On December 28, 2020, I emailed Defendants' counsel of record Ernesto Molina to request consent to a short three (3) day extension to the above-referenced deadlines, from January 5, 2021 to January 8, 2021, because most of the attorneys on the team are currently out of office for the holidays, and two of Plaintiffs' counsel's offices (University of California Davis School of Law and the National Center for Youth Law) are closed until January 4, 2021 due to the holidays or mandatory furloughs.

1.   **WYNN DECL ISO PLAINTIFFS' *EX PARTE* APP. FOR EXTENSION OF TIME TO FILE SUPP. SUBMISSIONS**
CASE NO. 2:18-CV-05741 DMG PLA

4. Significantly, the attorneys most well-versed in Plaintiffs' step-up claims, and the relevant evidence, will be unavailable until January 4, 2021. These attorneys are best positioned to prepare Plaintiffs' Supplemental Submission.

5. On December 31, 2020, I conferred with Ernesto Molina regarding this extension of time. I informed him that Plaintiffs intended to file an *ex parte* application for a short extension, absent a stipulated joint request. Mr. Molina informed me that Defendants took no position with respect to such an application and stated that I could include this statement in the application.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and of the United States. Executed at San Diego, California this 31st day of December, 2020.

/s/ *Summer Wynn*
Summer Wynn (240005)

2.

WYNN DECL ISO PLAINTIFFS' *EX PARTE* APP. FOR EXTENSION OF TIME TO FILE SUPP. SUBMISSIONS
CASE NO. 2:18-CV-05741 DMG PLA