UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al.,<br><br>            Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL SUBMISSIONS [321]** |

Having considered Plaintiffs' *Ex Parte* Application for Extension of Time to File Supplemental Submissions, and good cause appearing therefor, the Court hereby **GRANTS** the application and **ORDERS** that:

(1) The Parties' deadline to file a joint supplemental submission with the current version of the form Notice of Placement ("NOP") given to minors stepped-up to more restrictive placements, as well as a representative example of a completed NOP issued within the last year for minors in ORR custody in juvenile detention facilities and residential treatment centers, shall be extended from January 5, 2021 to **January 8, 2021**; and

(2) Plaintiffs' deadline to file a supplemental submission describing any incidents where a stepped-up minor was incorrectly found to be a danger to self or others that occurred after the Court's Order in *Flores v. Sessions*, No. CV 85-4544-DMG (AGRx), 2018 WL 10162328 (C.D. Cal. July 30, 2018) shall be extended from January 5, 2021 **to January 8, 2021**.

**IT IS SO ORDERED**.

DATED: January 5, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1.