CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**JOINT SUPPLEMENTAL SUBMISSION RE NOTICE OF PLACEMENT PURSUANT TO COURT'S DECEMBER 22, 2020 ORDER**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email:  hscooper@ucdavis.edu
           ccwhite@ucdavis.edu
           dofelt@ucdavis.edu
           jmulligan@ucdavis.edu
           mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
           ndesai@youthlaw.org
           pjuneja@youthlaw.org
           fpitts@youthlaw.org
           mwroe@youthlaw.org
           madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
           cadams@youthlaw.org

| | |
|---|---|
| 1 | COOLEY LLP |
| | SUMMER J. WYNN (240005) |
| 2 | MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| | REBECCA L. TARNEJA (293461) |
| 3 | ALEXANDRA R. MAYHUGH (300446) |
| | JAYME B. STATEN (317034) |
| 4 | 1333 2nd Street, Suite 400 |
| | Santa Monica, CA  90401 |
| 5 | Telephone:  (310) 883-6400 |
| | Facsimile:   (310) 883-6500 |
| 6 | Email:  swynn@cooley.com |
| | mmcmahon@cooley.com |
| 7 | rtarneja@cooley.com |
| | amayhugh@cooley.com |
| 8 | jstaten@cooley.com |
| 9 | *Attorneys for Plaintiffs* |

# JOINT SUPPLEMENTAL SUBMISSION

On December 22, 2020, this Court issued its Order Re Supplemental Submissions, Pretrial Dates and Deadlines, and Joint Status Report requiring the Parties to jointly submit: (1) the current version of the form Notice of Placement ("NOP") given to children stepped-up to more restrictive placements, to be filed publicly; and (2) a representative example of a completed NOP issued within the last year for minors in ORR custody in juvenile detention facilities and residential treatment centers, to be filed under seal. (ECF No. 320.)

Defendants have identified and the Parties now jointly submit the current version of the NOP (revised 10/26/2018) attached as **Exhibit 1**. This form is the same version submitted as Exhibit 2 at pages 123–24 to Plaintiffs' Motion for Partial Summary Judgment. (ECF No. 271-1.) There is no new form in use.

The parties now also jointly submit exemplar NOPs issued within the last year to two children who were stepped-up to Shenandoah Valley Juvenile Center, a secure placement, and four children who were stepped-up to Residential Treatment Centers. These exemplars are attached as **Exhibit 2** and are filed under seal pursuant to this Court's order. (*See* ECF No. 320.)

| | | |
|---|---|---|
| 1 | Dated:  January 8, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Summer J. Wynn* |
| | | Summer J. Wynn (240005) |
| 4 | | Attorneys for Plaintiffs |
| | | Email:  swynn@cooley.com |
| 5 | | |
| 6 | | JEFFREY BOSSERT CLARK |
| | | Acting Assistant Attorney General |
| 7 | | Civil Division |
| | | ERNESTO MOLINA |
| 8 | | Deputy Director |
| | | BENJAMIN MARK MOSS |
| 9 | | W. DANIEL SHIEH |
| | | Senior Litigation Counsel |
| 10 | | JONATHAN K. ROSS |
| | | ANTHONY J. MESSURI |
| 11 | | NANCY CANTER |
| | | Trial Attorneys |
| 12 | | Office of Immigration Litigation |
| | | Civil Division, U.S. Department of Justice |
| 13 | | |
| 14 | | By: */s/ Ernesto Molina* |
| | | Ernesto Molina |
| 15 | | Deputy Director |
| | | United States Department of Justice |
| 16 | | Attorneys for Official-Capacity |
| | | Defendants |
| 17 | | Email:  Ernesto.H.Molina@usdoj.gov |
| 18 | | |

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  January 8, 2021          COOLEY LLP

By:  */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email:  swynn@cooley.com