# Exhibit 2

**FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED DECEMBER 22, 2020**

Exhibit 2
Page 4