1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEX AZAR, et al.,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**[Proposed] Order re Plaintiffs' Application for Leave to File Under Seal Exhibits in Support of Their Supplemental Submission**<br><br>Complaint Filed: June 29, 2018 |

Having read and considered (1) Application for Leave to File Under Seal Exhibits in Support of Supplemental Submission (the "Application"); (2) the Declaration of Michael J. McMahon; (3) any papers filed by Defendants in response to the Application; and (4) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court rules as follows:

### Documents Plaintiffs Seek to Seal

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 205 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00159749–GOV-00159751. | Entirely under seal | |
| 206 | A true and correct copy of excerpts of the family of documents produced by Defendants, bearing Bates range GOV-00157083–GOV-00157085; GOV-00157088–GOV-00157090; GOV-00157093–GOV-00157098; GOV-00157101–GOV-157104; GOV-00157107–GOV-157107; GOV-00157111–GOV-00157112; GOV-00157115–GOV-00157126. | Entirely under seal | |
| 207 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00159489–GOV-00159527. | Entirely under seal | |
| 208 | A true and correct copy of the document produced by Defendants, bearing Bates number GOV-00021715. | Red highlighted portions | |
| 209 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00021936–GOV-00021937. | Red highlighted portions | |
| 211 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV- | Entirely under seal | |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
|  | 00241631–GOV-00241661. |  |  |
| 212 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00241783–GOV-00241784; GOV-00241787–GOV-00241788; GOV-00241793–GOV-00241794; GOV-00241797–GOV-00241798; GOV-00241801–GOV-00241802. | Entirely under seal |  |

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
Hon. Dolly M. Gee
United States District Court Judge