| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS |
| | & CONSTITUTIONAL LAW |
| 2 | CARLOS R. HOLGUIN (90754) |
| | 256 South Occidental Boulevard |
| 3 | Los Angeles, CA 90057 |
| | Telephone: (213) 388-8693 |
| 4 | Email: crholguin@centerforhumanrights.email |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following pages* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **DECLARATION OF ALEXANDRA R. MAYHUGH IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL SUBMISSION** |
| v. | |
| ALEX AZAR, et al., | Date: Dec. 11, 2020 |
| Defendants. | Time: 3:00 p.m. |
| | Place: Courtroom 8C, 8th Floor |
| | Complaint Filed: June 29, 2018 |
| | Judge: Hon. Dolly M. Gee |

1  HOLLY S. COOPER (197626)
   Co-Director, Immigration Law Clinic
2  CARTER C. WHITE (164149)
   Director, Civil Rights Clinic
3  DAISY O. FELT (307958)
   JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
4  MONICA J. JULIAN (265075)
   University of California Davis School of Law
5  One Shields Ave. TB 30
   Davis, CA 95616
6  Telephone: (530) 754-4833
   Email: hscooper@ucdavis.edu
7         ccwhite@ucdavis.edu
          dofelt@ucdavis.edu
8         jmulligan@ucdavis.edu
          mjulian@ucdavis.edu
9
   NATIONAL CENTER FOR YOUTH LAW
10 LEECIA WELCH (208741)
   NEHA DESAI (CAL. RLSA NO. 803161)
11 POONAM JUNEJA (300848)
   FREYA PITTS (295878)
12 MISHAN WROE (299296)
   MELISSA ADAMSON (319201)
13 1212 Broadway, Suite 600
   Oakland, CA 94612
14 Telephone: (510) 835-8098
   Email:  lwelch@youthlaw.org
15         ndesai@youthlaw.org
           pjuneja@youthlaw.org
16         fpitts@youthlaw.org
           mwroe@youthlaw.org
17         madamson@youthlaw.org

18 NATIONAL CENTER FOR YOUTH LAW
   BRENDA SHUM *(ADMITTED PRO HAC VICE)*
19 CRYSTAL ADAMS (308638)
   1313 L St. NW, Suite 130
20 Washington, DC 20005
   Telephone: (202) 868-4785
21 Email:  bshum@youthlaw.org
           cadams@youthlaw.org

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | SUMMER J. WYNN (240005)<br>MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 3 | REBECCA L. TARNEJA (293461)<br>ALEXANDRA R. MAYHUGH (300446) |
| 4 | JAYME B. STATEN (317034)<br>1333 2nd Street, Suite 400 |
| 5 | Santa Monica, CA  90401<br>Telephone: (310) 883-6400 |
| 6 | Facsimile:  (310) 883-6500<br>Email:  swynn@cooley.com |
| 7 | mmcmahon@cooley.com<br>rtarneja@cooley.com |
| 8 | amayhugh@cooley.com<br>jstaten@cooley.com |
| 9 | *Attorneys for Plaintiff* |

I, Alexandra R. Mayhugh, hereby declare:

1. I am an attorney licensed to practice law before the Courts of the State of California. I am an associate with the law firm Cooley LLP, counsel of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Supplemental Submission. I declare that the following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2. Attached hereto as **Exhibit 204** is a true and correct copy of the hearing transcript on the Parties' cross-motions for summary judgment, held on December 22, 2020.

3. Attached hereto as **Exhibit 205** is a true and correct copy of the document produced by Defendants at Bates GOV00159749–GOV-00159751.

4. Attached hereto as **Exhibit 206** is a true and correct copy of the document produced by Defendants at Bates GOV-00157083–GOV-00157085; GOV-00157088–GOV-00157090; GOV-00157093–GOV-00157098; GOV-00157101–GOV-157104; GOV-00157107–GOV-157107; GOV-00157111–GOV-00157112; and GOV-00157115–GOV-00157126.

5. Attached hereto as **Exhibit 207** is a true and correct copy of the document produced by Defendants at Bates GOV-00159489–GOV-00159527.

6. Attached hereto as **Exhibit 208** is a true and correct copy of the document produced by Defendants at Bates GOV-00021715.

7. Attached hereto as **Exhibit 209** is a true and correct copy of the document produced by Defendants at Bates GOV-00021936–GOV-00021937.

8. Attached hereto as **Exhibit 210** is a true and correct copy of excerpts of the Deposition Transcript of Carina Contreras, taken on January 23, 2020

9. Attached hereto as **Exhibit 211** is a true and correct copy of the document produced by Defendants at Bates GOV-00241631–GOV-00241661.

10. Attached hereto as **Exhibit 212** is a true and correct copy of the document

Cooley LLP
Attorneys At Law
Los Angeles

1

Mayhugh Decl. iso Supp. Submission
Case No. 2:18-cv-05741 DMG PLA

produced by Defendants at Bates GOV-00241783–GOV-00241784; GOV-00241787–GOV-00241788; GOV-00241793–GOV-00241794; GOV-00241797–GOV-00241798; GOV-00241801–GOV-00241802.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2021, in Santa Monica, CA.

_____
Alexandra R. Mayhugh