# Exhibit 205

## ENTIRE DOCUMENT SUBMITTED UNDER SEAL

Exhibit 205
Page 60