# Exhibit 206

**ENTIRE DOCUMENT SUBMITTED UNDER SEAL**

Exhibit 206
Page 64