# Exhibit 207

**ENTIRE DOCUMENT SUBMITTED UNDER SEAL**

Exhibit 207
Page 97