# Exhibit 209

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Exhibit 209
Page 139

| | |
|---|---|
| From: | **REDACTED** (ACF) (CTR) |
| Sent: | Monday, March 4, 2019 5:03:25 PM |
| To: | Heath, Yesenia (ACF) |
| CC: | Fink, David (ACF); Ray, Faith (ACF); Thomas, Debra (ACF); Biswas, Toby R M (ACF); Miranda-Maese, Aurora (ACF) (CTR) |
| Subject: | March NOP Compliance Review: Friends of Youth Matsen |
| Attachments: | March 2019 Compliance Review FOY Matsen.xlsx |

Hi All,
Please also see the compliance report for March for Friends of Youth Matsen.

Based on documents uploaded to UAC Portal, 1 out of 5 cases were non-compliant.

REDACTED applies.

Thank you,

**REDACTED**

Policy Analyst
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures
**REDACTED**
**REDACTED**

---

From: **REDACTED** (ACF) (CTR)
Sent: Monday, March 4, 2019 4:26 PM
To: Heath, Yesenia (ACF) <Yesenia.Heath@ACF.hhs.gov>
Cc: Fink, David (ACF) <David.Fink@acf.hhs.gov>; Ray, Faith (ACF) <Faith.Ray@acf.hhs.gov>; Thomas, Debra (ACF) <Debra.LaGrow@acf.hhs.gov>; Biswas, Toby R M (ACF) <Toby.Biswas@ACF.hhs.gov>; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>
Subject: March February NOP Compliance Review: Friends of Youth McEachern

<< File: March 2019 Compliance Review FOY McEachern.xlsx >>
Hi All,

I have completed the monthly review for FOY McEachern for the month of February.

Based on documents uploaded to UAC Portal, 3 out of 8 cases were non-compliant. There were no discharges from FOY McEachern in March.

As a reminder, all minors in ORR custody in Staff Secure and RTC facilities must have a monthly Notice of Placement for why they are in a Staff Secure or RTC facility. This NOP must be conducted in a language of the minor's preference, and the written form must be completed in the minor's preferred language as well. In the event that the minor's preferred language is not available via ORR standard form, Staff Secure and RTC personnel may use an interpreter, but this must be noted on the NOP form. *When the NOP form is completed it must be uploaded to the UAC Portal in order for each facility to stay compliant with the Court's July 30 Flores motion order.* Even if a child may be discharged from a Staff Secure or RTC facility, these policies and procedures must be followed until discharge.

Exhibit 209
Page 140

Confidential - Subject to Protective Order

GOV-00021936

Thank you,

**REDACTED**

**Policy Analyst**
U.S. Department of Health and Human Services
Administration for Children and Families
Office of Refugee Resettlement
Office of the Director – Division of Policy and Procedures
**REDACTED**

**REDACTED**

Confidential - Subject to Protective Order

**Exhibit 209**
**Page 141**
GOV-00021937