# Exhibit 211

**ENTIRE DOCUMENT SUBMITTED UNDER SEAL**

Exhibit 211
Page 149