# Exhibit 212

**ENTIRE DOCUMENT SUBMITTED UNDER SEAL**

Exhibit 212
Page 181