CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>ALEX AZAR, et al., <br><br>　　　　Defendants. | Case No.  2:18-CV-05741 DMG PLA <br><br>**PLAINTIFFS' NOTICE OF ERRATA RE ECF NO. 327** <br><br>Complaint Filed: June 29, 2018 <br>Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email:  hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        dofelt@ucdavis.edu
        jmulligan@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
       cadams@youthlaw.org

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | SUMMER J. WYNN (240005)<br>MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 3 | REBECCA L. TARNEJA (293461)<br>ALEXANDRA R. MAYHUGH (300446) |
| 4 | JAYME B. STATEN (317034)<br>1333 2nd Street, Suite 400 |
| 5 | Santa Monica, CA 90401<br>Telephone: (310) 883-6400 |
| 6 | Facsimile: (310) 883-6500<br>Email: swynn@cooley.com |
| 7 | mmcmahon@cooley.com<br>rtarneja@cooley.com |
| 8 | amayhugh@cooley.com<br>jstaten@cooley.com |
| 9 | *Attorneys for Plaintiffs* |

# NOTICE OF ERRATA

Plaintiffs respectfully submit this errata to their Supplemental Submission Regarding Erroneous Step-Ups Pursuant to the Court's December 22, 2020 Order (ECF No. 327). This errata is being filed to correct an inadvertent clerical error, where the main document was duplicative of the supporting document. The corrected document will be filed concurrently. Plaintiffs respectfully request that ECF No. 327 to be stricken from the docket.

Dated:  January 8, 2021              COOLEY LLP

                                     By: */s/ Summer J. Wynn*
                                         Summer J. Wynn (240005)
                                         Attorneys for Plaintiffs
                                         Email:  swynn@cooley.com