CENTER FOR HUMAN RIGHTS
& CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **DECLARATION OF ALEXANDRA R. MAYHUGH IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL SUBMISSION** <br><br> Date: Dec. 11, 2020 <br> Time: 3:00 p.m. <br> Place: Courtroom 8C, 8th Floor <br><br> Complaint Filed: June 29, 2018 <br> Judge: Hon. Dolly M. Gee |

```
1    HOLLY S. COOPER (197626)
     Co-Director, Immigration Law Clinic
2    CARTER C. WHITE (164149)
     Director, Civil Rights Clinic
3    DAISY O. FELT (307958)
     JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
4    MONICA J. JULIAN (265075)
     University of California Davis School of Law
5    One Shields Ave. TB 30
     Davis, CA 95616
6    Telephone: (530) 754-4833
     Email: hscooper@ucdavis.edu
7           ccwhite@ucdavis.edu
            dofelt@ucdavis.edu
8           jmulligan@ucdavis.edu
            mjulian@ucdavis.edu
9
     NATIONAL CENTER FOR YOUTH LAW
10   LEECIA WELCH (208741)
     NEHA DESAI (CAL. RLSA NO. 803161)
11   POONAM JUNEJA (300848)
     FREYA PITTS (295878)
12   MISHAN WROE (299296)
     MELISSA ADAMSON (319201)
13   1212 Broadway, Suite 600
     Oakland, CA 94612
14   Telephone: (510) 835-8098
     Email:  lwelch@youthlaw.org
15           ndesai@youthlaw.org
             pjuneja@youthlaw.org
16           fpitts@youthlaw.org
             mwroe@youthlaw.org
17           madamson@youthlaw.org

18   NATIONAL CENTER FOR YOUTH LAW
     BRENDA SHUM (ADMITTED PRO HAC VICE)
19   CRYSTAL ADAMS (308638)
     1313 L St. NW, Suite 130
20   Washington, DC 20005
     Telephone: (202) 868-4785
21   Email:  bshum@youthlaw.org
             cadams@youthlaw.org
22
23
24
25
26
27
28
```

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiff*

I, Alexandra R. Mayhugh, hereby declare:

1. I am an attorney licensed to practice law before the Courts of the State of California. I am an associate with the law firm Cooley LLP, counsel of record for Plaintiffs. I submit this declaration in support of Plaintiffs' Supplemental Submission. I declare that the following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2. Attached hereto as **Exhibit 204** is a true and correct copy of the hearing transcript on the Parties' cross-motions for summary judgment, held on December 22, 2020.

3. Attached hereto as **Exhibit 205** is a true and correct copy of the document produced by Defendants at Bates GOV00159749–GOV-00159751.

4. Attached hereto as **Exhibit 206** is a true and correct copy of the document produced by Defendants at Bates GOV-00157083–GOV-00157085; GOV-00157088–GOV-00157090; GOV-00157093–GOV-00157098; GOV-00157101–GOV-157104; GOV-00157107–GOV-157107; GOV-00157111–GOV-00157112; and GOV-00157115–GOV-00157126.

5. Attached hereto as **Exhibit 207** is a true and correct copy of the document produced by Defendants at Bates GOV-00159489–GOV-00159527.

6. Attached hereto as **Exhibit 208** is a true and correct copy of the document produced by Defendants at Bates GOV-00021715.

7. Attached hereto as **Exhibit 209** is a true and correct copy of the document produced by Defendants at Bates GOV-00021936–GOV-00021937.

8. Attached hereto as **Exhibit 210** is a true and correct copy of excerpts of the Deposition Transcript of Carina Contreras, taken on January 23, 2020

9. Attached hereto as **Exhibit 211** is a true and correct copy of the document produced by Defendants at Bates GOV-00241631–GOV-00241661.

10. Attached hereto as **Exhibit 212** is a true and correct copy of the document

1  produced by Defendants at Bates GOV-00241783–GOV-00241784; GOV-00241787–GOV-00241788; GOV-00241793–GOV-00241794; GOV-00241797–GOV-00241798; GOV-00241801–GOV-00241802.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 8, 2021, in Santa Monica, CA.

*[signature]*
Alexandra R. Mayhugh