# Exhibit 210

Exhibit 210
Page 142

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

------------------------------------

LUCAS R., et al.,

        Plaintiffs,

  -vs-           Case No.:   2:18-CV-05741 DMG PLA

ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al.,

        Defendants.

------------------------------------

Deposition of CARINA CONTRERAS

Harrisonburg, Virginia

Thursday, January 23, 2020

8:58 a.m.

Reported by:  Valarie L. S. May

Job No: 175374

1   correspondence.

2        Q    Okay.  And in the email chain above the
3   email that I'm referring to, Vanessa's signature shows
4   that she's a case coordinator with GDIT; correct?

5        A    Correct.

6        Q    In the last sentence of the big middle
7   paragraph of Lupe's email, Lupe asks Patty and Vanessa
8   to refer the transfer request to their assigned secure
9   programs; correct?

10       A    Yes.

11       Q    Now please look at the bottom of the prior
12  page, which is stamped in the right-hand -- bottom
13  right-hand corner with the last digits 095.

14            And looking at the bottom of that page,
15  there is an email dated July 11, 2019, from Jose
16  Castaneda.  Do you see that email?

17       A    Yes.

18       Q    And Jose's signature shows that he is a
19  lead case manager at Yolo juvenile detention facility;
20  correct?

21       A    Can you tell me where you see that?

22       Q    Let me see.

23            MR. EVERARD:  It's on the opposite side of
24  the page, the same page.

25       A    Correct.

1    BY MS. ADAMS:

2        Q    Okay.  Great.  And Yolo used to be another

3    secure facility in ORR's network; correct?

4        A    Correct.

5        Q    So Jose's email is addressed to Vanessa

6    Jimenez, the case coordinator.  And in the first

7    sentence of the big middle paragraph of that email,

8    Mr. Castaneda states, in part, "this youth would

9    benefit from a lateral transfer to another staff

10   secure placement rather than secure"; is that correct?

11       A    Correct.

12       Q    And Mr. Castaneda cites ORR policy 1.2.4

13   in his explanation of Yolo's decision not to accept

14   the youth; correct?

15       A    I don't know the exact policy, but it

16   appears that he did quote that.

17       Q    Okay.  Thank you.

18            In the third sentence of that paragraph,

19   Mr. Castaneda also notes that the youth "is very young

20   and displays childlike and immature behaviors."

21            Do you see that?

22       A    Yes.

23       Q    And Mr. Castaneda also states that the

24   youth would be "vulnerable in a more sophisticated

25   environment such as a secure program"; correct?

Page 106

 1      A    Yes.
 2      Q    And as Kelsey confirmed in her email to
 3   you on the first page of this document, which was
 4   stamped at the bottom right-hand corner with the last
 5   digits 091, that this youth was accepted at
 6   Shenandoah; correct?
 7      A    Correct.
 8      Q    How often does Shenandoah accept a
 9   placement that Yolo rejects?
10      A    I'm not sure how often, but I recall
11   previously discussing other cases where Yolo was
12   concerned and we also had concerns.  So I can't really
13   say how often that happens.
14      Q    Has that happened more than once?
15      A    What has happened?
16      Q    Has Shenandoah accepted a youth that Yolo
17   decided to reject more than once?
18      A    I can recall it's happened more than once.
19      Q    Okay.  Do you know if that has happened
20   more than five times?
21      A    In the almost seven years, I'm sure it
22   has.
23      Q    Okay.  What about more than 20 times?
24      A    I don't recall.
25      Q    Okay.  Why would Shenandoah decide to

Page 242

1  COMMONWEALTH OF VIRGINIA AT LARGE, to wit:

2       I, Valarie Lee Schmit May,

3  Notary Public for the Commonwealth of Virginia at

4  Large, whose commission expires June 30, 2020, do

5  certify that the aforementioned appeared before me,

6  was sworn by me, and was thereupon examined by

7  counsel; and that the foregoing is a true, correct,

8  and full transcript of the testimony adduced.

9       I further certify that I am neither related

10 to nor otherwise associated with any counsel or

11 party to this proceeding, nor otherwise interested in

12 the event thereof.

13      IN WITNESS WHEREOF, I have hereunto set my

14 hand and affixed my notarial seal this 5th day of

15 February 2020.

16

17

18

19   _____*Valarie May*_____

20    Valarie Lee Schmit May, Notary Public, #242129

21        Commonwealth of Virginia at Large

22

23

24

25

Page 243

1             ACKNOWLEDGMENT OF DEPONENT

2         I, CARINA CONTRERAS, do hereby acknowledge

3    that I have read and examined the foregoing testimony,

4    and the same is a true, correct and complete

5    transcription of the testimony given by me and any

6    corrections appear on the attached errata sheet signed

7    by me.

8

9    _____         _____

10      (DATE)                          (SIGNATURE)

11

12       COMMONWEALTH OF VIRGINIA at Large, to wit:

13       I hereby certify that the above-named individual

14   appeared before me this _____ day of _____,

15   _____, and executed the above certificate in my

16   presence.

17

18                               _____

19                               NOTARY PUBLIC IN AND FOR

20                               THE COMMONWEALTH OF VIRGINIA

21

22   My Commission Expires:

23   _____

24

25