| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS |
| 2 | & CONSTITUTIONAL LAW<br>CARLOS R. HOLGUIN (90754) |
| 3 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 4 | Telephone: (213) 388-8693<br>Email: crholguin@centerforhumanrights.email |
| 5 | *Attorneys for Plaintiffs* |
| 6 | *Additional counsel listed on following pages* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN

| | |
|---|---|
| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| ALEX AZAR, SECRETARY OF U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |
| Defendants. | |

| | |
|---|---|
| 1 | HOLLY S. COOPER (197626) |
|   | Co-Director, Immigration Law Clinic |
| 2 | CARTER C. WHITE (164149) |
|   | Director, Civil Rights Clinic |
| 3 | DAISY O. FELT (307958) |
|   | JONATHAN P. MULLIGAN (CAL RLSA NO. 803383) |
| 4 | MONICA J. JULIAN (265075) |
|   | University of California Davis School of Law |
| 5 | One Shields Ave. TB 30 |
|   | Davis, CA 95616 |
| 6 | Telephone: (530) 754-4833 |
|   | Email: hscooper@ucdavis.edu |
| 7 | ccwhite@ucdavis.edu |
|   | dofelt@ucdavis.edu |
| 8 | jmulligan@ucdavis.edu |
|   | mjulian@ucdavis.edu |
| 9 | |
| 10 | NATIONAL CENTER FOR YOUTH LAW |
|   | LEECIA WELCH (208741) |
| 11 | NEHA DESAI (CAL. RLSA NO. 803161) |
|   | POONAM JUNEJA (300848) |
| 12 | FREYA PITTS (295878) |
|   | MISHAN WROE (299296) |
| 13 | MELISSA ADAMSON (319201) |
|   | 1212 Broadway, Suite 600 |
| 14 | Oakland, CA 94612 |
|   | Telephone: (510) 835-8098 |
| 15 | Email: lwelch@youthlaw.org |
|   | ndesai@youthlaw.org |
| 16 | pjuneja@youthlaw.org |
|   | fpitts@youthlaw.org |
| 17 | mwroe@youthlaw.org |
|   | madamson@youthlaw.org |
| 18 | NATIONAL CENTER FOR YOUTH LAW |
|   | BRENDA SHUM *(ADMITTED PRO HAC VICE)* |
| 19 | CRYSTAL ADAMS (308638) |
|   | 1313 L St. NW, Suite 130 |
| 20 | Washington, DC 20005 |
|   | Telephone: (202) 868-4785 |
| 21 | Email: bshum@youthlaw.org |
|   | cadams@youthlaw.org |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

PROOF OF SERVICE
CASE NO. 2:18-CV-05741 DMG PLA

```
 1  COOLEY LLP
    SUMMER J. WYNN (240005)
 2  MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
    REBECCA L. TARNEJA (293461)
 3  ALEXANDRA R. MAYHUGH (300446)
    JAYME B. STATEN (317034)
 4  1333 2nd Street, Suite 400
    Santa Monica, CA  90401
 5  Telephone: (310) 883-6400
    Facsimile:  (310) 883-6500
 6  Email:  swynn@cooley.com
            mmcmahon@cooley.com
 7          rtarneja@cooley.com
            amayhugh@cooley.com
 8          jstaten@cooley.com
 9  Attorneys for Plaintiff
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                     PROOF OF SERVICE
                                            CASE NO. 2:18-CV-05741 DMG PLA
```

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in Los Angeles County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 1333 2nd Street, Suite 400, Santa Monica, California 90401. On the date set forth below I served the documents described below in the manner described below:

- **UNDER SEAL EXHIBIT 2 TO JOINT SUPPLEMENTAL SUBMISSION RE NOTICE OF PLACEMENT FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED DECEMBER 22, 2020**
- **CONDITIONALLY FILED UNDER SEAL EXHIBITS 205–209 AND EXHIBITS 211–212 TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION**

[X] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

JEFFREY B. CLARK                                         Attorneys for Defendants
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS

Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
    andrew.insenga@usdoj.gov
    Anthony.Messuri@usdoj.gov
    benjamin.m.moss2@usdoj.gov
    Daniel.Shieh@usdoj.gov
    david.pinchas@usdoj.gov
    ernesto.h.molina@usdoj.gov
    jeffrey.robins@usdoj.gov
    jonathan.k.ross@usdoj.gov
    michael.heyse@usdoj.gov
    nancy.k.canter@usdoj.gov
    russell.verby@usdoj.gov
    scott.g.stewart@usdoj.gov
    sherry.soanes@usdoj.gov
    steven.stassi@usdoj.gov
    yamileth.g.davila@usdoj.gov

Executed on January 8, 2021, at Los Angeles, California.

_____
Jeremy Ra