# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV18-05741-DMG (PLAx) | Date | January 11, 2021 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin<br>Neha Desai<br>Holly S. Cooper<br>Summer Wynn<br>Leecia Welch<br>Michael McMahon<br>Freya Pitts<br>Daisy Felt | Benjamin Mark Moss<br>Ernesto Molina<br>Nancy Canter<br>Christopher Bates |

**Proceedings:**      **SETTLEMENT CONFERENCE**

A Settlement Conference in this matter was held on January 11, 2021. Carlos Holguin, Neha Desai, Holly S. Cooper, Summer Wynn, Leecia Welch, Michael McMahon, Freya Pitts, and Daisy Felt, counsel for plaintiffs, appeared on behalf of all plaintiffs. Benjamin Moss, Ernesto Molina, Nancy Canter and Christopher Bates, counsel for defendants, appeared with Jonathan D. Wall and Judith Haron, counsel for Department of Health and Human Services. Toby R.M. Biswas and Lynne DeSarbo, Client Representatives for the Department of Human and Health Services, also appeared.

Court and counsel engaged in settlement discussions off the record. The parties did not reach a settlement, but further settlement discussions are anticipated. The court will hold a follow-up telephonic conference on **January 28, 2021 at 10:00 a.m.**

|  | 5.5 |
|---|---|
| Initials of Deputy Clerk | kc |