JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

Counsel for Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' JANUARY 8, 2021 SUPPLEMENTAL FILING**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Honorable Dolly M. Gee<br>United States District Judge |

1    The Court's December 22, 2020 order instructed Plaintiffs to file "a
2    supplemental submission describing any incidents where a stepped-up minor was
3    incorrectly found to be a danger to self or others that occurred after the Court's
4    Order in *Flores v. Sessions*, No. CV 85-4544-DMG (AGRx), 2018 WL 10162328
5    (C.D. Cal. July 30, 2018)."  (ECF 320; deadline amended by ECF 322.)  On
6    January 8, 2021, Plaintiffs made their supplemental filing, consisting of 8 pages,
7    accompanied by 96 pages of exhibits (excluding the transcript of the hearing held
8    on December 22, 2020).  (ECF 329.)

9    The Court's order concerning Plaintiffs' supplemental filing did not address
10   whether Defendants would be permitted to file a response; however, Defendants
11   respectfully request the opportunity to respond.  Plaintiffs have declined to
12   stipulate to permitting Defendants to respond and, on January 11, 2021,
13   Defendants sought Plaintiffs' position on this *ex parte* application seeking the
14   Court's leave to file a response.  By email, counsel for Plaintiffs indicated that
15   "Plaintiffs do not take a position with respect to the Defendants' intended ex parte
16   application." *See* Declaration of Ernesto H. Molina, Jr., attached.

17   Fairness supports granting Defendants the opportunity to respond before this
18   Court adjudicates the summary judgment motions.  *See, e.g.*, *Granny Goose Foods,*
19   *Inc. v. Brotherhood of Teamsters & Auto Truck Drivers Local No. 70 of Alameda*
20   *County, et al.*, 415 U.S. 423, 439 (1974) ("our entire jurisprudence runs counter to
21   the notion of court action taken before reasonable notice and an opportunity to be
22   heard has been granted both sides of a dispute"); *see also* Fed. R. Civ. P. 56(e)
23   (Court may "give an opportunity to . . . address the fact" raised by the adverse
24   party).  Without the opportunity to respond to Plaintiffs' evidence and arguments
25   first raised in Plaintiffs' supplemental filing, Defendants would suffer prejudice,
26   especially if the Court were to grant summary judgment for Plaintiffs, in whole or
27   in part, on the basis of evidence and arguments presented in Plaintiffs'
28   supplemental filing.  Indeed, Defendants should be given the opportunity to review

Plaintiffs' supplemental filing, examine the arguments and evidence presented therein, and to respond to Plaintiffs' assertion that said evidence represents instances in which a minor was "incorrectly found to be a danger to self or others" post-dating the Court's July 30, 2018 *Flores* order.

Defendants file this *ex parte* application seeking leave to respond to Plaintiffs' January 8, 2021 supplemental filing and ask that the Court grant Defendants until January 26, 2021 to file any such response.  *See* L.R. 7-19. Approximately 11 business days transpired between December 22, 2020, the date of the Court's order, and January 8, 2021, the date Plaintiffs filed their supplemental filing.   Defendants respectfully request a similar amount of time to adequately research the factual and legal issues and prepare a substantive response, if any.

## **<u>CONCLUSION</u>**

For these reasons, Defendants respectfully request that the Court grant Defendants' *ex parte* application and order that on or before January 26, 2021, Defendants may file a response to Plaintiffs' January 8, 2021 supplemental filing.

///
///
///

Defendants' Ex Parte Application for Leave to File Response

1
2
3          Respectfully submitted,
4
5          JEFFREY BOSSERT CLARK
           Acting Assistant Attorney General
6
7           */s/ Ernesto H. Molina, Jr.*
           ERNESTO H. MOLINA, JR. (181304)
8          Deputy Director
9
           CHRISTOPHER A. BATES
10         Senior Counsel to the
11         Assistant Attorney General
12         W. DANIEL SHIEH
13         BENJAMIN MARK MOSS
           Senior Litigation Counsel
14
15         NANCY K. CANTER
16         JONATHAN K. ROSS
           ANTHONY J. MESSURI
17         Trial Attorneys
18         Office of Immigration Litigation
           United States Department of Justice
19         P.O. Box 878
20         Ben Franklin Station
           Washington, D.C. 20044
21         Telephone: (202) 305-9802
22         Email: Daniel.Shieh@usdoj.gov
23
           Counsel for Defendants
24
25
26
27
28

Defendants' Ex Parte Application for Leave to File Response

## STATEMENT OF IDENTITY OF OPPOSING COUNSEL

Under L.R. 7-19, contact information for Plaintiffs' counsel is as follows:

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
BRENDA SHUM
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org
        bshum@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

Respectfully submitted,

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Office of Immigration Litigation
United States Department of Justice

///

///

///

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 12, 2021, I electronically transmitted the forgoing document to the Clerk for the United States District Court for the Central District of California using the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

Respectfully submitted,

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Office of Immigration Litigation
United States Department of Justice

Defendants' Ex Parte Application for Leave to File Response