JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Daniel.Shieh@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar, <br> Secretary of U.S. Dep't of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No.: 18-cv-05741-DMG-PLA <br><br> **DECLARATION OF ERNESTO H. MOLINA, JR. IN SUPPORT OF DEFENDANTS' *EX PARTE* APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' JANUARY 8, 2021 SUPPLEMENTAL FILING** <br><br> Honorable Dolly M. Gee <br> United States District Judge |

**DECLARATION OF ERNESTO H. MOLINA, JR., ESQ.**

I, Ernesto H. Molina, Jr., declare and state as follows:

1.      I am an attorney in good standing and authorized to practice before this Court and a Deputy Director at the United States Department of Justice, Civil Division, Office of Immigration Litigation, Appellate Section.  I am a member of the State Bar of California.  I am counsel of record for Defendants Alex M. Azar, Secretary of the United States Department of Health and Human Services, et al. I make this Declaration in support of Defendants' *Ex Parte* Application for Leave to File Response to Plaintiffs' January 8, 2021 Supplemental Filing.  I have personal knowledge of the following facts and if called upon to testify, would do so competently as follows.  Because I submit this Declaration for a limited purpose, it does not contain all information I know about the above-captioned matter.

2.      On December 30, 2020, I contacted Plaintiffs' counsel to solicit their position on filing a joint stipulation requesting that Defendants be given the opportunity to respond to Plaintiffs' supplemental filing.  Plaintiffs' counsel, Summer Wynn, opposed the request.

3.      On January 11, 2021, I contacted Plaintiffs' counsel to advise them of the substance of Defendants' anticipated *ex parte* application, and to solicit Plaintiffs' position and inquire whether Plaintiffs intend to file a response to Defendants' *ex parte* application.

4.      On January 11, 2021, Plaintiffs' counsel, Summer Wynn, responded to my inquiry, stating that "Plaintiffs do not take a position with respect to the Defendants' intended ex parte application."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed January 12, 2021, in Washington, D.C

1

Declaration of Ernesto H. Molina, Jr. In Support Of
Defendants' Ex Parte Application for Leave to File Response

1

2        /s/ Ernesto H. Molina, Jr.
         ERNESTO H. MOLINA, JR. (181304)
3        Deputy Director
         Office of Immigration Litigation
4        United States Department of Justice

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Ernesto H. Molina, Jr. In Support Of
Defendants' Ex Parte Application for Leave to File Response