# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>   Defendants. | Case No.: 18-cv-05741-DMG-PLA<br><br>**[PROPOSED] ORDER ON DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' JANUARY 8, 2021 SUPPLEMENTAL FILING**<br><br>**HON. DOLLY M. GEE** |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for Leave to File Response to Plaintiffs' January 8, 2021 Supplemental Filing.

Good cause appearing therefore, the Court hereby GRANTS the application and ORDERS that on or before January 26, 2021, Defendants may file a response to Plaintiffs' January 8, 2021 supplemental filing.

**IT IS SO ORDERED.**

DATED: January __, 2021.

                                          _____
                                          THE HONORABLE DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE