UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br>        Plaintiffs, <br><br>    v. <br><br>ALEX AZAR, et al., <br><br>        Defendants. | Case No.: CV 18-5741-DMG (PLAx) <br><br>**ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF THEIR SUPPLEMENTAL SUBMISSION [325]** |

Having read and considered Plaintiffs' (1) Application for Leave to File Under Seal Exhibits in Support of Supplemental Submission (the "Application"); (2) the Declaration of Michael J. McMahon; and (3) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court **GRANTS** Plaintiffs' Application to seal the following exhibits:

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal |
|---|---|---|
| 205 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00159749–GOV-00159751. | Entirely under seal |
| 206 | A true and correct copy of excerpts of the family of documents produced by Defendants, bearing Bates range GOV-00157083–GOV-00157085; GOV-00157088–GOV-00157090; GOV-00157093–GOV-00157098; GOV-00157101–GOV-157104; GOV-00157107–GOV-157107; GOV-00157111–GOV-00157112; GOV-00157115–GOV-00157126. | Entirely under seal |
| 207 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00159489–GOV-00159527. | Entirely under seal |
| 208 | A true and correct copy of the document produced by Defendants, bearing Bates number GOV-00021715. | Red highlighted portions |
| 209 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV-00021936–GOV-00021937. | Red highlighted portions |
| 211 | A true and correct copy of the document produced by Defendants, bearing Bates range GOV- | Entirely under seal |

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal |
|---|---|---|
| | 00241631–GOV-00241661. | |
| 212 | A true and correct copy of an excerpt from the family of documents produced by Defendants, bearing Bates range GOV-00241783–GOV-00241784; GOV-00241787–GOV-00241788; GOV-00241793–GOV-00241794; GOV-00241797–GOV-00241798; GOV-00241801–GOV-00241802. | Entirely under seal |

**IT IS SO ORDERED.**

DATED: January 13, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE