|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| Lucas R., *et. al.*, | Case No.: CV 18-5741-DMG (PLAx) |
|---|---|
| *Plaintiffs*, | **ORDER RE DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' JANUARY 8, 2021 SUPPLEMENTAL FILING [332]** |
| v. | |
| Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, *et al*. | |
| *Defendants*. | |

THIS CAUSE comes before the Court upon Defendants' unopposed *Ex Parte* Application for Leave to File Response to Plaintiffs' January 8, 2021 Supplemental Filing. [Doc. # 332.] Defendants seek a deadline of January 26, 2021 for their response.

The Court notes that Defendants could and should have requested the opportunity to respond at an earlier date, including at the hearing held on December 22, 2020. Defendants thus have not shown entitlement to *ex parte* relief. *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995) ("[I]t must be established that the moving party is without fault in creating the crisis that requires ex parte relief, or that the crisis occurred as a result of excusable neglect."). But, because Plaintiffs do not oppose the Application, and in the interest of adjudicating this matter on the fullest record and arguments, the Court GRANTS in part the Application and ORDERS that on or before January 26, 2021, Defendants may file a response to Plaintiffs' January 8, 2021 supplemental filing.

**IT IS SO ORDERED.**

DATED: January 13, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE