BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7234
Nancy.K.Canter@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Lucas R., *et. al.*,

*Plaintiffs*,

v.

Alex M. Azar,
Secretary of U.S. Dep't of Health and Human Services, *et al*.

*Defendants*.

Case No.: 18-cv-05741-DMG-PLA

**APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS SUBMITTED IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' SUPPLEMENTAL SUBMISSION REGARDING ERRONEOUS STEP-UPS PURSUANT TO THE COURT'S DECEMBER 22, 2020 ORDER**

Honorable Dolly M. Gee
United States District Judge

1
Application for Leave to File Under Seal Documents Submitted in Support of Defendants' Response to Plaintiff's January 8, 2021 Supplemental Submission

Pursuant to Federal Rule of Civil Procedure 5.2(d), Local Rule 79-5, and the Court's Order granting leave to use pseudonyms (Dkt. No. 18), Defendants submit this Application seeking leave to file under seal certain documents in support of their Response to Plaintiff's Supplemental Submission regarding Erroneous Step-Ups Pursuant to the Court's December 22, 2020 Order. Pursuant to Local Rule 79-5.2.2(a), Defendants submit concurrently with this application redacted versions of Defendants' Exhibit DX-97, Exhibit 167 from the Deposition of Ms. Contreras (GOV-00067091 to -97). Defendants also submit concurrently with this application unredacted versions of Defendants' Exhibit DX-98, case file excerpts of minor children.[1]

**I. ARGUMENT**

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir. 2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons support sealing portions of Defendants' Exhibit DX-97 because it contains personal information regarding class members. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Given the sensitive nature of the information in these records, there is compelling reason to file

[1] On September 29, 2020, the parties agreed not to oppose the filing of ORR case files or portions thereof entirely under seal. On January 25, 2021, Plaintiffs requested (and Defendants agreed to) the redactions applied to DX-97.

them under seal in order to protect the privacy of the information identified in these records.

Further, Defendants seek to seal Defendants' Exhibit DX-98 in its entirety as this exhibit consists of case files, which contain detailed sensitive information that cannot be separated from other information therein.  Therefore, there is compelling reason to seal these materials to protect the privacy interests of class members and staff at ORR facilities.

## II.  CONCLUSION

For the reasons set forth above, Defendants respectfully requests leave to file portions of Defendants' Exhibit DX-97, Exhibit 167 from the Deposition of Ms. Contreras (GOV-00067091 to -97), and to file the entirety of Defendants' Exhibit DX-98, case file excerpts of minor children, under seal.

3

Application for Leave to File Under Seal Documents Submitted in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment

Dated January 26, 2021

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

ERNESTO H. MOLINA (181304)
Deputy Director

BENJAMIN MARK MOSS
Senior Litigation Counsel

_/s/ Nancy K. Canter_
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7234
Email: Nancy.K.Canter@usdoj.gov

*Counsel for Defendants*

4

Application for Leave to File Under Seal Documents Submitted in Support of Defendants' Reply in Support of Defendants' Motion for Summary Judgment