BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7234
Nancy.K.Canter@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alex M. Azar, <br> Secretary of U.S. Dep't of Health and <br> Human Services, *et al*. <br><br> *Defendants*. | Case No.: 18-cv-05741-DMG-PLA <br><br> **DEFENDANTS' NOTICE OF ERRATA RE ECF NO. 340** <br><br> Honorable Dolly M. Gee <br> United States District Judge <br><br> Complaint Filed: June 29, 2018 |

**NOTICE OF ERRATA**

Defendants respectfully submit this errata to Defendants' Application for Leave to File Under Seal Documents Submitted in Support of Defendants' Response to Plaintiffs' Supplemental Submission Regarding Erroneous Step-Ups Pursuant to the Court's December 22, 2020 Order (ECF No. 340). This errata is being filed to correct an inadvertent redaction error, where information that should have been redacted was left unredacted. The corrected document with the information properly redacted will be filed concurrently. Defendants respectfully request that ECF No. 340 be stricken from the docket.

Dated January 26, 2021                    Respectfully submitted,

                                          BRIAN BOYNTON
                                          Principal Deputy Assistant Attorney
                                          General

                                          ERNESTO H. MOLINA (181304)
                                          Deputy Director

                                          BENJAMIN MARK MOSS
                                          Senior Litigation Counsel

                                          */s/ Nancy K. Canter*
                                          NANCY K. CANTER (263198)
                                          JONATHAN K. ROSS
                                          ANTHONY J. MESSURI
                                          Trial Attorneys
                                          Office of Immigration Litigation
                                          United States Department of Justice
                                          P.O. Box 878
                                          Ben Franklin Station
                                          Washington, D.C. 20044
                                          Telephone: (202) 305-7234
                                          Email: Nancy.K.Canter@usdoj.gov

                                          *Counsel for Defendants*