# DX-97

# Redacted Version of Document Filed Under Seal

**From:** Kelsey Wong
**To:** Paul Cohen; Carina Contreras; Elisa Gallardo; Emily Twigg; Jessica Fedorko; Melissa Cook; Yessenia Leon; Krystal Goff
**Cc:** Tim Shoemaker; Kristopher Kuhn; Paul McCormick
**Subject:** NEW SECURE MALE: Angel Pineda Alvarado
**Date:** Tuesday, July 30, 2019 9:20:28 AM
**Attachments:** Addendum Document Request-A.I#-A.P.A-Clip.pdf

NEW SECURE MALE HAS BEEN ACCEPTED.

Thank you,

Kelsey Wong
Deputy Director of Programs
Shenandoah Valley Juvenile Center
Office: 540-886-0729 ext. 106

**From:** Wichterman, Lauren [mailto:Lauren.Wichterman@GDIT.com]
**Sent:** Monday, July 29, 2019 2:06 PM
**To:** Kelsey Wong <KWong@svjc.org>; Carina Contreras <CContreras@svjc.org>; Emily Twigg <ETwigg@svjc.org>; Melissa Cook <MCook@svjc.org>
**Subject:** [WARNING - ENCRYPTED ATTACHMENT NOT VIRUS SCANNED] FW: RE: Transfer Request: ███, A#XXX-XX███ Part 1 of 4

Hello team,

Here is some additional documentation for the minor who was released from the hospital, and is now back at the program.

I will be sending you two additional emails regarding this case, and this should be all documents.

Thanks!
Lauren

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Friday, July 26, 2019 2:24 PM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Cc:** Melendres, Patricia (NF) <Patricia.Melendres@GDIT.com>
**Subject:** RE: RE: Transfer Request: ███ A#XXX-X███ Part 1 of 4

Good afternoon Lauren,

Please find attached updated documents. The program confirmed that all documents provided to them by St. Mary's at the time of the minor's discharge are included in this attachment. The UC received three new SIRs yesterday evening, included in the attachment as well.

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A
**Sent:** Thursday, July 25, 2019 6:22 PM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Subject:** RE: RE: Transfer Request ███, A#XXX-XX███ Part 1 of 4

Hi Lauren,

I've sent a request to the program to confirm and provide any reports submitted after the minor's hospital discharge. To my knowledge he has not received any SIRs, but there is an updated UAC Case Review, psychiatric progress note, and potential internal incident reports. I will send once received.

Thank you!
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Wichterman, Lauren
**Sent:** Thursday, July 25, 2019 5:50 PM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Subject:** RE: RE: Transfer Request ███ A#XXX-X███ Part 1 of 4

Thanks, Lupe. I clarified this with the PD. She also just requested any recent reports from the program (since his return).

Thank you,
Lauren

---
Sent from Workspace ONE Boxer

On July 25, 2019 at 6:23:23 PM EDT, Perez, Guadalupe A <Guadalupe.Perez@GDIT.com> wrote:

Hi Lauren,

[EXHIBIT 167, Deponent Contreras, Date 1.23.20]

Yes, I had this question as well, but was able to confirm with the program this afternoon that this was the minor's discharge paperwork, along with the psychological evaluation. They do not have additional documentation from St. Mary's Hospital.

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Wichterman, Lauren
**Sent:** Thursday, July 25, 2019 5:07 PM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Cc:** Melendres, Patricia (NL) <Patricia.Melendres@GDIT.com>
**Subject:** RE: RE: Transfer Request ▇▇ A#XXX-XX▇▇ Part 1 of 4Melendres, Patricia (NL) <Patricia.Melendres@GDIT.com>

Hi Lupe,

I sent this document along to the program. Is this the discharge summary from the hospital? Or a separate after care visit summary? The program has requested the discharge summary from the hospital, and I was assuming this was it.

Could you let me know if this is it, or if there is an additional discharge summary from his hospitalization? Then I can clarify with them 😊

Thanks!
Lauren

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Monday, July 22, 2019 10:49 AM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Cc:** Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>
**Subject:** RE: RE: Transfer Request ▇▇ A#XXX-XX▇▇ Part 1 of 4Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>

Good morning Lauren,

Please find additional documents from the minor's recent hospitalization. Can you kindly forward to SVJC for their review and consideration?

Thank you so much for the support!

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A
**Sent:** Friday, July 19, 2019 10:40 AM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Subject:** RE: RE: Transfer Request ▇▇ A#XXX-XX▇▇ Part 1 of 4

Hello Lauren,

Please find attached psychological evaluation completed on the UC while hospitalized. Can you kindly forward to SVJC?

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A
**Sent:** Thursday, July 18, 2019 6:20 PM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Subject:** RE: RE: Transfer Request ▇▇ A#XXX-XX▇▇ Part 1 of 4

Hello Lauren,

Production Volume 7A: Subject to Protective Order

GOV-00067092

IYC advised the following, "The hospital informed us that they will be providing all documentation at the time of his discharge tomorrow [7/19/2019] morning/afternoon. They expressed they are unable to fax or provide any documentation beforehand."

I will forward requested documents as soon as they are received.

Thank you!
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A
**Sent:** Thursday, July 18, 2019 5:43 PM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Subject:** RE: RE: Transfer Request: A#XXX-XX     Part 1 of 4

Hello Lauren,

Thanks so much for the update. I will relay this request to IYC and will keep you informed on their response.

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Wichterman, Lauren
**Sent:** Thursday, July 18, 2019 3:22 PM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Subject:** Fwd: RE: Transfer Request: A#XXX-XX     Part 1 of 4

Hi Lupe,

Please see the program's response below.

Thank you,
Lauren

---
Sent from Workspace ONE Boxer

---------- Forwarded message ----------
**From:** Kelsey Wong <KWong@svjc.org>
**Date:** July 18, 2019 at 3:56:56 PM EDT
**Subject:** RE: Transfer Request    A#XXX-XX    Part 1 of 4
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>, Carina Contreras <CContreras@svjc.org>, Emily Twigg <ETwigg@svjc.org>, Melissa Cook <MCook@svjc.org>

At this time, we are waiting on the discharge documents before we provide a response.

Thank you,

Kelsey Wong
Deputy Director of Programs
Shenandoah Valley Juvenile Center
Office: 540-586-0729 ext. 106

**From:** Wichterman, Lauren [mailto:Lauren.Wichterman@GDIT.com]
**Sent:** Thursday, July 18, 2019 3:54 PM
**To:** Kelsey Wong <KWong@svjc.org>; Carina Contreras <CContreras@svjc.org>; Emily Twigg <ETwigg@svjc.org>; Melissa Cook <MCook@svjc.org>
**Subject:** FW: Transfer Request    A#XXX-XX     Part 1 of 4

Good afternoon SVJC team,

The referring CC is requesting an update on this transfer request.

Thank you,
Lauren

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Thursday, July 18, 2019 3:44 PM
**To:** Wichterman, Lauren <Lauren.Wichterman@GDIT.com>

**Subject:** RE: Transfer Request: ▇▇▇ A#XXX XX▇▇ Part 1 of 4

Hello Lauren,

The FFS has requested an update on this minors transfer referral with SVJC. It seems like the minor maybe discharged from the behavioral hospital soon and the FFS is hoping that a secure will accept him. Would you be able to kindly request a status update from SVJC?

Thank you,
Lupe

---
Sent from Workspace ONE Boxer
On July 17, 2019 at 9:42:00 AM EDT, Perez, Guadalupe A <Guadalupe.Perez@GDIT.com> wrote:

Thank you, Lauren!

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Wichterman, Lauren
**Sent:** Wednesday, July 17, 2019 8:38 AM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>; Lopez-Heagy, Angelica <Angelica.Lopez-heagy@GDIT.com>
**Cc:** Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Murphy, Alexander <Alexander.Murphy@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** RE: Transfer Request: ▇▇▇ A#XXX-XX▇▇ Part 1 of 4

Thank you, Lupe. I have forwarded this SIR to SVJC for their review.

Take care,
Lauren

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Wednesday, July 17, 2019 9:32 AM
**To:** Lopez-Heagy, Angelica <Angelica.Lopez-heagy@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>
**Cc:** Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Murphy, Alexander <Alexander.Murphy@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** RE: Transfer Request ▇▇▇ A#XXX-X▇▇ Part 1 of 4

Hello Angelica and Lauren,

Forwarding another SIR submitted yesterday evening for SVJC's consideration. Thank you in advance for your assistance.

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Lopez-Heagy, Angelica
**Sent:** Monday, July 15, 2019 1:58 PM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Cc:** Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>; Murphy, Alexander <Alexander.Murphy@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** RE: Transfer Request: ▇▇▇ A#XXX-X▇▇ Part 1 of 4

Good Afternoon Lupe,

I have sent the information to Shenandoah for their review.

Sincerely,

Angelica Lopez-Heagy, LCSW
Direct Operations Coordinator
General Dynamics Information Technology
ORR Case Coordination Program
(717) 576-4248
Angelica.Lopez-heagy@gdit.com
www.gdit.com

---

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Monday, July 15, 2019 11:34 AM
**To:** Lopez-Heagy, Angelica <Angelica.Lopez-heagy@GDIT.com>
**Cc:** Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>; Murphy, Alexander <Alexander.Murphy@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** RE: Transfer Request: ▇▇▇ A#XXX-X▇ Part 1 of 4

Good morning Angelica,

I've received another SIR for this minor. Can you please forward to SVJC for their review? I am still pending further updates and receipt of documentation regarding the minor's current hospitalization. I will keep you informed as I receive further information.

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Lopez-Heagy, Angelica
**Sent:** Friday, July 12, 2019 10:37 AM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>; Jimenez, Vanessa <Vanessa.Jimenez@GDIT.com>
**Cc:** Murphy, Alexander <Alexander.Murphy@GDIT.com>; Gast, Lucibel <Lucibel.Gast@GDIT.com>; Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>; Viveros, Celia <Celia.Viveros@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** RE: Transfer Request: [redacted] A#XXX-XX[redacted] Part 1 of 4

Good Morning Lupe,

I have forwarded the information and will provide an update once it's available.

Sincerely,

Angelica Lopez-Heagy, LCSW
Direct Operations Coordinator
General Dynamics Information Technology
ORR Case Coordination Program
(717) 576-4248
Angelica.Lopez-heagy@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Friday, July 12, 2019 11:22 AM
**To:** Jimenez, Vanessa <Vanessa.Jimenez@GDIT.com>; Lopez-Heagy, Angelica <Angelica.Lopez-heagy@GDIT.com>
**Cc:** Murphy, Alexander <Alexander.Murphy@GDIT.com>; Gast, Lucibel <Lucibel.Gast@GDIT.com>; Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>; Viveros, Celia <Celia.Viveros@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** RE: Transfer Request: [redacted] A#XXX-XX[redacted] Part 1 of 4

Good morning,

Thank you for the notification, Vanessa. I will inform the program and FFS.

Angelica, the program submitted an SIR Addendum with updates regarding the minor's hospitalization yesterday evening, attached. The minor is expected to be discharged on 7/18/2019 or sooner. The program is assessing the minor's placement needs with the program's psychiatrist, however, FFS and program have requested that the referral to SJVC remain open for consideration. Can you kindly send the attached SIR Addendum for SVJC' review?

Thank you once again for your efforts!

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Jimenez, Vanessa
**Sent:** Thursday, July 11, 2019 2:39 PM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>; Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>
**Cc:** Murphy, Alexander <Alexander.Murphy@GDIT.com>; Gast, Lucibel <Lucibel.Gast@GDIT.com>; Lopez-Heagy, Angelica <Angelica.Lopez-heagy@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>; Viveros, Celia <Celia.Viveros@GDIT.com>; ORRCC Transfer <ORRCC.transfer@gdit.com>
**Subject:** Transfer Request: [redacted] A#XXX-XX[redacted] Part 1 of 4

Good afternoon Guadalupe,
Unfortunately, Yolo has denied placement for UC noted above. Below is the reasoning behind the denial on behalf of Yolo.

Thank you,
*Vanessa Jimenez, MS., PPS*
Case Coordinator
General Dynamics Information Technology
ORR Case Coordination Program
Western Region/Los Angeles, Ca.,
Cell: (626) 260-1172
Vanessa.Jimenez@gdit.com
www.gdit.com

**From:** Jose Castaneda <Jose.Castaneda@yolocounty.org>
**Sent:** Thursday, July 11, 2019 12:23 PM
**To:** Jimenez, Vanessa <Vanessa.Jimenez@GDIT.com>; Julie Burns <Julie.Burns@yolocounty.org>
**Subject:** RE: Transfer Request: [redacted] A#XXX-XX[redacted] Part 1 of 4

Good afternoon Vanessa,

After reviewing the documents and information provided for this youth, it appears this youth would benefit from a lateral transfer to another staff secure placement rather than secure. As noted in ORR policy 1.2.4. *"Secure facilities are for youth who require the strictest level of supervision. Secure care providers have a secure perimeter, major restraining construction inside the facility, and procedures typically associated with correctional facilities."* In reviewing incident reports associated with this youth, it appears he is very young and displays child-like and immature behaviors (i.e., getting upset about not getting his way or making threats to harm staff while hitting his toy cars against each other) that would make him vulnerable in a more sophisticated environment such as a secure program. Additionally, this youth made a self-disclosure that he committed a murder in COO. This information does not appear to have been confirmed nor is their probable cause to believe the crime was committed. After staffing this case with our Program Director, Yolo Secure denies placement of this youth.

Production Volume 7A: Subject to Protective Order

GOV-00067095

Thank you,

Jose Castaneda
Senior Detention Officer
Lead Case Manager
Yolo County Probation Department
Juvenile Detention Facility
2880 East Gibson Rd  Woodland, CA 95776
Office: 530-406-5390 Cell: 530-867-1771
Fax: 530-669-1574  Email: jose.castaneda@yolocounty.org

This email & any files transmitted with it may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution, or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for recipient), please contact sender by email and delete this message

**From:** Jimenez, Vanessa [mailto:Vanessa.Jimenez@GDIT.com]
**Sent:** Tuesday, July 9, 2019 11:40 AM
**To:** Julie Burns <Julie.Burns@yolocounty.org>; Jose Castaneda <Jose.Castaneda@yolocounty.org>
**Subject:** [WARNING - ENCRYPTED ATTACHMENT NOT VIRUS SCANNED] FW: Transfer Request: ███ A#XXX-XX-███ Part 1 of 4

Good afternoon Yolo,
Attached is a step up referral from IYC SS. Please there will be 4 emails with attachments for UC noted above.

Thank you,
*Vanessa Jimenez, MS., PPS*
Case Coordinator
General Dynamics Information Technology
ORR Case Coordination Program
Western Region/Los Angeles, Ca.,
Cell: (626) 260-1172
Vanessa.Jimenez@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>
**Sent:** Tuesday, July 09, 2019 10:51 AM
**To:** Melendres, Patricia (NE) <Patricia.Melendres@GDIT.com>; Jimenez, Vanessa <Vanessa.Jimenez@GDIT.com>
**Cc:** Murphy, Alexander <Alexander.Murphy@GDIT.com>; Gast, Lucibel <Lucibel.Gast@GDIT.com>; Lopez-Heagy, Angelica <Angelica.Lopez-heagy@GDIT.com>; Wichterman, Lauren <Lauren.Wichterman@GDIT.com>; Viveros, Celia <Celia.Viveros@GDIT.com>
**Subject:** Transfer Request: ███ A#XXX-XX-███ Part 1 of 4

Good afternoon Vanessa and Patty,

Please find attached transfer packet for UC ███ A#XXX-XX-███ The referring program, Heartland IYC Staff Secure, is seeking transfer of this youth to a Secure program. It has been determined that the UC meet Secure Criterion #4: Has engaged in conduct that has proven to be unacceptably disruptive of the normal functioning of a staff secure where a transfer may be necessary to ensure the minor's welfare or that of others; as well as, Criterion #2 and Criterion #5: Has committed or have made credible threats to commit a violent or malicious act while in ORR custody and has self-disclosed violent criminal history prior to placement in ORR custody that requires further assessment. The Care Provider, this DOC, and assigned FFS are in support of this transfer request.  Can you kindly refer to your assigned Secure programs?

Please let me know if you have any questions or concerns.

Part 1 of 4 attached—

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Perez, Guadalupe A
**Sent:** Tuesday, July 09, 2019 9:19 AM
**To:** 'Frances Garcia' <fgarcia@heartlandalliance.org>
**Cc:** Laura Cortez <LCortez@heartlandalliance.org>; Samuel De La Guardia <SDeLaGuardia@heartlandalliance.org>; Patricia Brown <pnbrown@heartlandalliance.org>; Nelson Patnett <NPatnett@heartlandalliance.org>; Vilma Morocho <vmorocho@heartlandalliance.org>; Linda Salgado <lsalgado@heartlandalliance.org>; Dawnya Underwood <daunderwood@heartlandalliance.org>; Thomas M. Perry <tmperry@heartlandalliance.org>; Gonzalez, Monica (ACF) <Monica.Gonzalez@acf.hhs.gov>; Buchheit, Abigail (EXT) <Abigail.Buchheit@acf.hhs.gov>; ORRCC <ORRCC@GDIT.com>; Murphy, Alexander <Alexander.Murphy@GDIT.com>
**Subject:** RE: Transfer Request ███XX-XX███ Part 1 of 6

Good morning Frances,

Confirming receipt of this transfer request

Thank you,
Lupe

Guadalupe Perez
Direct Operations Coordinator
ORR Case Coordination Program
General Dynamics Information Technology
(312) 533-1691
guadalupe.perez@gdit.com
www.gdit.com

**From:** Frances Garcia [mailto:fgarcia@heartlandalliance.org]
**Sent:** Tuesday, July 09, 2019 1:21 AM
**To:** Perez, Guadalupe A <Guadalupe.Perez@GDIT.com>; Gonzalez, Monica (ACF) <Monica.Gonzalez@acf.hhs.gov>; Buchheit, Abigail (EXT) <Abigail.Buchheit@acf.hhs.gov>; ORRCC <ORRCC@GDIT.com>
**Cc:** Laura Cortez <LCortez@heartlandalliance.org>; Samuel De La Guardia <SDeLaGuardia@heartlandalliance.org>; Patricia Brown

<pnbrown@heartlandalliance.org>; Nelson Patnett <NPatnett@heartlandalliance.org>; Vilma Morocho <vmorocho@heartlandalliance.org>; Linda Salgado <lsalgado@heartlandalliance.org>; Dawnya Underwood <dunderwood@heartlandalliance.org>; Thomas M. Perry <tmperry@heartlandalliance.org>
**Subject:** Transfer Request ▮ (xxx-xx▮) Part 1 of 6

Good evening,

Please note the UAC Portal has been updated to reflect a recommendation for a step-up transfer for ▮ (xxx-xx▮) to a more restrictive setting.

Program is recommending a step-up transfer for the UC per guidance after extensive staffing with the care provider and Federal Field Specialist Monica Gonzalez. Care provider is recommending a step up transfer to a more restrictive due to ORR Policy 1.2.4 minor poses a danger to self or others. Minor has made credible threats to commit a violent or malicious act while in ORR custody. Minor has engaged in conduct that has proven to be unacceptably disruptive of the normal functioning of a staff secure facility in which the youth is placed such that transfer may be necessary to ensure the welfare of the UAC or others. Minor disclosed committing 1st degree murder and arson in COO. Minor endorsed the desire to burn down IYC. Minor continues to engage in physical and verbal aggression towards peers and program staff. Minor has engaged in property destruction. Minor has made comments to abscond from the facility. Minor has made verbal threats to cause bodily harm to program staff. Minor continues to display a pattern of disruptive and defiant behavior.

Minor is a CAT-4; No sponsor options at this time.

*Standard Password Protected*

Part 1 of 6

Thank you,

Frances Garcia
Family Reunification Specialist
Heartland Alliance International Youth Center (IYC)
**Heartland Human Care Services**
4822 N. Broadway Ave. Chicago, IL. 60640
(O) (773) 830-5457
fgarcia@heartlandalliance.org

CONFIDENTIALITY: This e-mail is intended for the sole use of the individual or entity to which it is addressed and may contain confidential and privileged material, which is exempt from disclosure under applicable law. This message is for the sole use of the intended recipient(s). Any review, distribution, or copy of this communication by others is strictly prohibited. Unless specifically indicated, nothing in this email should be interpreted as a digital or electronic signature that can be used to form, execute, document, agree to, enter into, accept or authenticate a contract or other legal document. Any review, use, distribution or disclosure by anyone other than the intended recipient(s) is strictly prohibited. If you believe that you have received this message in error, please notify the sender by reply transmission and delete or destroy the message without copying or disclosing it.

[THIS EMAIL ORIGINATED FROM OUTSIDE YOLO COUNTY. PLEASE USE CAUTION AND VALIDATE THE AUTHENTICITY OF THE EMAIL PRIOR TO CLICKING ANY LINKS OR PROVIDING ANY INFORMATION. IF YOU ARE UNSURE, PLEASE CONTACT THE HELPDESK (x5000) FOR ASSISTANCE]