## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV18-05741-DMG(PLAx) | Date | January 28, 2021 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

Present: The Honorable  **SHERI PYM, United States Magistrate Judge**

| Kimberly I. Carter | AT&T Bridge |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Carlos R. Holguin
Summer Wynn
Freya Pitts
Daisy Felt
Brenda Shum

Attorneys Present for Defendants:

Benjamin Mark Moss
Ernesto Molina
Nancy Canter

**Proceedings:**  Telephone Conference

A Telephone Conference was held in this matter on January 28, 2021. The court and counsel conferred regarding settlement discussions. The court will hold a further telephone conference on **Friday, February 26, 2021 at 10:00 a.m.**

: 11

Initials of Preparer   KC