BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9344
Ernesto.H.Molina@usdoj.gov
Counsel for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, | Case No.: 18-cv-05741-DMG-PLA |
| *Plaintiffs*, | **JOINT STATUS REPORT PURSUANT TO THE COURT'S DECEMBER 22, 2020 ORDER** |
| v. | |
| Norris Cochran, Acting Secretary of U.S. Dep't of Health and Human Services,[1] *et al.*, | Honorable Dolly M. Gee United States District Judge |
| *Defendants*. | |

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Norris Cochran, Acting Secretary of Health and Human Services, is substituted for Alex Azar.

The Court's December 22, 2020 order, *inter alia*, directed the parties to "meet and confer regarding their claims in light of the Court's tentative oral ruling and submit a Joint Status Report on the status of those meetings by February 1, 2021." ECF 320. The Court instructed that "[t]he Joint Status Report shall also contain proposed new pretrial and trial dates and deadlines." *Id.*

## I.    Status Of The Parties' Discussions

As discussed in the Court's order, the parties were scheduled for a settlement conference on January 11, 2021, before Magistrate Judge Pym to discuss the claims not subject to the cross-Motions for Summary Judgment — *i.e.,* the psychotropic medications and disabilities class issues.   The parties met as planned.   The conference was productive, and the parties scheduled a further telephonic follow-up call with Judge Pym for January 28, 2021, in part to discuss setting a further settlement conference date.   That call was held as scheduled, and the parties set a further follow-up call with Judge Pym on February 26, 2021.

The parties also held an initial meet-and-confer on January 22, 2021, which touched upon the parties' efforts to settle each of the claims at issue in this case, and to discuss potential trial dates in 2021.  At that meet-and-confer, the parties set forth a tentative plan for exchanging settlement proposals.  Subsequently, new leadership within the Department of Health and Human Services was designated and set to arrive shortly, leading to a modest adjustment of the schedule of further settlement discussions to permit the leadership to be fully briefed on the case.  However, given the progress made with respect to issues raised both by cross-Motions for Summary Judgment and claims outside the cross-Motions for Summary Judgment, the parties remain committed to further discussions and will continue to pursue those discussions over the coming weeks.

Joint Status Report Pursuant To
The Court's December 22, 2020 Order
Case No. 2: 18-CV-05741 DMG PLA

## II.   Proposed New Trial Schedule

The parties have discussed the potential dates for trial, the anticipated length of trial, the prospect of when the circumstances of the pandemic relating to the novel coronavirus ("COVID-19") may permit an in-person trial, and the prospects of both the settlement negotiations and the meet-and-confer in light of the Court's tentative oral ruling.  In light of those considerations and the parties' desire to expeditiously resolve this matter, and acknowledging some uncertainty posed by COVID-19 relating to the hoped-for availability of parties, witnesses, counsel, and the Court to participate in a trial once it is safe to travel and meet in person, the parties tentatively and jointly propose a trial date beginning October 12, 2021.  Moreover, the parties currently anticipate that trial will require approximately five weeks.  In light of that date and the Court's rules regarding scheduling dates for trial, the parties propose the following schedule:

///
///
///
///
///
///
///
///
///
///
///
///
///
///

3        Joint Status Report Pursuant To
The Court's December 22, 2020 Order
Case No. 2: 18-CV-05741 DMG PLA

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 5 Weeks | 03-30-21 at 9:30 a.m. | 10-12-21 at 9:30 a.m. |
| **Final Pretrial Conference** 4 weeks before prior | 03-02-21 at 2:00 p.m. | 09-14-21 at 2:00 p.m. |

| **Matter** | **Vacated Date** | **Proposed New Date** |
|---|---|---|
| Joint Status Report re Settlement | 01-08-21 | 03-31-21 |
| Motions in Limine Filing Deadline | 01-15-21 | 07-30-21 |
| Opposition to Motion in Limine Filing Deadline | 01-29-21 | 08-13-21 |
| | | |
| Proposed Pretrial Conference Order | 02-19-21 | 09-03-21 |
| Pretrial Exhibit Stipulation | 02-19-21 | 09-03-21 |
| Joint Exhibit List | 02-19-21 | 09-03-21 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 02-19-21 | 09-03-21 |
| Witness Declarations or Marked Depositions | 02-26-21 | 09-10-21 |

Joint Status Report Pursuant To
The Court's December 22, 2020 Order
Case No. 2: 18-CV-05741 DMG PLA

| Objections to Witness Declarations/Marked Depositions | 03-12-21 | 09-24-21 |
|---|---|---|
| Proposed Findings of Fact and Conclusions of Law | 02-23-21 | 09-10-21 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 03-12-21 | 09-24-21 |

Respectfully submitted,

Dated:  February 1, 2021

/s/ *Summer J. Wynn*
SUMMER J. WYNN (240005)
Attorneys for Plaintiffs
Email:  swynn@cooley.com

BRIAN BOYNTON
Principal Deputy Assistant Att'y General
Civil Division

/s/  *Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Email:  ernesto.h.molina@usdoj.gov
Phone:  202-616-9344
BENJAMIN MARK MOSS
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
NANCY CANTER
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Official-Capacity
Defendants

Joint Status Report Pursuant To
The Court's December 22, 2020 Order
Case No. 2: 18-CV-05741 DMG PLA

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  February 1, 2021

By:  */s/ Ernesto H. Molina, Jr.*
Ernesto H. Molina, Jr. (181304)
Attorneys for Defendants
Email:  ernesto.h.molina@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2021, I electronically transmitted the forgoing document to the Clerk for the United States District Court for the Central District of California using the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

Respectfully submitted,

*/s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Office of Immigration Litigation
United States Department of Justice