# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Norris Cochran, <br> Acting Secretary of U.S. Dep't of <br> Health and Human Services, *et al*. <br><br> *Defendants*. | Case No.:  CV 18-05741-DMG(PLAx) <br><br> **ORDER APPROVING NEW PRETRIAL AND TRIAL DATES PURSUANT TO JOINT STATUS REPORT [347]** |

1

Having read and considered the Parties' Joint Status Report of February 1, 2021, and for good cause appearing, the Court hereby issues the following amended case schedule:

| MATTER | PREVIOUS DATE | NEW DATE |
|---|---|---|
| **TRIAL**   [ x ] Court   [ ] Jury<br>Duration Estimate: 6 weeks | 3-30-21 at 9:30 a.m. | 10-12-21 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 3-2-21 at 2:00 p.m. | 9-14-21 at 2:00 p.m. |

| MATTER | PREVIOUS DATE | NEW DATE |
|---|---|---|
| Joint Status Report re Settlement | 1-08-21 | 3-31-21 |
| Motions in Limine Filing Deadline | 1-15-21 | 7-30-21 |
| Opposition to Motions in Limine Filing Deadline | 1-29-21 | 8-13-21 |
| | | |
| Proposed Pretrial Conference Order | 2-19-21 | 9-3-21 |
| Pretrial Exhibit Stipulation | 2-19-21 | 9-3-21 |
| Joint Exhibit List | 2-19-21 | 9-3-21 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 2-19-21 | 9-3-21 |
| Witness Declarations or Marked Depositions | 2-26-21 | 9-10-21 |
| Objections to Witness Declarations/Marked Depositions | 3-12-21 | 9-24-21 |
| Proposed Findings of Fact and Conclusions of Law | 2-23-21 | 9-10-21 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 3-12-21 | 9-24-21 |

The Court further ORDERS that the parties' Motions for Summary Judgment [Doc. ## 263, 271] are held in abeyance pending a further Joint Status Report by the parties indicating what aspects of the motions remain at issue and

require a ruling. The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 151], except to the extent modified herein.

**IT IS SO ORDERED.**

DATED: February 18, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE