UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV18-05741-DMG(PLAx) | Date | February 26, 2021 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

Present: The Honorable  **SHERI PYM, United States Magistrate Judge**

| Kimberly I. Carter | none |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Carlos R. Holguin      Summer Wynn
Freya Pitts            Daisy Felt
Brenda Shum            Holly S. Cooper
Michael J. McMahon     Jonathan P Mulligan

Attorneys Present for Defendants:

Benjamin Mark Moss
Ernesto Molina
Nancy Canter

**Proceedings:**   Telephone Conference

    A Telephone Conference was held in this matter on February 26, 2021. The court and counsel conferred regarding settlement discussions. The court will hold a further telephone conference on **Wednesday, March 17, 2021 at 10:00 a.m.**

|  | : | 28 |
|---|---|---|
|  | Initials of Preparer | KC |