# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | EDCV18-05741-DMG(PLAx) |
| Title | Lucas R., et al. v. Alex Azar, et al., |
| Date | March 17, 2021 |

**Present: The Honorable** SHERI PYM, United States Magistrate Judge

| Kimberly I. Carter | none |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:

Carlos R. Holguin           Summer Wynn
Daisy Felt                  Mishan Wroe
Brenda Shum                 Holly S. Cooper
Michael J. McMahon          Jonathan P Mulligan

Attorneys Present for Defendants:

Benjamin Mark Moss
Ernesto Molina

**Proceedings:** Video Conference

A Video Conference was held in this matter on March 17, 2021. The court and counsel conferred regarding settlement discussions. The court will hold a follow-up telephone conference on **Wednesday, April 7, 2021 at 10:00 a.m.**

| | 1 : 15 |
|---|---|
| Initials of Preparer | KC |