CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA,[1] et al.,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT RE SETTLEMENT**<br><br>[Proposed Order Filed Concurrently Herewith]<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

---

[1] On March 19, 2021, Xavier Becerra succeeded Alex Azar as the United States Secretary of Health and Human Services. Pursuant to Federal Rule of Civil Procedure 25(d), a public "officer's successor is automatically substituted as a party" and "later proceedings should be in the substituted party's name."

JOINT STIPULATION RE: JOINT STATUS REPORT
CASE NO. 2:18-CV-05741 DMG PLA

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu
　　　　dofelt@ucdavis.edu
　　　　jmulligan@ucdavis.edu
　　　　mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
　　　　ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org
　　　　fpitts@youthlaw.org
　　　　mwroe@youthlaw.org
　　　　madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR. (181304)
Deputy Director

BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202-616-9344)
ernesto.h.molina@usdoj.gov
*Attorneys for Official-Capacity Defendants*

1      WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

     WHEREAS, on or about December 22, 2020, the Court ordered the Parties to "meet and confer regarding their claims in light of the Court's tentative oral ruling [on the Parties' cross-motions for summary judgment] and submit a Joint Status Report on the status of those meetings by February 1, 2021" (ECF No. 320);

     WHEREAS, on or about February 1, 2021, the Parties submitted a Joint Status Report and new proposed schedule to the Court pursuant to the Court's December 22, 2020 order (ECF. No. 347);

     WHEREAS, on or about February 18, 2021, the Court found good cause for the continuance of pretrial and trial dates and ordered the Parties to submit a further Joint Status Report Regarding Settlement by March 31, 2021 (ECF No. 348);

     WHEREAS, the Parties have engaged in numerous settlement discussions and made measurable progress over the past two months.  For example, the Parties participated in telephonic conferences before Judge Pym on February 26 and March 17, 2021 and conducted several lengthy settlement conferences between the Parties on March 5, 16, and 26, 2021.  The Parties also have exchanged, or shortly will exchange, drafts of settlement proposals relating to each of Plaintiffs' claims.  Specifically, the Parties already have exchanged several drafts and revisions of settlement proposals relating to Plaintiffs' second and third causes of action, the Step-Up and Psychotropic Medications Classes, respectively.  The Parties are also working on the terms of a draft settlement proposal relating to Plaintiffs' fifth cause of action, relating to the Disability Class.  This week, the parties anticipate exchanging draft settlement proposals relating to Plaintiffs' first cause of action, the Unfit Custodian Class.  Finally, Defendants are currently preparing additional comments on the settlement agreement the Parties previously negotiated that would settle Plaintiffs' fourth cause of action relating to the Legal Representation Class;

| | |
|---|---|
| 1 | WHEREAS, the Parties have a further status conference calendared before Judge |
| 2 | Pym on April 7, 2021, and anticipate conducting at least one, lengthy settlement |
| 3 | conference between the Parties on April 8 or 9, or early during the week of April 12, |
| 4 | 2021; |
| 5 | WHEREAS, the Parties submit that good cause exists for a short, sixteen-day |
| 6 | continuance, from March 31, 2021 to April 16, 2021, to submit the Joint Status Report |
| 7 | Regarding Settlement to allow the Parties to make further progress in their settlement |
| 8 | negotiations and present the Court with a more meaningful assessment of the status of |
| 9 | those discussions; |
| 10 | NOW, THEREFORE, the Parties stipulate and respectfully request that the Court |
| 11 | make and enter the following order: The March 31, 2021 deadline for Joint Status |
| 12 | Report Regarding Settlement is extended until April 16, 2021, with the Court's |
| 13 | remaining Schedule of Pretrial and Trial Dates (ECF No. 348) remaining unchanged. |
| 14 | /// |
| 15 | |
| 16 | |
| 17 | /// |
| 18 | |
| 19 | |
| 20 | /// |
| 21 | |
| 22 | |
| 23 | /// |
| 24 | |
| 25 | |
| 26 | /// |
| 27 | |
| 28 | |

| | | |
|---|---|---|
| 1 | Dated:  March 30, 2021 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Summer J. Wynn* |
| | | Summer J. Wynn (2400056) |
| 4 | | Attorneys for Plaintiffs |
| | | Email:  swynn@cooley.com |
| 5 | Dated:  March 30, 2021 | BRIAN M. BOYNTON |
| 6 | | Acting Assistant Attorney General |
| | | Civil Division |
| 7 | | |
| | | By: */s/ Ernesto H. Molina, Jr.* |
| 8 | | ERNESTO H. MOLINA, JR. (181304) |
| | | Deputy Director |
| 9 | | Email: Ernesto.h.molina@usdoj.gov |
| | | BENJAMIN MARK MOSS |
| 10 | | Senior Litigation Counsel |
| | | JONATHAN K. ROSS |
| 11 | | ANTHONY J. MESSURI |
| | | NANCY CANTER |
| 12 | | Trial Attorneys |
| | | Office of Immigration Litigation |
| 13 | | Civil Division |
| | | U.S. Department of Justice |
| 14 | | Attorneys for Official-Capacity Defendants |

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

| | | |
|---|---|---|
| 19 | Dated:  March 30, 2021 | COOLEY LLP |
| 20 | | |
| 21 | | By: */s/ Summer J. Wynn* |
| | | Summer J. Wynn (240005) |
| 22 | | Attorneys for Plaintiffs |
| | | Email:  swynn@cooley.com |