UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, et al.,<br><br>        Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT RE SETTLEMENT**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

**PURSUANT TO STIPULATION**:

Having read and considered the Parties' Joint Stipulation and Request to Continue Deadline To File Joint Status Report Regarding Settlement, and for good cause appearing, the Court hereby APPROVES the Stipulation. The deadline to file the Joint Status Report Regarding Settlement shall now be April 16, 2021. All other deadlines in the Court's Order, dated February 18, 2021 [ECF No. 348] shall remain in effect.

IT IS SO ORDERED.

Dated: _____, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE