1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page and signature blocks*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

12 | LUCAS R., et al.,              | Case No. 2:18-CV-05741 DMG PLA
13 |        Plaintiffs,              |
14 |     v.                          | **JOINT STATUS REPORT, AND REQUEST FOR STATUS CONFERENCE**
15 | XAVIER BECERRA, et al.,         |
16 |        Defendants.              | Complaint Filed: June 29, 2018
                                       Judge: Hon. Dolly M. Gee

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org

| | |
|---|---|
| 1 | NATIONAL CENTER FOR YOUTH LAW |
|   | BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice* |
| 2 | CRYSTAL ADAMS (308638) |
|   | 712 H Street NE, DPT #32020 |
| 3 | Washington, DC 20002 |
|   | Telephone: (202) 868-4785 |
| 4 | Email:  bshum@youthlaw.org |
|   |             cadams@youthlaw.org |
| 5 | |
|   | COOLEY LLP |
| 6 | SUMMER J. WYNN (240005) |
|   | MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 7 | REBECCA L. TARNEJA (293461) |
|   | ALEXANDRA R. MAYHUGH (300446) |
| 8 | JAYME B. STATEN (317034) |
|   | 1333 2nd Street, Suite 400 |
| 9 | Santa Monica, CA  90401 |
|   | Telephone: (310) 883-6400 |
| 10 | Facsimile:  (310) 883-6500 |
|   | Email:  swynn@cooley.com |
| 11 |             mmcmahon@cooley.com |
|   |             rtarneja@cooley.com |
| 12 |             amayhugh@cooley.com |
|   |             jstaten@cooley.com |
| 13 | *Attorneys for Plaintiffs* |
| 14 | |
| 15 | BRIAN M. BOYNTON |
|   | Acting Assistant Attorney General |
| 16 | Civil Division |
| 17 | ERNESTO H. MOLINA, JR. (181304) |
|   | Deputy Director |
| 18 | |
|   | BENJAMIN MARK MOSS |
| 19 | Senior Litigation Counsel |
|   | NANCY K. CANTER (263198) |
| 20 | JONATHAN K. ROSS |
|   | ANTHONY J. MESSURI |
| 21 | Trial Attorneys |
|   | Office of Immigration Litigation |
| 22 | Civil Division, U.S. Department of Justice |
|   | P.O. Box 878 |
| 23 | Ben Franklin Station |
|   | Washington, D.C. 20044 |
| 24 | Telephone: (202) 616-9344 |
| 25 | ernesto.h.molina@usdoj.gov |
|   | *Attorneys for Official-Capacity Defendants* |
| 26 | |
| 27 | |
| 28 | |

The parties respectfully submit this further status report to the Court regarding the status of settlement discussions to date. ECF Nos. 348, 353.

**1. Status of the Parties' Settlement Discussions**

Unfortunately, settlement has not been reached on any of Plaintiffs' five claims for relief.[1] Since submitting the last status report regarding settlement, ECF No. 347, however, the parties have participated in telephonic status conferences before Judge Pym on February 26, March 17, and April 7, 2021 and conducted several lengthy settlement conferences between the parties on March 5, 16, and 26 and April 12 and 13, 2021. The parties have a further status conference scheduled with Judge Pym for April 29.

The parties also have exchanged various drafts of settlement proposals. Specifically, the parties have exchanged several drafts and revisions of settlement proposals relating to Plaintiffs' <u>second</u> and <u>third</u> causes of action, the Step-Up and Psychotropic Medications Classes, respectively.

Plaintiffs sent Defendants a settlement proposal for Plaintiffs' <u>fifth</u> cause of action, relating to the Disability Class, on March 5, 2021.

Plaintiffs sent Defendants a settlement proposal for Plaintiffs' <u>first</u> cause of action, relating to the Unfit Custodian Class, on April 2, 2021.

Plaintiffs await comments to each of these proposals.

Defendants are still preparing additional comments on the settlement agreement the parties previously negotiated that would settle Plaintiffs' <u>fourth</u> cause of action relating to the Legal Representation Class.

---

[1] The parties' cross-motions for partial summary judgment addressed only three of Plaintiffs' claims for relief: Plaintiffs' first cause of action relating to the Unfit Custodian Class; second cause of action relating to the step-up class; and fourth cause of action relating to the Legal Representation Class. However, the Parties have engaged in settlement discussion with respect to all five claims, including Plaintiffs' third cause of action relating to Psychotropic Medication Class and Plaintiffs' fifth cause of action relating to the Disability Class.

### 2. Request for Status Conference

Despite the progress that has been made on resolving Plaintiffs' third cause of action, Defendants state that operational challenges placed on Defendants by the events occurring at the border have delayed discussions with respect to resolving Plaintiffs' remaining claims. Plaintiffs acknowledge these challenges, but also note the importance of ensuring Class Members expeditiously receive the due process to which they are entitled and that settlement discussions have not been productive to date. The parties nevertheless intend to continue their discussions over the next several weeks and, to that end, Defendants hope to provide Plaintiffs with several redline responses or counter proposals to the settlement agreements Plaintiffs circulated regarding Plaintiffs' first, second, and fourth causes of action during the week of April 19, 2021,[2] and the parties have a further status conference set with Judge Pym for April 29, 2021.

Though the parties will proceed as expeditiously as possible over the next few weeks to resolve Plaintiffs' claims, the parties believe that a status conference with Your Honor would be efficient, during which the parties may report whether additional progress toward settlement has been made. Accordingly, in lieu of a further written status report, the parties respectfully request that the Court set a status conference on May 7, 2021, or as soon thereafter at the Court's convenience.

---

[2] Defendants hope to have redline responses to Plaintiffs' draft settlement terms for the fifth cause of action by the end of April 2021.

Dated:  April 16, 2021         COOLEY LLP

By: */s/ Summer J. Wynn*
    Summer J. Wynn (2400056)
    Attorneys for Plaintiffs
    Email:  swynn@cooley.com

Dated:  April 16, 2021         BRIAN M. BOYNTON
                               Acting Assistant Attorney General
                               Civil Division

By: */s/ Ernesto H. Molina, Jr.*
    ERNESTO H. MOLINA, JR. (181304)
    Deputy Director
    Email: Ernesto.h.molina@usdoj.gov
    BENJAMIN MARK MOSS
    Senior Litigation Counsel
    JONATHAN K. ROSS
    ANTHONY J. MESSURI
    NANCY CANTER
    Trial Attorneys
    Office of Immigration Litigation
    Civil Division
    U.S. Department of Justice
    Attorneys for Official-Capacity Defendants

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  April 16, 2021         COOLEY LLP

By: */s/ Summer J. Wynn*
    Summer J. Wynn (240005)
    Attorneys for Plaintiffs
    Email:  swynn@cooley.com