UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV18-05741-DMG(PLAx) | Date | April 29, 2021 |
|---|---|---|---|
| Title | Lucas R., et al. v. Alex Azar, et al., | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | none |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos R. Holguin    Summer Wynn | Benjamin Mark Moss |
| Daisy Felt    Freya Pitts | Ernesto Molina |
| Brenda Shum    Holly S. Cooper | Nancy Canter |
| Michael J. McMahon    Mishan Wroe | Jonathan Ross |

**Proceedings:**     Telephone Conference

A Telephone Conference was held in this matter on April 29, 2021.  The court and counsel conferred regarding settlement discussions.  The court will hold a follow-up telephone conference on **Thursday, May 13, 2021 at 11:00 a.m.**

|  | 00 | : | 17 |
|---|---|---|---|
| Initials of Preparer | KC | | |