UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 18-5741-DMG (PLAx)** | Date **May 28, 2021** |

Title *Lucas R., et al. v. Xavier Becerra, et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miranda Algorri |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Michael J. McMahon<br>Carlos Holguin<br>Brenda L. Shum<br>Holly S. Cooper | Ernesto Molina, AUSA |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. The hearing is held via videoconference. The Court and counsel confer regarding the status of the action. A joint status report is due by June 30, 2021.

:08