UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5741 DMG (PLAx) | Date | May 28, 2021 |
| Title | *Lucas R., et al. v. Xavier Becerra, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER SETTING DEADLINE FOR JOINT STATUS REPORT ON SETTLEMENT**

On May 28, 2021, the Court held a status conference on the parties' ongoing settlement efforts. The parties' final joint status report on the progress of settlement negotiations shall be filed on or before **June 30, 2021**.

If the claims subject to the Court's tentative oral ruling on the parties' cross-motions for summary judgment are not resolved by that date, the Court will issue its written order thereafter.

**IT IS SO ORDERED**.