CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALEX AZAR, Secretary of U.S. Department of Health and Human Services, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **JOINT STATUS REPORT PURSUANT TO THE COURT'S MAY 28, 2021 ORDER** |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM *(ADMITTED PRO HAC VICE)*
CRYSTAL ADAMS (308638)
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com

*Attorneys for Plaintiffs*

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR. (181304)
Deputy Director

BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202-616-9344)
ernesto.h.molina@usdoj.gov

*Attorneys for Official-Capacity Defendants*

The parties respectfully submit this further status report to the Court regarding the status of settlement discussions.

## I.   Status Of The Parties' Discussions

Final settlement has not been reached on any of the claims subject to the parties' cross-motions for partial summary judgment.[1]  Since submitting the last status report regarding settlement, ECF No. 360, and in light of the Court's order providing the parties thirty days for further negotiations before entering an order on the parties' cross-motions for summary judgment (ECF No. 363), the parties engaged in a four-hour settlement conference on June 16, 2021.  The parties were unable to reach any points of agreement and, as such, respectfully request the Court enter its order on the parties' cross-motions for summary judgment.

## II.   Proposed New Trial Schedule

Per the Court's order during the May 28, 2021 hearing, the parties discussed proposals for a new trial schedule and tentatively propose a trial date beginning May 3, 2022.  The parties currently anticipate that trial will require approximately three weeks for the claims not subject to the Court's forthcoming summary judgment order.  In light of that date and the Court's rules regarding scheduling dates for trial, the parties propose the following schedule:

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury<br>Duration Estimate: 3 weeks | 10-12-21 at 9:30 a.m. | 05-03-22 at 9:30 a.m. |
| **Final Pretrial Conference**<br>4 weeks before prior | 09-14-21 at 2:00 p.m. | 04-05-22 at 2:00 p.m. |

---

[1] The parties' cross-motions for partial summary judgment addressed only three of Plaintiffs' claims for relief: Plaintiffs' first cause of action relating to the Unfit Custodian Class; second cause of action relating to the step-up class; and fourth cause of action relating to the Legal Representation Class.

| Matter | Vacated Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 07-30-21 | 02-18-22 |
| Opposition to Motion in Limine Filing Deadline | 08-13-21 | 03-04-22 |
| | | |
| Proposed Pretrial Conference Order | 09-03-21 | 03-25-22 |
| Pretrial Exhibit Stipulation | 09-03-21 | 03-25-22 |
| Joint Exhibit List | 09-03-21 | 03-25-22 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 09-03-21 | 03-25-22 |
| Witness Declarations or Marked Depositions | 09-10-21 | 04-01-22 |
| Objections to Witness Declarations/Marked Depositions | 09-24-21 | 04-22-22 |
| Proposed Findings of Fact and Conclusions of Law | 09-10-21 | 04-01-22 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 09-24-21 | 04-22-22 |

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  June 30, 2021 | COOLEY LLP |
|   | /s/ *Summer Wynn*<br>Summer Wynn (240005)<br>Attorneys for Plaintiffs<br>Email: swynn@cooley.com |
| Dated:  June 30, 2021 | BRIAN BOYNTON<br>Principal Deputy Assistant Att'y General<br>Civil Divisio |
|   | /s/ *Ernesto H. Molina Jr.*<br>ERNESTO H. MOLINA, JR. (181304)<br>Deputy Director<br>Email:  ernesto.h.molina@usdoj.gov<br>Phone:  202-616-9344<br>BENJAMIN MARK MOSS<br>Senior Litigation Counsel<br>JONATHAN K. ROSS<br>ANTHONY J. MESSURI<br>NANCY CANTER<br>Trial Attorneys<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>Attorneys for Official-Capacity Defendants |

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

|   |   |
|---|---|
| Dated: June 30, 2021 | COOLEY LLP |
|   | /s/ *Summer Wynn*<br>Summer Wynn (240005)<br>Attorneys for Plaintiffs<br>Email: swynn@cooley.com |

253000514