CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>             Plaintiffs,<br><br>      v.<br><br>XAVIER BECERRA, et al.,<br><br>             Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**JOINT STIPULATION REGARDING PRETRIAL AND TRIAL SCHEDULE**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        dofelt@ucdavis.edu
        jmulligan@ucdavis.edu
        mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com
*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR. (181304)
Deputy Director

BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202-616-9344)
ernesto.h.molina@usdoj.gov
*Attorneys for Official-Capacity Defendants*

WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, on May 28, 2021, the Court held a status conference regarding the Parties' ongoing settlement efforts, and during the conference stated that the current trial schedule (*see* ECF No. 348) would need to be vacated and revised due to the Court's current calendar;

WHEREAS, during the May 28, 2021 status conference, the Court ordered the parties to file a final joint status report on the progress of settlement negotiations on or before June 30, 2021 (*see* ECF No. 363) and ordered the Parties to discuss and submit a proposed revised pretrial and trial schedule;

WHEREAS, on June 30, 2021, the Parties filed a Joint Status Report and proposed revised pretrial and trial schedule based on a proposed trial date of May 3, 2022 (ECF No. 364);

WHEREAS, the Court has not yet issued an order vacating the current pretrial and trial schedule or adopting the proposed pretrial and trial schedule;

WHEREAS, under the current schedule, the deadline to file motions in limine is Friday, July 30, 2021, with other deadlines following thereafter and leading up to a trial date of October 12, 2021 (ECF No. 348);

WHEREAS, the Parties agree that it will be more efficient and conserve litigant and judicial resources to wait until the Court enters a revised pretrial and trial schedule prior to filing any pretrial motions, including any motions in limine;

NOW, THEREFORE, THE PARTIES AGREE AND STIPULATE that, in light of the Court's anticipated order adopting a revised pretrial and trial schedule, the Parties will wait until the Court enters a revised pretrial and trial schedule prior to filing any pretrial motions and thus not file motions in limine by the current deadline (July 30, 2021), and the Parties further agree to not raise any objections or opposition based on a failure to file motions in limine by July 30, 2021;

1    THE PARTIES FURTHER AGREE AND STIPULATE that they will continue

2    to wait until the Court enters a revised pretrial and trial schedule prior to filing any other

3    pretrial motions, briefs or other pretrial or trial-related filings.

4    IT IS SO STIPULATED AND AGREED:

5    Dated:  July 29, 2021          COOLEY LLP

6

7                        By: */s/ Summer J. Wynn*
                           Summer J. Wynn (2400056)

8                         Attorneys for Plaintiffs
                         Email:  swynn@cooley.com

9

10   Dated:  July 29, 2021          BRIAN M. BOYNTON
                         Acting Assistant Attorney General
                         Civil Division

11                      By: */s/ Ernesto H. Molina, Jr.*

12                         ERNESTO H. MOLINA, JR. (181304)
                         Deputy Director

13                         Email: Ernesto.h.molina@usdoj.gov
                         BENJAMIN MARK MOSS

14                         Senior Litigation Counsel
                         JONATHAN K. ROSS

15                         ANTHONY J. MESSURI
                         NANCY CANTER

16                         Trial Attorneys
                         Office of Immigration Litigation

17                         Civil Division
                         U.S. Department of Justice

18                         Attorneys for Official-Capacity Defendants

19

20                         **CERTIFICATION**

21    Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories

22   concur in this filing's content and have authorized the filing.

23

24   Dated:  July 29, 2021          COOLEY LLP

25

26                      By: */s/ Summer J. Wynn*

27                         Summer J. Wynn (240005)
                         Attorneys for Plaintiffs

28                         Email:  swynn@cooley.com