# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Xavier Becerra,<br>Acting Secretary of U.S. Dep't of<br>Health and Human Services, *et al*.<br><br>    *Defendants*. | Case No.: CV 18-05741-DMG (PLAx)<br><br>**ORDER APPROVING NEW PRETRIAL AND TRIAL DATES PURSUANT TO JOINT STATUS REPORT [364, 367]** |

1

The Court has read and considered the Parties' Joint Status Report of June 30, 2021 and their joint stipulation regarding the pretrial and trial schedule [Doc. ## 364, 367]. In the future, to avoid delays, the parties shall submit a proposed order for any relief requested as required by Local Rule 52-4.1.

For good cause appearing and in light of the Court's delayed trial schedule due to the COVID-19 pandemic, the Court hereby ADOPTS the following amended case schedule:

| MATTER | PREVIOUS DATE | NEW DATE |
|---|---|---|
| **TRIAL** [ x ] Court [ ] Jury  Duration Estimate: 3 weeks | 10-12-21 at 9:30 a.m. | 5-3-22 at 9:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)** 4 wks before trial | 9-14-21 at 2:00 p.m. | 4-5-22 at 2:00 p.m. |

| MATTER | PREVIOUS DATE | NEW DATE |
|---|---|---|
| Joint Status Report re Settlement | 3-31-21 | N/A |
| Motions in Limine Filing Deadline | 7-30-21 | 2-18-22 |
| Opposition to Motions in Limine Filing Deadline | 8-13-21 | 3-4-22 |
| Proposed Pretrial Conference Order | 9-3-21 | 3-25-22 |
| Pretrial Exhibit Stipulation | 9-3-21 | 3-25-22 |
| Joint Exhibit List | 9-3-21 | 3-25-22 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 9-3-21 | 3-25-22 |
| Witness Declarations or Marked Depositions | 9-10-21 | 4-1-22 |
| Objections to Witness Declarations/Marked Depositions | 9-24-21 | 4-22-22 |
| Proposed Findings of Fact and Conclusions of Law | 9-10-21 | 4-1-22 |

| Mark Up of Opponent's Proposed Findings/Conclusions | 9-24-21 | 4-22-22 |

Because the parties have not been able to informally resolve their disputes, the Court shall issue its final ruling on the parties' Motions for Summary Judgment in the near future.  [Doc. ## 263, 271.]

**IT IS SO ORDERED.**

DATED:  August 4, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE