1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE** |
| v. | |
| XAVIER BECERRA, et al., | Complaint Filed: June 29, 2018 |
| Defendants. | Pretrial Conference Date: April 5, 2022 |
| | Trial Date: May 3, 2022 |
| | Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
       cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com
*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR. (181304)
Deputy Director

BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202-616-9344)
ernesto.h.molina@usdoj.gov
*Attorneys for Official-Capacity Defendants*

1     WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

    WHEREAS, on June 30, 2021, the Parties filed a Joint Status Report with a proposed revised pretrial and trial schedule based on a proposed trial date of May 3, 2022 (ECF No. 364);

    WHEREAS, on August 4, 2021, the Court found good cause for the requested continuances and approved the Parties' Joint Status Report to continue pretrial and trial dates (ECF No. 369);

    WHEREAS, for last several months, the Parties have engaged in productive settlement discussions regarding Plaintiffs' causes of action relating to the Psychotropic Medications Class and Disability Class and require additional time to complete those ongoing discussions;

    WHEREAS, the Parties await entry of the Court's order on the Parties' cross-motions for summary judgment, which will impact the claims presented at trial, including, but not limited to, Plaintiffs' cause of action relating to the Legal Representation Class (*see* ECF No. 319, 369);

    WHEREAS, given the passage of time since fact discovery ended on June 19, 2020, Plaintiffs contacted Defendants in December 2021 to discuss Defendants supplementing certain discovery responses and a limited reopening of fact discovery, and the Parties are continuing to engage in productive discussions regarding Plaintiffs' request;

    WHEREAS, the Parties require additional time to continue their settlement discussions, assess the impact of the forthcoming order on the Parties' cross-motions for summary judgment on trial, and resolve certain discovery issues and, as needed, brief a motion to reopen discovery for a limited purpose if the issues cannot be resolved;

    WHEREAS, under the current schedule, the deadline to file motions in limine is

Friday, February 18, 2022, with other deadlines following thereafter and leading up to a trial date of May 3, 2022 (ECF No. 369);

WHEREAS, the Parties respectfully reserve the right to request a further extension of pre-trial and trial dates after the Court enters its order on the Parties' cross-motions for summary judgment;

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court adjust the current schedule as follows, or as the Court's calendar permits:

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 05-03-22 at 9:30 a.m. | 11-01-22 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 04-05-22 at 2:00 p.m. | 09-20-22 at 2:00 p.m. |

| Matter | Vacated Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 02-18-22 | 08-05-22 |
| Opposition to Motion in Limine Filing Deadline | 03-04-22 | 08-19-22 |
| | | |
| Proposed Pretrial Conference Order | 03-25-22 | 09-09-22 |
| Pretrial Exhibit Stipulation | 03-25-22 | 09-09-22 |

| | | |
|---|---|---|
| Joint Exhibit List | 03-25-22 | 09-09-22 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 03-25-22 | 09-09-22 |
| Witness Declarations or Marked Depositions | 04-01-22 | 09-16-22 |
| Objections to Witness Declarations/Marked Depositions | 04-22-22 | 10-21-22 |
| Proposed Findings of Fact and Conclusions of Law | 04-01-22 | 09-16-22 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 04-22-22 | 10-21-22 |

FURTHER, if the Court is not inclined to adjust the current schedule as detailed above, the Parties request the Court schedule a status conference to permit the Parties to be heard on scheduling issues.

IT IS SO STIPULATED AND AGREED:

| | | |
|---|---|---|
| 1 | Dated:  January 27, 2022 | COOLEY LLP |
| 2 | | |
| 3 | | By: */s/ Summer J. Wynn* |
| 4 | | Summer J. Wynn (2400056)<br>Attorneys for Plaintiffs<br>Email:  swynn@cooley.com |
| 5 | Dated:  January 27, 2022 | BRIAN M. BOYNTON |
| 6 | | Acting Assistant Attorney General<br>Civil Division |
| 7 | | |
| 8 | | By: */s/ Ernesto H. Molina, Jr.*<br>ERNESTO H. MOLINA, JR. (181304) |
| 9 | | Deputy Director<br>Email: Ernesto.h.molina@usdoj.gov |
| 10 | | BENJAMIN MARK MOSS<br>Senior Litigation Counsel |
| 11 | | JONATHAN K. ROSS<br>ANTHONY J. MESSURI |
| 12 | | NANCY CANTER<br>Trial Attorneys |
| 13 | | Office of Immigration Litigation<br>Civil Division |
| 14 | | U.S. Department of Justice<br>Attorneys for Official-Capacity Defendants |

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated:  January 27, 2022

COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email:  swynn@cooley.com