CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**JOINT REQUEST FOR DECISION ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT (DKTS. 263 AND 271.)**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       dofelt@ucdavis.edu
       jmulligan@ucdavis.edu
       mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
          cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
          mmcmahon@cooley.com
          rtarneja@cooley.com
          amayhugh@cooley.com
          jdrobertson@cooley.com

*Attorneys for Plaintiffs*


BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

ERNESTO H. MOLINA, JR. (181304)
Deputy Director

BENJAMIN MARK MOSS
Senior Litigation Counsel
NANCY K. CANTER (263198)
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202-616-9344)
ernesto.h.molina@usdoj.gov
*Attorneys for Official-Capacity Defendants*

Local Rule 83-9 of the Central District of California provides that where a submitted matter does not have a decision rendered and filed within 120 days after submission, the parties are required to file a "joint request that such decision be made[.]" This filing is intended to satisfy the parties' obligation under that rule with respect to the parties' cross-motions for partial summary judgment (the "Cross-Motions") (Dkts. 263 and 271.)

The Cross-Motions were first taken under submission after oral argument on December 22, 2020. (Dkt. 319.) At the Court's direction, the parties submitted supplemental briefing on the Cross-Motions on January 8, 2021, and a joint status report regarding settlement on February 1, 2021. (Dkts. 320, 322, 347.) On February 18, 2021, the Court ordered the Cross-Motions would be "held in abeyance" pending "a further joint status report." (Dkt. 348.) The parties filed further joint status reports on April 16, 2021 (Dkt. 355), May 14, 2021 (Dkt. 360), and a final joint status report on June 30, 2021, which informed the Court that "[t]he parties were unable to reach any points of agreement and, as such, respectfully request the Court to enter its order on the parties' cross-motions for summary judgment." (Dkts. 363, 364). Accordingly, more than 120 days have passed since the Cross-Motions were deemed submitted.

The parties are amenable to an order delaying the effective date of any relief the Court may grant on summary judgment for 60 days, during which time the parties may pursue additional settlement discussions with the guidance of the Court's disposition.

Respectfully submitted.

Dated: January 27, 2022         COOLEY LLP

By: */s/* Summer J. Wynn
    Summer J. Wynn (2400056)
    Attorneys for Plaintiffs
    Email: swynn@cooley.com

Dated: January 27, 2022

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

By: */s/* Ernesto H. Molina
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Email: Ernesto.h.molina@usdoj.gov
BENJAMIN MARK MOSS
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
NANCY CANTER
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Official-Capacity Defendants

**CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: January 27, 2022

COOLEY LLP

By: */s/* Summer J. Wynn
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com