CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **JOINT REQUEST PURSUANT TO L.R. 83-9.4 TO ESTABLISH INTENDED DECISION DATE ON CROSS-MOTIONS FOR PARTIAL SUMMARY JUDGMENT (DKTS. 263 AND 271.)** <br><br> Complaint Filed: June 29, 2018 <br> Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
DAISY O. FELT (307958)
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
MONICA J. JULIAN (265075)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu
　　　　dofelt@ucdavis.edu
　　　　jmulligan@ucdavis.edu
　　　　mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  ndesai@youthlaw.org
　　　　pjuneja@youthlaw.org
　　　　fpitts@youthlaw.org
　　　　mwroe@youthlaw.org
　　　　madamson@youthlaw.org

| | |
|---|---|
| 1 | NATIONAL CENTER FOR YOUTH LAW |
| | BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice* |
| 2 | CRYSTAL ADAMS (308638) |
| | 712 H Street NE, DPT #32020 |
| 3 | Washington, DC 20002 |
| | Telephone: (202) 868-4785 |
| 4 | Email:  bshum@youthlaw.org |
| | cadams@youthlaw.org |
| 5 | |
| | COOLEY LLP |
| 6 | SUMMER J. WYNN (240005) |
| | MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 7 | REBECCA L. TARNEJA (293461) |
| | ALEXANDRA R. MAYHUGH (300446) |
| 8 | JAMIE D. ROBERTSON (326003) |
| | 1333 2nd Street, Suite 400 |
| 9 | Santa Monica, CA  90401 |
| | Telephone: (310) 883-6400 |
| 10 | Facsimile:  (310) 883-6500 |
| | Email: swynn@cooley.com |
| 11 | mmcmahon@cooley.com |
| | rtarneja@cooley.com |
| 12 | amayhugh@cooley.com |
| | jdrobertson@cooley.com |
| 13 | *Attorneys for Plaintiffs* |
| 14 | |
| 15 | BRIAN M. BOYNTON |
| | Acting Assistant Attorney General |
| 16 | Civil Division |
| 17 | ERNESTO H. MOLINA, JR. (181304) |
| | Deputy Director |
| 18 | |
| | BENJAMIN MARK MOSS |
| 19 | Senior Litigation Counsel |
| | NANCY K. CANTER (263198) |
| 20 | JONATHAN K. ROSS |
| | ANTHONY J. MESSURI |
| 21 | Trial Attorneys |
| | Office of Immigration Litigation |
| 22 | Civil Division, U.S. Department of Justice |
| | P.O. Box 878 |
| 23 | Ben Franklin Station |
| | Washington, D.C. 20044 |
| 24 | Telephone: (202-616-9344) |
| 25 | ernesto.h.molina@usdoj.gov |
| | *Attorneys for Official-Capacity Defendants* |
| 26 | |
| 27 | |
| 28 | |

1  Local Rule 83-9 of the Central District of California provides that where a
2  submitted matter does not have a decision rendered and filed within 120 days after
3  submission, the parties are required to file a "joint request that such decision be made[.]"
4  The Rules then require the Court to make a decision within 30 days of filing of the joint
5  request or, within the same time period, advise the parties of the date by which the
6  decision will be made. (L.R. 83-9.3.) If the Court does not then make a timely decision
7  or advise the parties of an intended decision date, "counsel shall then file a joint request
8  with the Chief Judge to establish an intended decision date." (L.R. 83-9.5.) This filing
9  is intended to satisfy the parties' obligation under the rules.

10  The parties filed a Joint Request for a Decision on the parties' cross-motions for
11  partial summary judgment (Dkts. 263 and 271) on January 27, 2022. (Dkt. 372.) As of
12  the date of this filing, no decision or written notice of intended decision has been issued
13  by the Court. The parties respectfully request the Chief Judge, in consultation with the
14  assigned judge, establish a date by which the Court's decision will be made. (*See* L.R.
15  83-9.5.)

Dated:  March 1, 2022                COOLEY LLP

                                     By: */s/ Summer J. Wynn*
                                        Summer J. Wynn (2400056)
                                        Attorneys for Plaintiffs
                                        Email:  swynn@cooley.com

| | |
|---|---|
| Dated: March 1, 2022 | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>By: */s/ Ernesto H. Molina, Jr.*<br>ERNESTO H. MOLINA, JR. (181304)<br>Deputy Director<br>Email: Ernesto.h.molina@usdoj.gov<br>BENJAMIN MARK MOSS<br>Senior Litigation Counsel<br>JONATHAN K. ROSS<br>ANTHONY J. MESSURI<br>NANCY CANTER<br>Trial Attorneys<br>Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>Attorneys for Official-Capacity Defendants |

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

| | |
|---|---|
| Dated: March 1, 2022 | COOLEY LLP<br><br>By: */s/ Summer J. Wynn*<br>Summer J. Wynn (240005)<br>Attorneys for Plaintiffs<br>Email: swynn@cooley.com |