UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 18-5741-DMG (PLAx) | Date | March 11, 2022 |
| Title | *Lucas R., et al. v. Xavier Becerra, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER**

    In light of the Court's March 11, 2022 Order re the parties' cross-motions for summary judgment, the Joint Requests for Ruling [Doc. ## 372, 375] are DENIED as moot.

IT IS SO ORDERED.