# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

DECLARATION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare and say as follows:

1. I am 15 years old. I am from Honduras. My immigration file number is ▮▮▮▮▮▮▮▮. I am currently detained at the Friends of Youth staff secure facility in Renton, Washington, where I have been since January 21, 2021.

2. I came to the United States after my father died in Honduras. My mother was living in Houston, and my plan was to live with her. I surrendered at the border and spent about a week in a Border Patrol station or hielera before ORR took me and sent me to Abbot House, a foster home in New York, where I stayed for about four months before they released me to go live with my mom.

3. About eight months after I began living with my mom, I got into trouble, and the police arrested me and charged me with delinquency for sexual misconduct. My therapist has told me that I engaged in this conduct because of abuse I had suffered in Honduras. I was given probation for two years, which ended in April of 2022. A condition of my probation was that I had to go to a treatment program called Ragdale Facility, in Houston, Texas, for at least nine months. I did well at Ragdale and even learned English, and so they decided to release me after I had spent the minimum amount of time there.

4. When they released me from Ragdale, two ICE officers came for me. They handcuffed and shackled me, and put me alone into the back of a van. The two officers

rode in front, while I was handcuffed to a rail in the back of the van. I was 14 years old at the time. I now weigh about 118 pounds and am five feet and five inches tall. I was smaller then. They took me to a hotel, where I spent four or five days in a room with two large ICE agents always present.

     5. I was then put on a plane and flown to Virginia. I was similarly handcuffed and shackled on the trip to the airport, on the plane, and during transport to to the Shenandoah Valley Juvenile Center, where I ended up spending about 54 days. I was never given an explanation about why I had been sent to Shenandoah, or any opportunity to show that I didn't belong there. In fact, a couple of staff members there asked why I was there, saying they didn't think I should be in a juvenile hall. My therapist there also told me that he didn't think I belonged there, and that ORR had just sent me there because they didn't know what else to do.

     6. I was next sent here, to the Friends of Youth staff secure facility, where I have now been about a year and a half. I have seen many other youth who arrived after me leave. I want to go to a foster home, and I believe I have been ready to do so for about five months now, because I once again feel like a normal person, but there is no committee or hearing or other way I can prove to them that I am ready to be stepped down.

     7. The treatment I get here, except for school, is pretty good, overall. I can honestly say that I have learned nothing about anything besides math in the time I've

been here. When I complain about the lack of instruction in other subject to the teacher, he scolds me and tells me to watch another video. Also, school here isn't like normal school, where there are vacations for summer or most holidays.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of June, 2022, at Renton, Washinton.

/s/ _____
████████████████████

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa.

Hecho el día 13 de julio del año 2022, en Renton, Washington.

_____

///"I declare under penalty of perjury that the foregoing is true and correct.
Executed this 13th day of June, 2022, at Renton, Washington.

