# EXHIBIT 2

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**DECLARATION OF** ▮

I, ▮, declare as follows:

1. I execute this declaration based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about the following facts.

2. I am a resident of the State of California but am currently detained in Friends of Youth in Renton, Washington. I was born in San Pedro Soloma, Huehuetenango, Guatemala on ▮, 2004. I am indigenous. I speak three languages: Spanish, Canjobal, and English. I crossed the border with my mother when I was nine years old in 2015 and have lived in ▮, California since my arrival.

3. My mother applied for political asylum for us after we arrived in 2015 and the case has been pending ever since. We both have work permits and Social Security cards based on our pending asylum case. I am a dependent on her case and our cases consolidated.

4. In March 2019, I was accused of an offense when I was 14 years old and had almost completed my probation and treatment for that offense. In August of 2021, I was then accused of transporting undocumented persons and brought into ORR custody. To my knowledge no criminal charges were ever filed on this.

5. I was sent to Southwest Key in Phoenix, Arizona for about a month and then brought to Friends of Youth in Washington to re-start treatment, even though I had almost completed my course of treatment for my underlying offense in Winchester, California.

6. I have been here in ORR custody for almost nine months. I have not had any hearing or review on my release. I have complied with the treatment plan and have completed multiple classes related to my offense. I have fully rehabilitated.

7. My mom still lives in ▮, California and ORR contacted her to begin sponsorship papers in April 2022 to have me released to her again.

8. ORR told my mom she must complete fingerprints, have a security plan for me, complete a home study and an interview before I can be released. She currently lives with our pastor's family in Parris, California.

9. I don't remember receiving any notice of a step-up decision but they did tell me orally that I was being stepped up because of my 2019 offense. I was sent from a shelter placement to Friends of Youth. I have complied with all the classes and assignment, and am not sure why I am still here. I have been well-behaved. In April 2022, both my therapist and my California probation officer recommended that I be released because I have completed my program and I am not a danger.

10. I feel sad being here and being separated from my mom for 10 months. I want to go to a normal school and graduate. I haven't seen my mom in person in 10 months, but we talk twice a day. We speak in Canjobal and it is nice to speak in my native language with her and hear her voice. I miss having the comfort of a mother.

11. I want to be released because I have been recommended for release and feel I have complied with everything that has been asked of me. I haven't yet had any type of hearing or neutral review of my release or step-up decision. I really hope to get that type of neutral or third party review so I can be released to my mom.

12. I am not aware of any concrete objectives I have to meet to be released or stepped down and as far as I know, probation and my therapist have recommended release.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  13 day of June, 2022, at Renton, Washington.

_____
████████████

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa.

Hecho el día 13 de julio del año 2022, en Renton, Washington.

x [signature]
███████████████████████

///