# EXHIBIT 3

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, Carlos Holguín, declare and say as follows:

1. I speak, understand, read and write English and Spanish.

2. The following is a true and correct translation of the annexed Declaration of ███████████████ :

\* \* \* \* \* \*

DECLARATION OF ███████████████████

1. I am 13 years old. I am from Guatemala. My file number is A███████. I am presently detained at the Friends of Youth staff secure in Renton, Washington, where I arrived on July 15, 2021.

2. I arrived in the United States in 2021, with my older sister and younger brother. Our plan was to go live with our mother. We surrendered to the officials, and then spent 3 4 days in an ice box, I am not sure because in the ice box one doesn't know if it is day or night. Then they took us to Long Beach, where they detained us for about a month together with about 800 minor children. Next the sent us to a small shelter. There I only had one problem, but I realized that I needed help, and so I agreed to come to Friends of Youth. The immigration let my siblings go live with my mother.

3. They have helped me here at Friends of Youth. I have complied with all the program of therapy, and for a month now I have felt ready to go back to my mom and my family. Nonetheless, I have no idea when they are going to release me. My case worker says that they've not even begun a home study or anything else of the process so I can go back with my family. I speak with my mother almost everyday, and she says

it is not right what they are doing in my case and that she is sad because I continue to be detained and not with my family.

4. Here the help they are giving me consists of group therapy, one hour from Monday through Friday, and individual therapy perhaps once a week. I don't take medications.

5. Apart from school, the treatment here at Friends of Youth is good. They give the North Americans here normal vacations, but to those of us detained by immigration, they give less, maybe one week, while they get two months.

I declare under duty to tell the truth and penalty of perjury that all the information I have here given is correct and complete.

Done this 13th day of june, 2022, at Renton, Washington.



\* \* \* \* \* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2022, at Santa Clarita, California.

_____
Carlos Holguín

-2-

DECLARATION OF ▬▬▬▬▬▬▬▬

I, ▬▬▬▬▬▬▬▬, declaro y digo lo siguiente:

1. Tengo 13 años de edad. Soy de Guatemala. Mi número de expediente es A ▬▬▬▬▬. Actualmente me encuentro detenido en Friends of Youth staff secure en Renton, Washington, donde llegué el 15 de julio, 2021.

2. Llegué a los EE.UU. en 2021, con mi hermana mayor y mi hermano menor. No me acuerdo el mes. Nuestro plan era llegar a vivir con nuestra mamá. Nos entregamos a los oficiales, y luego pasamos 3 4 días en una hielera, no estoy seguro porque en la hielera uno no sabe si es día o noche. Luego nos llevaron a Long Beach, donde nos detuvieron durante como un mes junto con unos 800 menores de edad. Luego nos mandaran a un albergue pequeño. Allí solamente tuví una problema, pero me di cuenta que necesitaba ayuda, y por eso concedí venirme a Friends of Youth. La inmigracíon dejaron a mis hermanos ir a vivir con mi mamá.

3. Me han ayudado en Friends of Youth. He cumplido con todo el programa de terápia, y desde hace un mes me he considerado listo para volver a mi mamá y mi familia. Sin embargo, no tengo idea cuando me vayan a liberar. Mi trabajadora de caso me dice que ni han comenzado el estudio de casa ni nada más de proceso para que pueda regresar con mi familia. Hablo con mi mamá casi todos los días, y ella dice que no es justo lo que están haciendo en mi caso y que está triste porque yo sigo detenido y no con mi familia.

-2-

4. Aquí la ayuda que me están proporcionando consiste en terapia de grupo, una hora lunes a viernes, y terapia individual tal vez una vez por semana. No tomo medicamentos.

5. El tratamiento aquí en Friends of Youth está bien, aparte de la escuela. A los norteamericanos detenidos aquí, les dan vacaciones normales, pero a nosotros, los detenidos por la inmigración, nos dan menos, como una semana, y a ellos, dos meses.

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa.

Hecho el día 13 de julio del año 2022, en Renton, Washington.



/ s/ _____

/ / /

Declaro bajo protesta de decir la verdad y pena de falso testimonio que toda la información que aquí he proporcionado es correcta y completa.

Hecho el día 13 de julio del año 2022, en Renton, Washington.



///