# EXHIBIT 5

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 14 years old, and I am from Guatemala. I arrived in the United States around February 2, 2022, near Ciudad Juarez. I came by myself.

SWK Trail House

3. I have been at Southwest Key Trail House for about four months and two days.

4. I live in a small house here with 14 other boys. I sleep in a room with three other boys. In my small house there are boys that are 8-17 years old.

5. Every day here is the same. We study, we go to the cafeteria, we go outside to play soccer.

6. The food here is so-so. There is some food here I don't like, especially the meat. I'm not used to eating meat. I have three meals a day and three snacks a day.

7. I go to school here Monday through Friday. We take classes in mathematics, physical education, social sciences, natural sciences, and computers. I don't really like school here. I just like English and P.E. class.

8. On the weekends we play outside, clean our cottages, and spend time listening to music. The weekends are calm.

9. We are allowed to play outside every day for about two hours. We also have P.E. class during school days. These days it's been too hot to play outside, so we spend time in our cottages waiting for the sun to set a little.

10. I am currently on a 1:1 because I made a joke about escaping but they took me seriously. They didn't believe that I was joking. So now someone follows me everywhere I go for 10 days. It bothers me to have someone follow me everywhere.

11. There are many, many rules here. If you break a rule, you get a report. Supposedly the reports affect our cases. My case worker told me that and they tell everyone that when they get here.

12. The staff here treat me well and they're easy going. I have never seen them mistreat anyone.

13. I call my mom and dad in Guatemala two times a week on Tuesdays and Fridays. I am able to talk to them for 15 minutes each time.

14. I talk to a counselor here one or two times a week. I find it helpful to talk to my counselor. If I'm feeling sad then I can ask for a report to be sent to be able to speak to my counselor.

15. I went to see a doctor once in El Paso and I went to have bloodwork done somewhere else. I have an illness related to my heart. There is a doctor who comes to the shelter and gives me the medication I need to keep my blood regulated.

16. Sometimes being here feels fine, but sometimes it feels really hard. I really just want to leave to be with my family.

17. My brother was going to sponsor me so I could go live with him in Los Angeles. But his case was rejected because he lived with someone who had a problem. So, he had to move out within two weeks and he couldn't find a new place to live in two weeks. After that they told me that I could either find another sponsor, stay in shelter care, or go back to Guatemala. Since I don't have another option for a sponsor, I really can only stay here or go to Guatemala, and I don't want to keep living here for years and years so I'm going to try and go back to Guatemala.

18. If there were a way to reconsider my brother's application or give him more time to find an apartment, I would like to do that but that's not possible because now I've told them I want to go back to Guatemala and they're preparing to send me back now.

1  I declare under my duty to tell the truth and penalty of perjury that all the information I
2  have here given is correct and complete and I understand the legal consequences of
3  testifying falsely to the authorities.
4
5  Executed on this ___16th___ day of June, 2022, at El Paso, Texas.

CERTIFICATE OF TRANSLATION

My name is _Soraya Morales Nuñez_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated:   June 16, 2022                              _____Soraya Morales Nuñez_____