UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUBMITTED IN CONNECTION WITH PLAINTIFFS' REQUEST TO FILE ADVISAL PENDING ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

Having read and considered (1) Application for Leave to File Under Seal Portions of Documents Submitted in Connection with Plaintiffs' Request for Leave to File Advisal Pending Issuance of Preliminary Injunction; (2) the Declaration of Jamie D. Robertson; (3) any papers filed by Defendants in response to the Application; and (4) the documents in both their redacted and unredacted form; and good cause appearing pursuant to Local Rule 79-5.2.2, the Court rules as follows:

1. Declaration:

| Exhibit No. | Document Description | Portions Sought to be Filed Under Seal | Ruling |
|---|---|---|---|
| 1 | A true and correct copy of the declaration of Class Member J.A.S.G. | Yellow highlighted portions | Granted |
| 2 | A true and correct copy of the declaration of Class Member M.M.P. | Yellow highlighted portions | Granted |
| 3 | A true and correct copy of the declaration of Class Member S.S.T.P. | Yellow highlighted portions | Granted |
| 4 | A true and correct copy of the declaration of Class Member E.R.C.C. | Yellow highlighted portions | Granted |
| 5 | A true and correct copy of the declaration of Class Member M.D.P. | Yellow highlighted portions | Granted |

**IT IS SO ORDERED**.

Dated: _____, 2022

_____
Hon. Dolly M. Gee
United States District Court Judge