# EXHIBIT 4

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████, declare as follows:

1. This testimony is based on my personal knowledge and the following facts are true to the best of my understanding and recollection.

2. I am 17 years old and I am from Guatemala. I arrived in the United States around January 19, 2022 near Ciudad Juarez. I came alone.

3. I speak Spanish and Q'qechi.

Prior Placements

4. I was with Immigration for about two days and then I was sent to Ft. Bliss.

5. At Ft. Bliss I had to sleep on a cot in a tent with many, many other people. I don't remember exactly but I think it was between 150-200 people sleeping in my tent.

6. After about 10 days, I was moved to this shelter. They told me I would be leaving Ft. Bliss to go to a better shelter where I would have my own bed and a room.

SWK Casa Franklin

7. I have been at Southwest Key Casa Franklin for about 140 days.

8. I sleep in a room with one other person. My room is comfortable. My roommate also speaks Q'eqchi so we will speak to each other in our language. Sometimes I sleep well and sometimes I don't. Sometimes I can't fall asleep until 1 or 2 in the morning. When I first got here, I was really bored, and I was wondering when I would get to leave, and I wasn't sleeping very well. I am tired of being locked up here. I want to be able to go and live with my family but I'm about to turn 18.

9. The shelter is just one building and we do everything in this same building. We sleep, eat, and go to class in the same building. The hallways are narrow and there are only a few windows. There are only windows in our rooms. There are no windows in the dining area, classrooms, or recreational spaces.

10. Every day we have school here from about 7:30am to 2pm. Then class ends and we'll have vocational class. My favorite thing to do here is learn English.

11. During our classes we learn mathematics, English, social sciences, and natural sciences. We have classes from Monday through Friday. My classes are in the basement of the building, and we stay in the same classroom for the entire school day. We go outside for about an hour for P.E. during school if there is a teacher to take us outside.

12. There are some days when we don't go outside at all, and we are inside the same building all day. It's boring because they don't let us breathe outside air. When I first got here it was very cold and they told us we couldn't go outside so that we wouldn't get sick. Lately, we've been able to go to the Zoo or park each weekend and also to church.

13. We have recreation time in the evening for about three hours. The recreation happens inside the building. We'll play and have exercise and then eat. Afterward, we can play on the television and make bracelets and hats.

14. I feel somewhat locked up here. There are locks on the doors here and there are also alarms. I can't leave yet but I'm trying to hold out so I can go be with my family.

15. Every day here looks a bit different, but I don't get to choose what I'm going to do. I always have to be in a group and even if I have to go to the bathroom, I must be accompanied by someone. If I want to go outside, I have to wait for my P.E. class and we just have the small outside space next to the building, it's not like we can really go for a walk or anything. It's frustrating to not be able to go outside when I want.

16. There are lots of rules here. For example, we aren't allowed to touch each other, and we have to respect others. If someone breaks the rules, the people here will scold us, and the kid gets a report. I have not had a report here because I follow all the rules, but it makes me sad when someone else gets in trouble.

17. The staff here generally treat me well. There are some who scold us but that tends to be the newer teachers. There are currently a lot of new teachers here. There is someone in the second shift who scolds us a lot. I feel angry and sad sometimes when the teacher scolds us a lot and when I get angry, I try to take deep breaths.

18. I only get two phone calls a week. I usually speak with my sister on Tuesdays, and I speak with my family in Guatemala on Thursdays. Each call is about 15 minutes long and someone is supervising while I make my calls.

19. I have a counselor here and I speak to her about three times a week. It helps to speak with my counselor. When I feel sad or angry or worried, there is a room here that I can go to try and feel better. Or I could also speak to one of the counselors here.

20. In the time that I've been here I explained to the staff that I can't see that well. I have trouble seeing letters. They've taken me to see an eye doctor and I asked for glasses, but they haven't given them to me. The doctor said I didn't need glasses but when I left my country, I was wearing glasses. They gave me eye drops that help but only for about two hours and I'm only allowed to use the drops once a day, in the morning. I'd like to be able to go to another doctor for my eyes.

Future Plans

21. I would like to live in Dallas with my sister.

22. I have a case manager and I meet with her once a week. When I talk to her, she tells me I have to wait until September to be released because that's when I turn 18.

23. My sister tried to be my sponsor, but she can't take me in. I don't know why but my case worker told me that the government didn't sign off on my paperwork. She said there is something wrong with my sister, but I don't know what. I asked my sister about it and she said it was because of her age. I don't know exactly what her age is, but I think she is around 20 years old. I wish there was some way I could appeal that decision because I want to live with my sister. I would like for someone to look at my sister's case again and reconsider her as a sponsor.

24. My case worker told me yesterday that one of my cousins has submitted their identification to potentially be my sponsor. My case worker said they are waiting for his address and then will begin the sponsorship process, but I don't know how long that will take.

25. When I leave here I would like to study to be an aerospace engineer.

1 I declare under my duty to tell the truth and penalty of perjury that all the information I
2 have here given is correct and complete and I understand the legal consequences of
3 testifying falsely to the authorities.
4
5 Executed on this ___17th___ day of June, 2022, at El Paso, Texas.
6
7                                    F.R.C.C. _____
8                                    ███████████████████████

CERTIFICATE OF TRANSLATION

My name is _Soraya Morales Nuñez_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 17, 2022                             _____/s/ Soraya Morales Nuñez_____