CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>    Defendants. | Case No. 2:18-CV-05741-DMG<br><br>**PROOF OF SERVICE**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

*Counsel for Plaintiffs, continued*

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       jmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

| | |
|---|---|
| 1 | NATIONAL CENTER FOR YOUTH LAW |
| 2 | BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice* |
| 3 | CRYSTAL ADAMS (308638) |
|   | 712 H Street NE, DPT #32020 |
| 4 | Washington, DC 20002 |
| 5 | Telephone: (202) 868-4785 |
|   | Email:  bshum@youthlaw.org |
| 6 |         cadams@youthlaw.org |
| 7 | COOLEY LLP |
|   | SUMMER J. WYNN (240005) |
| 8 | MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 9 | REBECCA L. TARNEJA (293461) |
|   | ALEXANDRA R. MAYHUGH (300446) |
| 10 | JAMIE D. ROBERTSON (326003) |
| 11 | 1333 2nd Street, Suite 400 |
|    | Santa Monica, CA  90401 |
| 12 | Telephone: (310) 883-6400 |
| 13 | Facsimile:  (310) 883-6500 |
|    | Email:  swynn@cooley.com |
| 14 |         mmcmahon@cooley.com |
| 15 |         rtarneja@cooley.com |
|    |         amayhugh@cooley.com |
| 16 |         jdrobertson@cooley.com |
| 17 | |
|    | *Attorneys for Plaintiffs* |
| 18 | |

1.

**PROOF OF SERVICE**
**CASE NO. 2:18-CV-05741 DMG PLA**

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

- APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DOCUMENTS SUBMITTED IN CONNECTION WITH PLAINTIFFS' REQUEST TO FILE ADVISAL PENDING ISSUANCE OF PRELIMINARY INJUNCTION

[x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

JEFFREY B. CLARK                                   Attorneys for Defendants
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation

U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
andrew.insenga@usdoj.gov
Anthony.Messuri@usdoj.gov
benjamin.m.moss2@usdoj.gov
Daniel.Shieh@usdoj.gov
david.pinchas@usdoj.gov
ernesto.h.molina@usdoj.gov
jeffrey.robins@usdoj.gov
jonathan.k.ross@usdoj.gov
michael.heyse@usdoj.gov
nancy.k.canter@usdoj.gov
russell.verby@usdoj.gov
scott.g.stewart@usdoj.gov
sherry.soanes@usdoj.gov
steven.stassi@usdoj.gov
yamileth.g.davila@usdoj.gov

Executed on July 18, 2022, at Los Angeles, California.

*Marcie Araujo*
Marcie Araujo

272287479 v1