CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 290-1642
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | No. 2:18-CV-05741 DMG PLA<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE ADVISAL PENDING ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       jmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
   cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
   mmcmahon@cooley.com
   rtarneja@cooley.com
   amayhugh@cooley.com
   jdrobertson@cooley.com

*Attorneys for Plaintiffs*

On April 1, 2022, the parties filed separate statements and proposed preliminary injunction orders as directed by the Court's Order on the parties' Cross-Motions for Summary Judgment.  *See* ECF Nos. 376 (order), 379-1 (Plaintiffs' proposed order), 380-1 (Defendants' proposed order).  Plaintiffs respectfully seek leave to file the attached submission to advise the Court of ongoing issues facing unnamed Class Members pending issuance of the Court's forthcoming preliminary injunction order.  *See* Exhibit A attached hereto (Plaintiffs' Advisal Pending Issuance of Preliminary Injunction).

This request is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 13, 2022.  On July 15, 2022, Defendants advised Plaintiffs of the following:  "At this time Defendants take no position on Plaintiffs' motion for leave to file, and reserve the right to respond to the motion if warranted after it is filed.  If the Court grants Plaintiffs' motion for leave to file, Defendants ask for at least 30 days to file a response to Plaintiffs' supplemental brief."  Plaintiffs do not object to Defendants' request to respond to any Advisal Pending Issuance of Preliminary Injunction that Plaintiffs are permitted to file.  However, Plaintiffs request Defendants be allowed to file a response in the time permitted under code.

Dated:  July 18, 2022                    Respectfully submitted,

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Cooley LLP
Email: swynn@cooley.com
Attorneys for Plaintiffs