UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[PROPOSED] ORDER RE PLAINTIFFS' REQUEST FOR LEAVE TO FILE ADVISAL PENDING ISSUANCE OF PRELIMINARY INJUNCTION**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

Having read and considered Plaintiffs' (1) Request for Leave to File Advisal Pending Issuance of Preliminary Injunction ("Request"); (2) the Advisal Pending Issuance of Preliminary Injunction attached thereto as Attachment A; (3) any papers filed by Defendants in response to the Request; and (4) the documents in both their redacted and unredacted form, the Court hereby **GRANTS** Plaintiffs Request.

**IT IS SO ORDERED**.

Dated: _____, 2022

Hon. Dolly M. Gee
United States District Court Judge