CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*, | Case No. 2:18-CV-05741-DMG |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |
| XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services; *et al.*, | |
| Defendants. | |

1 | *Counsel for Plaintiffs, continued*

2 | UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
3 | HOLLY S. COOPER (197626)
   | Co-Director, Immigration Law Clinic
4 | CARTER C. WHITE (164149)
5 | Director, Civil Rights Clinic
   | JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
6 | One Shields Ave. TB 30
7 | Davis, CA 95616
   | Telephone: (530) 754-4833
8 | Email: hscooper@ucdavis.edu
9 |        ccwhite@ucdavis.edu
   |        jmulligan@ucdavis.edu
10 |
   | NATIONAL CENTER FOR YOUTH LAW
11 | NEHA DESAI (CAL. RLSA NO. 803161)
12 | POONAM JUNEJA (300848)
   | FREYA PITTS (295878)
13 | MISHAN WROE (299296)
14 | MELISSA ADAMSON (319201)
   | 1212 Broadway, Suite 600
15 | Oakland, CA 94612
16 | Telephone: (510) 835-8098
   | Email:  ndesai@youthlaw.org
17 |         pjuneja@youthlaw.org
18 |         fpitts@youthlaw.org
   |         mwroe@youthlaw.org
19 |         madamson@youthlaw.org

| | |
|---|---|
| 1 | NATIONAL CENTER FOR YOUTH LAW |
| 2 | BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice* |
| 3 | CRYSTAL ADAMS (308638) |
|  | 712 H Street NE, DPT #32020 |
| 4 | Washington, DC 20002 |
| 5 | Telephone: (202) 868-4785 |
|  | Email: bshum@youthlaw.org |
| 6 | cadams@youthlaw.org |
| 7 | COOLEY LLP |
|  | SUMMER J. WYNN (240005) |
| 8 | MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 9 | REBECCA L. TARNEJA (293461) |
|  | ALEXANDRA R. MAYHUGH (300446) |
| 10 | JAMIE D. ROBERTSON (326003) |
| 11 | 1333 2nd Street, Suite 400 |
|  | Santa Monica, CA  90401 |
| 12 | Telephone: (310) 883-6400 |
| 13 | Facsimile:  (310) 883-6500 |
|  | Email: swynn@cooley.com |
| 14 | mmcmahon@cooley.com |
| 15 | rtarneja@cooley.com |
|  | amayhugh@cooley.com |
| 16 | jdrobertson@cooley.com |
| 17 |  |
|  | *Attorneys for Plaintiffs* |
| 18 |  |

<h1 style="text-align:center"><u>PROOF OF SERVICE</u></h1>
<b>(FRCP 5)</b>

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

- PLAINTIFFS' REQUEST FOR LEAVE TO FILE ADVISAL PENDING ISSUANCE OF PRELIMINARY INJUNCTION

[X] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

| | |
|---|---|
| JEFFREY B. CLARK<br>Acting Assistant Attorney General<br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br>ERNESTO H. MOLINA, JR.<br>Deputy Director<br>CHRISTOPHER A. BATES<br>Senior Counsel to the Assistant Attorney General<br>W. DANIEL SHIEH<br>BENJAMIN M. MOSS<br>Senior Litigation Counsel<br>NANCY K. CANTER<br>ANTHONY J. MESSURI<br>JONATHAN K. ROSS<br>Trial Attorneys<br>Office of Immigration Litigation<br>U.S. Department of Justice | Attorneys for Defendants |

P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-9802
Emails:
andrew.insenga@usdoj.gov
Anthony.Messuri@usdoj.gov
benjamin.m.moss2@usdoj.gov
Daniel.Shieh@usdoj.gov
david.pinchas@usdoj.gov
ernesto.h.molina@usdoj.gov
jeffrey.robins@usdoj.gov
jonathan.k.ross@usdoj.gov
michael.heyse@usdoj.gov
nancy.k.canter@usdoj.gov
russell.verby@usdoj.gov
scott.g.stewart@usdoj.gov
sherry.soanes@usdoj.gov
steven.stassi@usdoj.gov
yamileth.g.davila@usdoj.gov

Executed on July 18, 2022, at Los Angeles, California.

*Marcie Araujo*
Marcie Araujo

272288034 v1