1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services; *et al.*,<br><br>          Defendants. | Case No.  2:18-CV-05741-DMG<br><br>**NOTICE OF ERRATA OF ERRONEOUSLY FILED DOCUMENT DOCKET NO. 383**<br><br>Complaint Filed:  June 29, 2018<br>Judge: Hon. Dolly M. Gee |

| | |
|---|---|
| 1 | *Counsel for Plaintiffs, continued* |
| 2 | UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW |
| 3 | HOLLY S. COOPER (197626) |
| | Co-Director, Immigration Law Clinic |
| 4 | CARTER C. WHITE (164149) |
| 5 | Director, Civil Rights Clinic |
| | JONATHAN P. MULLIGAN (CAL RLSA NO. 803383) |
| 6 | One Shields Ave. TB 30 |
| 7 | Davis, CA 95616 |
| | Telephone: (530) 754-4833 |
| 8 | Email: hscooper@ucdavis.edu |
| 9 | ccwhite@ucdavis.edu |
| | jmulligan@ucdavis.edu |
| 10 | |
| 11 | NATIONAL CENTER FOR YOUTH LAW |
| | NEHA DESAI (CAL. RLSA NO. 803161) |
| 12 | POONAM JUNEJA (300848) |
| 13 | FREYA PITTS (295878) |
| | MISHAN WROE (299296) |
| 14 | MELISSA ADAMSON (319201) |
| 15 | 1212 Broadway, Suite 600 |
| | Oakland, CA 94612 |
| 16 | Telephone: (510) 835-8098 |
| 17 | Email: ndesai@youthlaw.org |
| | pjuneja@youthlaw.org |
| 18 | fpitts@youthlaw.org |
| | mwroe@youthlaw.org |
| 19 | madamson@youthlaw.org |

1.

NOTICE OF ERRATA OF ERRONEOUSLY
FILED DOCUMENT DOCKET NO. 383
CV 2:18-CV-05741

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com

*Attorneys for Plaintiffs*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs hereby submit this Notice of Errata regarding the document titled "Application for Leave to File Under Seal Portions of Documents Submitted in Connection with Plaintiffs' Request to File Advisal Pending Issuance of Preliminary Injunction", bearing Docket Number 383. This document was inadvertently filed twice. The correct Application is properly filed at Docket Number 384.

Dated:   July 19, 2022                COOLEY LLP

*/s/ Summer J. Wynn*
Summer J. Wynn
Attorneys for Plaintiffs
Email:  swynn@cooley.com