1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  CARLOS R. HOLGUIN (90754)
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.email

5  *Attorneys for Plaintiffs*

6  *Additional counsel listed on following page*

7

8              UNITED STATES DISTRICT COURT

9     CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10

11  LUCAS R., *et al.*,                     Case No.  2:18-CV-05741-DMG

12              Plaintiffs,                 **PROOF OF SERVICE**

13       v.                                 Complaint Filed:  June 29, 2018
                                            Judge: Hon. Dolly M. Gee
14  XAVIER BECERRA, Secretary of U.S.
    Department of Health and Human
15  Services; *et al.*,

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    *Counsel for Plaintiffs, continued*

2    UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW

3    HOLLY S. COOPER (197626)
     Co-Director, Immigration Law Clinic
4    CARTER C. WHITE (164149)
5    Director, Civil Rights Clinic
     JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
6    One Shields Ave. TB 30
7    Davis, CA 95616
     Telephone: (530) 754-4833
8    Email: hscooper@ucdavis.edu
9            ccwhite@ucdavis.edu
             jmulligan@ucdavis.edu
10
     NATIONAL CENTER FOR YOUTH LAW
11   NEHA DESAI (CAL. RLSA NO. 803161)
12   POONAM JUNEJA (300848)
     FREYA PITTS (295878)
13   MISHAN WROE (299296)
14   MELISSA ADAMSON (319201)
     1212 Broadway, Suite 600
15   Oakland, CA 94612
16   Telephone: (510) 835-8098
     Email:  ndesai@youthlaw.org
17           pjuneja@youthlaw.org
18           fpitts@youthlaw.org
             mwroe@youthlaw.org
19           madamson@youthlaw.org

20

21

22

23

24

25

26

27

28

1  NATIONAL CENTER FOR YOUTH LAW

2  BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
   CRYSTAL ADAMS (308638)

3  712 H Street NE, DPT #32020

4  Washington, DC 20002
   Telephone: (202) 868-4785

5  Email:  bshum@youthlaw.org
           cadams@youthlaw.org

6

7  COOLEY LLP
   SUMMER J. WYNN (240005)

8  MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)

9  REBECCA L. TARNEJA (293461)
   ALEXANDRA R. MAYHUGH (300446)

10 JAMIE D. ROBERTSON (326003)

11 1333 2nd Street, Suite 400
   Santa Monica, CA  90401

12 Telephone: (310) 883-6400

13 Facsimile:  (310) 883-6500
   Email:  swynn@cooley.com

14         mmcmahon@cooley.com

15         rtarneja@cooley.com
           amayhugh@cooley.com

16         jdrobertson@cooley.com

17
   *Attorneys for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**
**(FRCP 5)**

I am a citizen of the United States and a resident of the State of California.  I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action.  My business address is Cooley LLP, 4401 Eastgate Mall, San Diego, California 92121.  On the date set forth below I served the documents described below in the manner described below:

- **NOTICE OF ERRATA OF ERRONEOUSLY FILED DOCUMENT DOCKET NO. 383**

☒   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

JEFFREY B. CLARK                                          Attorneys for Defendants
Acting Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR.
Deputy Director
CHRISTOPHER A. BATES
Senior Counsel to the Assistant Attorney General
W. DANIEL SHIEH
BENJAMIN M. MOSS
Senior Litigation Counsel
NANCY K. CANTER
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation

PROOF OF SERVICE
CASE NO. 2:18-CV-05741 DMG PLA

1  U.S. Department of Justice
2  P.O. Box 878, Ben Franklin Station
   Washington, D.C. 20044
3  Telephone: (202) 305-9802
4  Emails:
            andrew.insenga@usdoj.gov
5           Anthony.Messuri@usdoj.gov
            benjamin.m.moss2@usdoj.gov
6           Daniel.Shieh@usdoj.gov
7           david.pinchas@usdoj.gov
            ernesto.h.molina@usdoj.gov
8           jeffrey.robins@usdoj.gov
9           jonathan.k.ross@usdoj.gov
            michael.heyse@usdoj.gov
10          nancy.k.canter@usdoj.gov
11          russell.verby@usdoj.gov
            scott.g.stewart@usdoj.gov
12          sherry.soanes@usdoj.gov
            steven.stassi@usdoj.gov
13          yamileth.g.davila@usdoj.gov
14

15
        Executed on July 19, 2022, at Los Angeles, California.
16

17
                                                   *Marcie Araujo*
18                                          _____
                                                   Marcie Aráujo
19  272288034 v1

20

21

22

23

24

25

26

27

28

                                     3