CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

LUCAS R., et al.,

Plaintiffs,

v.

XAVIER BECERRA, et al.,

Defendants.

Case No. 2:18-CV-05741 DMG PLA

**JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE**

Complaint Filed: June 29, 2018
Pretrial Conference Date: Sept. 20, 2022
Trial Date: Nov. 1, 2022
Judge: Hon. Dolly M. Gee

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu
jmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org
pjuneja@youthlaw.org
fpitts@youthlaw.org
mwroe@youthlaw.org
madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email: bshum@youthlaw.org
cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
mmcmahon@cooley.com
rtarneja@cooley.com
amayhugh@cooley.com
jdrobertson@cooley.com
*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER (263198)
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202-616-9344)
ernesto.h.molina@usdoj.gov
*Attorneys for Official-Capacity Defendants*

WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, on January 27, 2022, the Parties filed a Joint Status Report with a proposed revised pretrial and trial schedule based on a proposed trial date of November 1, 2022 (ECF No. 371);

WHEREAS, on January 31, 2022, the Court found good cause for the requested continuances and approved the Parties' Joint Status Report to continue pretrial and trial dates (ECF No. 374);

WHEREAS, on March 11, 2022, the Court granted in part and denied in part the Parties' cross-motions for summary judgment and directed the parties to submit a proposed preliminary injunction by April 1, 2022 (ECF No. 376), which the parties submitted (ECF Nos. 379, 381);

WHEREAS, the Parties await entry of the Court's preliminary injunction order, which may impact the claims presented at trial;

WHEREAS, since the beginning of 2022, the Parties have met and conferred on ten occasions to discuss settlement of Plaintiffs' causes of action relating to the Psychotropic Medications Class and Disability Class, and have exchanged numerous draft settlement agreements relating to both causes of action;

WHEREAS, as further evidence of the progress the Parties appear to be making on settling certain of the remaining claims set for trial, the Parties have scheduled a two-day mediation at Plaintiffs' counsel's office in Washington, D.C. with a private mediator on August 31, 2022 and September 1, 2022;

WHEREAS, the Parties believe that successful settlement of Plaintiffs' causes of action relating to the Psychotropic Medications Class and Disability Class may result in resolution of the remaining causes of action without a trial;

WHEREAS, in the event the matter does not settle, the Parties anticipate that they

will seek leave to complete an additional Fed. R. Civ. P. 30(b)(6) deposition;

WHEREAS, under the current schedule, the deadline to file motions in limine is Friday, August 5, 2022 with other deadlines following thereafter and leading up to a trial date of November 1, 2022 (ECF No. 374);

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court adjust the current schedule as follows, or as the Court's calendar permits:

| **PROPOSED SCHEDULE** | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 11-01-22 at 9:30 a.m. | 05-23-23 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 09-20-22 at 2:00 p.m. | 04-11-23 at 2:00 p.m. |

| **Matter** | **Vacated Date** | **Proposed New Date** |
|---|---|---|
| Motions in Limine Filing Deadline | 08-05-22 | 02-24-23 |
| Opposition to Motion in Limine Filing Deadline | 08-19-22 | 03-10-23 |
| | | |
| Proposed Pretrial Conference Order | 09-09-22 | 03-31-23 |
| Pretrial Exhibit Stipulation | 09-09-22 | 03-31-23 |
| Joint Exhibit List | 09-09-22 | 03-31-23 |

| Witness Lists & Joint Trial Witness Time Estimate Form | 09-09-22 | 03-31-23 |
|---|---|---|
| Witness Declarations or Marked Depositions | 09-16-22 | 04-07-23 |
| Objections to Witness Declarations/Marked Depositions | 10-18-22 | 05-05-23 |
| Proposed Findings of Fact and Conclusions of Law | 09-16-22 | 04-07-23 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-18-22 | 05-05-23 |

FURTHER, if the Court is not inclined to adjust the current schedule as detailed above, the Parties request the Court schedule a status conference to permit the Parties to be heard on scheduling issues.

IT IS SO STIPULATED AND AGREED:

Dated: July 22, 2022

COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (2400056)
Attorneys for Plaintiffs
Email: swynn@cooley.com

Dated: July 22, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

By: */s/ Ernesto H. Molina*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Email: Ernesto.h.molina@usdoj.gov
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY CANTER
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Official-Capacity Defendants

**CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: July 22, 2022

COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com