UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE** <br><br> Complaint Filed: June 29, 2018 <br> Pretrial Conference Date: Sept. 20, 2022 <br> Trial Date: Nov. 1, 2022 <br> Judge: Hon. Dolly M. Gee |

1  Having read and considered the Parties' Joint Stipulation and Request to
2  Continue Pretrial and Trial Schedule, and for good cause appearing, the Court hereby
3  APPROVES the Stipulation and ADOPTS the following amended case schedule:

| Matter | Previous Date | New Date |
|---|---|---|
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 11-01-22 at 9:30 a.m. | 05-23-23 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 09-20-22 at 2:00 p.m. | 04-11-23 at 2:00 p.m. |

| Matter | Previous Date | New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 08-05-22 | 02-24-23 |
| Opposition to Motion in Limine Filing Deadline | 08-19-22 | 03-10-23 |
| | | |
| Proposed Pretrial Conference Order | 09-09-22 | 03-31-23 |
| Pretrial Exhibit Stipulation | 09-09-22 | 03-31-23 |
| Joint Exhibit List | 09-09-22 | 03-31-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 09-09-22 | 03-31-23 |
| Witness Declarations or Marked Depositions | 09-16-22 | 04-07-23 |
| Objections to Witness Declarations/Marked Depositions | 10-18-22 | 05-05-23 |

| Proposed Findings of Fact and Conclusions of Law | 09-16-22 | 04-07-23 |
|---|---|---|
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-18-22 | 05-05-23 |

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE