UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants. | Case No.  CV 18-5741-DMG (PLAx) <br><br> **ORDER APPROVING JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE [388]** |

Having read and considered the Parties' Joint Stipulation and Request to Continue Pretrial and Trial Schedule, and for good cause appearing, the Court hereby **APPROVES** the Stipulation and **ADOPTS** the following amended case schedule:

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 11-01-22 at 9:30 a.m. | 05-23-23 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 09-20-22 at 2:00 p.m. | 04-11-23 at 2:00 p.m. |

| Matter | Vacated Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 08-05-22 | 02-24-23 |
| Opposition to Motion in Limine Filing Deadline | 08-19-22 | 03-10-23 |
| | | |
| Proposed Pretrial Conference Order | 09-09-22 | 03-31-23 |
| Pretrial Exhibit Stipulation | 09-09-22 | 03-31-23 |
| Joint Exhibit List | 09-09-22 | 03-31-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 09-09-22 | 03-31-23 |
| Witness Declarations or Marked Depositions | 09-16-22 | 04-07-23 |

| Objections to Witness Declarations/Marked Depositions | 10-18-22 | 05-05-23 |
|---|---|---|
| Proposed Findings of Fact and Conclusions of Law | 09-16-22 | 04-07-23 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-18-22 | 05-05-23 |

The parties shall comply with the Court's Scheduling and Case Management Order [Doc. # 151], except to the extent modified herein.

**IT IS SO ORDERED.**

DATED: July 26, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE