CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, et al.,<br><br>    Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**PLAINTIFFS' REQUEST FOR DECISION ON PARTIES' PROPOSED PRELIMINARY INJUNCTIONS RE CROSS-MOTIONS FOR SUMMARY JUDGMENT (DKTS. 379 AND 381.)**<br><br>Complaint Filed: June 29, 2018<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
 ccwhite@ucdavis.edu
 jmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org
 pjuneja@youthlaw.org
 fpitts@youthlaw.org
 mwroe@youthlaw.org
 madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
         cadams@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
         mmcmahon@cooley.com
         rtarneja@cooley.com
         amayhugh@cooley.com
         jdrobertson@cooley.com

*Attorneys for Plaintiffs*

Local Rule 83-9 of the Central District of California provides that where a submitted matter does not have a decision rendered and filed within 120 days after submission, the parties are required to file a "joint request that such decision be made[.]" This filing is intended to satisfy the Plaintiffs' obligation[1] under that rule with respect to the parties' proposed preliminary injunction orders (Dkts. 379 and 381) which were filed pursuant to the Court's order on the parties' cross-motions for summary judgment (Dkt. 376).

The Court issued its order on the parties' cross-motions for summary judgment on March 11, 2022 ("Order"). (Dkt. 376.) In its Order, the Court directed the parties to meet and confer and submit a proposed preliminary injunction order consistent with the Order by April 1, 2022. The parties met and conferred but were unable to reach agreement on a proposed preliminary injunction order. On April 1, 2022, the parties submitted separate proposed preliminary injunction orders for the Court's consideration. (*See* Dkts. 379, 380, 381.) Accordingly, more than 120 days have passed since the proposed preliminary injunction orders were submitted.

Respectfully submitted.

---

[1] Defendants declined to join this request, noting "Defendants do not believe the language [of L.R. 83-9.2] applies because the [C]ourt has issued a decision on the matter submitted (*i.e.*, the decision on cross motions for partial summary judgment)." Plaintiffs respectfully disagree with Defendants' interpretation of the Local Rule; accordingly, Plaintiffs make this filing.

|   |   |
|---|---|
| Dated:  August 5, 2022 | COOLEY LLP |
|  | By: */s/ Summer J. Wynn*<br>Summer J. Wynn (2400056)<br>Attorneys for Plaintiffs<br>Email:  swynn@cooley.com |