UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br>    Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br>    Defendants. | Case No. CV 18-5741-DMG (PLAx) <br><br> **ORDER RE PLAINTIFFS' SEALING APPLICATIONS AND REQUEST FOR LEAVE TO FILE ADVISAL PENDING ISSUANCE OF PRELIMINARY INJUNCTION AND REQUEST FOR RULING [383] [384] [386] [390]** |

The Court having issued a preliminary injunction pursuant to its March 11, 2022 Order on the Parties' Cross-Motions for Summary Judgment, Plaintiffs' Request for Leave to File Advisal Pending Issuance of Preliminary Injunction is **DENIED as moot**. Because the Court did not rely on the documents Plaintiffs wished to file under seal in reaching its ruling, Plaintiffs' Applications to file under seal portions of the Request for Leave to File Advisal are also **DENIED as moot**. Plaintiffs' Request for a Decision pursuant to Local Rule 83-9.2 is **DENIED as moot**.

**IT IS SO ORDERED**.

DATED: August 30, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE