CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **JOINT STIPULATION TO CORRECT PRELIMINARY INJUNCTION ORDER (DKT. 391) PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(a)** <br><br> Complaint Filed: June 29, 2018 <br> Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email:  hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        jmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (OR. BAR NO. 961146), *admitted pro hac vice*
CRYSTAL ADAMS (308638)
712 H Street NE, DPT #32020
Washington, DC 20002
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org
        cadams@youthlaw.org

| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | SUMMER J. WYNN (240005) |
|   | MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*) |
| 3 | REBECCA L. TARNEJA (293461) |
| 4 | ALEXANDRA R. MAYHUGH (300446) |
|   | JAMIE D. ROBERTSON (326003) |
| 5 | 1333 2nd Street, Suite 400 |
| 6 | Santa Monica, CA 90401 |
|   | Telephone: (310) 883-6400 |
| 7 | Facsimile:  (310) 883-6500 |
| 8 | Email:  swynn@cooley.com |
|   |         mmcmahon@cooley.com |
| 9 |         rtarneja@cooley.com |
| 10 |        amayhugh@cooley.com |
|    |        jdrobertson@cooley.com |
| 11 | |
| 12 | *Attorneys for Plaintiffs* |
| 13 | |
| 14 | BRIAN M. BOYNTON |
|    | Principal Deputy Assistant Attorney General |
| 15 | Civil Division |
| 16 | ERNESTO H. MOLINA, JR. (181304) |
|    | Deputy Director |
| 17 | SARAH S. WILSON |
| 18 | Assistant Director |
|    | BENJAMIN MARK MOSS |
| 19 | NANCY K. CANTER (263198) |
| 20 | Senior Litigation Counsel |
|    | JONATHAN K. ROSS |
| 21 | ANTHONY J. MESSURI |
| 22 | Trial Attorneys |
|    | Office of Immigration Litigation |
| 23 | Civil Division, U.S. Department of Justice |
| 24 | P.O. Box 878 |
|    | Ben Franklin Station |
| 25 | Washington, D.C. 20044 |
| 26 | Telephone: (202-616-9344) |
|    | ernesto.h.molina@usdoj.gov |
| 27 | |
| 28 | *Attorneys for Official-Capacity Defendants* |

1     WHEREAS, on August 30, 2022, the Court issued a Preliminary Injunction Order ("Original Order") in the above-captioned action (Dkt. 391);

     WHEREAS, under Federal Rule of Civil Procedure 60(a), "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record";

     WHEREAS, the Ninth Circuit has further recognized that "Rule 60(a)'s touchstone is fidelity to the intent behind the original judgment," *Garamendi v. Henin*, 683 F.3d 1069, 1078 (9th Cir. 2012);

     WHEREAS, the Parties have identified two clerical errors in paragraph 7.g of the Unfit Custodian Class section of the Original Order and submit herewith a proposed modification of the Original Order ("Proposed Order");

     WHEREAS, the Proposed Order changes the cross-reference in paragraph 7.g from "the time frame described in paragraph 9.c" to "the time frame described in paragraph 7.c." The Original Order does not contain a paragraph 9.c, and the Parties believe that the Court intended to cross reference paragraph 7.c, which provides the timeframe for the appeals process addressed in that paragraph;

     WHEREAS, the Proposed Order strikes the statutory citation in paragraph 7.g of the Unfit Custodian Class section as follows: "ORR shall inform the proposed sponsor and the minor of any right ~~under 8 U.S.C. § 1232(c)(6) (if any)~~ to seek review of an adverse decision in the United States District Court." The cited statutory section references independent child advocates, not the right to seek judicial review, and appears to be the result of Plaintiffs' inadvertent inclusion of the same statutory section in the proposed order Plaintiffs submitted on April 1, 2022 (Dkt. 379-1) (Plaintiffs apologize to the Court for the mistake);

     WHEREAS, by submitting this stipulation, the Parties do not intend to waive any objections to the Original Order or the Proposed Order, nor waive their ability to seek relief from the Original Order or the Proposed Order under Federal Rule of Appellate Procedure 4;

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court modify paragraph 7.g of the Original Order to read:

> "Upon making a decision to reverse or uphold the decision denying release to the proposed sponsor, the neutral, detached decision-maker shall issue a written decision, either ordering release to the proposed sponsor or denying release to the proposed sponsor within the timeframe described in paragraph 7.c. If the decision-maker denies release to the proposed sponsor, the decision must set forth detailed, specific, and individualized reasoning for the decision. ORR shall also notify the minor and the minor's attorney of the denial. ORR shall inform the proposed sponsor and the minor of any right to seek review of an adverse decision in the United States District Court."

IT IS SO STIPULATED AND AGREED:

Dated:  September 20, 2022          COOLEY LLP

By: /s/ *Summer J. Wynn*
Summer J. Wynn (2400056)
Attorneys for Plaintiffs
Email:  swynn@cooley.com

Dated: September 20, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

By: */s/ Ernesto H. Molina*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Email: Ernesto.h.molina@usdoj.gov
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY CANTER
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Official-Capacity Defendants

### CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: September 20, 2022

COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com