UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br>          Plaintiffs, <br><br>     v. <br><br> XAVIER BECERRA, et al., <br><br>          Defendants. | Case No.  CV 18-5741-DMG (PLAx) <br><br> **ORDER MODIFYING PRELIMINARY INJUNCTION [393]** |

| | |
|---|---|
| 1 | Having read and considered the Parties' Joint Stipulation to Correct the Preliminary Injunction Order [Doc. # 393], and finding that the proposed modifications give effect to the Court's intent in issuing the Preliminary Injunction Order, the Court hereby **APPROVES** the Stipulation and **MODIFIES** paragraph 7.g of the Unfit Custodian Class section of the Preliminary Injunction Order [Doc. # 391 at 5-6] to read: |

> Upon making a decision to reverse or uphold the decision denying release to the proposed sponsor, the neutral, detached decision-maker shall issue a written decision, either ordering release to the proposed sponsor or denying release to the proposed sponsor within the timeframe described in paragraph 7.c. If the decision-maker denies release to the proposed sponsor, the decision must set forth detailed, specific, and individualized reasoning for the decision. ORR shall also notify the minor and the minor's attorney of the denial. ORR shall inform the proposed sponsor and the minor of any right to seek review of an adverse decision in the United States District Court.

**IT IS SO ORDERED.**

DATED: September 27, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE