BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
SARAH WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER
Senior Litigation Counsel
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4700
Sarah.s.wilson@usdoj.gov
Counsel for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>  *Plaintiffs*,<br><br> v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>  *Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br>**NOTICE OF APPEARANCE**<br><br>Honorable Dolly M. Gee<br>United States District Judge |

Please take notice that Sarah Wilson enters her appearance on behalf of all Defendants in the above captioned matter.

Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General

ERNESTO H. MOLINA, JR. (181304)
Deputy Director

/s/Sarah Wilson
SARAH WILSON
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4700
Sarah.s.wilson@usdoj.gov

Counsel for Defendants

1
2
3  **CERTIFICATE OF SERVICE**
4
5      I hereby certify that on October 25, 2022, I electronically transmitted the
6  forgoing document to the Clerk for the United States District Court for the Central
7  District of California using the CM/ECF system.  I further certify that all
8  participants in the case are registered CM/ECF users and that service will be
9  accomplished through the CM/ECF system.
10
11                                          Respectfully submitted,
12
13                                          */s/ Sarah Wilson*
                                         SARAH WILSON
14                                          United States Department of Justice
15
16
17
18
19
20
21
22
23
24
25
26
27
28