BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
SARAH WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER (263198)
Senior Litigation Counsel
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4700
Sarah.s.wilson@usdoj.gov

Counsel for Defendants

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**DEFENDANTS' *EX PARTE* APPLICATION FOR 30-DAY EXTENSION OF THE DEADLINE FOR COMPLYING WITH THE PRELIMINARY INJUNCTION ORDER (ECF 391)**<br><br>Honorable Dolly M. Gee<br>United States District Judge |

Defendants Alex Azar, Secretary of the Department of Health and Human Services, and E. Scott Lloyd, Director of the Office of Refugee Resettlement (ORR) of the U.S. Department of Health & Human Services, submit this *ex parte* application, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and Local Rule 7-19, for a thirty-day extension of the deadline for complying with the preliminary injunction order (ECF 391). In support of the application, Defendants submit a memorandum of points and authorities, a declaration from Laura Kiesler, Acting Director of the Division of Unaccompanied Children Operations, and a declaration from Sarah Wilson, counsel for the Defendants.

Although Defendants acknowledge that "noticed motion procedures are so critical," *ex parte* relief is warranted here. *Hamilton v. Wal-Mart Stores, Inc.*, No. EDCV1701415ABKKX, 2018 WL 2558462, at *1 (C.D. Cal. Feb. 6, 2018) (citing *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 490 (C.D. Cal. 1995)). Defendants seek *ex parte* relief from the imminent compliance deadline. Defendants will be irreparably prejudiced if the extension motion is heard under regular noticed motion procedures as nearly all of the requested extension period will lapse before briefing is completed on the motion. As set forth in the attached memorandum and declarations, Defendants have taken all appropriate steps to meet the compliance deadline, and, as a result, are prepared to issue new and revised policies implementing the preliminary injunction by the current deadline. However, the scope and nature of the policy changes have lead ORR to conclude that these changes are more effectively implemented alongside a training program, which ORR anticipates completing over the next thirty days.

Pursuant to Local Rule 7-19.1, on October 21, 2022, Defendants informed counsel for Plaintiffs of the date and substance of this application. On October 24, 2022, Counsel for Plaintiffs indicated that they oppose the motion. Plaintiffs requested that their emails be included with the motion (attached to Exhibit A,

Declaration of Sarah Wilson). Plaintiffs also asked that their position be presented as follows:

> (1) that Plaintiffs believe an ex parte application improper, *see Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488 (C.D. Cal. 1995); (2) that Plaintiffs have offered to meet and confer with Defendants in a good faith effort to resolve concerns regarding the disclosure of information regarding class members to Category 2 custodians who might harm or neglect them; and (3) that Plaintiffs respectfully request five business days from filing within which to respond to Defendants' ex parte application.

Unless the Court temporarily halts the compliance deadline for consideration of this motion, Defendants respectfully oppose Plaintiffs' request for five business days to respond to the motion as it would extend briefing beyond the current compliance deadline of October 31, and is unnecessary in light of the simplicity of the underlying extension motion. For the reasons set forth in the attached memorandum and declarations, Defendants request that the application for *ex parte* relief be granted and the compliance deadline extended by 30 days.

                               Respectfully submitted,

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
BENJAMIN MARK MOSS
NANCY K. CANTER (263198)
Senior Litigation Counsel
ANTHONY J. MESSURI
JONATHAN K. ROSS
Trial Attorneys

/s/Sarah Wilson
SARAH WILSON
Assistant Director
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (202) 532-4700
Sarah.s.wilson@usdoj.gov

Counsel for Defendants

**STATEMENT OF IDENTITY OF OPPOSING COUNSEL**

Under L.R. 7-19, contact information for Plaintiffs' counsel is as follows:

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
MONICA J. JULIAN (265075)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu
         mjulian@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
LEECIA WELCH (208741)
NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
         ndesai@youthlaw.org
         pjuneja@youthlaw.org
         fpitts@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
CRYSTAL ADAMS (308638)
BRENDA SHUM
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email:  cadams@youthlaw.org
         bshum@youthlaw.org

```
COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAYME B. STATEN (317034)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jstaten@cooley.com
```

     Respectfully submitted,

    */s/ Sarah Wilson*
    SARAH WILSON
    United States Department of Justice

///

///

///

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2022, I electronically transmitted the forgoing document to the Clerk for the United States District Court for the Central District of California using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

Respectfully submitted,

*/s/ Sarah Wilson*
SARAH WILSON
United States Department of Justice