# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>Alex M. Azar,<br>Secretary of U.S. Dep't of Health and Human Services, *et al*.<br><br>   *Defendants*. | Case No.: 18-cv-05741-DMG-PLA<br><br>**[PROPOSED] ORDER ON DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR 30-DAY EXTENSION OF THE DEADLINE FOR COMPLYING WITH THE PRELIMINARY INJUNCTION ORDER (ECF 391)**<br><br>**HON. DOLLY M. GEE** |

1 THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for a 30-day extension of the deadline for complying with the Preliminary Injunction Order (ECF 391).

Good cause appearing therefore, the Court hereby GRANTS the application and ORDERS that the compliance deadline set forth in the Preliminary Injunction Order is extended from October 31, 2022, to November 30, 2022.

**IT IS SO ORDERED.**

DATED: October __, 2022.

                                                    _____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE