# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., et. al,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Alex M. Azar, Secretary of U.S. Dep't of Health and Human Services, et al.,<br><br>        Defendants. | Case No.: CV 18-5741-DMG (PLAx)<br><br>**ORDER GRANTING IN PART DEFENDANTS'** *EX PARTE* **APPLICATION FOR EXTENSION OF THE DEADLINE FOR COMPLYING WITH THE PRELIMINARY INJUNCTION ORDER [396]** |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application ("EPA") for a 30-day extension of the deadline for complying with the Preliminary Injunction Order [Doc. # 391].  Plaintiffs oppose the EPA.  [Doc. # 398.]

Good cause appearing therefor, the Court hereby **GRANTS in part** the application and ORDERS that the compliance deadline set forth in the Preliminary Injunction Order is extended **for 21 days** from October 31, 2022 to **November 21, 2022**.

**IT IS SO ORDERED.**

DATED:  October 28, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE