1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| LUCAS R., et al., | Case No. 2:18-CV-05741 DMG PLA |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE** |
| v. | |
| XAVIER BECERRA, et al., | Complaint Filed: June 29, 2018 |
| Defendants. | Pretrial Conference Date: April 11, 2023 |
| | Trial Date: May 23, 2023 |
| | Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu
        jmulligan@ucdavis.edu

NEHA DESAI (CAL. RLSA NO. 803161)
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org
        ddegramont@youthlaw.org

BRENDA SHUM (*ADMITTED PRO HAC VICE*)
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER (263198)
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9344
ernesto.h.molina@usdoj.gov

*Attorneys for Official-Capacity Defendants*

1  WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or

2  about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-

3  captioned action (ECF Nos. 1, 81);

4  WHEREAS, on March 11, 2022, the Court granted in part and denied in part the

5  Parties' cross-motions for summary judgment and directed the parties to submit a

6  proposed preliminary injunction by April 1, 2022 (ECF No. 376), which the parties

7  submitted (ECF Nos. 379, 381);

8  WHEREAS, on July 22, 2022, the Parties filed a Joint Stipulation and Request to

9  Continue Pretrial and Trial Schedule with a proposed revised pretrial and trial schedule

10  based on a proposed trial date of May 23, 2023 (ECF No. 388);

11  WHEREAS, on July 26, 2022, the Court found good cause for the requested

12  continuances and approved the Parties' Joint Stipulation and Request to Continue

13  Pretrial and Trial Schedule to continue pretrial and trial dates (ECF No. 389);

14  WHEREAS, on August 30, 2022, the Court issued a Preliminary Injunction Order

15  in the above-captioned action (ECF No. 391);

16  WHEREAS, on September 27, 2022, the Court modified the Preliminary

17  Injunction Order (ECF No. 394) per the Parties' Joint Stipulation to Correct the

18  Preliminary Injunction Order (ECF No. 393);

19  WHEREAS, the parties have participated in numerous meet and confer sessions

20  in addition to a series of formal, in-person, and telephonic mediations with a private

21  mediator to discuss settlement of Plaintiffs' causes of action relating to the Psychotropic

22  Medications Class and Disability Class, and have exchanged numerous draft settlement

23  agreements relating to both causes of action;

24  WHEREAS, subject to final approval by the Department of Justice, the Parties

25  have with the assistance of a private mediator reached tentative settlement agreements

26  to resolve the two causes of action relating to the Psychotropic Medications Class and

27  Disability Class;

28  / / /

WHEREAS, the Parties have committed to exploring settlement of the Legal Representation Class and have exchanged a draft settlement of that claim;

WHEREAS, the Parties believe there is a potential for settling Plaintiffs' remaining causes of action, thus resolving all remaining issues in this cause without a trial;

WHEREAS, under the current schedule, the deadline to file motions in limine is Friday, February 24, 2023 with other deadlines following thereafter and leading up to a trial date of May 23, 2023 (ECF No. 389);

NOW, THEREFORE, in light of the foregoing, and to permit the Parties sufficient time to finalize and obtain the requisite approval(s) of the relevant settlement agreements, the Parties stipulate and respectfully request that the Court adjust the current schedule as follows, or as the Court's calendar permits:

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 05-23-23 at 9:30 a.m. | 10-25-23 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 04-11-23 at 2:00 p.m. | 09-13-23 at 2:00 p.m. |

| Matter | Vacated Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 02-24-23 | 07-28-23 |
| Opposition to Motion in Limine Filing Deadline | 03-10-23 | 08-11-23 |
| Proposed Pretrial Conference Order | 03-31-23 | 09-01-23 |
| Pretrial Exhibit Stipulation | 03-31-23 | 09-01-23 |

| Matter | Vacated Date | Proposed New Date |
|---|---|---|
| Joint Exhibit List | 03-31-23 | 09-01-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 03-31-23 | 09-01-23 |
| Witness Declarations or Marked Depositions | 04-07-23 | 09-08-23 |
| Objections to Witness Declarations/Marked Depositions | 05-05-23 | 10-06-23 |
| Proposed Findings of Fact and Conclusions of Law | 04-07-23 | 09-08-23 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 05-05-23 | 10-06-23 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  IT IS SO STIPULATED AND AGREED:

2  Dated:  February 3, 2023

3  COOLEY LLP

4  By: */s/ Summer J. Wynn*

5  Summer J. Wynn (2400056)
   Attorneys for Plaintiffs

6  Email:  swynn@cooley.com

7

8  Dated:  February 3, 2023          BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General
   Civil Division

9

10 By: */s/ Ernesto H. Molina*
   ERNESTO H. MOLINA, JR. (181304)
11 Deputy Director
   Email: Ernesto.h.molina@usdoj.gov
   SARAH S. WILSON
12 Assistant Director
   BENJAMIN MARK MOSS
13 NANCY K. CANTER
   Senior Litigation Counsel
14 JONATHAN K. ROSS
   ANTHONY J. MESSURI
15 Trial Attorneys
   Office of Immigration Litigation
16 Civil Division
   U.S. Department of Justice
17 Attorneys for Official-Capacity Defendants

18

19

20

21

22

23

24

25

26

27

28