1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>XAVIER BECERRA, et al.,<br><br>        Defendants. | Case No.  2:18-CV-05741 DMG PLA<br><br>**[Proposed] Order Granting Joint Stipulation and Request to Continue Pretrial And Trial Schedule**<br><br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: April 11, 2023<br>Trial Date: May 23, 2023<br>Judge: Hon. Dolly M. Gee |

Having read and considered the Parties' Joint Stipulation and Request to Continue Pretrial and Trial Schedule, and for good cause appearing, the Court hereby APPROVES the Stipulation and ADOPTS the following amended case schedule:

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 05-23-23 at 9:30 a.m. | 10-25-23 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 04-11-23 at 2:00 p.m. | 09-13-23 at 2:00 p.m. |

| **Matter** | **Vacated Date** | **Proposed New Date** |
|---|---|---|
| Motions in Limine Filing Deadline | 02-24-23 | 07-28-23 |
| Opposition to Motion in Limine Filing Deadline | 03-10-23 | 08-11-23 |
| Proposed Pretrial Conference Order | 03-31-23 | 09-01-23 |
| Pretrial Exhibit Stipulation | 03-31-23 | 09-01-23 |
| Joint Exhibit List | 03-31-23 | 09-01-23 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 03-31-23 | 09-01-23 |
| Witness Declarations or Marked Depositions | 04-07-23 | 09-08-23 |
| Objections to Witness Declarations/Marked Depositions | 05-05-23 | 10-06-23 |

| Proposed Findings of Fact and Conclusions of Law | 04-07-23 | 09-08-23 |
|---|---|---|
| Mark Up of Opponent's Proposed Findings/Conclusions | 05-05-23 | 10-06-23 |

**IT IS SO ORDERED.**

Dated: _____, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE