CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUÍN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>XAVIER BECERRA, et al.,<br><br>　　　　Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE**<br><br>Complaint Filed: June 29, 2018<br>Pretrial Conference Date: September 13, 2023<br>Trial Date: October 25, 2023<br>Judge: Hon. Dolly M. Gee |

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       jmulligan@ucdavis.edu

POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
       fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org
       ddegramont@youthlaw.org

BRENDA SHUM (*ADMITTED PRO HAC VICE*)
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email: bshum@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com

*Attorneys for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER (263198)
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9344
ernesto.h.molina@usdoj.gov

*Attorneys for Official-Capacity Defendants*

1  WHEREAS, on or about June 29, 2018, Plaintiffs filed a Complaint, and on or about September 7, 2018, filed a First Amended Complaint ("FAC") in the above-captioned action (ECF Nos. 1, 81);

WHEREAS, on March 11, 2022, the Court granted in part and denied in part the Parties' cross-motions for summary judgment and directed the parties to submit a proposed preliminary injunction by April 1, 2022 (ECF No. 376), which the parties submitted (ECF Nos. 379, 381);

WHEREAS, on July 22, 2022, the Parties filed a Joint Stipulation and Request to Continue Pretrial and Trial Schedule with a proposed revised pretrial and trial schedule based on a proposed trial date of May 23, 2023 (ECF No. 388);

WHEREAS, on July 26, 2022, the Court found good cause for the requested continuances and approved the Parties' Joint Stipulation and Request to Continue Pretrial and Trial Schedule to continue pretrial and trial dates (ECF No. 389);

WHEREAS, on August 30, 2022, the Court issued a Preliminary Injunction Order in the above-captioned action (ECF No. 391);

WHEREAS, on September 27, 2022, the Court modified the Preliminary Injunction Order (ECF No. 394) per the Parties' Joint Stipulation to Correct the Preliminary Injunction Order (ECF No. 393);

WHEREAS, the Parties have participated in numerous meet and confer sessions in addition to a series of formal, in-person, and telephonic mediations with a private mediator to discuss settlement of Plaintiffs' causes of action relating to the Psychotropic Medications Class and Disability Class, and have exchanged numerous draft settlement agreements relating to both causes of action;

WHEREAS, on February 3, 2023, the Parties filed a Joint Stipulation and Request to Continue Pretrial and Trial Schedule with a proposed revised pretrial and trial schedule based on a proposed trial date of October 25, 2023 (ECF No. 402);

WHEREAS, on February 8, 2023, the Court found good cause for the requested continuances and approved the Parties' Joint Stipulation and Request to Continue

1  Pretrial and Trial Schedule to continue pretrial and trial dates (ECF No. 403);

2      WHEREAS, subject to final approval by the Department of Justice and agency
3  leadership, the Parties reached a tentative settlement agreement to resolve Plaintiffs'
4  Fourth Claim for Relief on behalf of the Legal Representation Class;

5      WHEREAS, with respect to the Psychotropic Medications and Disability
6  Classes, Defendants received final settlement approval from the Department of Justice
7  and agency leadership;

8      WHEREAS, once the Department of Justice and agency leadership give or
9  withhold their approval of the Legal Representation Class settlement agreement, the
10 Parties will present all approved Agreements (Psychotropic Medications and Disability,
11 and also, if applicable, Legal Representation) to the Court for approval;

12     WHEREAS, under the current schedule, the deadline to file motions in limine is
13 Friday, July 28, 2023, with other deadlines following thereafter and leading up to a trial
14 date of October 25, 2023 (ECF No. 403);

15     NOW, THEREFORE, in light of the foregoing, and to permit the Parties
16 sufficient time to finalize and obtain the requisite approval(s) of the relevant settlement
17 agreements, the Parties stipulate and respectfully request that the Court adjust the
18 current schedule as follows, or as the Court's calendar permits:

| PROPOSED SCHEDULE | | |
|---|---|---|
| **Matter** | **Vacated Date** | **Proposed New Date** |
| **TRIAL** [ x ] Court [ ] Jury<br>Duration Estimate: 1 week | 10-25-23 at 9:30 a.m. | 04-10-24 at 9:30 a.m. |
| **Final Pretrial Conference**<br>6 weeks prior | 09-13-23 at 2:00 p.m. | 02-28-24 at 2:00 p.m. |

| Matter | Vacated Date | Proposed New Date |
|---|---|---|
| Motions in Limine Filing Deadline | 07-28-23 | 01-12-24 |
| Opposition to Motion in Limine Filing Deadline | 08-11-23 | 01-26-24 |
| Proposed Pretrial Conference Order | 09-01-23 | 02-16-24 |
| Pretrial Exhibit Stipulation | 09-01-23 | 02-16-24 |
| Joint Exhibit List | 09-01-23 | 02-16-24 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 09-01-23 | 02-16-24 |
| Witness Declarations or Marked Depositions | 09-08-23 | 02-23-24 |
| Objections to Witness Declarations/Marked Depositions | 10-06-23 | 03-22-24 |
| Proposed Findings of Fact and Conclusions of Law | 09-08-23 | 02-23-24 |
| Mark Up of Opponent's Proposed Findings/Conclusions | 10-06-23 | 03-22-24 |

IT IS SO STIPULATED AND AGREED:

| | | |
|---|---|---|
| 1 | Dated: July 21, 2023 | By: */s/ Carlos Holguín* |
| 2 | | Carlos Holguín (90754) |
| | | Attorneys for Plaintiffs |
| 3 | | Email: crholguin@centerforhumanrights.org |

Dated: July 21, 2023

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

By: */s/ Ernesto H. Molina, Jr.*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
Email: Ernesto.h.molina@usdoj.gov
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Official-Capacity Defendants