UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, et al., <br><br> Defendants. | Case No. CV 18-5741-DMG (PLAx) <br><br> **ORDER APPROVING JOINT STIPULATION AND REQUEST TO CONTINUE PRETRIAL AND TRIAL SCHEDULE [405]** |

Having read and considered the Parties' Joint Stipulation and Request to Continue Pretrial and Trial Schedule, and for good cause appearing, the Court hereby APPROVES the Stipulation and ADOPTS the following amended case schedule:

| **AMENDED SCHEDULE** | | |
|---|---|---|
| **Matter** | **Vacated Date** | **New Date** |
| **TRIAL** [ x ] Court [ ] Jury Duration Estimate: 3 weeks | 10-25-23 at 9:30 a.m. | 04-9-24 at 9:30 a.m. |
| **Final Pretrial Conference** 6 weeks prior | 09-13-23 at 2:00 p.m. | 02-27-24 at 2:00 p.m. |

| **Matter** | **Vacated Date** | **New Date** |
|---|---|---|
| Motions in Limine Filing Deadline | 07-28-23 | 01-12-24 |
| Opposition to Motion in Limine Filing Deadline | 08-11-23 | 01-26-24 |
| Proposed Pretrial Conference Order | 09-01-23 | 02-16-24 |
| Pretrial Exhibit Stipulation | 09-01-23 | 02-16-24 |
| Joint Exhibit List | 09-01-23 | 02-16-24 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 09-01-23 | 02-16-24 |
| Witness Declarations or Marked Depositions | 09-08-23 | 02-23-24 |
| Objections to Witness Declarations/Marked Depositions | 10-06-23 | 03-22-24 |

| Proposed Findings of Fact and Conclusions of Law | 04-07-23 | 02-23-24 |
|---|---|---|
| Mark Up of Opponent's Proposed Findings/Conclusions | 05-05-23 | 03-22-24 |

**IT IS SO ORDERED.**

DATED: July 24, 2023

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE