CARLOS R. HOLGUÍN (90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>             Defendants. | No. 2:18-CV-05741 DMG PLA<br><br>NOTICE OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS AND APPROVAL OF CLASS NOTICES OF SETTLEMENT OF PLAINTIFFS' THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF [PSYCHOTROPIC MEDICATIONS, LEGAL REPRESENTATION, AND DISABILITY]<br><br>HEARING: JANUARY 5, 2024<br>TIME: 10:00 A.M.<br>PLACE: COURTROOM 8C, 8TH FLOOR<br><br>HON. DOLLY M. GEE |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
　　　　ccwhite@ucdavis.edu

POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE de GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
　　　　fpitts@youthlaw.org
　　　　mwroe@youthlaw.org
　　　　madamson@youthlaw.org
　　　　ddegramont@youthlaw.org

BRENDA SHUM
   (ADMITTED PRO HAC VICE)
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email: bshum@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON
  *(ADMITTED PRO HAC VICE)*
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500
Email:  swynn@cooley.com
            mmcmahon@cooley.com
            rtarneja@cooley.com
            amayhugh@cooley.com
            jdrobertson@cooley.com

*Attorneys for Plaintiffs*

Please take notice that on January 5, 2024, at 10:00 a.m. or as soon thereafter as counsel may be heard, the Parties will and do hereby jointly move the Court for entry of an order (1) preliminarily approving their Settlement Agreements; (2) approving the form and manner of the Notices of Proposed Class Action Settlement; (3) setting the deadline for written submissions from Class Members or their legal representatives or advocates who wish to be heard in favor of or in objection to the Agreements; (4) setting a schedule for Plaintiffs to file their motion for fees and costs; and (5) setting the date for a final fairness hearing pursuant to Federal Rule of Civil Procedure 23(e)(2).

This motion is based upon the memorandum of law, declaration of Mishan Wroe in support of the motion, and exhibits filed concurrently herewith, as well as all other matters of record.

This motion is made following a conference of counsel under Local Rule 7-3 and paragraph 4.b of the Court's initial standing order, which took place on November 8, 2023.

| | | |
|---|---|---|
| 1 | Dated: November 14, 2023 | Respectfully submitted, |
| 2 | | *Mishan Wroe* (signature) |
| 3 | | MISHAN WROE |
| 4 | | *One of the attorneys for Plaintiffs* |
| 5 | | CARLOS R. HOLGUÍN |
| 6 | | Center for Human Rights & Constitutional Law |
| 7 | | |
| 8 | | HOLLY S. COOPER |
| | | CARTER C. WHITE |
| 9 | | U.C. Davis Immigration Law Clinic and Civil Rights Clinic |
| 10 | | |
| 11 | | BRENDA SHUM |
| 12 | | POONAM JUNEJA |
| | | FREYA PITTS |
| 13 | | MISHAN WROE |
| 14 | | MELISSA ADAMSON |
| | | DIANE DE GRAMONT |
| 15 | | National Center for Youth Law |
| 16 | | |
| 17 | | SUMMER J. WYNN |
| | | MICHAEL J. MCMAHON |
| 18 | | REBECCA L. TARNEJA |
| | | ALEXANDRA R. MAYHUGH |
| 19 | | JAMIE D. ROBERTSON |
| 20 | | Cooley LLP |
| 21 | | *Attorneys for Plaintiffs* |

Dated: November 14, 2023

BRIAN M. BOYNTON
Principal Deputy Assist. Atty. Gen.

ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation

BENJAMIN MARK MOSS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
benjamin.m.moss2@usdoj.gov

 /s/ *Benjamin Mark Moss\**
Benjamin Mark Moss

NANCY K. CANTER
Senior Litigation Counsel

JONATHAN K. ROSS
ANTHONY C. MESSURI
Trial Attorneys

*Attorneys for Defendants*

\*Signed with consent of counsel