CARLOS R. HOLGUÍN (90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>        Defendants. | Case No. 2:18-CV-05741 DMG PLA<br><br>DECLARATION OF MISHAN WROE IN SUPPORT OF JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS AND APPROVAL OF CLASS NOTICES OF SETTLEMENT OF PLAINTIFFS' THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF [PSYCHOTROPIC MEDICATIONS, LEGAL REPRESENTATION, AND DISABILITY] |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE de GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
          fpitts@youthlaw.org
          mwroe@youthlaw.org
          madamson@youthlaw.org
          ddegramont@youthlaw.org

BRENDA SHUM
    *(ADMITTED PRO HAC VICE)*
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email: bshum@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON
     *(ADMITTED PRO HAC VICE)*
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone: (310) 883-6400
Facsimile:  (310) 883-6500

Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com


*Attorneys for Plaintiffs*

### Declaration of Mishan Wroe

I, Mishan Wroe, declare as follows:

1.     This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about these facts.

2.     I am a Senior Attorney at the National Center for Youth Law, and I am counsel of record for Plaintiffs in the above-captioned case.

3.     I make this declaration in support of the Parties' Joint Motion for Preliminary Approval of Settlements and Approval of Class Notices of Settlement of Plaintiffs' Third, Fourth, and Fifth Claims for Relief.

4.     Class Counsel has experience in class actions that are similar to the above-captioned matter and has experience in the subject areas of the above-captioned matter.

5.     Prior to filing their lawsuit, Plaintiffs' counsel undertook a lengthy research process, including meeting with children in ORR custody at various facilities throughout the country, speaking with children's immigration attorneys and other stakeholders, analyzing case files and other records, and conducting legal research and factual analysis regarding a range of potential legal issues.

6.     Since the lawsuit was filed, the Parties have engaged in extensive discovery efforts.  The Parties have each propounded interrogatories, requests for admission, and document requests to one another.  The Parties have negotiated search terms for electronically stored information and Defendants have produced more than 235,000 pages of documents, which Plaintiffs have reviewed.  The Parties have taken more than 20 depositions of fact witnesses and completed 17 expert witness depositions.

7.     The Parties engaged in structured negotiations focused primarily on the First, Second, and Fourth Claims for Relief from approximately May 2019 through January 2020.  These negotiations included a settlement conference before Judge Pym in June 2019.

1

8.    Negotiations were unsuccessful and the Parties subsequently completed expert discovery and filed cross-motions for summary judgment addressing the First, Second, and Fourth Claims for Relief.

9.    In November 2020, the Parties re-engaged in negotiations primarily focused on the Third and Fifth Claims for Relief relating to the Psychotropic Medications Class and the Disability Class.

10.    With respect to settlement negotiations regarding the Third Claim for Relief, the Parties began the November 2020 negotiations by utilizing draft settlement agreements that were created with the assistance of *Flores* Special Monitor Andrea Ordin following nine months of mediation to resolve Plaintiffs' Motion to Enforce in *Flores v. Sessions*, No. 2:85-cv-4544 DMG (AGRx), which addressed the administration of psychotropic medications to children held at Shiloh Residential Treatment Center in Texas.

11.    To assist the Parties in their negotiations, the Parties participated in a Settlement Conference before Judge Pym in January 2021 and also engaged a private mediator, Kathleen Noonan, Esq., beginning in 2021.

12.    For approximately two years, the Parties engaged in a vigorous arms' length negotiation mediated by Ms. Noonan, exchanging numerous draft settlement agreements relating to the Psychotropic Medications and Disability classes and participating in many telephonic discussions and two in-person mediations in Washington, DC.

13.    In early 2023, the Parties restarted negotiations on a possible resolution of Plaintiffs' Fourth Claim for Relief regarding the Legal Representation Class. After several months of telephonic discussions and exchanging several drafts of written agreements, the Parties were able to reach resolution of that claim as well.

14.    The Parties have now reached Agreements resolving Plaintiffs' Third, Fourth, and Fifth Claims for Relief in the above-captioned lawsuit.  These

Agreements explicitly contemplate dismissal of the Third, Fourth, and Fifth Claims for Relief with the Court retaining jurisdiction only as provided in, and for purposes of interpreting and enforcing, if necessary, the terms of the Agreements.

15.   The Parties agree that Kathleen Noonan will be appointed as the Monitor to oversee, evaluate, report on, and certify Defendants' implementation progress and compliance with the Agreements related to the Psychotropic Medications and Disability classes.  Every six months, Defendants will provide reports to the Monitor that detail ORR's implementation of and compliance with the Psychotropic Medications and Disability Agreements.  Defendants will also concurrently publish streamlined public reports online.

16.   The Parties do not believe a Monitor is necessary for the Legal Representation Agreement and the Agreement does not provide for such monitoring.

17.   The Agreements were reached after the Parties engaged in arm's length negotiations.

18.   Consistent with Federal Rule of Civil Procedure 23(e), the Parties have submitted a joint proposal for providing notice of the Agreements to *Lucas R.* Class Members ("the Notices").

19.   Attached hereto as Exhibit A, is a true and correct copy of the Parties' proposed settlement agreement resolving Plaintiffs' Third Claim for Relief.

20.   Attached hereto as Exhibit B, is a true and correct copy of the Parties' proposed settlement agreement resolving Plaintiffs' Fourth Claim for Relief.

21.   Attached hereto as Exhibit C, is a true and correct copy of the Parties' proposed settlement agreement resolving Plaintiffs' Fifth Claim for Relief.

22.   Attached hereto as Exhibit D, is a true and correct copy of the Parties' proposed notice to class members of the agreement resolving Plaintiffs' Third Claim for Relief.

23.   Attached hereto as Exhibit E, is a true and correct copy of the Parties' proposed notice to class members of the agreement resolving Plaintiffs' Fourth Claim for Relief.

24.   Attached hereto as Exhibit F, is a true and correct copy of the Parties' proposed notice to class members of the agreement resolving Plaintiffs' Fifth Claim for Relief.

25.   Attached hereto as Exhibit G, is a true and correct copy of the Parties' proposed notice plan.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of November, 2023, at Oakland, California.

_____
Mishan Wroe

4