# Exhibit D



United States District Court
*Lucas R. v. Azar*
Case No. 2:18-CV-05741

# Class Action Notice

*Authorized by the U.S. District Court*

**To All Current Children in Office of Refugee Resettlement (ORR) Custody Who Have Been or Will be Prescribed One or More Psychotropic Medication**

**If this notice is posted in a facility where you are currently living, then it may apply to you. Please read this notice carefully.**

[links to translated versions of notice]

## Why am I seeing this notice?

You might be a "Class Member" in a lawsuit called *Lucas R. v. Azar*, Case no. 2:18-cv-05741-DMG-PLA (C.D. Cal.). This lawsuit is for children in Office of Refugee Resettlement (ORR) custody and is partly about how ORR gives children a type of prescription medication called "psychotropic medication," which is prescribed for mental, emotional, or behavioral conditions and changes behavior, mental processes, or emotions/moods.

If you are a child in ORR custody and you have been given or will be given a psychotropic medication, then you are a "Class Member."

There is a proposed settlement that will end this lawsuit without a trial. If you are a "Class Member," this could affect you. This notice explains more about what the lawsuit is about, what the Proposed Settlement says, how you can read the Proposed Settlement, and how you can tell the Judge in charge of the case what you think about the Proposed Settlement.

## Court Hearing

### How can I tell the Judge what I think of this Proposed Settlement?

You can write a letter with your thoughts about the Proposed Settlement, participate by phone or video in the Court hearing and speak to the Judge directly, or do both.

On _____, 2023, there will be a court hearing before Judge Dolly Gee of the United States District Court for the Central District of California. Judge Gee will decide whether to approve the settlement. Judge Gee can only approve the Proposed Settlement if she finds it fair, reasonable, and adequate.

**You may virtually participate in the Court hearing and tell the Judge what you think about the Proposed Settlement.**

- **Hearing Time:** [X]
- **Location:** United States Courthouse, 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor or virtually [Insert Zoom info]

There are directions below about how to send a letter about your thoughts on the Proposed Settlement. You can get more information and ask questions by following the directions below. Please do not call or contact Judge Gee or the Clerk of the Court about the Proposed Settlement.

## Learning About the Lawsuit

### Who is Involved in this Lawsuit?

This case is for children who have been or will be prescribed psychotropic medication who are in ORR's custody or will be in the future. They are called the "Class" or "Class Members." "Psychotropic medication" is a type of medication that treats mental, emotional, or behavioral conditions and changes behavior, mental processes, or emotions/moods.

Two organizations, San Fernando Valley Refugee Children Center, Inc. and Unaccompanied Central American Refugee Empowerment, also sued.  Together, the Class and these organizations are called the "Plaintiffs."  This lawsuit is brought against the Office of Refugee Resettlement.  They are called the "Defendants" or "ORR."

**What is a class action lawsuit?**

In a class action lawsuit, one or more people can sue for a group (called a "Class") who have similar claims.

## What is this Lawsuit About?

This lawsuit is about whether ORR is giving youth psychotropic medication in a way that is safe and protects them from getting hurt.

Plaintiffs say that ORR does not follow the right steps to keep children safe, like asking parents or legal guardians for permission, before giving them psychotropic medication.  Plaintiffs also say ORR does not have enough oversight of giving children psychotropic medications.  Plaintiffs say that this violates the legal rights of children in the Class.  The Defendants disagree.  The lawsuit asked the court to require ORR to make improvements.

## What Does the Proposed Settlement Do?

Instead of going to trial, the Plaintiffs and Defendants have met many times to negotiate a "Proposed Settlement" to fix the issues the Plaintiffs have raised.  The Parties have asked Judge Gee to approve the Proposed Settlement for the Class.

This notice is a summary of the Proposed Settlement.  The Proposed Settlement is a plan for ORR to improve its practices.

**Full Agreement**

You have the right to review the entire Proposed Settlement. To get a copy of the Proposed Settlement, please follow the instructions below or visit the National Center for Youth Law website at [LINK]

| | These improvements include the following new procedures: |
|---|---|
| **Permission for Medication** | This Agreement requires, in part, that if a doctor prescribes you psychotropic medication, then ORR must get permission to give you this medication from your parent or legal guardian, some sponsors (depending on how they're related to you), or, if neither are available, then from you yourself if you are at least 16 years old. If you are at least 14 years old, then staff must ask you to agree before giving you psychotropic medication even if your parent/legal guardian or related sponsor has already given permission. ORR will not force you to take psychotropic medication unless there is an emergency. |
| **Providing Relevant Information** | When staff ask permission to give you psychotropic medication, they must explain what the medication does, why the doctor believes you need it, its benefits and risks, any alternatives to medication, and some other information. |
| **No Punishment** | ORR cannot punish you or your family member for refusing to give permission for you to take psychotropic medication or for either of you changing your minds about you taking a psychotropic medication. |
| **Access to Documents** | You and, if you agree, your attorney (if you have one) and your child advocate (if you have one) can see documents showing that you or your |

|  | family member agreed to you taking psychotropic medication. |
|---|---|
| **Oversight of Prescriptions** | ORR will create a system to provide oversight of psychotropic medication prescriptions. ORR will pay particular attention to cases involving young children, where children take multiple types of medication, or where children take more medication than the amounts in dosage guidelines. |

## Monitoring

Kathleen Noonan will be appointed as a Monitor of ORR's compliance with this Proposed Settlement.  The Monitor will watch over how the Defendants are following the Proposed Settlement and write reports about this for the Court.

## Ending the Proposed Settlement

For six years after the Judge approves the Proposed Settlement, ORR must do the things required by the Proposed Settlement.  Beginning three years after the Judge approves the Proposed Settlement, ORR can ask the Court to allow them to end the Proposed Settlement early if they can show they have substantially complied with its terms for six continuous months after implementing the Proposed Settlement nationwide, and with certification from the Monitor.

## No Money Damages

The lawsuit does not request any money damages, so the Proposed Settlement does not include payment of any money damages to any Class Members.  It only requires the changes summarized above.

## Attorneys' Fees

Plaintiffs' lawyers can ask Defendants to pay attorneys' fees and expenses. Plaintiffs' lawyers will not ask for any payment from you and Class Members will not owe any money, costs, or fees because of this lawsuit.

### Deciding What You Want to Do

## What are my options?

**You don't have to do anything, but you have the right to tell the Judge what you think about the Proposed Settlement to help the Judge decide whether to approve it.** You can do this by sending written comments, virtually participating in the Final Approval Hearing, or both. Instructions on how to do this are below.

| | |
|---|---|
| **Comment or Object** | If you do not think that the Judge should approve the Proposed Settlement, you can "object" and tell the Judge why. |
| | If you do think that the Judge should approve the Proposed Settlement or you have other thoughts about whether she should approve the Proposed Settlement, you can "comment." |
| | You can comment on or object to the Proposed Settlement by sending your thoughts in writing, via regular mail, to the Plaintiffs' lawyers, who will then share your thoughts with the Court. |
| | If you want to comment or object, please tell a staff member at your facility and they will give you paper, a pen or pencil, and an envelope and a stamp. Please sign your letter and write down the date. You can then give the letter to a staff member, and it will be mailed for you. |
| | **Address the envelope to:** |

|  |  | Mishan Wroe, National Center for Youth Law, 1212 Broadway, Suite 600, Oakland, California 94612 |
|---|---|---|
|  |  | **To be on time, you must mail your letter no later than: [DATE]. If you do not send your letter by this date, you will lose your right to object**. |
|  |  | You can also send comments by email to lucasrsettlement@youthlaw.org or by phone to 800-266-7313. |
|  |  | Plaintiffs' lawyers will share your comments with the Judge and Defendants before the hearing. |
|  | **Virtually Participate in the Fairness Hearing** | There will be a public hearing for the Judge to decide if the Proposed Settlement is fair, reasonable, and adequate. The hearing will be at __ [A.M./P/M/] on [DATE]. |
|  |  | If you send a comment, you may virtually participate in the hearing and share your comments with the Judge, but you are not required to. If you send a comment and want to virtually participate, ask a staff member to help you participate. After the hearing, the Court will make a final decision about whether the agreement should be approved. The Judge can only approve or reject the Proposed Settlement and is not allowed to change the Proposed Settlement. |
|  |  | If the date, time, or location of the hearing changes, or if any other information about the hearing changes, the new information will be posted on the National Center for Youth Law website at: [LINK]. This website is the only place new hearing information will be shared. |
|  |  | Unless the Judge decides to make an exception, the Judge will only consider objections sent by [DATE]. |

Page 125

### How Can I Get More Information or Ask Questions?

A copy of the Proposed Settlement and other useful information, including how to participate in the hearing, is available at [web address]. You can also ask a staff member for a copy of the Proposed Settlement. You can also contact the National Center for Youth Law directly with any questions or to request a copy of the Proposed Settlement by mail at: Mishan Wroe, National Center for Youth Law, 1212 Broadway, Suite 600, Oakland, California 94612, or by email or phone at: lucasrsettlement@youthlaw.org or 800-266-7313.

**Please do not call Judge Dolly Gee or the Clerk of the Court**

*Judge Dolly Gee and the Clerk of the Court will not be able to answer specific questions about the lawsuit or the Proposed Settlement. But you can look at any public materials that have been filed with the Court. You can ask for these records from the Office of the Clerk of the U.S. District Court for the Central District of California, Western Division at 255 East Temple Street, Suite 180, Los Angeles, CA 90012. The Clerk's Office counter is open 9 am – 4 pm, Monday through Friday, except federal holidays. You can also look at the Court docket in this case, for a fee, through the Court's Public Access to Court Electronic Records (PACER) system at https://pacer.uscourts.gov/. To look at public materials in in this case, use Case No. 2:18-cv-05741-DMG-PLA.*