# Exhibit G

# PROPOSED PLAN FOR NOTICE TO CLASS MEMBERS[1]

The Parties have agreed and respectfully request the Court approve publication of the Notices of Proposed Class Action Settlement ("Notices") by the following methods:

1. The notice period shall be 45 days beginning 14 days after the Court's Order of Preliminary Approval ("the Order").

2. On or before 14 days after the Order, Defendants shall, at their sole expense, take the following steps to notify Class Members[2] and their legal representatives and advocates of the proposed Settlement Agreements ("Agreements").

    a. Defendants shall post copies of the approved Notices in highly visible areas of all ORR in-network care provider facilities or programs which house Class Members, in a location where other important information is generally posted. These facilities do not include out-of-network placements, therapeutic group homes, or foster care homes. Defendants shall post the Notices in English and Spanish. For children whose preferred language is not English or Spanish, ORR will instruct staff at care provider facilities to offer to orally interpret (or obtain oral interpretation) of the Notices in a child's preferred language during a regularly scheduled case management meeting during the notice period. Defendants shall also post the Notices on ORR's website in English and Spanish. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and will provide a link to the Notices posted on ORR's

---

[1] This is a proposed plan for notice, pending Court decision on the Joint Motion for Preliminary Approval of the Settlement Agreement.
[2] For purposes of this public notice, "Class Members" means all children defined in the certified class definitions. *See* Amended Order Regarding Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification. ECF No. 141.

website.

b.     Children placed in out-of-network, therapeutic group homes, or foster care placements will receive copies of the Notices in English or Spanish during a regularly scheduled case management meeting during the notice period. For children whose preferred language is not English or Spanish, ORR will instruct care provider staff to offer to orally interpret (or obtain oral interpretation) of the Notices in a child's preferred language during that case management meeting.

c.     Defendants will instruct ORR care providers to provide Class Members with envelopes, paper, a pen, and a stamp on request for purposes of sending objections or comments to the proposed settlements.

d.     Defendants will also instruct care providers to allow Class Members to send objections or comments by mail or utilize the objection/comment telephone number per the Notices.

e.     Defendants will work with care providers to offer children the opportunity to participate in the final fairness hearing by video or telephonic means, if authorized by the Court, for any Class Members who express a desire to participate, as long as:

   i. doing so would not be unduly disruptive to the normal operations of the care provider; and

   ii. in the care provider's discretion, a given Class Member's remote participation in the fairness hearing would be appropriate given the Class Member's stage of development and individual needs.

f.     Defendants will instruct care providers to facilitate phone conversations

between Class Members and Class Counsel as needed related to the fairness hearing.

    g.    Defendants will also distribute a copy of the Notices and the Agreements by email to ORR's legal service provider contractor, who can then distribute the Notices and Agreements to its legal service providers who work with children in custody. ORR will ask its legal service provider contractor to direct its legal service providers to review the Notices with Class Members during their Know-Your-Rights presentations during the notice period.

3. On or before 14 days after the Order, Class Counsel shall take the following steps to notify Class Members and their legal representatives and advocates of the proposed Agreements:

    a.  Post the Notices on Class Counsel's public websites[3] in both English and Spanish.

    b.  Disseminate the Notices and Agreements to listservs and other electronic fora where they are reasonably likely to reach Class Members' immigration counsel, as well as other legal service organizations, service providers, and agencies who regularly work with children in ORR custody and the family members and others who seek to sponsor them.

    c.  Maintain a dedicated email address for questions relating to the proposed Agreements and a toll-free number available to people with questions. Both the email address and toll-free number will be featured prominently in the written Notices and on Class Counsel's websites. Class Counsel will review the content of the proposed Agreements with any Class Member and their family, in their

---

[3] Cooley LLP will not post the notices on its website but the other class counsel organizations will.

preferred language, who requests such assistance and answer any questions they may have when they contact Class Counsel by phone, email, or mail.