1  CARLOS R. HOLGUÍN (90754)
2  Center for Human Rights & Constitutional Law
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4  Email: crholguin@centerforhumanrights.org
5
6  *Attorneys for Plaintiffs*
   *(Additional counsel listed on next page)*
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

12  LUCAS R., *et al.*,                    No. 2:18-CV-05741 DMG PLA

13          Plaintiffs,                    [PROPOSED] ORDER FOR
                                           PRELIMINARY APPROVAL OF
14      v.                                 SETTLEMENT AND APPROVAL OF THE
                                           PARTIES' JOINT PROPOSAL RE
15                                         NOTICE TO LUCAS R. CLASS
   XAVIER BECERRA, Secretary of           MEMBERS OF SETTLEMENT OF
16  U.S.                                   PLAINTIFFS' THIRD, FOURTH, AND
   Department of Health and Human          FIFTH CLAIMS FOR RELIEF
17  Services, *et al.*,                    [PSYCHOTROPIC MEDICATIONS,
                                           LEGAL REPRESENTATION, AND
18          Defendants.                    DISABILITY]
19
20
21
22
23
24
25
26
27
28

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE de GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        madamson@youthlaw.org
        ddegramont@youthlaw.org

BRENDA SHUM
   (ADMITTED PRO HAC VICE)
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email: bshum@youthlaw.org

1   SUMMER J. WYNN (240005)
2   MICHAEL J. MCMAHON
        *(ADMITTED PRO HAC VICE)*
3   REBECCA L. TARNEJA (293461)
4   ALEXANDRA R. MAYHUGH (300446)
    JAMIE D. ROBERTSON (326003)
5   Cooley LLP
6   1333 2nd Street, Suite 400
    Santa Monica, CA  90401
7   Telephone: (310) 883-6400
8   Facsimile:  (310) 883-6500
    Email:  swynn@cooley.com
9           mmcmahon@cooley.com
10          rtarneja@cooley.com
            amayhugh@cooley.com
11          jdrobertson@cooley.com
12
    *Attorneys for Plaintiffs*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter comes before the Court on the Parties' Joint Motion for Preliminary Approval of Settlements and Approval of Class Notices (the "Joint Motion").  The Parties request that the Court: (a) grant preliminary approval of the Settlement Agreements ("Agreements"); (b) approve the form and manner of the Notices of Proposed Class Action Settlement to be sent to Class Members and their representatives; (c) set the deadline for written submissions from Class Members or their legal representatives who wish to be heard in favor of or in objection to the Agreements; and (d) set the date for a final fairness hearing pursuant to Federal Rules of Civil Procedure 23(e)(2).

The Court has reviewed the Joint Motion, the Agreements, the Notices of Proposed Class Action Settlement, the Proposed Notice Plan, the Proposed Order, and all declarations and exhibits submitted with the Motion.  The Court GRANTS the Motion and ORDERS as follows:

1. Based on the record before it, the Court tentatively finds, pursuant to Federal Rule of Civil Procedure 23(e), that the terms of the Agreements, attached as Exhibits A-C to the Declaration of Mishan Wroe, are fair, reasonable, and adequate for the Classes.  The Court finds that: (a) the Agreements resulted from arm's length negotiations; (b) there is no evidence of fraud, collusion, or overreaching or that the rights of Class Members were disregarded; and (c) Class Counsel has sufficient experience in similar litigation to propose the Agreements.  The Court's preliminary approval is subject to change pending the outcome of the final settlement approval hearing scheduled herein.

2. The Court finds that the Notices of Proposed Class Action Settlement ("Notices"), attached as Exhibits D-F to the Declaration of Mishan Wroe, meet the requirements of Federal Rule of Civil Procedure 23, due process, and applicable law.  The Notices (a) describe the terms of the Agreements; (b) give notice of the time and place of the Fairness Hearing; and (c) describe how a

1  Class Member may comment on, object to, or support the Agreements.  The
2  Notices are approved.

3.  The Court finds that the Notice Plan submitted in connection with the Joint
4  Motion, attached as Exhibit G to the Declaration of Mishan Wroe, is reasonably
5  calculated to provide adequate notice to Class Members of the proposed
6  Agreements and satisfies the requirements of due process and Federal Rule of
7  Civil Procedure 23.  The Court authorizes and directs the Parties to enact the
8  Notice Plan.  The Parties shall be authorized to make non-material changes to
9  the Notices and Notice Plan, so long as Class Counsel and Defendants' counsel
10  agree and one of the Parties notifies the Court of the change before the Final
11  Approval Hearing.  Neither the insertion of dates nor the correction of
12  typographical or grammatical errors shall be deemed a change to the Notices or
13  Notice Plan.  In accordance with the Notice Plan, within 14 days of the date of
14  this Order, Defendants shall post copies of the approved Notices in English and
15  Spanish in a prominent location at each facility in which ORR houses children[1]
16  and on ORR's website. Children placed in out-of-network, therapeutic group
17  homes, or foster care placements will receive copies of the Notices in English
18  or Spanish during a regularly scheduled case management meeting during the
19  notice period.  For any children whose preferred language is not English or
20  Spanish, ORR will instruct staff at all care provider facilities to offer to orally
21  interpret (or obtain oral interpretation) of the Notices in a child's preferred
22  language during a regularly scheduled case management meeting during the
23  notice period.  Defendants will also distribute a copy of the Notices and the
24  Agreements by email to ORR's legal service provider contractor, and ORR will
25  ask the legal service provider contractor to direct its legal service providers to
26  review the Notices with class members during their Know-Your-Rights

27
28
[1] ORR is not required to post notices in out-of-network facilities, therapeutic group homes, or foster care homes.

presentations during the notice period.  Finally, Class Counsel will coordinate the dissemination of the proposed Notices and copies of the proposed Agreements to list-servs and other electronic fora where they are reasonably likely to reach Class Members' legal service providers, child advocates, and other organizations who regularly work with children in ORR custody and the family members who seek to sponsor them.  Plaintiffs may also post the Notices on Class Counsel's public websites.

4.  Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and will provide a link to the Notices posted online.  The notice period shall be 45 days long beginning 14 days from the date of this Order.  Plaintiffs shall maintain a dedicated email address and toll-free number available to people with questions about the Agreements, review the content of the proposed Agreements with any Class Members and their advocates who request such assistance in their preferred language, and answer any questions they may have.  Defendants and Class Counsel will submit declarations to the Court confirming their compliance with the class notice procedures within three weeks of the date of this Order.

5.  The Court will hold a Fairness Hearing to determine if the proposed Agreements are fair, reasonable, and adequate, and should receive final approval on [date] at [time] at the following address: United States Courthouse, 350 West 1st Street Los Angeles, CA, 90012, Courtroom 8C, 8th Floor or virtually [Insert Zoom information].

6.  Within 30 days following entry of the final judgment in this Action, Plaintiffs will file a motion for attorney's fees and other expenses pursuant to 28 U.S.C. § 2412 and conforming with Federal Rule of Civil Procedure 23(h).

7.  Class Members or their advocates who object to or comment on the Agreements need not appear at the Final Approval Hearing for their objections or comments to be considered by the Court.

8. Class Members or their advocates who wish to comment on or object to the Agreements must submit their written comment and/or objections by U.S. Mail, email, or phone on or before [date] to: Mishan Wroe, National Center for Youth Law, 1212 Broadway, Suite 600, Oakland, CA 94612; lucasrsettlement@youthlaw.org; or 800-266-7313.

9. Class Members appearing remotely by phone or video as the Court may permit and in accordance with the Parties' proposed notice plan—and their advocates appearing in person or remotely by phone or video as the Court may permit— may be heard orally in support of or in opposition to the proposed Agreements at the Final Approval Hearing.

10. Unless otherwise ordered by the Court, no objection to or other comment concerning the Agreements shall be heard unless timely submitted in accordance with the guidelines specified above.

11. Any Class Member who does not make their objection in the manner provided in this Order shall be deemed to have waived any such objection and shall forever be barred from making any objection to the Agreements.

12. Class Counsel will provide Defendants' counsel a copy of any objections or comments regarding the Agreements submitted by Class Members, their advocates, or any other person, entity, or interested party within seven days of receipt.

13. Twenty-one days after the objection deadline, Plaintiffs' counsel shall file their motion for final approval.  Plaintiffs' counsel shall also file any objections or comments regarding the Agreements received and any written responses from Plaintiffs' counsel to such objections or comments, or notify the Court that no objections or comments have been received.

14. Plaintiffs' counsel and counsel for Defendants shall be prepared at the Fairness Hearing to respond to objections filed by Class Members, or their advocates,

1  and to provide other information, as appropriate, bearing on why the

2  Agreements should be approved.

3  15.  The Court reserves the right to change the date or location of the Fairness

4  Hearing without further notice to Class Members.  Changes to the date or

5  location of the Fairness Hearing will be posted on the National Center for

6  Youth Law website.

7  16.  Until further order, the Court retains jurisdiction to consider all further issues

8  arising out of or connected to the Agreements.  If by further order the Court

9  grants final approval of the Agreements, the Court's jurisdiction over the Class

10  claims settled by the Agreements will be governed by the order approving and

11  incorporating the terms of the Agreements.

12  17.  The Agreements, and the papers filed relating to the approval of the

13  Agreements (including the notices to Class Members), and this Order, shall not

14  be offered or received against any party as evidence of any presumption,

15  concession, or admission by any Party of the truth or falsity of any fact, claim,

16  defense, or argument that was or could have been asserted in Plaintiffs' third,

17  fourth, and fifth claims for relief, or any admission of liability, negligence,

18  fault, or wrongdoing by any party, in any other civil, criminal, or administrative

19  action or proceedings.  Nothing contained herein, however, shall be construed

20  to prevent offering the Agreements into evidence in seeking or opposing an

21  order to enforce the Agreements.

22  18.  The Trial and Pretrial Schedule in this matter are vacated.

23  **IT IS SO ORDERED.**

24

25  Dated: _____          _____

26                                DOLLY M. GEE
                                 UNITED STATES DISTRICT JUDGE

27

28

1  Presented by:

2  /s/ Mishan Wroe

3  Mishan Wroe
   *One of the Attorneys for Plaintiffs*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER FOR PRELIMINARY APPROVAL
OF SETTLEMENT AGREEMENTS AND NOTICE
CASE NO. 2:18-CV-05741 DMG PLA