CARLOS R. HOLGUÍN (90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services, *et al.*, <br><br> Defendants. | No. 2:18-CV-05741-DMG-BFM <br><br> **NOTICE OF JOINT MOTION AND JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENTS OF PLAINTIFFS' THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF [PSYCHOTROPIC MEDICATIONS, LEGAL REPRESENTATION, AND DISABILITY]** <br><br> Hearing: May 3, 2024 <br> Time: 9:30 a.m. <br> Place: Courtroom 8C, 8th Floor <br><br> Judge: Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE de GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
       fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org
       ddegramont@youthlaw.org

BRENDA SHUM
  (*ADMITTED PRO HAC VICE*)
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email: bshum@youthlaw.org

| | |
|---|---|
| 1 | SUMMER J. WYNN (240005) |
| 2 | MICHAEL J. MCMAHON |
| | *(ADMITTED PRO HAC VICE)* |
| 3 | REBECCA L. TARNEJA (293461) |
| 4 | ALEXANDRA R. MAYHUGH (300446) |
| | JAMIE D. ROBERTSON (326003) |
| 5 | Cooley LLP |
| 6 | 1333 2nd Street, Suite 400 |
| | Santa Monica, CA 90401 |
| 7 | Telephone: (310) 883-6400 |
| 8 | Facsimile: (310) 883-6500 |
| | Email: swynn@cooley.com |
| 9 | mmcmahon@cooley.com |
| 10 | rtarneja@cooley.com |
| | amayhugh@cooley.com |
| 11 | jdrobertson@cooley.com |

*Attorneys for Plaintiffs*

1  Please take notice that on May 3, 2024, at 9:30 a.m., or as soon thereafter as counsel may be heard, the Parties will and do hereby jointly move the Court for entry of an order granting final approval of the Settlement Agreements resolving Plaintiffs' Third, Fourth, and Fifth Claims for relief in the above-captioned action.

This motion is based upon the memorandum of law, declaration of Mishan Wroe in support of the motion, and exhibits filed concurrently herewith, as well as all other matters of record. This joint motion is made following the conference of counsel pursuant to L.R. 7-3 which took place via email between March 14, 2024 and March 20, 2024.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | */s/ Mishan Wroe* |
| | | MISHAN WROE |
| 4 | | |
| 5 | | CARLOS R. HOLGUÍN |
| | | Center for Human Rights & |
| 6 | | Constitutional Law |
| 7 | | |
| | | HOLLY S. COOPER |
| 8 | | CARTER C. WHITE |
| 9 | | U.C. Davis Immigration Law Clinic |
| | | and Civil Rights Clinic |
| 10 | | |
| 11 | | BRENDA SHUM |
| | | POONAM JUNEJA |
| 12 | | FREYA PITTS |
| 13 | | MISHAN WROE |
| | | MELISSA ADAMSON |
| 14 | | DIANE DE GRAMONT |
| | | National Center for Youth Law |
| 15 | | |
| 16 | | SUMMER J. WYNN |
| | | MICHAEL J. MCMAHON |
| 17 | | REBECCA L. TARNEJA |
| 18 | | ALEXANDRA R. MAYHUGH |
| | | JAMIE D. ROBERTSON |
| 19 | | Cooley LLP |
| 20 | | |
| 21 | | *Attorneys for Plaintiffs* |

Dated: March 25, 2024

BRIAN M. BOYNTON
Principal Deputy Assist. Atty. Gen.

ERNESTO H. MOLINA, JR.
Deputy Director
Office of Immigration Litigation

BENJAMIN MARK MOSS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
benjamin.m.moss2@usdoj.gov

*/s/ Benjamin Mark Moss\**
Benjamin Mark Moss

NANCY K. CANTER
Senior Litigation Counsel

JONATHAN K. ROSS
ANTHONY C. MESSURI
Trial Attorneys

*Attorneys for Defendants*

*Signed with consent of counsel