# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>XAVIER BECERRA, Secretary of U.S. Dep't of Health and Human Servs., *et al.*,<br><br>　　　　Defendants. | Case No. 18-cv-05741-DMG-BFM<br><br>District Judge Dolly M. Gee |

## JENIFER SMYERS DECLARATION

　　I, **Jenifer Smyers**, based on my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, relating to the above-captioned matter, hereby declare as follows:

　　1. I am the Deputy Director of the Office of Refugee Resettlement, an office within the Administration for Children and Families, U.S. Department of Health and Human Services. I have been with ORR for three years, serving previously as ORR's Chief of Staff and currently as Deputy Director.

　　2. As the Deputy Director of ORR, one of my jobs is to manage the process of drafting and ultimately finalizing ORR's forthcoming Foundational Rule. The Foundational Rule is a complex and comprehensive Rule. Among other things, HHS intends for the Foundational Rule to implement the *Flores* Settlement Agreement, codify the *Lucas R.* preliminary injunction requirements, and provide many more additional protections to unaccompanied children in ORR's custody. Since receiving more than 73,000 comments on the Notice of Proposed Rulemaking in December

2023, HHS staff have been working tirelessly to fully respond to the significant comments, incorporate revisions from other agencies within the federal government, and bring the Rule to completion on the timeline provided in the Unified Agenda of Federal Regulatory and Deregulatory Actions.

3. The Unified Agenda is a semi-annual publication and currently lists an expected publication date for the final Foundational Rule in April 2024.[1]

4. By no later than April 30th, HHS plans to have a final rule signed and submitted to the Federal Register for publication.

Executed this 9th day of April 2024.

_____
Jenifer Smyers
Deputy Director, Office of Refugee Resettlement

---

[1] https://www.reginfo.gov/public/do/eAgendaViewRule?pubId=202310&RIN=0970-AC93 ("Final action date: 4/00/2024") (last visited April, 8, 2024).

2