1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| LUCAS R., *et al.*, | No. CV 18-5741-DMG (BFMx) |
|---|---|
| Plaintiffs, | ORDER GRANTING MOTION TO MODIFY THE COURT'S CLASS CERTIFICATION ORDER [414] |
| v. | |
| XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiffs' Unopposed Motion to Modify the Court's Order Granting Class Certification for the Limited Purpose of Substituting Class Counsel. Plaintiffs request that the Court substitute Brenda Shum and Mishan Wroe, of the National Center for Youth Law (NCYL), for Leecia Welch and Neha Desai as Class Counsel. Plaintiffs further request the Court remove Jon Cieslak and Mary Kathryn Kelley (formerly with Cooley LLP) and Megan Donohue (currently with Cooley LLP) as Class Counsel.

Having reviewed Plaintiffs' Motion and the Declaration of Mishan Wroe and considered the factors set forth in Federal Rule of Civil Procedure 23(g), the Court finds that appointment of Brenda Shum and Mishan Wroe as Class Counsel is appropriate. Plaintiffs' Motion is hereby **GRANTED**. The Court's prior Amended Order re Defendants' Motion to Dismiss and Plaintiffs' Motion for Class Certification, [Doc. # 141], is **AMENDED** as follows:

1. Jon Cieslak, Mary Kathryn Kelley, and Megan Donohue are removed as Class Counsel.
2. Leecia Welch and Neha Desai, formerly of NCYL, are removed as Class Counsel.
3. Brenda Shum and Mishan Wroe of NCYL are appointed as Class Counsel.
4. Poonam Juneja of NCYL, Carlos Holguín of the Center for Human Rights & Constitutional Law, Holly S. Cooper and Carter C. White of the University of California Davis School of Law, and Summer Wynn of Cooley LLP shall continue as Class Counsel.

**IT IS SO ORDERED.**

DATED: May 3, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE