UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>        Defendants. | No. CV 18-5741-DMG (BFMx)<br><br>**ORDER GRANTING FINAL APPROVAL OF SETTLEMENTS OF PLAINTIFFS' THIRD, FOURTH, AND FIFTH CLAIMS FOR RELIEF [PSYCHOTROPIC MEDICATIONS, LEGAL REPRESENTATION, AND DISABILITY] [418]** |

This matter comes before the Court on the Parties' Joint Motion for Final Approval of Settlements (the "Joint Motion"). [Doc. # 418.] The Parties request that the Court grant final approval of the Psychotropic Medications Agreement [Doc. # 408-3], the Legal Representation Agreement [Doc. # 408-4], and the Disability Agreement [Doc. # 408-5] (collectively "Agreements") as fair, reasonable, and adequate resolutions of Plaintiffs' Third, Fourth, and Fifth Claims for Relief in the operative First Amended Complaint.

The Court has reviewed and considered the Joint Motion, the Agreements, the Parties' declarations certifying compliance with the approved Notice Plan, Class Members' comments, and all declarations and exhibits submitted with the Motion. The Court **GRANTS** the Motion and **ORDERS** as follows:

1. Pursuant to Federal Rule of Civil Procedure 23, the Court finds that the Agreements are fair, reasonable, and adequate resolutions of Plaintiffs' Third, Fourth, and Fifth Claims for Relief, respectively.
2. The Court finds that the Agreements resulted from extensive arm's-length, good-faith negotiations between the Parties through experienced counsel.
3. The Court hereby incorporates the terms of the three Agreements, without modification, into this Order.
4. Plaintiffs' Third, Fourth, and Fifth Claims for Relief are **DISMISSED with prejudice.**
5. Each Class Member shall be deemed to have released:
    a. all claims for systemic declarative and injunctive relief presented in the Third, Fourth, and Fifth Claims for Relief of the First Amended Complaint arising or accruing against Defendants on or before the Termination Dates;
    b. all claims for systemic declarative and injunctive relief, arising or accruing against Defendants on or before the Termination Dates, based on an identical factual predicate as the Third and Fourth Claims for Relief, even if such claims were not presented or might not have been presentable in this class action; and
    c. all claims for systemic declarative and injunctive relief under Section 504 of the Rehabilitation Act, arising or accruing against Defendants on or

before the Termination Date, based on an identical factual predicate as the Fifth Claim for Relief, even if such claims were not presented or might not have been presentable in this class action.

This provision does not release, relinquish, or discharge the First and Second Claims for Relief.

6. The Parties, their principals, agents, assignees, employees, successors, and those working for or on behalf of Defendants and Plaintiffs are required to comply with the terms of the Agreements.

7. As set forth in the Agreements, all disputes regarding the Agreements arising before the Termination Dates shall be resolved in accordance with the dispute resolution processes detailed in Section XIII.B–D of the Psychotropic Medications Agreement, Section IV of the Legal Representation Agreement, and Section VIII.B–D of the Disability Agreement.

8. Upon entry of judgment in this matter, the Court will retain jurisdiction over its judgment and this Order only for the purposes of interpreting and enforcing the Agreements until the Termination Dates, as set forth in the Agreements.

9. The Parties shall meet and confer in good faith to attempt to settle attorneys' fees and costs. Plaintiffs will file a motion for attorneys' fees and other expenses pursuant to 28 U.S.C. § 2412 and will include in that motion a request to direct notice to Class Members and an objection deadline in compliance with Federal Rule of Civil Procedure 23(h).

**IT IS SO ORDERED.**

DATED: May 3, 2024

DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE