BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
CHRISTOPHER P. TENORIO
Deputy Assistant Attorney General
ERNESTO H. MOLINA, JR. (CA Bar No. 181304)
Deputy Director
SARAH S. WILSON
Assistant Director
BENJAMIN MARK MOSS
NANCY K. CANTER (CA Bar No. 263198)
Senior Litigation Counsel
JONATHAN K. ROSS
ANTHONY J. MESSURI
Trial Attorneys
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7662
Jonathan.K.Ross@usdoj.gov

*Counsel for Defendants*

*Counsel for Plaintiffs listed on following page and signature blocks*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Xavier Becerra,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-BFM<br><br>**JOINT STIPULATION TO DISSOLVE THE *LUCAS R.* PRELIMINARY INJUNCTION (ECF No. 391, as amended ECF No. 394)**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

CARLOS R. HOLGUÍN (90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
       fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org
       ddegramont@youthlaw.org

BRENDA SHUM (*ADMITTED PRO HAC VICE*)
National Center for Youth Law
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email:  bshum@youthlaw.org

i

Joint Stipulation to Dissolve the *Lucas R*. Preliminary Injunction

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone:  (310) 883-6400
Facsimile:   (310) 883-6500
Email:  swynn@cooley.com
        mmcmahon@cooley.com
        rtarneja@cooley.com
        amayhugh@cooley.com
        jdrobertson@cooley.com

*Attorneys for Plaintiffs*

1      WHEREAS, on May 14, 2024, the parties filed a Joint Notice (ECF No. 435) acknowledging that the U.S. Department of Health and Human Services, Administration for Children and Families' Foundational Rule (89 Fed. Reg. 34384 (Apr. 30, 2024), as amended 89 Fed. Reg. 53359 (Jun. 26, 2024)) ("Foundational Rule") fully implements the *Lucas R.* Preliminary Injunction (ECF No. 391, as amended ECF No. 394). The parties agreed that when the provisions of the Foundational Rule implementing the *Lucas R.* Preliminary Injunction go into effect, the *Lucas R.* Preliminary Injunction should be dissolved;

      WHEREAS, on July 1, 2024, the Foundational Rule entered into effect (45 C.F.R. pt. 410);

      NOW THEREFORE, in light of the foregoing, the parties stipulate and respectfully request that the Court DISSOLVE the *Lucas R.* Preliminary Injunction.[1]

      IT IS SO STIPULATED AND AGREED:

---

[1] As articulated in the parties' Joint Notice (ECF No. 435), notwithstanding the foregoing, Plaintiffs note that they may move for reinstatement in the event that the provisions of the Foundational Rule implementing the *Lucas R.* Preliminary Injunction are stayed or enjoined before the entry of final judgment. In recognizing that Plaintiffs may so move, Defendants do not concede that such relief is appropriate and reserve all rights and defenses to oppose such motion, if warranted. *Id.*

| | |
|---|---|
| | Respectfully submitted, |
| Dated: July 2, 2024 | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| | CHRISTOPHER P. TENORIO<br>Deputy Assistant Attorney General |
| | ERNESTO H. MOLINA, JR.<br>Deputy Director |
| | SARAH S. WILSON<br>Assistant Director |
| | BENJAMIN MARK MOSS<br>NANCY K. CANTER<br>Senior Litigation Counsel |
| | ANTHONY J. MESSURI<br>Trial Attorney |
| | By: */s/ Jonathan K. Ross*<br>JONATHAN K. ROSS<br>Trial Attorney<br>Office of Immigration Litigation<br>United States Department of Justice<br>P.O. Box 878<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 202-305-7662<br>Jonathan.K.Ross@usdoj.gov |
| | *Counsel for Defendants* |

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | Dated: July 2, 2024 | NATIONAL CENTER FOR YOUTH LAW |
| 4 | | By: */s/ Carlos R. Holguín\** |
| 5 | | CARLOS R. HOLGUÍN |
| 6 | | Center for Human Rights & Constitutional Law |

Dated: July 2, 2024        NATIONAL CENTER FOR YOUTH LAW

By: */s/ Carlos R. Holguín\**
CARLOS R. HOLGUÍN
Center for Human Rights & Constitutional Law

HOLLY S. COOPER
CARTER C. WHITE
U.C. Davis Immigration Law Clinic
and Civil Rights Clinic

BRENDA SHUM
POONAM JUNEJA
FREYA PITTS
MISHAN WROE
MELISSA ADAMSON
DIANE DE GRAMONT
National Center for Youth Law

SUMMER J. WYNN
MICHAEL J. MCMAHON
REBECCA L. TARNEJA
ALEXANDRA R. MAYHUGH
JAMIE D. ROBERTSON
Cooley LLP

*Attorneys for Plaintiff*

\*Signed with consent of counsel

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: July 2, 2024                           Respectfully submitted,

*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Trial Attorney
Office of Immigration Litigation
United States Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2024, I electronically transmitted the forgoing document to the Clerk for the United States District Court for the Central District of California using the CM/ECF system.  I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

Respectfully submitted,

*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Trial Attorney
Office of Immigration Litigation
United States Department of Justice