# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>Xavier Becerra,<br>Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>　　　　　*Defendants*. | Case No.: CV18-05741-DMG(BFMx)<br><br>**ORDER DISSOLVING *LUCAS R.* PRELIMINARY INJUNCTION (Doc. # 391, as amended Doc. # 394) [438]** |

　　Having read and considered the parties' May 14, 2024 Joint Notice [Doc. # 435] and July 2, 2024 Joint Stipulation [Doc. # 438], and finding good cause therefor:

　　IT IS HEREBY ORDERED that the *Lucas R.* Preliminary Injunction [Doc. ## 391, 394] is DISSOLVED effective July 1, 2024.

DATED: July 2, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE