CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*
*(Additional counsel listed on next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services, *et al.*,<br><br>　　Defendants. | No. 2:18-CV-05741 DMG BFM<br><br>**NOTICE OF MOTION AND MOTION FOR DECLARATORY RELIEF AND ENTRY OF FINAL JUDGMENT**<br><br>Hearing:　Sept. 13, 2024<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 8C, 8th floor<br><br>Judge:　　Hon. Dolly M. Gee |

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN
(CAL RLSA NO. 803383)
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
 Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu
          jpmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
POONAM JUNEJA (300848)
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: pjuneja@youthlaw.org
        fpitts@youthlaw.org
        mwroe@youthlaw.org
        ddegramont@youthlaw.org

NATIONAL CENTER FOR YOUTH LAW
BRENDA SHUM (*ADMITTED PRO HAC VICE*)
818 Connecticut Ave. NW, Suite 425
Washington, DC 20006
Telephone: (202) 868-4785
Email: bshum@youthlaw.org

Cooley LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
REBECCA L. TARNEJA (293461)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
   mmcmahon@cooley.com
   rtarneja@cooley.com
   amayhugh@cooley.com
   jdrobertson@cooley.com

*Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | Please take notice that on September 13, 2024, at 2:00 p.m., or as soon |
| 2 | thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for |
| 3 | an order granting declaratory judgment and directing entry of final judgment in the |
| 4 | above-captioned action. |
| 5 | This motion is made following the conference of counsel pursuant to L.R. 7-3 |
| 6 | which took place on May 30, 2024. |

This motion is based upon the Combined Memorandum of Points & Authorities in Opposition to Motion to Dismiss as Moot and in Support of Motion for Declaratory Relief and Entry of Final Judgment filed on this day, as well as all other matters of record. A proposed order is being lodged herewith.

Dated: July 26, 2024.

CARLOS R. HOLGUÍN
Center for Human Rights & Constitutional Law

HOLLY S. COOPER
CARTER C. WHITE
U.C. Davis School of Law Immigration Law Clinic

BRENDA SHUM
POONAM JUNEJA
FREYA PITTS
MISHAN WROE
MELISSA ADAMSON
DIANE DE GRAMONT
National Center for Youth Law

Cooley LLP
SUMMER J. WYNN
MICHAEL J. MCMAHON
REBECCA L. TARNEJA
ALEXANDRA R. MAYHUGH
JAMIE D. ROBERTSON

 /s Carlos Holguín
CARLOS R. HOLGUÍN
*One of the Attorneys for Plaintiffs*