JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUCAS R.,** *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**XAVIER BECERRA, Secretary of U.S. Department of Health and Human Services,** *et al.*,<br><br>　　　　　Defendants. | Case No. CV 18-5741-DMG (BFMx)<br><br>**JUDGMENT** |

　　On September 16, 2024, this Court having: (1) denied Defendant's motion to dismiss Plaintiffs' first and second claims, (2) granted Plaintiffs' motion for declaratory judgment on Plaintiffs' first and second claims, and (3) granted the Parties' motions for entry of final judgment, thereby resolving all remaining issues and claims outstanding herein,

　　IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiffs and against Defendants on Plaintiffs' first and second claims, and that this action is dismissed on the merits, in accordance with the following:

1. In entering final judgment, the Court hereby INCORPORATES its findings and legal conclusions in the MSJ Order entered March 11, 2022, with respect to Plaintiffs' first claim for relief on behalf of the "unfit custodian class" and second claim for relief on behalf of the "step-up class." *See* MSJ Order [Doc. # 376].

2. Regarding Plaintiffs' "psychotropic medications," "legal representation," and "disability" claims, as provided in the Parties' Agreements and approved by the Court on May 3, 2024, "the Court will retain jurisdiction over its judgment and [Approval Order] only for the purposes of interpreting and enforcing the Agreements until the Termination Dates, as set forth in the Agreements." *See* Approval Order at 3 [Doc. # 433].

DATED: September 16, 2024

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE