1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA

10       WESTERN DIVISION

11

| | |
|---|---|
| 12 LUCAS R., *et al.*, | No. CV 18-5741-DMG (PLAx) |
| 13          Plaintiffs, | **ORDER APPROVING JOINT** |
| 14     v. | **STIPULATION TO EXTEND** **BRIEFING SCHEDULE FOR** |
| 15 ROBERT F. KENNEDY, JR., | **PLAINTIFFS' MOTION FOR** **ATTORNEYS' FEES AND COSTS** |
| 16 Secretary of U.S. Department of Health | **[463]** |
| 17 and Human Services, *et al.*, | |
| 18          Defendants. | Judge: Hon. Dolly M. Gee |
| 19 | |

20

21

22

23

24

25

26

27

28

Having read and considered the Parties' joint stipulation to extend the briefing schedule for Plaintiffs' motion for an order awarding them attorneys' fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Plaintiffs' Motion"), and finding good cause therefor, the Court hereby **APPROVES** the stipulation as follows:

1. Defendants' deadline to respond to Plaintiffs' Motion is **CONTINUED** from March 21, 2025 to April 25, 2025; and

2. Plaintiffs shall file their reply in support of the Motion by no later than May 23, 2025.

**IT IS SO ORDERED.**


Dated:  March 13, 2025                                  Dolly M. Gee
                                                       CHIEF U.S. DISTRICT JUDGE