UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lucas R., *et. al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Robert F. Kennedy, Jr., Secretary of U.S. Dep't of Health and Human Services, *et al.*, <br><br> *Defendants*. | Case No.:CV 18-5741-DMG (BFMx) <br><br> **ORDER APPROVING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE AND CONTINUE HEARING [466]** |

Having read and considered the Parties' joint stipulation and request to modify the briefing schedule and continue the hearing on Plaintiffs' motion for an order awarding them attorneys' fees and other expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Plaintiffs' Motion"), and finding good cause therefor, the Court hereby **APPROVES** the stipulation as follows:

1. Defendants shall file their response to Plaintiffs' Motion by May 30, 2025;
2. Plaintiffs shall file their reply in support of Plaintiffs' Motion by June 27, 2025; and
3. The hearing currently scheduled for June 6, 2025, at 9:30 a.m. is **CONTINUED** to July 11, 2025, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: April 18, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE