BRETT A. SHUMATE
Assistant Attorney General
ERNESTO H. MOLINA, JR. (SBN 181304)
Deputy Director
BENJAMIN MARK MOSS
Acting Senior Counsel for
District Court Litigation
JONATHAN K. ROSS
Senior Litigation Counsel
JOSEPH A. MCCARTER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-7662
Jonathan.K.Ross@usdoj.gov

*Counsel for Defendants*
*(Additional counsel listed next page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUCAS R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBBERT F. KENNEDY, JR., Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-BFM<br><br>**JOINT STIPULATION REGARDING FILING OF MONITOR'S REPORT**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: fpitts@youthlaw.org
mwroe@youthlaw.org
ddegramont@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
mmcmahon@cooley.com
amayhugh@cooley.com
jdrobertson@cooley.com

*Attorneys for Plaintiffs*

**JOINT STIPULATION REGARDING FILING OF MONITOR'S REPORT**

WHEREAS, the Court appointed the Monitor, Dkt. 432, and one of the Monitor's responsibilities is to prepare annual reports concerning compliance with the parties' settlement agreement;

WHEREAS, the Monitor completed her First Annual Report;

WHEREAS, the Monitor does not have access to the Court's electronic case filing system and requested that the parties submit the report for docketing;

WHEREAS, the parties conferred and agreed that although the First Annual Report does not contain any opinions, arguments, statements, or findings of the parties, and rather is the exclusive work of the Monitor, the Monitor's First Annual Report shall be filed with the Court as a joint submission for ease of filing;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the Monitor's First Annual Report, attached hereto as Exhibit A, shall be filed with the Court as a joint submission

IT IS SO STIPULATED AND AGREED:

Dated: September 3, 2025

BRETT A. SHUMATE
Assistant Attorney General

ERNESTO H. MOLINA, JR.(SBN 181304)
Deputy Director

BENJAMIN MARK MOSS
Acting Senior Counsel for
District Court Litigation

JOSEPH A. MCCARTER
Trial Attorney

By: */s/ Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 202-305-7662
Jonathan.K.Ross@usdoj.gov

*Counsel for Defendants*

Dated: September 3, 2025

NATIONAL CENTER FOR YOUTH LAW

By: */s/ Mishan Wroe*
MISHAN WROE

*Attorney for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: September 3, 2025

Respectfully submitted,

*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
Office of Immigration Litigation
United States Department of Justice