Camden Coalition

September 2, 2025

Honorable Dolly M. Gee
Chief District Judge
United States District Court Central District of California Western Division
United States Courthouse
Courtroom 8C, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Re: Lucas R. v. Kennedy, 2:18-cv-05741-DMG-PLA (C.D. Cal.)

Dear Judge Gee:

I am the Monitor in the above-captioned case. I do not have an account for electronic filing in the federal court system. Your chambers instructed that filing by Joint Stipulation of the Parties was preferred. The Department of Justice, on behalf of both parties, has agreed to file this by September 3, 2025.

Please accept the enclosed first annual Monitor's report due to the Court for filing and docketing.

I am available for any questions at 215-380-9902. Thanks very much for your help.

Sincerely,

Kathleen G. Noonan

Encl.
Cc (w/ encl.) Parties to the Settlement (via e-mail)