CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
CARLOS R. HOLGUIN (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCAS R., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., Secretary of U.S. Department of Health and Human Services, et al., <br><br> Defendants. | Case No. 2:18-CV-05741 DMG PLA <br><br> **JOINT REQUEST FOR DECISION ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C. § 2412(D) (DKT. 455.)** <br><br> Complaint Filed: June 29, 2018 <br> Judge: Hon. Dolly M. Gee |

1 | UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
JONATHAN P. MULLIGAN (CAL RLSA NO. 803383)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu
       jmulligan@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: fpitts@youthlaw.org
       mwroe@youthlaw.org
       madamson@youthlaw.org
       ddegramont@youthlaw.org

COOLEY LLP
SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (*ADMITTED PRO HAC VICE*)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
       mmcmahon@cooley.com
       amayhugh@cooley.com
       jdrobertson@cooley.com

*Attorneys for Plaintiffs*

1. BRETT A. SHUMATE
2. Assistant Attorney General
   Civil Division
3. ERNESTO H. MOLINA, JR. (181304)
4. Deputy Director
   BENJAMIN MARK MOSS
5. Acting Senior Counsel
6. JONATHAN K. ROSS
   Senior Litigation Counsel
7. ANTHONY J. MESSURI
8. JOSEPH A. MCCARTER
   Trial Attorneys
9. Office of Immigration Litigation
10. Civil Division, U.S. Department of Justice
    P.O. Box 878
11. Ben Franklin Station
12. Washington, D.C. 20044
    Telephone: (202-616-9344)
13. Jonathan.K.Ross@usdoj.gov

*Attorneys for Official-Capacity Defendants*

Local Rule 83-9 of the Central District of California provides that where a submitted matter does not have a decision rendered and filed within 120 days after submission, the parties are required to file a "joint request that such decision be made[.]" This filing is intended to satisfy the parties' obligation under that rule with respect to Plaintiffs' Motion for Attorneys' Fees Pursuant to 28 U.S.C. § 2412(d) (the "Motion") (Dkt. 455) which was filed on December 13, 2024. *See* L.R. 83-9 (the parties are required to file a joint request "within 130 days after the matter is submitted for decision[.]"). On August 13, 2025, following full briefing by both parties, the Court issued an order finding that the motion was "appropriate for decision without oral argument" and taking the motion "under submission." (Dkt. 476.) Accordingly, more than 120 days have passed since the Motion was submitted.

Respectfully submitted.

Dated: December 22, 2025         COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com

1  Dated: December 22, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

By: */s/ Ernesto H. Molina*
ERNESTO H. MOLINA, JR. (181304)
Deputy Director
BENJAMIN MARK MOSS
JONATHAN K. ROSS
Senior Litigation Counsel
ANTHONY J. MESSURI
JOSEPH A. MCCARTER
Trial Attorneys
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Attorneys for Official-Capacity Defendants

## CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: December 22, 2025          COOLEY LLP

By: */s/ Summer J. Wynn*
Summer J. Wynn (240005)
Attorneys for Plaintiffs
Email: swynn@cooley.com