BRETT A. SHUMATE
Assistant Attorney General
ERNESTO H. MOLINA, JR. (CA 181304)
Deputy Director
BENJAMIN MARK MOSS
Acting Senior Counsel for
District Court Litigation
JOSEPH A. MCCARTER (MD 2311290014)
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 746-8537
Joseph.A.McCarter@usdoj.gov

*Counsel for Defendants*

*Additional counsel listed on following page and signature blocks*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-BFM<br><br>**JOINT STIPULATION REGARDING INCREASING ANNUAL CAP ON MONITOR FEES**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
National Center for Youth Law
428 13th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: fpitts@youthlaw.org
mwroe@youthlaw.org
ddegramont@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
mmcmahon@cooley.com
amayhugh@cooley.com
jdrobertson@cooley.com

*Attorneys for Plaintiffs*

**JOINT STIPULATION REGARDING INCREASING ANNUAL CAP ON MONITOR FEES**

WHEREAS, the Court issued an order appointing the Monitor to oversee compliance with the Settlement Agreements in this case, Dkt. 432;

WHEREAS, the Court's order provided that the Monitor's fees and expenses will be subject to an annual cap of $600,000, and that any request by the Monitor to exceed the annual cap for demonstrated good cause must be approved by the U.S. Department of Health and Human Services ("HHS") and the Court, Dkt. 432;

WHEREAS, the Monitor requested an increase in its annual cap on fees from $600,000 to $700,000 to account for a projected increase in costs, *see* Exhibit A (Monitor's letter);

WHEREAS, HHS approved the Monitor's requested increase in the annual fee cap, as the Court's order required HHS to do if in agreement with the request, see Dkt. 432;

WHEREAS, Defendants recommend that the Court approve the Monitor's requested increase in its annual cap on fees from $600,000 to $700,000.

WHEREAS, Plaintiffs agree with Defendants' recommendation and join in this stipulation.

NOW, THE PARTIES THEREFORE STIPULATE, through their undersigned counsel, that the Monitor's annual cap on fees should be increased from $600,000 to $700,000.

IT IS SO STIPULATED.

Dated: August 25, 2026

BRETT A. SHUMATE
Assistant Attorney General

ERNESTO H. MOLINA, JR. (CA 181304)
Deputy Director

BENJAMIN MARK MOSS
Acting Senior Counsel for
District Court Litigation

By: <u>*/s/ Joseph A. McCarter*</u>
JOSEPH A. MCCARTER
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 746-8537
Joseph.A.McCarter@usdoj.gov

*Attorney for Defendants*

Dated: August 25, 2026

National Center for Youth Law

By: <u>*/s/ Mishan Wroe*</u>
MISHAN WROE

*Attorney for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: August 25, 2026

Respectfully submitted,

/s/ Joseph A. McCarter
JOSEPH A. MCCARTER
Attorney for Defendants