# EXHIBIT A

Camden Coalition

August 24, 2026

Honorable Dolly M. Gee
Chief District Judge
United States District Court Central District of California Western Division
United States Courthouse
Courtroom 8C, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

Re: *Lucas R. v. Kennedy*, 2:18-cv-05741-DMG-PLA (C.D. Cal.)

Dear Judge Gee:

I am the Monitor in the above-captioned case. Under separate cover, I will be filing my Year 2 Report with the Court, which is due on September 3, 2026 (since I do not have an account for filing in the federal court system, the parties have agreed that DOJ will file the report with a joint stipulation).

This letter concerns my monitoring fees. In the Joint Motion for Appointment of the Monitor, the parties agreed, and you authorized, "payment to the Monitor and her team with an annual cap of $600,000 for both Agreements." Pursuant to that order, any request by the "Monitor to exceed the annual cap for demonstrated good cause must be approved by Defendants and the Court."

I have requested an increase in the annual cap to $700,000 for my Year 3 monitoring activities. I presented the Defendants with a budget and rationale for an increase to my cap, which they accepted. Namely, Year 3 will be the first year in which the requirements of both *Lucas* settlements will be implemented nationwide, and costs are projected to reach $698,525.48.

The Defendants have agreed to my request and are preparing a joint stipulation for your consideration and (I hope) approval. I am available for any questions at 215-380-9902. Thanks very much for your help.

Sincerely,

Kathleen G. Noonan

Cc: All parties (by counsel)