UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS R., *et. al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ROBERT F. KENNEDY, JR., Secretary of U.S. Dep't of Health and Human Services, *et al.*,<br><br>*Defendants*. | Case No.: 18-cv-05741-DMG-BFM<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION REGARDING INCREASING ANNUAL CAP ON MONITOR FEES**<br><br>Honorable Dolly M. Gee<br>Chief United States District Judge |

The Court, after having reviewed the parties' joint stipulation regarding increasing the annual cap on Monitor fees, HEREBY ORDERS that:

The joint stipulation is APPROVED, and

The Monitor's annual cap on fees is increased from $600,000 to $700,000.

IT IS SO ORDERED.

Dated: ______________ ____________________________________

Honorable Dolly M. Gee
Chief United States District Judge