BRETT A. SHUMATE
Assistant Attorney General
ERNESTO H. MOLINA, JR. (CA 181304)
Deputy Director
BENJAMIN MARK MOSS
Assistant Director
JOSEPH A. MCCARTER (MD 2311290014)
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 746-8537
Joseph.A.McCarter@usdoj.gov

*Counsel for Defendants*
*(Additional counsel listed next page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

LUCAS R., *et. al.*,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., Secretary of U.S. Dep't of Health and Human Services, *et al.*,

*Defendants*.

Case No.: 18-cv-05741-DMG-BFM

**JOINT STIPULATION REGARDING FILING OF MONITOR'S SECOND ANNUAL REPORT**

Honorable Dolly M. Gee
Chief United States District Judge

CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

HOLLY S. COOPER (197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

FREYA PITTS (295878)
MISHAN WROE (299296)
MELISSA ADAMSON (319201)
DIANE DE GRAMONT (324360)
National Center for Youth Law
428 13th Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: fpitts@youthlaw.org
mwroe@youthlaw.org
ddegramont@youthlaw.org

SUMMER J. WYNN (240005)
MICHAEL J. MCMAHON (ADMITTED PRO HAC VICE)
ALEXANDRA R. MAYHUGH (300446)
JAMIE D. ROBERTSON (326003)
Cooley LLP
1333 2nd Street, Suite 400
Santa Monica, CA 90401
Telephone: (310) 883-6400
Facsimile: (310) 883-6500
Email: swynn@cooley.com
mmcmahon@cooley.com
amayhugh@cooley.com
jdrobertson@cooley.com
*Attorneys for Plaintiffs*

**JOINT STIPULATION REGARDING FILING OF MONITOR'S REPORT**

WHEREAS, the Court appointed the Monitor, Dkt. 432, and one of the Monitor's responsibilities is to prepare annual reports concerning compliance with the parties' settlement agreement;

WHEREAS, the Monitor completed her Second Annual Report;

WHEREAS, the Monitor does not have access to the Court's electronic case filing system and requested that the parties submit the report for docketing, *see* Exhibit A (Monitor's Letter);

WHEREAS, the parties conferred and agreed that although the Second Annual Report does not contain any opinions, arguments, statements, or findings of the parties, and rather is the exclusive work of the Monitor, the Monitor's Second Annual Report shall be filed with the Court as a joint submission for ease of filing;

NOW, THEREFORE, IT IS STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that the Monitor's Second Annual Report, attached hereto as Exhibit B, shall be filed with the Court as a joint submission.

IT IS SO STIPULATED AND AGREED:

Dated: September 2, 2026

BRETT A. SHUMATE
Assistant Attorney General

ERNESTO H. MOLINA, JR.
Deputy Director

BENJAMIN MARK MOSS
Assistant Director

JOSEPH A. MCCARTER
Trial Attorney

By: */s/ Joseph A. McCarter*
JOSEPH A. MCCARTER
Trial Attorney
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 746-8537
Joseph.A.McCarter@usdoj.gov

*Counsel for Defendants*

Dated: September 2, 2026

NATIONAL CENTER FOR YOUTH LAW

By: */s/ Mishan Wroe*
MISHAN WROE

*One of the attorneys for Plaintiffs*

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I certify that all of the above signatories concur in this filing's content and have authorized the filing.

Dated: September 2, 2026

Respectfully submitted,

*/s/ Joseph A. McCarter*
JOSEPH A. MCCARTER
United States Department of Justice