UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LUCAS R., *et. al.*,

*Plaintiffs*,

v.

ROBERT F. KENNEDY, JR., Secretary of U.S. Dep't of Health and Human Services, *et al.*,

*Defendants*.

Case No. CV 18-05741-DMG (BFMx)

**ORDER RE STIPULATION TO FILE MONITOR'S SECOND ANNUAL REPORT [490]**

The Court, having reviewed the parties' Joint Stipulation Regarding Filing of Monitor's Second Annual Report [Doc. # 490], and good cause appearing, hereby **APPROVES** the Stipulation and **ORDERS** that:

The Monitor's Second Annual Report is deemed to be filed with the Court. [Doc. # 490-2.]

DATED: September 3, 2026

DOLLY M. GEE
Chief United States District Judge